# EXHIBIT 1

# CERTIFICATION

I, Mario Epelbaum, hereby certify as to claims asserted under the federal securities laws, that:

1. I have reviewed the complaint to be filed in this action (the "Complaint") and have authorized its filing by designated counsel, Entwistle & Cappucci LLP.

2. I did not acquire any of the securities that are the subject of this action at the direction of counsel, or in order to participate in this action or any other litigation under the federal securities laws.

3. I am willing to serve as a lead plaintiff and recognize my duties as such to act on behalf of class members in monitoring and directing the action, and, if necessary, testifying at deposition and trial.

4. I will not accept any payment for serving as a representative party on behalf of the class beyond my *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

5. I have not served or sought to serve as a representative party for a class in any action under the federal securities laws within the three-year period prior to the date of this Certification.

6. I made the following transactions during the Class Period (as defined in the Complaint) in Dynagas LNG Partners LP (NYSE: DLNG) securities that are the subject of this action:

**See Attachment A**

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of April, 2019.

_____
Mario Epelbaum

Schedule A to Certification of Mario Epelbaum
Relevant Period: February 16, 2018 - March 21, 2019

**Dynagas LNG Partners LP Common Units**
**Ticker: DLNG**

| Transaction | Date | Price | Shares | Transaction Total |
|---|---|---|---|---|
| Purchase | 10/1/2018 | $ 8.87 | 200 | $ 1,774.00 |
| Purchase | 10/1/2018 | $ 8.88 | 700 | $ 6,215.93 |
| Purchase | 10/1/2018 | $ 8.90 | 240 | $ 2,136.20 |
| Purchase | 10/1/2018 | $ 8.88 | 400 | $ 3,550.00 |
| Purchase | 10/1/2018 | $ 8.90 | 2,250 | $ 20,022.53 |
| Purchase | 10/1/2018 | $ 8.90 | 2,100 | $ 18,689.37 |
| Purchase | 10/1/2018 | $ 8.90 | 1,250 | $ 11,124.75 |
| Purchase | 10/2/2018 | $ 8.70 | 5,000 | $ 43,492.00 |
| Purchase | 10/25/2018 | $ 8.24 | 2,300 | $ 18,957.00 |
| Purchase | 11/20/2018 | $ 5.26 | 5,100 | $ 26,800.50 |
| Purchase | 11/20/2018 | $ 5.26 | 3,800 | $ 19,988.00 |
| Purchase | 11/20/2018 | $ 5.27 | 5,500 | $ 28,990.00 |
| Sale | 12/21/2018 | $ 3.22 | 5,000 | $ 16,107.19 |
| Sale | 12/21/2018 | $ 3.30 | 500 | $ 1,649.92 |
| Sale | 12/21/2018 | $ 3.30 | 4,500 | $ 14,844.72 |
| Sale | 12/21/2018 | $ 3.32 | 2,000 | $ 6,634.67 |
| Sale | 12/21/2018 | $ 3.34 | 2,000 | $ 6,674.67 |
| Sale | 12/21/2018 | $ 3.30 | 2,000 | $ 6,594.67 |
| Sale | 1/28/2019 | $ 2.98 | 310 | $ 924.95 |
| Sale | 2/8/2019 | $ 2.51 | 404 | $ 1,014.02 |
| Sale | 2/8/2019 | $ 2.51 | 4,596 | $ 11,532.10 |
| Sale | 2/12/2019 | $ 2.51 | 3,130 | $ 7,858.96 |
| Sale | 2/12/2019 | $ 2.52 | 2,400 | $ 6,042.63 |
| Sale | 2/12/2019 | $ 2.53 | 1,000 | $ 2,530.85 |
| Sale | 2/12/2019 | $ 2.53 | 100 | $ 253.22 |
| Sale | 2/12/2019 | $ 2.53 | 300 | $ 759.70 |
| Sale | 2/12/2019 | $ 2.54 | 500 | $ 1,267.63 |
| Sale | 2/12/2019 | $ 2.49 | 100 | $ 249.26 |

**Dynagas LNG Partners LP 8.75% Series B Fixed to Floating Rate Cumulative Redeemable Perpetual Preferred Units**
**Ticker: DLNG B**

| Transaction | Date | Price | Shares | Transaction Total |
|---|---|---|---|---|
| Purchase | 11/20/2018 | $ 21.39 | 2,000 | $ 42,777.80 |
| Sale | 12/21/2018 | $ 17.38 | 300 | $ 5,214.89 |