UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIO EPELBAUM, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br> vs.<br><br>DYNAGAS LNG PARTNERS LP, DYNAGAS GP, LLC, DYNAGAS HOLDING LTD., TONY LAURITZEN, MICHAEL GREGOS and GEORGE J. PROKOPIOU,<br><br>    Defendants. | Civil Action No.: 1:19-cv-04512<br><br>Hon. Alison J. Nathan |

**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND
APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

  Having considered the motion of Plaintiff Mario Epelbaum, FNY Partners Fund LP and Scott Dunlop (collectively, the "First New York Group") for appointment as Lead Plaintiff, approval of selection of Lead Counsel for the Class and for consolidation of all related actions,

**IT IS HEREBY ORDERED THAT**:

  1.  The First New York Group's motion is **GRANTED**.

  2.  The First New York Group is **APPOINTED** to serve as Lead Plaintiff in the above-captioned action ("Action") and all related actions consolidated pursuant to paragraph 4 of this Order pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

  3.  The First New York Group's selection of Lead Counsel is **APPROVED**, and Entwistle & Cappucci LLP is **APPOINTED** as Lead Counsel for the Class.

  4.  Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any subsequently

filed, removed or transferred actions that are related to the claims asserted in the above-captioned Action are **CONSOLIDATED** for all purposes.

5. This Action shall be captioned "*In re Dynagas LNG Partners LP Securities Litigation*," and the file shall be maintained under Civ. A. No. 1:19-cv-04512.

**IT IS SO ORDERED**.

Dated: _____, 2019

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE