# WILMERHALE

Michael G. Bongiorno

+1 212 937 7220 (t)
+1 212 230 8888 (f)
michael.bongiorno@wilmerhale.com

August 27, 2019

**VIA ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

[Stamp: AUG 2 8 2019  SO ORDERED: /s/ Alison J. Nathan  HON. ALISON J. NATHAN, UNITED STATES DISTRICT JUDGE  8/28/19]

Re: *In re Dynagas LNG Partners LP Sec. Litig.*, 19-cv-04512 (AJN)

Dear Judge Nathan,

We represent Defendants Dynagas LNG Partners LP, Dynagas GP, LLC, and Dynagas Holding Ltd. (the "Entity Defendants") in the above-referenced matter. We write jointly on behalf of the Entity Defendants and Lead Plaintiffs to request that the Court adjourn the initial pretrial conference currently scheduled for September 13, 2019 (ECF No. 8) *sine die*. [SO ORDERED]

The Complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and SEC Rule 10b-5 on behalf of a putative class. (ECF No. 1.) The action is therefore governed by the PSLRA, which states that "[i]n any private action arising under [the Exchange Act], all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss." 15 U.S.C. § 78u–4(b)(3)(B). On August 19, 2019, the Court so ordered a stipulation and scheduling order setting forth a schedule for Lead Plaintiffs to file an amended complaint and for the Entity Defendants to file a motion to dismiss or otherwise respond to the amended complaint. (ECF No. 47.)

The parties respectfully submit that the most efficient course would be to adjourn the pretrial conference *sine die* until the Court has resolved the Entity Defendants' forthcoming motion to dismiss or the expiration of the time in which the Entity Defendants are permitted to file a motion to dismiss.

WILMERHALE

The Honorable Alison J. Nathan
August 27, 2019
Page 2

Sincerely,

*/s/ Michael G. Bongiorno*

Michael G. Bongiorno

cc: Counsel of Record (via ECF)