**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE DYNAGAS LNG PARTNERS LP
SECURITIES LITIGATION

No. 1:19-cv-04512 (AJN)

**DECLARATION OF JEREMY T. ADLER**

I, JEREMY T. ADLER, declare as follows:

I am a counsel with the firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants Dynagas LNG Partners LP ("Dynagas"), Dynagas GP, LLC, and Dynagas Holding Ltd. (collectively, the "Dynagas Entity Defendants"), in this action. I am a member in good standing of the Bar of the State of New York, and I am duly admitted to practice before this court. I submit this Declaration in order to place before the Court certain documents and information referred to in the Memorandum of Law in Support of the Dynagas Entity Defendants and the Underwriter Defendants' Motion to Dismiss the Amended Class Action Complaint.

1.      Attached hereto as Exhibit 1 is a true and correct copy of an excerpt of Dynagas' Form 20-F for the fiscal year ended December 31, 2016, as filed with the Securities and Exchange Commission ("SEC") on March 20, 2017 ("Mar. 20, 2017 Form 20-F").

2.      Attached hereto as Exhibit 2 is a true and correct copy of an excerpt of Dynagas' IPO Prospectus, as filed with the SEC on November 12, 2013 ("Nov. 12, 2013 IPO Prospectus").

3.      Attached hereto as Exhibit 3 is a true and correct copy of Dynagas' Form 6-K, as filed with the SEC on May 17, 2018 ("May 17, 2018 Form 6-K").

4.      Attached hereto as Exhibit 4 is a true and correct copy of Dynagas' Form 6-K as filed with the SEC on March 31, 2016 ("Mar. 31, 2016 Form 6-K").

5. Attached hereto as Exhibit 5 is a true and correct copy of an excerpt of Dynagas' FQ3 2017 Earnings Call Transcript dated December 6, 2017 ("Dec. 6, 2017 investor call transcript").

6. Attached hereto as Exhibit 6 is a true and correct copy of an excerpt of Wells Fargo's Equity Research Report titled "Q1 True Up: Downgrading DLNG to UP; Updating Our Tanker & Container Ests.," dated April 23, 2018 ("Apr. 23, 2018 Wells Fargo report").

7. Attached hereto as Exhibit 7 is a true and correct copy of Dynagas' Form 6-K, as filed with the SEC on December 21, 2017 ("Dec. 21, 2017 Form 6-K").

8. Attached hereto as Exhibit 8 is a true and correct copy of Dynagas' Form 6-K, as filed with the SEC February 16, 2018 ("Feb. 16, 2018 Form 6-K").

9. Attached hereto as Exhibit 9 is a true and correct copy of an excerpt of Dynagas' Prospectus and Final Prospectus Supplement, as filed with the SEC on October 18, 2018 ("Oct. 18, 2018 Prospectus").

10. Attached hereto as Exhibit 10 is a true and correct copy of an excerpt of Dynagas' Presentation dated February 15, 2018 ("Feb. 15, 2018 Presentation").

11. Attached hereto as Exhibit 11 is a true and correct copy of an excerpt of Morgan Stanley's Research Report titled "Strong Free Cash Flow Yield," dated February 16, 2018 ("Feb. 16, 2018 Morgan Stanley report").

12. Attached hereto as Exhibit 12 is a true and correct copy of an excerpt of Wells Fargo's Equity Research Report titled "DLNG: Q4 DCF Downside – Focus Remains On Expanding Contract Coverage," dated February 16, 2018 ("Feb. 16, 2018 Wells Fargo report").

13.     Attached hereto as Exhibit 13 is a true and correct copy of an excerpt of Dynagas' Form F-3 Registration Statement, as filed with the SEC on December 21, 2017 ("Dec. 21, 2017 Form F-3").

14.     Attached hereto as Exhibit 14 is a true and correct copy of Dynagas' FQ4 2017 Earnings Transcript dated February 16, 2018 ("Feb. 16, 2018 investor call transcript").

15.     Attached hereto as Exhibit 15 is a true and correct copy of an excerpt of Dynagas' Form 20-F for the fiscal year ended December 31, 2017, as filed with the SEC on March 9, 2018 ("Mar. 9, 2018 Form 20-F").

16.     Attached hereto as Exhibit 16 is a true and correct copy of Dynagas' Form 6-K, as filed with the SEC on November 20, 2018 ("Nov. 20, 2018 Form 6-K").

17.     Attached hereto as Exhibit 17 is a true and correct copy of Dynagas' FQ3 2018 Earnings Call Transcript dated November 16, 2018 ("Nov. 16, 2018 investor call transcript").

18.     Attached hereto as Exhibit 18 is a true and correct copy of an excerpt of Stifel's Research Report titled "Mind the Gap in Dynagas Cash Flows," dated February 16, 2018 ("Feb. 16, 2018 Stifel report").

19.     Attached hereto as Exhibit 19 is a true and correct copy of the article titled "Dynagas Equity Is Stuck But The Bonds Look Good," published in Seeking Alpha on November 19, 2018  (Downtown Investment Advisory, "Dynagas Equity Is Stuck But The Bonds Look Good," *Seeking Alpha* (Nov. 19, 2018)).

20.     Attached hereto as Exhibit 20 is a true and correct copy of an excerpt of Morgan Stanley's Research Report titled "Shifting Focus To Deleveraging," dated December 12, 2018 ("Dec. 12, 2018 Morgan Stanley report").

21.     Attached hereto as Exhibit 21 is a true and correct copy of Dynagas' Form 6-K, as filed with the SEC on January 25, 2019 ("Jan. 25, 2019 Form 6-K").

22.     Attached hereto as Exhibit 22 is a true and correct copy of Dynagas' Form 6-K, as filed with the SEC on March 22, 2019 ("Mar. 22, 2019 Form 6-K").

23.     Attached hereto as Exhibit 23 is a true and correct copy of Dynagas' FQ4 2018 Earnings Call Transcript dated March 22, 2019 ("Mar. 22, 2019 investor call transcript").

24.     Attached hereto as Exhibit 24 is a true and correct copy of Dynagas' Form 6-K, as filed with the SEC on May 15, 2014 ("May 15, 2014 Form 6-K").

25.     Attached hereto as Exhibit 25 is a true and correct copy Dynagas' FQ1 2018 Earnings Call Transcript dated May 17, 2018 ("May 17, 2018 investor call transcript").

26.     Attached hereto as Exhibit 26 is a true and correct copy of Dynagas' FQ2 2018 Earnings Call Transcript dated July 27, 2018 ("July 27, 2018 investor call transcript").

27.     Attached hereto as Exhibit 27 is a true and correct copy of Dynagas' Form 6-K, as filed with the SEC on July 27, 2018 ("July 27, 2018 Form 6-K").

Executed on this 5th day of December, 2019, in New York, New York.

Jeremy T. Adler

4