# EXHIBIT 2

Table of Contents

**Filed Pursuant to Rule 424(b)(4)**
**Registration No. 333-191653**

PROSPECTUS



# Dynagas LNG Partners LP

## 12,500,000 Common Units

## Representing Limited Partner Interests

## $18.00 per common unit

We are selling 8,250,000 of our common units and our Sponsor, Dynagas Holding Ltd., is selling 4,250,000 of our common units. Prior to this offering, there has been no public market for our common units. Although we are organized as a partnership, we have elected to be treated as a corporation solely for U.S. federal income tax purposes. We have applied to list our common units on the Nasdaq Global Select Market under the symbol "DLNG."

The underwriters have an option to purchase a maximum of 1,875,000 additional common units from our Sponsor to cover over-allotments.

**We are an "emerging growth company" as that term is used in the Jumpstart Our Business Startups Act (the "JOBS Act").**

**Investing in our common units involves risks. See "Risk Factors" beginning on page 30. These risks include the following:**

- We may not be able to pay the minimum quarterly distribution on our common units and subordinated units.
- Our Initial Fleet consists of only three LNG carriers. Any limitation in the availability or operation of these vessels could have a material adverse effect on our business, results of operations and financial condition and could significantly reduce or eliminate our ability to pay the minimum quarterly distribution on our common units and subordinated units.
- We derive all our revenue and cash flow from two charterers and the loss of either of these charterers could cause us to suffer losses or otherwise adversely affect our business.
- The amount of our debt could limit our liquidity and flexibility in obtaining additional financing and in pursuing other business opportunities.
- Our Sponsor, our General Partner and their respective affiliates own a controlling interest in us and have conflicts of interest and limited duties to us and our common unitholders, which may permit them to favor their own interests to your detriment.
- Demand for LNG shipping could be significantly affected by volatile natural gas prices and the overall demand for natural gas.
- Unitholders have limited voting rights, and our Partnership Agreement restricts the voting rights of our unitholders that own more than 4.9% of our common units.
- We are a holding company, and our ability to make cash distributions to our unitholders will be limited by the value of investments we currently hold and by the distribution of funds from our subsidiaries.
- There is no existing market for our common units, and a trading market that will provide you with adequate liquidity may not develop. The price of our common units may fluctuate significantly, and you could lose all or part of your investment.
- You will incur immediate and substantial dilution of $10.16 per common unit.
- U.S. tax authorities could treat us as a "passive foreign investment company," which would have adverse U.S. federal income tax consequences to U.S. unitholders.

If at any time our General Partner and its affiliates own more than 80% of the outstanding common units, our General Partner has the right, but not the obligation, to purchase all, but not less than all, of the remaining common units, as provided in the Partnership Agreement. Please see "The Partnership Agreement—Limited Call Right."

| | Price per Common Unit | Total |
|---|---|---|
| Public offering price | $18.00 | $225,000,000 |
| Underwriting discounts[1] | $ 1.08 | $ 13,500,000 |
| Proceeds to Dynagas Holding Ltd. (before expenses)[2] | $16.92 | $ 71,910,000 |
| Proceeds to Dynagas LNG Partners LP (before expenses) | $16.92 | $139,590,000 |

(1) See "Underwriting" for additional information regarding underwriting compensation.

(2) Dynagas Holding Ltd., our Sponsor, is selling 4,250,000 of our common units. In addition, the underwriters have an option to purchase a maximum of 1,875,000 additional common units from our Sponsor to cover over-allotments. We will not receive any of the proceeds from the sale of these units.

Delivery of the common units will be made on or about November 18, 2013.

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.**

**Credit Suisse**

**BofA Merrill Lynch**

**Morgan Stanley**

**Barclays**

**Deutsche Bank Securities**

**ABN AMRO**                               **Credit Agricole CIB**

The date of this prospectus is November 12, 2013.

Table of Contents



The *Ob River*, one of our LNG carriers, traversing the Northern Sea Route, which is a shipping lane from the Atlantic Ocean to the Pacific Ocean that is entirely in Arctic waters.



The *Clean Energy*, one of our LNG carriers.

**Table of Contents**

———————————

**TABLE OF CONTENTS**

| | |
|---|---|
| PROSPECTUS SUMMARY | 1 |
| THE OFFERING | 18 |
| SUMMARY HISTORICAL CONSOLIDATED FINANCIAL AND OPERATING DATA | 25 |
| FORWARD-LOOKING STATEMENTS | 29 |
| RISK FACTORS | 30 |
| USE OF PROCEEDS | 64 |
| CAPITALIZATION | 65 |
| DILUTION | 66 |
| OUR CASH DISTRIBUTION POLICY AND RESTRICTIONS ON DISTRIBUTIONS | 67 |
| HOW WE MAKE CASH DISTRIBUTIONS | 83 |
| SELECTED HISTORICAL CONSOLIDATED FINANCIAL AND OPERATING DATA | 96 |
| MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | 100 |
| THE INTERNATIONAL LIQUEFIED NATURAL GAS (LNG) SHIPPING INDUSTRY | 133 |
| BUSINESS | 150 |
| MANAGEMENT | 174 |
| SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT | 179 |
| CERTAIN RELATIONSHIPS AND RELATED PARTY TRANSACTIONS | 180 |
| CONFLICTS OF INTEREST AND FIDUCIARY DUTIES | 187 |
| DESCRIPTION OF THE COMMON UNITS | 194 |
| THE PARTNERSHIP AGREEMENT | 196 |
| UNITS ELIGIBLE FOR FUTURE SALE | 211 |
| MATERIAL U.S. FEDERAL INCOME TAX CONSIDERATIONS | 212 |
| NON-U.S. TAX CONSIDERATIONS | 220 |
| UNDERWRITING | 222 |
| SERVICE OF PROCESS AND ENFORCEMENT OF CIVIL LIABILITIES | 228 |
| LEGAL MATTERS | 228 |
| EXPERTS | 228 |
| WHERE YOU CAN FIND ADDITIONAL INFORMATION | 229 |
| OTHER EXPENSES OF ISSUANCE AND DISTRIBUTION | 229 |
| INDEX TO FINANCIAL STATEMENTS | F-1 |

———————————

You should rely only on information contained in this prospectus. We have not, and the underwriters have not, authorized anyone to give any information or to make any representations other than those contained in this prospectus. Do not rely upon any information or representations made outside of this prospectus. This prospectus is not an offer to sell, and it is not soliciting an offer to buy, (1) any securities other than our common units or (2) our common units in any circumstances in which such an offer or solicitation is unlawful. The information contained in this prospectus may change after the date of this prospectus. Do not assume after the date of this prospectus that the information contained in this prospectus is still correct.

