# EXHIBIT 5

**S&P Global**
Market Intelligence

# Dynagas LNG Partners LP NYSE:DLNG FQ3 2017 Earnings Call Transcripts

## Wednesday, December 06, 2017 3:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2017- | | | -FQ4 2017- | -FY 2017- | -FY 2018- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.21 | 0.15 | ▼ (28.57 %) | 0.23 | 1.09 | 0.86 |
| **Revenue (mm)** | 35.31 | 33.47 | ▼ (5.21 %) | 36.61 | 146.00 | 146.63 |

Currency: USD
Consensus as of  Dec-06-2017 7:54 AM GMT



| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ4 2016** | 0.43 | 0.44 | ▲1 2.33 % |
| **FQ1 2017** | 0.41 | 0.37 | ▼2 (9.76 %) |
| **FQ2 2017** | 0.21 | 0.07 | ▼3 (66.67 %) |
| **FQ3 2017** | 0.21 | 0.15 | ▼4 (28.57 %) |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ......................................................................... | **3** |
| **Presentation** | ......................................................................... | **4** |
| **Question and Answer** | ......................................................................... | **10** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Michael Gregos**
*Chief Financial Officer*

**Tony Lauritzen**
*CEO & Director*

## ANALYSTS

**Benjamin Joel Nolan**
*Stifel, Nicolaus & Company,*
*Incorporated, Research Division*

**Fotis Giannakoulis**
*Morgan Stanley, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Thank you for standing by, ladies and gentlemen, and welcome to the Dynagas LNG Partners Conference Call on the Third Quarter 2017 Financial Results. We have with us, Mr. Tony Lauritzen, Chief Executive Officer; and Mr. Michael Gregos, Chief Financial Officer of the company. [Operator Instructions] I must advise you that this conference is being recorded today.

And at this time, I would like to read the safe harbor statement. This conference call and the slide presentation of the webcast contain certain forward-looking statements within the meaning of the safe harbor provision of the Private Securities Litigation Reform Act of 1995. Investors are cautioned that such forward-looking statements involve risks and uncertainties, which may affect Dynagas LNG Partners' business prospects and results of operations. Such risks are more fully disclosed in Dynagas LNG Partners' filings with the Securities and Exchange Commission.

And I now pass the floor to Mr. Lauritzen. Please go ahead, sir.

**Tony Lauritzen**
*CEO & Director*

Morning, everyone, and thank you for joining us in our third quarter ended 30 September, 2017, earnings conference call. I'm joined today by our CFO, Michael Gregos.

We have issued a press release announcing our results for the said period. Certain non-GAAP measures will be discussed on this call. We have provided a description of those measures as well as a discussion of why we believe this information to be useful in our press release.

The earnings for the financial quarter ended September 30, 2017, were within our expectations. There were particular cost items that fell into this quarter that affected the results. One of our vessels completed special survey in this quarter, and one of our vessels, the Clean Energy, was trading successfully, however, on a relatively weak short-term market.

Turning to Slide 2. The Amur River commenced a 5-year special survey in the second quarter and completed the same in the third quarter. We are satisfied that the class survey, including dry docking, were completed quickly and efficiently with only 15 days between arrival to departure at the repair yard. Amur River is on a 5-year special survey cycle, like the rest of our fleets, meaning one would expect about 5 years until her next scheduled dry docking.

In April 2017, the Clean Energy became available for employment. At which time, we entered into 2 consecutive short-term charters with Gazprom to employ the vessels through the end of August 2017. Following the expiration of these charters, the vessel is employed on an additional short-term charter with PetroChina and will continue to be employed on the short-term market until her 8-year contract with Gazprom from July 2018. Although we have been successful in employing the Clean Energy on the short-term market, the market was, although improving, weaker than her long-term charter.

Our adjusted EBITDA for the period was reported at $26.4 million with corresponding adjusted income of $7 million. The partnership reported a net income of $4 million, which includes a $1.1 million of scheduled class surveys and dry dock costs for the Amur River. Distributable cash flow was reported at $11.3 million. A quarterly cash distribution for the third quarter of 2017 of $0.42 in the quarter per common unit was paid on October 19, 2017. The cash distribution is equal to an increase of 15.8% over the partnership's minimum quarterly distribution per unit.

The partnership paid on November 13, 2017, a cash distribution of $0.5625 for each of its Series A Preferred units from the period from August 12, 2017 to November 13, 2017. Distributions on the Series A Preferred units will be payable quarterly on the 12th day of February, May, August and November, at an equivalent of $0.5625 per unit, provided the same is declared by the partnership's Board of Directors.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I will now turn the presentation over to Michael, who will provide you with further comments to the financial results.

**Michael Gregos**
*Chief Financial Officer*

Thank you, Tony.

Turning to Slide 3 of the presentation. Our revenues were higher in Q3 at $33.4 million compared to $32 million for Q2, however, significantly lower compared to revenues of $43 million in Q3 of 2016.

Our results for the quarter were impacted by the one-off charge of $1.1 million related to the fact that one of our vessels completed its special survey and dry dock in the third quarter and the lower revenues attributable to the Clean Energy, which is the only vessel in our fleet currently trading in the short-term market, pending for delivery into an 8-year charter next year.

Comparing Q2 2017 to Q3 2017, we see an increase of 38% in distributable cash flow and 15% in adjusted EBITDA, primarily due to the fact that we had 542 available days in Q3 versus 507 in Q2 as a result of less dry docking days and higher utilization rates on the Clean Energy in Q3.

The decline in our Q3 2017 results compared to our Q3 2016 results is, as we have mentioned before, a natural evolution of the partnership as it evolves from term charters with higher rates and shorter duration to contracts with longer charter duration and lower charter rates.

