# EXHIBIT 6

April 23, 2018 | Equity Research



## Q1 True Up: Downgrading DLNG To UP; Updating Our Tanker & Container Ests.

*LNG*
*Shipping*

| $ | Rating | | Price | FY DCF/unit | | | | Price Target | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 2018E | | 2019E | | | |
| Ticker | Curr. | Prior | 04/23/18 | Curr. | Prior | Curr. | Prior | To | From |
| **LNG: Marine Midstream, Overweight** | | | | | | | | | |
| DLNG | 3 | 2 | 9.48 | 0.74 | 0.71 | 0.89 | 1.19 | $6 | $13 |
| GLOG | 1V | NC | 17.30 | 0.51 | 0.56 | 1.66 | 1.78 | $23 | NC |
| GLOP | 1 | NC | 23.75 | 2.44 | 2.55 | 2.45 | 2.77 | $28 | NC |
| **Tankers/LPG, Market Weight** | | | | | | | | | |
| ASC | 1V | NC | 8.10 | -0.01 | 0.25 | 0.21 | 0.64 | $9.5 | $9 |
| DHT | 2 | NC | 3.86 | -0.26 | 0.04 | 0.23 | 0.04 | $5 | NC |
| EURN | 1 | NC | 9.05 | -1.04 | -0.67 | -0.48 | -0.49 | $10 | NC |
| FRO | 2V | NC | 4.86 | -0.58 | -0.17 | 0.05 | 0.19 | $5.7 | NC |
| LPG | 2V | NC | 7.99 | -0.47 | -0.33 | -0.21 | NE | $10 | NC |
| NAT | 2V | NC | 2.12 | -0.47 | -0.05 | 0.17 | 0.06 | $2.7 | NC |
| TNK | 2V | NC | 1.21 | -0.33 | -0.04 | -0.10 | 0.06 | $1.5 | NC |
| TNP | 2 | NC | 3.67 | -0.38 | 0.16 | 0.06 | 0.36 | $3.75 | $4.25 |
| **LNG: Upstream Liquefaction, Overweight** | | | | | | | | | |
| GLNG | 1V | NC | 31.74 | 0.18 | NC | 0.65 | NC | $36 | $34 |
| **Containers, Market Weight** | | | | | | | | | |
| CAI | 1V | NC | 21.34 | 4.21 | 4.38 | 4.37 | 4.55 | $35 | NC |
| CMRE | 1V | NC | 7.00 | 0.50 | 0.78 | 0.47 | 0.62 | $8.5 | NC |
| SSW | 2V | NC | 7.78 | 1.31 | 1.45 | 1.59 | 1.60 | $7 | NC |
| **Marine MLP/GP, Market Weight** | | | | | | | | | |
| KNOP | 2 | NC | 20.85 | 3.07 | 3.05 | 2.79 | NC | $24.5 | NC |

Source: Company data and Wells Fargo Securities, LLC estimates

1= Outperform, 2 = Market Perform, 3 = Underperform, V = Volatile, ◣= Company is on the Priority Stock List
NA = Not Available, NC = No Change, NE = No Estimate, NM = Not Meaningful

### DLNG: Downgrading To Underperform

- **DLNG: Distribution Cut May Not Be Deep Enough - 2019 Maturity, Overpriced Fleet Likely Keeps Pressure On.** We are downgrading DLNG to Underperform from Market Perform as we expect a continued focus on its remaining liquidity hurdles - primarily its 10/2019 $250MM unsecured bond maturity - and headwinds (both past and present) created by expensive dropdowns from its private sponsor. We think another distribution cut could be a real possibility, depending on the market's eventual reception to DLNG's attempts to refinance its debt, but even with a successful refinancing, that higher cost-of-capital and DLNG's falling operational cash flow simply put it in a meaning disadvantage to its peers.

- In the note below, we summarize our revisions to Q1 2018, FY2018, and FY2019 estimates as well as our updated tanker rate deck and price targets for TNP, ASC, GLNG, and DLNG.

