# EXHIBIT 9

TABLE OF CONTENTS

**Filed Pursuant to Rule 424(b)(5)**
**Registration Statement No. 333-222237**

*PROSPECTUS SUPPLEMENT*
*(To Prospectus dated January 12, 2018)*

# *Dynagas LNG Partners LP*



## *2,200,000 8.75% Series B Fixed to Floating Rate Cumulative Redeemable Perpetual Preferred Units (Liquidation Preference $25.00 per Unit)*

*We are offering 2,200,000 units of our 8.75% Series B Fixed to Floating Cumulative Redeemable Perpetual Preferred Units, liquidation preference $25.00 per unit (the "Series B Preferred Units").*

*Distributions on the Series B Preferred Units are cumulative from the date of original issue and will be payable quarterly in arrears on the 22nd day of February, May, August and November of each year, when, as and if declared by our Board of Directors. The initial distribution on the Series B Preferred Units offered hereby will be payable on February 22, 2019. Distributions will be payable out of amounts legally available therefor (i) from and including the original issue date to, but excluding, November 22, 2023 at a fixed rate equal to 8.75% per annum of the stated liquidation preference per unit and (ii) from and including November 22, 2023 at a floating rate equal to three-month LIBOR plus a spread of 5.593% per annum of the stated liquidation preference per unit.*

*At any time on or after November 22, 2023, the Series B Preferred Units may be redeemed, in whole or in part, out of amounts available therefor, at a redemption price of $25.00 per unit plus an amount equal to all accumulated and unpaid distributions thereon to the date of redemption, whether or not declared.*

*We intend to file an application to list the Series B Preferred Units on the New York Stock Exchange, or the NYSE, under the symbol "DLNGPRB." If the application is approved, we expect trading of the Series B Preferred Units on the NYSE to begin within 30 days after their original issue date. Currently, there is no public market for the Series B Preferred Units.*

*Investing in the Series B Preferred Units involves a high degree of risk. The Series B Preferred Units have not been rated and are subject to the risks associated with unrated securities. Please read "Risk Factors" beginning on page S-15 of this prospectus supplement and contained in our Annual Report on Form 20-F for the fiscal year ended December 31, 2017, which is incorporated herein by reference.*

*Neither the U.S. Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or determined if this prospectus supplement is truthful or complete. Any representation to the contrary is a criminal offense.*

| | Per Unit | Total |
|---|---|---|
| *Public offering price* | $ 25.00 | $ 55,000,000 |
| *Underwriting discounts and commissions*[(1)] | $ 0.7875 | $ 1,732,500 |
| *Proceeds to Dynagas LNG Partners LP (before expenses)* | $ 24.2125 | $ 53,267,500 |

(1)    *See "Underwriting" for additional information regarding the total underwriting compensation.*

*We have granted the underwriters an option for a period of 30 days to purchase up to an additional 330,000 Series B Preferred Units. If the underwriters exercise the option in full, the total underwriting discount will be $1,992,375 and the total proceeds to us before expenses will be $61,257,625.*

*Delivery of the Series B Preferred Units is expected to be made in book entry form through the facilities of The Depository Trust Company on or about October 23, 2018, which is the fifth business day following the date of pricing of the Series B Preferred Units (such settlement cycle being referred to as "T+5"). Purchasers of the Series B Preferred Units should note that trading of the Series B Preferred Units may be affected by this settlement date.*

*Joint Bookrunners*

## *MORGAN STANLEY*        *UBS INVESTMENT BANK*        *STIFEL*

*Co-Manager*

## *B. RILEY FBR*

*The date of this prospectus is October 16, 2018*

**TABLE OF CONTENTS**

**Prospectus Supplement**

| | Page |
|---|---|
| ABOUT THIS PROSPECTUS SUPPLEMENT | S-iii |
| FORWARD-LOOKING STATEMENTS | S-v |
| PROSPECTUS SUMMARY | S-1 |
| SUMMARY HISTORICAL CONSOLIDATED FINANCIAL AND OTHER DATA | S-7 |
| THE OFFERING | S-10 |
| RISK FACTORS | S-15 |
| USE OF PROCEEDS | S-24 |
| RATIO OF EARNINGS TO FIXED CHARGES AND TO FIXED CHARGES AND PREFERRED UNIT DISTRIBUTIONS | S-25 |
| CASH AND CAPITALIZATION | S-26 |
| DESCRIPTION OF SERIES B PREFERRED UNITS | S-27 |
| SUMMARY OF OUR PARTNERSHIP AGREEMENT | S-35 |
| MATERIAL UNITED STATES FEDERAL INCOME TAX CONSIDERATIONS | S-51 |
| NON-UNITED STATES TAX CONSIDERATIONS | S-59 |
| UNDERWRITING | S-60 |
| SERVICE OF PROCESS AND ENFORCEMENT OF CIVIL LIABILITIES | S-67 |
| LEGAL MATTERS | S-68 |
| EXPERTS | S-68 |
| WHERE YOU CAN FIND ADDITIONAL INFORMATION | S-68 |
| OTHER EXPENSES OF ISSUANCE AND DISTRIBUTION | S-70 |

