# EXHIBIT 10



**DYNAGAS** LNG Partners LP

Q4 2017 Results Presentation
16 February 2018

# Forward Looking Statements and Disclaimer

This presentation contains certain statements that may be deemed to be "forward-looking statements" within the meaning of applicable federal securities laws. All statements included in this presentation which are not historical or current facts (including our financial forecast and any other statements concerning plans and objectives of management for future operations, cash flows, financial position and economic performance, or assumptions related thereto, including in particular, the likelihood of our success in developing and expanding our business) are forward-looking statements. Statements that are predictive in nature, that depend upon or refer to future events or conditions, or that include words such as "expects," "anticipates," "intends," "plans," "believes," "estimates," "projects," "forecasts," "may," "should" and similar expressions are forward-looking statements.

This presentation of the Dynagas LNG Partners LP (the "Partnership") also includes forecasts, projections and other predictive statements that represent the Partnership's assumptions and expectations in light of currently available information. Forecasts and projections are inherently subject to numerous risks, variables, uncertainties and other market influences which may be outside of the Partnership's control. Therefore, the actual results that the Partnership achieves may differ significantly from the projections contained in this presentation and there is no guarantee as to the accuracy of the predictive statements contained herein.  The projections and forecasts contained in this presentation were not prepared in compliance with published guidelines of the U.S. Securities and Exchange Commission or the guidelines established by the American Institute of Certified Public Accountants regarding projections or forecasts. The Partnership's independent public accountants have not examined or compiled these projections or forecasts, and have not expressed an opinion or assurance with respect to these figures and accordingly assume no responsibility for them.  The Partnership undertakes no obligation to update or revise this forward-looking information to reflect events or circumstances that arise after the date of this Presentation or to reflect the occurrence of unanticipated events. Inevitably, some assumptions will not materialize, and unanticipated events and circumstances may materially affect the Partnership's ultimate financial results.

Although the "Partnership" believes that its expectations stated in this presentation are based on reasonable assumptions, forward-looking statements involve risks and uncertainties that may cause actual future activities and results of operations to be materially different from those suggested or described in this presentation.  Among the important factors that could cause actual results to differ materially from those in the forward-looking statements are: changes in liquid natural gas (LNG) market trends, including charter rates; changes in the supply and demand for LNG; changes in trading patterns that affect the opportunities for the profitable operation of LNG carriers; our anticipated growth strategies; the Partnership's ability to acquire new vessels from its sponsor, Dynagas Holding Ltd., or third parties; increases in costs; the potential for the exercise of purchase options or early termination of charters by the Partnership's charterers and the Partnership's inability to replace assets and/or long-term contracts; and changes in the ability of the Partnership to obtain additional financing; the effect of the worldwide economic slowdown; turmoil in the global financial markets; fluctuations in currencies and interest rates; general market conditions, including fluctuations in charter hire rates and vessel values; changes in our operating expenses, including drydocking and insurance costs and bunker prices; forecasts of our ability to make cash distributions on the units or any increases or decreases in our cash distributions; our future financial condition or results of operations and our future revenues and expenses; the repayment of debt and settling of interest rate swaps; our ability to make additional borrowings and to access debt and equity markets; planned capital expenditures and availability of capital resources to fund capital expenditures; our ability to maintain long-term relationships with major LNG traders; our ability to leverage our Sponsor's relationships and reputation in the shipping industry; our ability to realize the expected benefits from acquisitions; our ability to maximize the use of our vessels, including the re-deployment or disposition of vessels no longer under long-term time charters; future purchase prices of newbuildings and secondhand vessels and timely deliveries of such vessels; our ability to compete successfully for future chartering and newbuilding opportunities; acceptance of a vessel by its charterer; termination dates and extensions of charters;

DYNAGAS LNG Partners LP

# Forward Looking Statements and Disclaimer



In addition, unpredictable or unknown factors herein also could have material adverse effects on forward-looking statements. Please read the Partnership's filings with the Securities and Exchange Commission for more information regarding these factors and the risks faced by the Partnership.  You may obtain these documents for free by visiting EDGAR on the SEC website at www.sec.gov.  This presentation is for informational purposes only and does not constitute an offer to sell securities of the Partnership. The Partnership expressly disclaims any intention or obligation to revise or publicly update any forward-looking statements whether as a result of new information, future events or otherwise. The forward-looking statements contained herein are expressly qualified by this cautionary notice to recipients.

# Recent Developments

| **Business/ Commercial Update** | <ul><li>In December 2017, the *Arctic Aurora* entered into a new three year time charter agreement with Statoil ASA. The charter is expected to commence in the 3rd quarter of 2018 in direct continuation of the current charter with Statoil. Statoil will have options to extend this new charter by two consecutive 12-month periods at escalated rates. The new charter increases the Partnership's contracted revenue backlog[1] by ~$61 million over the charter's firm period.</li><li>*Clean Energy* currently trades in a short-term contract prior to commencing employment under an ~8 year contract with Gazprom in July 2018</li></ul> |
|---|---|
| **Q4 2017 Financial Highlights** | <ul><li>Adjusted EBITDA: $26.9 million</li><li>Adjusted Net Income: $7.6 million</li><li>Reported net income of $5.6 million</li><li>Distributable Cash Flow: $11.8 million</li></ul> |
| **Cash Distributions on common units and** <br> **Series A preferred units** | <ul><li>$0.4225 cash distribution per common unit for Q4 17, paid on 18 January 2018.</li><li>$0.5625 per Series A Preferred unit for the period from 12 November 2017 to 11 February 2018, paid on 12 February 2018.</li></ul> |

(1)    The Partnership calculates its contracted revenue backlog by multiplying the contractual daily hire rate by the expected number of days committed under the contracts (assuming earliest delivery and redelivery and excluding options to extend), assuming full utilization. The actual amount of revenues earned and the actual periods during which revenues are earned may differ from the amounts and periods shown in the table below due to, for example, dry-docking and/or special survey downtime, maintenance projects, off-hire downtime and other factors that result in lower revenues than the Partnership's average contract backlog per day. Certain time charter contracts that the Partnership entered into with Yamal Trade Pte. are subject to the satisfaction of important conditions, which, if not satisfied, or waived by the charterer, may result in their cancellation or amendment before or after the charter term commences and in such case the Partnership may not receive the contracted revenues thereunder.

DYNAGAS LNG Partners LP    3

# Pages Omitted

# Debt Profile

- First debt maturity: Non amortizing 6.25% USD 250 million senior unsecured notes due October 2019

- Secured Term Loan B maturity: May 2023

- Low amortization of $4.8 million per annum fully supported by long-term contract coverage.

- Estimated contract backlog of $1.49 billion with average term of 10.4 years extends well beyond debt maturities.



**Debt maturity profile**

($ in millions)

| 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|------|------|------|------|------|------|
| $5 | $250 / $5 | $5 | $5 | $5 | $451 / $2 |

Pages Omitted