# EXHIBIT 11

**Morgan Stanley** | RESEARCH

UPDATE

*February 16, 2018 10:14 PM GMT*

## Dynagas LNG Partners

# Strong Free Cash Flow Yield

| ⌁ Stock Rating | ◉ Industry View | ◎ Price Target |
|---|---|---|
| Equal-weight | In-Line | $11.50 |

With the entire fleet on profitable long-term charters, there is a high degree of certainty regarding cash flow. The stock is already discounting a cut in its distribution trading at a ~8.5% yield to its minimum free cash flows. Dropdowns and support from the sponsor can offer additional upside.

**4Q17 results in-line.** DLNG reported 4Q17 EBITDA of $27m coming in-line with the consensus estimate of $27m (MSe $30m). Revenues of $34m came in just light of the street's $36m estimate (MSe $36m). Distributable cash flow per common unit improved to $0.33 (up from $0.27 in 3Q), with a total coverage ratio on its $0.4225 quarterly distribution at 0.67x (1.1x coverage ratio for common units). Utilization was at full capacity (99.3%) during the quarter (See: Exhibit 2).

**Arctic Aurora inks a contract, leaving the fleet fully booked.** In December, DLNG announced a new charter agreement on the Arctic Aurora with Statoil for 3 years with two consecutive yearly options at escalating rates. The contract will begin in 3Q18 in direct continuation of the current Statoil charter after the vessel undergoes its 5-year special survey. According to management, DLNG increased the contract backlog by ~$61m over the charters firm period, suggesting a charter rate of ~$56kpd, nearly 28% below current charter rate. Following the Aurora award, the fleet is fully booked on long-term charters with only one of six vessels (the Clean Energy) operating temporarily in the spot market before beginning a new 8-year charter in July.

**Stable free cash flow, but below current distribution levels.** With the fleet fully contracted at fixed long-term contracts, there is a high degree of certainty on DLNG's earnings. We expect DLNG's current fleet of 6-vessels to generate $90-95m in EBITDA. After debt service and preferred dividends, this corresponds to $30-35m of free cash flow or $0.90-0.95 per unit. With its current distribution at $1.69, DLNG is currently distributing $25-30m per annum more than its free cash flow generation capacity tapping into their existing cash balance as the partnership has ~$100m in liquidity (incl. $30m interest-free non-amortized revolver from the sponsor available until 3Q18). Management indicated the intention to align the distribution with long-term secured cash flow of the fleet.

**Fleet dropdowns and sponsor's support can support distribution above current free cash flow levels.** While the current fleet is able to generate up to ~$0.95 free cash flow per unit, we believe that this level is the floor on DLNG's distribution. We expect free cash flow to rise through a series of dropdowns from the sponsor, which privately owns four Arc-4 LNG carriers with ~15 years

MORGAN STANLEY & CO. LLC

Fotis Giannakoulis
EQUITY ANALYST
Fotis.Giannakoulis@morganstanley.com    +1 212 761-3026

### Dynagas LNG Partners ( DLNG.N, DLNG US )

**Maritime Industries / Marshall Islands**

| | |
|---|---|
| **Stock Rating** | Equal-weight |
| **Industry View** | In-Line |
| **Price target** | **$11.50** |
| Shr price, close (Feb 15, 2018) | $11.00 |
| Mkt cap, curr (mm) | $390 |
| 52-Week Range | $17.92-10.49 |

| Fiscal Year Ending | 12/16 | 12/17e | 12/18e | 12/19e |
|---|---|---|---|---|
| **ModelWare EPS ($)** | 1.69 | 0.32 | (0.07) | 0.58 |
| **Prior ModelWare EPS ($)** | - | 0.37 | 0.17 | 0.52 |
| **P/E** | 9.4 | 34.3 | NM | 19.1 |
| **Consensus EPS ($)§** | 2.00 | 0.78 | 0.57 | 0.63 |
| Div yld (%) | 10.6 | 15.6 | 8.8 | 9.0 |

Unless otherwise noted, all metrics are based on Morgan Stanley ModelWare framework
§ = Consensus data is provided by Thomson Reuters Estimates
e = Morgan Stanley Research estimates

#### QUARTERLY MODELWARE EPS ($)

| Quarter | 2016 | 2017e Prior | 2017e Current | 2018e Prior | 2018e Current |
|---|---|---|---|---|---|
| Q1 | 0.44 | - | 0.35a | 0.09 | 0.11 |
| Q2 | 0.43 | - | (0.19)a | 0.00 | (0.12) |
| Q3 | 0.44 | - | 0.07a | 0.06 | (0.02) |
| Q4 | 0.39 | 0.16 | 0.11 | 0.02 | (0.03) |

e = Morgan Stanley Research estimates, a = Actual Company reported data

**Exhibit 1:** Results vs. Estimates ($ million)

| 4Q 17 | Actual | MS. | % Δ | Consensus. | %Δ |
|---|---|---|---|---|---|
| Revenue | 33.8 | 35.6 | -5% | 36.1 | -6% |
| EBITDA | 26.9 | 29.7 | -10% | 27.4 | -2% |
| Net Income | 5.6 | 8.4 | | 7.1 | |
| DCF | $0.33 | $0.40 | | | |

Source: Company Data, Thomson Reuters, Morgan Stanley Research

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.

Morgan Stanley | RESEARCH



minimum charter duration and has a 50% stake in another five Arc-7 newbuilds with charters throughout 2045, all deployed to Yamal LNG. Each of the fully owned vessel can generate ~$22m of EBITDA (or ~$10m of cash flow assuming ~70% debt) whereas the five 49% owned ships are expected to produce dividend streams of ~$5m annually. With the dropdown of these vessels, we expect free cash flow to grow again to ~$1.40 per unit. We believe that the sponsor could also facilitate these dropdowns through vendor's financing or by receiving equity (preferred or common) that would allow DLNG to fund these vessels at competitive cost of capital.

**Valuation and Outlook.** With the stock down 33% YoY, the market is already discounting a large cut of its distribution which now yields over 15%. At the current unit price, DLNG is valued favorable at ~ 8.5% free cash flow yield without taking into consideration any possible dropdowns. Under our base case, we model DLNG's distribution adjusting lower by ~30% to ~$1.20 (>10% projected yield) with additional growth going forwards and the company restores its coverage ratio above 1.0x as dropdowns take place. Our $11.5 PT is based on our DDM model, using a 10% discount rate and valuing the expanded fleet at Yr. 5 at a ~10% premium to its market value (~110% EV/Fleet Value) or 130% P/NAV. Successful dropdown execution could reduce DLNG's dividend yield and lower its cost of capital, providing further upside.

# Pages Omitted