# EXHIBIT 12

February 16, 2018 | Equity Research



## Flash Comment

LNG: Marine Midstream

## DLNG: Q4 DCF Downside - Focus Remains On Expanding Contract Coverage

**Michael Webber, CFA, Senior Analyst (212) 214-8019**

**Sector Rating: LNG: Marine Midstream, Overweight**

• DLNG. Q4 DCF Downside. After the close, DLNG posted Q4 DCF of $0.28 ($0.07 below our estimate, $0.09 below Consensus of $0.37). DLNG's fleet performance was generally weaker during Q4, with Time Charter Equivalent (TCE) at $61,172 (vs $73,632 in Q416) and fleet utilization of 99% (vs 100% in Q416). DLNG remains focused on expanding its contract coverage (85% coverage for 2018, 92% for 2019, and 100% for 2020) while seeking to strike a right combination of growth and balance sheet deleveraging. However, at current yield of 15.4%, we expect the company to remain focused on B/S management and seek additional contract coverage before restarting its dropdown program. We maintain our Market Perform rating on DLNG, and continue to believe DLNG is expensive with better value elsewhere in the LNG MLP space (Outperform rated GLOP, TGP).

• Arctic Aurora Charter. On 12/20, DLNG entered into a new 3-year charter agreement with Statoil for the employment of the Arctic Aurora (2013-built, 155k-cbm) commencing in Q318 (immediately following 7/2018 Statoil charter expiration). While rates are undisclosed, our calculation (based on increased backlog) implies rates in the low $50k's (down from ~$78.5k/day).

• Distribution. On 1/4/18, DLNG declared a Q417 cash distribution of $0.4225/common unit (unchanged from Q317), paid on 1/18/18 to all unitholders of record as of 1/11/18.

• Dropdown Purchase Option Extension: DLNG and its sponsor agreed to extend the purchase option deadline for Clean Horizon (2015-built, 162k-cbm ice-classed) and the Clean Vision (2016-built, 162k-cbm, ice-classed) from 4/2017 and 1/2018, respectively - to 12/31/18 .

• Liquidity/Coverage. As of Q4, DLNG had liquidity of $97.5MM (comprised of $67.5MM cash, $30MM availability under its credit facility with the sponsor). Total debt was $726.6MM, including DLNG's $250MM senior unsecured notes due 10/2019 (which was not part of the refi package completed in 5/2017). Total unit coverage was 0.71x (vs 0.68x in Q3).

• Conference Call: Tomorrow (2/16) at 8:30AM ET. Dial-in: 1-866-819-7111

**Dynagas LNG Partners LP (DLNG)/Market Perform (2)**
**Price as of 2/15/2018: $11.00**
FY 17 DCF/unit: $1.28
FY 18 DCF/unit: $1.07
Shares Out.: 35.5 MM
Market Cap.: $390.5 MM

Please see page 3 for rating definitions, important disclosures and required analyst certifications.
All estimates/forecasts are as of 02/16/18 unless otherwise stated. 02/16/18 08:52:10 ET

Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

**GasLog Partners LP (GLOP)/Outperform (1)**
**Price as of 2/15/2018: $23.15**
FY 18 DCF/unit: $2.55
FY 19 DCF/unit: $2.77
Shares Out.: 39.0 MM
Market Cap.: $902.85 MM

**Teekay LNG Partners, L.P. (TGP)/Outperform (1)**
**Price as of 2/15/2018: $19.10**
FY 17 DCF/unit: $2.14
FY 18 DCF/unit: $2.81
Shares Out.: 79.7 MM
Market Cap.: $1,522.27 MM

**Rating Basis Information:**
**DLNG Thesis:**  We view DLNG's risk/reward profile as balanced given its relatively discounted valuation juxtaposed against softer energy fundamentals.

**GLOP Thesis:** We believe GLOP has an attractive risk/reward balance, and is the best of breed within the space given its stability, management, and growth outlook.

**TGP Thesis:** We believe TGP's risk/reward profile is attractive given strong cash flow growth potential in 2018-2020, and eventual distribution upside.

# Pages Omitted