# EXHIBIT 13

**As filed with the Securities and Exchange Commission on December 21, 2017**

**Registration No. 333-**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

_____

# FORM F-3
# REGISTRATION STATEMENT
*UNDER*
*THE SECURITIES ACT OF 1933*

_____

# DYNAGAS LNG PARTNERS LP
and other registrants
(See table of additional registrants)
(Exact name of Registrant as specified in its charter)

_____

| | |
|---|---|
| **Republic of The Marshall Islands**<br>**(State or other jurisdiction of**<br>**incorporation or organization)** | **N/A**<br>**(I.R.S. Employer**<br>**Identification No.)** |

| | |
|---|---|
| **Dynagas LNG Partners LP**<br>**23, Rue Basse**<br>**98000, Monaco**<br>**+377 99996445 (telephone number)** | **Seward & Kissel LLP**<br>**Attention: Gary J. Wolfe, Esq.**<br>**Keith J. Billotti, Esq.**<br>**One Battery Park Plaza**<br>**New York, New York 10004**<br>**(212) 574-1200 (telephone number)** |
| **(Address and telephone number of**<br>**Registrant's principal executive offices)** | **(Name, address and telephone**<br>**number of agent for service)** |

*Copies to:*

**Gary J. Wolfe, Esq.**
**Keith J. Billotti, Esq.**
**Seward & Kissel LLP**
**One Battery Park Plaza**
**New York, New York 10004**
**(212) 574-1223 (telephone number)**
**(212) 480-8421 (facsimile number)**

_____

**Approximate date of commencement of proposed sale to the public:** From time to time after this registration statement becomes effective as determined by market conditions and other factors.

If the only securities being registered on this Form are being offered pursuant to dividend or interest reinvestment plans, please check the following box. ☐

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☒

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.  ☐

If this Form is a registration statement pursuant to General Instruction I.C. or a post-effective amendment thereto that shall become effective upon filing with the Commission pursuant to Rule 462(e) under the Securities Act, check the following box.  ☐

If this Form is a post-effective amendment to a registration statement filed pursuant to General Instruction I.C. filed to register additional securities or additional classes of securities pursuant to Rule 413(b) under the Securities Act, check the following box.  ☐

---

**CALCULATION OF REGISTRATION FEE**

| Title of Each Class of Securities to be Registered | Amount to be Registered | Proposed Maximum Aggregate Offering Price | Amount of Registration Fee |
|---|---|---|---|
| **Primary Offering**[1][2] | | | |
| Common units representing limited partner interests | | | |
| Other classes of units representing limited partner interests | | | |
| Warrants | | | |
| Debt Securities [3] | | | |
| Guarantees[4] | | | |
| **Primary Offering Total** | | $750,000,000 [2][5] | $93,375[6][7] |
| **Secondary Offering** | | | |
| Common units representing limited partner interests | 15,595,000 common units | $183,553,150 [8] | $22,853[7][8] |
| **TOTAL** | | $933,553,150 | $116,228 [6][7] |

(1)     There are being registered hereunder a presently indeterminate number of units and warrants of Dynagas LNG Partners LP and an indeterminate principal amount of debt securities including guarantees, which may be offered and sold in such amount as shall result in an aggregate offering price not to exceed $750,000,000. Any securities registered hereunder may be sold separately or together with other securities registered hereunder. This registration statement also covers an indeterminate amount of securities as may be issued in exchange for, or upon conversion or exercise of, as the case may be, the securities registered hereunder.

(2)     With respect to the primary offering, the proposed maximum aggregate offering price for each class of securities to be registered is not specified pursuant to General Instruction II.C. of Form F-3.

(3)     If any debt securities are issued at an original issue discount, then the offering price of such debt securities shall be in such amount as shall result in an aggregate initial offering price not to exceed $750,000,000, less the dollar amount of any registered securities of Dynagas LNG Partners LP previously issued.

(4)     The debt securities may be guaranteed pursuant to guarantees by the subsidiaries of Dynagas LNG Partners LP. No separate compensation will be received for the guarantees. Pursuant to Rule 457(n) under the Securities Act of 1933, or the Securities Act, no separate fees for the guarantees are payable.

(5)     Estimated solely for the purpose of calculating the registration fee pursuant to Rule 457(o) under the Securities Act. In no event will the aggregate initial offering price of all securities offered from time to time pursuant to this Registration Statement exceed $750,000,000.

(6)     As discussed below, pursuant to Rule 457(p) under the Securities Act, this Registration Statement includes unsold securities that had been previously registered pursuant to a previously filed registration statement (File No. 333-200659) and for which the registration fee had previously been paid. Accordingly, the amount of the registration fee to be paid herewith is reduced by $48,077, the amount of the registration fee applied to such unsold securities, and equals $45,298 with respect to the primary offering.

(7)     Calculated in accordance with Rule 457(o) under the Securities Act of 1933 using the current SEC fee rate of 0.0001245.

(8)     Estimated solely for the purpose of calculating the registration fee pursuant to Rule 457(c) under the Securities Act of 1933, as amended, or the "Act", based on the average of the high and low prices per share of the registrant's common units as reported on NYSE on December 18, 2017.

