# EXHIBIT 14

**S&P Global**
Market Intelligence

# Dynagas LNG Partners LP NYSE:DLNG FQ4 2017 Earnings Call Transcripts

## Friday, February 16, 2018 1:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2017- | | | -FQ1 2018- | -FY 2017- | | | -FY 2018- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | 0.21 | 0.16 | ▼ (23.81 %) | 0.21 | 0.81 | 0.74 | ▼ (8.64 %) | 0.72 |
| Revenue (mm) | 36.01 | 34.45 | ▼ (4.33 %) | 36.35 | 140.39 | 138.99 | ▼ (1.00 %) | 137.70 |

Currency: USD
Consensus as of  Feb-16-2018 8:11 AM GMT



Stock Price [USD] vs. Volume [mm] with earnings surprise annotations

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ1 2017 | 0.41 | 0.37 | ▼ (9.76 %) |
| FQ2 2017 | 0.21 | 0.07 | ▼ (66.67 %) |
| FQ3 2017 | 0.21 | 0.15 | ▼ (28.57 %) |
| FQ4 2017 | 0.21 | 0.16 | ▼ (23.81 %) |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ....................................................................................... | **3** |
| **Presentation** | ....................................................................................... | **4** |
| **Question and Answer** | ....................................................................................... | **9** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Michael Gregos**
*Chief Financial Officer*

**Tony Lauritzen**
*CEO & Director*

**ANALYSTS**

**Christopher Warren Robertson**
*Jefferies LLC, Research Division*

**Frank Galanti**
*Stifel, Nicolaus & Company,
Incorporated, Research Division*

**James Jang**
*Maxim Group LLC, Research
Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Thank you for standing by, ladies and gentlemen, and welcome to Dynagas LNG Partners conference call on the fourth Quarter 2017 financial results.

F e have with us Mr. Tony LauritWen, Chief zEecutive xfficerOand Mr. Michael Gregos, Chief ;inancial xfficer of the company. [xperator Instructions] I must advise you that this conference is being recorded today.

At this time, I would like to read the safe harbor statement. This conference call and slide presentation of the webcast contains certain forward-looking statements within the meaning of the safe harbor provision of the Private Securities Litigation Reform Act of 1995. Investors are cautioned that such forward-looking statements involve risks and uncertainties, which may affect Dynagas LNG Partners' business prospects and results of operations. Such risks are more fully disclosed in Dynagas LNG Partners' filings with the Securities and zEchange Commission.

And now I shall pass the floor to Mr. LauritWen. Please go ahead, sir.

**Tony Lauritzen**
*CEO & Director*

Morning, everyone, and thank you for joining us in our full year and fourth Quarter ended q1st December 2017 earnings conference call. I'm joined today by our C;x, Michael Gregos.

F e have issued a press release announcing our results for the said period. Certain non-GAAP measures will be discussed on this call. F e have provided a description of those measures as well as a discussion of why we believe this information to be useful in our press release.

Turning to Slide q of the presentation. F e have stated in our last earnings call that we would be aiming at covering part of our availability in 2013. The Arctic Aurora has entered into a new q-year time charter agreement with Statoil. The charter is eEpected to commence in the third Quarter of 2013, in direct continuation of the current charter with Statoil. Statoil will have the options to eEtend this new charter by 2 consecutive 12-month periods at escalated rates. As a result, the contract backlog has increased by about 8J1 million over the charter's firm period.

In April 2017, the Clean znergy became available for employment, at which time we entered into 2 consecutive short-term charters with GaWprom to employ the vessels through the end of August 2017. ;ollowing the eEpiration of these charters, the vessel is employed on an additional short-term charter with PetroChina until her 3-year contract with GaWprom from the Buly 2013. Although we have been successful in employing the Clean znergy on the short-term market, such market was, although improving, weaker than her long-term charter.

xur adjusted z\$ITDA for the period was reported at 82J.9 million, with corresponding adjusted income of 87.J million. The partnership reported a net income of 85.J million, and distributable cash flow was reported at 811.3 million.

A Quarterly cash distribution for the fourth Quarter of 2017 are 80.6225 per common unit, was paid on Banuary 13, 2013. The cash distribution is eQual to an increase of 15.34 over the partnership's minimum Quarterly distribution per unit.

The partnership paid on 12 ;ebruary 2013 a cash distribution of 80.5J25 for each of its Series A Preferred units for a period from November 12, 2017 to 11 ;ebruary 2013. Distributions on the Series A Preferred units will be payable Quarterly on the 12th day of ;ebruary, May, August and November at an eQuivalent of 80.5J25 per unit, provided the same is declared by the partnership's \$oard of Directors.

