# EXHIBIT 17

**S&P Global**
Market Intelligence

# Dynagas LNG Partners LP NYSE:DLNG FQ4 2017 Earnings Call Transcripts

## Friday, Nouember 16, 2017 4:00 P8 G8 T

### S&P Global Market Intelligence Estimates

| | 3FQ4 20173 | | | 3FQM 20173 | 3FY 20173 | 3FY 201- 3 |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.06 | 0.04 | ▼(33.33 %) | 0.07 | 0.36 | 0.53 |
| **Reuenve (mm)** | 32.54 | 31.32 | ▼(3.75 %) | 31.14 | 127.35 | 140.82 |

Currency: USD
Consensus as of Nov-08-2018 10:02 PM GMT



| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQM 201f** | 0.21 | 0.16 | ▼1 (23.81 %) |
| **FQ1 2017** | 0.16 | 0.16 | ●2 0.00 % |
| **FQ2 2017** | 0.06 | 0.08 | ▲3 33.33 % |
| **FQ4 2017** | 0.06 | 0.04 | ▼4 (33.33 %) |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

Contents

# Table owContents

| | | |
|---|---|---|
| Call Participants | ...................................................................... | 4 |
| Presentation | ...................................................................... | M |
| Qvestion and Ans9 er | ...................................................................... | 6 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Michael Gregos**
*Chief Financial Officer*

**ANALYSTS**

**Fotis Giannakoulis**
*Morgan Stanley, Research Division*

**Randall Giveans**
*Jefferies LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Thank you for standing by ladies and gentlemen, and welcome to the Dynagas LNG Partners Conference Call on the Third Quarter 2017 financial results. F e have with us Mr. Michael Gregos, Chief Wnancial z fficer of the company. Ez perator Instructionsx I must advise that this conference is being recorded today. At this time, I would like to read the Safe Oarbor statement. This conference call and slide presentation of the webcast contains certain forward-looking statements within the meaning of the Safe Oarbor provision of the Private Securities Litigation Reform Act of 199; . Investors are cautioned that such forward-looking statements involve risk and uncertainties, which may affect Dynagas LNG Partners[ business prospects and results of operations. Such risks are more fully disclosed in Dynagas LNG Partners[ filings with the Securities and ]5change Commission. And now, I pass the floor to Mr. Gregos. Please go ahead, sir.

**Michael Gregos**
*Chief Financial Officer*

Good morning, everyone, and thank you for 'oining us in our Third Quarter ]arnings Conference Call. F e[ve issued a press release announcing our results for the said period. Certain non-GAAP measures will be discussed on this call. And we have provided the description of those measures as well as a discussion of why we believe this information to be useful in our press release.

Moving on to Slide j . qnder recent developments. In August, the 3enisei River upon completion of its mandatory ; -year special survey and dry docking was delivered earlier than anticipated to its charter contract with 3amal in order to serve the 3amal LNG pro'ect with a firm charter period being e5tended from 1; years to 1; .; years. In addition, the Arctic Aurora entered its e5tended time charter contract with ]8uinor and following this contract, all of the partnerships[ vessels are contracted as we will describe later in the presentation. z n z ctober 2j , we closed our Series J Preferred qnits offering and received net proceeds of B; j million and on z ctober 11, the partnership announced a 8uarterly cash distributions of B0.2; per common unit in respect of the third 8uarter 2017, which was paid on z ctober 2$.

Moving on to Slide 6. The result of the 8uarter met our e5pectations as fleet utili4ation was 99% and operating e5penses on the dry dock of the 3enisei River were below budget. Wor the 8uarter, we generated BH.; million in distributable cash flow and B2j .; million in ]JITDA. F e are pleased with the performance of our manager as vessel daily operating e5penses came in at B11,$00 per day per vessel for the 8uarter, versus B11,200 for the corresponding period of 201H and the cost of the dry dock of the 3enisei River ended up at B2.6 million, which is B1 million below the budget with only 1$ or higher days. Wor the 8uarter, our average gross time charter hire on a cash basis amounted to about B$0,000 per day per vessel, whereas our cash breakeven e5cluding our distributions to preferred and common unitholders and our dry docking cost amounted to about B60,000 per day.

During the past 2 years, all of our vessels have completed their ; -year mandatory class special surveys and dry docks, while at the same time they are gradually transitioning into their previously entered into long-term contracts. In z ctober, the Lena River completed its dry dock and subse8uently entered its interim time charter with a q.S. energy producer pending a delivery to the 3amal contract ne5t year. Wollowing the completion of the Lena River special survey and dry dock in z ctober, the partnership has no scheduled dry docks until 2022.

