# EXHIBIT 18

# STIFEL

## Dynagas LNG Partners LP
### DLNG – NYSE

**February 16, 2018**                                                                                           Maritime

**HOLD**
**ANALYSIS OF SALES/EARNINGS**

### Financial Summary

| Changes | Previous | Current |
|---|---|---|
| Rating | — | Hold |
| Target Price | — | $11.00 |
| FY18E DPU | $1.350 | $1.345 |
| FY19E DPU | — | $1.000 |
| FY18E EPU | $0.58 | $0.65 |
| FY19E EPU | $0.62 | $0.53 |

| | |
|---|---|
| Price ( 02/16/18 ): | $11.00 |
| 52-Week Range: | $18 - $10 |
| Market Cap.(mm): | 0.1 |
| Shr.O/S-Diluted (mm): | 0.0 |
| Enterprise Val. (mm): | $717.5 |
| Avg Daily Vol (3 Mo): | 219,292 |
| Dividend / Yield: | $1.52 / 13.8% |
| Cash (mm): | $71 |
| Debt (mm): | $715 |

Pricing intraday 2/16/18

| EPU | 2017A | 2018E | 2019E |
|---|---|---|---|
| Q1 | $0.37 | $0.18 | $NE |
| Q2 | $0.07 | $0.10 | $NE |
| Q3 | $0.15 | $0.18 | $NE |
| Q4 | $0.16 | $0.18 | $NE |
| FY (Dec) | $0.73A | $0.65 | $0.53 |
| P/EPU | 15.1x | 16.9x | 20.8x |

| DPU | 2017A | 2018E | 2019E |
|---|---|---|---|
| Q1 | $0.423 | $0.423 | $NE |
| Q2 | $0.423 | $0.423 | $NE |
| Q3 | $0.423 | $0.250 | $NE |
| Q4 | $0.423 | $0.250 | $NE |
| DPU | $1.690A | $1.345 | $1.000 |
| P/DPU | 6.5x | 8.2x | 11.0x |

| EBITDA | 2017A | 2018E | 2019E |
|---|---|---|---|
| FY (Dec) | $100.2A | $113.2 | $141.1 |
| EV/EBITDA | 7.2x | 6.3x | 5.1x |

### Price Performance



## Mind the Gap in Dynagas Cash Flows

### Summary

Dynagas reported adjusted earnings that were below expectations. The real concern is not this or even next quarter earnings, especially as all of their vessels are currently on time charters, but it is how sustainable is the distribution. With a current coverage ratio of 0.67, management is dipping into the pool of cash in order to cover the cash flow gap. While this can occur for a few quarters, there needs to be light at the end of the tunnel. This is where management's announcement of two vessel dropdowns in 2018, funded with preferred equity and a sponsor loan, is a good first step in an attempt to stop the bleeding. However, it will still be tight come 2020 and with that analysis, we don't think the yield on the common units will compress until there is more certainty that the distribution won't be cut.

### Key Points

- **Numbers were a little light.** Dynagas earned $0.16 per unit which is below our estimate of $0.20 and consensus of $0.21 primarily due to lower than expected revenue. So far the partnership is maintaining its $0.4225 quarterly distribution, but distribution coverage in 4Q was 0.67 and while that should rise as new contracts kick in, it will likely take additional vessels to push the number higher than 1.0x.

- **Dropping down two vessels in 2018.** DLNG announced plans to drop down two of the wholly owned vessels from the parent. Now paying for that is the trick. With debt already in place on the vessels, the equity portion is the big question mark. In normal times, diluting the common is the path, but with north of a 15% yield, that level of dilution is untenable, and management acknowledged as such. Management's solution is to use preferred equity and a sponsor loan in order to fund that equity portion. It would likely need a good drop down multiple (sub 9x) to make sense, but we certainly view this as a step in the right direction.

- **Three could do it.** Assuming DLNG is able to borrow at 80% including sponsor debt, acquire assets at less than 9x EBITDA, refinance their bonds coming due next year, and raise preferred equity at similar levels to the existing preferred, we believe the partnership could maintain current distribution levels. However, there are a number of boxes to be checked before the cash flow is fully secured.

- **Market looks good.** LNG shipping spot rates and vessel utilization hit a multi-year high at the beginning of the year as very strong Asian demand soaked up capacity and lengthened ton-miles. Rates have eased a little, but are still relatively strong. More importantly, the strong market is not only an indication of better balance but is also a catalyst for new projects and time charter contracts. Although DLNG does not have any contracting needs, we do expect a rising tide should lift all boats, particularly if distribution questions can be addressed.

