# EXHIBIT 19

NEW!                          PREMIUM

Institutional-grade tools and insights for investors who

want to beat the market                              ✕

Try it Free

Seeking Alpha$^{\alpha}$

# Dynagas Equity Is Stuck But The Bonds Look Good

Nov. 19, 2018 3:21 PM ET50 comments  |  12 Likes
by: Downtown Investment Advisory

## Summary

- Dynagas owns and operates six LNG vessels which are all under long term contract.

- With 100% of revenue contracted for several years there is high certainty of cash flows; however, this leaves little upside opportunity.

- Debt and preferred stock are better investments at this time than the common units.

Dynagas LNG Partners LP ("Dynagas" or the "Company," Ticker: DLNG) owns and operates six liquefied natural gas vessels: Clean Energy, Ob River, Amur River, Arctic Aurora, Yenisei River and Lena River. All the vessels, which have an average age of 8.2 years, are contracted under multi-year charters with an average remaining charter term of approximately 10 years. The contracts are with international energy companies such as Gazprom, Equinor and Yamal. The chart below shows details on the vessels and charter periods. The outlook for the global LNG industry is strong, with 40% growth projected through 2022 (please refer to the company's recent management presentation for more detail and charts regarding industry growth and demand statistics).

Case 1:19-cv-04512-AJN  Document 75-19  Filed 12/05/19  Page 3 of 8



The Company has a parent sponsor, Dynagas Holding Ltd., which is not public, that holds a 44% ownership interest in the Company, while public shareholders own 56%. The parent company itself owns several LNG vessels and expects to take delivery of additional vessels in the future. Dynagas was formed in 2013 but its ships have been in operation for several years prior under ownership by Holding. Dynagas completed its $260 million IPO in late-2013, and in September 2014 completed the $250 million bond offering that is the subject of this newsletter.

The Company released Q3 2018 results on November 15th which showed stable results and high visibility for future cash flows, but the stock dropped about 14% on the earnings release. Weakness has also been seen in Dynagas' two preferred stock issues, DLNG-A and DLNG-B. This article breaks down the earnings release and why the stock declined, as well as recommendations for the various possible Dynagas investments.

Here are the key data points in the Q3 earnings release:

- Q3 EBITDA was $23.5 million, basically flat with Q2 at $24.4 million and down from Q3 2017 at $26.4 million. Dry docking expenses of $2.4 million are the major reason for the lower results, but these are not recurring expenses.
- The Company is basically generating ~$100-105 million of run-rate EBITDA and as will be shown below, this number is likely to remain roughly flat for several years.
- Fleet utilization is at 100%, and expected at this level for several years. The fleet is fully contracted through 2020 and 92% contracted in 2021 assuming one vessel is not renewed in late 2021 (it most likely will be). Beyond 2021, assuming again that this one vessel is not under contract, utilization would be 80% until 2026, with some expirations in 2028 and 2034. With fully contracted revenue from solid obligors, there

is little risk to cash flows for many years. The total backlog for these contracts comes to $1.42 billion.

- Dry docking expenses have been a drag on recent performance, but the good news is that all the vessels have completed their 5-year mandatory class special surveys and dry-docks and are now being deployed on their previous entered into long-term contracts. EBITDA should thus settle into the $100-105 million run-rate range.

- Note that EBITDA had been higher in 2016 and early-2017 in the low-$30 million range. At this time the vessels were not fully contracted and some were active in the spot market. Over the course of the last year or so, *management basically swapped higher EBITDA and cash flows but with uncertainty for lower EBITDA but with long term certainty*.

- Current distribution coverage shows 1.00x coverage on a cash basis (and 0.66x deducting for non-cash maintenance and replacement capital expenditure reserves). However, payments on the newly issued series B preferred stock will siphon away $4.8 million of free cash flow from common shareholders, further lowering distribution coverage.

- Credit statistics are reasonable with Debt/EBITDA on a proforma basis in the low-6x range and interest coverage over 2x. Given the high stability of cash flows and long term contracts, as well as asset value from the vessels, these ratios are fine from a bond holder's perspective.

- Assuming about $100-105 million of run-rate EBITDA and about $50 million in annual interest expense, there is approximately $50+ million in free cash flow to support bond holders (Q3 2018 cash flow from operations, which is already after interest expense, less cash flow from investing, came to $13.5 million, so over $50 million annualized). Preferred stock distributions will use up $11.5 million, and term loan repayments $5 million per year, leaving $33-35 million left for common shareholders assuming no deduction for maintenance and replacement reserves. The distribution is a bit strained and may be at further risk if the refinancing of the bonds requires a much higher interest rate.

Key Conclusions:

- Although the risk profile of the business has been dramatically reduced in the last year with a virtual lock on cash flows for the next 8 years and strong industry dynamics, there appears to be little upside for shareholders. EBITDA looks like it is going to be mostly flat going forward, with some fluctuations for expenses and other items.

- On the flip side the low risk nature of future cash flows is good news for bond holders. With about $50 million in cash flows to support debt holders (who of course must be

Case 1:19-cv-04512-AJN    Document 75-19    Filed 12/05/19    Page 5 of 8

paid in full before anything can be paid to either preferred or common unit holders) the outlook for the $250 million bonds coming due in October 2019 is excellent. There should be no reason that these bonds cannot be refinanced. Management indicated it is already actively working on a refinancing as its next task.

