# EXHIBIT 20

**Morgan Stanley** | RESEARCH

UPDATE

*December 12, 2018 11:33 PM GMT*

## Dynagas LNG Partners | North America

# Shifting Focus To Deleveraging

 Stock Rating
**Equal-weight**

👁 Industry View
**In-Line**

◎ Price Target
**$5.50**

Over the last few weeks, DLNG has lost its premium yield valuation and its ability to grow amid escalating risk aversion. The market now assigns no value for dividends, prompting management to shift focus on deleveraging. We see significant value, but low stock liquidity could present a value trap.

| WHAT'S CHANGED? | Dynagas LNG Partners (DLNG.N) | From: | To: |
|---|---|---|---|
| | Price Target | $10.50 | **$5.50** |

**Shifting away from a premium yield valuation.** During the last month, LNG has lost 50% of its value and saw its yield bloating above 26%. The company is paying a heavy price for leaving themselves exposed with near term refinancing needs as risk premia in debt markets rose sharply and falling oil prices drove the energy sector lower. As a result, DLNG's ability to continue paying its $1.00 dividend is under pressure as the uncertainty about the refinancing of the $250m unsecured notes has escalated. With no access to equity constraining DLNG's ability to grow and investors unwilling to attribute any value for its distributions, DLNG is now compelled to revisit its capital allocation. The stock is now cheap, trading for the first time since its IPO below its NAV, which we estimate at $6-6.5/unit. However, the transition from yield to value investors might be a challenging task given DLNG's small market cap and low trading volume.

**Contract sanctity remains robust offering full support on debt.** With all 6 vessels in firm multiyear contracts, DLNG's distribution capacity almost entirely depends on the cost and amortization of its debt. Despite possible concerns over DLNG's charter contracts with Gazprom and Yamal LNG, we have no doubts about the sanctity of these contracts that lock EBITDA at $100m per year. The contracts have an average duration of ~10 years, which together with the $105m cash on hand, safely support the repayment of the $724m debt (6.2x net debt/EBITDA) that is also backed by nearly $1bn worth of assets (62% LTV). The remaining $424m Term Loan B which is secured by the fleet (47% LTV) matures in 2Q23 and has very low debt service, paying interest of L+450bp at only $5m per year. Uncertainty, however, remains regarding the refinancing terms of the $250m unsecured notes that mature in October 2019 with a low 6.25% coupon.

**Free cash flow and dividend capacity depend on terms of debt refinancing.** While DLNG's debt remains well covered, what remains unclear is free cash flow after debt service due to the rising interest rates and market risk premiums. The ability of DLNG to pay sustainable dividends will depend on how the company refinances its $250m unsecured notes that mature in October 2019, of which

MORGAN STANLEY & CO. LLC

**Fotis Giannakoulis**
EQUITY ANALYST
Fotis.Giannakoulis@morganstanley.com    +1 212 761-3026

**Max P Yaras**
RESEARCH ASSOCIATE
Max.Yaras@morganstanley.com    +1 212 761-6071

### Dynagas LNG Partners ( DLNG.N, DLNG US )

**Maritime Industries / Marshall Islands**

| Stock Rating | Equal-weight |
|---|---|
| Industry View | In-Line |
| Price target | $5.50 |
| Shr price, close (Dec 12, 2018) | $3.84 |
| Mkt cap, curr (mm) | $136 |
| 52-Week Range | $12.76-3.83 |

| Fiscal Year Ending | 12/17 | 12/18e | 12/19e | 12/20e |
|---|---|---|---|---|
| ModelWare EPS ($) | 0.37 | (0.13) | 0.36 | 0.52 |
| Prior ModelWare EPS ($) | - | (0.20) | 0.25 | 0.66 |
| P/E | 29.6 | NM | 10.7 | 7.4 |
| Consensus EPS ($)§ | 0.78 | 0.32 | 0.41 | 0.61 |
| Div yld (%) | 15.6 | 22.8 | 13.0 | 13.0 |

Unless otherwise noted, all metrics are based on Morgan Stanley ModelWare framework
§ = Consensus data is provided by Thomson Reuters Estimates
e = Morgan Stanley Research estimates

### QUARTERLY MODELWARE EPS ($)

| Quarter | 2017 | 2018e Prior | 2018e Current | 2019e Prior | 2019e Current |
|---|---|---|---|---|---|
| Q1 | 0.35 | - | 0.09a | 0.05 | 0.07 |
| Q2 | (0.18) | - | (0.04)a | 0.06 | 0.08 |
| Q3 | 0.11 | - | (0.07)a | 0.06 | 0.08 |
| Q4 | 0.11 | (0.18) | (0.12) | 0.08 | 0.13 |

e = Morgan Stanley Research estimates, a = Actual Company reported data

**Exhibit 1:** Free Cash Flow after debt service per unit under different refinancing scenarios



Source: Company Data, Morgan Stanley Research

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.



part of it can be funded using the cash on hand. We believe the company has several options for the refinancing and the decision is whether it will decide to maintain DLNG as a public vehicle with appeal to income investors. We see three potential scenarios: **1)** DLNG issues new ~$180m unsecured notes with a similar high yield at a cost in excess of 8% (vs 6.25% currently). In this case, free cash flow would range between $0.80-0.90. **2)** DLNG issues a new ~$180m convertible note or debentures with warrants that reduces the interest cost to 6-8%, keeping free cash flow around $1.00. **3)** DLNG refinances its entire $724m debt (including the $424m Term Loan B) using almost its entire cash on hand and issuing a new amortizing secured bank loan or lease financing of $625-650m at a cost of 6-7% and an amortization profile between 12-15 years (current fleet age is ~8 years). In this case, the free cash flow would decline to between $0.00-0.65 depending on how the debt is amortized (ie profile and annuity vs straight line).

**Reassessing capital allocation favors deleveraging and a more balanced distribution strategy.** The collapse of DLNG's stock has shut access to new equity to fund additional dropdowns and shattered hopes for near-term growth. Furthermore, as income investors have left the stock and the yield has skyrocketed to ~26% the market is effectively calling for a dividend cut prompting the company to focus on deleveraging. While a full dividend suspension might sound like a reasonable choice, we believe that a more balanced approach is preferable. This would allow the company to maintain an appeal to a wider audience and avoid remaining a liquidity trap. Under our revised base case, we assume DLNG halves its distribution to $0.50, which still offers an attractive 8% yield over its NAV with a coverage of ~1.7x over its distributable cash flow, using the remaining cash flow to repay debt. This assumes DLNG refinances its entire debt with a $625m secured annuity-type financing at L+300bp with a 13.5-year repayment profile.

**Lowering PT to $5.5 (from $10.5).** With no visible path for growth due to the high cost of equity and the refinancing of the unsecured notes creating uncertainty about future distributions, valuation has shifted towards NAV. Our revised $5.5 PT applies a 20% discount to its $6-6.5/sh NAV to account for its lack of growth and limited trading volume, offering a 55% total return, including a 13% yield. This corresponds to a reasonable 9x EV/EBITDA as revenue are fixed under multiyear charters. Our $9 Bull Case assumes DLNG manages to refinance its unsecured notes with non-amortizing debt that allows to maintain a $0.90 dividend (10% yield). Under our $3.5 Bear Case, we see risk the company becomes a liquidity trap continuing to trade below liquidation value, which could eventually lead to the company being taken private.

# Pages Omitted