# EXHIBIT 26

**S&P Global**
Market Intelligence

# Dynagas LNG Partners LP NYSE:DLNG FQ2 2018 Earnings Call Transcripts

## Friday, July 27, 2018 2:00 PM GMT

## S&P Global Market Intelligence Estimates

|  | -FQ2 2018- | | | -FQ3 2018- | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.06 | 0.08 | ▲33.33 | 0.02 | 0.29 | 0.51 |
| **Revenue (mm)** | 31.87 | 30.89 | ▼(3.08 %) | 32.03 | 128.30 | 138.44 |

Currency: USD
Consensus as of  Jul-26-2018 1:35 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

- EPS NORMALIZED -

|  | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ3 2017** | 0.21 | 0.15 | ▼(28.57 %) |
| **FQ4 2017** | 0.21 | 0.16 | ▼(23.81 %) |
| **FQ1 2018** | 0.16 | 0.16 | ●0.00 % |
| **FQ2 2018** | 0.06 | 0.08 | ▲33.33 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ........................................................................................ | **3** |
| **Presentation** | ........................................................................................ | **4** |
| **Question and Answer** | ........................................................................................ | **9** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Michael Gregos**
*Chief Financial Officer*

**Tony Lauritzen**
*CEO & Director*

**ANALYSTS**

**Benjamin Joel Nolan**
*Stifel, Nicolaus & Company,*
*Incorporated, Research Division*

**Fotis Giannakoulis**
*Morgan Stanley, Research Division*

**Hillary Cacanando**
*Wells Fargo Securities, LLC,*
*Research Division*

**Randall Giveans**
*Jefferies LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Thank you for standing by, ladies and gentlemen, and welcome to the Dynagas LNG Partners Conference call on Qriday, 27 Fuly 201WSecond z uarter 201Wfinancial results. E e have with us Mr. Tony Lauritxen, Chief O; ecutive [ fficer] and Mr. Michael Gregos, Chief Qinancial [ fficer of the company. 5[ perator Instructions' I must advise you that this conference is being recorded today.

At this time, I would like to read the safe harbor statement. This conference call and slide presentation of the webcast contains certain forward-looking statements within the meaning of the safe harbor provision of the Private Securities Litigation Reform Act of 199j . Investors are cautioned that such forward-looking statements involve risks and uncertainties, which may affect Dynagas LNG Partnersqbusiness prospects and results of operations. Such risks are more fully disclosed in Dynagas LNG Partnersqfilings with the Securities and O; change Commission.

And now, I pass the floor to Mr. Lauritxen. Please go ahead, sir.

**Tony Lauritzen**
*CEO & Director*

Good morning, everyone, and thank you for 3oining us in our second 8uarter ended J 0 Fune 201WOarnings Conference Call. Iqm 3oined today by our CQ[ , Michael Gregos. E e have issued a press release announcing our results for the said period. Certain non-GAAP measures will be discussed on this call. E e have provided a description of those measures as well as a discussion of why we believe this information to be useful in our press release.

Moving to Slide J . [ n April 20, 201W, the [ b River matured her contract with Gaxprom and delivered in direct the continuation into her 10-year contract with the same charterer. The rate of hire on the latter contract was relatively lower reflecting the longer duration of the contract as well as the prevailing market conditions at the time. The Arctic Aurora completed her j -year special survey in May 201Win Qerrol, Spain. The dry docking and maintenance work was done in a very efficient manner, counting only 12 days.

After having served a spot and short-term markets since J rd April 2017, the Clean Onergy delivered into her appro; imately W-year contract with Gaxprom on 1J th Fuly of 201W. E e believe that Bamal LNG pro3ect is progressing very well. And on 1st of Fuly 201W, Bamal narrowed down the delivery windows for the Benisei River and the Lena River to the earliest possible as allowed by their respective 1j -year contracts.

[ ur ad3usted O$ITDA for the period was reported at 624.4 million with corresponding ad3usted income of 64.j million. The partnership reported a net income of 60.4 million and distributable cash flow was reported at 6W.7 million.

[ ur 8uarterly cash distribution for the second 8uarter of 201Wof 60.2j per common unit was paid on 19th Fuly 201W. And since our IP[ in November 201J , we have paid a total distribution for common unit in the amount of 67.29. The partnership is e; pecting to pay on 1J th August 201W, a cash distribution of 60.j %2j for each of its Series A preferred units for the period from May 12, 201Wto 11, August 201W.

