**WILMERHALE**

**Michael G. Bongiorno**

+1 212 937 7220 (t)
+1 212 230 8888 (f)
michael.bongiorno@wilmerhale.com

December 5, 2019

**Via CM/ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *In re Dynagas LNG Partners, LP Sec. Litig.*, No. 1:19-cv-04512 (AJN)

Dear Judge Nathan,

We represent defendants Dynagas LNG Partners LP, Dynagas GP, LLC, and Dynagas Holding
Ltd. (collectively, the "Dynagas Entity Defendants") in the above-referenced matter, and write
on behalf of the Dynagas Entity Defendants and defendants UBS Securities LLC, Stifel,
Nicolaus & Company, Incorporated, Morgan Stanley & Co. LLC, and B. Riley FBR, Inc.
(collectively the "Underwriter Defendants").  Pursuant to Paragraph 3.E of the Court's Individual
Practices in Civil Cases, we write to request that the Court hear oral argument on the Dynagas
Defendants and the Underwriter Defendants' Motion to Dismiss the Amended Class Action
Complaint (ECF No. 50).

Respectfully submitted,

*/s/ Michael G. Bongiorno*

Michael G. Bongiorno

cc:      Counsel of Record (via ECF)