UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE DYNAGAS LNG PARTNERS LP SECURITIES LITIGATION | No.  19-cv-04512 (AJN) |

**NOTICE OF PLAINTIFFS' INTENT TO OPPOSE MOTION TO DISMISS WITHOUT
AMENDMENT TO COMPLAINT**

Pursuant to this Court's Individual Practices in Civil Cases, Section 3(F), Plaintiffs[1] by and

through their undersigned counsel, hereby inform this Court and the Dynagas Entity Defendants

and the Underwriter Defendants of their intent to rely on their Amended Class Action Complaint

for Violation of the Federal Securities Laws (ECF No. 50) (without further amendment) to oppose

these Defendants' Motion to Dismiss (ECF No. 73).

---

[1] Plaintiffs are Lead Plaintiffs FNY Partners Fund LP, Mario Epelbaum and Scott Dunlop, and additional
named Plaintiff Irving Braun.

DATED:  December 16, 2019

/s/ Andrew J. Entwistle

Andrew J. Entwistle
Robert N. Cappucci
Brendan J. Brodeur
Sean M. Riegert
Rebecca H. Arnall
**ENTWISTLE & CAPPUCCI LLP**
299 Park Avenue, 20th Floor
New York, New York 10171
Telephone:  (212) 894-7200
Facsimile:  (212) 894-7272
aentwistle@entwistle-law.com
rcappucci@entwistle-law.com
bbrodeur@entwistle-law.com
sriegert@entwistle-law.com
rarnall@entwistle-law.com

*Counsel for Plaintiffs FNY Partners Fund LP, Mario Epelbaum, Scott Dunlop and Irving Braun and Lead Counsel for the Class*