# APPENDIX A

# Appendix A

## False and Misleading Statements

| No. | Statement | Source | Reason Why False and/or Misleading |
|---|---|---|---|
| **1** | "The Partnership has entered into a new three year charter agreement with Statoil ASA ("Statoil") for the employment of the *Arctic Aurora*, its 2013-built, 155,000 cubic meter, tri-fuel diesel engine, ice class LNG carrier (the "Extended Charter"). The *Arctic Aurora* is currently, and has been since 2013, on charter to Statoil (the "Current Charter"). The Extended Charter is expected to commence in the third quarter of 2018 in direct continuation of the Current Charter (interrupted only by the vessel's mandatory statutory class five-year special survey and dry-docking) and will have a firm period of about 3 years +/- 30 days. Statoil will have the option to extend the Extended Charter by two consecutive 12-month periods at escalated rates." <br><br> ¶ 81; Entwistle Decl., Ex. 10. | Dec. 21, 2017 Press Release | 1. The new charter was not a direct continuation or an "extended charter" but rather an entirely new agreement. <br><br> 2. This statement omitted that the new charter was at a substantially lower rate. <br><br> ¶ 82. |
| **2** | "In December 2017, we entered into a time charter contract with Statoil for the employment of the *Arctic Aurora*. This charter will be in direct continuation of the vessel's current charter with Statoil (interrupted only by the vessel's mandatory statutory class five-year special survey and dry-docking) and will have a firm period of three years +/- 30 days. Statoil will have the option to extend the charter term by two consecutive 12-month periods at escalated rates." <br><br> ¶¶ 7, 76. | Dec. 21, 2017 Prospectus <br><br> (Repeated in Oct. 18, 2018 final prospectus supplement) | 1. The new charter was not a "direct continuation" but rather an entirely new agreement. <br><br> 2. This statement omitted that the new charter was at a substantially lower rate. <br><br> ¶¶ 77-78. |
| **3** | "We are pleased to report our extended charters with Statoil and PetroChina." <br><br> ¶ 83. | Dec. 21, 2017 Press Release | This statement implied that the "extensions" of the *Arctic Aurora's* charter contract was a positive development for Dynagas. <br><br> ¶ 83. |

EC.00102661.8

| No. | Statement | Source | Reason Why False and/or Misleading |
|---|---|---|---|
| **4** | "On December 20, 2017, the Partnership entered into a new three year charter agreement with Statoil ASA ("Statoil") for the employment of the *Arctic Aurora*, its 2013-built, 155,000 cubic meter, tri-fuel diesel engine, ice class LNG carrier. This new charter for the *Arctic Aurora* is expected to commence in the third quarter of 2018 in direct continuation of the current charter with Statoil, following the vessel's mandatory statutory class five-year special survey and dry-docking and has a firm period of about 3 years +/- 30 days. Statoil will have options to extend this charter by two consecutive 12-month periods at escalated rates." ¶ 84; Entwistle Decl., Ex. 19. | Feb. 15, 2018 Press Release | 1. The new charter was not a "direct continuation" but rather an entirely new agreement. 2. This statement omitted that the new charter was at a substantially lower rate. ¶¶ 77-78. |
| **5** | [Analyst:] "There has been some talk around the spot charter rates but have the 3, 5 and 7-year time charter rates responded in recent months as well?" [Lauritzen:] "Yes, I think we've seen along with a substantial improvement in the spot markets. We've seen everything from multi-months to multi-year charter is being discussed. So yes, we can answer affirmative to that." ¶ 85. | Feb. 16, 2018 Conference Call | This statement implied that Dynagas had been able to secure long-term contracts that were "improved" from, or at least not worse than, the existing contracts. ¶ 86. |
| **6** | "If any of our charters is terminated, we may be unable to re-deploy the related vessel on terms as favorable to us as our current charters, or at all. If we are unable to re-deploy a vessel for which the charter has been terminated, we will not receive any revenues from that vessel, and we may be required to pay ongoing expenses necessary to maintain the vessel in proper operating condition.  Any of these factors may decrease our revenue and cash flows.  Further, the loss of any of our charterers, charters or vessels, or a decline in charter hire under any of our charters, could have a material adverse effect on our business, results of operations, financial condition and ability to make minimum quarterly distributions and other distributions to our unitholders." ¶¶ 79, 120. | Dynagas's 2016 and 2017 Annual Reports (incorporated into preliminary prospectus and final prospectus supplement, respectively) | This statement implied that the *Ob River* and the *Arctic Aurora* had not **already** been committed to reduced charter rates, impacting the Company's ability to make distributions. ¶¶ 80, 121. |

