# APPENDIX B

# Appendix B

## Calculations Supporting Assertions in Plaintiffs' Opposition

| No. | Assertion | Calculation |
|---|---|---|
| 1 | Indeed, from 2013 to 2018, Dynagas Holding received approximately $1 billion in cash from Dynagas. Mem. at 3; ¶¶ 25, 58. | $904,624,180 reflects the total amount paid to Dynagas Holding from date of IPO to December 31, 2018. *See* Additional Detail Regarding Cash Paid to Dynagas Holding, below. |
| 2 | The two rate reductions collectively cost Dynagas $19.1 million per year. Mem. at 13. | ***2017 Charter Revenue of Ob River and Arctic Aurora:*** <br><br> • $85,000 *Ob River* 2017 Day Rate as reported by Wells Fargo report. *See* Adler Decl., Ex. 6. Multiplied by 365 days of hire equals total 2017 *Ob River* charter revenue of $31,025,000. <br><br> • $78,500 *Arctic Aurora* 2017 Day Rate as reported by Wells Fargo report. *See* Adler Decl., Ex. 12. Multiplied by 365 days of hire equals total 2017 *Arctic Aurora* charter revenue of $28,652,500. <br><br> 2017 Total charter revenue of *Ob River* and *Arctic Aurora* = $59,677,500 <br><br> ***2019 Charter Revenue of Ob River and Arctic Aurora:*** <br><br> • $55,250 *Ob River* 2019 Day Rate as calculated based on Dynagas's statement that the *Ob River* entered into a new charter contract at a rate 35% lower than the current contract rate. *See* Adler Decl., Ex. 5. Multiplied by 365 days of hire equals total 2019 *Ob River* charter revenue of $20,166,250. <br><br> • $52,000 *Arctic Aurora* 2019 Day Rate as reported by Wells Fargo report. *See* Adler Decl., Ex. 12. Multiplied by 365 days of hire equals total 2019 *Arctic Aurora* charter revenue of $18,980,000. <br><br> 2019 Total charter revenue of *Ob River* and *Arctic Aurora* = $39,146,250. <br><br> **Total Dynagas annual revenue reduction = $20,531,250.** |

1

| No. | Assertion | Calculation |
|---|---|---|
| **3** | [Arctic Aurora's extended charter] would provide a substantially lower rate, reducing Dynagas's revenue by approximately 7%. Mem. at 7, 25. | ***2017 Arctic Aurora Charter Revenue:***<br><br>• $78,500 Arctic Aurora 2017 Day Rate as reported by Wells Fargo report. *See* Adler Decl., Ex. 12. Multiplied by 365 days of hire equals total 2017 *Arctic Aurora* charter revenue of $28,652,500.<br><br>***2019 Arctic Aurora Charter Revenue:***<br><br>• $52,000 *Arctic Aurora* 2019 Day Rate as reported by Wells Fargo report. *See* Adler Decl., Ex. 12. Multiplied by 365 days of hire equals total 2019 *Arctic Aurora* charter revenue of $18,980,000.<br><br>**Decrease in *Arctic Aurora* charter revenue 2017 versus 2019 = $9,672,500**<br><br>• Decrease in *Arctic Aurora* charter revenue 2017 versus 2019 = $9,672,500. Divided by $138,990,000 representing total 2017 charter revenue. *See* 2018 Form 20-F filed on 4/24/2019.<br><br>**Percentage of Dynagas revenue reduction attributable to *Arctic Aurora*: 6.95908%** |
| **4** | Collectively, the renegotiation of the charter terms for *Arctic Aurora* and *Ob River* reduced Dynagas's revenue by approximately 15%. Mem. at 1, 5, 8, 13, 18, 23, 24, 28, 33, 36. | ***2017 Charter Revenue of Ob River and Arctic Aurora:***<br><br>• $85,000 *Ob River* 2017 Day Rate as reported by Wells Fargo report. *See* Adler Decl., Ex. 6. Multiplied by 365 days of hire equals total 2017 *Ob River* charter revenue of $31,025,000.<br><br>• $78,500 Arctic Aurora 2017 Day Rate as reported by Wells Fargo report. *See* Adler Decl., Ex. 12. Multiplied by 365 days of hire equals total 2017 *Arctic Aurora* charter revenue of $28,652,500.<br><br>2017 Total charter revenue of *Ob River* and *Arctic Aurora* = $59,677,500<br><br>***2019 Charter Revenue of Ob River and Arctic Aurora:***<br><br>• $55,250 *Ob River* 2019 Day Rate as calculated based on Dynagas's statement that the *Ob River* entered into a new charter contract at a rate 35% lower than the current contract rate. *See* Adler Decl., Ex. 5. Multiplied by 365 days of hire equals total 2019 *Ob River* charter revenue of $20,166,250.<br><br>• $52,000 *Arctic Aurora* 2019 Day Rate as reported by Wells Fargo report. *See* Adler Decl., Ex. 12. Multiplied by 365 days of hire equals total 2019 *Arctic Aurora* charter revenue of $18,980,000. |

