# APPENDIX C

*In Re Dynagas LNG Partners LP Securities Litigation,* No. 19-cv-04512 (AJN) (S.D.N.Y.)

# TIMELINE OF KEY EVENTS



**May 30, 2013:**
**Dynagas Is Founded** as a wholly-owned subsidiary of Dynagas Holding. ¶ 54.

**February 20, 2014:**
**The Distribution Is Announced** at $0.365 (pro-rated). Dynagas makes a distribution to its common stock holders of $0.365 throughout 2014 ¶ 64.

**March 31, 2016:**
**Dynagas Announces That the *Ob River's* Charter Is Extended**. ¶ 70. Dynagas does not disclose that this charter contract provided a lower rate than what Dynagas was receiving at the time. *Id.*

**December 20, 2017:**
**Dynagas Announced That the *Arctic Aurora's* Charter Is Extended,** Dynagas enters into a new long-term charter contract for the *Arctic Aurora* with the same entity to which it was then chartered. ¶ 72. Dynagas omits that this charter contract provides a lower rate than it is currently receiving. *Id.*

**February 15-16, 2018:**
**Dynagas Press Release and Conference Call**
Dynagas and its officers make false and misleading statements related to the Company's cash flow and charter rates. ¶¶ 84-88.

**April 18, 2018:**
**Dynagas Press Release and Conference Call**
Dynagas issues a press release announcing a reduction in the quarterly distribution to holders of its common stock, to $0.25 per share and assuring the public that this distribution "aligns" with the Company's cash flow. ¶¶ 89, 90.

**November 13, 2013:**
**Dynagas Completes Its IPO,** raising approximately $225 million by selling 12,500,000 shares to the public at $18 per share. ¶ 61.

**2014-2015:**
Dynagas purchases three additional vessels from Dynagas Holding financed by public equity and debt. ¶ 67.

**2015 through 2017:**
**Dynagas Makes Quarterly Distributions of $0.4225** to holders of its common stock. ¶ 64.

**December 21, 2017:**
**Class Period Begins**
**Dynagas Files a Shelf Registration Statement** for up to $750 million in new securities. ¶ 75. The prospectus omits that *Ob River* and *Arctic Aurora* are committed to long-term charter contracts at substantially reduced rates. ¶ 76.

**May 16-17, 2018:**
**Dynagas Press Release, Conference Call, and Presentation**
Dynagas and its management make further false and misleading statements, including: [Analyst]: "So now that the distribution is more aligned with the suitable cash flow, do you feel like this current level is pretty easily sustainable in the coming quarters and years," [Gregos]: "*Yeah, definitely.* What we wanted to achieve was this alignment. *And as for the foreseeable future this distribution, as I mentioned before is sustainable.*" ¶¶ 89-105.

*In Re Dynagas LNG Partners LP Securities Litigation,*  No. 19-cv-04512 (AJN) (S.D.N.Y.)

## TIMELINE OF KEY EVENTS



**July 27, 2018:**
**Dynagas Press Release and Conference Call**
Dynagas and its management assure the public "I think the maintaining this [distribution] *we've already achieved that* with our previous distribution realignment, I mean, if you look at our cash flows, they're supported, *the distribution is supported by our current cash flow profile for quite a long time*." ¶¶ 108-11.  Dynagas also discloses the *Ob River's* reduced charter rate. ¶¶ 106-7.

**January 25, 2019:**
**Dynagas Cuts Its Distribution to .0625 Per Share**
Dynagas announces that the Company is cutting its quarterly distribution another 75% – from 25 cents per share to 6.25 cents per share. ¶ 130. The price of Dynagas common stock falls from $4.02 per share at close on Friday, January 25, 2019 to $2.88 on the next trading day. ¶ 132.

**March 21, 2019:**
**Class Period Ends**
**Dynagas Releases Fourth Quarter 2018 Financial Results,** missing analysts' expectations due to Arctic Aurora's reduced charter rate. ¶¶ 133-34.

**September 19, 2019:**
**Dynagas Eliminates the Distribution through 2024.** ¶ 141.

**October 18, 2018:**
**Dynagas Sells 2.2 million Series B Preferred Units**
The offering materials omit the material fact that the current three-year charter for *Arctic Aurora* provides significantly less revenue than the prior charter did. ¶¶ 112-22.

**November 15-16, 2018:**
**Dynagas Reveals *Arctic Aurora* Is Employed at a Reduced Rate** and that this has had a material impact on the Company's Revenue.  Dynagas's response to an investor question implies the distribution may be in jeopardy. Dynagas's stock price falls from $7.76 to $4.08 per share over the next twelve days. ¶¶ 123-29.

**May 16, 2019:**
**This Action Is Filed**

**March 22, 2019:**
**Dynagas Admits to the Scheme**
[Analyst] **"**So I was curious, maybe what's changed in the rationale for the degree of the cut this time around versus the earlier cut back in April 2018?"  [PAUSE] [GREGOS]: "So when we did our previous cut, we have assumed that the MLP market broadly would improve going forward and enable us and other MLPs to issue cheap equity.  Whereas, that didn't happen, and that is the reason why we had to make a second cut and a more severe cut that goes hand-in-hand and enables us to discuss a wide range of refinancing options." ¶¶ 135-39.

**September 26, 2019:**
**The Operative Complaint is Filed**

2019

2020