UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE DYNAGAS LNG PARTNERS LP SECURITIES LITIGATION | No. 19-cv-04512 (AJN) |

**DECLARATION OF ANDREW J. ENTWISTLE IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO THE DYNAGAS ENTITY DEFENDANTS' AND THE UNDERWRITER DEFENDANTS' MOTION TO DISMISS**

I, Andrew J. Entwistle, admitted to practice law in the State of New York and before this Court, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Managing Partner of the law firm of Entwistle & Cappucci LLP, Lead Counsel for the Class and counsel for lead plaintiffs FNY Partners Fund LP ("FNY"), Mario Epelbaum and Scott Dunlop and plaintiff Irving Braun in the above-captioned action.

2. I make this Declaration in support of the Plaintiffs' Memorandum of Law in Opposition to the Dynagas Entity Defendants' and the Underwriter Defendants' Motion to Dismiss the Amended Class Action Complaint. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. Attached hereto as "EXHIBIT A" is a true and correct copy of Credit Suisse's February 20, 2018 Analyst Report.

4. Attached hereto as "EXHIBIT B" is a true and correct copy of Maxim's May 17, 2018 Analyst Report.

5. Attached hereto as "EXHIBIT C" is a true and correct copy of Jeffries's July 27, 2018 Analyst Report.

6. Attached hereto as "EXHIBIT D" is a true and correct copy of Dynagas's December 21, 2017 Press Release entitled "*Dynagas LNG Partners LP Enters Into New Long-Term Time Charter for the LNG Carrier Arctic Aurora and Extends Current Time Charter for the LNG Carrier Clean Energy*."

7. Attached hereto as "EXHIBIT E" is a true and correct excerpt of the Final Prospectus Supplement on Form 424(b)(5) to the initial public offering of Series B Preferred Units dated October 16, 2018.

8. Attached hereto as "EXHIBIT F" is a true and correct excerpt of Dynagas's 2017 Annual Report on Form 20-F, as filed with the SEC on March 9, 2018.

9. Attached hereto as "EXHIBIT G" is a true and correct copy of Berenberg's November 16, 2018 Analyst Report.

10. Attached hereto as "EXHIBIT H" is a true and correct copy of the transcript of the March 22, 2019 Dynagas Q4 2018 Earnings Call.

11. Attached hereto as "EXHIBIT I" is a true and correct excerpt of the Final Prospectus Supplement on Form 424(b)(4) to the initial public offering of Dynagas common units ("common stock") dated November 13, 2013.

12. Attached hereto as "EXHIBIT J" is a true and correct excerpt of Dynagas's 2018 Annual Report on Form 20-F, as filed with the SEC on April 24, 2019.

13. Attached hereto as "EXHIBIT K" is a true and correct copy of Dynagas' Form 6-K, as filed with the SEC on May 17, 2018.

14. Attached hereto as "EXHIBIT L" is a true and correct copy of the transcript of the July 27, 2018 Dynagas Q2 2018 Earnings Call.

15. Attached hereto as "EXHIBIT M" is a true and correct copy of Maxim's February 15, 2018 Analyst Report.

16. Attached hereto as "EXHIBIT N" is a true and correct copy of Maxim's February 16, 2018 Analyst Report.

17. Attached hereto as "EXHIBIT O" is a true and correct copy of Jeffries's February 16, 2018 Analyst Report.

18. Attached hereto as "EXHIBIT P" is a true and correct copy of the April 18, 2018 Dynagas Press Release entitled "*Dynagas LNG Partners LP Announces Reduction in Quarterly Distribution to $0.25 Per Common Unit*."

19. Attached hereto as "EXHIBIT Q" is a true and correct image of Defendant Lauritzen's profile retrieved from the Wall Street Journal's website on the date of this filing.

20. Attached hereto as "EXHIBIT R" is a true and correct copy of Defendant Lauritzen's profile retrieved from MarketScreener's website on the date of this filing.

21. Attached hereto as "EXHIBIT S" is a true and correct copy of Dynagas's February 15, 2018 Press Release entitled "Dynagas LNG Partners LP Reports Results for the Three Months and Year Ended December 31, 2017."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of February 2020.

By: */s/ Andrew J. Entwistle*
Andrew J. Entwistle

## **CERTIFICATE OF SERVICE**

I certify that on this 10th day of February 2020, I caused the foregoing to be electronically filed with Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle