# EXHIBIT B



**EQUITY RESEARCH**
PRICE TARGET CHANGE

## LNG

### DLNG - NYSE
May 17, 2018

| Closing Price 05/17/2018 | $8.08 |
| --- | --- |
| Rating: | Buy |
| 12-Month Target Price: | *(prior $12.00)* $11.00 |
| 52-Week Range: | $7.51 - $16.47 |
| Market Cap (M): | 287 |
| Shares O/S (M): | 35.5 |
| Float: | 56.0% |
| Avg. Daily Volume (000): | 167 |
| Debt (M): | $731.7 |
| Dividend: | $1.00 |
| Dividend Yield: | 12.38% |
| Risk Profile: | Medium |
| Fiscal Year End: | December |

| Revenue ('000) | | | |
| --- | --- | --- | --- |
| | 2017A | 2018E | 2019E |
| 1Q | 39,092 | 33,904A | 34,001 |
| 2Q | 31,975 | 34,167 | 34,379 |
| 3Q | 33,471 | 34,619 | 33,836 |
| 4Q | 34,452 | 31,006 | 36,136 |
| FY | 138,990 | 133,695 | 138,353 |
| *Prior* | — | 133,853 | — |

| EBITDA ('000) | | | |
| --- | --- | --- | --- |
| | 2017A | 2018E | 2019E |
| 1Q | 31,271 | 26,590A | 26,012 |
| 2Q | 22,921 | 26,715 | 26,142 |
| 3Q | 26,434 | 27,088 | 25,588 |
| 4Q | 26,919 | 23,782 | 27,885 |
| FY | 107,545 | 93,208 | 105,627 |
| *Prior* | — | 91,568 | 104,843 |

| Non-GAAP EPS | | | |
| --- | --- | --- | --- |
| | 2017A | 2018E | 2019E |
| 1Q | 0.37 | 0.16A | 0.15 |
| 2Q | 0.07 | 0.05 | 0.16 |
| 3Q | 0.15 | 0.01 | 0.14 |
| 4Q | 0.16 | 0.09 | 0.26 |
| FY | 0.75 | 0.30 | 0.70 |
| *Prior* | — | 0.20 | 0.54 |



**James Jang**
(212) 895-3562
jjang@maximgrp.com

# Dynagas LNG Partners                    Buy

## Reducing PT to $11 on Lower Optional Fleet Value Accrual, but Distribution (Yielding 12%+) Safe - Reiterate Buy

### Summary

- **DLNG reported solid 1Q18 results after yesterday's close with revenue & EBITDA generally in-line, and earnings per common unit ahead of our expectations.**

- **The distribution coverage ratio of 1.08x was higher than our 1.02x forecast, and marked a return back above 1.0x since 1Q17. The annualized $1.00 distribution is currently yielding 12.4%, which we believe is safe through our forecast period.**

- **We are lowering price target to $11, from $12, now based on our 2019 NAV estimate (prior 2018E) as we have lowered our optional fleet value accrual and charter NPV to account for the additional spot/pool trading days in 2018.**

- **Our new $11 price target is based on about a 1x multiple to the midpoint of our two forward, normalized 2019E NAV of $10.60 (prior 2018: $12.13).**

### Details

**DLNG followed up a strong 4Q17 with solid 1Q18 results**. Following the $0.16 per common unit achieved during a challenging LNG rate environment in 4Q17, DLNG reported $0.16 per common unit in 1Q18 on net revenues of $33.9 million vs. our estimate of $34.1, and EBITDA of $26.6 million vs. our estimate of $26.2 million. The company reported a fleet-wide TCE rate of $61,635 per vessel/day versus our expectations of $62,076 per vessel/day and slightly lower than the reported market rate of $65,385 per vessel/day.

==**Distribution yielding a healthy 12.4%, and safe in our view**. Although in mid-April, DLNG cut the quarterly cash distribution to $0.25 per common unit from $0.4225 per common unit (41% decrease), the current annualized yield is still a healthy 12.4%, and importantly, we view the current level as safe through our 2019 forecast period. Following the distribution cut, DLNG reported a coverage ratio of 1.08x, higher than our 1.02x estimate and marked a return above 1.0x since 1Q17.==

**Senior unsecured note refinancing**. The company reiterated on the call this morning that they expect the 6.25% non-amortizing $250 million senior unsecured note due in October 2019 should be refinanced during 2018. We believe once this announcement is made and the overhang is removed, DLNG could possibly look to increase the quarterly distribution in 2019 or pivot to finding solutions for dropping down additional assets into the MLP.

