# EXHIBIT C

**COMPANY NOTE**

Estimate Change

USA | Energy | Master Limited Partnerships

July 27, 2018

# Jefferies

# Dynagas LNG Partners (DLNG)
## 2Q18 EPU Above Expectations; Reiterate Buy On Attractive Outlook & 13% Yield

**Key Takeaway**

This morning, Dynagas LNG Partners reported an adjusted 2Q18 EPU of $0.08 which was above the Street estimate of $0.03 and our estimate of $0.05 primarily due to lower than expected vessel opex and G&A expenses incurred during the quarter. More importantly, the Partnership announced that Yamal narrowed the delivery windows for the *Yenisei River* and the *Lena River* to the earliest possible allowed under their 15-year charter contracts.

**Maintaining 2H18 and 2019 EPU estimates.** We are maintaining our 2H18 and 2019 EPU as our outlook for the Partnership and the LNG shipping sector remains unchanged. Our estimates are based on an average daily TCE rate of $65,000 for its two open vessels in 2H18 and $65,000 per day for its one open vessel in 1H19. We also expect the *Yenisei River* to begin its 15-year charter with Yamal in January 2019 and the *Lena River* to begin its 15-year charter with Yamal in July 2019.

**Quarterly distribution maintained at $0.25 per unit.** On July 19th, DLNG paid its second consecutive quarterly distribution of $0.25 per unit. We believe the distribution coverage ratio will remain below 1x in 2H18 but average at least 1.1x in 2019 when the Partnership's charters with Yamal commence. Management said the distribution is "safe" at current levels, and we expect it may even be increased in 2H19 after all the long-term charters have commenced.

**LNG carrier market pulled back seasonally but currently improving rapidly.** The LNG carrier market weakened as expected during the shoulder season in 2Q18 relative to very strong 1Q18 rate levels. That said, since early May, LNG rates have doubled ahead of the summer cooling season as there have been numerous multi-month and multi-year charters by the likes of Trafigura, Total, and others in order to lock in rates before they go higher. We continue to believe the LNG shipping market has the most attractive supply/demand fundamentals which should result in increased fixture activity in the coming quarters and years.

**First priority is debt refinancing then likely to pursue a vessel dropdown.** The Partnership's near-term priority is refinancing the $250 million of senior unsecured notes due in October 2019 by issuing new unsecured notes in 2H18. Once complete, we believe the Partnership will pursue an additional vessel dropdown from its sponsor. With $58 million in cash on hand and another $30 million available under the Partnership's revolving credit facility from its sponsor, we believe DLNG will be able to complete a dropdown without issuing additional common units.

**BUY**
Price target $13.00
Price $7.98^

### Financial Summary

| | |
|---|---|
| Book Value (MM): | $296.2 |
| Net Debt (MM): | $655.8 |
| Net Debt/Capital: | 64.9% |
| Long-Term Debt (MM): | $713.6 |
| Dividend Yield: | 12.7% |

### Market Data

| | |
|---|---|
| 52 Week Range: | $15.05 - $7.51 |
| Total Entprs. Value (MM): | $939.1 |
| Market Cap. (MM): | $283.3 |
| Shares Out. (MM): | 35.5 |
| Float (MM): | 19.9 |
| Avg. Daily Vol.: | 126,441 |

**Randy Giveans** *
Equity Analyst
(713) 651-3829 rgiveans@jefferies.com
**Christopher Robertson** *
Equity Associate
(713) 308-4540 crobertson1@jefferies.com
* Jefferies LLC / Jefferies Research Services, LLC

### Price Performance



^Prior trading day's closing price unless otherwise noted.

