# EXHIBIT E

424B5 1 tv504894-424b5.htm FINAL PROSPECTUS SUPPLEMENT
TABLE OF CONTENTS

**Filed Pursuant to Rule 424(b)(5)**
**Registration Statement No. 333-222237**

*PROSPECTUS SUPPLEMENT*
*(To Prospectus dated January 12, 2018)*

## *Dynagas LNG Partners LP*



### *2,200,000 8.75% Series B Fixed to Floating Rate Cumulative Redeemable Perpetual Preferred Units*
### *(Liquidation Preference $25.00 per Unit)*

---

*We are offering 2,200,000 units of our 8.75% Series B Fixed to Floating Cumulative Redeemable Perpetual Preferred Units, liquidation preference $25.00 per unit (the "Series B Preferred Units").*

*Distributions on the Series B Preferred Units are cumulative from the date of original issue and will be payable quarterly in arrears on the 22nd day of February, May, August and November of each year, when, as and if declared by our Board of Directors. The initial distribution on the Series B Preferred Units offered hereby will be payable on February 22, 2019. Distributions will be payable out of amounts legally available therefor (i) from and including the original issue date to, but excluding, November 22, 2023 at a fixed rate equal to 8.75% per annum of the stated liquidation preference per unit and (ii) from and including November 22, 2023 at a floating rate equal to three-month LIBOR plus a spread of 5.593% per annum of the stated liquidation preference per unit.*

*At any time on or after November 22, 2023, the Series B Preferred Units may be redeemed, in whole or in part, out of amounts available therefor, at a redemption price of $25.00 per unit plus an amount equal to all accumulated and unpaid distributions thereon to the date of redemption, whether or not declared.*

*We intend to file an application to list the Series B Preferred Units on the New York Stock Exchange, or the NYSE, under the symbol "DLNGPRB." If the application is approved, we expect trading of the Series B Preferred Units on the NYSE to begin within 30 days after their original issue date. Currently, there is no public market for the Series B Preferred Units.*

---

*Investing in the Series B Preferred Units involves a high degree of risk. The Series B Preferred Units have not been rated and are subject to the risks associated with unrated securities. Please read "Risk Factors" beginning on page S-15 of this prospectus supplement and contained in our Annual Report on Form 20-F for the fiscal year ended December 31, 2017, which is incorporated herein by reference.*

*Neither the U.S. Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or determined if this prospectus supplement is truthful or complete. Any representation to the contrary is a criminal offense.*

---

|  | Per Unit | Total |
|---|---|---|
| Public offering price | $ 25.00 | $ 55,000,000 |
| Underwriting discounts and commissions[1] | $ 0.7875 | $ 1,732,500 |
| Proceeds to Dynagas LNG Partners LP (before expenses) | $ 24.2125 | $ 53,267,500 |

---

(1)   See "Underwriting" for additional information regarding the total underwriting compensation.

---

*We have granted the underwriters an option for a period of 30 days to purchase up to an additional 330,000 Series B Preferred Units. If the underwriters exercise the option in full, the total underwriting discount will be $1,992,375 and the total proceeds to us before expenses will be $61,257,625.*

---

*Delivery of the Series B Preferred Units is expected to be made in book entry form through the facilities of The Depository Trust Company on or about October 23, 2018, which is the fifth business day following the date of pricing of the Series B Preferred Units (such settlement cycle being referred to as "T+5"). Purchasers of the Series B Preferred Units should note that trading of the Series B Preferred Units may be affected by this settlement date.*

---

*Joint Bookrunners*

### *MORGAN STANLEY*          ### *UBS INVESTMENT BANK*          ### *STIFEL*

*Co-Manager*

### *B. RILEY FBR*

*The date of this prospectus is October 16, 2018*

[PAGES OMITTED]

TABLE OF CONTENTS

All of the vessels in our Fleet other than the *Clean Energy* have been assigned with Lloyds Register Ice Class notation 1A FS, or Ice Class, equivalent to ARC4 of the Russian Maritime Register of Shipping Rules, designation for hull and machinery and are fully winterized, which means that they are designed to call at ice-bound and harsh environment terminals and to withstand temperatures up to minus 30 degrees Celsius. According to Drewry Shipping Consultants, Ltd., as of September 7, 2018, only 18 LNG carriers, representing 3.6% of the LNG vessels in the global LNG fleet, have an Ice Class 1A (11 carriers) or ice-class 1A super designation (7 carriers) or equivalent rating. Moreover, in 2012, we were the first company in the world to operate LNG carriers on the Northern Sea Route, which is a shipping lane from the Atlantic Ocean to the Pacific Ocean entirely in Arctic waters, and continue to be one of a limited number of vessel operators to currently do so. In addition, we believe that each of the vessels in our Fleet is optimally sized with a carrying capacity of between approximately 150,000 and 155,000 cbm, which allows us to maximize operational flexibility as such medium-to-large size LNG vessels are compatible with most existing LNG terminals around the world. We believe that these specifications enhance our trading capabilities and future employment opportunities because they provide greater diversity in the trading routes available to our charterers.

