# EXHIBIT F

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, DC 20549**
**FORM 20-F**

[_] REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934

OR

[X] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE

SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2017

OR

[_] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES

EXCHANGE ACT OF 1934

For the transition period from _____ to _____

OR

[_] SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934

Date of event requiring this shell company report:

Commission file number: **001-36185**

**DYNAGAS LNG PARTNERS LP**
(Exact name of Registrant as specified in its charter)

**Republic of the Marshall Islands**
(Jurisdiction of incorporation or organization)

**23, Rue Basse, 98000 Monaco**
(Address of principal executive offices)
**Michael Gregos**
23, Rue Basse, 98000 Monaco
Tel. +377 99996445
(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act:

| | |
|---|---|
| **Common units representing limited partnership interests** | **New York Stock Exchange** |
| **6.25% Senior Notes Due 2019** | **New York Stock Exchange** |
| **9.00% Series A Cumulative Redeemable Preferred Units** | **New York Stock Exchange** |
| Title of class | Name of exchange on which registered |

Securities registered or to be registered pursuant to Section 12(g) of the Act:  **None**
Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act: **None**

[PAGES OMITTED]

**ADJUSTED EBITDA.** We define Adjusted EBITDA as earnings before interest and finance costs, net of interest income, gains/losses on derivative financial instruments (if any), taxes (when incurred), depreciation and amortization, class survey costs and significant non-recurring items. Adjusted EBITDA is used as a supplemental financial measure by management and external users of financial statements, such as investors, to assess our operating performance. We believe that Adjusted EBITDA assists our management and investors by providing useful information that increases the comparability of our performance operating from period to period and against the operating performance of other companies in our industry that provide Adjusted EBITDA information. This increased comparability is achieved by excluding the potentially disparate effects between periods or companies of interest, other financial items, depreciation and amortization and taxes, which items are affected by various and possibly changing financing methods, capital structure and historical cost basis and which items may significantly affect net income between periods. We believe that including Adjusted EBITDA as a measure of operating performance benefits investors in (a) selecting between investing in us and other investment alternatives and (b) monitoring our ongoing financial and operational strength in assessing whether to continue to hold common units.

Adjusted EBITDA is not a measure of financial performance under U.S. GAAP, does not represent and should not be considered as an alternative to net income, operating income, cash flow from operating activities or any other measure of financial performance presented in accordance with U.S. GAAP. Adjusted EBITDA excludes some, but not all, items that affect net income and these measures may vary among other companies. Therefore, Adjusted EBITDA as presented below may not be comparable to similarly titled measures of other companies. The following table reconciles Adjusted EBITDA to net income, the most directly comparable U.S. GAAP financial measure, for the periods presented:

**Reconciliation of Net Income to Adjusted EBITDA**

| *(In thousands of U.S. dollars)* *Reconciliation to Net Income* | **Year Ended December 31,** | | | | |
|---|---|---|---|---|---|
| | **2017** | **2016** | **2015** | **2014** | **2013** |
| Net Income | $ 17,339 | $ 66,854 | $ 60,050 | $ 50,561 | $ 45,620 |
| Net interest and finance costs [1] | 46,078 | 34,991 | 27,939 | 14,303 | 9,732 |
| Depreciation | 30,319 | 30,395 | 24,387 | 17,822 | 13,579 |
| Class survey costs | 6,193 | 81 | - | - | - |
| Amortization of fair value of acquired time charter | 7,247 | 7,268 | 218 | - | - |
| Charter hire amortization and other non-cash revenue adjustments | 369 | (58) | 608 | 2,065 | (4,182) |
| **Adjusted EBITDA** | **$ 107,545** | **$ 139,531** | **$ 113,202** | **$ 84,751** | **$ 64,749** |

[1] Includes interest and finance costs, net of interest income, and (gain)/ loss on derivative instruments, if any.

**B.    CAPITALIZATION AND INDEBTEDNESS**

Not applicable.

**C.    REASONS FOR THE OFFER AND USE OF PROCEEDS**

Not applicable.

