# EXHIBIT G

# Dynagas LNG Partners LP
## Transport & Logistics



········FLASH NOTE········FLASH NOTE········FLASH NOTE········FLASH NOTE········

November 16, 2018

## Q3 miss as 2019 maturity looms large

- **Results:** After the close, DLNG posted lower-than-expected Q3 results with revenue of $30.4m (below consensus of $32.4m), and EBITDA of $19.5m (below consensus of $23.6m). We also note that DLNG posted lower-than-expected DCF/unit of $0.16, below our estimate of $0.23/unit.

- **Cash flow and liquidity:** DLNG reported free cash of $59.5m, compared to total indebtedness of $724m as of Q318. DLNG has $5m of debt repayable over the next 12 months as of Q318, while its $250m senior unsecured notes are due in October 2019.

- **Distribution:** DLNG maintained its distribution at $0.25/unit/quarter (13% yield). DLNG posted softer distribution coverage of 0.7x in Q3, we expect its upcoming debt maturities, softer charter-rollovers and lack of spot exposure in a firming rate environment to pressure DLNG's near-term distribution coverage and performance.

- **Vessel employment:** DLNG has 100% contracted time charter coverage and a contracted revenue backlog of $1.4b, with an average remaining contract term of 9.9 years. DLNG's time charter coverage increases to 99% and 100% in 2019 and 2020, respectively.

- **Conference call tomorrow morning (11/16) at 10:00AM:** DLNG will host an earnings call Friday morning at 10AM where we will look for more details on the quarter and management's commentary on the sector outlook. The dial-in is 1-877-553-9962.

- **Valuation:** We derive a $9 price target based on a 9.5-10x multiple range for our 2019E DCF/unit estimate of $0.93/unit.

- **Key Risks:** The ongoing trade tariff war between the U.S. and China remains a significant risk for the shipping sector, particularly with China set to implement a 25% tariff on U.S. LNG imports. This could materially impact LNG trade ton-mile growth and weigh on vessel utilization levels. If prices for alternative energy sources (oil, coal, etc.) decline or LNG prices increase significantly it would materially impair the long-term outlook for global LNG trade demand.

---

**Dynagas LNG Partners**

`HOLD`

**Price target**

USD 9.00

**Current price**

USD 7.76

11/15/2018 New York Close

Reuters    DLNG.K

Bloomberg DLNG US

---

See pages Error! Bookmark not defined.-Error! Bookmark not defined. **for analyst certifications and important disclosures**

Donald McLee
Analyst
+1 646 949 9026
donald.mclee@berenberg-us.com

# Dynagas LNG Partners LP
Transport & Logistics



**RATING AND PRICE TARGET HISTORY**



# Disclosures

This document has been prepared by Berenberg Capital Markets, LLC, a registered broker-dealer and member of FINRA.

**Analyst Attestations**

I Donald McLee hereby certify that all of the views in this report accurately reflect my personal views about any and all of the subject securities or issuers discussed herein.

I hereby certify that no part of my compensation was, is, or will be, directly or indirectly related to the specific recommendations or views expressed in this research report, nor is it tied to any specific investment banking transaction undertaken by Berenberg Capital Market, LLC ("BCM") or its affiliates.

# Important Disclosures

**Berenberg Capital Markets, LLC Disclosures**

| Company | Disclosures |
|---|---|
| Dynagas LNG Partners LP | no disclosures |

(1) BCM or its affiliates owned 1% or more of the outstanding shares of any class of the subject company by the end of the prior month.

(2) The subject company is or was, during the 12-month period preceding the date of distribution of this report, a client of BCM or its affiliates. BCM or its affiliates provided the subject company non-investment banking, securities-related services.

(3) BCM or its affiliates received compensation from the subject company during the past 12 months for products or services other than investment banking services.

(4) During the previous 12 months, BCM or its affiliates has managed or co-managed any public offering for the subject company.

(5) BCM is making a market in the subject securities at the time of the report.

(6) BCM or its affiliates received compensation for investment banking services in the past 12 months, or expects to receive such compensation in the next 3 months.

