# EXHIBIT H

| | | |
|---|---|---|
| Company Name: Dynagas LNG Partners | Market Cap: 82.34 | Bloomberg Estimates - EPS |
| Company Ticker: DLNG US | Current PX: 2.32 | Current Quarter: 0.016 |
| Date: 2019-03-22 | YTD Change($): -1.05 | Current Year: 0.227 |
| Event Description: Q4 2018 Earnings Call | YTD Change(%): -31.157 | Bloomberg Estimates - Sales |
| | | Current Quarter: 31.260 |
| | | Current Year: 128.143 |

# Q4 2018 Earnings Call

## Company Participants

- Tony Lauritzen
- Michael Gregos

## Other Participants

- Donald McLee
- Benjamin Joel Nolan
- Randy Giveans
- Max P. Yaras
- Michael Webber

# MANAGEMENT DISCUSSION SECTION

## Operator

Thank you for standing by, ladies and gentlemen, and welcome to Dynagas LNG Partners Conference Call on the Fourth Quarter 2018 Financial Results. We have with us Mr. Tony Lauritzen, Chief Executive Officer; and Mr. Michael Gregos, Chief Financial Officer of the company.

At this time, all participants are in a listen-only mode. There will be a presentation followed by a question-and-answer session. [Operator Instructions] I must advise you that this conference is being recorded today.

At this time, I would like to read the safe harbor statement. This conference call and slide presentation of the webcast contains certain forward-looking statements within the meaning of the safe harbor provision of the Private Securities Litigation Reform Act of 1995. Investors are cautioned that such forward-looking statements involve risks and uncertainties, which may affect Dynagas LNG Partners' business prospects and results of operations. Such risks are more fully disclosed in Dynagas LNG Partners' filings with the Securities and Exchange Commission.

And now I pass the floor to Mr. Lauritzen. Please go ahead, sir.

## Tony Lauritzen

Good morning, everyone, and thank you for joining us in our fourth quarter ended 31st December 2018 earnings conference call. I'm joined today by our CFO, Michael Gregos.

We have issued a press release announcing our results for the said period. Certain measures will be discussed on this call. We have provided a description of those measures as well as the discussion of why we believe this information to be useful in our press release.

Moving on to slide 3 to review the quarters and subsequent highlights. On October 23, 2018 the Partnership completed a public offering of 2.2 million Series B 8.75% Preferred Units resulting in net proceeds of $53 million.

The Lena River completed its scheduled dry-docking in late October 2018 and was re-chartered to a major energy company prior to the commencement of its multi-year charter with Yamal, which is expected to commence in the third quarter of 2019.

Company Name: Dynagas LNG Partners
Company Ticker: DLNG US
Date: 2019-03-22
Event Description: Q4 2018 Earnings Call

Market Cap: 82.34
Current PX: 2.32
YTD Change($): -1.05
YTD Change(%): -31.157

Bloomberg Estimates - EPS
Current Quarter: 0.016
Current Year: 0.227
Bloomberg Estimates - Sales
Current Quarter: 31.260
Current Year: 128.143

Adjusted EBITDA for the fourth quarter was recorded at $21.6 million. Distributable cash flow for the quarter was reported at $5.5 million, and reported free cash flow of $109.9 million and available liquidity of $139.9 million as of December 31, 2018.

Subsequent to the quarter, on January 23, 2019, we declared and subsequently paid a quarterly cash distribution of $0.5625 per Series A Preferred Units for the period from November 12, 2018 to February 11, 2019. And on February 1, 2019 [indiscernible] (00:03:01) distribution of $0.7231 per Series B Preferred Units with respect to the period from October 23, 2018 to February 22, 2019.

