# EXHIBIT I

424B4 1 d609534d424b4.htm 424B4

**Table of Contents**

Filed Pursuant to Rule 424(b)(4)
Registration No. 333-191653

PROSPECTUS



# Dynagas LNG Partners LP

## 12,500,000 Common Units

### Representing Limited Partner Interests

### $18.00 per common unit

We are selling 8,250,000 of our common units and our Sponsor, Dynagas Holding Ltd., is selling 4,250,000 of our common units. Prior to this offering, there has been no public market for our common units. Although we are organized as a partnership, we have elected to be treated as a corporation solely for U.S. federal income tax purposes. We have applied to list our common units on the Nasdaq Global Select Market under the symbol "DLNG."

The underwriters have an option to purchase a maximum of 1,875,000 additional common units from our Sponsor to cover over-allotments.

**We are an "emerging growth company" as that term is used in the Jumpstart Our Business Startups Act (the "JOBS Act").**

**Investing in our common units involves risks. See "Risk Factors" beginning on page 30. These risks include the following:**

- We may not be able to pay the minimum quarterly distribution on our common units and subordinated units.
- Our Initial Fleet consists of only three LNG carriers. Any limitation in the availability or operation of these vessels could have a material adverse effect on our business, results of operations and financial condition and could significantly reduce or eliminate our ability to pay the minimum quarterly distribution on our common units and subordinated units.
- We derive all our revenue and cash flow from two charterers and the loss of either of these charterers could cause us to suffer losses or otherwise adversely affect our business.
- The amount of our debt could limit our liquidity and flexibility in obtaining additional financing and in pursuing other business opportunities.
- Our Sponsor, our General Partner and their respective affiliates own a controlling interest in us and have conflicts of interest and limited duties to us and our common unitholders, which may permit them to favor their own interests to your detriment.
- Demand for LNG shipping could be significantly affected by volatile natural gas prices and the overall demand for natural gas.
- Unitholders have limited voting rights, and our Partnership Agreement restricts the voting rights of our unitholders that own more than 4.9% of our common units.
- We are a holding company, and our ability to make cash distributions to our unitholders will be limited by the value of investments we currently hold and by the distribution of funds from our subsidiaries.
- There is no existing market for our common units, and a trading market that will provide you with adequate liquidity may not develop. The price of our common units may fluctuate significantly, and you could lose all or part of your investment.
- You will incur immediate and substantial dilution of $10.16 per common unit.
- U.S. tax authorities could treat us as a "passive foreign investment company," which would have adverse U.S. federal income tax consequences to U.S. unitholders.

If at any time our General Partner and its affiliates own more than 80% of the outstanding common units, our General Partner has the right, but not the obligation, to purchase all, but not less than all, of the remaining common units, as provided in the Partnership Agreement. Please see "The Partnership Agreement—Limited Call Right."

| | Price per Common Unit | Total |
|---|---|---|
| Public offering price | $18.00 | $225,000,000 |
| Underwriting discounts[(1)] | $ 1.08 | $ 13,500,000 |
| Proceeds to Dynagas Holding Ltd. (before expenses)[(2)] | $16.92 | $ 71,910,000 |
| Proceeds to Dynagas LNG Partners LP (before expenses) | $16.92 | $139,590,000 |

(1) See "Underwriting" for additional information regarding underwriting compensation.
(2) Dynagas Holding Ltd., our Sponsor, is selling 4,250,000 of our common units. In addition, the underwriters have an option to purchase a maximum of 1,875,000 additional common units from our Sponsor to cover over-allotments. We will not receive any of the proceeds from the sale of these units.

Delivery of the common units will be made on or about November 18, 2013.

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.**

[PAGES OMITTED]