Through and including December 8, 2013 (the 25th day after the date of this prospectus), federal securities law may require all dealers that effect transactions in these securities, whether or not participating in this offering, to deliver a prospectus. This requirement is in addition to the dealers' obligation to deliver a prospectus when acting as underwriters and with respect to their unsold allotments or subscriptions.

i

Table of Contents

## PROSPECTUS SUMMARY

*This section summarizes material information that appears later in this prospectus and is qualified in its entirety by the more detailed information and financial statements included elsewhere in this prospectus. This summary may not contain all of the information that may be important to you. As an investor or prospective investor, you should carefully review the entire prospectus, including the risk factors and the more detailed information that appears later.*

*Unless otherwise indicated, references to "Dynagas LNG Partners," the "Company," "we," "our" and "us" or similar terms refer to Dynagas LNG Partners LP and its wholly-owned subsidiaries, including Dynagas Operating LP, unless the context otherwise indicates. Dynagas Operating LP will own, directly or indirectly, a 100% interest in the entities that own the Clean Energy, the Ob River and the Clean Force, collectively, our "Initial Fleet." References in this prospectus to "our General Partner" refer to Dynagas GP LLC, the general partner of Dynagas LNG Partners LP.*

*All references in this prospectus to us when used in a historical context refer to our predecessor companies and their subsidiaries, which are subsidiaries of our Sponsor that have interests in the vessels in our Initial Fleet, or the "Sponsor Controlled Companies," and when used in the present tense or prospectively refer to us and our subsidiaries, collectively, or individually, as the context may require. We own (i) a 100% limited partner interest in Dynagas Operating LP, (ii) the non-economic general partner interest in Dynagas Operating LP through our 100% ownership of its general partner, Dynagas Operating GP LLC and (iii) 100% of Dynagas Equity Holding Ltd. and its subsidiaries. References to our "Sponsor" are to Dynagas Holding Ltd. and its subsidiaries other than us or our subsidiaries. References in this prospectus to the "Prokopiou Family" are to our Chairman, Mr. George Prokopiou, and members of his family.*

*References in this prospectus to "BG Group," "Gazprom," "Statoil," and "Cheniere" refer to BG Group Plc, Gazprom Global LNG Limited, Statoil ASA and Cheniere Energy, Inc., respectively, and certain of each of their subsidiaries that are our customers. Unless otherwise indicated, all references to "U.S. dollars," "dollars" and "$" in this prospectus are to the lawful currency of the United States. We use the term "LNG" to refer to liquefied natural gas and we use the term "cbm" to refer to cubic meters in describing the carrying capacity of our vessels.*

*Except where we or the context otherwise indicate, the information in this prospectus assumes no exercise of the underwriters' over-allotment option described on the cover page of this prospectus.*

### Overview

We are a growth-oriented limited partnership focused on owning and operating LNG carriers. Our vessels are employed on multi-year time charters, which we define as charters of two years or more, with international energy companies such as BG Group and Gazprom, providing us with the benefits of stable cash flows and high utilization rates (as defined under "Summary Historical Consolidated Financial and Operating Data"). We intend to leverage the reputation, expertise, and relationships of our Sponsor and Dynagas Ltd., our Manager, in maintaining cost-efficient operations and providing reliable seaborne transportation services to our customers. In addition, we intend to make further vessel acquisitions from our Sponsor and from third parties. There is no guarantee that we will grow the size of our fleet or the per unit distributions that we intend to pay or that we will be able to make further vessel acquisitions from our Sponsor or third parties.

Our Sponsor entered the LNG sector in 2004 by ordering the construction of three LNG carriers, the *Clean Energy*, the *Ob River*, and the *Clean Force*, from Hyundai Heavy Industries Co. Ltd. or HHI, one of the world's leading shipbuilders of LNG carriers. On October 29, 2013, we acquired from our Sponsor these vessels, which

1

Pages Omitted

**Table of Contents**

(ii) our estimated results of operations for the year ended December 31, 2013; (iii) our estimated results of operations for the six months ended December 31, 2013; and (iv) our historical results of operations for the six months ended June 30, 2013. Our estimated results of operations for the year ended December 31, 2013, which were calculated by combining actual results of operations for the six months ended June 30, 2013 (as included in the interim financial statements, which appear elsewhere in this prospectus) with estimated results of operations for the six months ended December 31, 2013. We are providing estimated results of operations for the year ended December 31, 2013 in order to provide a comparative period to our forecast for the year ended December 31, 2014. The financial forecast has been prepared by management and we have not received an opinion or report on it from our or any other independent auditor. The assumptions underlying the forecast are inherently uncertain and are subject to significant business, economic, regulatory and competitive risks and uncertainties that could cause actual results to differ materially from those forecasted. If we do not achieve the forecasted results, we may not be able to pay the full minimum quarterly distribution or any amount on our common units or subordinated units, in which event the market price of the common units may decline materially.

**Our ability to grow and to meet our financial needs may be adversely affected by our cash distribution policy.**

Our cash distribution policy, which is consistent with our partnership agreement, requires us to distribute all of our available cash (as defined in our partnership agreement) each quarter. Accordingly, our growth may not be as fast as businesses that reinvest their available cash to expand ongoing operations.