For the quarter, our average fleet cash daily charter rate amounted to $65,200 per day and utilization of 97% versus $66,900 per day and utilization of 95% for Q2. Our cash breakeven for the quarter, excluding dry docks and cash distribution through our common and preferred unitholders, amounted to about $37,300 per day. And if we include dry docks and distributions to common and preferred unitholders, cash breakeven amounts to about $70,000 per day per vessel. We expect that our gross cash time charter rate for our fleet will be around $66,000 per day for the next few quarters.

Operating expenses decreased from $13,720 per day per vessel in Q2 to $11,188 per day per vessel for Q3, associated with crewing and technical efficiencies.

Moving on to Slide 4 to discuss distributable cash flow and our coverage ratio. We generated distributable cash flow in Q3 of $11.3 million with a distribution coverage ratio of 0.64x compared to 0.43x for the previous quarter for the reasons mentioned earlier. However, given our strong cash position, we can comfortably pay our distributions. We are experiencing a decline in our coverage ratio given the transition from short- to long-term contracts discussed earlier. For the next 2 quarters, we do not have any scheduled dry dockings, and barring any unforeseen event, our coverage ratio is expected to be slightly higher.

Looking at the partnership on a no-growth basis beyond Q2 2018, there will be a number of factors which will affect distributable cash flow. In Q2 2018, the Ob River will enter its new 10-year contract with Gazprom at a rate which will be about 35% lower than the current contract rate. Depending on when Gazprom decides to redeliver the Yenisei River and the Lena River in 2018, we will have some spot exposure until the vessels enter their 15-year time charters with Yamal, which, given the present rate environment, is a very positive opportunity, although at this stage we do not know how long this exposure will be, given that the exact delivery date under the Yamal contracts has not been determined yet.

There will be a positive impact from the Clean Energy, which will enter her 8-year contract with Gazprom in Q2 of 2018 at a level which is double the rate she is currently employed. Another determining factor will be the reemployment rate of the Arctic Aurora, which is coming over in July 2018 from her Statoil contract. And finally, we have 3 special survey and dry docks in 2018, which will also have an impact on distributable cash flow next year.

These open commercial items will be addressed in the coming months as we continue to be focused on securing new contracts for our open fleet capacity. A strengthening LNG carrier market is the best

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

background to do so and as a result, we believe that our revenue and distributable cash flow in 2018 and 2019 will become even more visible.

In Slide 5, we have a streamlined capital structure which includes a $479 million secured institutional Term Loan B and a $250 million unsecured bond, both with an efficient covenant structure and modest amortization of $4.8 million per annum, which is supported by our long-term contract coverage and the long life of our LNG carriers. Even though we feel comfortable with refinancing our unsecured notes, we will be proactive in addressing the maturity, which is in October 2019.

Moving on to Slide 6. As of the end of Q3, our net debt was $658 million and our net debt-to-EBITDA ratio calculated by using last 12 months EBIDTA was 5.7x. Except for the Term Loan B and unsecured note, our capital structure also includes a perpetual $75 million preferred security, which we can redeem at our discretion at par from 2020 onwards.

Moving on to Slide 7. On 19th of October, we paid our 16th quarterly cash distribution, which was unchanged at $0.4225 per unit for the quarter. Since we went public in November 2013, we have paid approximately $223 million in cash distributions to our unitholders on $266 million of distributable cash flow. During that time, our common unit holders have received total cash distributions amounting to $6.36 per unit. On a longer-term basis, we expect that our cash distributions will reflect the secured cash flow generating capacity of our fleet with a view to maximizing shareholder value and ensuring sustainability for the long term across our capital structure. That wraps it up from my side. I will pass the presentation over to Tony.

**Tony Lauritzen**
*CEO & Director*

Thank you, Michael.

Let's move on to Slide 8 to summarize the partnership's profile. Our fleet currently counts 6 high specification and versatile LNG carriers with an average age of about 7.3 years in an industry where expected useful economic lifetime is 35 years. We have a diversified customer base with substantial energy companies, namely Gazprom, Statoil, PetroChina and Yamal LNG, which the latter is a joint venture between TOTAL, CNPC, NOVATEK and the Silk Road Fund.

Our contract backlog is about $1.46 billion and our average remaining charter period is about 10.1 years, which compares well versus our peers. Our vessels have also served customers such as Shell, Qatargas, RasGas, Marubeni, Woodside, CPC, North West Shelf and several other major oil and gas companies. We therefore have a large customer base that we're able to contract with.

Moving on to Slide 9. Our fleet of LNG carriers are largely fixed on long-term charters with strong and reputable energy companies. Drivers for these charters were the characteristics of the fleet, including class notations and our organization's track record. The contractual relationship between our customers and the vessels are on a time charter party basis. Under a time charter party, the charterer pays a fixed day rate to the owner, regardless if the vessel is being used or not. And all major variable costs, such as fuel costs, are for the charterer's account. There are also no early termination rights for convenience for the charterer. Therefore, and coupled with our multiyear employment profile, the partnership enjoys visible and stable contract revenues that are not directly affected by oil or gas prices. We have minimum capital requirements, which provides significant free cash flows.

Compared to other shipping segments, LNG shipping is a highly industrial segment where owners and charterers work very close together and mutual performance is key. Charterers typically program the vessels for its trade for long periods of time.

We are actively pursuing opportunities for only part of the availability that we have in 2018, given that we believe the market is on an improving trend.

Let's move to Slide 10. Our sponsor, Dynagas Holding, represents a fleet of 9 LNG carriers, which are all on long-term contracts. Four of those LNG carriers are fully owned and trading. One of those carriers, the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Pages Omitted