**Michael Webber, CFA**
Senior Analyst | 212-214-8019
michael.webber@wellsfargo.com
**Hillary Cacanando, CFA, CPA**
Associate Analyst | 212-214-8040
hillary.cacanando@wellsfargo.com
**Greg Wasikowski**
Associate Analyst | 212-214-8029
greg.wasikowski@wellsfargo.com
**Sahm D. Cho**
Associate Analyst | 212-214-5081
sahm.d.cho@wellsfargo.com

**Please see page 11 for rating definitions, important disclosures and required analyst certifications. All estimates/forecasts are as of 04/23/18 unless otherwise stated. 04/23/18 18:27:26 ET**

Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

*Together we'll go far*



## DLNG: Downgrading To Underperform

- **DLNG: Distribution Cut May Not Be Deep Enough - 2019 Maturity, Overpriced Fleet Likely Keeps Pressure On.** We are downgrading DLNG to Underperform from Market Perform as we expect a continued focus on its remaining liquidity hurdles - primarily its 10/2019 $250MM unsecured bond maturity - and headwinds (both past and present) created by expensive dropdowns from its private sponsor. We think another distribution cut could be a real possibility, depending the market's eventual reception to DLNG's attempts to refinance its debt, but even with a successful refinancing, that higher cost-of-capital and DLNG's falling operational cash flow simply put it a meaning disadvantage to its peers.

- We note over the past two years DLNG has had to shift its strategy towards terming out its market exposure towards the bottom of the market in an effort to gain cash flow visibility, which contributed significantly to its softer 2017 distribution coverage (0.67x in Q4). We expect those longer-term, softer rates to drive DLNG's EBITDA toward a ~$95MM runrate, down 12% from 2017, and 32% from its 2016 level of ~$140MM).

- To help counter that cash flow degradation, DLNG announced a 41% distribution cut (to $1.00/unit [annual] from $1.69/unit), which would result in annual cash savings of roughly $25MM. Unfortunately, that $25MM/annum doesn't actually cover its 2 year cash flow erosion, and is far from *covering* its $250MM 10/2019 maturity. For DLNG, we think the hope would be that the distribution cut and termed-out employment would be enough to entice more attractive refi terms, or for the stock to stabilize long enough to use its equity currency to help delever (and *then* go after a better refi). Either way, we think the risk of either another distribution cut, equity dilution (or both) is just too significant, and we're sellers here.

## DLNG Balance Sheet/Cash Flow Analysis

- **Overpriced Dropdowns.** While DLNG attributed the distribution cut to its "shift to longer term charters' for its LNG carriers – we find that notion overly simplistic. Terming out its LNG market exposure at weaker rates certainly doesn't help; we believe that masks the fact DLNG"s dropdown valuations were above intrinsic value, creating a cost structure and elevated breakeven that was unsustainable.

- For example, Arctic Aurora and Yenisei River were dropped down at roughly ~10.4x and ~10x *contracted* EBITDA, with just ~3 years of remaining cover into a declining market (at the time) - and the reproving of that EBITDA now paints those deals as wildly expensive. While DLNG certainly wasn't alone in dropping down assets at elevated prices, we think classifying the cut as a function of contract length and an alignment with revised cash flow levels obfuscates the fact that it's largely a consequence of management/DLNG's private sponsor jamming the MLP with overpriced assets.

- **Tradeoff Between Cash Flow Visibility And Rates.** Three out of DLNG's 6-vessel fleet either have or will be rolling over (during periods 5/2017-9/2018) into longer-term charters with significantly lower rates. As shown in Figure 1, Clean Energy has rolled off from its ~85k/day charter and is set to start an 8-year employment (in 7/2018) paying nearly half its previous rate, while OB River's ~$85k/day Gazprom charter ends this month and resets into a new 10-year Gazprom contract (with rates that are roughly 34% lower). Charter rates for Arctic Aurora's new employment starting in August is to be roughly 29% lower than its existing rates - resulting in lower annual cash flow contribution from Clean Energy, OB River, and Arctic Aurora by roughly $14MM, $10MM, and $5MM, respectively upon the commencement of their new charters. While the longer contract tenor does improve cash flow visibility, we think the lower cash flow levels of these vessels could impair DLNG's ability to refi its 2019 maturity (discussed below).

Pages Omitted