**Prospectus**

| | |
|---|---|
| ABOUT THIS PROSPECTUS | 1 |
| WHERE YOU CAN FIND MORE INFORMATION | 2 |
| FORWARD-LOOKING STATEMENTS | 4 |
| ABOUT DYNAGAS LNG PARTNERS LP | 6 |
| RISK FACTORS | 12 |
| USE OF PROCEEDS | 13 |
| CAPITALIZATION | 14 |
| RATIO OF EARNINGS TO FIXED CHARGES | 15 |
| PRICE RANGE OF COMMON UNITS AND DISTRIBUTIONS | 16 |
| DESCRIPTION OF THE COMMON UNITS | 18 |
| DESCRIPTION OF PREFERRED UNITS | 21 |
| DESCRIPTION OF WARRANTS | 22 |
| DESCRIPTION OF DEBT SECURITIES | 23 |
| SUMMARY OF THE PARTNERSHIP AGREEMENT | 33 |
| OUR CASH DISTRIBUTION POLICY AND RESTRICTIONS ON DISTRIBUTIONS | 34 |
| MATERIAL UNITED STATES FEDERAL INCOME TAX CONSIDERATIONS | 44 |
| NON-UNITED STATES TAX CONSIDERATIONS | 51 |
| PLAN OF DISTRIBUTION | 53 |
| SERVICE OF PROCESS AND ENFORCEMENT OF CIVIL LIABILITIES | 54 |
| LEGAL MATTERS | 55 |
| EXPERTS | 55 |
| EXPENSES | 55 |

## ALTERNATIVE SETTLEMENT DATE

It is expected that delivery of the Series B Preferred Units will be made on or about the closing date specified on the cover page of this prospectus, which will be the fifth business day following the date of pricing of the Series B Preferred Units (this settlement cycle being referred to as "T+5"). Under Rule 15c6-1 of the Securities Exchange Act of 1934, trades in the secondary market generally are required to settle in two business days, unless the parties to a trade expressly agree otherwise. Accordingly, purchasers who wish to trade the Series B Preferred Units on the initial pricing date of the Series B Preferred Units or the next two succeeding business days will be required, by virtue of the fact that the Series B Preferred Units initially will settle in T+5, to specify alternative settlement arrangements at the time of any such trade to prevent a failed settlement and should consult their own advisor.

## ABOUT THIS PROSPECTUS SUPPLEMENT

This document is in two parts. The first part is the prospectus supplement, which describes the specific terms of this offering. The second part is the accompanying base prospectus, which gives more general information, some of which may not apply to this offering. Generally, when we refer to the "prospectus," we are referring to both parts combined. If information in the prospectus supplement conflicts with information in the accompanying base prospectus, you should rely on the information in this prospectus supplement.

Any statement made in this prospectus or in a document incorporated or deemed to be incorporated by reference into this prospectus will be deemed to be modified or superseded for purposes of this prospectus to the extent that a statement contained in this prospectus or in any other subsequently filed document that is also incorporated by reference into this prospectus modifies or supersedes that statement. Any statement so modified or superseded will be deemed not to constitute a part of this prospectus except as so modified or superseded.

You should rely only on the information contained in this prospectus, any related free writing prospectus and the documents incorporated by reference into this prospectus. Neither we nor any of the underwriters have authorized anyone else to give you different information. If anyone provides you with additional, different or inconsistent information, you should not rely on it. You should not assume that the information in this prospectus or any free writing prospectus, as well as the information we previously filed with the U.S. Securities and Exchange Commission, or the Commission, that is incorporated by reference into this prospectus, is accurate as of any date other than its respective date. We will disclose material changes in our affairs in an amendment to this prospectus, a free writing prospectus or a future filing with the Commission incorporated by reference in this prospectus.

We are offering to sell the Series B Preferred Units only in jurisdictions where offers and sales are permitted. The distribution of this prospectus and the offering of the Series B Preferred Units in certain jurisdictions may be restricted by law. Persons outside the United States who come into possession of this prospectus must inform themselves about and observe any restrictions relating to the offering of the Series B Preferred Units and the distribution of this prospectus outside the United States. This prospectus does not constitute, and may not be used in connection with, an offer or solicitation by anyone in any jurisdiction in which such offer or solicitation is not authorized or in which the person making such offer or solicitation is not qualified to do so or to any person to whom it is unlawful to make such offer or solicitation.