**Pursuant to Rule 457(p) under the Securities Act, the securities registered pursuant to this Registration Statement include unsold securities previously registered under the registration statement on Form F-3 with File No. 333-200659 with an initial filing date of December 1, 2014 (the "Prior Registration Statement"). In connection with the registration of the unsold securities on the Prior Registration Statement, the Registrant paid a registration fee of $58,100, of which $48,077 continues to be applied to the unsold portion of such securities and is being used to offset the total registration fee associated with this Registration Statement.**

**The Registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933 or until the Registration Statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**

**The information in this prospectus is not complete and may be changed. This prospectus is not an offer to sell these securities and it is not soliciting an offer to buy or sell these securities in any jurisdiction where the offer or sale is not permitted. These securities may not be sold until the registration statement filed with the Securities and Exchange Commission is effective.**

**Subject to completion, dated December 21, 2017**

**PROSPECTUS**

# $750,000,000
## Common Units Representing Limited Partner Interests
## Other Classes of Units Representing Limited Partner Interests
## Warrants, Debt Securities and Guarantees
## and
## 15,595,000 Common Units Representing Limited Partner Interests Offered by the Selling Unitholder



## Dynagas LNG Partners LP

We may from time to time, in one or more offerings, offer and sell common units representing limited partnership interests and other units representing limited partner interests in Dynagas LNG Partners LP, as well as warrants and debt securities, including guarantees, described in this prospectus. The aggregate initial offering price of all securities sold by us under this prospectus will not exceed $750,000,000.

We may offer and sell these securities in amounts, at prices and on terms to be determined by market conditions and other factors at the time of the offering. This prospectus describes only the general terms of these securities and the general manner in which we will offer the securities. The specific terms of any securities we offer will be included in a supplement to this prospectus. The prospectus supplement will describe the specific manner in which we will offer the securities and also may add, update or change information contained in this prospectus. We may sell the securities offered by this prospectus directly or through underwriters, agents or dealers, the names of which and the specific terms of a plan of distribution will be stated in the applicable prospectus supplement.

In addition, Dynagas Holding Ltd., or the Selling Unitholder, named in this prospectus, may sell in one or more offerings pursuant to this registration statement up to 15,595,000 of our common shares. The Selling Unitholder may sell any or all of these common units on any stock exchange, market or trading facility on which the common units are traded or in privately negotiated transactions at fixed prices that may be changed, at market prices prevailing at the time of sale or at negotiated prices. Information on Dynagas Holding Ltd., as Selling Unitholder, and the times and manners in which it may offer and sell our common units is described under the sections entitled "Selling Unitholder" and "Plan of Distribution" in this prospectus.

The Selling Unitholder, a company affiliated with us, may be deemed to be an "underwriter" within the meaning of the Securities Act of 1933, as amended, or the Securities Act, and, as a result, may be deemed to be offering securities, indirectly, on our behalf. We will not receive any of the proceeds from the sale of our common units by the Selling Unitholder

Our common units are traded on the New York Stock Exchange, or the NYSE, under the symbol "DLNG". Our 6.25% Senior Notes due 2019 are traded on the NYSE under the ticker symbol "DLNG 19". Our Series A Cumulative Redeemable Preferred Units trade on the NYSE under the ticker symbol "DLNG PR A". We will provide information in the related prospectus supplement for the trading market, if any, for any securities that may be offered.

**Investing in our securities involves risks. You should carefully consider the risk factors described under "Risk Factors" on page 11 of this prospectus before you make an investment in our securities.**

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.**

**The date of this prospectus is                , 2018.**

**TABLE OF ADDITIONAL REGISTRANTS**

| Name | Organization | Ownership percentage |
|---|---|---|
| Dynagas Operating LP | Marshall Islands | 100% |
| Dynagas Operating GP LLC | Marshall Islands | 100% |
| Dynagas Equity Holding Limited | Liberia | 100% |
| Pegasus Shipholding S.A. | Marshall Islands | 100% |
| Seacrown Maritime Ltd. | Marshall Islands | 100% |
| Lance Shipping S.A. | Marshall Islands | 100% |
| Fareastern Shipping Limited | Malta | 100% |
| Dynagas Finance Inc. | Marshall Islands | 100% |
| Navajo Marine Limited | Marshall Islands | 100% |
| Solana Holding Ltd. | Marshall Islands | 100% |
| Arctic LNG Carriers Ltd. | Marshall Islands | 100% |
| Dynagas Finance LLC | Delaware | 100% |

**TABLE OF CONTENTS**

|  | **Page** |
|---|---|
| ABOUT THIS PROSPECTUS | 1 |
| WHERE YOU CAN FIND MORE INFORMATION | 1 |
| FORWARD-LOOKING STATEMENTS | 3 |
| ABOUT DYNAGAS LNG PARTNERS LP | 5 |
| RISK FACTORS | 11 |
| USE OF PROCEEDS | 12 |
| CAPITALIZATION | 13 |
| RATIO OF EARNINGS TO FIXED CHARGES | 14 |
| PRICE RANGE OF COMMON UNITS AND PREFERRED UNITS | 15 |
| DESCRIPTION OF THE COMMON UNITS | 17 |
| DESRIPTION OF OTHER CLASES OF UNITS | 20 |
| DESCRIPTION OF WARRANTS | 21 |
| DESCRIPTION OF DEBT SECURITIES | 22 |
| DESCRIPTION OF GUARANTEES OF DEBT SECURITIES | 32 |
| SUMMARY OF OUR PARTNERSHIP AGREEMENT | 33 |
| OUR CASH DISTRIBUTION POLICY AND RESTRICTIONS ON DISTRIBUTIONS | 34 |
| MATERIAL UNITED STATES FEDERAL INCOME TAX CONSIDERATIONS | 46 |
| NON-UNITED STATES TAX CONSIDERATIONS | 54 |
| SELLING UNITHOLDER | 55 |
| PLAN OF DISTRIBUTION | 56 |
| SERVICE OF PROCESS AND ENFORCEMENT OF CIVIL LIABILITIES | 58 |
| LEGAL MATTERS | 58 |
| EXPERTS | 58 |
| EXPENSES | 59 |