I will now turn the presentation over to Michael, who will provide you with further comments to the financial results.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Michael Gregos**
*Chief Financial Officer*

Thank you, Tony. Moving on to Slide 6. The results of the Quarter were within our eEpectations. ;or the Quarter, we generated 811.3 million in distributable cash flow and 827 million in z$ITDA. F e are pleased with our operating performance for the Quarter, with utiliVation of 994  and vessel daily operating eEpenses of 812,200 per day.

;or the Quarter, our average gross time charter hire on a cash basis amounted to about 8JJ,000 per vessel per day, whereas our cash breakeven, including our distributions to preferred and common unit holders, amounted to about 870,000 per day.

Some guidance on 2013. F e have q dry docks in 2013, and we eEpect they will cost about 810.5 million in total. F e believe the dry docks will be %2 and %q events. F e will have some limited spot eEposure as the Henisei River and the Lena River roll off their eEisting charters in %2 and %q of 2013 until they enter their Hamal contracts. The Arctic Aurora is entering her new contract in %q of this year after she performs her dry docking.

Moving on to Slide 5. In this slide, we see the progress of our distributable cash flow and contract backlog since we went public. In the last q Quarters, we have eEperienced a material increase in our revenue contract's backlog due to the Henisei River and the Lena River being chartered to Hamal with 15-year time charter contracts. At the same time, we have eEperienced a decreasing z$ITDA and a weakening in distribution coverage, which follows our shift to the longer-term charters with greater visibility, albeit at lower, but attractive charter rates.

Moving on to Slide J. Currently, you are aware that we are tapping into our eEisting cash balance in order to fund the current distribution, which is possible because of our healthy cash position. Yowever, this is not something which we believe is in our unit holders' interests.

Specifically, during %6 2017, our distributable cash flow available to common unit holders was 810 million, and we paid 815 million in cash distributions to our common unit holders. F e are very much a long-term-focused company, and we will take a long-term look at cash flow and distribution coverage, which should follow shifts in long run sustainable earnings. As a result, we will seek to align our distribution coverage with a long-term secured cash flow of our fleets.

Moving on to Slide 7. In this slide, we highlight the cash flow generating capacity of our eEisting fleet with a growth potential from dropping down the optional vessels. F e estimate that the long-term run rate z$ITDA of the eEisting partnership's J vessel fleet, once all our LNG carriers have been delivered to their long-term contracts, will be about 895 million.

The first 6 potential dropdowns, which are fully owned by our sponsor, would add approEimately 822 million of z$ITDA each, whereas the 5 Arc-7 LNG carriers on time charter to Hamal, which our sponsor owns 694  of, are eEpected to produce dividend streams of approEimately 85 million annually. F e have added this eEpected stream of dividends to the estimated z$ITDA number for simplicity purposes.

Dropdowns may improve our distribution coverage. And as a result, we intend to drop down 2 vessels within this year, subject to the approval of our board and raising the eQuity capital for the acQuisitions. F e would not need to raise additional debt capital since all the eEisting debt financing on our sponsors' vessels, which is amortiVing debt at very attractive terms, is transferable to the partnership, subject to certain conditions being met.

$y way of an eEample, please note that the total annual debt service of the 6 dropdown candidates, wholly owned by the sponsor, amounts to approEimately 819 million to 820 million per vessel.

Moving on to Slide 3 to our debt profile, which as of q1st of September, stood at 8729 million, and which consists of 8679 million in secured Term Loan $ debt and 8250 million in our unsecured note. xur low amortiVation of 85 million per year is supported by a long-term contracted fleet, and it is noteworthy that our contract eEpiries far eEceed our debt maturities. q64  of our debt has no eEposure to floating interest rates.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Due to the contracted nature of our cash flows, we see our unsecured note and Term Loan $ trading well in the secondary market, which reaffirms our outstanding access to credit markets. This year, we eEpect to focus on the refinancing of our unsecured note, which is maturing in x ctober 2019.

Moving on to Slide 9. F e had a strong capital structure, supported by our long-term profitable charter backlog. x ur current strengths are our conservative chartering policy, predictable running costs, specialiWng modern fleet and healthy liQuidity. As of today, our total debt-to-capitaliWtion stands at J 14 , and we ended up the year at around J E net debt-to-z$ITDA.