Moving onto Slide ; . Wor the 8uarter, our distributable cash flow available to common unitholders after payment to preferred unitholders amounted to B; .7 million and we paid B7.9 million in cash distributions to our common unitholders, resulting in a distribution coverage ratio of 0.$$5. Wor the 8uarter, we had cash coverage ratio of 15 with cash coverage representing ad'usted ]JITDA less interest, loan principal and preferred e8uity dividends divided by actual distributions to common unitholders. As previously advised, our distribution coverage was e5pected to be below 15 with the current distribution being partly funded by cash on hand.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Moving on to Slide $. There is a high level of visibility and predictability in our future cash flow generating capacity, given that all of our LNG carriers are employed on long-term contracts with an average contract duration of appro5imately 10 years. z ur simplified debt structure is composed of B6H6 million term loan J , which is amorti4ing annually by B6.7 million, and which has a floating interest rateY and B2; 0 million unsecured notes, which mature in z ctober j 0, 2019, and which we e5pect to refinance in advance of their maturity.

z ur capital structure also consists of B1j 0 million in preferred e8uity consisting of our 9% BH; million Series A preferred and our 7.H; % B; ; million series J preferred issued last month. At the end of the 8uarter, we have li8uidity of B79.; million and the net debt to last 12 months ] J ITDA of $.$5. z ur net debt to total capitali4ation amounts to $2% pro forma our B; ; million preferred e8uity issuance, which is an improvement from the previous 8uarter. F ith respect to the refinancing of our B2; 0 million unsecured notes, we are e5ploring a number of alternatives and are keeping all of our options open. As part of this e5ercise, we[re currently performing a strategic review, which will also encompass our financial ob'ectives with respect to improving our financial credit profile, our li8uidity and growth prospects.

Moving on to Slide H. z ur fleet currently counts $ high specification and versatile LNG carriers with an average age of about 7.j years in an industry where e5pected useful economic lifetime is j ; years. z ur long-term contracts with Ga4prom, ] 8uinor and 3amal LNG, a 'oint venture between Tz TAL, CNPC, Nz VAT] K and the Silk Road Wund, showed well-established LNG e5port pro'ects in icebound areas. z ur clients have entered into long-term off-take agreements with LNG users and our vessels are vital to their efforts to moneti4e their production of natural gas. z ur B1.6 billion in remaining contracted revenue and over 10 years of average remaining contract life provide the partnership with the benefits of stable cash flows and high utili4ation rates.

z ur contract backlog amounts to B2j 0 million per vessel, which is best-in-class on a per vessel basis versus our peers. z ur fleet is fully contracted through 2020 and 92% contracted in 2021, assuming that ] 8uinor does not e5ercise its option to e5tend the Arctic Aurora contract. J eyond 2021, 70% of our fleet is contracted until 202$ in which 1 charter e5pires. Thereafter, we have 2 charter e5piries in 2027 and 2 in 20j 6.

Moving on to Slide 7, the drivers for our long-term charters were the uni8ue characteristics of our high specification fleet, including their ice-class capabilities and our manager[s track record. z ur fleet is able to operate across the globe including in icebound areas and under the harshest weather conditions. This means that we are able to and have been successful in pursuing business opportunities in 2 different markets, namely the conventional shipping and the uni8ue market for icebound trades.

Moving on to Slide 9. The partnership together with our sponsor has a market share of 70% for vessels with Arc-6 or e8uivalent ice class notations. F e[ve used the ability to trading in icebound areas as an important advantage due to the current and ongoing construction of LNG production terminals within icebound areas and in particular, the Northern Sea Route where 3amal LNG has recently commenced production.
F e also e5pect further pro'ects to be developed in that region. The initial capital e5penditure for an ice-class vessel is somewhat more e5pensive than conventional carriers, however, the operating cost between our ice class type carriers and conventional carriers are very similar. F e also e5pect further pro'ects to be developed in that region. F e view the ability to perform niche operation as an important driver in securing attractive long-term charters going forward. F e have inserted the industry slides in the presentation as an appendi5 since Tony Laurit4en unfortunately cannot be on this call. F e have now reached the end of this presentation, and I will now open the floor to 8uestions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

Ez perator Instructionsx F e will now take our first 8uestion.

**Randall Giveans**
*Jefferies LLC, Research Division*

This is Randy Giveans with Uefferies. So I guess, a few 8uick 8uestions. So regarding the Lena River, does the current contract go all the way through until when the multiyear contract with 3amal starts? And what kind of rate is that until then? Like, is there any off time between the end of the current contract and the start of the 3amal?