- **Interesting if the cash flow gap can be addressed.** Dynagas has easily the best backlog of long-term contracts of all the marine MLPs and the partnership also has among the best suite of growth opportunities. The challenge is connecting the dots between the potential and current reality of not enough cash flow generation to sustain distributions.

**Benjamin J. Nolan**, CFA | (312) 564-8703 | nolanb@stifel.com
**Frank Galanti III**, CFA | (312) 564-8710 | galantif@stifel.com
**Stifel Equity Trading Desk** | (800) 424-8870

**Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**All relevant disclosures and certifications appear on pages 5 - 7 of this report.**

**Dynagas LNG Partners LP**

Analysis of Sales/Earnings

**DLNG − NYSE**

**February 16, 2018**

Maritime

*Investment Thesis*

*Dynagas is currently under-earning their distributions. While there are solid time charters beginning in 2019 and ample growth opportunities for drop downs from the parent, we think short-term charter rates have been too soft to be able to maintain the current distributions. DLNG does have meaningful cash levels to continue paying the distribution through sometime in 2019, we don't believe that is prudent as that doesn't solve the long-term cash flow problems of under-earning the distribution. We anticipate a distribution cut sometime in 2018 to a more reasonable $1.00 a share from the current $1.69. This would allow the company to stabilize its balance sheet and charter rates before starting to grow the distributions again.*

## LNG Market Analysis

LNG end use demand has continued to be strong flowing through to increased vessel demand of 8.8% in 2018 and 10.2% in 2019. As mentioned in our recent note, The Ice Is Beginning to Crack In the LNG Infrastructure Market, India announced plans that they want to increase their portion of LNG in their energy mix to 15% from current levels of 6.5%. In doing this the country announced that they will be looking to develop as many as eleven new import terminals by 2025 to increase their total to fifteen. In total the country is hoping to increase their imports of LNG from 20 mtpa to 70 mtpa by 2025. In addition, Tokyo Gas announced an import terminal which is expected to be operational by 2022 even though Japan demand was expected to flatline. China who is the up and comer in the marketplace saw their share of global volumes increase past South Korea as the number two importer of LNG. China hopes to continue to grow their imports to 100 mtpa by 2025. Xi Jinping, the leader of China, has made it his goal to clean up the pollution in the country and is planning on accomplishing this through shuttering coal and steel plants and adding more LNG and renewables to the energy mix.

The U.S., who is an up and coming exporter in the LNG market, continue to show progress in the projects in the country. Dominion's Cove Point facility began commissioning during the fourth Quarter and has begun shipping cargoes. As discussed in our note, Cheniere Continues to Push Their Advantage, Cheniere announced that they have attained two SPAs for a total of 1.2 mtpa for train 3 of their Corpus Christi LNG project. After this announcement, we anticipate FID to be announced in the next couple of months. Overall, we believe the U.S. will see five liquefaction projects go FID which would account for 30-40 mtpa of export capacity.

We estimate 133 vessels are needed through 2020 in order to satisfy demand. With only 105 vessels on order and some scrapping, we anticipate the need for 35 additional vessels to be ordered, otherwise, there will be a severe shortage of capacity by 2020. Owners have been reticent to commit to ordering new ships unless there are long-term contracts attached to the vessels. Combined with long lead times of around 24 months and the generally high expense of an LNG vessel, vessel supply has remained tight. We are estimating that for 2018 supply will increase by 8.4%, slightly below demand. The bigger toggle is in 2019 where we see supply increasing 5.8% relative to over 10% demand growth. We anticipate the market will remain tight and vessel owners will be beneficiaries of that tight market for the next few years.

## Target Price Methodology/Risks

Our $11 target price is based on the units trading at a distribution yield of 9% on our expectation that distributions are likely to be cut at some point to $1.00 per unit.

**Risks to Target Price:** Substantial delays in the startup of new LNG liquefaction projects; rising interest rates increasing the cost of capital and required yields; eventual overbuilding of the LNG carrier fleet; and a high level of customer concentration.

## Company Description

Dynagas LNG Partners LP (DLNG) is a limited partnership, growth-oriented LNG transportation partnership with a focus on owning, operating, and maintaining LNG carriers. DLNG employs its vessels on multi-year charters, with major international energy companies such as BG Group and Gazprom. Dynagas intends to grow through vessel acquisitions from its sponsor or from unrelated third parties. Dynagas' sponsor, Dynagas Holding Ltd., entered the LNG market in 2004 through the purchase of three LNG vessels and subsequently drop downed these vessels to DLNG in October 2013. The partnership successfully completed its IPO of 8.3 million common units along with 4.3 million common units owned by the sponsor in December 2013. The partnership recently acquired a fifth LNG vessel from the sponsor, which has five vessels remaining as potential drop-down candidates.