- The October issuance of $55 million in preferred stock at an 8.75% distribution yield was a nice positive for bondholders (after all it represents about 20% of the total bond amount) but in my opinion further "crowded out" common unit holders when added to what is already $75 million in preferred stock paying a 9% rate. The preferred stock issuance was completed to enhance liquidity in advance of a bond refinancing.

- With the recent drop in the stock price the enterprise value of Dynagas moved to roughly $1 billion, or just about 10x EBITDA. For a cash flow stream that has little near term upside but plenty of stability, this valuation multiple appears reasonable.

- The 6.25% of 10/30/2019 $250 million bond issue is currently trading at about 99.5, down in recent days from what was a stable price in the 100.5 range for much of 2018 (See chart below, the price drop can be attributed to both weakness in the stock but mostly the high yield market in general). The yield-to-maturity is now about 6.7%. With 11 months to maturity and little in the way of a successful refinancing, the bonds are a buy in my opinion. The much lower risk profile of the bonds versus both the preferred stock and common units is significant. With ~$50 million in annual free cash flow and long term contracts, as well as the majority of the debt coming due in the form of a term loan maturing well past the bonds in 2023, there is little reason to believe a refinancing will not be possible. The worst case scenario is likely a much higher rate for the new bonds, which will further reduced distributions for unit holders. Even in the best case I would guess a new bond issue will require a 7%-8% coupon rate, and I would not be surprised to see north of 8%, especially if the high yield market remains soft.



- If seeking a higher return than the bonds, the two issues of preferred stock are a better choice in my opinion than the common units, given the high distribution rate offered by the preferred issues and their higher position in the capital structure versus the

Case 1:19-cv-04512-AJN　Document 75-19　Filed 12/05/19　Page 6 of 8

common units. DLNG series B has an 8.75% distribution rate and moves to floating rate on 11/22/2023 at LIBOR+5.59%, which based on current 3-month LIBOR would come to about 8.23%. DLNG-B is trading below par and offers a yield >9%. DLNG-A has a 9% distribution rate and also moved below par. I would choose the new B series instead of the A as the floating rate feature effectively eliminates interest rate risk, although at this yield level it is less of a concern. Given that the preferred stock is "deep" in the capital structure with not a huge common equity cushion below it, it is more "equity-like" in my opinion and thus far riskier than the bonds. But with ~$50 million in free cash flow after debt service the distribution is well covered. Expect the price of the preferred stock to be more volatile with higher correlation to stock market movements.

- The common units are in a difficult position at this time in my view and the 14% drop in the stock price on November 16th was not irrational -- although much of the information about the Company's performance was frankly known before the Q3 earnings release (i.e. that EBITDA and cash flow were not going to change much given the contracts, and the preferred series B was issued in mid-October). They units may be fairly valued at this time, but further distribution cuts could be on their way. With preferred stock distributions on the Series B starting to accrue and a bond refinancing that will likely require a greater than 6.25% coupon rate, cash flow to support the common unit distribution will be further strained. The end result may still yield a 10% distribution rate to unit holders, but if the preferred stock is yielding over 9%, and with limited growth prospects to propel the stock price, the case for the common units is not strong.

- It does not appear than any growth moves will be implemented in the next year. Management clearly indicated that its next task was to refinance the bonds (correctly so) and that the recent liquidity from the series B preferred stock would be used to support this effort, not a new acquisition. A successful bond refinancing at a reasonable price could move the stock price ahead.

In conclusion, Dynagas has maneuvered itself well in the sense of contracting out its ships and significantly lowering business risk. It is generating steady cash flows for the many years to come that easily covers its fixed income obligations. However, most of these cash flows are spoken for by debt holders and preferred stock holders. In this case I consider the fixed income investments of Dynagas as a better choice than the common units.

*Dynagas bonds were first recommended by the High Yield Bond Investor newsletter in August 2016 when they were trading at 95 with a yield of 8.1%. The recommendation was reaffirmed to subscribers last week at par given its the short*

Case 1:19-cv-04512-AJN Document 75-19 Filed 12/05/19 Page 7 of 8

*period to maturity. If you are interested in fixed income recommendations like this please consider the newsletter which offers three ideas per month and constant follow up and monitoring of recommendations.*

*Please be aware that I currently hold Dynagas bonds in personal as well as client accounts, and may have added/will add to positions at any time prior to or following the publication of this article.*

*It is important to note that High Yield bonds and related fixed income investments such as many issues of preferred stock and baby bonds are by definition not "investment grade" and are thus only appropriate for investors willing to accept a higher fixed income risk profile. Consider High Yield bonds and similar investments only as part of a broader investment portfolio allocation to various assets of all risk profiles.*

**Please see the Downtown Investment Advisory profile page for important disclaimer language, which is an integral part of this article.**

**Disclosure:** I/we have no positions in any stocks mentioned, and no plans to initiate any positions within the next 72 hours. I wrote this article myself, and it expresses my own opinions. I am not receiving compensation for it (other than from Seeking Alpha). I have no business relationship with any company whose stock is mentioned in this article.

## Comments (50)

**Hampton108**

Own the Preferred B shares and not particularly worried about the fixed-to-float at the current time. What I find odd, is the preferred shares took a bath today and B shares haven't even paid a dividend...trading under $22

Long: DLNG-PB

19 Nov 2018, 03:58 PM

**Robin Heiderscheit**

@Hampton108 see my comment above, the past few days as spreads are blowing out market participants are beginning to anticipate cuts in short term rates as early as 2020

19 Nov 2018, 09:31 PM

Case 1:19-cv-04512-AJN Document 75-19 Filed 12/05/19 Page 8 of 8