Distributions of the Series A preferred units will be payable 8uarterly on the 12th day of Qebruary, May, August and November at an e8uivalent of 60.j %2j per unit, provided the same as declared by the Partnershipos $oard of Directors. I will now turn the presentation over to Michael who will provide you with further comments to the financial results.

**Michael Gregos**
*Chief Financial Officer*

Thank you, Tony. Moving on to Slide 4. E e are pleased with the results of the 8uarter, which e; ceeded our e; pectations as operating e; penses and the dry dock of the Arctic Aurora were below budget.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

For the 8uarter, we generated 6W7 million in distributable cash flow and 624.4 million in O$ITDA. E e are pleased with our operating performance for the 8uarter with 97H utilization and vessel daily operating e;penses, which came in at 610,W00 per day per vessel for the 8uarter versus 61J,700 per day per vessel for the corresponding period of 2017. In addition, the cost of the dry dock of the Arctic Aurora ended up at 62.%million, which was 6WJ0,000 below budget.

For the 8uarter, average gross time charter hire on a cash basis amounted to 6%1,j00 per vessel per day, whereas our cash breakeven, e;cluding our distributions to preferred and common unitholders and our dry-docking cost amounted to about 6JW,700 per day. Including our cash distributions to common and preferred unitholders, our cash breakeven amounted to about 6jWj00 per day per vessel.

Moving onto Slide j , in this slide we see the progress of our distributable cash flow since we went public and this provides the rationale for our $oard of Directorsqdecision announced on April 1Wto reduce our 8uarterly distributions to common unitholders by 41H to 60.2j per 8uarter in order to properly reflect the new free cash flow-generating capacity of our fleet as we transition to the longer-term contracts providing for the long-term cash visibility and lower risk. The realigned cash contribution reserved an annual cash savings of 624.j million and provides the greatest ability and sustainability of distributions to our e8uity holders. The realigned distribution is also in line with our strategic focus to preserve cash in order to enhance our credit profile.

Moving on to Slide % For the 8uarter, our distributable cash flow available to common unitholders was 67 million and we paid 6W9 million in cash distributions to our common unitholders, resulting in a distribution coverage ratio of 0.79;. For the 8uarter, we had a cash coverage of 1.1J;, with cash coverage representing ad3usted O$ITDA less interest, loan principal and preferred e8uity dividends divided by the actual distributions to common unitholders.

This year has been a transitional year as the last J out of our %vessels complete their j -year mandatory class special surveys in dry dock and other LNG carriers gradually deliver into their previously entered into long-term contracts with the process being completed with the commencement of Lena River and Benisei River Bamal contracts ne;t year.

The 2 remaining vessels to be dry docked are the Benisei River and Lena River in zJ and z4, respectively, which are e;pected to cost 6J.j million per vessel with 2j off-hire days for each vessel, both of which will take place upon the e;piration of their current contracts.

As previously advised, we e;pect to operate at the common distribution coverage of below 1 for the remainder of the year. Yowever, the partnership has ade8uate li8uidity, which is supported by a predictable operating cash flows and cost structure in order to fund the 5 cash 'distribution to common unitholders of 60.2j per unit per 8uarter.

Moving on to Slide 7, our simplified debt structure is composed of the 647j million Term Loan $, which is amortixing annually and has a floating interest rate and 62j 0 million notes, which mature in 2019 and which we e;pect to refinance in advance of their maturity given our solid track record as a repeat issuer in the debt capital markets.

E e have a best-in-class LNG fleet that provides significant asset coverage over our total debts with a contracted backlog that is close to 2; our total debt and which significantly outruns our debt maturities.

At the end of the 8uarter, we have li8uidity of 6WWmillion, including sponsor revolving capacity and a pro forma net debt for the last 12 months O$ITDA of %4;. Capital structure is very important to us and longer-term focusing on improving leverage metrics will be a top priority. That concludes my part of the presentation. I will pass the presentation over to Tony.

**Tony Lauritzen**
*CEO & Director*

Thank you, Michael. Moving on to Slide W. [ ur fleet current accounts %high specification and versatile LNG carriers with an average age of about Wyears in an industry where e;pected useful lifetime is Jj years. [ ur fleet is able to operate across the globe, including icebound areas and under the harshest weather

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

conditions. These high vessel specifications are appreciated by global energy companies, and we have developed a diversified customer base with oil majors and traders.