| No. | Statement | Source | Reason Why False and/or Misleading |
|---|---|---|---|
| 7 | [Analyst:] "I was wondering if we can get some additional color around the distribution; in particular, how low of a cash balance and coverage ratio would you be comfortable with until the new contract start in 2019? And are you committed to the current distribution level or is there a possibility that that might be reduced in the coming quarters?"<br><br>[Lauritzen:] "We're not looking at the near-term as we have to look at the long-term as far as the distribution is concerned because once our Yamal contract start [sic] we have a very good visibility of what our cash flows will look like. What I can say is, it's an ongoing analysis, we would like to end up with a distribution coverage of above one-times which is sustainable for the longer term. And we're very fortunate because we can use the word long-term because we held it long time, the long-term contracts which is a necessary ingredient for having sustainable distribution, so that's what I can say at this point."<br><br>¶ 87. | Feb. 16, 2018 Conference Call | The forthcoming distribution level was not "sustainable for the longer term" because the fixed revenue from Dynagas's long-term contracts, including those newly entered into for the *Arctic Aurora* and the *Ob River*, would not support it.<br><br>¶ 88. |
| 8 | "This decision by our Board of Directors to reduce the level of the Partnership's quarterly common unit distribution is necessary to align the Partnership's distribution level with its capacity to generate cash flow in the long term.<br><br>***<br><br>[W]e believe the new distribution level is viable on an actual cash basis since it reduces the Partnership's current need to utilize existing cash reserves to fund distributions to unitholders."<br><br>¶¶ 89, 91. | Apr. 18, 2018 Press Release<br><br>(Repeated in May 16, 2018 Press Release ¶ 91) | 1. The distribution was not aligned with Dynagas's cash flow.<br><br>2. This statement omitted that Dynagas would need to issue equity to sustain the 25-cent distribution level.<br><br>¶¶ 90, 94. |
| 9 | [Lauritzen:] "[The April 2018 reduction of the distribution] was necessary to align the Partnership's [Dynagas's] distribution level with [its] capacity to generate cash flow in the long term."<br><br>¶ 92. | May 17, 2018 Conference Call | The distribution was not aligned with Dynagas's cash flow.<br><br>¶ 90. |

| No. | Statement | Source | Reason Why False and/or Misleading |
|---|---|---|---|
| 10 | [Gregos:] "We do find it noteworthy that certain analysts commented that a higher distribution reduction was necessary.  The board and the management felt it would be unwarranted for the new distribution to be based on overly pessimistic scenarios.<br><br>*** <br><br>Management does not believe in for the limited moving parts that can affect our financial performance. Ultimately, distribution policy reflects the boards and management expectations and is not based on scenarios which are unlikely to materialize. The moving parts . . . are: how long and at what rate [t]he *Yenesei River* and the *Lena River* will be trading in the short term market, pending the delivery into their 15-year contracts, once their [current, long-term] contracts expire in Q3 of this year."<br><br>¶ 93. | May 17, 2018 Conference Call | This statement omitted that Dynagas would need to issue equity to sustain the 25-cent distribution level.<br><br>¶¶ 90, 94. |
| 11 | [Analyst:] "Is [there] a way that you can tell us what could be an extreme event that would force you to reduce this distribution based on the development of the spot charter rate Yamal for these vessels?"<br><br>[Lauritzen:] "All I can say is that, we experience let's say extreme scenarios, which we're not, we don't believe it's going to happen.  Then that's something to be discussed, but that's more of a longer term discussion. It's not a near term discussion."<br><br>¶ 98. | May 17, 2018 Conference Call | 1. The distribution was not sustainable for the longer term in the absence of extreme scenarios.<br><br>2. This statement implied that scenarios requiring a further distribution cut had not already happened.<br><br>¶ 99. |