| No. | Assertion | Calculation |
|-----|-----------|-------------|
| | | 2019 Total charter revenue of *Ob River* and *Arctic Aurora* = $39,146,250 |
| | | **Total Dynagas revenue reduction beginning in 2019 = $20,531,250** |
| | | • $20,531,250 total Dynagas revenue reduction beginning in 2019. Divided by $138,990,000 representing total 2017 Voyage Revenue. *See* 2018 Form 20-F filed on 4/24/2019. |
| | | **Total Dynagas revenue reduction percentage beginning in 2019 = 14.771%** |
| **5** | Dynagas issued $55 million in that offering, enough to make up the shortfall, pay its distribution to Series A Preferred Unitholders and (new) Series B Preferred Unitholders, and still pay the 25-cent distribution to its common stockholders. Mem. at 8. | ***Total Proceeds Received in Series B Offering*** <br><br> • Dynagas received $53,267,500 million in proceeds from the Series B Offering. *See* Dynagas Prospectus Supplement filed on Form 424(b)(5) on 10/18/2018. <br><br> ***Total Quarterly Dividend Payment Obligations*** <br><br> • 35,490,000 outstanding common units. *See* 2018 Form 20-F filed on 4/24/2019. Multiplied by $.25 reduced quarterly distribution.[1] <br><br> Quarterly dividend payment to common unit holders = $8,872,500 <br><br> • 3,000,000 outstanding Series A Preferred Units. *See* 2018 Form 20-F filed on 4/24/2019. Multiplied by $.5625 quarterly distribution <br><br> Quarterly dividend payment to Series A Preferred Unit holders = $1,687,500 <br><br> • 2,200,000 outstanding Series B Preferred Units. *See* 2018 Form 20-F filed on 4/24/2019. Multiplied by $.7231 quarterly distribution <br><br> Quarterly dividend payment to Series B Preferred Unit holders = $1,590,820 <br><br> Total quarterly dividend payment across all three outstanding securities = $12,150,820 |

[1] *See* Dynagas LNG Partners LP Common Units (DLNG) Dividend History, available at:  https://www.nasdaq.com/market-activity/stocks/dlng/dividend-history.

| No. | Assertion | Calculation |
|---|---|---|
| | | **Excess proceeds following quarterly dividend payment = $41,116,680** |
| 6 | Had Dynagas been able to issue the remaining $695 million worth of securities at an acceptable price, as planned, it would have been able to fund the 25-cent distribution for another three years, at which time *Arctic Aurora* would be free from its commitment and hopefully re-employed at an improved rate. | • $750,000,000 proposed maximum aggregate offering amount of securities registered under shelf registration. *See* Registration Statement filed on Form F-3 on 12/21/2017. Less $55,000,000 gross proceeds from securities offered pursuant to shelf Registration Statement to date. *See* Prospectus Supplement filed on form 424(b)(5) 10/18/2018.<br><br>Remaining value of securities registered under Registration Statement filed 12/21/2017 = $695,000,000<br><br>• 35,490,000 outstanding common units. *See* 2018 Form 20-F filed on 4/24/2019. Multiplied by $.25 reduced quarterly distribution. Multiplied by 12 quarters (i.e., the course of three years) .<br><br>**Total distribution for three years at $.25 per quarter per unit = $106,470,000** |
| 7 | Notably, the rate reduction Lauritzen stated does not match the approximate rate that Defendants now suggest investors could have derived from the 2013 IPO prospectus and other public statements. Mem. at 30 | • Lauritzen stated the *Ob River* would enter into a new contract at a day rate that was 35% lower than the current day rate. *See* Adler Decl., Ex. 5. The 2017 Rate was $85,000 for *Ob River* as reported by Wells Fargo report. *See* Adler Decl., Ex. 6. Multiplied by .35 representing the 35% reduction in the day rate claimed by Lauritzen.<br><br>Total day rate reduction for the *Ob River* = $29,750<br><br>• $85,000 Ob River 2017 Day Rate. Minus $29,750 total day rate reduction on new contract<br><br>New day rate for *Ob River* = $55,250.<br><br>• Defendants' motion states investors would have been able to calculate a new day rate for the Ob River of $67,266 (Def. Mem. at 18), *i.e.*, $12,016 less than the day rate stated by Lauritzen. |