**Long-term strategy being put in place**. The company implemented the distribution cut in order to preserve additional cash (annual cash savings of $25 million) ahead of the refinancing of the senior unsecured notes. We believe once the overhang from the notes are removed in 2018, the company could turn its attention back to growing the MLP fleet, with two identified drop down candidates. Additionally, as we move into 2020, we expect China, Japan, and South Korea to drive additional LNG demand. Particularly in Japan and South Korea, which have been pivoting away from nuclear and coal to additional LNG imports, which could lead to further tightness in the market.

**Adjusting estimates.** We are revising our forecasts on lower operating expenses and now expect EBITDA of $93.2 million (*$91.6 million prior*) in 2018, and $105.6 million (*$104.8 million prior*) in 2019. Based on lower voyage and vessel expenses, we now look for earnings per common unit of $0.30 (*$0.20 prior*) in 2018, and $0.70 (*$0.54 prior*) in 2019.

**Maintain Buy but lower price target to $11, from $12.** We are adjusting our optional fleet value accrual to reflect a lower premium to NAV (1.1x, from 1.4x) and adjusting our financing assumptions to 63%, from 50% to reflect the $150 million of debt remaining on the drop down candidates. Additionally, we expect a lower charter

**Dynagas LNG Partners (DLNG)**

premium for 2018, which leads to a forward, normalized 2019E NAV of $10.60. Although we expect LNG rates to continue to outpace the $30,000 - $40,000 per vessel/day witnessed between 2015-2016, based on our new 2019 adjusted NAV analysis, we lower our price target to $11 from $12. Our price target is now based on about 1x our 2019 NAV estimate of $10.60 (our prior price target was based on about 1x our 2018 NAV estimate of $12.13). We believe a slight premium is warranted due to the specialized nature of the company's ice-class LNG carriers.

## 1Q18 EARNINGS REVIEW

Dynagas LNG Partners announced 1Q18 results after the market close on May 16, 2018.  The company reported net revenues of $33.9 million, lower than our estimate of $34.1 million, and the consensus of $34.4 million.  Reported EBITDA of $26.6 million, was higher than our expectations of $26.2 million, and the consensus of $25.7 million.  Earnings per common unit came in at $0.16, higher than our forecasts of $0.13, and the consensus of $0.15.

During 1Q18, DLNG achieved fleet utilization of 100%, higher than the 99% realized during 1Q17.  The company's fleet achieved a time charter equivalent (TCE) rate of $61,635 per vessel/day versus our expectations of $62,076 per vessel/day.  As previously announced, the company declared a distribution of $0.25 per common unit, a decrease from the prior $0.4224 per common unit.  The revised annual distribution of $1.00 per common unit represents a healthy 12.1% distribution yield.

Following the distribution cut, the distributable coverage ratio increased to 1.08x, vs. our expectations of 1.02x and marked a return above 1.0x (1Q17).

**Figure 1. DLNG 1Q18 Variance Table**

| Selected Income Statement Line Items | 1Q18E | | 1Q18A | Variance | Variance |
| --- | --- | --- | --- | --- | --- |
| ($mm), except per share and dividend data | Maxim | Consensus | | vs. Maxim | vs. Consensus |
| Net revenue | $34.1 | $34.4 | **$33.9** | ($0.2) | ($0.5) |
| EBITDA | $26.2 | $25.7 | **$26.6** | $0.4 | $0.9 |
| Net income | $5.8 | $6.1 | **$5.5** | ($0.3) | ($0.5) |
| Earnings per common unit | $0.13 | $0.15 | **$0.16** | $0.03 | $0.01 |
| Distribution | $0.25 | $0.25 | **$0.25** | $0.00 | $0.00 |