| USD | Prev. | 2016A | Prev. | 2017A | Prev. | 2018E | Prev. | 2019E |
|---|---|---|---|---|---|---|---|---|
| EBITDA (MM) | – | 132.5 | 95.5 | 100.4 | 87.9 | 87.6 | 90.8 | 91.9 |
| EV/EBITDA | | 7.1x | | 9.4x | | 10.7x | | 10.2x |
| Cons. EPS | – | – | – | -- | 0.25 | 0.18 | 0.46 | 0.49 |
| **EPS** | | | | | | | | |
| Mar | – | 0.43 | – | 0.37 | – | 0.16A | – | – |
| Jun | – | 0.43 | – | 0.07 | 0.05 | 0.08A | – | – |
| Sep | – | 0.44 | – | 0.15 | – | 0.02 | – | – |
| Dec | – | 0.39 | – | 0.16 | – | 0.05 | – | – |
| FY Dec | – | 1.69 | – | 0.73 | 0.28 | 0.31 | – | 0.48 |
| FY P/E | | 4.7x | | 10.9x | | 25.7x | | 16.6x |

Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 4 to 8 of this report.

EQUITY RESEARCH AMERICAS

**DLNG**

Estimate Change

July 27, 2018

**Dynagas LNG Partners**

## Buy: $13 Price Target

*THE LONG VIEW*

## Scenarios

### Base Case

- LNG shipping demand continues to improve in 2019 and beyond with several new LNG liquefaction export terminals coming online in Australia and the US.

- LNG carrier fleet grows 5-6% in 2019 reflecting a slowdown in the levels of shipyard deliveries.

- Current distribution yield: 12-13%; Target yield: 8%; Target Price $13.

### Upside Scenario

- LNG shipping demand increases more than 8-9% in 2019 with liquefaction projects ramping up faster than expected stimulating additional LNG shipping demand growth.

- LNG shipping fleet grows less than 5-6% in 2019 due to greater than expected slippage and/or demolitions.

- New long term charters announced resulting in increased distributable cash flow. Target price of $17 based on targeted yield of 6%.

### Downside Scenario

- LNG shipping demand increases less than 8-9% in 2019 with liquefaction projects ramping up slower than expected hampering additional LNG shipping demand growth.

- LNG shipping fleet grows more than 5-6% in 2019 due to less than expected slippage and/or demolitions.

- Long term charter rates fall resulting in reduced distributable cash flow. Target price of $7 based on targeted yield of 14%.

## Investment Thesis / Where We Differ

- We believe the fundamentals for the LNG shipping market will continue to improve significantly as LNG shipping demand growth outpaces LNG shipping supply growth throughout the coming quarters and years.

- Investors are also likely to increasingly focus on the development of the Yamal LNG project due to Dynagas' exposure to that project ramping up as scheduled.

## Catalysts

- The LNG shipping market begins to rebalance with the start-up of a number of LNG projects and stabilization in the crude oil market.

- The Partnership secures attractive spot rates for vessels until long term charters begin in 2019.

- Dynagas is able to acquire additional vessels from its sponsor over the next couple of years.

## Long Term Analysis

### Long Term Financial Model Drivers

#### Annual Growth Estimates in 2019

| | |
|---|---|
| LNG Demand | 8-9% |
| LNG Fleet Growth | 5-6% |

#### Long Term LNG Charter Rate Assumptions

| | |
|---|---|
| 172,000 CBM LNG | $85,000 |
| 162,000 CBM LNG | $75,000 |
| 155,000 CBM LNG | $65,000 |
| 149,000 CBM LNG | $55,000 |

Randy Giveans, Equity Analyst, (713) 651-3829, rgiveans@jefferies.com

Please see important disclosure information on pages 4 - 8 of this report.