The following table sets forth summary information about our Fleet and the existing time charters relating to the vessels in our Fleet as of the date of this prospectus:

| Vessel Name | Year Built | Cargo Capacity (cbm) | Ice Class | Propulsion | Charterer | Earliest Charter Expiration | Latest Charter Expiration | Latest Charter Expiration including options to extend |
|---|---|---|---|---|---|---|---|---|
| *Clean Energy* | 2007 | 149,700 | No | Steam | Gazprom | March 2026 | April 2026 | n/a |
| *Ob River* | 2007 | 149,700 | Yes | Steam | Gazprom | March 2028 | May 2028 | n/a |
| *Amur River* | 2008 | 149,700 | Yes | Steam | Gazprom | June 2028 | August 2028 | n/a |
| *Arctic Aurora* | 2013 | 155,000 | Yes | TFDE | Equinor | July 2021 | September 2021[1] | September 2023[1] |
| *Yenisei River* | 2013 | 155,000 | Yes | TFDE | Yamal | Q4 2033 | Q2 2034 | Q2 2049[2] |
| *Lena River* | 2013 | 155,000 | Yes | TFDE | Charterer | June 2019 | February 2020 | n/a[3] |
| | | | | | Yamal | Q2 2034 | Q3 2034 | Q4 2049[2] |

(1) On August 2, 2018, the *Arctic Aurora* was delivered to Equinor under a time charter contact with a firm period of three years +/- 30 days. This charter is in direct continuation of the vessel's previous charter with Equinor. Equinor will have the option to extend the charter term by two consecutive 12-month periods at escalated rates.

(2) On August 14, 2018, the *Yenisei River* was delivered early to Yamal immediately upon completion of its mandatory statutory class five-year special survey and dry-docking, pursuant to an addendum to the charter party with Yamal under which we agreed to extend the firm charter period from 15 years to 15 years plus 180 days. The *Lena River* is contracted to commence employment with Yamal within a six-month delivery window starting from July 1, 2019, which is expected to be further narrowed down as we approach the delivery date. The charter contracts for the *Yenisei River* and the *Lena River* with Yamal in the Yamal LNG Project each have an initial term of 15.5 and 15 years, respectively, which may each be extended by three consecutive periods of five years. Each of these time charter contracts is subject to important conditions, which, if not satisfied, or waived by the charterer, may result in their cancellation, early termination or amendment, before or after their charter term commences, in which case, we may not receive the contracted revenues thereunder.

(3) On October 8, 2018, the *Lena River* was redelivered to the Partnership following the completion of its multi-year charter with Gazprom. The vessel is currently undergoing its scheduled statutory special survey and dry-docking and is expected to commence in late October 2018 an approximate 15 month charter with a major international energy company. We, through our wholly-owned subsidiary, have the option to call upon the vessel's early redelivery within a specified period in advance of the required redelivery in order to meet the delivery requirements under our existing charter party agreement with Yamal for the employment of the *Lena River*, discussed above.

[PAGES OMITTED]

[PAGES OMITTED]

TABLE OF CONTENTS

(2)  Upon its current contract expiration with Gazprom, the *Ob River* is expected to commence employment under a new multi-year time charter contract with the same charterer for a firm period of ten years.

(3)  In December 2017, we entered into a time charter contract with Statoil for the employment of the *Arctic Aurora*. This charter will be in direct continuation of the vessel's current charter with Statoil (interrupted only by the vessel's mandatory statutory class five-year special survey and dry-docking) and will have a firm period of three years +/- 30 days. Statoil will have the option to extend the charter term by two consecutive 12-month periods at escalated rates.

(4)  The *Yenisei River* and the *Lena River* are each contracted to commence employment within one-year delivery windows starting January 1, 2019 and June 30, 2019, respectively, under multi-year time charter contracts with Yamal in the Yamal LNG Project, each with an initial term of 15 years, which may each be extended by three consecutive periods of five years. Each of these time charter contracts is subject to important conditions, which, if not satisfied, or waived by the charterer, may result in their cancellation, early termination or amendment, before or after their charter term commences, in which case, we may not receive the contracted revenues thereunder.