**D.    RISK FACTORS**

The following risks relate principally to the industry in which we operate and to our business in general. Other risks relate principally to the securities market and ownership of our securities, including our common units, our 9.00% Series A Cumulative Redeemable Preferred Units, or our Series A Preferred Units, and our 6.25% Notes due October 30, 2019, or our 2019 Notes. The occurrence of any of the events described in this section could significantly and negatively affect our business, financial condition, operating results or cash available for distribution on our units and required payments on our 2019 Notes, and the trading price of our securities.

**Risks Relating to our Partnership**

**Our Fleet consists of only six LNG carriers. Any limitation in the availability or operation of these vessels could have a material adverse effect on our business, results of operations and financial condition and could significantly reduce or eliminate our ability to pay distributions on our common units or preferred units.**

Our Fleet consists of only six LNG carriers. If any of our vessels is unable to generate revenues as a result of off-hire time, early termination of the time charter in effect or failure to secure new charters at charter hire rates as favorable as our average historical rates or at all, our future liquidity, cash flows, results of operations, and ability to make quarterly and other distributions to our common and preferred unitholders could be materially adversely affected. The *Yenisei River* and the *Lena River* are expected to be redelivered to us under their current charters at the earliest in July and September 2018, respectively, following which these vessels are expected to commence employment under their new 15-year charters with Yamal within six months and one year delivery windows starting from January 1, 2019 and July 1, 2019, respectively. We expect that these delivery windows will be narrowed, subject to our agreement with Yamal. Following the redelivery of *Lena River* and the *Yenisei River* to us from their current charterers and until such vessels commence employment under the Yamal charters discussed above, we expect to operate these two vessels in the spot market, which is volatile, highly competitive and subject to significant price fluctuations. If we are unable to employ these vessels in the spot market following the expiration of the existing charters and until the commencement of the new Yamal charters, we will not receive any revenues from those vessels during that time, and we will be required to pay expenses necessary to maintain the vessels in proper operating condition and to service the debt secured by these vessels.

**We currently derive all our revenue and cash flow from a limited number of charterers and the loss of any of these charterers could cause us to suffer losses or otherwise adversely affect our business.**

We have derived, and believe we will continue to derive, all of our revenues from a limited number of charterers, such as Gazprom, Statoil and Yamal. For the year ended December 31, 2017, during which we derived our operating revenues from four charterers, Gazprom accounted for 72%, Statoil accounted for 19%, Shell accounted for 6% and PetroChina accounted for 3% of our total revenues. All of the charters for our Fleet have fixed terms, but may be terminated early due to certain events, such as a charterer's failure to make charter payments to us because of financial inability, disagreements with us or otherwise. The ability of each of our counterparties to perform its obligations under a charter with us will depend on a number of factors that are beyond our control and may include, among other things, general economic conditions, the condition of the LNG shipping industry, prevailing prices for natural gas and the overall financial condition of the counterparty. Should a counterparty fail to honor its obligations under an agreement with us, we may be unable to realize revenue under that charter and could sustain losses, which could have a material adverse effect on our business, financial condition, cash flows, results of operations and ability to pay distributions to our unitholders.

In addition, a charterer may exercise its right to terminate its charter if, among other things:

- the vessel suffers a total loss or is damaged beyond repair;

- we default on our obligations under the charter, including prolonged periods of vessel off-hire;

- war or hostilities significantly disrupt the free trade of the vessel;

- the vessel is requisitioned by any governmental authority; or

- a prolonged force majeure event occurs, such as war or political unrest, which prevents the chartering of the vessel.

In addition, the charter payments we receive may be reduced if the vessel does not perform according to certain contractual specifications. For example, charter hire may be reduced if the average vessel speed falls below the speed we have guaranteed or if the amount of fuel consumed to power the vessel exceeds the guaranteed amount.

Furthermore, in depressed market conditions, our charterers may no longer need a vessel that is then under charter or may be able to obtain a comparable vessel at lower rates. As a result, charterers may seek to renegotiate the terms of their existing charter agreements or avoid their obligations under those contracts. If our charterers fail to meet their obligations to us or attempt to renegotiate our charter agreements, it may be difficult to secure substitute employment for such vessel, and any new charter arrangements we secure may be at lower rates.