# Dynagas LNG Partners LP
## Transport & Logistics


**BERENBERG**
CAPITAL MARKETS

(7) There is another potential conflict of interest of the analyst(s), BCM, of which the analyst knows or has reason to know at the time of publication of this research report.

(8) The research analyst or a member of the research analyst's household serves as an officer, director, or advisory board member of the subject company.

(9) The research analyst or a member of the research analyst's household has a financial interest in the equity or debt securities of the subject company (including options, rights, warrants, or futures).

(10) The research analyst has received compensation from the subject company in the previous 12 months.

Please refer to https://www.berenberg-us.com/compliance-disclosures/ for company-specific disclosures referenced in this report. Disclosure information is also available from Compliance, 1251 Avenue of the Americas, 53rd Floor, New York, NY 10020.

### Valuation Basis/Rating Key
Recommendations made by BCM's Equity Research department are made on an absolute basis for which the following rating key is applicable:

**Buy:** Sustainable upside potential of more than 15% to the current share price within 12 months.

**Sell:** Sustainable downside potential of more than 15% to the current share price within 12 months.

**Hold:** Upside/downside potential regarding the current share price limited; no immediate catalyst visible.

**NR:** The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations or BCM policies.

**Suspended:** Coverage Suspended. BCM has suspended coverage of this company.

**NC:** Not covered. BCM does not cover this company.

**Restricted:** Describes issuers where, in conjunction with BCM engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

**Under Review:** Following the release of significant news from this company, the rating has been temporarily placed under review until sufficient information has been obtained and assessed by the analyst.

NB: During periods of high market, sector, or stock volatility, or in special situations, the recommendation system criteria may be breached temporarily.

BCM Equity Research ratings distribution and in proportion to investment banking services on a quarterly basis, as of October 1, 2018

| Rating Category | Percent | IB Serv./Past 12 Mos. |
|---|---|---|
| Buy | 68.33 % | 50.0 % |
| Sell | 6.67 % | 0.0 % |
| Hold | 25.00 % | 50.0 % |

### General Disclosures
BCM has made every effort to carefully research all information contained in this financial analysis. The information on which the financial analysis is based has been obtained from sources that we believe to be reliable such as, Thomson Reuters, Bloomberg, and other relevant specialized press, as well as the subject company of this financial analysis.

Only those parts of a draft research report necessary for factual review may be made available to the subject company prior to publication. Should this result in material changes this will be disclosed in the Berenberg Capital Markets, LLC Disclosures section of this report. Opinions expressed in this financial analysis are our current opinions as of the issuing date indicated on this document. The functional job title of the person(s) responsible for the recommendations contained in this report is 'Equity Research Analyst'.

### Legal Disclaimer
This document has been prepared exclusively by BCM. This document does not claim accuracy, completeness, timeliness, suitability, or otherwise regarding all the information on the securities, stock markets, or developments referred to within.

On no account should the document be regarded as a substitute for the recipient procuring information for himself/herself or exercising his/her own judgments. BCM is not responsible for any recipient(s) use of this information.

The document has been produced for informational purposes for institutional client(s) and market professionals, but not for retail investors or private customers. It is not for distribution to or the use of retail investors or private customers. This document is not a solicitation or an offer to buy or sell any of the securities contained herein. This information does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of clients. Clients should

**3**

# Dynagas LNG Partners LP
## Transport & Logistics



consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of securities referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain securities.

The document may include certain descriptions, statements, estimates, and conclusions underlining potential market and company development. These reflect assumptions, which may turn out to be incorrect. BCM nor its employees accept no liability whatsoever for any direct or consequential loss or damages of any kind arising out of the use of this document or any part of its content.

BCM or its employees, excluding BCM Research Department employees, may hold, buy, or sell positions in any securities mentioned in this document, related derivatives, or related financial products. BCM or its affiliate(s) may underwrite issues for any securities mentioned in this document, related derivatives, or related financial products or seek to perform capital market or underwriting services.