On January 25, 2019, the Partnership announced a reduced cash distribution to common unitholders of $0.0625 per common unit in respect of the fourth quarter of 2018, down from $0.25 per common unit in prior quarters, which was paid on February 14, 2019. Our Board of Directors believe that the decision to reduce our cash distribution to common unitholders is necessary in order to retain more of the cash generated from the Partnership's long-term contract to maintain a steady cash balance and, in particular, to facilitate the refinancing of the Partnership's $250 million notes, which mature on October 30, 2019.

The level of future cash distributions to common unitholders will be subject to, among other factors, the final terms of the refinancing of the notes, including but not limited to the level of indebtedness incurred and the level of the debt amortization profile, if any.

We believe that the reduction of the cash distribution is not reflective of the Partnership's underlying operational performance with our LNG carriers continuing to generate stable and predictable long-term cash flows from long-term contracts with high-quality counterparties.

I will now turn the presentation over to Michael Gregos who will provide you with further comments to the financial results.

## Michael Gregos

Thank you, Tony. Moving on to slide 4, the results for the quarter were within our expectations as operating expenses and the dry-dock of the Lena River will be low budget. For the quarter, we generated $5.5 million in distributable cash flow and $21.6 million in adjusted EBITDA.

For the quarter, we are very pleased with the performance of our Manager as we have a 100% utilization and a very competitive daily vessel operating expenses, which came in at $11,500 per day per vessel and the cost of the dry-dock of the Lena River ended up at $2.4 million, which was $1 million below budget with only 17 off-hire days.

For the quarter, average gross contract on hire, on a cash basis, amounted to about $57,500 per vessel per day, which we expect to increase to a run rate level of around $61,000 per day when the Lena River enters the long-term contract with Yamal in July of this year.

Our cash breakeven, excluding our distributions to preferred and common unitholders and our dry-docking cost, amounted to about $40,000 per day per vessel for the quarter. If we include distributions to common and preferred unitholders, our cash breakeven amounted to $49,000 per day per vessel.

Moving on to slide 5, for the quarter our distributable cash flow was $5.5 million. And after payment of distributions to preferred unitholders, distributable cash flow, available to common unitholders, was $2.9 million, and we paid $2.2 million in cash distributions to our common unitholders resulting in a distribution coverage ratio of 1.32 times.

For the quarter, we had a cash coverage ratio of 2.7 times with cash coverage representing adjusted EBITDA, less interest costs, loan principal payments, and preferred equity dividends divided by actual distributions to common unitholders.

Moving on to slide 6, to our debt profile, we currently have total debt of $723 million comprising of a $473 million secured Term Loan B, which is amortizing annually by $5 million and has a floating interest rate, and our $250 million

Company Name: Dynagas LNG Partners
Company Ticker: DLNG US
Date: 2019-03-22
Event Description: Q4 2018 Earnings Call

Market Cap: 82.34
Current PX: 2.32
YTD Change($): -1.05
YTD Change(%): -31.157

Bloomberg Estimates - EPS
Current Quarter: 0.016
Current Year: 0.227
Bloomberg Estimates - Sales
Current Quarter: 31.260
Current Year: 128.143

unsecured notes, which mature end of October 2019. Including our $55 million issuance in October of 2018 of Series B Preferred equity, we have cash on hand of $110 million and net debt to total capitalization of about 65% as of 31st December 2018.

We believe the financial strategy of having essentially non-amortizing debt in order to distribute the common unitholders all of the Partnership's cash flow available [ph] after (00:07:40) debt service and distributions to preferred unitholders is no longer workable. We are currently working on the refinancing of our $250 million notes, so as to reduce leverage over time and increase equity value. We believe the quality of our assets, whether long-term time charters to quality counterparties are positive factors, which will enable us to achieve this objective. As previously advised, our cash distributions to common unitholders may be revised depending on the final terms and conditions achieved for this refinancing.