In determining the amount of cash available for distribution, our board of directors approves the amount of cash reserves to set aside, including reserves for future maintenance and replacement capital expenditures, working capital and other matters. We also rely upon external financing sources, including commercial borrowings, to fund our capital expenditures. Accordingly, to the extent we do not have sufficient cash reserves or are unable to obtain financing, our cash distribution policy may significantly impair our ability to meet our financial needs or to grow.

**If capital expenditures are financed through cash from operations or by issuing debt or equity securities, our ability to make cash distributions may be diminished, our financial leverage could increase or our unitholders may be diluted.**

Use of cash from operations to expand or maintain our fleet will reduce cash available for distribution to unitholders. Our ability to obtain bank financing or to access the capital markets for future offerings may be limited by our financial condition at the time of any such financing or offering as well as by adverse market conditions resulting from, among other things, general economic conditions and contingencies and uncertainties that are beyond our control. Our failure to obtain the funds for future capital expenditures could have a material adverse effect on our business, financial condition, results of operations and ability to make cash distributions to our unitholders. Even if we are successful in obtaining necessary funds, the terms of such financings could limit our ability to pay cash distributions to unitholders. In addition, incurring additional debt may significantly increase our interest expense and financial leverage, and issuing additional equity securities may result in significant unitholder dilution and would increase the aggregate amount of cash required to maintain our current level of quarterly distributions to unitholders, both of which could have a material adverse effect on our ability to make cash distributions.

**Due to our lack of diversification, adverse developments in our LNG shipping business could reduce our ability to make distributions to our unitholders.**

We rely exclusively on the cash flow generated from our LNG carriers. Due to our lack of diversification, an adverse development in the LNG shipping industry could have a significantly greater impact on our financial condition and results of operations than if we maintained more diverse assets or lines of businesses.

Pages Omitted

Table of Contents

### OUR CASH DISTRIBUTION POLICY AND RESTRICTIONS ON DISTRIBUTIONS

*You should read the following discussion of our cash distribution policy and restrictions on distributions in conjunction with specific assumptions included in this section. In addition, you should read "Forward-Looking Statements" and "Risk Factors" for information regarding statements that do not relate strictly to historical or current facts and certain risks inherent in our business.*

*Following this offering, we intend to declare minimum quarterly distributions of $ 0.365 per unit, or $ 1.46 per unit on an annualized basis. As our fleet expands, our board of directors will evaluate future increases to the minimum quarterly distribution based on our cash flow and liquidity position. Our policy is to make cash distributions to the extent we have sufficient cash from operations after establishment of cash reserves and payment of fees and expenses, including payments to our General Partner. Our board of directors will determine the timing and amount of all cash distributions, based on various factors, including our financial performance, cash requirements and contractual and legal restrictions. Accordingly, we cannot guarantee that we will be able to make cash distributions. See "Risk Factors."*

**General**

#### Rationale for Our Cash Distribution Policy

Our cash distribution policy reflects a judgment that our unitholders will be better served by our distributing our available cash rather than retaining it because, in general, we plan to finance any expansion capital expenditures from external financing sources. Our cash distribution policy is consistent with the terms of our Partnership Agreement, which requires that we distribute all of our available cash quarterly. Available cash is generally defined to mean, for each quarter cash generated from our business less the amount of cash reserves established by our board of directors at the date of determination of available cash for the quarter to provide for the proper conduct of our business (including reserves for our future capital expenditures and anticipated future credit needs subsequent to that quarter), comply with applicable law, any of our debt instruments or other agreements; and provide funds for distributions to our unitholders and to our General Partner for any one or more of the next four quarters, plus, if our board of directors so determines, all or any portion of the cash on hand on the date of determination of available cash for the quarter resulting from working capital borrowings made subsequent to the end of such quarter.

#### Limitations on Cash Distributions and Our Ability to Change Our Cash Distribution Policy

There is no guarantee that unitholders will receive quarterly distributions from us. Our cash distribution policy is subject to certain restrictions and may be changed at any time. Set forth below are certain factors that influence our cash distribution policy:

- Our unitholders have no contractual or other legal right to receive distributions other than the obligation under our Partnership Agreement to distribute available cash on a quarterly basis, which is subject to the broad discretion of our board of directors to establish reserves and other limitations.

- We will be subject to restrictions on distributions under our existing financing arrangements as well as under any new financing arrangements that we may enter into in the future. Our financing arrangements contain financial and other covenants that must be satisfied prior to paying distributions in order to declare and pay such distributions. If we are unable to satisfy the requirements contained in any of our financing arrangements or are otherwise in default under any of those agreements, it could have a material adverse effect on our financial condition and our ability to make cash distributions to you notwithstanding our cash distribution policy. See "Management's Discussion and Analysis of Financial Condition and Results of Operations—Liquidity and Capital Resources" for a discussion of the financial and other covenants contained in our debt agreements.

67

Table of Contents

- We are required to make substantial capital expenditures to maintain and replace our fleet. These expenditures may fluctuate significantly over time, particularly as our vessels near the end of their useful lives. In order to minimize these fluctuations, our Partnership Agreement requires us to deduct estimated, as opposed to actual, maintenance and replacement capital expenditures from the amount of cash that we would otherwise have available for distribution to our unitholders. In years when estimated maintenance and replacement capital expenditures are higher than actual maintenance and replacement capital expenditures, the amount of cash available for distribution to unitholders will be lower than if actual maintenance and replacement capital expenditures were deducted.

- Although our Partnership Agreement requires us to distribute all of our available cash, our Partnership Agreement, including provisions contained therein requiring us to make cash distributions may be amended. During the subordination period, with certain exceptions, our Partnership Agreement may not be amended without the approval of non-affiliated common unitholders. After the subordination period has ended, our Partnership Agreement may be amended with the approval of a majority of the outstanding common units. Upon the closing of this offering, our Sponsor will own approximately 16.6% of our common units and all of our subordinated units. See "The Partnership Agreement—Amendment of the Partnership Agreement."