Unless otherwise indicated, references in this prospectus to "Dynagas LNG Partners," the "Partnership," "we," "our" and "us" or similar terms refer to Dynagas LNG Partners LP and its wholly-owned subsidiaries, including Dynagas Operating LP. Dynagas Operating LP owns, directly or indirectly, a 100% interest in the entities that own the LNG carriers in our fleet, which we refer to as our "Fleet." References in this prospectus to "our General Partner" refer to Dynagas GP LLC, the general partner of Dynagas LNG Partners LP. References in this prospectus to our "Sponsor" are to Dynagas Holding Ltd. and its subsidiaries other than us or our subsidiaries and references to our "Manager" refer to Dynagas Ltd., which is wholly owned by the chairman of our Board of Directors, Mr. Georgios Prokopiou. References in this prospectus to the "Prokopiou Family" are to our Chairman, Mr. Georgios Prokopiou, and certain members of his family.

All references in this prospectus to us for periods prior to our initial public offering of common units, or IPO, on November 18, 2013 refer to our predecessor companies and their subsidiaries, which are former subsidiaries of our Sponsor that have interests in the vessels the *Clean Energy*, the *Ob River*, and the *Amur River*, collectively our "Initial Fleet."

All references in this prospectus to "Gazprom", "Equinor", and "Yamal" refer to Gazprom Marketing and Trading Singapore Pte Ltd, Equinor ASA (previously named Statoil ASA), Yamal Trade Pte Ltd respectively, and certain of their respective subsidiaries or affiliates, who are our current or prospective charterers. The "Yamal LNG Project" refers to the LNG production terminal on the Yamal Peninsula in Northern Russia. The terminal consists of three LNG trains with a total capacity of 16.5 million metric tons of LNG per year, that will require ice-class designated vessels to transport LNG from this facility, and

S-iii

for which two of the vessels in our Fleet, and each of the Optional Vessels (defined below) have been contracted. The Yamal LNG Project is a joint venture between NOVATEK (50.1%), TOTAL E&P Yamal (20%), China National Oil & Gas Exploration and Development Corporation (CNODC) (20%) and Yaym Limited (9.9%).

Unless otherwise indicated, all references to "U.S. dollars," "dollars" and "$" in this prospectus are to the lawful currency of the United States and financial information presented in this prospectus is prepared in accordance with accounting principles generally accepted in the United States, or U.S. GAAP. We use the term "LNG" to refer to liquefied natural gas and we use the term "cbm" to refer to cubic meters in describing the carrying capacity of our vessels.

References herein to the "Omnibus Agreement" refer to the Omnibus Agreement, as amended and as currently in effect, with our Sponsor. The Omnibus Agreement provides us with the right to acquire from our Sponsor certain identified vessels. Our Sponsor owns, directly or indirectly, 100% of the equity interests of the entities that own these four identified LNG carriers: the *Clean Ocean*, the *Clean Planet*, the *Clean Horizon* and the *Clean Vision*, including the related charters or other agreements relating to the operation or ownership of such LNG carriers, which we refer to throughout this prospectus as the "Initial Optional Vessels." Our Sponsor also owns a minority ownership interest in five entities that currently own two 172,000 cubic meter ARC7 LNG carriers: the *Boris Vilkitsky* and the *Fedor Litke*, and three hulls: Hull 2427, Hull 2428 and Hull 2429, respectively, including the related charters or other agreements relating to the operation or ownership of such LNG carriers or hulls. We refer to these vessels (either on the water or under construction) throughout this prospectus as the "Additional Optional Vessels," and together with the Initial Optional Vessels, as the "Optional Vessels." Pursuant to the Omnibus Agreement, we have the right but not the obligation, subject to certain terms and conditions, to acquire our Sponsor's applicable ownership interest in the Optional Vessels, which is our Sponsor's full or minority ownership interest in these vessel-owning subsidiaries.

You should read carefully this prospectus, any related free writing prospectus, and the additional information described under the heading "Where You Can Find Additional Information."

# Pages Omitted

## PROSPECTUS SUMMARY

*This section summarizes material information that appears later in this prospectus supplement and the accompanying base prospectus and is qualified in its entirety by the more detailed information and financial statements incorporated by reference in this prospectus and the documents we incorporate by reference. This summary may not contain all of the information that may be important to you. As an investor or prospective investor, you should carefully review the entire prospectus and the documents we incorporate by reference, including the risk factors beginning on page S-15 of this prospectus supplement and under the heading "Item 3. —D. Risk Factors" of our Annual Report on Form 20-F for the year ended December 31, 2017, filed with the Commission on March 9, 2018, which is incorporated by reference in this prospectus.*

### Overview

We are a growth-oriented limited partnership focused on owning and operating LNG carriers. All six vessels in our Fleet are currently employed or contracted to be employed on multi-year time charters, which we define as charters with an initial term of two years or more, with international energy companies, such as Gazprom, Equinor and Yamal, providing us with the benefits of stable cash flows and high utilization rates.