In making your investment decision, you should rely only on the information contained in this prospectus, any prospectus supplement and the documents we have incorporated by reference in this prospectus. We have not authorized anyone else to give you different information. We are not offering these securities in any state where the offer is not permitted. You should not assume that the information in this prospectus or any prospectus supplement is accurate as of any date other than the date on the front of those documents. We will disclose any material changes in our affairs in an amendment to this prospectus, a prospectus supplement or a future filing with the Securities and Exchange Commission, or the SEC, incorporated by reference in this prospectus.

## ABOUT THIS PROSPECTUS

This prospectus is part of a registration statement that we have filed with the SEC using a "shelf" registration process. Under this shelf registration process, we may over time, in one or more offerings, offer and sell up to $750,000,000 in total aggregate offering price of any combination of the securities described in this prospectus.

This prospectus provides you with a general description of Dynagas LNG Partners LP and the securities that are registered hereunder that may be offered by us or the Selling Unitholder. Each time we sell any securities offered by this prospectus, we will provide a prospectus supplement that will contain specific information about the terms of that offering and the securities being offered. Any prospectus supplement may also add to, update or change information contained in this prospectus. To the extent information in this prospectus is inconsistent with the information contained in a prospectus supplement you should rely on the information in the prospectus supplement.

The information in this prospectus is accurate as of its date. Additional information, including our financial statements and the notes thereto, is incorporated in this prospectus by reference to our reports filed with the SEC. Before you invest in our securities, you should carefully read this prospectus, including the "Risk Factors," any prospectus supplement, the information incorporated by reference in this prospectus and any prospectus supplement (including the documents described under the heading "Where You Can Find More Information" in both this prospectus and any prospectus supplement), and any additional information you may need to make your investment decision.

## WHERE YOU CAN FIND MORE INFORMATION

We have filed with the SEC a registration statement on Form F-3 regarding the securities covered by this prospectus. This prospectus is a part of the registration statement, which includes additional information. For further information regarding us and the securities offered in this prospectus, you may wish to review the full registration statement, including its exhibits. The registration statement, including the exhibits, may be inspected and copied at the public reference facilities maintained by the SEC at 100 F Street, NE, Washington, D.C. 20549. Copies of this material can also be obtained upon written request from the Public Reference Section of the SEC at that address, at prescribed rates, or from the SEC's web site on the Internet at www.sec.gov free of charge. Please call the SEC at 1-800-SEC-0330 for further information on public reference rooms. You can also obtain information about us on our website at http://www.dynagaspartners.com. Information on our website or any other website is not incorporated by reference into this prospectus and does not constitute a part of this prospectus unless specifically so designated and filed with the SEC.

We are subject to the information requirements of the U.S. Securities Exchange Act of 1934, as amended (or the Exchange Act), and, in accordance therewith, we are required to file with the SEC annual reports on Form 20-F within four months of our fiscal year-end, and provide to the SEC other material information on Form 6-K. These reports and other information may be inspected and copied at the public reference facilities maintained by the SEC or obtained from the SEC's website as provided above. Our website on the Internet is located at www.dynagaspartners.com, and we will make our annual reports on Form 20-F and our periodic reports submitted to the SEC available, free of charge, through our website, as soon as reasonably practicable after those reports are electronically submitted to the SEC. Information on our website or any other website is not incorporated by reference into this prospectus and does not constitute a part of this prospectus.

As a foreign private issuer, we are exempt under the Exchange Act from, among other things, certain rules prescribing the furnishing and content of proxy statements, and our executive officers, directors and principal unitholders are exempt from the reporting and short-swing profit recovery provisions contained in Section 16 of the Exchange Act. In addition, we are not required under the Exchange Act to file periodic reports and financial statements with the SEC as frequently or as promptly as U.S. companies whose securities are registered under the Exchange Act, including the filing of quarterly reports or current reports on Form 8-K. However, we intend to make available quarterly reports containing our unaudited interim financial information for the first three fiscal quarters of each fiscal year.

1

The SEC allows us to "incorporate by reference" into this prospectus information that we file with the SEC. This means that we can disclose important information to you without actually including the specific information in this prospectus by referring you to other documents filed separately with the SEC. The information incorporated by reference is an important part of this prospectus. Information that we later provide to the SEC, and which is deemed to be "filed" with the SEC, automatically will update information previously filed with the SEC, and may replace information in this prospectus.

We incorporate by reference into this prospectus the documents listed below:

- our annual report on Form 20-F for the fiscal year ended December 31, 2016, filed with the SEC on March 20, 2017, or our 2016 Annual Report;

- all subsequent annual reports on Form 20-F filed prior to the termination of this offering;

- all subsequent current reports on Form 6-K furnished prior to the termination of this offering that we identify in such current reports as being incorporated by reference into the registration statement of which this prospectus is a part;

- our report on Form 6-K, filed with the SEC on December 7, 2017, which contains Management's Discussion and Analysis of Financial Condition and Results of Operations and the unaudited interim condensed consolidated financial statements of the Partnership as of and for the nine months ended September 30, 2017 and 2016;

- our report on Form 6-K, filed with the SEC on September 27, 2017, which contains Management's Discussion and Analysis of Financial Condition and Results of Operations and the unaudited interim condensed consolidated financial statements of the Partnership as of and for the six months ended June 30, 2017 and 2016; and

- the description of our common units contained in our Registration Statement on Form 8-A filed on December 23, 2014, including any subsequent amendments or reports filed for the purpose of updating such description.