Looking across the capital structure, we believe we have outstanding access to credit and preferred eQuity markets in order to fund potential dropdowns. Yowever, the reduced price of our common units has raised our cost of eQuity to the point where we currently do not consider it as a source of eEpansion capital.

F e believe that our distribution level should be sustainable over a period of time, reflecting the eQually long-term cash flow of our eEisting fleet and that of our dropdown candidates. F e have best-in-class, long-term contracts secured at attractive charter rates, few MLPs can [ boast with a ] 10.6-year average contract duration and a 81.5 billion backlog.

That wraps it up from my side. I'll pass over the presentation to Tony.

**Tony Lauritzen**
*CEO & Director*

Thank you, Michael. Let's move on to Slide 10 to summariWe the partnership's profile. x ur fleet currently counts J  high specification and versatile LNG carriers, with an average age of about 7.5 years in an industry where eEpected useful economic lifetime is q5 years.

F e have a diversified customer base with substantial energy companies, namely GaWprom, Statoil, PetroChina and Hamal LNG, which the latter is an international joint venture between TxTAL, CNPC, NxVATzK and the Silk Road ;und. x ur contract backlog is about 81.69 billion, and our average remaining charter period is about 10.6 years, which compares well versus our peers.

x ur vessels have also served customers such as Shell, %atargas, RasGas, Marubeni, F oodside, KxGAS, CPC, North F est Shelf and other major oil and gas companies. F e therefore have a large customer base that we're able to contract with.

Moving on to slide 11. x ur fleet of LNG carriers are largely fiEed on long-term time charters with strong and reputable energy companies. Drivers for our charters were the characteristics of the fleet, including its ice class notations and our organiWation's track record. Compared to other shipping segments, LNG shipping is a highly industrial segment, where owners and charterers work very closely together and mutual performance is key. Charters typically program the vessels for its trade for long periods of time.

After employing the Clean znergy to PetroChina and eEtending the Arctic Aurora to Statoil, we only have limited availability going forward in 2013 and onwards. F e are 354  contracted in 2013, 924  contracted in 2019 and 1004  contracted in 2020, assuming that the Henisei and the Lena River will enter their long-term charters at the earliest date in their delivery windows. F e are now pursuing opportunities for the availability that we have in 2013, given that we believe the market is on an improving trend.

Let's move to Slide 12. F e have a uniQue fleet. 5 out of the J  vessels in our fleet have ice class 1A notations. The fleet can handle conventional LNG shipping as well as operate in icebound and subWero areas. This means that we are able to, and have been successful, in pursuing business opportunities in 2 different markets, namely conventional shipping and a uniQue market for icebound trade. The initial capital eEpenditure for an ice class vessel is somewhat more eEpensive than conventional carriers. Yowever, the operating cost between our ice class-type carriers and conventional carriers are very similar.

The company, together with our sponsor, has a market share of 754  for vessels with Arc-6 or eQuivalent ice class notation. There are only q other LNG carriers in the world with the eQuivalent notation, which, to our knowledge, are chartered out for long term. F e view the ability to trade in icebound areas as an

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

important advantage due to the current and ongoing construction of LNG-producing terminals within icebound areas, and in particular in the Northern Sea Route.

Hamal LNG has recently commenced production, and we also eEpect further projects to be developed in that region. F e view the ability to perform niche operations as an important driver in securing attractive long-term charters going forward.

;urther to that, our fleet is optimiWed for terminal compatibility, which is of significant importance in a market that is changing from a fiEed route trade to a worldwide trade. The fleet consists of groups of sister vessels that provides for overall relatively better economics and efficiencies.

Let's move to Slide 16. In summary, we are eEperiencing ongoing substantial growth of LNG production from new projects, primarily in the U.S., Russia and Australia. The world LNG carrier fleet appears too small to carry those additional volumes in the long term, and there are too many small and old technology vessels. There appears to be sufficient demand for the new LNG from eEisting and new importers with floating regasification projects, creating accelerated demand.

The LNG shipping market is maturing with increased fiEture activity on the back of an improving spot market, increasing LNG production and a larger LNG carrier fleet.

The current LNG world fleet and the order book, including ;SRUs and ;SUs, totals about 536 vessels. The order book, counting 107 vessels, is about 224  of the world fleet. As much as q04  of the world fleet is below 160,000 cubic meters and aged. These vessels are small, with average siWe of about 1q5,000 cubic meters. This is well below the average cargo siWe. F e eEpect that most of these undersiWed and aged vessels will fade out of the market and be replaced with larger and younger tonnage.