**Michael Gregos**
*Chief Financial Officer*

That[s right. The contract that goes up till the moment that the 3amal charter is e5pected to commence in Uuly of ne5t year, given that we understand that 3amal needs the Lena River as soon as possible, so we don[t e5pect any significant downtime between the 2 contracts.

**Randall Giveans**
*Jefferies LLC, Research Division*

Perfect. z kay. And then with that, what is the rate of the current one?

**Michael Gregos**
*Chief Financial Officer*

F ell, I can[t disclose the rate. I mean, the rate is lower than the rate that she was trading in under the Ga4prom contract. All I can say is that this fi5ture was done at the very early stages before the LNG spot market took off.

**Randall Giveans**
*Jefferies LLC, Research Division*

z kay. That[s fair. Now are you seeing any spot rate differential or how much is the spread for a steam versus a kind of DWD] vessel?

**Michael Gregos**
*Chief Financial Officer*

F ell, because of all of our vessels are employed, we -- and are trading under long-term contracts, we don[t have any spot e5posure. So any of the information that we have is not first-hand information. J ut we have seen steam turbines earning B100,000 a day in the spot market, and very modern ( DW M] GI type vessels earning double that. That[s what we see others doing but because we are fully contracted, we don[t have this spot e5posure.

**Randall Giveans**
*Jefferies LLC, Research Division*

Sure. Uust trying to get a read today for the market. I guess, 2 more 8uick 8uestions. Now with the capital that you have is an additional drop-down, maybe the Clean z cean or another vessel likely in the ne5t j to $ months?

**Michael Gregos**
*Chief Financial Officer*

I think our immediate focus is the refinancing of our notes. That[s our immediate focus. So I can[t really comment on when e5actly we[re going to do a drop-down.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Randall Giveans**
*Jefferies LLC, Research Division*

z kay. And I guess lastly, is there any -- with the whole B2; 0 million kind of still outstanding for refinancing that but obviously, all of your vessels, like you said, fully contracted for many years, is there any concerns, fears, 8uestions about the current level of the distribution?

**Michael Gregos**
*Chief Financial Officer*

F ell, listen, I mean, I can only give you a general answer here. I mean, we are reviewing how to ma5imi4e value going forward. Like I said, the refinancing of our notes is a high priority but we also are concerned that we[re getting little to no credit for the current distribution and our current e8uity yield has kind of hindered our ability to grow. So we will be looking at how distribution can be used to improve e8uity value over time.

**Randall Giveans**
*Jefferies LLC, Research Division*

z kay. F hat about unit repurchases with that current yield of 16%?

**Michael Gregos**
*Chief Financial Officer*

F ell, unit repurchases, when we have -- as I said, when we have a bond to refinance, they are not e5actly on the top of our list right now. As I said, our top priority is to refinance the bond. Given our contract coverage, we are in a very fortunate position. F e are in a very strong position. z ur ships have fi5ed-rate contract, our operating e5penses are predictable. So we know more or less what we are e5pected to generate in terms of cash on a steady-state basis over the ne5t couple of years.

**Operator**

F e will now take our ne5t 8uestion.

**Fotis Giannakoulis**
*Morgan Stanley, Research Division*

This is Votis Giannakoulis from Morgan Stanley. I would like to ask you about the impacts that you might have noticed in the market from the increase in Oenry Oub price the last few weeks. I understand that you do not have vessels actively employed in the spot market but I assume your customers, they transport cargos worldwide. 3ou should have seen any impact on the spot trade on the one hand and if you think that this can have any implications for producers around the world and giving a new momentum to pro'ects in Russia, given your strong relationship there?

**Michael Gregos**
*Chief Financial Officer*

3es. No, Votis, as you know, we don[t really have that much spot e5posure. So the information that we have on the impact of the -- we haven[t seen -- we don[t have any first-hand information on what the short-term impact has been on the shipping side on the -- by the increase of Oenry Oub. Oaving said that, obviously, an increase in the Oenry Oub is very supportive for future LNG pro'ects, and it[s definitely -- it underpins the positive fundamentals of this industry.

**Fotis Giannakoulis**
*Morgan Stanley, Research Division*

And do you think that pro'ects outside of the q.S., they might try to take advantage of this increase? Do you see more momentum on pro'ects like the Arctic pro'ects, the e5pansion in Russia? And also Qatar has announced that they[re going to bring online a large e5pansion in the ne5t few years. Are there any discussions right now for potentially securing tonnage with long-term contracts, something that you would be able to participate?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Michael Gregos**
*Chief Financial Officer*

Definitely, on the Arctic LNG 2, that[s a pro'ect, which will happen. There are huge ambitions for the e5ports of LNG coming out of Russia, and given how the 3amal pro'ect materiali4ed in very, very difficult circumstances, we can feel very, very confident that these pro'ects will materiali4e irrespective of where Oenry Oub prices are. I mean these are pro'ects, which will happen. And obviously, given the relationship, we would very much hope to be a part of this process to provide shipping for this pro'ect. Now as far as Qatar is concerned, obviously, Qatar is the largest producer in the world, and there are ambitions in the Russians also to increase LNG productions dramatically. J ut we haven[t seen anything from our side and any shipping re8uirements from the Qatari side.