Our fleet has in the past been employed by companies like Shell, Statargas, RasGas, Marubeni, Woodside, VGAS and several other major oil and gas companies. Today, we have a long-term contracts with Gazprom, Equinor, formally known as Statoil and Yamal Energy, which the latter is a joint venture between TOTAL, CNPC, NOVATEK and the Silk Road Fund. Our contracted backlog is about $1.44 billion, and our average remaining charter period is about 10.1 years, which compares favorably versus our peers.

Moving on to Slide 9. Our strategy is to enter into long-term contracts that provide cash flow visibility to stakeholders and allows us to effectively eliminate market volatility and the cyclicality of the shipping industry.

Since inception, the Partnership's average remaining term of contract increased from approximately 4.5 years to more than 10 years. We believe that the excellent characteristics of our fleet have been instrumental in helping us secure long-term contracts and cash flow visibility. Our long-term contracts with Gazprom, Equinor and Yamal LNG serve well-established LNG export projects in harsh weather and icebound areas. Our clients have entered into long-term offtake agreements with LNG users and our vessels are vital to their efforts to monetize the production of natural gas.

On 15th of July 2018, the Clean Energy delivered into her approximately 5-year contract with Gazprom after serving the short-term and medium-term markets since 3rd of April 2017.

The Yenisei River completed her 5-year charter with Gazprom on 21st July 2018 against a notional payment from Gazprom to the Partnership, reflecting the vessel's positioning to Singapore where the vessel will undergo her 5-year special survey, which is expected to commence on 29th July and complete in mid-August 2018. After completion of the special survey, she is expected to be employed on the short-term markets until she commences her 15-year contract with Yamal LNG.

We believe the Yamal LNG project is progressing very well. And on 1st of July 2018, Yamal narrowed down the delivery windows for the Yenisei River and Lena River to the earliest possible as allowed by their respective 15-year contracts. It is expected that the Yenisei River will commence her Yamal LNG contract between 1st of January and 3rd of March 2019. The exact date that she will be delivered to Yamal within this window is now in our choice.

The Lena River is on charter to Gazprom until late September, mid-October 2018 and will thereafter perform her special survey dry docking. She has been employed on a multi-month contract with a large gas producer for the period commencing after the completion of her special survey until her expected delivery into her 15-year contract with Yamal LNG.

It is expected that Lena River will commence her contract with Yamal LNG between 1st of July 2019 and December 2019. Our fleet is 95% contracted in 2018, 99% in 2019 and 100% in 2020, assuming that the Yenisei and the Lena River will enter their long-term charters at the earliest dates in their delivery windows.

We are now actively pursuing opportunities for the availability that we have on the Yenisei River, which is supported by a relatively active LNG shipping market.

Moving onto Slide 10. Our sponsor, Dynagas Holding owns a fleet of 9 LNG carriers. They are all on long-term contracts. 4 of those LNG carriers are Arc-4 type, which are of similar specification as the vessels in our fleet. These 4 vessels are all chartered to Yamal for minimum 15 years employment each, plus extension options. Prior to the commencement with Yamal, these vessels are employed on the short-term and medium-term markets. The remaining 5 LNG carriers are Arc-7 type and are 49% owned by our sponsor and 25.5% each by Sinotrans and China LNG Shipping, 2 state-owned Chinese entities. These 5 vessels are charted to Yamal LNG for between 26 and 27-year contracts each. All vessels on the water and in the order book are fully financed and funded. The 9 vessels have contracts in place amounting to a multibillion-dollar contract backlog. And these optional vessels are dropdown candidates to the partnership.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Moving on to Slide 11. E e have a uni8ue fleet. j out of the %vessels in our fleet have ice class 1A notation. The fleets can handle shipping in conventional open water areas as well as operate in icebound and subxero areas. This means that we are able to and have been successful in pursuing business opportunities in 2 different markets, namely conventional LNG shipping and the uni8ue market that re8uires ice class LNG carriers. The initial capital e;penditure for an ice class vessel is somewhat more e;pensive than conventional carriers. Yowever, the operating cost between our ice class type carriers and conventional carriers are very similar. The partnership, together with our sponsor, has the market share of W2H for vessels with Arc-4 or e8uivalent ice class notation. And to our knowledge, there are only 2 other LNG carriers in the world with e8uivalent notation, which are chartered out on long-term contracts.