| No. | Statement | Source | Reason Why False and/or Misleading |
|---|---|---|---|
| **12** | [Analyst:] "So now that the distribution is more aligned with the suitable cash flow, do you feel like this current level is pretty easily sustainable in the coming quarters and years?"<br><br>[Gregos:] "Yeah, definitely. What we want to achieve was this alignment.  And as for the foreseeable future this distribution, as I mentioned before is sustainable.  Basically, the expectations that we have on the market, there are some moving parts as I mentioned, which are the *Lena River* and *Yenesei River*. Again, how long they're going to be in [the spot] market and what they'll make [therein].  But under a reasonable scenarios [sic]; yes, definitely this distribution is sustainable."<br><br>¶¶ 10, 96. | May 17, 2018 Conference Call | 1. The distribution was not aligned with the Company's cash flow.<br><br>2. The distribution was not sustainable under reasonable scenarios.<br><br>¶ 97. |
| **13** | "On April 12, 2018, following a strategic review of its financial profile and distribution policy, the Partnership's Board of Directors unanimously approved a plan to reduce the quarterly distribution on the Partnership's common units to $0.25 per common unit from $0.4225 per common unit, or from $1.69 per common unit to $1.00 per common unit on an annualized basis. The revised distribution level is expected to align the Partnership's cash distributions with its capacity to generate cash flow in the long term, strengthen its balance sheet and improve its distribution coverage ratio."<br><br>¶ 101. | May 17, 2018 Conference Call Presentation | 1. The distribution was not aligned with Dynagas's cash flow.<br><br>2. This statement omitted that Dynagas would need to issue equity to sustain the 25-cent distribution level.<br>3. This statement omitted that this scheme would only work if the market for Dynagas stock improved.<br><br>¶ 90. |

EC.00102661.8

5

| No. | Statement | Source | Reason Why False and/or Misleading |
|---|---|---|---|
| 14 | [Gregos:] "Of course, you ask how do you envision maintaining the distribution. I think the maintaining this [distribution] we've already achieved that with our previous distribution realignment, I mean, if you look at our cash flows, they're supported, the distribution is supported by our current cash flow profile for quite a long time." <br><br> ¶¶ 11; 109. | July 27, 2018 Conference Call | 1. The distribution was not supported by its cash flow profile. <br><br> 2. This statement omitted that the distribution could only be supported by sale of new equity. <br><br> 3. This statement omitted that this scheme would only work if the market for Dynagas stock improved. <br><br> ¶¶ 110-111. |
| 15 | <br> ¶ 104. <br><br> **COMPARED TO:** <br><br> <br> ¶ 105. | May 17, 2018 Presentation (maintained on Dynagas's website and referenced on July 27, 2018 conference call) <br><br><br> May 16, 2014 Presentation, (also maintained on Dynagas Website) | The use of solid lines in the May 2018 presentation indicated continuation of the existing contractual terms for *Ob River* and *Arctic Aurora* in light of Dynagas's prior practice of identifying a rate change with a red box and bold white lettering on a dark field. <br><br> ¶¶ 102-5. |

| No. | Statement | Source | Reason Why False and/or Misleading |
|---|---|---|---|
| **16** | "[On] August 2, 2018, the *Arctic Aurora* was delivered to Statoil under a time charter contact with a firm period of three years +/- 30 days. This charter is in direct continuation of the vessel's previous charter with Statoil. Statoil will have the option to extend the charter term by two consecutive 12-month periods at escalated rates." ¶ 113. | Oct. 18, 2018 Final Prospectus Supplement | 1. The new charter was not a direct continuation but rather an entirely new agreement.<br><br>2. This statement omits that the new charter was at a substantially lower rate. ¶¶ 114-15. |