4

## Additional Detail Regarding Cash Paid to Dynagas Holding

| Amount | Category | Description of Transaction(s) | Source |
|---|---|---|---|
| $103,635,000.00 | Offering Proceeds | Dynagas Holding transferred the *Clean Energy*, *Clean Force* and *Ob River* to Dynagas in advance of the Company's IPO in exchange for 6,735,000 common units and 14,985,000 subordinated units.  Dynagas Holding sold 6,125,000 of those common units in connection with Dynagas's IPO in November 2013 (representing 4,250,000 common units in the IPO plus 1,875,000 resulting from the exercise of the greenshoe option in December 2013).  The total proceeds per common unit in the offering and greenshoe was $16.92 after underwriting commissions. $16.92 multiplied by 6,125,000 common units sold in the offering equals $103,635,000 paid to Dynagas Holding. | *See* 2013 Form 20-F filed 3/25/2014; 424(b)(4) Prospectus filed 11/14/2013. |
| $43,160,180.00 | Distributions | Following the IPO, Dynagas Holding owned 610,000 common units eligible to participate *pro rata* with other common unitholders in quarterly distributions of available cash.  Dynagas Holding also owned 14,985,000 subordinated units not eligible for cash distributions.  On January 23, 2017, the subordination period ended and the 14,985,000 subordinated units converted to common units on a one-for-one basis eligible to receive *pro rata* distributions.<br><br>Calculation of Dynagas Holding's *pro rata* distributions from the date of the IPO to the present is a two-step process.<br><br>*First*, for the subordination period, we take the initial common units Dynagas Holding owned not subject to subordination of 610,000 multiplied by the total per share amount of dividend payments made to common unit holders from 2014 to January 19, 2017.[2]  The sum of this is $3,112,220.<br><br>*Second*, for the post-subordination period, we take the total common units Dynagas Holding owned after the subordination period expired on January 23, 2017 of 15,595,000 common units multiplied by the total per share amount of dividend payments made to common unit holders from January 20, 2017 to the present.  The sum of this is $40,047,960. | *See* 2018 Form 20-F filed on 4/24/2019 |

---

[2] *See* Dynagas LNG Partners LP Common Units (DLNG) Dividend History, available at:  https://www.nasdaq.com/market-activity/stocks/dlng/dividend-history

| Amount | Category | Description of Transaction(s) | Source |
|---|---|---|---|
| | | The total dividends paid during the entire period following Dynagas's IPO to Dynagas Holding is therefore $43,160,180. | |
| $235,000,000.00 | Drop Down - *Arctic Aurora* | In June 2014, Dynagas completed the purchase of the *Arctic Aurora* from Dynagas Holding pursuant to the Omnibus Agreement for a purchase price of $235.0 million,  funded using the net proceeds received in the June 2014 offering together with the proceeds received from a $340 Million Senior Credit Facility. | *See* 2017 Form 20-F filed on 3/20/2017 |
| $257,500,000.00 | Drop Down - *Yenisei River* | In September 2014, Dynagas completed the purchase of the *Yenisei River* from Dynagas Holding pursuant to the Omnibus Agreement for a purchase price of $257.5 million, funded using the net proceeds received from the 2019 Notes offering, together with cash on hand. | *See* 2017 Form 20-F filed on 3/20/2017 |
| $240,000,000.00 | Drop Down - *Lena River* | In December 2015, Dynagas completed the purchase of the *Lena River* from Dynagas Holding pursuant to the Omnibus Agreement for a purchase price of $240.0 million, funded using the net proceeds received from the offering of Series A Preferred Units, borrowings under our $200 Million Term Loan Facility and cash on hand. | *See* 2018 Form 20-F filed on 3/20/2017 |
| $6,347,000.00 | Management Fees - 2018 | Our Manager is wholly-owned by Mr. Georgios Prokopiou, our Chairman of the Board, and has been providing these services for the vessels in our Fleet for over eleven years. In addition, our Manager performs the commercial and technical management of each of the Optional Vessels, which also includes the supervision of the construction of these vessels. | *See* 2018 Form 20-F filed on 4/24/2019 |
| $6,162,000.00 | Management Fees - 2017 | Our Manager is wholly-owned by Mr. Georgios Prokopiou, our Chairman of the Board, and has been providing these services for the vessels in our Fleet for over eleven years. In addition, our Manager performs the commercial and technical management of each of the Optional Vessels, which also includes the supervision of the construction of these vessels. | *See* 2018 Form 20-F filed on 4/24/2019 |
| $5,999,000.00 | Management Fees - 2016 | Our Manager is wholly-owned by Mr. Georgios Prokopiou, our Chairman of the Board, and has been providing these services for the vessels in our Fleet for over eleven years. In addition, our Manager performs the | *See* 2018 Form 20-F filed on 4/24/2019 |

| Amount | Category | Description of Transaction(s) | Source |
|---|---|---|---|
| | | commercial and technical management of each of the Optional Vessels, which also includes the supervision of the construction of these vessels. | |
| $4,870,000.00 | Management Fees - 2015 | Our Manager is wholly-owned by Mr. Georgios Prokopiou, our Chairman of the Board, and has been providing these services for the vessels in our Fleet for over eleven years. In addition, our Manager performs the commercial and technical management of each of the Optional Vessels, which also includes the supervision of the construction of these vessels. | *See* 2018 Form 20-F filed on 4/24/2019 |
| $1,951,000.00 | Management Fees - 2014 | Our Manager is wholly-owned by Mr. Georgios Prokopiou, our Chairman of the Board, and has been providing these services for the vessels in our Fleet for over eleven years. In addition, our Manager performs the commercial and technical management of each of the Optional Vessels, which also includes the supervision of the construction of these vessels. | *See* 2018 Form 20-F filed on 4/24/2019 |
| **$904,624,180.00** | Total Paid to Dynagas Holding from Dynagas's inception to December 31, 2018. | | |