*Sources: Thomson consensus, Dynagas LNG Partners, Maxim Group LLC*

## FINANCIAL PERFORMANCE AND OUTLOOK

**Income statement.** For 1Q18, DLNG achieved top-line revenues of $33.9 million, a ~13.3% decrease versus 1Q17.  Although LNG rates continue to trade below historical averages, DLNG posted another period earnings following 4Q17.  Furthermore, we expect the current tightness in the sector to dissipate during 2018 and now look for DLNG to achieve top-line revenues of $133.7 million (*$133.9 million prior*), EBITDA of $93.2 million (*$91.6 million prior*), and earnings per common unit of $0.30 (*$0.20 prior*).  To note, our 2018 earnings are impacted by an expected $10.5 million charge related to dry-dockings and special survey costs.  For 2018, we are expecting DLNG to achieve a fleet-wide net TCE rate of $62,110 per vessel/day (*$61,465 per vessel/day prior*) which is based on our assumptions of softer 2Q18-3Q18 spot rates due in part to seasonality, and also the 49 LNG carriers set for delivery throughout the year.

For 2019, we look for LNG sector to tighten as additional LNG projects, most notably in the APAC region, the Middle East, and the U.S. come online.  If there are no delays in the planned trains through 2019, we expect over 350 million tons of additional LNG supply to support the increased demand in Europe, and the Far East.  Therefore, in 2019, we look for DLNG to generate top-line revenues of $138.4 million, EBITDA of $105.6 million (*$104.8 million prior*), and earnings per common unit of $0.70 *($0.54 prior).*

In terms of vessel operating expenses, we look for the company's LNG carriers to average $12,300 per vessel/day for 2018 and we expect those numbers to increase with inflation going forward.  We anticipate approximately 43 days off-hire in 2018 when the *Yenisei River*, *Arctic Aurora*, and *Lena River* will enter into their first 5-year special surveys.  For G&A expenses, we estimate roughly $1.6 million per annum or approximately $750 per vessel/day, while management fees are expected to be about $2,800 per vessel/day.  Given our revenue and expense forecasts, we forecast net income of $10.1 million in 2018, and $25 million in 2019.

The company's current contract backlog has a remaining life of approximately 10 years on $1.5 billion in revenues.  The company's charter profile strengthens in 2019 as all of the company's vessels will be on long-term time charters to high-quality counterparties.

**Figure 2. Contracted Charter Backlog**

| Vessel | Built | Capacity | 2018 | 2019 | 2020 | 2021 | |
|--------|-------|----------|------|------|------|------|---|
| Clean Energy | 2007 | 149,700 | Gazprom | | | | To 2Q26 |
| Amur River | 2008 | 149,700 | Gazprom/Sakhalin Energy | | | | To 2Q28 |
| Ob River | 2007 | 149,700 | Gazprom/Sakhalin Energy | | | | To 1Q28 |
| Yenisei River | 2013 | 155,000 | Gazprom | | Yamal LNG | | To 2023/2034 |
| Arctic Aurora | 2013 | 155,000 | Statoil | | | | |
| Lena River | 2013 | 155,000 | Gazprom | | | Yamal LNG | To 2024/2035 |
| *Clean Horizon** | *2015* | *162,000* | | *Yamal LNG* | | | |
| *Clean Vision** | *2015* | *162,000* | | *Yamal LNG* | | | |

*\* optional drop down candidates - 2018*



No Charter Cover

Charter Cover

Delivery Window

*Sources: Dynagas LNG Partners, Maxim Group LLC*

**Balance sheet.** As of the end of 1Q18, DLNG had approximately $711.3 million in long-term debt on the balance sheet versus $61.4 million in cash and securities. As such, DLNG maintains a total debt/book capitalization of 70%. We look for the company to address the leverage once the LNG market strengthens which could coincide with additional drop down of vessels.

The company's outstanding obligations are comprised of a $480 million senior secured term loan (Term Loan B) and $250 million senior unsecured notes. The Term Loan B carries a floating rate of LIBOR plus 450 bps and has a six year amortization profile with the final balloon payment due during 2Q23. This facility has a 1% amortization profile which should enable DLNG preserve cash. The $250 senior notes carry a fixed rate of 6.25% and are due on October 30, 2019.