Jefferies

**DLNG**

Estimate Change

July 27, 2018

## Dynagas LNG Partners Income Statement

### Income Statement, 2015 - 2019E ($000), except per-unit data

|  | 2015 | 2016 | 2017 | 2018E | 2019E |
|---|---|---|---|---|---|
| Net Revenue | $142,398 | $166,890 | $135,513 | $121,910 | $127,699 |
| Vessel operating expenses | 23,244 | 26,532 | 27,253 | 26,041 | 27,375 |
| Management fees | 4,870 | 5,999 | 6,162 | 6,293 | 6,461 |
| General and administrative expenses | 1,805 | 1,885 | 1,686 | 1,928 | 1,928 |
| EBITDA | $112,479 | $132,474 | $100,412 | $87,648 | $91,935 |
| Depreciation | 24,387 | 30,395 | 30,319 | 30,165 | 30,252 |
| EBIT | 88,092 | 102,079 | 70,093 | 57,483 | 61,683 |
| Interest expense | (27,939) | (34,991) | (36,248) | (39,996) | (37,780) |
| Interest income | - | - | - | - | - |
| Preferred interest expense | (3,375) | (6,750) | (8,244) | (6,758) | (6,750) |
| Other income (and expenses) | (103) | (234) | (334) | 198 | - |
| Net Income | 56,675 | 60,104 | 25,267 | 10,927 | 17,153 |
| Average number of total units outstanding | 35,526 | 35,526 | 34,567 | 35,525 | 35,525 |
| Diluted Earnings Per Common Unit | $1.60 | $1.69 | $0.73 | $0.31 | $0.48 |
| GAAP - Adjusted EPU (ex. Preferred interest expense) | $1.69 | $1.88 | $0.97 | $0.50 | $0.67 |

### Quarterly Income Statement, Q417 - Q418E ($000), except per-unit data

|  | Q417 | Q118 | Q218 | Q318E | Q418E |
|---|---|---|---|---|---|
| Net Revenue | $33,767 | $33,421 | $30,270 | $28,886 | $29,333 |
| Vessel operating expenses | 6,696 | 6,340 | 5,901 | 6,900 | 6,900 |
| Management fees | 1,553 | 1,565 | 1,582 | 1,573 | 1,573 |
| General and administrative expenses | 452 | 629 | 433 | 433 | 433 |
| EBITDA | $25,066 | $24,887 | $22,354 | $19,980 | $20,427 |
| Depreciation | 7,642 | 7,476 | 7,563 | 7,563 | 7,563 |
| EBIT | 17,424 | 17,411 | 14,791 | 12,417 | 12,864 |
| Interest expense | (9,891) | (10,095) | (10,547) | (10,042) | (9,312) |
| Interest income | - | - | - | - | - |
| Preferred interest expense | (1,710) | (1,693) | (1,690) | (1,688) | (1,688) |
| Other income (and expenses) | 26 | (84) | 282 | - | - |
| Net Income | 5,849 | 5,539 | 2,836 | 687 | 1,864 |
| Average number of total units outstanding | 35,525 | 35,525 | 35,525 | 35,525 | 35,525 |
| Diluted Earnings Per Common Unit | $0.16 | $0.16 | $0.08 | $0.02 | $0.05 |
| GAAP - Adjusted EPU (ex. Preferred interest expense) | $0.21 | $0.20 | $0.13 | $0.07 | $0.10 |

Source: Jefferies estimates, company data

**Randy Giveans**, Equity Analyst, (713) 651-3829, rgiveans@jefferies.com

Please see important disclosure information on pages 4 - 8 of this report.

**Jefferies**

## Company Description

**Dynagas LNG Partners**

Dynagas LNG Partners is the owner and operator of liquefied natural gas (LNG) carriers on medium to long term charters. Dynagas LNG's fleet consists of six LNG carriers with the rights to purchase an additional four ice class LNG carriers and 49% of five Arc-7 LNG carriers through optional dropdowns from its sponsor company, Dynagas Holdings. Additionally, five of the six owned LNG carriers have the Ice Class 1A designation and are fully winterized. The sponsor has a ~42% interest in DLNG and provides technical and commercial management services to the Company.

## Company Valuation/Risks

**Dynagas LNG Partners**

We reiterate our Buy rating and our 12-month PT of $13 based on DLNG units trading at an 8% annual yield on our estimated 2019 annual distribution. Risks include 1) delay in timing of planned drop downs, 2) LNG projects are delayed.