**The Optional Vessels**

In connection with the closing of our IPO, we entered into an Omnibus Agreement with our Sponsor and our General Partner that initially provided us with the right to purchase up to seven LNG carrier vessels from our Sponsor within a specified period of time following their delivery to our Sponsor and at a purchase price to be determined pursuant to the terms and conditions of that agreement, which we refer to as the Initial Optional Vessels.

In addition, following an amendment to the Omnibus Agreement in April 2016, we also have the right to acquire from our Sponsor its interest, which is currently 49%, in each of the five entities that each owns a 172,000 cubic meter ARC7 LNG carrier, which we refer to as the Additional Optional Vessels, subject to the terms and conditions of the Omnibus Agreement, as amended. The Additional Optional Vessels are scheduled to be delivered in the fourth quarter of 2017 and the first quarter of 2019. We refer to the Initial Optional Vessels and the Additional Optional Vessels, together, as the Optional Vessels.

*Initial Optional Vessels*

As of the date of this prospectus, we have purchased from our Sponsor and have taken delivery of three of the Initial Optional Vessels: the *Arctic Aurora* in June 2014, the *Yenisei River* in September 2014, and the *Lena River* in December 2015. Our Sponsor owns, directly or indirectly, 100% of the equity interests of the entities that own the four remaining Initial Optional Vessels. One of the four remaining Initial Optional Vessels, the *Clean Ocean*, is operating under a multi-year time charter with Cheniere, after which time, it is scheduled to commence employment under a long-term time charter for the Yamal LNG Project. The other three remaining Initial Optional Vessels, the *Clean Planet*, the *Clean Horizon* and the *Clean Vision*, currently operate in an LNG carrier pool, the Cool Pool, that was established on October 1, 2015, by our Manager, Golar LNG Limited and Gaslog Carriers Ltd., with a view to optimizing the operation of the pool vessels through improved scheduling, efficiencies and common marketing of the pooled vessels. Vessels operating in the Cool Pool are employed in the LNG spot market on charters of twelve months or less. Together with our Sponsor's three vessels, the Cool Pool currently consists of 19 LNG carriers. In 2019, the *Clean Planet*, the *Clean Horizon* and the *Clean Vision* are scheduled to commence employment under long-term charters with Yamal.

*Additional Optional Vessels*

In August 2015, our Sponsor and two unrelated third-parties, Sinotrans and China LNG Shipping, entered into a joint venture, pursuant to which they agreed to share in the ownership and operation of the Additional Optional Vessels. Our Sponsor currently owns a 49% ownership interest in each of the five entities that each owns an Additional Optional Vessel, and Sinotrans and China LNG Shipping equally split the remaining 51% ownership interest of each such entity. Three of the Additional Optional Vessels are currently under construction at Daewoo Shipbuilding & Marine Engineering Co., or DSME. Two of the

[PAGES OMITTED]

TABLE OF CONTENTS

*$480.0 million Term Loan B Refinancing*

On May 18, 2017, we refinanced and repaid in full our existing $340.0 million senior secured Credit Suisse AG facility and our existing $200.0 million ABN Amro NV term loan facility with a new $480.0 million senior secured term loan B due in 2023, or the Term Loan B. Our wholly-owned subsidiary, Arctic LNG Carriers, serves as borrower under the Term Loan B. The Term Loan B provides for 0.25% quarterly amortization on the principal and a bullet payment at maturity. The Term Loan B is secured by, among other things, the six LNG carriers in our Fleet.

*Extension Optional Vessel Purchase Deadline*

On March 30, 2017, we agreed with our Sponsor to extend the deadline for exercising the purchase options relating to both the *Clean Ocean* and the *Clean Planet* granted to us under the Omnibus Agreement from March 31, 2017 to March 31, 2018.

*New Long-Term Charter for the Arctic Aurora*

On December 20, 2017, we entered into a new three year charter agreement with Statoil for the employment of the *Arctic Aurora*. The new Statoil charter is expected to commence in the third quarter of 2018 in direct continuation of the vessel's current charter with Statoil (interrupted only by the vessel's mandatory statutory class five-year special survey and dry-docking) and will have a firm period of about 3 years +/- 30 days. Statoil will have the option to extend the charter term by two consecutive 12-month periods at escalated rates.

*Extension of Clean Energy Charter Term*

On December 18, 2017, PetroChina, the current charter of the *Clean Energy*, exercised their right to extend the current charter period for the vessel by a minimum period of approximately four months. The *Clean Energy* was delivered to PetroChina in October 2017 and is now expected to be redelivered to the Partnership under the charter, as extended, at the earliest, in May 2018 and at latest, in June 2018, prior to its delivery to Gazprom Marketing & Trading Singapore Pte Ltd in July 2018, when the vessel will commence a time charter with a term of approximately eight years.

[PAGES OMITTED]