If any of our charters is terminated, we may be unable to re-deploy the related vessel on terms as favorable to us as our current charters, or at all. If we are unable to re-deploy a vessel for which the charter has been terminated, we will not receive any revenues from that vessel, and we may be required to pay ongoing expenses necessary to maintain the vessel in proper operating condition.  Any of these factors may decrease our revenue and cash flows.  Further, the loss of any of our charterers, charters or vessels, or a decline in charter hire under any of our charters, could have a material adverse effect on our business, results of operations, financial condition and ability to make distributions to our unitholders.

**In 2018, our three tri-fuel diesel electric (TFDE) propulsion system vessels are scheduled to be dry-docked which will require significant expenditures and may result in loss of revenue.**

Dry-dockings of our vessels require significant expenditures and result in loss of revenue as our vessels are off-hire during the dry-docking period. Any significant increase in either the number of off-hire days or in the costs of any repairs or investments carried out during the dry-docking period could have a material adverse effect on our profitability and our cash flows. Given the potential for unforeseen issues arising during dry-docking, we may not be able to predict accurately the time required to dry-dock any of our vessels. If one or more of our vessels is dry-docked longer than expected or if the cost of repairs is greater than budgeted, our results of operations and our cash flows, including cash available for distribution to unitholders, could be adversely affected.

In the second and third quarters of 2018, our three tri-fuel diesel electric (TFDE) propulsion system vessels, the *Arctic Aurora*, the *Yenisei River* and the *Lena River,* are scheduled to be dry-docked.The dry-docking of the TFDE vessels will require a longer time than the dry-docking of our three steam turbine vessels in 2017 and we expect the costs to be higher. Due to the small size of our Fleet, any delay in the completion time of the dry-dockings or overrun of costs caused by additional days of work could have a material adverse effect on our business, results of operations and financial condition and could significantly reduce or eliminate our ability to pay distributions on our common or preferred units.

**The failure to consummate or integrate acquisitions, including acquisitions of the Optional Vessels from our Sponsor, in a timely and cost-effective manner, or at all, could have an adverse effect on our business, our expected plans for growth and on financial condition and results of operations.**

Acquisitions that expand our Fleet are an important component of our business strategy.  Our current drop-down pipeline is composed solely of the Optional Vessels. Pursuant to the Omnibus Agreement and certain extension agreements with our Sponsor, we have the option, but not the obligation, to purchase from our Sponsor: (i) the *Clean Horizon* and the *Clean Vision* until December 31, 2018 (ii) the *Clean Ocean* and the *Clean Planet* until March 31, 2018, and (iii) the 49% equity interests held by our Sponsor on the Additional Optional Vessels, which consist of the *Boris Vilkitsky* and the *Fedor Litke, which* were delivered in the fourth quarter of 2017, and first quarter of 2018, respectively, and three vessels that are currently under construction until the first quarter of 2019. We may also mutually agree with our Sponsor, with the approval of our Conflicts Committee to extend, or further extend, as applicable each purchase option exercise period, however, there is no assurance that our Sponsor will grant an extension requested by us.

Our growth strategy is therefore dependent on a continuing relationship with our Sponsor and other factors related to that relationship, some of which are beyond our control including our ability to (i) maintain a drop-down pipeline of existing or newbuild vessels from our Sponsor, or (ii) obtain the required consents from lenders and charterers for the acquisition of vessels from our Sponsor.

Furthermore, we will not be obligated to purchase any of the Optional Vessels at the applicable determined price, and, accordingly, we may not complete the purchase of any of such vessels. Moreover, if we are able to agree on a price with our Sponsor, there are no assurances that we will be able to obtain adequate financing on terms that are acceptable to us or that the financing assumed will on favorable terms to us.