## Remarks Regarding Foreign Investors

The preparation of this document is subject to regulation by U.S. law. The distribution of this document in other jurisdictions may be restricted by law, and persons into whose possession this document comes should inform themselves about, and observe, any such restrictions.

This document has been prepared exclusively by BCM. Although Joh. Berenberg, Gossler & Co. KG ("Berenberg"), an affiliate of BCM, distributes this document to certain customers on a third party basis, Berenberg does not provide input into its contents, nor does this document constitute research of Berenberg. In addition, this document is meant exclusively for institutional investors and market professionals.

## Disclosures in respect of Article 20 of Regulation (EU) No. 596/2014 of the European Parliament and of the Council of 16 April 2014 on market abuse (market abuse regulation - MAR)
### Affiliate Research Disclosures (Joh. Berenberg, Gossler & Co. KG ("Berenberg")

| Company | Disclosures |
|---|---|
| Dynagas LNG Partners LP | no disclosures |

(1) Berenberg and/or its affiliate(s) was Lead Manager or Co-Lead Manager over the previous 12 months of a public offering of this company.

(2) Berenberg acts as Designated Sponsor/Market Maker for this company.

(3) Over the previous 12 months, Berenberg and/or its affiliate(s) has effected an agreement with this company for investment Banking services or received compensation or a promise to pay from this company for investment banking services.

(4) Berenberg and/or its affiliate(s) holds 5% or more of the share capital of this company.

(5) Berenberg holds a long position in shares of this company.

(6) Berenberg holds a short position in shares of this company.

### Historical price target and rating changes for Dynagas LNG Partners LP in the last 12 months

| Date | Price target - USD | Rating | First dissemination GMT | Initiation of coverage |
|---|---|---|---|---|
| September 06, 2018 | 9.00 | Hold | 2018-09-06 12:12 | September 06, 2018 |

Berenberg, an affiliate of Berenberg Capital Markets, LLC, distributes this document on a third-party basis to certain customers outside of the U.S. Berenberg is authorized to carry out banking business and provide financial services by the German Federal Financial Supervisory Authority (BaFin) at Graurheindorfer Str. 108, 53117 Bonn, Germany (Banking Supervision) and Marie-Curie-Str. 24-28, 60439 Frankfurt on the Main, Germany (Securities Supervision/ Asset Management).

The dissemination to clients of BCM happens at the same time than the dissemination to clients of Berenberg. Please see Rating and Price Target History for date and time of first dissemination.

## Copyright

© 2018 Berenberg Capital Markets, LLC

## Dynagas LNG Partners LP
### Transport & Logistics



Berenberg Capital Markets, LLC, a registered broker-dealer and member of FINRA, reserves all the rights in this document. No part of the document or its content may be rewritten, copied, photocopied or duplicated in any form by any means or redistributed without the prior written consent of Berenberg Capital Markets, LLC.

## Dynagas LNG Partners LP
### Transport & Logistics



# Contacts



**BERENBERG CAPITAL MARKETS LLC**        Member FINRA & SIPC

Internet www.berenberg-us.com        E-mail: firstname.lastname@berenberg-us.com

**EQUITY RESEARCH**

**GENERAL MID CAP - US**

| | |
|---|---|
| Samuel England | +1 646 949 9035 |
| Alex Maroccia | +1 646 949 9033 |
| Brett Knoblauch | +1 646 949 9032 |

**HEALTHCARE**

**MED. TECH/SERVICES**

| | |
|---|---|
| Ravi Misra | +1 646 949 9028 |

**SPECIALTY PHARMACEUTICALS**

| | |
|---|---|
| Patrick R. Trucchio | +1 646 949 9027 |

**CAPITAL GOODS**

| | |
|---|---|
| Andrew Buscaglia | +1 646 949 9040 |

**LEISURE**

| | |
|---|---|
| Brennan Matthews | +1 646 949 9024 |

**INDUSTRIAL MATERIALS**

| | |
|---|---|
| Paretosh Misra | +1 646 949 9031 |

**REAL ESTATE**

| | |
|---|---|
| Nate Crossett | +1 646 949 9030 |
| Connor Siversky | +1 646 949 9037 |