Moving on to slide 7, we believe our competitive advantage lies in our best-in-class revenue contract backlog, which amounts to about $230 million per vessel, along with our outstanding operational performance as evidenced by our high utilization rates and very competitive operating expenses. The predictability and sustainability of our cash flows is underpinned by our contract's coverage with two of our vessels being on contracts, which protect us from rising operating costs with the additional benefit that the dry-docks not only are paid by our charters but also allow the vessels to remain on hire during the dry-docks. It is also noteworthy that we have no scheduled dry-docks until 2022.

We believe the reduction in the cash distribution to common unitholders from $0.25 per unit per quarter to $0.0625 per unit per quarter was necessary to improve common unit distribution coverage, which had fallen below 1 times in prior quarters and to facilitate refinancing of the Partnership's $250 million notes which we discussed earlier.

That wraps it up from my side. I will pass over the presentation to Tony.

## Tony Lauritzen

Thank you, Michael. Let's move on to slide 8. Our fleet currently counts six high-specification and versatile LNG carriers with an average age of about 8.6 years. We have a diversified customer base with substantial energy companies namely Equinor, Gazprom, and undisclosed major U.S. producer, and Yamal LNG, which, the latter, is a joint venture between Total, CNPC, NOVATEK, and the Silk Road Fund. Our contracted time charter backlog is about $1.38 billion and our average remaining charter period is about 9.5 years, which compares well versus our peers.

Moving on to slide 9, during the last years we have been very focused on securing long-term employment for the fleet. Our fleet is fixed on long-term charters with key energy companies. Drivers for our charters were the characteristics of the vessels including their Ice Class notations and our organization's track record. All the vessels are employed on time charter contracts under which the charter [ph] are paid all (00:10:42) major voyage-related variable costs such as fuel, canal fees, and terminal costs, meaning we enjoy a visible and stable revenue.

Our counterparties are mainly [ph] active strong (00:10:53) LNG producers, which gives the benefit that our customers are able to program their charted vessels for long periods of time that results in relatively improved planning ability. We are 98% contracted in 2019, 100% in 2020, and 92% in 2021. Our earliest availability is the Arctic Aurora, which potentially will be free in 2021 provided that Equinor does not exercise their option to extend the contract. So far, the vessel has served Equinor with very good results.

Moving on to slide 10, we have a unique fleet. Five out of the six vessels in our fleet have Ice Class 1A notation. The fleet can handle conventional LNG shipping as well as operating in ice bound and sub-zero areas. The initial capital expenditure for an ice class vessel is more expensive than conventional carriers. However, the operating cost between our ice class-type carriers and conventional carriers are very similar. The company, together with our Sponsor, has a market share of about 82% of existing vessels with ARC4 or equivalent Ice Class notation.

To our knowledge, there are only two other LNG carriers in the world with equivalent notation, which are charted out on long term. We view the ability to trade in ice-bound areas as an important advantage due to the increased production of LNG in ice-bound areas and, in particular, along the Northern Sea Route. Yamal LNG has recently commenced the

| | | |
|---|---|---|
| Company Name: Dynagas LNG Partners | Market Cap: 82.34 | Bloomberg Estimates - EPS |
| Company Ticker: DLNG US | Current PX: 2.32 | Current Quarter: 0.016 |
| Date: 2019-03-22 | YTD Change($): -1.05 | Current Year: 0.227 |
| Event Description: Q4 2018 Earnings Call | YTD Change(%): -31.157 | Bloomberg Estimates - Sales |
| | | Current Quarter: 31.260 |
| | | Current Year: 128.143 |

production of their mega project, and we also expect further projects to be developed in that region and other harsh environment areas going forward.

We've used the ability to perform niche operations as an important driver in securing attractive, long-term charters going forward. Further to that, our fleet is optimized for terminal compatibility, which is of significant importance in a market that is changing from a [ph] fixed world (00:12:52) trade to a worldwide trade. The fleet consists of groups of sister vessels that provides for overall relatively better economics and efficiencies.

We have now reached the end of the presentation, and I now open the floor for questions.