- Even if our cash distribution policy is not modified or revoked, the amount of distributions we pay under our cash distribution policy and the decision to make any distribution is determined by our board of directors, taking into consideration the terms of our Partnership Agreement.

- Under Section 57 of the Marshall Islands Act, we may not make a distribution to you if the distribution would cause our liabilities to exceed the fair value of our assets.

- We may lack sufficient cash to pay distributions to our unitholders due to decreases in total operating revenues, decreases in hire rates, the loss of a vessel or increases in operating or general and administrative expenses, principal and interest payments on outstanding debt, taxes, working capital requirements, maintenance and replacement capital expenditures or anticipated cash needs. See "Risk Factors" for a discussion of these factors.

- Our ability to make distributions to our unitholders depends on the performance of our subsidiaries and their ability to distribute cash to us. The ability of our subsidiaries to make distributions to us may be restricted by, among other things, the provisions of existing and future indebtedness, applicable limited partnership and limited liability company laws in the Marshall Islands and other laws and regulations.

**Our Ability to Grow Depends on Our Ability to Access External Expansion Capital**

Because we distribute all of our available cash on a quarterly basis, we may not grow as quickly as businesses that reinvest their available cash to expand ongoing operations. We plan to rely primarily upon external financing sources, including commercial bank borrowings and the issuance of debt and equity securities, to fund any future expansion capital expenditures, including any acquisitions through the exercise of our purchase options with our Sponsor. If we are unable to finance growth externally, our cash distribution policy will significantly impair our ability to grow. To the extent we issue additional units in connection with any acquisitions or other capital expenditures, the payment of distributions on those additional units may increase the risk that we will be unable to maintain or increase our per unit distribution level, which in turn may affect the available cash that we have to distribute on each unit. There are no limitations in our Partnership Agreement on our ability to issue additional units, including units ranking senior to the common units. The incurrence of additional borrowings or other debt by us to finance our growth would result in increased interest expense, which in turn may affect the available cash that we have to distribute to our unitholders.

**Initial Distribution Rate**

Upon the completion of this offering, our board of directors intends to adopt a cash distribution policy pursuant to which we will declare an initial quarterly distribution of $ 0.365 per unit for each complete quarter,

68

Pages Omitted

Table of Contents

According to Drewry, there are only 39 LNG carriers currently in operation, including the vessels in our Initial Fleet, with a carrying capacity of between 149,000 and 155,000 cbm and a membrane containment system, representing 9.0% of the global LNG fleet and a total of 113 LNG carriers on order of which 8 are being constructed with these specifications.

The following table sets forth additional information about our Initial Fleet as of September 30, 2013:

| Vessel Name | Shipyard | Year Built | Capacity (cbm) | Ice Class | Flag State | Charterer |
|---|---|---|---|---|---|---|
| *Clean Energy* | HHI | 2007 | 149,700 | No | Marshall Islands | BG Group |
| *Ob River*[1] | HHI | 2007 | 149,700 | Yes | Marshall Islands | Gazprom |
| *Clean Force* | HHI | 2008 | 149,700 | Yes | Marshall Islands | BG Group |

(1)     Formerly named *Clean Power*.

**Our Charters**

We intend to principally deploy our vessels on multi-year, fixed-rate time charters to take advantage of the stable cash flows and high utilization rates typically associated with multi-year time charters. Under our time charters, hire payments may be reduced if the vessel does not perform to certain of its specifications, such as if the average vessel speed falls below a guaranteed speed or the amount of fuel consumed to power the vessel under normal circumstances exceeds a guaranteed amount, and the customer is responsible for any voyage expenses incurred. We have secured multi-year fixed rate time charter contracts for the three LNG carriers in our Initial Fleet. The following table summarizes our current time charters for the vessels in our Initial Fleet and the expirations and extension options, as of October 28, 2013:

| Vessel Name | Charterer | Contract Backlog (in millions) | Charter Commencement Date | Earliest Charter Expiration Date | Latest Charter Expiration Including Non-Exercised Options |
|---|---|---|---|---|---|
| *Clean Energy* | BG Group | $107.5 | February 2012 | April 2017 | August 2020[2] |
| *Ob River*[1] | Gazprom | $122.4 | September 2012 | September 2017 | May 2018[3] |
| *Clean Force* | BG Group | $66.8 | October 2010 | September 2016 | January 2020[4] |

(1)     Formerly named *Clean Power*.
(2)     BG Group has the option to extend the duration of the charter for an additional three-year term until August 2020 at an escalated daily rate, upon notice to us before January 2016.
(3)     Gazprom has the option to extend the duration of the charter until May 2018 on identical terms, upon notice to us before March 2017.
(4)     On January 2, 2013, BG Group exercised its option to extend the duration of the charter by an additional three-year term at an escalated daily rate, commencing on October 5, 2013. BG Group has the option to extend the duration of the charter by an additional three-year term at a further escalated daily rate, which would commence on October 5, 2016, upon notice to us before January 5, 2016. The latest expiration date upon the exercise of all options is January 2020.

102

Pages Omitted

Table of Contents

circumstances and needs of the businesses, such as the level of strategic activities of the businesses. Our officers, our Chairman and the other individuals providing services to us intend to devote as much time to the management of our business and affairs as is necessary for the proper conduct of our business and affairs.

Whenever our General Partner makes a determination or takes or declines to take an action in its individual capacity rather than in its capacity as our General Partner, it is entitled to make such determination or to take or decline to take such other action free of any fiduciary duty or obligation whatsoever to us or any limited partner, and our General Partner is not required to act in good faith or pursuant to any other standard imposed by our Partnership Agreement or under the Partnership Act or any other law. Specifically, our General Partner will be considered to be acting in its individual capacity if it exercises its call right, pre-emptive rights, registration rights or right to make a determination to receive common units in a resetting of the target distribution levels related to its incentive distribution rights, consents or withholds consent to any merger or consolidation of the partnership, appoints any directors or votes for the appointment of any director, votes or refrains from voting on amendments to our Partnership Agreement that require a vote of the outstanding units, voluntarily withdraws from the partnership, transfers (to the extent permitted under our Partnership Agreement) or refrains from transferring its units, General Partner interest or the incentive distribution rights it owns or votes upon the dissolution of the partnership.