We believe that we are well regarded by our charterers for our expertise and history of safety in conducting our operations. We intend to leverage our reputation, expertise and relationships with our charterers, our Sponsor and our Manager in growing our core business and pursuing further business and growth opportunities in the transportation of energy or other energy-related projects, including floating storage regasification units, floating power plants, LNG infrastructure projects, maintaining cost-efficient operations and providing reliable seaborne transportation services to our current and prospective charterers. In addition, as opportunities arise, we may acquire additional vessels from our Sponsor and from third-parties and/or engage in investment opportunities incidental to the LNG or energy industry. We believe that our vessel purchase options and other rights under the Omnibus Agreement provide us with significant built-in growth opportunities. In connection with such plans for growth, we may enter into additional financing arrangements, refinance existing arrangements or arrangements that our Sponsor, its affiliates, or such third party sellers may have in place for vessels that we may acquire, and, subject to favorable market conditions, we may raise capital in the public or private markets, including through debt or equity offerings of our securities. However, we cannot assure you that we will grow or maintain the size of our Fleet or that we will continue to pay the per unit distributions in the amounts that we have paid in the past or at all or that we will be able to execute our plans for growth.

### Our Fleet

As of October 11, 2018, we owned and operated a fleet of six LNG carriers, consisting of three modern steam turbine LNG carriers in our Initial Fleet, the *Clean Energy*, the *Ob River* and the *Amur River* (formerly named the *Clean Force*), and three modern tri-fuel diesel electric (TFDE) propulsion technology Ice Class LNG carriers that we subsequently acquired from our Sponsor the *Arctic Aurora*, the *Yenisei River*, and the *Lena River*, which we collectively refer to as our "Fleet." As of October 11, 2018, the vessels in our Fleet had an average age of 8.2 years and are contracted under multi-year charters with an average remaining charter term of approximately 10.0 years, including the charter agreements into which we have already entered but whose terms have not yet commenced.

All of the vessels in our Fleet vessels are currently employed or are contracted to be employed on multi-year time charters with international energy companies such as Gazprom, Equinor and Yamal.

As of October 11, 2018, the estimated contracted revenue backlog of our Fleet was approximately $1.43 billion. Our Fleet estimated contract backlog includes estimated revenues to be earned under the charters for the *Yenisei River* and the *Lena River* with Yamal that are subject to the satisfaction of important conditions (which includes, but are not limited to, a condition requiring that certain defaults have not occurred under two shipbuilding contracts held by special purpose companies that are affiliates of the Partnership but are not controlled by the Partnership), which, if not satisfied, or waived by the charterer, may result in their cancellation or amendment before or after the charter term commences and in such case the Partnership may not receive the contracted revenues thereunder. The estimated contracted revenue backlog of our Fleet excludes options to extend and assumes full utilization for the full term of the charter.

Pages Omitted

|  |  |
|---|---|
|  | of any common units or other Junior Securities or (iii) authorization or issuance of any limited partner interests of any series. |
| **Fixed Liquidation Preference** | In the event of any liquidation, dissolution or winding up of our affairs, whether voluntary or involuntary, holders of the Series B Preferred Units will have the right to receive the liquidation preference of $25.00 per unit plus an amount equal to all accumulated and unpaid distributions thereon to the date of payment, whether or not declared, before any payments are made to holders of our common units or any other Junior Securities. |
| **Sinking Fund** | The Series B Preferred Units will not be subject to any sinking fund requirements. |
| **Use of Proceeds** | We expect to receive net proceeds of approximately $53,024,505 from the sale of Series B Preferred Units in this offering (or approximately $61,003,130 if the underwriters exercise in full their option to purchase additional units), after deducting underwriting discounts and commissions and estimated offering expenses payable by us. We intend to use the net proceeds from this offering of Series B Preferred Units for general Partnership purposes, which may include, among other things, the repayment of indebtedness, including the Partnership's outstanding 6.25% Senior Notes due on October 30, 2019, or the funding of acquisitions or other capital expenditures. Please read "Use of Proceeds." |
| **Ratings** | The Series B Preferred Units will not be rated by any Nationally Recognized Statistical Rating Organization. |
| **Listings** | We intend to file an application to list the Series B Preferred Units on the NYSE under the symbol "DLNGPRB". If the application is approved, trading of the Series B Preferred Units on the NYSE is expected to begin within 30 days after the original issue date of the Series B Preferred Units. The underwriters have advised us that they intend to make a market in the Series B Preferred Units prior to commencement of any trading on the NYSE. However, the underwriters will have no obligation to do so, and no assurance can be given that a market for the Series B Preferred Units will develop prior to commencement of trading on the NYSE or, if developed, that it will be maintained. |
| **Form** | The Series B Preferred Units will be issued and maintained only in book-entry form registered in the name of the nominee of The Depository Trust Company, or DTC, except under limited circumstances. |
| **Settlement** | Delivery of the Series B Preferred Units offered hereby will be made against payment therefor on or about October 23, 2018, which will be the fifth business day following the date of pricing of the Series B Preferred Units (this settlement cycle being referred to as "T+5"). Under Rule 15c6-1 of the Securities Exchange Act of 1934, trades in the secondary market generally are required to settle in two business days, unless the parties to a trade expressly agree otherwise. |