These reports contain important information about us, our financial condition and our results of operations.

You may obtain any of the documents incorporated by reference in this prospectus from the SEC through its public reference facilities or its website at the addresses provided above. You also may request a copy of any document incorporated by reference in this prospectus (excluding any exhibits to those documents, unless the exhibit is specifically incorporated by reference in this document), at no cost, by visiting our Internet website at http://www.dynagaspartners.com, or by writing or calling us at the following address:

**Dynagas LNG Partners LP**
**Attention: Investor Relations**
**23, Rue Basse**
**98000 Monaco**

You should rely only on the information contained in or incorporated by reference in this prospectus or any prospectus supplement. Neither we nor the Selling Unitholder have authorized anyone else to provide you with any information. We are not making an offer of these securities in any state where the offer is not permitted. You should not assume that the information incorporated by reference or provided in this prospectus or any prospectus supplement is accurate as of any date other than its respective date.

2

**FORWARD-LOOKING STATEMENTS**

Statements included in this prospectus which are not historical facts (including statements concerning plans and objectives of management for future operations or economic performance, or assumptions related thereto) are forward-looking statements. In addition, we and our representatives may from time to time make other oral or written statements which are also forward-looking statements. Our disclosure and analysis in this prospectus pertaining to our operations, cash flows and financial position, including, in particular, the likelihood of our success in developing and expanding our business, include forward-looking statements. Statements that are predictive in nature, that depend upon or refer to future events or conditions, or that include words such as "expects," "anticipates," "intends," "plans," "believes," "estimates," "projects," "forecasts," "may," "should" and similar expressions are forward-looking statements.

Forward-looking statements appear in a number of places and include statements with respect to, among other things:

- LNG market trends, including charter rates, factors affecting supply and demand, and opportunities for the profitable operations of LNG carriers;

- our anticipated growth strategies;

- the effect of a worldwide economic slowdown;

- potential turmoil in the global financial markets;

- fluctuations in currencies and interest rates;

- general market conditions, including fluctuations in charter hire rates and vessel values;

- changes in our operating expenses, including drydocking and insurance costs and bunker prices;

- forecasts of our ability to make cash distributions on our units or any increases in our cash distributions;

- our future financial condition or results of operations and our future revenues and expenses;

- the repayment of debt and settling of interest rate swaps (if any);

- our ability to make additional borrowings and to access debt and equity markets;

- planned capital expenditures and availability of capital resources to fund capital expenditures;

- our ability to maintain long-term relationships with major LNG traders;

- our ability to leverage our Sponsor's relationships and reputation in the shipping industry;

- our ability to realize the expected benefits from our vessel acquisitions;

- our ability to purchase vessels from our Sponsor in the future, including the Optional Vessels;

- our continued ability to enter into long-term time charters;

- our ability to maximize the use of our vessels, including the re-deployment or disposition of vessels no longer under long-term time charters;

3

- future purchase prices of newbuildings and secondhand vessels and timely deliveries of such vessels;

- our ability to compete successfully for future chartering and newbuilding opportunities (if any);

- acceptance of a vessel by its charterer;

- termination dates and extensions of charters;

- the expected cost of, and our ability to comply with, governmental regulations, maritime self-regulatory organization standards, as well as standard regulations imposed by our charterers applicable to our business;

- availability of skilled labor, vessel crews and management;

- our anticipated incremental general and administrative expenses as a publicly traded limited partnership and our fees and expenses payable under the fleet management agreements and the administrative services agreement with our Manager;

- the anticipated taxation of our partnership and distributions to our unitholders;

- estimated future maintenance and replacement capital expenditures;

- our ability to retain key employees;

- customers' increasing emphasis on environmental and safety concerns;

- potential liability from any pending or future litigation;

- potential disruption of shipping routes due to accidents, political events, piracy or acts by terrorists;

- future sales of our common units in the public market;

- our business strategy and other plans and objectives for future operations; and

- other factors detailed in this prospectus and from time to time in our periodic reports.

These and other forward-looking statements are subject to risks, uncertainties and assumptions, including those risks discussed in "Risk Factors" and those risks discussed in other reports we file with or furnish to the SEC and that are incorporated in this prospectus by reference. The risks, uncertainties and assumptions involve known and unknown risks and are inherently subject to significant uncertainties and contingencies, many of which are beyond our control.

Forward-looking statements are made based upon management's current plans, expectations, estimates, assumptions and beliefs concerning future events affecting us and, therefore, involve a number of risks and uncertainties, including those risks discussed in "Risk Factors." We caution that forward-looking statements are not guarantees and that actual results could differ materially from those expressed or implied in the forward-looking statements.

We undertake no obligation to update any forward-looking statement to reflect events or circumstances after the date on which such statement is made or to reflect the occurrence of unanticipated events. New factors emerge from time to time, and it is not possible for us to predict all of these factors. Further, we cannot assess the effect of each such factor on our business or the extent to which any factor, or combination of factors, may cause actual results to be materially different from those contained in any forward-looking statement.