As seen on the graph on the upper-right side, almost all vessels built prior to 200J are small turbine-driven vessels, and about 694  of the world fleet is steam-driven. ;urthermore, 314  of the order book has already been committed for employment. This means that there are very few newbuildings that may be available to replace, on averaged undersiWed and aged tonnage and to carry eEpected incremental LNG production.

According to the order book, most newbuilds will be delivered during 2013, which is also a period we eEpect significant additional LNG production. There are only very few yards in the world that has the eEperience and capability to build such vessels. And if one were to order today, our guess is that yards would be able to offer tonnage for delivery in the first or more likely second Quarter of 2020 at the earliest.

Let's move to Slide 15. F e are now in a period with strong growth in LNG production. It is conservatively forecasted that LNG production will increase by more than 504  within 2022. It is also assumed that project output on eEisting terminals may increase going forward, adding additional supply. The majority of the new LNG is coming from terminals already under construction, meaning a high probability of project materialiWation.

F e eEpect to see imminent production increases from Australia, U.S. and Russia. It is likely that the ;ar zast will remain the largest buyers going forward, in particular with growing imports to China. F e believe we will continue to see the emergence of new niche markets in areas such as South Asia, Africa, Middle zast and South America, where large volumes will be imported by ;SRUs.

F e also believe that there are sufficient buyers for the new LNG to be absorbed. The majority of the new LNG eEport volumes have sale agreements or offtake agreements in place, and we believe that eEisting import markets will continue to increasingly rely on LNG as a price competitive and Clean znergy resource.

Let's move to Slide 1J. 2017 LNG production was up 114  compared to 201J. As eEpected, in particular, Australia and the U.S. have been the largest incremental producers so far. The trend is eEpected to continue going forward, with eEisting projects such as Gorgon, P;LNG, F heatstone Train 1, Sabine Pass and Hamal LNG ramping up capacity. And new projects, such as Cove Point, Hamal LNG Train 1 and Train 2, Cameron LNG, zlba, F heatstone Train 2, Ichthys and Prelude being added.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

In March 2017, the industry saw the world's first cargo being produced by a floating LNG terminal, namely the P;LNG Satu, which gives confidence to floating LNG production technology, and we eEpect Golar's ;LNG Yilli to follow soon.

Let's move to Slide 17. The ;ar zast is still the largest consumer of LNG, and demand is growing. The ;ar zast demand is fueled by recovery in Bapan and Korea. And China's pushed to replace coal with gas for heating and power generation. F hile Bapan and Korea have long been relying on LNG as an energy resource, China completed its first LNG import terminal in 2003 and, today, have 1q completed terminals and 10 under construction. Growth in Chinese average LNG imports have averaged 174  per annum in the last 5 years. China is now the second largest importer of LNG behind Bapan, and we eEpect the need for LNG into China to continue to grow going forward.

Let's move to Slide 13. F ith the U.S. projected to become one of the world's largest eEporters of LNG, it is important to monitor where those volumes are being shipped. $ased on shipping volumes in 2017, 94  of the volumes went to South AmericaO264  to Central America, including CaribsO1J4  to zurope, including TurkeyOq74  to the ;ar zastO114  to the Middle zastOand q4  to India and Pakistan.

Analysis indicates that the Sabine Pass reQuires about 1.7J vessels for every million tonne of LNG produced. At full production, we eEpect Sabine Pass to produce 27 million tonnes per annum over J trains. This means that one would reQuire about 67 vessels fully utiliVed per annum to serve this terminal alone. If we conservatively estimate that the U.S. eEports will produce J9 million tonnes of LNG per annum within 2021, U.S. volumes may reQuire about 121 vessels alone. That is eQuivalent to 254  of the current world fleet.

Let's move to Slide 19. As we have 2 vessels with limited availability in 2013, we want to see how the short-term market is developing. In the year 2000, 24  of all LNG were sold spot. In 2015, after years of substantial international investments in LNG infrastructure, this number had increased to q74 . As a result, we see a steady increase in spot and short-term fiEture activity.

In 201J and 2017, spot fiEtures accounted for 394  and 914  of all fiEtures, respectively. F e eEpect going forward that the spot shipping market will be substantial. And therefore, we believe that niche operators, in general, will be better suited to conclude longer-term deals.

Let's move to Slide 20. F e eEperienced new import markets emerging, in particular, we have floating regasification terminals, which we term, ;SRU imports, that allows for Quick market access.