**Fotis Giannakoulis**
*Morgan Stanley, Research Division*

And I understand that your sponsor is involved in the VSRq market with newbuilding VSRq s. The last couple of years, that has been a market with very little activity, if any. Oas this changed? Do you see pro'ects reaching VID and contracts being awarded? Oow is the situation there? F hat is the supply) demand market in the VSRq market?

**Michael Gregos**
*Chief Financial Officer*

3es. It[s true. F e have VSRq s for deliveries in 2021. I mean, there are pro'ects out there, which we[re looking at. There is activity. z bviously, these pro'ects, they take a long time to materiali4e and we have seen that there may be as a compression in the economics of these pro'ects and also on the period side, but it[s also very specific on the pro'ect-by-pro'ect basis.

**Fotis Giannakoulis**
*Morgan Stanley, Research Division*

And one last 8uestion, given your group[s involvement across different sectors and also your focus on LNG, yesterday, one of your peers was 8uestioning the available returns on long-term LNG shipping contracts. They think that they are not very attractive buying an LNG carrier and putting it into a multiyear contract. Is this your view? Do you see that there is some return compression or some increase in the cost of capital that makes long-term charters not particularly attractive? Is there any sort of potentially, given the strengthening of the spot market trying to have a more e5posure in the spot market if it[s possible?

**Michael Gregos**
*Chief Financial Officer*

It[s true. I mean, on the conventional shipping side, that means the deals that we have seen, the economics are not something that we would do. J ut -- so it is true that there are very slim margins in the -- let[s say, in the conventional LNG business and this is why we[re very active in this niche ice class trade where the economics are obviously, much better. The spot market is very interesting. I mean, obviously, everyone knows that the spot market is e5tremely strong. The -- obviously, we[re not actively involved in this market but -- and I cannot tell you we will actively get involved in this market but all I can say it is we believe that at least in 2019, the spot market will continue and maybe in 2020, you will see a reversion to more normali4ed rates.

**Operator**

Ez perator Instructionsx There are currently no 8uestions in the 8ueue, sir.

**Michael Gregos**
*Chief Financial Officer*

z kay. Thank you for -- so that wraps it up for the third 8uarter call. Thank you very much, and we[ll see you ne5t 8uarter.

**Operator**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

That does conclude our conference for today. Thank you for participating. 3ou may all disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content "including inde5 data, ratings, credit-related analyses and data, research, model, software or other application or output therefromX or any part thereof "ContentX may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates "collectively, S&P GlobalX The Content shall not be used for any unlawful or unauthori4ed purposes. S&P Global and any third-party providers, "collectively S&P Global PartiesX do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. TO] Cz NT]NT IS PRz VID]D z N /AS IS/ J ASIS. S&P GLz J AL PARTI]S DISCLAIM AN3 AND ALL ]( PR]SS z R IMPLI]D F ARRANTI]S, INCLqDING, J qT Nz T LIMIT]D Tz , AN3 F ARRANTI]S z W M]RCOANTAJ ILIT3 z R WITN]SS Wz R A PARTICqLAR PqRPz S] z R qS], WR]]Dz M WRz M J qGS, Sz WTF AR] ]RRz RS z R D]WJ CTS, TOAT TO] Cz NT]NT[S WqNCTIz NING F ILL J ] qNINT]RRqPT]D z R TOAT TO] Cz NT]NT F ILL z P]RAT] F ITO AN3 Sz WTF AR] z R OARDF AR] Cz NWIGqRATIz N. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, e5emplary, compensatory, punitive, special or conse8uential damages, costs, e5penses, legal fees, or losses "including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligenceX in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence[s opinions, 8uotes and credit-related and other analyses are statements of opinion as of the date they are e5pressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide inde5 data. Direct investment in an inde5 is not possible. ]5posure to an asset class represented by an inde5 is available through investable instruments based on that inde5. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, 'udgment and e5perience of the user, its management, employees, advisors and)or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor e5cept where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and ob'ectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global[s public ratings and analyses are made available on its F eb sites, www.standardandpoors.com "free of chargeX, and www.ratingsdirect.com and www.globalcreditportal.com "subscriptionX, and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com)usratingsfees.
© 2019 S&P Global Market Intelligence.