E e view the ability to trading in icebound areas as an important advantage due to the current and ongoing construction of LNG production terminals within icebound areas and in particular in Northern Sea routes where Bamal LNG has recently commenced production.

E e also e;pect further pro3ects to be developed in that region. E e view the ability to perform niche operations as an important driver in securing attractive long-term charters going forward. Qurther to that, our fleet is optimixed for terminal compatibility, which is of significant importance in a market that is changing from a fi;ed-route trade to a worldwide trade, and the fleet consists of groups of sister vessels that provides for overall relatively better economics and efficiencies.

Letψ move to Slide 1J. In summary, we are e;periencing substantial growth of LNG production from new pro3ects primarily in U.S., Russia and Australia. The world LNG carrier fleet appears too small to carry those additional volumes in the long term, and there are too many small and old technology vessels. There appears to be sufficient demand for the new LNG from e;isting and new importers with floating regasification pro3ects accelerating demand. The LNG shipping market is maturing with increased fi;ture activity, increase in LNG production and a growing LNG carrier fleet. The current LNG world fleet and order book, including QSRUs and QSUs, totals about %04 vessels. The order book counting 9j vessels is about 19H of the world fleet. Although about j0H of the world fleet is steam driven, as much as J0H of the world fleet is below 140,000 cubic meters and aged.

E e e;pect that most of these undersixed and aged vessels will fade out in the market and be replaced with larger and younger tonnage in the long term. %WH of the order book has been committed for employment. Yowever, we have seen speculative ordering activity lately that is added to the order book.

According to the order book, mostly those will be delivered during 2019 and 2020, which is a period we e;pect increase in additional LNG production. There are only very few yards in the world that have the e;perience and capability to build such vessels. And if one were to order today, our guess is that the yards will be able to offer tonnage for delivering second half of 2020 at the earliest.

Letψ move to Slide 14. LNG production grew by 22H during the last j years and is estimated to grow by 42H within 2022. E e e;pect to see imminent production increases from Australia, U.S. and Russia. It is likely that the Qar Oast will remain the largest buyers going forward, in particular with growing imports to China driven by coal to gas switch. E e also believe we will continue to see the emergence of new niche markets in areas such as South Asia, Africa, Middle Oast and South America where volumes may be imported by QSRUs. E e believe that there are sufficient buyers for the new LNG to be absorbed. The ma3ority of the new LNG e;port volumes have sale agreements or offtake agreements in place. And we believe that, that e;isting import markets will continue to increasingly rely on LNG as a price competitive and Clean Onergy resource.

Letψ move to Slide 1j. In the first half of 201W, LNG production was up WH compared to the first half of 2017. As e;pected, in particular, Australia and the U.S. have been the largest incremental producers so far. The trend is e;pected to continue with new pro3ects such as Bamal LNG Train 2 and Train J, Cameron LNG, Olba, E heatstone Train 2, Ichthys and Prelude being added. In March 2017, the industry saw the worldψ first cargo being produced by a floating LNG terminal, namely the PQLNG Satu. And in May 201W, we saw Golarψ QLNG Yilli producing first cargo giving confidence to the QLNG technology.

Moving on to Slide 1% The Qar Oast is still the largest consumer of LNG and demand is growing. The Qar Oast demand is fueled by recovery in Fapan, Vorea and Chinaψ push to replace coal with gas. The largest

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

incremental importers of LNG in z 2 201Wcame from the Qar Oast. E hile Fapan and Vorea have long been relying on LNG as an energy resource. China completed its first LNG import terminal in 200Wand today, have 17 completed terminals and Wunder construction. Growth in Chinese LNG imports have averaged 21H  per annum in the j  last years. And China is now the second largest importers of LNG behind Fapan, and we e; pect the need for LNG into China to continue to grow going forward.

Letqs move to Slide 17. The main U.S. producing terminals are now Sabine Pass and Cove Point. $ased on shipping volumes in z 2 201W, 1j H  of the e; ports went to South America] 22H  to Central America, including 5 Caribs '] J H  to Ourope, including Turkey] J 9H  to the Qar Oast] 11H  to the Middle Oast] and 10H  to India and Pakistan. Analysis indicates that it is re8uired 1.91 vessels for every million ton of LNG produced in the United States.