## Corrective Disclosures and Admissions

| No. | Statement | Source | Information Disclosed and/or Admitted |
|---|---|---|---|
| **17** | "Our reported earnings for the second quarter of 2018 were in line with our expectations and were above those for the second quarter of 2017, but below those for the first quarter of 2018. Our earnings were impacted by: (i) the temporary employment of the *Clean Energy* in the short-term market until July 13, 2018, at which time the vessel commenced employment on a time charter with Gazprom for a term of approximately eight years, (ii) the completion of the multiyear charter contract with Gazprom for the *Ob River* in April 2018 and the subsequent employment of the vessel with the same company at a lower rate of hire reflecting a longer charter term of ten years, and (iii) the scheduled dry-docking of the Arctic Aurora in May 2018." ¶ 107 | July 27, 2018, Second Quarter 2018 Press Release | 1. This statement disclosed that the *Ob River* was employed at a lower rate.<br><br>2. This statement admitted that the loss of revenue from the *Ob River* impacted earnings and that it was not unexpected. ¶ 108. |
| **18** | "[T]wo of our vessels, the *Arctic Aurora* and the *Ob River*, commenced employment under extended charter contracts with their respective charterers at lower rates compared with the previous charter contracts." ¶ 124. | Nov. 15, 2018, Third Quarter 2018 Press Release | This statement disclosed that the *Arctic Aurora* was employed at a lower rate. ¶ 124. |

EC.00102661.8                    7

| No. | Statement | Source | Information Disclosed and/or Admitted |
|---|---|---|---|
| 19 | "Our reported earnings for the fourth quarter ended December 31, 2018 were in line with our expectations. Compared to the same period in 2017, our fourth quarter earnings were impacted by the following occurrences:  (i) the decrease in revenues as a result of the *Arctic Aurora* and the *Ob River* commencing employment under extended charter contracts with their respective charterers at lower rates compared with the previous charter contracts." ¶ 134. | Mar. 21, 2019 Fourth Quarter 2018 Earnings Press Release | This statement admitted that the decrease in revenues due to the charter rate reductions impacted earnings and that Dynagas had expected this impact. ¶ 134. |
| 20 | [Analyst:] "And then just one more on the level of the distribution cut.  You mentioned a disconnect between the equity price and what's going on with the company's underlying operations. So I was curious, maybe what's changed in the rationale for the degree of the cut this time around versus the earlier cut back in April 2018?" [Gregos:] "So when we did our previous cut, we have assumed that the MLP market broadly would improve going forward and enable us and other MLPs to issue cheap equity.  Whereas, that didn't happen, and that is the reason why we had to make a second cut and a more severe cut that goes hand-in-hand and enables us to discuss a wide range of refinancing options." ¶¶ 136-38. | Mar. 22, 2019 Investor Call | 1. This statement admitted that Dynagas, had known since at least April 2018 that it would need to issue equity in order to sustain the 25-cent distribution level. 2. This statement admitted that Dynagas, had known since at least April 2018 that contingencies other than "extreme scenarios," including the simple failure of the securities markets to improve sufficiently, threatened the Company's ability to maintain the 25-cent distribution level. 3. This statement admitted that Dynagas, had – since at least April 2018 – expected the diminution of the Company's revenue and had known that this diminution would require a cut the distribution unless market conditions improved. 4. This statement admitted that Dynagas had planned to support the distribution with the proceeds of new equity, akin to a Ponzi scheme. ¶¶ 12, 139. |