**Cash flow and distribution policy.** DLNG currently distributes $0.25 quarterly to all unitholders, implying a current yield of approximately 12.2%. The distribution is based on the partnership agreement, and we believe the company's long-term charters will enable the distribution to continue.

Following the distribution cut, we believe the company has allowed for the distribution coverage ratio to trend above 1.0x through our forecast period. Based on our updated forecasts, this distribution is about 1.00x covered in 2018, and 1.13x covered in 2019 on an aggregated distributable cash flow basis. Management has stated the intended goal for the distribution cut was to have a distributable cash flow coverage ratio above 1.0x, and we expect DLNG to maintain the current distribution levels.

The company's refinancing of the outstanding loans has lowered the quarterly repayment profile and pushed out maturities beyond the current weak LNG carrier rate environment. We note that we assume $3.2 million of annual drydocking reserves and $12.8 million of replacement capital reserves.

## VALUATION

Our primary benchmark in evaluating shipping companies is to use a price/charter-adjusted NAV. This metric takes into account the overall market value of a company's assets based on quoted prices from shipping brokers, adjusted for balance sheet items. In particular, we believe it's useful to also adjust for any charters that may be above or below the current market, based on a discounted cash flow relative to what we believe is the consensus market forecast. Given that shipping in general is a highly cyclical industry, we prefer to normalize NAV based on long-term historical averages, which we use as a proxy for mid-cycle asset values.

We modify our NAV valuation for MLP stocks in an attempt to quantify the arbitrage gained from an MLP's lower cost of capital. To do this, we assume the vessels the MLP has the option to purchase are acquired with newly issued equity capital at a premium to NAV. In our opinion, this value accrual calculation approximates the lower cost of capital advantage that an MLP shipping company typically has relative to a regular corporate structure.

**Price/Net Asset Value (P/NAV).** On a fully integrated fleet basis, and based on the 1Q18 balance sheet at that time, we calculate Dynagas Partners' current NAV to be $8.07 per share (see Figure 3 below), which is based on 35.5 million units outstanding. We are

**Figure 3. Charter-adjusted Forward, Normalized NAV – 1Q18**

| Balance Sheet - 1Q18 | | | | ($ millions) | | | |
|---|---|---|---|---|---|---|---|
| Vessel Type | # of vessels | Avg. Age | Historical Low | Current | Historical Mean | Historical Median | Historical High |
| Ice Class Vessels | 5 | 6.2 | 522.3 | 777.3 | 815.4 | 843.6 | 1,075.7 |
| Steam LNG Carrier | 1 | 10.0 | 91.0 | 137.1 | 141.9 | 146.9 | 187.1 |
| Fleet Value | 6 | 6.8 | 613.3 | 914.4 | 957.3 | 990.5 | 1,262.8 |
| Working capital | | | 44.2 | 44.2 | 44.2 | 44.2 | 44.2 |
| Long-term debt | | | (711.3) | (711.3) | (711.3) | (711.3) | (711.3) |
| Charter NPV | | | 22.7 | 22.7 | 22.7 | 22.7 | 22.7 |
| Distributions paid | | | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 |
| Net Asset Value | | | (14.4) | 286.8 | 329.7 | 362.9 | 635.2 |
| Diluted shares | | | 35.5 | 35.5 | 35.5 | 35.5 | 35.5 |
| NAV/share | | | ($0.40) | $8.07 | $9.28 | $10.21 | $24.12 |
| Price/NAV | | | (20.36x) | 1.02x | 0.89x | 0.81x | 0.56x |

*Sources: Dynagas LNG Partners, Maxim Group LLC estimates*

To calculate the value accrual relative to the additional newbuild LNG vessels that DLNG has the option to acquire from its sponsor, Dynagas Holdings Ltd., we assume a 62.5%/37.5% debt to equity funding mix, as well as additional equity capital issued at a 1.1x premium to NAV. We use this discount from the current premium of 1.4x. Using these assumptions implies a $32.7 million value accrual to DLNG, or $0.92 per share. Near-term, as the company has announced intentions of dropping down the *Clean Horizon*, or the *Clean Vision* into the MLP during 2018, this would equate to $8.2 million in value accrual or $0.23 per share.