## Analyst Certification:

I, Randy Giveans, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Christopher Robertson, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

**(Article 3(1)e and Article 7 of MAR)**

| | |
|---|---|
| Recommendation Published | , 16:14 ET. July 27, 2018 |
| Recommendation Distributed | , 16:14 ET. July 27, 2018 |

## Explanation of Jefferies Ratings

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.

Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.

Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.

The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

**Jefferies Franchise Picks**

Please see important disclosure information on pages 4 - 8 of this report.                           **Jefferies**

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

## Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.



**Notes:** Each box in the Rating and Price Target History chart above represents actions over the past three years in which an analyst initiated on a company, made a change to a rating or price target of a company or discontinued coverage of a company.

Legend:

I: Initiating Coverage

D: Dropped Coverage

B: Buy

H: Hold

UP: Underperform

For Important Disclosure information on companies recommended in this report, please visit our website at https://javatar.bluematrix.com/sellside/ Disclosures.action or call 212.284.2300.

**Randy Giveans**, Equity Analyst, (713) 651-3829, rgiveans@jefferies.com

Please see important disclosure information on pages 4 - 8 of this report.

**Jefferies**

**DLNG**

Estimate Change

July 27, 2018

## Distribution of Ratings

| Rating | Count | Percent | IB Serv./Past 12 Mos. | | JIL Mkt Serv./Past 12 Mos. | |
|---|---|---|---|---|---|---|
| | | | Count | Percent | Count | Percent |
| BUY | 1120 | 53.49% | 73 | 6.52% | 11 | 0.98% |
| HOLD | 846 | 40.40% | 19 | 2.25% | 1 | 0.12% |
| UNDERPERFORM | 128 | 6.11% | 1 | 0.78% | 0 | 0.00% |

Randy Giveans, Equity Analyst, (713) 651-3829, rgiveans@jefferies.com

Please see important disclosure information on pages 4 - 8 of this report.

**Jefferies**

## Other Important Disclosures

Jefferies does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: Vintners Place, 68 Upper Thames Street, London EC4V 3BJ; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Hibiya Marine Bldg, 3F, 1-5-1 Yuraku-cho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), which is licensed by the Securities and Exchange Board of India as a Merchant Banker (INM000011443), Research Analyst (INH000000701) and a Stock Broker with Bombay Stock Exchange Limited (INB011491033) and National Stock Exchange of India Limited (INB231491037) in the Capital Market Segment; located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East) Mumbai 400 051, India; Tel +91 22 4356 6000.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Jefferies India Private Limited); or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

\* \* \*

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed.

JIL allows its analysts to undertake private consultancy work. JIL's conflicts management policy sets out the arrangements JIL employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. Jefferies LLC, JIL and their affiliates, may make a market or provide liquidity in the financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated Institution" as defined by the Securities Act (Ontario). In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, this material is provided by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act (Cap. 289 of Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this information is issued solely by JIL and is directed solely at wholesale clients within the meaning of the Corporations Act 2001 of Australia (the "Act"), in connection with their consideration of any investment or investment service that is the subject of this document. Any offer or issue that is the subject of this document does not require, and this document is not, a disclosure document or product disclosure statement within the meaning of the Act. JIL is authorised and regulated by the Financial Conduct Authority under the laws of the United Kingdom, which differ from Australian laws. JIL has obtained relief under Australian Securities and Investments Commission Class Order 03/1099, which conditionally exempts it from holding an Australian financial services license under the Act in respect of the provision of certain financial services to wholesale clients. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient,

**Randy Giveans**, Equity Analyst, (713) 651-3829, rgiveans@jefferies.com

Please see important disclosure information on pages 4 - 8 of this report.

**Jefferies**

and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities.

This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2018 Jefferies Group LLC

page 8 of 8

**Randy Giveans**, Equity Analyst, (713) 651-3829, rgiveans@jefferies.com

Please see important disclosure information on pages 4 - 8 of this report.

**Jefferies**