We believe that other acquisition opportunities with our Sponsor and third-parties may arise from time to time, and any such acquisition could be significant. Any acquisition of a vessel or business may not be profitable at or after the time of acquisition and may be cash flow negative or may not generate sufficient cash flow to justify the investment. In addition, our acquisition growth strategy exposes us to risks that may harm our business, financial condition, results of operations and ability to make cash distributions to our unitholders, including risks that we may:

- fail to realize anticipated benefits, such as new customer relationships, cost-savings or cash flow enhancements;

5

[PAGES OMITTED]

The following table sets forth additional information about our Fleet as of the date of this Annual Report:

| Vessel Name | Year Built | Cargo Capacity (cbm) | Ice Class | Propulsion | Charterer | Earliest Charter Expiration | Latest Charter Expiration | Latest Charter Expiration including options to extend |
|---|---|---|---|---|---|---|---|---|
| Clean Energy | 2007 | 149,700 | No | Steam | PetroChina | May 2018 | June 2018 | n/a |
| | | | | | Gazprom | March 2026 | April 2026 [1] | n/a |
| Ob River | 2007 | 149,700 | Yes | Steam | Gazprom | April 2018 | May 2018 | n/a |
| | | | | | Gazprom | March 2028 | May 2028 [2] | n/a |
| Amur River | 2008 | 149,700 | Yes | Steam | Gazprom | June 2028 | August 2028 | n/a |
| Arctic Aurora | 2013 | 155,000 | Yes | TFDE * | Statoil | July 2021 | September 2021 [3] | September 2023 [3] |
| Yenisei River | 2013 | 155,000 | Yes | TFDE * | Gazprom | July 2018 | August 2018 | n/a |
| | | | | | Yamal | 2033 | 2034 | 2049 [4] |
| Lena River | 2013 | 155,000 | Yes | TFDE * | Gazprom | September 2018 | October 2018 | n/a |
| | | | | | Yamal | 2034 | 2035 | 2049/2050 [4] |

\*       As used in this Annual Report, "TFDE" refers to tri-fuel diesel electric propulsion system.

[1]   In October 2016, we entered into a time charter contract with Gazprom for the employment of the *Clean Energy* for a firm period of seven years and nine months. The charter is expected to commence in July 2018.

[2]   Upon its current contract expiration with Gazprom, the *Ob River* is expected to commence employment under a new multi-year time charter contract with the same charterer for a firm period of ten years.

[3]   In December 2017, we entered into a time charter contract with Statoil for the employment of the *Arctic Aurora*. This charter will be in direct continuation of the vessel's current charter with Statoil (interrupted only by the vessel's mandatory statutory class five-year special survey and dry-docking) and will have a firm period of three years +/- 30 days. Statoil will have the option to extend the charter term by two consecutive 12-month periods at escalated rates.

[4]   The *Yenisei River* and the *Lena River* are each contracted to commence employment with Yamal within six months and one year delivery windows starting from January 1, 2019 and July 1, 2019, respectively. We expect that these delivery windows will be narrowed, subject to our agreement with Yamal. The charter contracts for these two vessels with Yamal in the Yamal LNG Project each have an initial term of 15 years, which may each be extended by three consecutive periods of five years. Each of these time charter contracts is subject to important conditions, which, if not satisfied, or waived by the charterer, may result in their cancellation, early termination or amendment, before or after their charter term commences, in which case, we may not receive the contracted revenues thereunder.

**The Optional Vessels**

In connection with the closing of our IPO, we entered in an Omnibus Agreement with our Sponsor and our General Partner that initially provided us with the right to acquire from our Sponsor up to seven LNG carrier vessels within a specified period of time following their delivery to our Sponsor and at a purchase price to be determined pursuant to the terms and conditions of that agreement, which we refer to as the Initial Optional Vessels.

In addition, following an amendment to the Omnibus Agreement in April 2016, we also have the right to acquire from our Sponsor its interest, which is currently 49%, in each of the five entities that each owns a 172,000 cubic meter ARC7 LNG carrier, either on water or currently under construction, which we refer to as the Additional Optional Vessels, subject to the terms and conditions of the Omnibus Agreement, as amended.  Two of the Additional Optional Vessels have been delivered to the joint venture in which our Sponsor participates by 49% in the fourth quarter of 2017 and first quarter of 2018. The remaining three Additional Optional Vessels are scheduled to be delivered in the first quarter of 2019.  We refer to the Initial Optional Vessels and the Additional Optional Vessels, together, as the Optional Vessels.

[PAGES OMITTED]