**SHIPPING & TRANSPORTATION**

| | |
|---|---|
| Donald McLee | +1 646 949 9026 |

**SOFTWARE & IT SERVICES**

| | |
|---|---|
| Alexander Frankiewicz | +1 646 949 9029 |
| Gal Munda | +1 646 949 9021 |
| Joshua Tilton | +1 646 949 9036 |

**TECHNOLOGY HARDWARE**

| | |
|---|---|
| Andrew DeGasperi | +1 646 949 9044 |

## ECONOMICS

| | |
|---|---|
| Mickey Levy | +1 646 949 9099 |
| Roiana Reid | +1 646 949 9098 |

## EQUITY SALES

**SALES**

| | |
|---|---|
| Albert Aguiar | +1 646 949 9218 |
| Nate Emerton | +1 617 292 82 11 |
| Kelleigh Faldi | +1 617 292 8288 |
| Ted Franchetti | +1 646 949 9231 |
| Rich Harb | +1 617 292 8228 |
| Zubin Hubner | +1 646 949 9202 |
| Jessica London | +1 646 949 9203 |
| Anthony Masucci | +1 646 949 9217 |
| Ryan McDonnell | +1 646 949 9214 |
| Emily Mouret | +1 415 802 2525 |
| Peter Nichols | +1 646 949 9201 |
| Kieran O'Sullivan | +1 617 292 8292 |
| Rodrigo Ortigao | +1 646 949 9205 |

**CORPORATE ACCESS**

| | |
|---|---|
| Adriane Klein | +1 617 292 8202 |
| Olivia Lee | +1 646 949 9207 |
| Robert Meyers | +1 646 949 9215 |

**EVENTS**

| | |
|---|---|
| Laura Hawes | +1 646 949 9209 |

**SALES TRADING**

| | |
|---|---|
| Ronald Cestra | +1 646 949 9104 |
| Mark Corcoran | +1 646 949 9105 |
| Michael Haughey | +1 646 949 9106 |
| Christopher Kanian | +1 646 949 9103 |
| Lars Schwartau | +1 646 949 9101 |
| Bob Spillane | +1 646 949 9102 |

6

# Contacts


**BERENBERG CAPITAL MARKETS**

**JOH. BERENBERG, GOSSLER & CO. KG**

Internet www.berenberg.com    E-mail: firstname.lastname@berenberg.com

## EQUITY RESEARCH

**BUSINESS SERVICES, LEISURE & TRANSPORT**

**BUSINESS SERVICES**
| | |
|---|---|
| Zaim Beekawa | +44 20 3207 7855 |
| Tom Burlton | +44 20 3207 7852 |

**LEISURE**
| | |
|---|---|
| Roberta Ciaccia | +44 20 3207 7805 |
| Jack Cummings | +44 20 3753 3161 |
| Najet El Kassir | +44 20 3207 7836 |
| Stuart Gordon | +44 20 3207 7858 |
| Annabel Hay-Jahans | +44 20 3465 2720 |

**TRANSPORT & LOGISTICS**
| | |
|---|---|
| William Fitzalan Howard | +44 20 3465 2640 |
| Joel Spungin | +44 20 3207 7867 |
| Adrian Yanoshik | +44 20 3753 3073 |

**CONSUMER**

**BEVERAGES**
| | |
|---|---|
| Javier Gonzalez Lastra | +44 20 3465 2719 |
| Matt Reid | +44 20 3753 3075 |

**FOOD MANUFACTURING AND H&PC**
| | |
|---|---|
| Rosie Edwards | +44 20 3207 7880 |
| Fintan Ryan | +44 20 3465 2748 |
| James Targett | +44 20 3207 7873 |

**FOOD RETAIL**
| | |
|---|---|
| Dusan Milosavljevic | +44 20 3753 3123 |

**GENERAL RETAIL**
| | |
|---|---|
| Thomas Davies | +44 20 3753 3104 |
| Graham Renwick | +44 20 3207 7851 |
| Michelle Wilson | +44 20 3465 2663 |