# Q&A

## Operator

Thank you very much, sir. [Operator Instructions] Our first question today is from Donald McLee from Berenberg. Please go ahead.

<Q - Donald McLee>: Good morning, guys.

<A - Tony Lauritzen>: Good morning.

<Q - Donald McLee>: Just to jump in, could you give some color on any progress around the debt refi? There's been limited updates over the past couple of quarters despite that sitting as probably the most significant near-term headwind. So, any additional insights there would be appreciated.

<A - Michael Gregos>: Yeah. Hi, Donald. No, I mean, we're looking at various options across the capital structure, and we're actively working on them. We think Dynagas has a very strong [ph] credit story (00:14:02) and we will be able to achieve our objectives. But there's not much more that I can say at this point.

<Q - Donald McLee>: Okay. Then maybe stepping away directly from the financing and then more to some of the indirect options you might have. How [ph] is the group of option (00:14:15) has changed over the past year? Would a vessel sales be a potential consideration? Has there been any discussion of a loan or some type of other security issuance to the parent level?

<A - Michael Gregos>: No, vessel sale is not part of the options that we're looking at. As I said before, we are looking at various options [ph] with the – across the spectrum (00:14:41) of the capital structure. So, what we're doing essentially is we're trying to find the most efficient solution that will increase equity value in a manner. And we are lucky enough that we do have multiple options given that we have quality assets with quality counterparties. And that's actually – what we're doing is we're going through the terms and conditions of each options and [ph] one day we will finalize (00:15:20) and then we will present them to our board for a final decision.

<Q - Donald McLee>: Okay. And then just one more on the level of the distribution cut, you mentioned the disconnect between the equity price and what's going on in terms of the company's underlying operation. So, I was curious maybe what's changed in the rationale for the degree of the cut this time around versus the other earlier cut back in April 2018?

<A - Tony Lauritzen>: Yeah. I think it's important to see the cuts in the big picture. Of course we wouldn't have liked to make two cuts, but when we go back in time a little bit, we do – as an MLP, the MLP market kind of – was very negatively affected by the crash in the oil price. So, after the crash in the oil price, the oil price recovered but the MLP sector really didn't.

So, when we did our previous cut, we had assumed that the MLP market probably would improve going forward then enable us and other MLPs to issue cheap equity. Whereas that didn't happen and that is the reason why we had to make a second cut and a more severe cut that goes hand in hand and enables us to discuss a wide range of refinancing options.



Company Name: Dynagas LNG Partners
Company Ticker: DLNG US
Date: 2019-03-22
Event Description: Q4 2018 Earnings Call

Market Cap: 82.34
Current PX: 2.32
YTD Change($): -1.05
YTD Change(%): -31.157

Bloomberg Estimates - EPS
Current Quarter: 0.016
Current Year: 0.227
Bloomberg Estimates - Sales
Current Quarter: 31.260
Current Year: 128.143

**<Q - Donald McLee>**: Okay. I'll stop there and turn it over. Thanks for taking the questions.

## Operator

Thank you very much. Our next question is from Ben Nolan from Stifel. Please go ahead.

**<Q - Benjamin Joel Nolan>**: All right. Thank you. So, I have a couple, but I'll start with a really quick one just for modeling purposes. On the Lena River until the contract with Yamal starts, can you maybe disclose what the rate you expect to earn on that would be in the interim period?

**<A - Michael Gregos>**: Yeah. Hi Ben, it's Michael. No, we typically don't disclose the rates especially for the short-term charter. I think the only thing we can say that once we enter the Yamal charter, the rate will be higher, so we will expect an uptick in, let's say, our average time charter rates. As I said earlier, for the quarter we were $57,500 average, and once the Lena River enters they're going to be around $61,000.