### Directors and Senior Management

The following provides information about each of our directors, director nominees and senior management. The business address for these individuals is 97 Poseidonos Avenue & 2 Foivis Street, Glyfada 16674 Greece.

| Name | Age | Position |
|---|---|---|
| George Prokopiou | 67 | Chairman of the Board of Directors |
| Tony Lauritzen | 36 | Chief Executive Officer and Director |
| Michael Gregos | 42 | Chief Financial Officer |
| Levon Dedegian[1] | 62 | Director |
| Alexios Rodopoulos[1] | 65 | Director |
| Evangelos Vlahoulis[1] | 68 | Director |

(1)    Messrs. Levon Dedegian, Alexios Rodopoulos and Evangelos Vlahoulis have each agreed to serve on our board of directors effective immediately after the effectiveness of the registration statement of which this prospectus forms a part.

Biographical information concerning the executive officers and directors listed above is set forth below.

*George Prokopiou.* Mr. George Prokopiou has served as our Chairman of our board of directors since our inception. Since entering the shipping business in 1974, Mr. Prokopiou has managed a shipping fleet consisting in excess of 250 vessels and is among other, the founder of Dynacom Tankers Management, Sea Traders and Dynagas Ltd., our Manager. Dynacom was founded in 1991 to manage tankers and Sea Traders SA was founded in 1974 to manage bulk carriers. Since 2002, companies controlled by Mr. Prokopiou have built more than 93 vessels at shipyards in South Korea, Japan and China. Mr. Prokopiou holds a civil engineering degree from the National Technical University of Athens. Mr. Prokopiou has also served as Chairman of the North of England P&I Association. He is Chairman of the Greek committee of Bureau Veritas, as well as member of the Greek committees of Germanischer Lloyd, Det Norske Veritas, Lloyd's Register and ABS. In 2005 Dynacom was awarded Tanker Company of the Year award in 2005 by Lloyd's List.

*Tony Lauritzen.* Mr. Tony Lauritzen has served as our Chief Executive Officer since our inception. Mr. Lauritzen has served on our board of directors since our inception. Mr. Lauritzen has been the commercial manager of our Sponsor's LNG activities from 2006 to date. He joined the company when the first vessel was delivered in 2007. He worked for the shipowner and shipmanager Bernhard Schulte Shipmanagement Ltd. from 2004 until 2007 where he was project manager with a focus on the gas shipping segment. Prior to that, he worked for Westshore Shipbrokers AS in the offshore shipbroking segment. He holds a Master of Science in Shipping

176

Table of Contents

Trade and Finance from Cass Business School, London from 2003 and a Master of Arts in Business and Finance from Heriot Watt University, Edinburgh from 2002. Mr. Lauritzen is married to Marina Kalliope Prokopiou, daughter of our Chairman George Prokopiou.

*Michael Gregos.* Mr. Michael Gregos has served as our Chief Financial Officer since our inception. Since 2010, Mr. Gregos has served on the board of Ocean Rig UDW Inc. (NASDAQ: ORIG). Mr. Gregos has served as commercial manager of the activities of Dynacom Tankers Management since 2009. From 2007 to 2009, Mr. Gregos served as Chief Operating Officer of OceanFreight Inc. a shipping transportation company listed on NASDAQ. Prior to that, Mr. Gregos was commercial manager of the activities of Dynacom Tankers Management. Mr. Gregos has also worked for Oceania Maritime Agency, a shipping transportation company in Connecticut, USA and ATE Finance the corporate finance arm of Agricultural Bank of Greece responsible for the implementation of initial public offerings in the Greek equities market. He is a graduate of Queen Mary University in London and holds an M.Sc. in Shipping, Trade and Finance from City University.

*Levon A. Dedegian.* Mr. Levon A. Dedegian has agreed to serve as one of our directors. Mr. Dedegian has been involved in shipping since 1975 with various companies and positions. From 1978 to 1984, he served as general manager of Sea Traders. In 1985, he joined S.S.R.S. Ltd., a member of the Manley Hopkins Group of Companies. In 1987 he was transferred to Hong Kong, where he stayed until 1988 as a Managing Director of each of Gapco Trading and Agencies Limited, Bridge Energy ASA and Elf Agriculture. He was relocated to Greece at the end of 1988 as Managing Director of the Greek office of P. Wigham Richardson Shipbrokers and in 1989 he rejoined Sea Traders and Dynacom Tankers Management as general manager where he remained until December 31, 2009. Mr. Dedegian is a graduate of Pierce College (the American College of Greece) and holds a Bsc in Business Administration and Economics.

*Alexios Rodopoulos.* Mr. Alexios Rodopoulos has agreed to serve as one of our directors. Mr. Rodopoulos is an independent shipping business consultant, operating through his family-owned company, Rodofin Business Consultants Ltd. From 1999 until 2011 Mr. Rodopoulos served as the Head of Shipping (Piraeus) of Royal Bank of Scotland (RBS). Mr. Rodopoulos is a graduate of the Economic University of Athens, Greece.

*Evangelos Vlahoulis.* Mr. Evangelos Vlahoulis has agreed to serve as one of our directors. Since 2005, Mr. Vlahoulis has served as Chief Executive Officer of Finship S.A. which provides maritime financing services including to Deutsche Bank in connection with their shipping activities in Greece. From 1984 until 2005 Mr. Vlahoulis served as the representative for Greek shipping of Deutsche Schiffsbank (the predecessor to Commercebank AB). Mr. Vlahoulis is a graduate of London University and holds a BA in Economics.