Pages Omitted

**PROSPECTUS**

# $750,000,000

## Common Units Representing Limited Partner Interests
## Other Classes of Units Representing Limited Partner Interests
## Warrants, Debt Securities and Guarantees
### and
## 15,595,000 Common Units Representing Limited Partner Interests Offered by the Selling Unitholder



## Dynagas LNG Partners LP

We may from time to time, in one or more offerings, offer and sell common units representing limited partnership interests and other units representing limited partner interests in Dynagas LNG Partners LP, as well as warrants and debt securities, including guarantees, described in this prospectus. The aggregate initial offering price of all securities sold by us under this prospectus will not exceed $750,000,000.

We may offer and sell these securities in amounts, at prices and on terms to be determined by market conditions and other factors at the time of the offering. This prospectus describes only the general terms of these securities and the general manner in which we will offer the securities. The specific terms of any securities we offer will be included in a supplement to this prospectus. The prospectus supplement will describe the specific manner in which we will offer the securities and also may add, update or change information contained in this prospectus. We may sell the securities offered by this prospectus directly or through underwriters, agents or dealers, the names of which and the specific terms of a plan of distribution will be stated in the applicable prospectus supplement.

In addition, Dynagas Holding Ltd., or the Selling Unitholder, named in this prospectus, may sell in one or more offerings pursuant to this registration statement up to 15,595,000 of our common shares. The Selling Unitholder may sell any or all of these common units on any stock exchange, market or trading facility on which the common units are traded or in privately negotiated transactions at fixed prices that may be changed, at market prices prevailing at the time of sale or at negotiated prices. Information on Dynagas Holding Ltd., as Selling Unitholder, and the times and manners in which it may offer and sell our common units is described under the sections entitled "Selling Unitholder" and "Plan of Distribution" in this prospectus.

The Selling Unitholder, a company affiliated with us, may be deemed to be an "underwriter" within the meaning of the Securities Act of 1933, as amended, or the Securities Act, and, as a result, may be deemed to be offering securities, indirectly, on our behalf. We will not receive any of the proceeds from the sale of our common units by the Selling Unitholder

Our common units are traded on the New York Stock Exchange, or the NYSE, under the symbol "DLNG". Our 6.25% Senior Notes due 2019 are traded on the NYSE under the ticker symbol "DLNG 19". Our Series A Cumulative Redeemable Preferred Units trade on the NYSE under the ticker symbol "DLNG PR A". We will provide information in the related prospectus supplement for the trading market, if any, for any securities that may be offered.

**Investing in our securities involves risks. You should carefully consider the risk factors described under "Risk Factors" on page12 of this prospectus before you make an investment in our securities.**

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.**

**The date of this prospectus is January 12, 2018.**

**TABLE OF ADDITIONAL REGISTRANTS**

| Name | Organization | Ownership percentage |
|---|---|---|
| Dynagas Operating LP | Marshall Islands | 100% |
| Dynagas Operating GP LLC | Marshall Islands | 100% |
| Dynagas Equity Holding Limited | Liberia | 100% |
| Pegasus Shipholding S.A. | Marshall Islands | 100% |
| Seacrown Maritime Ltd. | Marshall Islands | 100% |
| Lance Shipping S.A. | Marshall Islands | 100% |
| Fareastern Shipping Limited | Malta | 100% |
| Dynagas Finance Inc. | Marshall Islands | 100% |
| Navajo Marine Limited | Marshall Islands | 100% |
| Solana Holding Ltd. | Marshall Islands | 100% |
| Arctic LNG Carriers Ltd. | Marshall Islands | 100% |
| Dynagas Finance LLC | Delaware | 100% |