4

**ABOUT DYNAGAS LNG PARTNERS LP**

Unless the context otherwise requires, references in this prospectus to "Dynagas LNG Partners," the "Partnership," "we," "our" and "us" or similar terms refer to Dynagas LNG Partners LP and its wholly-owned subsidiaries, including Dynagas Operating LP.  Dynagas Operating LP owns, directly or indirectly, a 100% interest in the entities that own the LNG carriers in our fleet, or our "Fleet". References in this prospectus to "our General Partner" refer to Dynagas GP LLC, the general partner of Dynagas LNG Partners LP.  References in this prospectus to our "Sponsor" are to Dynagas Holding Ltd. and its subsidiaries other than us or our subsidiaries and references to our "Manager" refer to Dynagas Ltd., which is wholly owned by the chairman of our Board of Directors, Mr. Georgios Prokopiou. References in this prospectus to the "Prokopiou Family" are to our Chairman, Mr. Georgios Prokopiou, and certain members of his family.

*All references in this prospectus to us for periods prior to our initial public offering, or IPO, on November 18, 2013 refer to our predecessor companies and their subsidiaries, which are former subsidiaries of our Sponsor that have interests in the three vessels of which our Fleet was initially comprised.*

*All references in this prospectus to "Gazprom", "Statoil", "Yamal" and "PetroChina" refer to Gazprom Marketing and Trading Singapore Pte Ltd, Statoil ASA, Yamal Trade Pte. Ltd. and PetroChina International (Singapore) Pte. Ltd.,  respectively, and certain of their respective subsidiaries or affiliates, who are our current or prospective charterers. Unless otherwise indicated, all references to "U.S. dollars," "dollars" and "$" in this prospectus are to the lawful currency of the United States. We use the term "LNG" to refer to liquefied natural gas, and we use the term "cbm" to refer to cubic meters in describing the carrying capacity of our vessels.*

**Overview**

We are a master limited partnership focused on owning and operating a fleet of six liquefied natural gas (LNG) carriers, five of which are ice-class designated LNG carriers. Five of the six vessels in our Fleet are currently employed on multi-year time charters, which we define as charters with initial terms of two years or more, with major international energy companies such as Gazprom, Statoil and Yamal, providing us with the benefits of contracted cash flows and minimal exposure to market or seasonal driven decreases in utilization rates. We currently employ our one remaining LNG carrier on consecutive short-term charters prior to its delivery to Gazprom in July 2018, when it will commence employment under a charter with term of approximately eight years.

We intend to leverage the reputation, expertise and relationships with our charterers, our Sponsor and our Manager in pursuing further business and growth opportunities, maintaining cost-efficient operations and providing reliable seaborne transportation services to our current and prospective charterers. In addition, as opportunities arise, we may acquire additional vessels from our Sponsor and from third-parties and/or engage in investment opportunities incidental to the LNG industry. In connection with such plans for growth, we may enter into additional financing arrangements, refinance existing arrangements or arrangements that our Sponsor, its affiliates, or such third party sellers may have in place for vessels that we may acquire, and, subject to favorable market conditions, we may raise capital in the public or private markets, including through debt or equity offerings of our securities. There is no guarantee that we will grow or maintain the size of our Fleet or the per unit distributions that we intend to pay or that we will be able to execute our plans for growth.

As of December 20, 2017, we have outstanding 35,490,000 common units, 35,526 general partner units and 3,000,000 9.00% Series A Cumulative Redeemable Preferred Units, or the Series A Preferred Units. Our Sponsor currently beneficially owns approximately 44.0% of the equity interests (excluding the Series A Preferred Units) in the Partnership and 100% of our General Partner, which owns a 0.1% General Partner interest in the Partnership and 100% of our incentive distribution rights. Our Sponsor does not own any Series A Preferred Units.  Our common units and the Series A Preferred Units trade on the New York Stock Exchange, or NYSE, under the symbols "DLNG" and "DLNG PR A", respectively. In addition, in September 2014, we completed our underwritten public offering of $250.0 million aggregate principal amount 6.25% Senior Notes due 2019, or our 2019 Notes.  The 2019 Notes trade on the NYSE under the ticker symbol "DLNG 19".

On January 23, 2017, upon our payment to unitholders of the quarterly distribution in respect of the fourth quarter of 2016, the conditions set forth in the Partnership Agreement for the conversion of our then outstanding subordinated units were satisfied and the subordination period expired. At the expiration of the subordination period, the 14,985,000 subordinated units owned by the Sponsor converted into common units on a one-for-one basis. There are currently no subordinated units outstanding.

### Our Fleet

We currently own and operate a fleet of six LNG carriers, consisting of the three LNG carriers in our initial fleet, the *Clean Energy*, the *Ob River* and the *Amur River* (formerly named the *Clean Force),* and three 2013-built Ice Class LNG carriers that we subsequently acquired from our Sponsor, the *Arctic Aurora*, the *Yenisei River* and the *Lena River,* which six vessels we refer to collectively as our "Fleet." The vessels in our Fleet have an average age of 7.4 years and are employed under charters with an average remaining charter term of 10.6 years as of December 20, 2017, including the charter agreements into which we have already entered but whose terms have not yet commenced. The Yamal charter agreements for the *Yenisei River* and the *Lena River* are subject to important conditions, which, unless satisfied, may result in the cancellation of the charter agreement at the charterer's option, in which case we would not realize any revenues under such charter agreements.