In 201J, 22 million tonnes, eQuivalent to 34  of the worldwide production, were eEported to new markets, and the majority of those volumes were discharged into ;SRU terminals. Although most incremental demand going forward will come from land-based terminals, the ;SRU landscape is important because it develops very Quickly, and is accelerating LNG demand growth.

The ;SRU market has grown steadily over the past years. In 201J, floating regas made up 1J4  of total regasification capacity. This number is eEpected to increase to 224  within 2020, which does not include the more than 60 proposed ;SRU projects. x ver the neEt 12 months, 10 ;SRU projects are eEpected to come online, growing the number of countries with ;SRU solutions to 2q.

In summary, when we compare LNG supply to LNG shipping capacity available from now and forward, we remain confident that the market outlook for shipping looks favorable. The growth in LNG production set at above 504  within 2022 is estimated to outpace increase in LNG shipping capacity of 224  within the same period. A large portion of the new LNG will be delivered already within 2019, meaning we should eEpect the period ramping up to that point and subseQuent years to result in an improved and increasingly healthy shipping market.

Additionally, the partnership's fleet is largely ice classed and winteriVed, enabling the fleEibility to pursue the best of 2 different markets, which has proven to have been a strong advantage so far in securing long-term charters.
F e have now reached the end of the presentation, and I now open the floor for Questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

# Question and Answer

**Operator**

[x perator Instructions] Hour first Question is from Randy Giveans from Befferies.

**Christopher Warren Robertson**
*Jefferies LLC, Research Division*

This is Chris Robertson on for Randy. I was wondering if we could get some additional color around the distribution, in particular, how low of a cash balance and coverage ratio would you be comfortable with until the new contracts start in 2019. And are you committed to the current distribution level? x r is there a possibility that, that might be reduced in the coming Quarters?

**Michael Gregos**
*Chief Financial Officer*

Chris, well, we're not looking at the near term. F e have to look at the long term as far as the distribution is concerned because once our Hamal contracts start, we have a very good visibility of what our cash flows will look like. F hat I can say is it's an ongoing analysis. F e would like to end up with a distribution coverage of above 1E, which is sustainable for the longer term. And we're very fortunate because we can use the word long term because we have the long-term contracts, which is a necessary ingredient for having sustainable distribution. So that's all I can say at this point.

**Christopher Warren Robertson**
*Jefferies LLC, Research Division*

x kay. And one follow-up. F ith regards to Slide 11, I know that you've mentioned it during the call, but the Henisei River and the Lena River, do you plan on operating those in the Cool Pool between the charters?

**Tony Lauritzen**
*CEO & Director*

Hes, that could -- I mean, that could be a possibility. Another possibility would be to find a charter that would fill that gap in its entirety and we would prefer the latter.

**Operator**

x ur neEt Question today is from ; rank Galanti from Stifel.

**Frank Galanti**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

This is ; rank Galanti on for $en. So in the call, you guys talked about wanting to drop down 2 vessels in 2013, but you'd mentioned that your eQuity capital was too eEpensive to be considered a source, and you would look to the debt markets to fund those dropdowns. Can you talk about which types of debt capital, and their respective interest rates that would be available to make that, would work?

**Michael Gregos**
*Chief Financial Officer*

; rank, no, we said the opposite. F e said that the debt -- we do not have to arrange debt capital because we can essentially transfer the eEisting loans, which are at the sponsor level, into the MLP subject to certain conditions being met. F e obviously would not be able to access the common eQuity market. F e would need to fund the eQuity portion with a combination of preferred eQuity and service credit for the sponsor.

**Frank Galanti**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

x kay. Hes. And then I know that this is at the parent, as from my other Question, but the 2 ; SRU newbuilds, I just had a Question on if there have been any development in regard to contracting those vessels.

**Tony Lauritzen**
*CEO & Director*

F ell, thank you very much for the Question. That is something that has been -- that's being working on throughout. And as of now, these vessels are still open for employment. $ut I can confirm that on a sponsor level, it's been looked at several opportunities for those.

**Frank Galanti**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

x kay. And then if I could ask a final Question, just regarding the Cool Pool and what kind of utiliVation rates you guys are seeing.

**Tony Lauritzen**
*CEO & Director*

Hes, thank you. So I mean, obviously, this is -- we are involved in the Cool Pool, so we do have some insight to what's going on there. I think the utiliVation should be around above 304 at current. Hes, I think that's how specific we can get at this point.

**Frank Galanti**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

x kay. And is that trending any direction from the -- I guess, from December, Banuary? x r is that [ all you can think ]?