Letqs move to Slide 1W. In the year 2000, 2H  of all LNG were sold spot. In 201j  after years of substantial international investments in LNG infrastructure, this number had increased to J 7H . E e see a steady increase in spot and short-term fi; tures. In 201%and 2017, spot fi; tures accounted for W9H  and 91H , respectively. Going forward, it is assumed that the spot shipping market will be substantial and therefore we believe that niche operators like Dynagas will be better suited to conclude long-term deals.

Moving on to Slide 19. In conclusion, weqre a pure-play LNG shipping company focused on owning and operating LNG carriers. [ ur vessels are high specification and are employed on multi-year time charter, fi; ed-rate contracts with international investment-grade energy companies such as Gaxprom, O8uinor and Bamal LNG. The partnershipqs ice-classed and winterixed fleets enables the fle; ibility to pursue the best of 2 different markets, which have proven to be a strong advantage so far in securing long-term charters. [ ur 61.44 billion in remaining contracted revenue and over 10 years of average remaining contract life provide the partnerships with benefits of stable cash flows and high-utilixation rates.
E e operate in LNG shipping, which is a vital link in the global LNG value chain. And our services allow our clients global LNG companies to monetixe their production of natural gas. Demand for natural gas has been steadily growing and LNG trade is e; pected to grow by over 40H  by 2022. E e have now reached the end of the presentation, and I now open the floor for 8uestions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Your first question comes from the line of Randy Giveans from Jefferies.

**Randall Giveans**
*Jefferies LLC, Research Division*

So the press release reads, our intent is to seek additional contract coverage, particularly in 2019. So first, how do you plan on doing that? And then after the upcoming dry dockings in the back half of this year, we expect the distribution coverage ratio to exceed 1, maybe 1.1x in 2019 and beyond. So as such, do you expect any changes to the current distribution level in the coming quarters and years?

**Michael Gregos**
*Chief Financial Officer*

Randy. No, I think, we've been quite clear that the -- and from prior conference calls that the distribution coverage is going to be below 1, but this is not relevant to the distribution levels or the distribution -- the current distribution and new distribution of 60.2j a quarter is -- we don't -- we're unaffected by the fact that we are trading below our onetime distribution coverage because if you look at the cash coverage -- on a cash coverage basis, we're trading at 5 below ' 1x and we also have adequate liquidity to pay this current distribution.

**Tony Lauritzen**
*CEO & Director*

And I'll just answer the first part of your question regarding the availability that we have in 2019. And basically, the only availability that we have is the Benisei River. She comes out of dry dock mid-August and is then available until the end of the year. We feel very confident that we will source an employment for the vessel for that period of time.

**Randall Giveans**
*Jefferies LLC, Research Division*

Good answers. And then you mentioned delivery windows for the Benisei River and the Lena river have (narrowed) the delivery windows to the earliest possible allowed. So just for modeling purposes, does that mean January for the Benisei and July for the Lena?

**Tony Lauritzen**
*CEO & Director*

Well -- so the way that it works under the contract is that there are certain windows. So yes, for the Benisei, now the window is between 1st of January 2019 and Jrd of March 2019. So we assume the earliest in that window. It is within our right to put the vessel at any given days within that window so that's why we can then model the earliest 5 type ' so you can use 1st of January. For the Lena River, the window has been narrowed down to a % months window, which is basically the entire second half of 2019. So it could be any date within that window, but that is in accordance with contract.

**Randall Giveans**
*Jefferies LLC, Research Division*

Okay, then following up on the Bamal. I think during June and July, Dynagas removed all J of these vessels from the Cool Pool, the Planet, Yorixon, Kision. Does that mean those Bamal contracts are now underway, have they already begun? Or is that in the coming weeks. Yow does that look?

**Tony Lauritzen**
*CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thatɕs a very good 8uestion. Qirst of all, we are very happy with the corporation with the other partners in the pool. E e en3oyed very much being part of that, and we thought it was a uni8ue tool in the market that has an increasingly large 5spot ' market. $ut since the J vessels that we had in the pool would ultimately go on long-term charters to Bamal. It was in our interest to remove them from the pool so we could better manage the trading of those vessels and into their long-term charters. It was important for us to have full control over that. And what we can say now is that the Clean Planet has already commenced her term charter with Bamal. And when it comes to the Kision and the Yorixon, we have sourced 2 other charters filling the entire gas until they go on charter with Bamal LNG with another large gas producer.