See Figure 4 below for details.

**Figure 4. Optional and Newbuild Vessels Valuation Accrual**

| Name | CBM | Year Built | Purchase Price | Ownership | Financing | Debt | Equity | Effective Cost | Value Accrual |
|---|---|---|---|---|---|---|---|---|---|
| Clean Ocean | 162,000 | 2014 | 240.0 | 100% | 63% | 150.0 | 90.0 | 81.8 | 8.2 |
| Clean Planet | 162,000 | 2014 | 240.0 | 100% | 63% | 150.0 | 90.0 | 81.8 | 8.2 |
| Clean Horizon | 162,000 | 2015 | 240.0 | 100% | 63% | 150.0 | 90.0 | 81.8 | 8.2 |
| Clean Vision | 162,000 | 2015 | 240.0 | 100% | 63% | 150.0 | 90.0 | 81.8 | 8.2 |
| Total value accrual | | | | | | | | | $32.7 |
| Per share basis | | | | | | | | | $0.92 |

| Name | CBM | Year Built | Purchase Price | Ownership | Financing | Debt | Equity | Effective Cost | Value Accrual |
|---|---|---|---|---|---|---|---|---|---|
| Boris Vilkitsky | 172,000 | 2017 | 320.0 | 49% | 50% | 160.0 | 160.0 | 145.5 | 7.1 |
| Fedor Litke | 172,000 | 2018 | 320.0 | 49% | 50% | 160.0 | 160.0 | 145.5 | 7.1 |
| Hull 2427 | 172,000 | 2019 | 320.0 | 49% | 50% | 160.0 | 160.0 | 145.5 | 7.1 |
| Hull 2428 | 172,000 | 2019 | 320.0 | 49% | 50% | 160.0 | 160.0 | 145.5 | 7.1 |
| Hull 2429 | 172,000 | 2019 | 320.0 | 49% | 50% | 160.0 | 160.0 | 145.5 | 7.1 |
| Total value accrual | | | | | | | | | $35.6 |
| Per share basis | | | | | | | | | $0.26 |

*Source: Maxim Group LLC estimates*

Furthermore, Dynagas Holdings Ltd, the sponsor, has 49% ownership stakes in five newbuild ARC7 LNG carriers. All of these vessels are contracted for the Yamal LNG project with deliveries through 2019 (the *Boris Vilkistsky*, and *Fedor Litke* have been delivered).  Although the dropdown status of these vessels is uncertain at this point, if we assume these vessels are dropped down into DLNG, using the same valuation as the optional fleet with a 50%/50% debt to equity mix, as well as additional capital issued at a 1.1x premium to NAV, this implies a $35.6 million value accrual to DLNG, or $0.26 per share. See Figure 4 above.

We forecast out the balance sheet to the end of 2019 and assume asset values revert to long-term averages (we use both a reversion to the mean and median).  Including the $32.7 million value accrual from the optional newbuild vessels, along with roughly $85 million of distributions expected to be paid through 2019, implies a forward normalized NAV of approximately $10.60 per share (*$12.13 prior*).  Therefore, we maintain our Buy rating but lower our price target to $11.  Our new $11 price target is based on about a 1.0x multiple to the midpoint or our two forward, normalized 2019E NAV of $10.60.  We believe a slight premium multiple to DLNG's NAV is warranted due to the specialized nature of its ice-class LNG carriers and trade.