**LUXURY GOODS**
| | |
|---|---|
| Mariana Horn | +44 20 3753 3044 |
| Lauren Molyneux | +44 20 3207 7892 |
| Zuzanna Pusz | +44 20 3207 7812 |

**TOBACCO**
| | |
|---|---|
| Jonathan Leinster | +44 20  3465 2645 |

**FINANCIALS**

**BANKS**
| | |
|---|---|
| Adam Barrass | +44 20 3207 7923 |
| Frederick Brennan | +44 20 3753 3171 |
| Michael Christodoulou | +44 20 3207 7920 |
| Andrew Lowe | +44 20 3465 2743 |
| Alex Medhurst | +44 20 3753 3047 |
| Eoin Mullany | +44 20 3207 7854 |
| Peter Richardson | +44 20 3465 2681 |

## EQUITY SALES

**SPECIALIST SALES**

**AEROSPACE & DEFENCE & CAPITAL GOODS**
| | |
|---|---|
| Cara Luciano | +44 20 3753 3146 |

**AUTOS & TECHNOLOGY**
| | |
|---|---|
| Edward Wales | +44 20 3207 7815 |

**BANKS, DIVERSIFIED FINANCIALS & INSURANCE**
| | |
|---|---|
| Calum Marris | +44 20 3753 3040 |

**BUSINESS SERVICES, LEISURE & TRANSPORT**
| | |
|---|---|
| Rebecca Langley | +44 20 3207 7930 |

**CONSUMER DISCRETIONARY**
| | |
|---|---|
| Victoria Maigrot | +44 20 3753 3010 |

**CONSUMER STAPLES**
| | |
|---|---|
| Ramnique Sroa | +44 20 3753 3064 |

**HEALTHCARE**
| | |
|---|---|
| David Hogg | +44 20 3465 2628 |

**MEDIA & TELECOMS**
| | |
|---|---|
| Jonathan Smith | +44 20 3207 7842 |

**METALS & MINING**
| | |
|---|---|
| Sanam Nourbakhsh | +44 20 3207 7924 |

**THEMATICS**
| | |
|---|---|
| Chris Armstrong | +44 20 3207 7809 |

**SALES**

**FRANCE**
| | |
|---|---|
| Alexandre Chevassus | +33 1 5844 9512 |
| Dalila Farigoule | +33 1 5844 9510 |
| Kevin Nor | +33 1 5844 9505 |
| Guillaume Viret | +331 5844 9507 |

**SALES TRADING**

**LONDON**
| | |
|---|---|
| Charles Beddow | +44 20 3465 2691 |
| Mike Berry | +44 20 3465 2755 |
| Joseph Chappell | +44 20 3207 7885 |
| Stewart Cook | +44 20 3465 2752 |
| Mark Edwards | +44 20 3753 3004 |
| Tom Floyd | +44 20 3753 3136 |
| Tristan Hedley | +44 20 3753 3006 |
| Luke Holmes | +44 20 3465 2750 |
| Peter King | +44 20 3753 3139 |
| Simon Messman | +44 20 3465 2754 |
| AJ Pulleyn | +44 20 3465 2756 |
| Michael Schumacher | +44 20 3753 3006 |
| Paul Somers | +44 20 3465 2753 |

**DIVERSIFIED FINANCIALS**
| | |
|---|---|
| Panos Ellinas | +44 20 3753 3149 |
| Chris Turner | +44 20 3753 3019 |

**INSURANCE**
| | |
|---|---|
| Charles Bendit | +44 20 3465 2729 |
| Trevor Moss | +44 20 3207 7893 |
| Emanuele Musio | +44 20 3207 7916 |
| Iain Pearce | +44 20 3465 2665 |
| Philip Ross | +44 20 3465 2726 |

**REAL ESTATE**
| | |
|---|---|
| Kai Klose | +44 20 3207 7888 |

**HEALTHCARE**
| | |
|---|---|
| Scott Bardo | +44 20 3207 7869 |
| Alistair Campbell | +44 20 3207 7876 |
| Klara Fernandes | +44 20 3465 2718 |
| Tom Jones | +44 20 3207 7877 |
| Samantha Osborne | +44 20 3207 7882 |
| Michael Ruzic-Gauthier | +44 20 3753 3128 |
| Laura Sutcliffe | +44 20 3465 2669 |
| Charles Weston | +44 20 3465 2746 |