**<Q - Benjamin Joel Nolan>**: Okay. All right. Well, that's helpful. I can just [indiscernible] (00:18:26) The next one is a little bit more – maybe touching on the broader theme here. So, obviously, first and foremost, you have to refinance the notes. But then thinking about the company or the Partnership from a longer term perspective, pretty small and any growth might be a little bit challenging to come by via traditional means given both sort of where you're at and where the MLP market is. Have you considered at all maybe doing some sort of – something with the private company a pretty substantial fleet over there with good contracts? Any thoughts or what are maybe the pluses or minuses from your perspective of maybe merging the public company and the private company together.

**<A - Tony Lauritzen>**: Yeah. Hi Ben, this is Tony. No, we don't have any comments to that. We haven't had any discussions of that kind. I think it's safe to say that what we're working on now is the refinancing. That will be our number one target. And once that's out of the way then we'll see what is the best way of maintaining or growing the company.

**<Q - Benjamin Joel Nolan>**: Okay. And then lastly, just out of curiosity and I know that it's not held at the Partnership, but the private company does have two FSRUs [ph] on orders. (00:20:04) Just curious maybe, Tony, if you can shed some light as to what the activity level is at the moment on trying to contract FSRU?

**<A - Tony Lauritzen>**: Yeah. So, I think what we've seen is that the FSRU market has gone through a little bit of a slowdown where there was, let's say, lack of real project visibility. That being said, we think that has changed now. We can say that we are actively looking at several projects for those FSRUs.

So, we've been hearing that the market is pretty long on FSRUs, et cetera. But when we're actually starting to look at what is available for the various projects, it's not so easy to say. But what we can say is that given now that the time to their delivery is not that far away, I mean, [ph] there (00:21:26) in 2021, it's a more timely period to discuss the employment of those vessels going forward.

**<Q - Benjamin Joel Nolan>**: Okay. All right. Thanks. I appreciate it, guys.

**<A - Tony Lauritzen>**: Thank you.

## Operator

Thank you very much. Our next question is from Randy Giveans from Jefferies. Please go ahead.

**<Q - Randy Giveans>**: Hey, thanks, operator. How are you all, gentlemen?

**<A - Michael Gregos>**: [ph] We're good. (00:21:53)

**<A - Tony Lauritzen>**: Thank you.

Company Name: Dynagas LNG Partners
Company Ticker: DLNG US
Date: 2019-03-22
Event Description: Q4 2018 Earnings Call

Market Cap: 82.34
Current PX: 2.32
YTD Change($): -1.05
YTD Change(%): -31.157

Bloomberg Estimates - EPS
Current Quarter: 0.016
Current Year: 0.227
Bloomberg Estimates - Sales
Current Quarter: 31.260
Current Year: 128.143

**<A - Michael Gregos>**: Thank you.

**<Q - Randy Giveans>**: Okay. Good. Just two quick questions. So, any updates on possible future drop-downs maybe the Clean Planet, Clean Horizon, Clean Vision? Have all of those commenced their charters with Yamal?

**<A - Tony Lauritzen>**: Yeah. When it comes to the visibility on drop-downs and if they have commenced their charters, then yes. The majority of those vessels they have commenced their charters with Yamal apart from Clean Ocean that is on with [indiscernible] (00:22:30).

Now, on the question of visibility on drop-downs, we're not able to provide information on that at this moment. Again, our main area of focus is the refinance and thereafter we will see how to maintain or grow the company.

**<Q - Randy Giveans>**: Sure. Okay. And then I guess any updates on the vessel that had some issues with the [ph] damaged toll (00:23:00) in Russia? I think it was last quarter the ARC7 that had to turn back to the port on their maiden voyage.

**<A - Tony Lauritzen>**: Yeah. So, that vessel is held at a private level by the Sponsor. No, that was an issue that was resolved. It was a, let's say, temporary technological or temporary technical issue. The vessel was quickly repaired for that issue and it's fully back in service.