## Executive Compensation

We have not paid any compensation to our executive officers or accrued any obligations with respect to management incentive or retirement benefits prior to this offering. Upon the completion of this offering we plan to enter into employment agreements with individuals who will provide executive management services that were previously provided by our Sponsor. We expect that aggregate annual compensation to members of our executive management will be approximately $500,000, excluding management unit compensation.

Mr. Tony Lauritzen, our Chief Executive Officer, Mr. Michael Gregos, our Chief Financial Officer, and certain other officers, will be involved in other business activities with our Sponsor and its affiliates, which may result in their spending less time than is appropriate or necessary to manage our business successfully. Based solely on the anticipated relative sizes of our Initial Fleet and the fleet owned by our Sponsor and its affiliates over the next twelve months, we estimate that Mr. Tony Lauritzen and certain other officers may spend a substantial portion of their monthly business time on our business activities and their remaining time on the business of our Sponsor and its affiliates. However, the actual allocation of time could vary significantly from time to time depending on various circumstances and needs of the businesses, such as the relative levels of strategic activities of the businesses. This could have a material adverse effect on our business, financial condition, results of operations and cash flows.

177

# Pages Omitted

Table of Contents

APPENDIX A

**FORM OF SECOND AMENDED AND RESTATED AGREEMENT OF LIMITED PARTNERSHIP**
**OF**
**DYNAGAS LNG PARTNERS LP**

**TABLE OF CONTENTS**

**ARTICLE I**

**DEFINITIONS**

| | | |
|---|---|---:|
| Section 1.1 | Definitions | 1 |
| Section 1.2 | Construction | 15 |

**ARTICLE II**

**ORGANIZATION**

| | | |
|---|---|---:|
| Section 2.1 | Formation | 15 |
| Section 2.2 | Name | 15 |
| Section 2.3 | Registered Office; Registered Agent; Principal Office; Other Offices | 16 |
| Section 2.4 | Purpose and Business | 16 |
| Section 2.5 | Powers | 16 |
| Section 2.6 | Term | 16 |
| Section 2.7 | Title to Partnership Assets | 16 |

**ARTICLE III**

**RIGHTS OF LIMITED PARTNERS**

| | | |
|---|---|---:|
| Section 3.1 | Limitation of Liability | 16 |
| Section 3.2 | Management of Business | 17 |
| Section 3.3 | Outside Activities of the Limited Partners | 17 |
| Section 3.4 | Rights of Limited Partners | 17 |

**ARTICLE IV**

**CERTIFICATES; RECORD HOLDERS; TRANSFER OF PARTNERSHIP INTERESTS**

| | | |
|---|---|---:|
| Section 4.1 | Certificates | 17 |
| Section 4.2 | Mutilated, Destroyed, Lost or Stolen Certificates | 18 |
| Section 4.3 | Record Holders | 18 |
| Section 4.4 | Transfer Generally | 19 |
| Section 4.5 | Registration and Transfer of Limited Partner Interests | 19 |
| Section 4.6 | Transfer of the General Partner's General Partner Interest | 20 |
| Section 4.7 | Transfer of Incentive Distribution Rights | 20 |
| Section 4.8 | Restrictions on Transfers | 21 |

**ARTICLE V**

**CAPITAL CONTRIBUTIONS AND ISSUANCE OF PARTNERSHIP INTERESTS**

| | | |
|---|---|---:|
| Section 5.1 | Contributions and Initial Issuances Prior to the Closing Date | 21 |
| Section 5.2 | Tax Election | 21 |
| Section 5.3 | Interest and Withdrawal | 21 |
| Section 5.4 | Issuances of Additional Partnership Interests | 21 |
| Section 5.5 | Limitations on Issuance of Additional Partnership Interests | 22 |
| Section 5.6 | Conversion of Subordinated Units to Common Units | 22 |
| Section 5.7 | Limited Preemptive Right | 23 |
| Section 5.8 | Splits and Combinations | 23 |
| Section 5.9 | Fully Paid and Non-Assessable Nature of Limited Partner Interests | 24 |
| Section 5.10 | Issuance of Common Units in Connection with Reset of Incentive Distribution Rights | 24 |

**Table of Contents**

## ARTICLE VI
### DISTRIBUTIONS

| | | |
|---|---|---|
| Section 6.1 | Requirement and Characterization of Distributions; Distributions to Record Holders | 25 |
| Section 6.2 | Distributions of Available Cash from Operating Surplus | 26 |
| Section 6.3 | Distributions of Available Cash from Capital Surplus | 27 |
| Section 6.4 | Adjustment of Minimum Quarterly Distribution and Target Distribution Levels | 27 |
| Section 6.5 | Special Provisions Relating to the Holders of Subordinated Units | 28 |
| Section 6.6 | Special Provisions Relating to the Holders of Incentive Distribution Rights | 28 |

## ARTICLE VII
### MANAGEMENT AND OPERATION OF BUSINESS

| | | |
|---|---|---|
| Section 7.1 | Management | 28 |
| Section 7.2 | The Board of Directors; Election and Appointment; Term; Manner of Acting | 29 |
| Section 7.3 | Nominations of Elected Directors | 29 |
| Section 7.4 | Removal of Members of Board of Directors | 30 |
| Section 7.5 | Resignations of Members of the Board of Directors | 30 |
| Section 7.6 | Vacancies on the Board of Directors | 30 |
| Section 7.7 | Meetings; Committees; Chairman | 30 |
| Section 7.8 | Officers | 31 |
| Section 7.9 | Compensation of Directors | 32 |
| Section 7.10 | Certificate of Limited Partnership | 32 |
| Section 7.11 | Restrictions on the Authority of the Board of Directors and the General Partner | 32 |
| Section 7.12 | Reimbursement of the General Partner | 32 |
| Section 7.13 | Outside Activities | 33 |
| Section 7.14 | Loans from the General Partner; Loans or Contributions from the Partnership or Group Members | 34 |
| Section 7.15 | Indemnification | 35 |
| Section 7.16 | Liability of Indemnitees | 36 |
| Section 7.17 | Resolution of Conflicts of Interest; Standards of Conduct and Modification of Duties | 36 |
| Section 7.18 | Other Matters Concerning the General Partner and the Board of Directors | 38 |
| Section 7.19 | Purchase or Sale of Partnership Interests | 39 |
| Section 7.20 | Registration Rights of the General Partner and its Affiliates | 39 |
| Section 7.21 | Reliance by Third Parties | 41 |