## TABLE OF CONTENTS

| | Page |
|---|---|
| ABOUT THIS PROSPECTUS | 1 |
| WHERE YOU CAN FIND MORE INFORMATION | 2 |
| FORWARD-LOOKING STATEMENTS | 4 |
| ABOUT DYNAGAS LNG PARTNERS LP | 6 |
| RISK FACTORS | 12 |
| USE OF PROCEEDS | 13 |
| CAPITALIZATION | 14 |
| RATIO OF EARNINGS TO FIXED CHARGES | 15 |
| PRICE RANGE OF COMMON UNITS AND PREFERRED UNITS | 16 |
| DESCRIPTION OF THE COMMON UNITS | 18 |
| DESCRIPTION OF OTHER CLASSES OF UNITS | 21 |
| DESCRIPTION OF WARRANTS | 22 |
| DESCRIPTION OF DEBT SECURITIES | 23 |
| DESCRIPTION OF GUARANTEES OF DEBT SECURITIES | 32 |
| SUMMARY OF OUR PARTNERSHIP AGREEMENT | 33 |
| OUR CASH DISTRIBUTION POLICY AND RESTRICTIONS ON DISTRIBUTIONS | 34 |
| MATERIAL UNITED STATES FEDERAL INCOME TAX CONSIDERATIONS | 44 |
| NON-UNITED STATES TAX CONSIDERATIONS | 51 |
| SELLING UNITHOLDER | 52 |
| PLAN OF DISTRIBUTION | 53 |
| SERVICE OF PROCESS AND ENFORCEMENT OF CIVIL LIABILITIES | 54 |
| LEGAL MATTERS | 55 |
| EXPERTS | 55 |
| EXPENSES | 55 |

In making your investment decision, you should rely only on the information contained in this prospectus, any prospectus supplement and the documents we have incorporated by reference in this prospectus. We have not authorized anyone else to give you different information. We are not offering these securities in any state where the offer is not permitted. You should not assume that the information in this prospectus or any prospectus supplement is accurate as of any date other than the date on the front of those documents. We will disclose any material changes in our affairs in an amendment to this prospectus, a prospectus supplement or a future filing with the Securities and Exchange Commission, or the SEC, incorporated by reference in this prospectus.

**ABOUT THIS PROSPECTUS**

This prospectus is part of a registration statement that we have filed with the SEC using a "shelf" registration process. Under this shelf registration process, we may over time, in one or more offerings, offer and sell up to $750,000,000 in total aggregate offering price of any combination of the securities described in this prospectus.

This prospectus provides you with a general description of Dynagas LNG Partners LP and the securities that are registered hereunder that may be offered by us or the Selling Unitholder. Each time we sell any securities offered by this prospectus, we will provide a prospectus supplement that will contain specific information about the terms of that offering and the securities being offered. Any prospectus supplement may also add to, update or change information contained in this prospectus. To the extent information in this prospectus is inconsistent with the information contained in a prospectus supplement you should rely on the information in the prospectus supplement.

The information in this prospectus is accurate as of its date. Additional information, including our financial statements and the notes thereto, is incorporated in this prospectus by reference to our reports filed with the SEC. Before you invest in our securities, you should carefully read this prospectus, including the "Risk Factors," any prospectus supplement, the information incorporated by reference in this prospectus and any prospectus supplement (including the documents described under the heading "Where You Can Find More Information" in both this prospectus and any prospectus supplement), and any additional information you may need to make your investment decision.

**WHERE YOU CAN FIND MORE INFORMATION**

We have filed with the SEC a registration statement on Form F-3 regarding the securities covered by this prospectus. This prospectus is a part of the registration statement, which includes additional information. For further information regarding us and the securities offered in this prospectus, you may wish to review the full registration statement, including its exhibits. The registration statement, including the exhibits, may be inspected and copied at the public reference facilities maintained by the SEC at 100 F Street, NE, Washington, D.C. 20549. Copies of this material can also be obtained upon written request from the Public Reference Section of the SEC at that address, at prescribed rates, or from the SEC's web site on the Internet at www.sec.gov free of charge. Please call the SEC at 1-800-SEC-0330 for further information on public reference rooms. You can also obtain information about us on our website at http://www.dynagaspartners.com. Information on our website or any other website is not incorporated by reference into this prospectus and does not constitute a part of this prospectus unless specifically so designated and filed with the SEC.

We are subject to the information requirements of the U.S. Securities Exchange Act of 1934, as amended (or the Exchange Act), and, in accordance therewith, we are required to file with the SEC annual reports on Form 20-F within four months of our fiscal year-end, and provide to the SEC other material information on Form 6-K. These reports and other information may be inspected and copied at the public reference facilities maintained by the SEC or obtained from the SEC's website as provided above. Our website on the Internet is located at www.dynagaspartners.com, and we will make our annual reports on Form 20-F and our periodic reports submitted to the SEC available, free of charge, through our website, as soon as reasonably practicable after those reports are electronically submitted to the SEC. Information on our website or any other website is not incorporated by reference into this prospectus and does not constitute a part of this prospectus.