Our Fleet is managed by our Manager, Dynagas Ltd., a company controlled by Mr. Georgios Prokopiou.

All of the vessels in our Fleet other than the *Clean Energy* have been assigned with Lloyds Register Ice Class notation 1A FS, equivalent to ARC4 of the Russian Maritime Register of Shipping Rules, designation for hull and machinery and are fully winterized, which means that they are designed to call at ice-bound and harsh environment terminals and to withstand temperatures up to minus 30 degrees Celsius. According to Drewry Consultants Ltd., or Drewry, only eleven LNG carriers, representing 2.5% of the LNG vessels in the global LNG fleet, have an Ice Class designation or equivalent rating. Moreover, in 2012, we were the first company in the world to operate LNG carriers on the Northern Sea Route and continue to be one of only two LNG vessel operators to do so. The Northern Sea Route is a shipping lane from the Atlantic Ocean to the Pacific Ocean entirely in Arctic waters. In addition, we believe that each of the vessels in our Fleet is optimally sized with a carrying capacity of between approximately 150,000 and 155,000 cbm, which allows us to maximize operational flexibility as such medium-to-large size LNG vessels are compatible with most existing LNG terminals around the world. We believe that these specifications enhance our trading capabilities and future employment opportunities because they provide greater diversity in the trading routes available to our charterers.

The following table sets forth additional information about our Fleet as of December 20, 2017:

| Vessel Name | Year Built | Capacity (cbm) | Ice Class | Propulsion | Charterer | Earliest Charter Expiration Date | Latest Charter Expiration Including Non-Exercised Options |
|---|---|---|---|---|---|---|---|
| *Clean Energy* | 2007 | 149,700 | No | Steam | PetroChina | May 2018 | June 2018 |
| | | | | | Gazprom | March 2026 | April 2026 [1] |
| *Ob River* | 2007 | 149,700 | Yes | Steam | Gazprom | April 2018 | May 2018 |
| | | | | | Gazprom | March 2028 | May 2028 [2] |
| *Amur River* | 2008 | 149,700 | Yes | Steam | Gazprom | June 2028 | August 2028 |
| *Arctic Aurora* | 2013 | 155,000 | Yes | Tri-fuel diesel engine (TFDE) | Statoil | July 2021 | September 2023 [3] |
| *Yenisei River* | 2013 | 155,000 | Yes | Tri-fuel diesel engine (TFDE) | Gazprom | July 2018 | August 2018 |
| | | | | | Yamal | 2033/2034 | 2049 [4] |
| *Lena River* | 2013 | 155,000 | Yes | Tri-fuel diesel engine (TFDE) | Gazprom | September 2018 | October 2018 |
| | | | | | Yamal | 2034/2035 | 2049/2050 [4] |

6

(1)   In October 2016, we entered into a time charter contract with Gazprom for the employment of the *Clean Energy* for a firm period of seven years and nine months. The charter is expected to commence in July 2018.

(2)   Upon its current contract expiration with Gazprom, the *Ob River* is expected to commence employment under a new multi-year time charter contract with the same charterer for a firm period of ten years.

(3)   In December 2017, we entered into a time charter contract with Statoil for the employment of the *Arctic Aurora*. This charter will be in direct continuation of the vessel's current charter with Statoil (interrupted only by the vessel's mandatory statutory class five-year special survey and dry-docking) and will have a firm period of three years +/- 30 days. Statoil will have the option to extend the charter term by two consecutive 12-month periods at escalated rates.

(4)   The *Yenisei River* and the *Lena River* are each contracted to commence employment within one-year delivery windows starting January 1, 2019 and June 30, 2019, respectively, under multi-year time charter contracts with Yamal in the Yamal LNG Project, each with an initial term of 15 years, which may each be extended by three consecutive periods of five years. Each of these time charter contracts is subject to important conditions, which, if not satisfied, or waived by the charterer, may result in their cancellation, early termination or amendment, before or after their charter term commences, in which case, we may not receive the contracted revenues thereunder.

**The Optional Vessels**

In connection with the closing of our IPO, we entered into an Omnibus Agreement with our Sponsor and our General Partner that initially provided us with the right to purchase up to seven LNG carrier vessels from our Sponsor within a specified period of time following their delivery to our Sponsor and at a purchase price to be determined pursuant to the terms and conditions of that agreement, which we refer to as the Initial Optional Vessels.

In addition, following an amendment to the Omnibus Agreement in April 2016, we also have the right to acquire from our Sponsor its interest, which is currently 49%, in each of the five entities that each owns a 172,000 cubic meter ARC7 LNG carrier, which we refer to as the Additional Optional Vessels, subject to the terms and conditions of the Omnibus Agreement, as amended. The Additional Optional Vessels are scheduled to be delivered in the fourth quarter of 2017 and the first quarter of 2019. We refer to the Initial Optional Vessels and the Additional Optional Vessels, together, as the Optional Vessels.