**Tony Lauritzen**
*CEO & Director*

F ell, no. I think that utiliVation, in general, has been up when we look at -- I mean, if we look at, let's say, the last J months or so. And we've seen an increase in utiliVation and in freight income. F e did see that when gas prices [ were peaking ] in the ; ar zast over Christmas at, what was it, 811, 812, that charter rates were very good at that point. F e were kind of -- there's a lot of spread in the spot market. So we saw everything from 875,000 to 8100,000 a day. I would say that in the last few weeks it's come off a little bit, but we are, again, starting to see activity picking up again. So we eEpect that when the Chinese New Hear is over, people are back on their desk in the ; ar zast, that, that activity will continue. And we will see -- we'll see the result of new volumes that are coming on stream and into the market.

**Operator**

x ur neEt Question is from the line of Bames Bang from MaEim Group.

**James Jang**
*Maxim Group LLC, Research Division*

I just have a Quick one. So relating to the Henisei River and the Lena River, if oil -- if gas prices drop dramatically, will there be options to use these vessels to store offshore?

**Tony Lauritzen**
*CEO & Director*

F ell, there's always -- I mean, there's always an option to use a vessel to store. F hat we typically would see, if there is a contango in the gas market, so that forward prices are much higher than current prices, yes, we would typically see that vessels are being used for storage from time to time and, at least, they slow-steam towards their destination. So yes, I mean, theoretically, if gas prices were to fall dramatically and forward prices would stay up, yes, we agree that would be an opportunity for storage.

**Operator**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

[xperator Instructions] Fe have a follow-up Question from Randy Giveans.

**Christopher Warren Robertson**
*Jefferies LLC, Research Division*

This is Chris again. Fith regards to the ice class vessels, I know that you had mentioned some shipyards in terms of timing of delivery of newbuilds. $ut in terms of those ice class vessels, is there a big difference between how many yards are specialiWed enough to build those? And how long would it take for a delivery of one of those vessels?

**Tony Lauritzen**
*CEO & Director*

F hen it comes to the construction time, it would probably be very similar as the conventional one. The main difference is eQuipment and the grade of steel being used. $ut we don't foresee that on a typically Arc-6 type. So that would take longer time than a conventional ship because when you build -- when you make an order for a ship, there's always a Queue in the shipyard. So construction doesn't -- normally doesn't start the day that you sign the paper for a contract, it starts when the Queue allows you to start construction. So I don't eEpect that conventional -- that an ice class carriers will take a longer time than -- yes, than a conventional ship.

**Christopher Warren Robertson**
*Jefferies LLC, Research Division*

xkay. There's been some talk around the spot charter rates, but have the q, 5, and 7-year time charter rates responded in recent months as well?

**Tony Lauritzen**
*CEO & Director*

Hes. I think we've seen -- along with a substantial improvement in the spot market, we've seen everything from multi-months to multi-year charters being discussed. So yes, we can answer affirmative to that.

**Operator**

I believe there are no further Questions, sir.

**Tony Lauritzen**
*CEO & Director*

xkay. So thank you for your time and for listening in on our earnings call. Fe look forward to speaking with you again on our neEt call. Thank you very much.

**Operator**
Thank you very much, sir. Ladies and gentlemen, that does conclude the conference. Hou may now all disconnect your lines.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including indeE data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthoriⱿd purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. TYz Cx NTzNT IS PRx VIDzD x N "AS IS" $ASIS. S&P GLx $AL PARTIzS DISCLAIM ANH AND ALL zXPRzSS x R IMPLIzD F ARRANTIzS, INCLUDING, $UT Nx T LIMITzD Tx , ANH F ARRANTIzS x ; MzRCYANTA$ILITH x R ; ITNzSS ; x R A PARTICULAR PURPx Sz x R USz, ; RzzDx M ; Rx M $UGS, Sx ; TF ARz zRRx RS x R Dz; zCTS, TYAT TYz Cx NTzNT'S ; UNCTIx NING F ILL $z UNINTzRRUPTzD x R TYAT TYz Cx NTzNT F ILL x PzRATz F ITY ANH Sx ; TF ARz x R YARDF ARz Cx N; IGURATIx N. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, eEemplary, compensatory, punitive, special or conseQuential damages, costs, eEpenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, Quotes and credit-related and other analyses are statements of opinion as of the date they are eEpressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide indeE data. Direct investment in an indeE is not possible. zEposure to an asset class represented by an indeE is available through investable instruments based on that indeE. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and eEperience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor eEcept where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its F eb sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.