**Randall Giveans**
*Jefferies LLC, Research Division*

O;cellent. And then Last 8uestion for me. Fust getting an update on refinancing of the 62j0 million, %2jH senior unsecured notes due ne;t [ctober. I think on the last call, you said that was likely to be in, 201W event. Is that still the case?

**Michael Gregos**
*Chief Financial Officer*

Bes. E e think itɕs still likely a 201Wevent. Bes.

**Operator**

Ne;t 8uestion comes from the line of $en Nolan from Stifel.

**Benjamin Joel Nolan**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

So I have a little bit more of a, maybe, higher-level 8uestion or strategic 8uestion for you. So obviously, you had to cut the distributions a bit. Bou indicated on the call that the intent going forward is to probably, well certainly, refinance the notes, but also delever a bit, if I heard correctly. $ut then again, you talk about all these potential dropdown candidates, and there are a lot that have fantastic contracts on them. And I think you would probably agree that your cost of capital isnɕt really ideal for that. Yow do you envision the partnership moving forward to be able to accomplish all these things? Yow do you think you can maintain the distribution, grow the fleet, continue to pay down debt? I mean, there is a lot of levers to pull.

**Michael Gregos**
*Chief Financial Officer*

Bes. Listen, I think what weɕre doing is, we are taking a step-by-step approach to how we are handling things. Qirst of all, all the %have been employed and they are under long-term contracts. Second of all, we are focused on refinancing our notes, I mean, thatɕs our immediate priority. E hen that happens then I think we can start addressing all the 8uestions that you are asking. [ f course, you asked how do you envision maintaining the distribution. I think the maintaining the distribution, weɕve already achieved that with our previous distribution realignment. I mean, if you look at our cash flows, theyɕre supported -- the distribution is supported by our current cash flow profile for 8uite a long time. So the cost of capital and the potential dropdowns are important 8uestions but I think we have to focus on refinancing the notes. And then once that is done then we can focus on these very important 8uestions.

**Benjamin Joel Nolan**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Right. I didnɕt mean to imply that your distributions wouldnɕt be covered after all the contracts are in place, 3ust that beyond the distributions, itɕs not as though the cash flow that is generated over and above that could both service ac8uisitions and debt repayment, at least not by my numbers but I understand that one step at a time, refinance and then sort out the growth. Maybe, Tony, stepping over to the QSRUs, obviously, a handful, a couple now of QSRU orders that I assume are under construction and would be part, I would think, of that pool of potential candidates to ac8uire at some point. Fust curious, in your role on a private side, how are you approaching the employment of those? Is that standard long-term

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

contracts? Are you kind of looking to take a little bit more of an integrated approach and be a partner in a project rather than just an equipment provider?

**Tony Lauritzen**
*CEO & Director*

So the delivery of these FSRUs are not until 2021. So there hasn't been any, let's say, heavy marketing as of yet because there is some distance to go in terms of time. But these FSRUs are quite different from other standard types of FSRUs because they're really dual-purpose carriers, meaning that they can sail as ordinary LNG carriers, twin skeg, meaning 2 propellers and efficient machinery at 19.5 knots and they can also do 750 standard cubic feet a day in regas capacity. So mostly, FSRUs are handicapped when it comes to speed and consumption but these are not. They're really dual purpose. So I think that they have a wider market than the typical FSRU. And I think, therefore, they will be a very suitable for term employment with a portfolio player. So we feel very confident that the specification of these vessels are the best in the market and should be of a great interest for many different takers.

**Benjamin Joel Nolan**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Okay. And it is fair to assume, granted years down the line, but that would be part of a potential suite of dropdown assets that might be available to the partnership, correct?

**Tony Lauritzen**
*CEO & Director*

Yes. I mean, these are -- I mean, this has been discussed on a sponsor level, and we obviously cannot answer for our sponsor. Yes, that may be the case.

**Operator**

The next question comes from the line of Fotis Giannakoulis from Morgan Stanley.

**Fotis Giannakoulis**
*Morgan Stanley, Research Division*

You will excuse me if I insist a little bit on your growth plan. Since all your vessels are contracted long term, there is very little uncertainty about your cash flows. I'm still trying to find a way, how shall we think the dropdowns of the Yamal versus other 5 Europe ' sponsors, what is that you are expecting in order to make this happen? Is it the fact the dividend yields in the MLP space narrows? Or is it the fact that this will happen after the refinancing? How much equity each of these vessels requires? Or how much debt -- how are you going to finance them? And is there any way that you're going to fund these vessels with alternative form of capital, except raising common equity at these high yields that you're trading?