**Figure 5. Charter-adjusted Forward, Normalized NAV – 2019E**

| Balance Sheet - 2019E | | | Historical Low | Historical Mean | Historical Median | Historical High | | Target Normalized |
|---|---|---|---|---|---|---|---|---|
| Vessel Type | # of vessels | Avg. Age | | | | | | |
| Ice Class Vessels | 5 | 8.2 | 486.4 | 775.5 | 804.5 | 1,001.3 | | 790.5 |
| Steam LNG Carrier | 1 | 12.0 | 84.0 | 136.4 | 141.5 | 172.5 | | 139.2 |
| Fleet Value | 6 | 8.8 | 570.4 | 911.9 | 946.0 | 1,173.8 | | 929.7 |
| Working capital | | | 26.6 | 26.6 | 26.6 | 26.6 | | 26.6 |
| Long-term debt | | | (702.1) | (702.1) | (702.1) | (702.1) | | (702.1) |
| Charter NPV | | | 4.6 | 4.6 | 4.6 | 4.6 | | 4.6 |
| Distributions paid | | | 85.0 | 85.0 | 85.0 | 85.0 | | 85.0 |
| Optional fleet value accrual | | | 32.7 | 32.7 | 32.7 | 32.7 | | 32.7 |
| Net Asset Value | | | 17.2 | 358.7 | 392.8 | 620.6 | | 376.5 |
| Diluted shares | | | 35.5 | 35.5 | 35.5 | 35.5 | | 35.5 |
| NAV/share | | | $0.48 | $10.10 | $11.06 | $24.12 | | $10.60 |
| Price/NAV | | | 17.00x | 0.82x | 0.74x | 0.56x | | 0.78x |

*Sources: Dynagas LNG Partners, Maxim Group LLC estimates*

**Figure 6. Dynagas LNG Partners' Income Statement**

Dynagas LNG Partners (DLNG)

Income Statement ($ in thousands, except per share data)

| Period Ends | 2016 | 1Q17 | 2Q17 | 3Q17 | 4Q17 | 2017 | 1Q18 | 2Q18E | 3Q18E | 4Q18E | 2018E | 1Q19E | 2Q19E | 3Q19E | 4Q19E | 2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Voyage revenues** | $169,851 | $39,092 | $31,975 | $33,471 | $34,452 | $138,990 | $33,904 | $34,167 | $34,619 | $31,006 | $133,695 | $34,001 | $34,379 | $33,836 | $36,136 | $138,353 |
| Voyage expenses | 2,961 | 872 | 1,345 | 717 | 685 | 3,619 | 621 | 626 | 634 | 568 | 2,449 | 623 | 630 | 620 | 662 | 2,534 |
| Vessel operating expenses | 26,532 | 6,670 | 7,491 | 6,176 | 6,730 | 27,067 | 6,340 | 6,411 | 6,481 | 6,481 | 25,713 | 6,467 | 6,539 | 6,611 | 6,611 | 26,227 |
| General and administrative expenses | 1,885 | 442 | 398 | 394 | 452 | 1,686 | 467 | 471 | 476 | 433 | 1,846 | 475 | 480 | 485 | 485 | 1,925 |
| Dry-docking and special survey costs | - | 220 | 4,911 | 1,096 | (34) | 6,193 | 629 | 4,300 | 6,200 | - | 11,129 | - | - | - | - | - |
| Management fees related party | 5,999 | 1,519 | 1,537 | 1,553 | 1,553 | 6,162 | 1,565 | 1,608 | 1,626 | 1,479 | 6,278 | 1,635 | 1,657 | 1,675 | 1,675 | 6,641 |
| Depreciation | 30,395 | 7,476 | 7,559 | 7,642 | 7,642 | 30,319 | 7,476 | 7,559 | 7,642 | 7,642 | 30,320 | 7,469 | 7,552 | 7,635 | 7,635 | 30,292 |
| **Total operating expenses** | 67,772 | 17,199 | 23,241 | 17,578 | 17,028 | 75,046 | 17,098 | 20,975 | 23,059 | 16,603 | 77,735 | 17,219 | 17,407 | 17,576 | 17,618 | 69,820 |
| **Operating income (loss)** | 102,079 | 21,893 | 8,734 | 15,893 | 17,424 | 63,944 | 16,806 | 13,192 | 11,559 | 14,403 | 55,960 | 16,782 | 16,971 | 16,261 | 18,519 | 68,533 |
| Interest and finance costs | (34,991) | (8,890) | (13,725) | (11,745) | (11,718) | (46,078) | (11,882) | (11,178) | (11,201) | (11,230) | (45,491) | (11,253) | (11,276) | (11,304) | (9,384) | (43,217) |
| Other, net | (234) | (91) | (190) | (165) | (81) | (527) | (84) | (121) | (100) | (50) | (355) | (25) | (167) | (94) | (55) | (341) |
| **Net income** | 66,854 | 12,912 | (5,181) | 3,983 | 5,625 | 17,339 | 4,840 | 1,893 | 258 | 3,123 | 10,114 | 5,504 | 5,529 | 4,863 | 9,079 | 24,975 |
| Earnings per common unit | $1.88 | $0.37 | $0.07 | $0.15 | $0.16 | $0.75 | $0.16 | $0.05 | $0.01 | $0.09 | $0.30 | $0.15 | $0.16 | $0.14 | $0.26 | $0.70 |
| Earnings per subordinated unit | $1.88 | | | | | | | | | | | | | | | |
| Earnings per general partner unit | $1.88 | $0.37 | $0.07 | $0.15 | $0.16 | $0.75 | $0.16 | $0.15 | $0.16 | $0.09 | $0.57 | $0.16 | $0.16 | $0.14 | $0.26 | $0.71 |
| Distribution | $1.69 | $0.42 | $0.42 | $0.42 | $0.42 | $1.69 | $0.25 | $0.25 | $0.25 | $0.25 | $1.00 | $0.25 | $0.25 | $0.25 | $0.42 | $1.17 |
| Common units | 20,505 | 31,661 | 35,490 | 35,490 | 35,490 | 34,533 | 35,490 | 35,490 | 35,490 | 35,490 | 35,490 | 35,490 | 35,490 | 35,490 | 35,490 | 35,490 |
| Subordinated units | 14,985 | | | | | | | | | | | | | | | |
| General partner units | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 |
| **EBITDA** | $132,474 | $31,271 | $22,921 | $26,434 | $26,919 | $107,545 | $26,590 | $26,715 | $27,088 | $23,782 | $93,208 | $26,012 | $26,142 | $25,588 | $27,885 | $105,627 |