**INDUSTRIALS**

**AEROSPACE & DEFENCE**
| | |
|---|---|
| Ryan Booker | +44 20 3753 3074 |
| Andrew Gollan | +44 20 3207 7891 |
| Ross Law | +44 20 3465 2692 |
| George McWhirter | +44 20 3753 3163 |

**AUTOMOTIVES**
| | |
|---|---|
| Cristian Dirpes | +44 20 3465 2721 |
| Alexander Haissl | +44 20 3465 2749 |
| Viktoria Oushatova | +44 20 3207 7890 |
| Fei Teng | +44 20 3753 3049 |

**CAPITAL GOODS**
| | |
|---|---|
| Jonathan Coubrough | +44 20 3465 2699 |
| Nicholas Housden | +44 20 3753 3050 |
| Sebastian Kuenne | +44 20 3207 7856 |
| Philippe Lorrain | +44 20 3207 7823 |
| Rizk Maidi | +44 20 3207 7806 |
| Jaroslaw Pominkiewicz | +44 20 3753 3035 |
| Simon Toennessen | +44 20 3207 7819 |
| Ethan Zhang | +44 20 3465 2634 |

**MATERIALS**

**CHEMICALS**
| | |
|---|---|
| Sebastian Bray | +44 20 3753 3011 |

**BENELUX**
| | |
|---|---|
| Miel Bakker | +44 20 3207 7808 |
| Bram van Hijfte | +44 20 3753 3000 |

**SCANDINAVIA**
| | |
|---|---|
| Donata Leonova | +44 20 3753 3156 |
| Mikko Vanhala | +44 20 3207 7818 |
| Marco Weiss | +49 40 3506 0719 |

**UK**
| | |
|---|---|
| Thomas Baker | +44 20 3753 3062 |
| James Burt | +44 20 3207 7807 |
| Fabian De Smet | +44 20 3207 7810 |
| Marta De-Sousa Fialho | +44 20 3753 3098 |
| Jules Emmet | +44 20 3753 3260 |
| Katie Ferry | +44 20 3753 3041 |
| Robert Floyd | +44 20 3753 3018 |
| David Franklin | +44 20 3465 2747 |
| Karl Hancock | +44 20 3207 7803 |
| Sean Heath | +44 20 3465 2742 |
| Stuart Holt | +44 20 3465 2646 |
| James Hunt | +44 20 3753 3007 |
| James McRae | +44 20 3753 3036 |
| David Mortlock | +44 20 3207 7850 |
| Jacqueline Nestel | +44 20 3753 3194 |
| Eleni Papoula | +44 20 3465 2741 |
| Bhavin Patel | +44 20 3207 7926 |
| Kushal Patel | +44 20 3753 3038 |

**PARIS**
| | |
|---|---|
| Vincent Klein | +33 1 58 44 95 09 |

**CHEMICALS (cont'd)**
| | |
|---|---|
| Xian Deng | +44 20 3753 3014 |
| Anthony Manning | +44 20 3753 3092 |
| Rikin Patel | +44 20 3753 3080 |

**METALS & MINING**
| | |
|---|---|
| Charlie Clark | +44 20 3207 7133 |
| Richard Hatch | +44 20 3753 3070 |
| Laurent Kimman | +44 20 3465 2675 |
| Michael Stoner | +44 20 3465 2643 |

**OIL & GAS**
| | |
|---|---|
| John Gleeson | +44 20 3465 2716 |
| Ilkin Karimli | +44 20 3465 2684 |
| Henry Tarr | +44 20 3207 7827 |

**UTILITIES**
| | |
|---|---|
| Oliver Brown | +44 20 3207 7922 |
| Andrew Fisher | +44 20 3207 7937 |
| Lawson Steele | +44 20 3207 7887 |