**<Q - Randy Giveans>**: Okay. And then just to clarify, you said no more dry-dockings till 2022, is that correct?

**<A - Tony Lauritzen>**: Yes.

**<Q - Randy Giveans>**: Great. All right. Well, that's it for me. That's right.

**<A - Tony Lauritzen>**: Thank you.

**<A - Michael Gregos>**: Thank you.

## Operator

[Operator Instructions] The next is from Max Yaras from Morgan Stanley. Please go ahead.

**<Q - Max P. Yaras>**: Hi, guys, thank you. To get back to Donald's first couple of questions, can you walk through maybe some of the assumptions in the dividend cut? Is that based on proposed terms that maybe are already in place for some of the options based on a worst-case scenario? Just some color on that would be helpful.

**<A - Michael Gregos>**: I think it's based on – it's a number which keeps, let's say, all the options open at this particular stage.

**<Q - Max P. Yaras>**: Okay. And then...

**<A - Michael Gregos>**: Yeah, that's all I can mention. I think it's important to appreciate only we cannot really give any guidance on the distribution going forward until – because that will depend on the outcome of the refinancing of the notes.

**<Q - Max P. Yaras>**: Okay. Sure. And then I know it's a bit out now but the Term Loan B have you looked at options yet on refinancing that or maybe can you refinance that at the same time that you do the upcoming note maturity?

**<A - Michael Gregos>**: That is a possibility, yes.

**<Q - Max P. Yaras>**: Okay. And then just finally on the market, we've obviously seen some near-term weakness in LNG prices, but looking out now the December 2020 curve has come down a bit can you give any color on your expectation for LNG prices or maybe some catalyst to get the rates back up a bit [indiscernible] (00:25:47) spot rates?

**<A - Tony Lauritzen>**: Yes. So, I mean, first of all, we're termed out in the sense that we don't have any availability in 2021. So, it's not a short-term market, [indiscernible] (00:26:01) is not so important for us. But nevertheless, what

Company Name: Dynagas LNG Partners
Company Ticker: DLNG US
Date: 2019-03-22
Event Description: Q4 2018 Earnings Call
Market Cap: 82.34
Current PX: 2.32
YTD Change($): -1.05
YTD Change(%): -31.157
Bloomberg Estimates - EPS
Current Quarter: 0.016
Current Year: 0.227
Bloomberg Estimates - Sales
Current Quarter: 31.260
Current Year: 128.143

we've seen in the last three [ph] annual seasons (00:26:09) is that we've seen more cyclicality. So, around [ph] first, (00:26:16) third, and fourth quarter of the year we see a real pickup in demand for LNG carriers driven a lot by LNG going into the Far East. We believe that kind of cyclicality will continue going forward.

Of course, it's not very easy to predict what the gas prices will be going forward. That's not our forte. That's our charterer's forte. But we do have noted that gas prices are on the spot not on long term, but on spot are very cheap now. So, we would expect gas prices to increase going forward towards third and fourth quarter in particular driven by heating and industrial demand in the Far East during that time of the year. And that will have normally a direct impact on shipping, too.

**<Q - Max P. Yaras>**: All right. I appreciate [ph] the time. (00:27:21)

**<A - Tony Lauritzen>**: You're welcome.

## Operator

Thank you very much. Our next question is from Michael Webber from Wells Fargo. Please go ahead. Your line is open.

**<Q - Michael Webber>**: Hey. Good morning, guys. How are you?

**<A - Tony Lauritzen>**: Good morning.

**<A - Michael Gregos>**: Good morning.

**<Q - Michael Webber>**: Tony, I just wanted to loop back on the primary topic here, which is the refi. So, I think Donald or Ben kind of touched on this, but where – so, where is the Sponsor in all of these right now? I can't imagine the Sponsor wants to merge the entities now. But in terms of providing a backstop to the refinancing effort, obviously the Sponsors and control, there's some stuff you probably can't get into. But the Sponsor's role in a refinancing process is pretty critical, so it's tough to leave it as just we can't talk about it. Is the Sponsor willing to step in and be constructive in different ways if needed?