## ARTICLE VIII
### BOOKS, RECORDS, ACCOUNTING AND REPORTS

| | | |
|---|---|---|
| Section 8.1 | Records and Accounting | 41 |
| Section 8.2 | Fiscal Year | 41 |
| Section 8.3 | Reports | 41 |

## ARTICLE IX
### TAX MATTERS

| | | |
|---|---|---|
| Section 9.1 | Tax Elections and Information | 42 |
| Section 9.2 | Withholding | 42 |
| Section 9.3 | Conduct of Operations | 42 |

## ARTICLE X
### ADMISSION OF PARTNERS

| | | |
|---|---|---|
| Section 10.1 | Admission of Initial Limited Partners | 42 |
| Section 10.2 | Admission of Additional Limited Partners | 43 |
| Section 10.3 | Admission of Successor General Partner | 43 |
| Section 10.4 | Amendment of Agreement and Certificate of Limited Partnership | 43 |

**Table of Contents**

## ARTICLE XI

### WITHDRAWAL OR REMOVAL OF PARTNERS

| | | |
|---|---|---|
| Section 11.1 | Withdrawal of the General Partner | 44 |
| Section 11.2 | Removal of the General Partner | 45 |
| Section 11.3 | Interest of Departing General Partner and Successor General Partner | 45 |
| Section 11.4 | Termination of Subordination Period, Conversion of Subordinated Units and Extinguishment of Cumulative Common Unit Arrearages | 47 |
| Section 11.5 | Withdrawal of Limited Partners | 47 |

## ARTICLE XII

### DISSOLUTION AND LIQUIDATION

| | | |
|---|---|---|
| Section 12.1 | Dissolution | 47 |
| Section 12.2 | Continuation of the Business of the Partnership After Dissolution | 47 |
| Section 12.3 | Liquidating Trustee | 48 |
| Section 12.4 | Liquidation | 48 |
| Section 12.5 | Cancellation of Certificate of Limited Partnership | 49 |
| Section 12.6 | Return of Contributions | 50 |
| Section 12.7 | Waiver of Partition | 50 |

## ARTICLE XIII

### AMENDMENT OF PARTNERSHIP AGREEMENT; MEETINGS; RECORD DATE

| | | |
|---|---|---|
| Section 13.1 | Amendments to be Adopted Without Approval of the Limited Partners or the General Partner | 50 |
| Section 13.2 | Amendment Procedures | 51 |
| Section 13.3 | Amendment Requirements | 51 |
| Section 13.4 | Special Meetings | 52 |
| Section 13.5 | Notice of a Meeting | 52 |
| Section 13.6 | Record Date | 53 |
| Section 13.7 | Adjournment | 53 |
| Section 13.8 | Waiver of Notice; Approval of Meeting; Approval of Minutes | 53 |
| Section 13.9 | Quorum and Voting | 53 |
| Section 13.10 | Conduct of a Meeting | 53 |
| Section 13.11 | Action Without a Meeting | 54 |
| Section 13.12 | Right to Vote and Related Matters | 54 |

## ARTICLE XIV

### MERGER, CONSOLIDATION OR CONVERSION

| | | |
|---|---|---|
| Section 14.1 | Authority | 55 |
| Section 14.2 | Procedure for Merger, Consolidation or Conversion | 55 |
| Section 14.3 | Approval by Limited Partners of Merger, Consolidation or Conversion | 56 |
| Section 14.4 | Certificate of Merger or Conversion | 57 |
| Section 14.5 | Amendment of Partnership Agreement | 57 |
| Section 14.6 | Effect of Merger, Consolidation or Conversion | 57 |

## ARTICLE XV

### RIGHT TO ACQUIRE LIMITED PARTNER INTERESTS

| | | |
|---|---|---|
| Section 15.1 | Right to Acquire Limited Partner Interests | 58 |

Table of Contents

**ARTICLE XVI**

**GENERAL PROVISIONS**

| | | |
|---|---|---|
| Section 16.1 | Addresses and Notices | 59 |
| Section 16.2 | Further Action | 60 |
| Section 16.3 | Binding Effect | 60 |
| Section 16.4 | Integration | 60 |
| Section 16.5 | Creditors | 60 |
| Section 16.6 | Waiver | 60 |
| Section 16.7 | Counterparts | 60 |
| Section 16.8 | Applicable Law; Forum, Venue and Jurisdiction | 60 |
| Section 16.9 | Invalidity of Provisions | 61 |
| Section 16.10 | Consent of Partners | 61 |
| Section 16.11 | Facsimile Signatures | 61 |
| Section 16.12 | Third-Party Beneficiaries | 61 |

**Table of Contents**

**SECOND AMENDED AND RESTATED**

**AGREEMENT OF LIMITED PARTNERSHIP OF DYNAGAS LNG PARTNERS LP**

THIS SECOND AMENDED AND RESTATED AGREEMENT OF LIMITED PARTNERSHIP OF DYNAGAS LNG PARTNERS LP, dated as of November 18, 2013, is entered into by and between Dynagas GP LLC, a Marshall Islands limited liability company, as the General Partner, and Dynagas Holding Ltd., a Marshall Islands company, as the Organizational Limited Partner, together with any other Persons who become Partners in the Partnership or parties hereto as provided herein. In consideration of the covenants, conditions and agreements contained herein, the parties agree as follows:

## ARTICLE I

## DEFINITIONS

Section 1.1 *Definitions.* The following definitions shall be for all purposes, unless otherwise clearly indicated to the contrary, applied to the terms used in this Agreement.