As a foreign private issuer, we are exempt under the Exchange Act from, among other things, certain rules prescribing the furnishing and content of proxy statements, and our executive officers, directors and principal unitholders are exempt from the reporting and short-swing profit recovery provisions contained in Section 16 of the Exchange Act. In addition, we are not required under the Exchange Act to file periodic reports and financial statements with the SEC as frequently or as promptly as U.S. companies whose securities are registered under the Exchange Act, including the filing of quarterly reports or current reports on Form 8-K. However, we intend to make available quarterly reports containing our unaudited interim financial information for the first three fiscal quarters of each fiscal year.

The SEC allows us to "incorporate by reference" into this prospectus information that we file with the SEC. This means that we can disclose important information to you without actually including the specific information in this prospectus by referring you to other documents filed separately with the SEC. The information incorporated by reference is an important part of this prospectus. Information that we later provide to the SEC, and which is deemed to be "filed" with the SEC, automatically will update information previously filed with the SEC, and may replace information in this prospectus.

We incorporate by reference into this prospectus the documents listed below:

- our annual report on Form 20-F for the fiscal year ended December 31, 2016, filed with the SEC on March 20, 2017, or our 2016 Annual Report;

- all subsequent annual reports on Form 20-F filed prior to the termination of this offering;

- all subsequent current reports on Form 6-K furnished prior to the termination of this offering that we identify in such current reports as being incorporated by reference into the registration statement of which this prospectus is a part;

- our report on Form 6-K, filed with the SEC on December 7, 2017, which contains Management's Discussion and Analysis of Financial Condition and Results of Operations and the unaudited interim condensed consolidated financial statements of the Partnership as of and for the nine months ended September 30, 2017 and 2016;

2

- our report on Form 6-K, filed with the SEC on September 27, 2017, which contains Management's Discussion and Analysis of Financial Condition and Results of Operations and the unaudited interim condensed consolidated financial statements of the Partnership as of and for the six months ended June 30, 2017 and 2016; and

- the description of our common units contained in our Registration Statement on Form 8-A filed on December 23, 2014, including any subsequent amendments or reports filed for the purpose of updating such description.

These reports contain important information about us, our financial condition and our results of operations.

You may obtain any of the documents incorporated by reference in this prospectus from the SEC through its public reference facilities or its website at the addresses provided above. You also may request a copy of any document incorporated by reference in this prospectus (excluding any exhibits to those documents, unless the exhibit is specifically incorporated by reference in this document), at no cost, by visiting our Internet website at http://www.dynagaspartners.com, or by writing or calling us at the following address:

**Dynagas LNG Partners LP**
**Attention: Investor Relations**
**23, Rue Basse**
**98000 Monaco**

You should rely only on the information contained in or incorporated by reference in this prospectus or any prospectus supplement. Neither we nor the Selling Unitholder have authorized anyone else to provide you with any information. We are not making an offer of these securities in any state where the offer is not permitted. You should not assume that the information incorporated by reference or provided in this prospectus or any prospectus supplement is accurate as of any date other than its respective date.

# Pages Omitted

**Rights to Purchase Optional Vessels**

Under the Omnibus Agreement, we have the right, subject to certain conditions, to purchase from our Sponsor the remaining Initial Optional Vessels and our Sponsor's ownership interest in the entities that respectively own the Additional Optional Vessels at a purchase price to be determined pursuant to the terms and conditions of the Omnibus Agreement. These purchase rights expire 24 months following the respective delivery of each remaining Initial Optional Vessel from the shipyard (or in the case of the *Clean Ocean* and the *Clean Planet*, such purchase rights expire on March 31, 2018), and in the case of our Sponsor's ownership interest in the entities that own the Additional Optional Vessels, within 24 months following the expiration, without acceptance, of our 30-day option to purchase such interests pursuant to the Omnibus Agreement, so long as such Additional Optional Vessels are employed under a long-term charter of four or more years upon their respective delivery dates). We may also mutually agree with our Sponsor, with the approval of a committee comprised of certain of our independent directors, or our Conflicts Committee, to extend the purchase option exercise period.

If we are unable to agree with our Sponsor on the purchase price of any of the Initial Optional Vessels or our Sponsor's ownership interest in the entities that respectively own the Additional Optional Vessels, as the case may be, the respective purchase price will be determined by an independent appraiser, such as an investment banking firm, broker or firm generally recognized in the shipping industry as qualified to perform the tasks for which such firm has been engaged, and we will have the right, but not the obligation, to purchase such assets at such price. The independent appraiser will be mutually appointed by our Sponsor and our Conflicts Committee.