*Initial Optional Vessels*

As of the date of this prospectus, we have purchased from our Sponsor and have taken delivery of three of the Initial Optional Vessels: the *Arctic Aurora* in June 2014, the *Yenisei River* in September 2014, and the *Lena River* in December 2015. Our Sponsor owns, directly or indirectly, 100% of the equity interests of the entities that own the four remaining Initial Optional Vessels. One of the four remaining Initial Optional Vessels, the *Clean Ocean*, is operating under a multi-year time charter with Cheniere, after which time, it is scheduled to commence employment under a long-term time charter for the Yamal LNG Project. The other three remaining Initial Optional Vessels, the *Clean Planet*, the *Clean Horizon* and the *Clean Vision*, currently operate in an LNG carrier pool, the Cool Pool, that was established on October 1, 2015, by our Manager, Golar LNG Limited and Gaslog Carriers Ltd., with a view to optimizing the operation of the pool vessels through improved scheduling, efficiencies and common marketing of the pooled vessels. Vessels operating in the Cool Pool are employed in the LNG spot market on charters of twelve months or less. Together with our Sponsor's three vessels, the Cool Pool currently consists of 19 LNG carriers. In 2019, the *Clean Planet*, the *Clean Horizon* and the *Clean Vision* are scheduled to commence employment under long-term charters with Yamal.

*Additional Optional Vessels*

In August 2015, our Sponsor and two unrelated third-parties, Sinotrans and China LNG Shipping, entered into a joint venture, pursuant to which they agreed to share in the ownership and operation of the Additional Optional Vessels. Our Sponsor currently owns a 49% ownership interest in each of the five entities that each owns an Additional Optional Vessel, and Sinotrans and China LNG Shipping equally split the remaining 51% ownership interest of each such entity. Three of the Additional Optional Vessels are currently under construction at Daewoo Shipbuilding & Marine Engineering Co., or DSME. Two of the Additional Optional Vessels are expected to be delivered to the joint venture in the fourth quarter of 2017 and three of the Additional Optional Vessels are expected to be delivered in the first quarter of 2019. Upon each of their deliveries, the Additional Optional Vessels are scheduled to commence employment under long-term charters for the Yamal LNG Project. Our Manager will provide vessel management services for the Additional Optional Vessels.

*Specifications of the Optional Vessels*

Each of the Optional Vessels has or is expected to have Ice Class designation, or its equivalent, for hull and machinery. The Initial Optional Vessels are equipped with a membrane containment system. The compact and efficient utilization of the hull structure reduces the required principal dimensions of the vessel compared to earlier LNG designs and results in relatively higher fuel efficiency and smaller quantities of LNG required for cooling down vessels' tanks. In addition, the Initial Optional Vessels are equipped with a tri-fuel diesel electric propulsion system, which is expected to reduce both fuel costs and emissions.

The five 172,000 cubic meter ARC7 Additional Optional Vessels are or will be capable of all year round operation at temperatures up to negative fifty degrees Celsius. High Ice Class Arc 7 allows them to navigate independently in ice of up to 2.1 meters thick. The Additional Optional Vessels are equipped with three Azipod propulsion units of 45 megawatt joint capability, which is comparable to the capability of a nuclear icebreaker.

The following table provides certain information about the Optional Vessels as of December 20, 2017.

| Vessel Name | Shipyard[4] | Delivery Date | Capacity Cbm | Ice Class | Charter Commencement | Pool / Charterer | Earliest Charter Expiration |
|---|---|---|---|---|---|---|---|
| **Initial Optional Vessels:** | | | | | | | |
| *Clean Ocean*[1] | HHI | Q2-2014 | 162,000 | Yes | Q2 2015 | Cheniere & Yamal | 2035 |
| *Clean Planet*[2] | HHI | Q3-2014 | 162,000 | Yes | 2019 | Cool Pool & Yamal | 2034 |
| *Clean Horizon*[2] | HHI | Q3-2015 | 162,000 | Yes | 2019 | Cool Pool & Yamal | 2034 |
| *Clean Vision*[2] | HHI | Q1-2016 | 162,000 | Yes | 2019 | Cool Pool & Yamal | 2034 |
| **Additional Optional Vessels*:** | | | | | | | |
| *Hull No.2421*[3] | DSME | Q4-2017 | 172,410 | Yes | 2017 | Yamal | Q4-2045 |
| *Hull No.2422*[3] | DSME | Q4-2017 | 172,410 | Yes | 2017 | Yamal | Q4-2045 |
| *Hull No.2427*[3] | DSME | Q1-2019 | 172,410 | Yes | 2019 | Yamal | Q4-2045 |
| *Hull No.2428*[3] | DSME | Q1-2019 | 172,410 | Yes | 2019 | Yamal | Q4-2045 |
| *Hull No.2429*[3] | DSME | Q1-2019 | 172,410 | Yes | 2019 | Yamal | Q4-2045 |

\*   Our Sponsor directly or indirectly owns a 49.0% interest in these vessels.

(1) Following the expiration of the time charter with Cheniere, this vessel is contracted to be employed under a long-term time charter for the Yamal LNG project, for a period of 15 years, which may be extended by three consecutive five-year optional periods.

(2) Vessel is contracted to commence employment within 2019 under long term charters for the Yamal LNG Project for an initial term of 15 years, which may be extended by three consecutive periods of five years each.

(3) Upon its delivery from the shipyard, vessel will operate under a fixed rate time charter contract for the Yamal LNG Project until December 31, 2045, plus two consecutive five-year extension options.

(4) As used in this prospectus, "HHI" refers to the shipyard Hyundai Heavy Industries Co. Ltd. and "DSME" refers to the shipyard Daewoo Shipbuilding & Marine Engineering Co.