**Michael Gregos**
*Chief Financial Officer*

Yi, Fotis. I mean, as I told Ben, I mean, these are all excellent questions. But the reality is, these are discussions and these are thoughts that we are having internally. We don't -- we're focused on refinancing our bond. All the other options that we have potentially for growing the company with dropdowns is something we are seriously thinking about. Clearly, I mean, you are concerned that how you're going to get your dividend yield down in order to be able to do drops, that's an understandable concern, but...

**Fotis Giannakoulis**
*Morgan Stanley, Research Division*

But I'm actually concerned trying to understand how you can bring your dividend up. I don't think that anybody worries about the level of your dividend at this point. But I am -- we are trying to understand what is the road map for a dividend increase from this level?

**Michael Gregos**
*Chief Financial Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Listen, at this particular stage, it's premature to discuss dividend increases. E hat I think -- I have to repeat the same answer that I gave $en, which is that everything, we have to take things step by step. The vessels are very long-term contracts but the dropdown candidates. So there is time. E e don't -- we're not pressed to find a solution ASAP. And all these things we are thinking about. E hatever decision we make have to be the optimal decision, which will not affect the long-term financial standing of the partnership. So that's all that we can say at this particular stage.

**Fotis Giannakoulis**
*Morgan Stanley, Research Division*

Thank you, Michael, appreciate. Going back to the dropdown candidates, you have 4 vessels with very long-term contracts, which you fully own and other 4, j vessels, the ice class vessels that you 3ointly own. Y ow much financing these vessels can get based on this e;tra-long contracts that they have?

**Michael Gregos**
*Chief Financial Officer*

Can you repeat, which vessels were you talking about?

**Fotis Giannakoulis**
*Morgan Stanley, Research Division*

I'm talking about the Bamal vessels that you fully own and the dropdown candidates, the Planet, the Y orixon, the Kision but also the Arc-7 vessels, they also have e;tremely long contracts. Y ow much debt can you put on these vessels when you go to your banks?

**Michael Gregos**
*Chief Financial Officer*

Listen, the Arc-4 vessels have already financing. E e don't anticipate that they would re8uire to be refinanced if we drop the means of MLP because the current financing arrangement has carved out the possibility of a dropdown. The debt on these vessels ranges from between 614j million to 61W0 million. It depends on the vessel. There is significant debt service on these vessels, which means that it probably makes better sense to wait a little while until the debt amortixes in order for the deal to be more cash flow accretive for the partnership. The Arc-7s are basically an investment. So we own 49H of the entity that own these vessels and basically, we have previously communicated that the dividend that we e;pect per vessel on an annual basis is about 6j million.

**Fotis Giannakoulis**
*Morgan Stanley, Research Division*

[ kay, that's very helpful. Moving a little bit on the overall market and on the appetite of buyers for securing long-term volume. E e have seen that the demand has surprised by far e;ceeding e;pectations, particularly in China. $ut the last few months, we have seen a lull in offtake activity. I was wondering why is that? And at what point, do you think that we will see more long-term offtake contracts? And at what point we are going to see final investment decisions for new pro3ects since market seems to be balancing faster than most people thought before?

**Tony Lauritzen**
*CEO & Director*

Qotis, that's a very good 8uestion. E hen it comes to long-term offtake agreements and the fre8uency of entering into contract, it's pretty difficult for us to say because we are not directly involved in that. $ut I think, it is fair to say that it's related to pricing. So I mean, at least we've seen in the past, I believe, that when pricing -- when energy pricing is relatively high, then you see the entry into offtake agreements. And when it's very low, then some offtakers rely on the spot market. So I think also this -- when it comes to China that is driving a lot of the appetite and the buying that's also potentially affected by this trade wars that we hear now. So it's difficult to say what the fre8uency in offtake agreements will be. I think what we're seeing in general is that, whether LNG is produced on long-term arrangements or short-term arrangement, it's all being absorbed. And I think that's the important thing.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Fotis Giannakoulis**
*Morgan Stanley, Research Division*

[ ne last 8uestion. I know this is not an immediate demand driver for a -- or ma3or demand driver for LNG but a lot of people are talking about the IM[ 2020 and the potential e;pansion of the use of LNG as a fuel. If we have a window of j to 10 years, do you have an estimate of how much demand for LNG as a fuel for bunkering we can see? Is this a meaningful amount? And have you seen pro3ects accelerating as the date for 2020 is approaching?