*Source: Company reports, Maxim Group LLC estimates*

---

## DISCLOSURES

### Dynagas LNG Partners Rating History as of 05/16/2018
powered by: BlueMatrix



| Maxim Group LLC Ratings Distribution | | | As of: 05/16/18 |
|---|---|---|---|
| | | % of Coverage Universe with Rating | % of Rating for which Firm Provided Banking Services in the Last 12 months |
| Buy | Fundamental metrics and/or identifiable catalysts exist such that we expect the stock to outperform its relevant index over the next 12 months. | 80% | 35% |
| Hold | Fundamental metrics are currently at, or approaching, industry averages. Therefore, we expect this stock to neither outperform nor underperform its relevant index over the next 12 months. | 18% | 20% |
| Sell | Fundamental metrics and/or identifiable catalysts exist such that we expect the stock to underperform its relevant index over the next 12 months. | 2% | 25% |
| | *See valuation section for company specific relevant indices* | | |

I, James Jang, attest that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. Furthermore, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report.

The research analyst(s) primarily responsible for the preparation of this research report have received compensation based upon various factors, including the firm's total revenues, a portion of which is generated by investment banking activities.

**Maxim Group makes a market in Dynagas LNG Partners**

**Maxim Group expects to receive or intends to seek compensation for investment banking services from Dynagas LNG Partners in the next 3 months.**

**DLNG:** We use the Russell 3000 as the relevant index for Dynagas LNG Partners LP (DLNG).

### Valuation Methods
**DLNG:** Our primary benchmark in evaluating shipping companies is to use a price/charter-adjusted NAV. This metric takes into account the overall market value of a company's assets based on quoted prices from shipping brokers, adjusted for balance sheet items. Given that shipping in general is a highly cyclical industry, we prefer to normalize NAV based on long-term historical averages, which we use as a proxy for mid-cycle asset values.

### Price Target and Investment Risks

---

**DLNG:** Aside from general market and other economic risks, risks particular to our price target and rating for Dynagas LNG Partners include: inability to pay the distribution, failure to drop down the optional vessels from sponsor Dynagas Holdings Ltd., supply/demand balance, substantial newbuild commitments and spot market exposure.

## RISK RATINGS

Risk ratings take into account both fundamental criteria and price volatility.

**Speculative** – Fundamental Criteria: This is a risk rating assigned to early-stage companies with minimal to no revenues, lack of earnings, balance sheet concerns, and/or a short operating history. Accordingly, fundamental risk is expected to be significantly above the industry. Price Volatility: Because of the inherent fundamental criteria of the companies falling within this risk category, the price volatility is expected to be significant with the possibility that the investment could eventually be worthless. Speculative stocks may not be suitable for a significant class of individual investors.