**TMT**

**TECHNOLOGY**
| | |
|---|---|
| Josep Bori | +44 20 3753 3058 |
| Georgios Kertsos | +44 20 3465 2715 |
| Tammy Qiu | +44 20 3465 2673 |
| Tej Sthankiya | +44 20 3753 3099 |

**MEDIA**
| | |
|---|---|
| Robert Berg | +44 20 3465 2680 |
| Keisi Hysa | +44 20 3207 7817 |
| Laura Janssens | +44 20 3465 2639 |
| Alastair Reid | +44 20 3207 7841 |
| Sarah Simon | +44 20 3207 7830 |

**TELECOMMUNICATIONS**
| | |
|---|---|
| David Burns | +44 20 3753 3059 |
| Nicolas Didio | +44 20 3753 3091 |
| Usman Ghazi | +44 20 3207 7824 |
| Laura Janssens | +44 20 3465 2639 |
| Abhilash Mohapatra | +44 20 3465 2644 |
| Carl Murdock-Smith | +44 20 3207 7918 |

**THEMATIC RESEARCH**
| | |
|---|---|
| Nick Anderson | +44 20 3207 7838 |
| Oyvind Bjerke | +44 20 3753 3082 |
| Steven Bowen | +44 20 3753 3057 |
| Asad Farid | +44 20 3207 7932 |
| Robert Lamb | +44 20 3465 2623 |
| Paul Marsch | +44 20 3207 7857 |
| Saliha Shariff | +44 20 3753 3097 |

**UK (cont'd)**
| | |
|---|---|
| Richard Payman | +44 20 3207 7825 |
| Christopher Pyle | +44 20 3753 3076 |
| Adam Robertson | +44 20 3753 3095 |
| Joanna Sanders | +44 20 3207 7925 |
| Mark Sheridan | +44 20 3207 7802 |
| George Smibert | +44 20 3207 7911 |
| Sam Stannah | +44 20 3753 3157 |
| Alexander Wace | +44 20 3465 2670 |
| Paul Walker | +44 20 3465 2632 |

**GERMANY**
| | |
|---|---|
| Michael Brauburger | +49 69 91 30 90 741 |
| Nina Buechs | +49 69 91 30 90 735 |
| André Grosskurth | +49 69 91 30 90 734 |
| Joerg Wenzel | +49 69 91 30 90 743 |

**SWITZERLAND, AUSTRIA & ITALY**
| | |
|---|---|
| Duncan Downes | +41 22 317 1062 |
| Andrea Ferrari | +41 44 283 2020 |
| Gianni Lavigna | +41 44 283 2038 |
| Jamie Nettleton | +41 44 283 2026 |
| Yeannie Rath | +41 44 283 2029 |
| Mirco Tieppo | +41 44 293 2024 |

**COO Office**
| | |
|---|---|
| Fenella Neill | +44 20 3207 7868 |
| Greg Swallow | +44 20 3207 7833 |

## EQUITY TRADING

**HAMBURG**
| | |
|---|---|
| David Hohn | +49 40 350 60 761 |
| Lukas Niehoff | +49 40 350 60 798 |
| Lennart Pleus | +49 40 350 60 596 |
| Marvin Schweden | +49 40 350 60 576 |
| Philipp Wiechmann | +49 40 350 60 346 |
| Christoffer Winter | +49 40 350 60 559 |

**LONDON**
| | |
|---|---|
| Christopher Brown | +44 20 3753 3085 |
| Edward Burlison-Rush | +44 20 3753 3005 |
| Jack Clayton | +44 20 3753 3166 |
| Richard Kenny | +44 20 3753 3083 |