**<A - Tony Lauritzen>**: Yeah, we would absolutely think so. But that being said, we are in a positive way looking at the wide range of refinancing options. So, that is the expected course of action and we think that that refinance is not too far away.

**<Q - Michael Webber>**: And, Tony, I'm not trying to get cute with your words, but when you say you would think so, this is the refinancing process that's been going on for six to nine months, definitely you would know by now whether the Sponsor is willing to step in or that – is that a conversation that's even happened yet?

**<A - Tony Lauritzen>**: Look, I don't think that it's appropriate to kind of – [ph] the stuff that's in this forum right now, but... (00:29:16)

[indiscernible] (00:29:18)

**<Q - Michael Webber>**: ... on the call, right? So, whether or not the Sponsor, you've had a conversation with the Sponsor or whatever in the backstop or support, I mean, it's not improper. It might not be convenient, but it's not improper to talk about that.

**<A - Tony Lauritzen>**: Yeah. And I apologize if quoted myself incorrectly, but the Sponsor is very well aware and the Sponsor, yes, would be willing to support if necessary. [ph] That is fair to say (00:29:46).

**<Q - Michael Webber>**: All right. That's helpful. I know you can't write checks for them, so I understand that, but it's obviously critical for any kind of equity pieces.

Around the dividend I guess, I'm just trying to think of why you didn't cut it to zero. And then I think Michael mentioned, and I don't want to take this out of context, but the cut you kind of let or you kind came to a number, like



Company Name: Dynagas LNG Partners
Company Ticker: DLNG US
Date: 2019-03-22
Event Description: Q4 2018 Earnings Call

Market Cap: 82.34
Current PX: 2.32
YTD Change($): -1.05
YTD Change(%): -31.157

Bloomberg Estimates - EPS
Current Quarter: 0.016
Current Year: 0.227
Bloomberg Estimates - Sales
Current Quarter: 31.260
Current Year: 128.143

landed at a number that keeps the options open at this stage. [ph] Is the (00:30:16) right way to think about that [ph] is you got it to a point (00:30:17) where you still think common equity is a viable option to help refinance the bond?

**<A - Michael Gregos>**: Yeah, that's right. I mean, as we said, the various options are across the capital structure. So, obviously, potentially, one spectrum of the capital structure is equity or similar forms, preferred equity or what have you. And it is important to have a distribution, which can maintain that value. So, that's why we ended up with this number, which we believe would be the number that makes sense and would be sustainable for the long term given certain assumptions. But obviously, that – it could turn out to be different in practice.

**<Q - Michael Webber>**: Got you. And then, forgive me if you've mentioned this already, and it's kind of an overly simplistic question. But in terms of – as you stand today like the timeframe around when you can kind of alleviate the overhang from the refinancing risk. Is that something you think you can get done in the second quarter?

**<A - Michael Gregos>**: It's certainly a possibility. We can't guarantee anything but it's certainly a possibility, yeah.

**<Q - Michael Webber>**: Okay. So, it's possible. Maybe you consider it likely or the more likely sometime in Q3, [ph] kind of during the summer? (00:31:48)

**<A - Michael Gregos>**: No, I think it's likely, yes.

**<Q - Michael Webber>**: Okay. Okay. That's helpful. I appreciate the time, guys.

**<A - Tony Lauritzen>**: Thank you.

**<A - Michael Gregos>**: Thank you.

## Operator

Thank you very much. Unfortunately, we have no time for any further questions. I will hand the call back to Mr. Lauritzen and Mr. Gregos for closing remarks.

## Tony Lauritzen

And so, thank you, all, for your time and for listening in on our earnings call, and we look forward to speaking with you again on our next call. Thank you very much.

## Operator

Thank you very much, gentlemen. Ladies and gentlemen, that does conclude the call for today. Thank you, all, for participating. You may now disconnect.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2019, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*