"*Acquisition*" means any transaction in which any Group Member acquires (through an asset acquisition, merger, stock acquisition or other form of investment) control over all or a portion of the assets, properties or business of another Person for the purpose of increasing the operating capacity and/or asset base of the Partnership Group from the operating capacity and/or asset base of the Partnership Group existing immediately prior to such transaction; *provided*, *however*, that any acquisition of properties or assets of another Person that is made solely for investment purposes shall not constitute an Acquisition under this Agreement.

"*Adjusted Operating Surplus*" means, with respect to any period, Operating Surplus generated with respect to such period (a) less (i) the amount of any net increase in Working Capital Borrowings (or the Partnership's proportionate share of any net increase in Working Capital Borrowings in the case of Subsidiaries that are not wholly-owned) with respect to such period and (ii) the amount of any net decrease in cash reserves for Operating Expenditures (or the Partnership's proportionate share of any net decrease in cash reserves for Operating Expenditures in the case of Subsidiaries that are not wholly-owned) over such period to the extent such reduction does not relate to an Operating Expenditure made with respect to such period, and (b) plus (i) the amount of any net decrease in Working Capital Borrowings (or the Partnership's proportionate share of any net decrease in Working Capital Borrowings in the case of Subsidiaries that are not wholly-owned) with respect to such period; (ii) the amount of any net increase in cash reserves (or the Partnership's proportionate share of any net increase in cash reserves in the case of Subsidiaries that are not wholly-owned) for Operating Expenditures over such period to the extent such reserve is required by any debt instrument for the repayment of principal, interest or premium; and (iii) the amount of any net decrease made in subsequent periods in cash reserves for Operating Expenditures initially established with respect to such period to the extent such decrease results in a reduction in Adjusted Operating Surplus in subsequent periods pursuant to clause (a)(ii) above. Adjusted Operating Surplus does not include that portion of Operating Surplus included in clause (a)(i) of the definition of Operating Surplus. Adjusted Operating Surplus includes that portion of Operating Surplus in clause (a)(ii) of the definition of Operating Surplus only to the extent that cash is received by the Partnership Group.

"*Affiliate*" means, with respect to any Person, any other Person that directly or indirectly through one or more intermediaries controls, is controlled by or is under common control with, the Person in question. As used herein, the term "control" means the possession, direct or indirect, of the power to direct or cause the direction of the management and policies of a Person, whether through ownership of voting securities, by contract or otherwise.

"*Aggregate Quantity of IDR Reset Common Units*" has the meaning set forth in Section 5.10(a).

1

**Table of Contents**

"*Agreed Value*" means the fair market value of the applicable property or other consideration at the time of contribution or distribution, as the case may be, as determined by the Board of Directors.

"*Agreement*" means this Agreement of Limited Partnership of Dynagas LNG Partners LP, as it may be amended, supplemented or restated from time to time.

"*Annual Meeting*" means the meeting of Limited Partners to be held every year, commencing in 2014, to elect the Elected Directors as provided in Section 7.2 and to vote on any other matters brought before the meeting in accordance with this Agreement.

"*Appointed Directors*" means the members of the Board of Directors appointed by the General Partner in accordance with the provisions of Article VII.

"*Associate*" means, when used to indicate a relationship with any Person: (a) any corporation or organization of which such Person is a director, officer or partner or is, directly or indirectly, the owner of 20% or more of any class of voting stock or other voting interest; (b) any trust or other estate in which such Person has at least a 20% beneficial interest or as to which such Person serves as trustee or in a similar fiduciary capacity; and (c) any relative or spouse of such Person, or any relative of such spouse, who has the same principal residence as such Person.

"*Audit Committee*" means a committee of the Board of Directors composed of a minimum of one member of the Board of Directors then serving who meet the independence standards required of directors who serve on an audit committee of a board of directors established by the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Commission thereunder and meet the standards for audit committee composition established by the National Securities Exchange on which the Common Units are listed or admitted to trading.

"*Available Cash*" means, with respect to any Quarter ending prior to the Liquidation Date:

(a) the sum of (i) all cash and cash equivalents of the Partnership Group (or the Partnership's proportionate share of cash and cash equivalents in the case of Subsidiaries that are not wholly-owned) on hand at the end of such Quarter, (ii) all additional cash and cash equivalents of the Partnership Group (or the Partnership's proportionate share of cash and cash equivalents in the case of Subsidiaries that are not wholly-owned) on hand on the date of determination of Available Cash with respect to such Quarter resulting from Working Capital Borrowings made subsequent to the end of such Quarter, and (iii) all cash and cash equivalents on hand on the date of determination of Available Cash resulting from cash distributions received after the end of such Quarter from any Group Member's equity interest in any Person (other than a Subsidiary), which distributions are paid by such Person in respect of operations conducted by such Person during such Quarter, less

(b) the amount of any cash reserves (or the Partnership's proportionate share of cash reserves in the case of Subsidiaries that are not wholly-owned) established by the Board of Directors to (i) provide for the proper conduct of the business of the Partnership Group (including reserves for future capital expenditures and for anticipated future credit needs of the Partnership Group) subsequent to such Quarter, (ii) comply with applicable law or any loan agreement, security agreement, mortgage, debt instrument or other agreement or obligation to which any Group Member is a party or by which it is bound or its assets are subject or (iii) provide funds for distributions under Sections 6.2 or 6.3 in respect of any one or more of the next four Quarters; *provided*, *however*, that the Board of Directors may not establish cash reserves pursuant to (iii) above if the effect of establishing such reserves would be that the Partnership is unable to distribute the Minimum Quarterly Distribution on all Common Units, plus any Cumulative Common Unit Arrearage on all Common Units, with respect to such Quarter; and, *provided further*, that disbursements made by a Group Member or cash reserves established, increased or reduced after the end of such Quarter but on or before the date of determination of Available Cash with respect to such Quarter shall be deemed to have been made, established, increased or reduced, for purposes of determining Available Cash, within such Quarter if the Board of Directors so determines.

2