The purchase price of the Initial Optional Vessels or our Sponsor's ownership interest in the Additional Optional Vessels, as the case may be, as finally determined by an independent appraiser, may be an amount that is greater than what we are able or willing to pay or we may be unwilling to proceed to purchase such vessel if such acquisition would not be in our best interests. We will not be obliged to purchase the Optional Vessels at the determined price, and, accordingly, we may not complete the purchase of such assets, which may have an adverse effect on our expected plans for growth. In addition, our ability to purchase the Optional Vessels, should we exercise our right to purchase such vessels, is dependent on our ability to obtain additional financing to fund all or a portion of the acquisition costs of these assets.

Our Sponsor has secured financing for the Initial Optional Vessels and, our Sponsor together with its joint venture partners, have secured financing for the Additional Optional Vessels. In the event we acquire any or all of such Optional Vessels in the future, we may enter into agreements with our Sponsor to novate these loan agreements to us, subject to the satisfaction of certain conditions. Any such novation would be subject to each respective lender's consent.

**Information About the Partnership**

We were formed as a limited partnership under the laws of the Republic of the Marshall Islands on May 30, 2013. The address of our principal executive offices is 23, Rue Basse, 98000, Monaco. Our telephone number at that address is +37799996445. We maintain a website at www.dynagaspartners.com. Information contained on our website does not constitute part of this prospectus.

We own our vessels through separate wholly-owned subsidiaries that are incorporated in the Republic of the Marshall Islands, Republic of Malta, and Republic of Liberia.

**Recent and Other Developments**

*Quarterly Common Units Cash Distribution*

On October 2, 2017, our Board of Directors declared a quarterly cash distribution of $0.4225 per common unit in respect of the third quarter of 2017. This cash distribution was paid on October 19, 2017 to all common unitholders of record as of October 12, 2017.

*Series A Preferred Units Cash Distribution*

On October 19, 2017, our Board of Directors declared a cash distribution of $0.5625 per unit on our Series A Preferred Units for the period from August 12, 2017 to November 11, 2017. This cash distribution was paid on November 13, 2017, to all Series A Preferred unitholders of record as of November 5, 2017.

*$480.0 million Term Loan B Refinancing*

On May 18, 2017, we refinanced and repaid in full our existing $340.0 million senior secured Credit Suisse AG facility and our existing $200.0 million ABN Amro NV term loan facility with a new $480.0 million senior secured term loan B due in 2023, or the Term Loan B. Our wholly-owned subsidiary, Arctic LNG Carriers, serves as borrower under the Term Loan B. The Term Loan B provides for 0.25% quarterly amortization on the principal and a bullet payment at maturity. The Term Loan B is secured by, among other things, the six LNG carriers in our Fleet.

*Extension Optional Vessel Purchase Deadline*

On March 30, 2017, we agreed with our Sponsor to extend the deadline for exercising the purchase options relating to both the *Clean Ocean* and the *Clean Planet* granted to us under the Omnibus Agreement from March 31, 2017 to March 31, 2018.

*New Long-Term Charter for the Arctic Aurora*

On December 20, 2017, we entered into a new three year charter agreement with Statoil for the employment of the *Arctic Aurora*. The new Statoil charter is expected to commence in the third quarter of 2018 in direct continuation of the vessel's current charter with Statoil (interrupted only by the vessel's mandatory statutory class five-year special survey and dry-docking) and will have a firm period of about 3 years +/- 30 days. Statoil will have the option to extend the charter term by two consecutive 12-month periods at escalated rates.

*Extension of Clean Energy Charter Term*

On December 18, 2017, PetroChina, the current charter of the *Clean Energy*, exercised their right to extend the current charter period for the vessel by a minimum period of approximately four months. The *Clean Energy* was delivered to PetroChina in October 2017 and is now expected to be redelivered to the Partnership under the charter, as extended, at the earliest, in May 2018 and at latest, in June 2018, prior to its delivery to Gazprom Marketing & Trading Singapore Pte Ltd in July 2018, when the vessel will commence a time charter with a term of approximately eight years.

**RISK FACTORS**

An investment in our securities involves a significant degree of risk. You should carefully consider the risk factors discussed under "Item 3—Key Information—Risk Factors" in our 2016 Annual Report, as updated by annual, quarterly and other reports and documents we file with the SEC after the date of this prospectus and that are incorporated by reference herein, in evaluating an investment in our securities. In addition, you should also consider carefully the risks set forth under the heading "Risk Factors" in any prospectus supplement before investing in the securities offered by this prospectus. If any of these risks were actually to occur, our business, financial condition or results of operations could be materially adversely affected.

# Pages Omitted