**Rights to Purchase Optional Vessels**

Under the Omnibus Agreement, we have the right, subject to certain conditions, to purchase from our Sponsor the remaining Initial Optional Vessels and our Sponsor's ownership interest in the entities that respectively own the Additional Optional Vessels at a purchase price to be determined pursuant to the terms and conditions of the Omnibus Agreement. These purchase rights expire 24 months following the respective delivery of each remaining Initial Optional Vessel from the shipyard (or in the case of the *Clean Ocean* and the *Clean Planet*, such purchase rights expire on March 31, 2018), and in the case of our Sponsor's ownership interest in the entities that own the Additional Optional Vessels, within 24 months following the expiration, without acceptance, of our 30-day option to purchase such interests pursuant to the Omnibus Agreement, so long as such Additional Optional Vessels are employed under a long-term charter of four or more years upon their respective delivery dates). We may also mutually agree with our Sponsor, with the approval of a committee comprised of certain of our independent directors, or our Conflicts Committee, to extend the purchase option exercise period.

If we are unable to agree with our Sponsor on the purchase price of any of the Initial Optional Vessels or our Sponsor's ownership interest in the entities that respectively own the Additional Optional Vessels, as the case may be, the respective purchase price will be determined by an independent appraiser, such as an investment banking firm, broker or firm generally recognized in the shipping industry as qualified to perform the tasks for which such firm has been engaged, and we will have the right, but not the obligation, to purchase such assets at such price. The independent appraiser will be mutually appointed by our Sponsor and our Conflicts Committee.

The purchase price of the Initial Optional Vessels or our Sponsor's ownership interest in the Additional Optional Vessels, as the case may be, as finally determined by an independent appraiser, may be an amount that is greater than what we are able or willing to pay or we may be unwilling to proceed to purchase such vessel if such acquisition would not be in our best interests. We will not be obliged to purchase the Optional Vessels at the determined price, and, accordingly, we may not complete the purchase of such assets, which may have an adverse effect on our expected plans for growth. In addition, our ability to purchase the Optional Vessels, should we exercise our right to purchase such vessels, is dependent on our ability to obtain additional financing to fund all or a portion of the acquisition costs of these assets.

Our Sponsor has secured financing for the Initial Optional Vessels and, our Sponsor together with its joint venture partners, have secured financing for the Additional Optional Vessels.  In the event we acquire any or all of such Optional Vessels in the future, we may enter into agreements with our Sponsor to novate these loan agreements to us, subject to the satisfaction of certain conditions. Any such novation would be subject to each respective lender's consent.

**Information About the Partnership**

We were formed as a limited partnership under the laws of the Republic of the Marshall Islands on May 30, 2013. The address of our principal executive offices is 23, Rue Basse, 98000, Monaco. Our telephone number at that address is +37799996445. We maintain a website at www.dynagaspartners.com. Information contained on our website does not constitute part of this prospectus.

We own our vessels through separate wholly-owned subsidiaries that are incorporated in the Republic of the Marshall Islands, Republic of Malta, and Republic of Liberia.

**Recent and Other Developments**

*Quarterly Common Units Cash Distribution*

On October 2, 2017, our Board of Directors declared a quarterly cash distribution of $0.4225 per common unit in respect of the third quarter of 2017. This cash distribution was paid on October 19, 2017 to all common unitholders of record as of October 12, 2017.

9

*Series A Preferred Units Cash Distribution*

On October 19, 2017, our Board of Directors declared a cash distribution of $0.5625 per unit on our Series A Preferred Units for the period from August 12, 2017 to November 11, 2017. This cash distribution was paid on November 13, 2017, to all Series A Preferred unitholders of record as of November 5, 2017.

*$480.0 million Term Loan B Refinancing*

On May 18, 2017, we refinanced and repaid in full our existing $340.0 million senior secured Credit Suisse AG facility and our existing $200.0 million ABN Amro NV term loan facility with a new $480.0 million senior secured term loan B due in 2023, or the Term Loan B. Our wholly-owned subsidiary, Arctic LNG Carriers, serves as borrower under the Term Loan B. The Term Loan B provides for 0.25% quarterly amortization on the principal and a bullet payment at maturity. The Term Loan B is secured by, among other things, the six LNG carriers in our Fleet.

*Extension Optional Vessel Purchase Deadline*

On March 30, 2017, we agreed with our Sponsor to extend the deadline for exercising the purchase options relating to both the *Clean Ocean* and the *Clean Planet* granted to us under the Omnibus Agreement from March 31, 2017 to March 31, 2018.

*New Long-Term Charter for the Arctic Aurora*

On December 20, 2017, we entered into a new three year charter agreement with Statoil for the employment of the *Arctic Aurora*. The new Statoil charter is expected to commence in the third quarter of 2018 in direct continuation of the vessel's current charter with Statoil (interrupted only by the vessel's mandatory statutory class five-year special survey and dry-docking) and will have a firm period of about 3 years +/- 30 days. Statoil will have the option to extend the charter term by two consecutive 12-month periods at escalated rates.

*Extension of Clean Energy Charter Term*

On December 18, 2017, PetroChina, the current charter of the *Clean Energy*, exercised their right to extend the current charter period for the vessel by a minimum period of approximately four months. The *Clean Energy* was delivered to PetroChina in October 2017 and is now expected to be redelivered to the Partnership under the charter, as extended, at the earliest, in May 2018 and at latest, in June 2018, prior to its delivery to Gazprom Marketing & Trading Singapore Pte Ltd in July 2018, when the vessel will commence a time charter with a term of approximately eight years.

10

Pages Omitted