**Tony Lauritzen**
*CEO & Director*

Bes. thatɕ also a very good 8uestion, Qotis. E hen you look at the factors where natural gas is used today, then industries and power generation is by far the leading factors and the transportation sector is, letɕ say, the least important for natural gas today. [ f course, the oil market is by far very dominant in the transportation sector. So over time, we believe that natural gas will be able to eat into that segment. $ut I think itɕ still some distance away. Bes, we see more, more small-scale pro3ects, bunkering pro3ects of this type, and I think some of it will materialixe certainly but it will take time until weɕre there. I donɖ think that there will be too many ships of other types than LNG that will be ready 1st of Fanuary 2020. I doubt that will be too much infrastructure around to support that. $ut definitely we see that this is moving in the right direction.

**Operator**

5[ perator Instructions' Bouɕe ne;t 8uestion comes from the line of Yillary Cacanando from E ells Qargo.

**Hillary Cacanando**
*Wells Fargo Securities, LLC, Research Division*

So N[ KATOVɕ Arctic LNG 2 has been gaining momentum recently. I was 3ust wondering, are there any opportunities for you to get involved should that pro3ect move forward, maybe, perhaps by ordering new Arc-4 or Arc-7 vessels or even at the parent level?

**Tony Lauritzen**
*CEO & Director*

Thank you very much for that 8uestion. Bes so, we think itɕ an interesting pro3ect. E e think itɕ a pro3ect that is a sound one given the success of Bamal LNG. The shipping re8uirements are not out yet as far as we are aware. So I guess, anything we can say as of today is that we think we will be well 8ualified for a pro3ect like that.

**Hillary Cacanando**
*Wells Fargo Securities, LLC, Research Division*

Are there any other pro3ects other than Arctic LNG 2 that are currently being proposed or considered that would re8uire ice class vessels? The only thing I could think of is Arctic LNG 2, I donɖ know if thereɕ others out there that maybe lesser known?

**Tony Lauritzen**
*CEO & Director*

Bes. I mean, there are and you have potential e;pansion of the Sakhalin pro3ect or potential renewal of fleet, and then you have the same O8uinorɕ pro3ect up in Northern Norway, potential renewal of fleet at some point. So yes, we do believe that there are other pro3ects than strictly those that are in close pro;imity to the Bamal Peninsula.

**Operator**

There are no further 8uestions.

**Tony Lauritzen**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*CEO & Director*

E ell, thank you very much for listening in on our earnings call, and we look forward to speaking with you on our ne; t 8uarter. Thank you very much.

**Operator**

Thank you. Ladies and gentlemen, that does conclude the conference for today. Thank you for participating. Bou may now all disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content )including inde; data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom" or any part thereof )Content" may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates )collectively, S&P Global". The Content shall not be used for any unlawful or unauthorixed purposes. S&P Global and any third-party providers, )collectively S&P Global Parties" do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. TYO C[ NTONT IS PR[ KIDOD [ N (AS IS( $ASIS. S&P GL[ $AL PARTIOS DISCLAIM ANB AND ALL OXPROSS [ R IMPLIOD E ARRANTIOS, INCLUDING, $UT N[ T LIMITOD T[ , ANB E ARRANTIOS [ Q MORCYANTA$ILITB [ R QITNOSS Q[ R A PARTICULAR PURP[ SO [ R USO, QROOD[ M QR[ M $UGS, S[ QTE ARO ORR[ RS [ R DOQOCTS, TYAT TYO C[ NTONT S QUNCTI[ NING E ILL $O UNINTORRUPTOD [ R TYAT TYO C[ NTONT E ILL [ PORATO E ITY ANB S[ QTE ARO [ R YARDE ARO C[ NQIGURATI[ N. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, e;emplary, compensatory, punitive, special or conse8uential damages, costs, e;penses, legal fees, or losses )including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence" in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligences opinions, 8uotes and credit-related and other analyses are statements of opinion as of the date they are e;pressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide inde; data. Direct investment in an inde; is not possible. O;posure to an asset class represented by an inde; is available through investable instruments based on that inde; . S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, 3udgment and e;perience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor e;cept where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and ob3ectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Globals public ratings and analyses are made available on its E eb sites, www.standardandpoors.com )free of charge", and www.ratingsdirect.com and www.globalcreditportal.com )subscription", and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.