**High** – Fundamental Criteria: This is a risk rating assigned to companies having below-average revenue and earnings visibility, negative cash flow, and low market cap or public float. Accordingly, fundamental risk is expected to be above the industry. Price Volatility: The price volatility of companies falling within this category is expected to be above the industry. High-risk stocks may not be suitable for a significant class of individual investors.

**Medium** – Fundamental Criteria: This is a risk rating assigned to companies that may have average revenue and earnings visibility, positive cash flow, and is fairly liquid. Accordingly, both price volatility and fundamental risk are expected to approximate the industry average.

**Low** – Fundamental Criteria: This is a risk rating assigned to companies that may have above-average revenue and earnings visibility, positive cash flow, and is fairly liquid. Accordingly, both price volatility and fundamental risk are expected to be below the industry.

## DISCLAIMERS

Some companies that Maxim Group LLC follows are emerging growth companies whose securities typically involve a higher degree of risk and more volatility than the securities of more established companies. The securities discussed in Maxim Group LLC research reports may not be suitable for some investors. Investors must make their own determination as to the appropriateness of an investment in any securities referred to herein, based on their specific investment objectives, financial status and risk tolerance.

This communication is neither an offer to sell nor a solicitation of an offer to buy any securities mentioned herein. This publication is confidential for the information of the addressee only and may not be reproduced in whole or in part, copies circulated, or disclosed to another party, without the prior written consent of Maxim Group, LLC ("Maxim").

Information and opinions presented in this report have been obtained or derived from sources believed by Maxim to be reliable, but Maxim makes no representation as to their accuracy or completeness. The aforementioned sentence does not apply to the disclosures required by FINRA Rule 2241. Maxim accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that such liability arises under specific statutes or regulations applicable to Maxim. This report is not to be relied upon in substitution for the exercise of independent judgment. Maxim may have issued, and may in the future issue, other reports that are inconsistent with, and reach different conclusions from, the information presented in this report. Those reports reflect the different assumptions, views and analytical methods of the analysts who prepared them and Maxim is under no obligation to ensure that such other reports are brought to the attention of any recipient of this report.

Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. Information, opinions and estimates contained in this report reflect a judgment at its original date of publication by Maxim and are subject to change without notice. The price, value of and income from any of the securities mentioned in this report can fall as well as rise. The value of securities is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities. Investors in securities such as ADRs, the values of which are influenced by currency volatility, effectively assume this risk. Securities recommended, offered or sold by Maxim: (1) are not insured by the Federal Deposit Insurance Company; (2) are not deposits or other obligations of any insured depository institution; and (3) are subject to investment risks, including the possible loss of principal invested. Indeed, in the case of some investments, the potential losses may exceed the amount of initial investment and, in such circumstances, you may be required to pay more money to support these losses.

## ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST



# Corporate Headquarters

The Chrysler Building
405 Lexington Ave., 2nd FL
New York, NY 10174
Tel: 212-895-3500

Capital Markets/Syndicate: 212-895-3695

Corporate Finance: 212-895-3811

Corporate Services: 212-895-3631

Equity/Options Trading: 212-895-3790

Equity Research: 212-895-3736

Fixed Income Trading: 212-895-3875

Global Equity Trading: 212-895-3623

Institutional Sales: 212-895-3873

Institutional Sales Trading: 212-895-3873

Port./Transition Trading: 212-895-3567

Prime Brokerage: 212-895-3723

Wealth Management: 212-895-3624

## Woodbury, Long Island

20 Crossways Park Drive North
Suite 304
Woodbury, NY 11797
Tel: 516-393-8300

## Red Bank, New Jersey

246 Maple Avenue
Red Bank, NJ 07701
Tel: 732-784-1900

## West Palm Beach, Florida

105 South Narcissus Avenue
Suite 222
West Palm Beach, FL 33401
Tel: 561-508-4433

## San Rafael, California

4040 Civic Center Drive
Suite 200
San Rafael, CA 94903
Tel: 212-895-3670