**THEMATIC RESEARCH (cont'd)**
| | |
|---|---|
| Julia Schrameier | +44 20 3753 3172 |

**GENERAL MID CAP**

**MID CAP - DACH**
| | |
|---|---|
| Saravana Bala | +44 20 3753 3043 |
| Carl-Oscar Brendengen | +44 20 3753 3160 |
| Marta Bruska | +44 20 3753 3187 |
| Martin Comtesse | +44 20 3207 7878 |
| Charlotte Friedrichs | +44 20 3753 3077 |
| Gustav Fröberg | +44 20 3465 2655 |
| James Letten | +44 20 3753 3176 |
| Alexander O'Donoghue | +44 20 3207 7804 |
| Gerhard Orgonas | +44 20 3465 2635 |
| Henrik Paganetty | +44 20 3453 3140 |
| Benjamin Pfannes-Varrow | +44 20 3465 2620 |
| Alexandra Schwetje | +44 20 3753 3042 |

**MID CAP - EU core**
| | |
|---|---|
| Beatrice Allen | +44 20 3465 2662 |
| Fraser Donlon | +44 20 3465 2674 |
| Christoph Greulich | +44 20 3753 3119 |
| Andreas Markou | +44 20 3753 3022 |
| Anna Patrice | +44 20 3207 7863 |
| Trion Reid | +44 20 3753 3113 |
| Jan Richard | +44 20 3753 3029 |

**MID CAP - UK**
| | |
|---|---|
| Joseph Barron | +44 20 3207 7828 |
| Calum Battersby | +44 20 3753 3118 |
| Joeseph Bloomfield | +44 20 3753 3248 |
| Robert Chantry | +44 20 3207 7861 |
| Sam Cullen | +44 20 3753 3183 |
| Ned Hammond | +44 20 3753 3017 |
| Omar Ismail | +44 20 3753 3102 |
| Edward James | +44 20 3207 7811 |
| Lush Mahendrarajah | +44 20 3207 7896 |
| Benjamin May | +44 20 3465 2667 |
| Anthony Plom | +44 20 3207 7908 |
| Eoghan Reid | +44 20 3753 3055 |
| Owen Shirley | +44 20 3465 2731 |
| Donald Tait | +44 20 3753 3031 |
| Sean Thapar | +44 20 3465 2657 |

**ECONOMICS**
| | |
|---|---|
| Florian Hense | +44 20 3207 7859 |
| Carsten Hesse | +44 20 3753 3001 |
| Kallum Pickering | +44 20 3465 2672 |
| Holger Schmieding | +44 20 3207 7889 |

**CRM**
| | |
|---|---|
| Megan Connolly | +44 20 3753 3244 |
| Laura Cooper | +44 20 3753 3065 |
| Beau Dibbs | +44 20 3753 3048 |
| Jessica Jarmyn | +44 20 3465 2696 |
| Madeleine Lockwood | +44 20 3753 3110 |
| Vikram Nayar | +44 20 3465 2737 |
| Rita Pilar | +44 20 3753 3066 |

**CORPORATE ACCESS**
| | |
|---|---|
| Lindsay Arnold | +44 20 3207 7821 |
| Sally Fitzpatrick | +44 20 3207 7826 |
| Maz Gentile | +44 20 3465 2668 |
| Robyn Gowers | +44 20 3753 3109 |
| Dipti Jethwani | +44 20 3207 7936 |
| Ross Mackay | +44 20 3207 7866 |
| Stella Siggins | +44 20 3465 2630 |
| Lucy Stevens | +44 20 3753 3068 |
| Abbie Stewart | +44 20 3753 3054 |

**EVENTS**
| | |
|---|---|
| Charlotte David | +44 20 3207 7832 |
| Suzy Khan | +44 20 3207 7915 |
| Natalie Meech | +44 20 3207 7831 |
| Eleanor Metcalfe | +44 20 3207 7834 |
| Rebecca Mikowski | +44 20 3207 7822 |
| Sarah Weyman | +44 20 3207 7801 |

**LONDON (cont'd)**
| | |
|---|---|
| Chris McKeand | +44 20 3207 7938 |
| Ben Tappin | +44 20 3753 3382 |
| Ross Tobias | +44 20 3753 3137 |
| Robert Towers | +44 20 3753 3262 |

**ELECTRONIC TRADING**
| | |
|---|---|
| Jonas Doehler | +44 40 3506 0391 |
| Matthias Führer | +49 40 3506 0597 |
| Sven Kramer | +49 40 3506 0347 |

7