# EXHIBIT M



# EQUITY RESEARCH
## FIRST LOOK

## LNG

### DLNG - NYSE
February 15, 2018

| Closing Price 02/15/2018 | $11.00 |
|---|---|
| Rating: | Buy |
| 12-Month Target Price: | $15.00 |
| 52-Week Range: | $10.49 - $17.93 |
| Market Cap (M): | 391 |
| Shares O/S (M): | 35.5 |
| Float: | 98.3% |
| Avg. Daily Volume (000): | 219 |
| Debt (M): | $731.7 |
| Dividend: | $1.69 |
| Dividend Yield: | 15.43% |
| Risk Profile: | Medium |
| Fiscal Year End: | December |



### EVENT INFORMATION

**4Q17 Earnings Call Details**:

Tomorrow, February 16th at 8:30am ET

US: (866) 819-7111

International: (44) 1452 550-000

Passcode: Dynagas

**James Jang**
(212) 895-3562
jjang@maximgrp.com

# Dynagas LNG Partners                 Buy

## First Look - 4Q17 Results Miss On Lower TCE Rate; Still, 4Q Showed Progress and Steady Dividend Continues

### Summary

- After the Market close, DLNG reported 4Q17 revenues of $34.5 million, EBITDA of $26.9 million, and earnings per common unit of $0.16, which were below our and consensus expectations.

- We attribute the miss vs. our estimates to a slightly lower utilization and TCE rate. The company reported 99% utilization and a TCE rate of $61,172 per vessel/day versus our expectations of 100% utilization and a TCE rate of $66,804 per vessel/day.

- Although DLNG did not reach our expectations for the quarter, the company has continuously made progress throughout a difficult 2017 LNG environment (2Q17: $0.07, 3Q17: $0.15, 4Q17: $0.16).

- And as previously announced, there was a quarterly cash distribution of $0.4225 per common unit (steady for 13 consecutive quarters), representing an annualized yield of 15.4%.

- We will reassess our estimates and outlook after the conference call which will be held tomorrow morning at 8:30am ET.

### Details

**4Q17 results were below expectations**. DLNG reported surprisingly weaker than expected 4Q17 results, mainly owing to a lower than expected TCE rate of $61,172 per vessel/day versus our expectations of $66,804 per vessel/day.

- **Revenue**: $34.5M Actual vs. $36.7M Maxim and. $35.9M Consensus

- **EBITDA**: $26.9M Actual vs. $28.3M Maxim and. $27.1M Consensus

- **Earnings per common unit**: $0.16 Actual vs. $0.21 Maxim and $0.19 Consensus

- **Distributable cash flow**: $11.8M Actual vs. $13.8M Maxim

**Charter extension**. On a positive note, the company announced a three year charter extension for its 2013-built ice-class LNG carrier, the *Arctic Aurora* to Statoil ASA. The charter extension will commence during 3Q18 following the vessel's first special survey and dry docking. Statoil will also hold options to extend the employment by two consecutive 12-month charters. We expect this should remove some near-term earnings overhang related to this vessel.

**Option vessels**. The company announced that the partnership and its sponsor, Dynagas Ltd. have agreed to extend the deadline for the purchase options related to the 2015-built *Clean Horizon*, and *Clean Vision* to December 31, 2018. We view this news as positive, as we anticipate DLNG to look to drop down these vessels into the MLP, which could further expand earnings as we move into a rising LNG market.

**Questions for the call**:
1. The reported LNG spot rates during 4Q17 seemed to signal a mini rebound. Do you expect the short-term tightness to continue through 2018?
2. At what equity levels are you targeting for additional drop downs into the MLP?
3. How would you strategize employment for the two LNG carriers due to come off charter in 2018? Are there opportunities for short-term charters before they are delivered for the Yamal project?

SEE PAGES 2 - 3 FOR IMPORTANT DISCLOSURES AND DISCLAIMERS

## DISCLOSURES

### Dynagas LNG Partners Rating History as of 02/14/2018



powered by: BlueMatrix

| Maxim Group LLC Ratings Distribution | | As of: 02/14/18 | |
|---|---|---|---|
| | | **% of Coverage Universe with Rating** | **% of Rating for which Firm Provided Banking Services in the Last 12 months** |
| **Buy** | Fundamental metrics and/or identifiable catalysts exist such that we expect the stock to outperform its relevant index over the next 12 months. | **81%** | **36%** |
| **Hold** | Fundamental metrics are currently at, or approaching, industry averages. Therefore, we expect this stock to neither outperform nor underperform its relevant index over the next 12 months. | **17%** | **23%** |
| **Sell** | Fundamental metrics and/or identifiable catalysts exist such that we expect the stock to underperform its relevant index over the next 12 months. | **2%** | **25%** |
| | *See valuation section for company specific relevant indices* | | |

I, James Jang, attest that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. Furthermore, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report.

The research analyst(s) primarily responsible for the preparation of this research report have received compensation based upon various factors, including the firm's total revenues, a portion of which is generated by investment banking activities.

**Maxim Group makes a market in Dynagas LNG Partners**

**Maxim Group expects to receive or intends to seek compensation for investment banking services from Dynagas LNG Partners in the next 3 months.**

**DLNG:** We use the Russell 3000 as the relevant index for Dynagas LNG Partners LP (DLNG).

### Valuation Methods

**DLNG:** Our primary benchmark in evaluating shipping companies is to use a price/charter-adjusted NAV. This metric takes into account the overall market value of a company's assets based on quoted prices from shipping brokers, adjusted for balance sheet items. Given that shipping in general is a highly cyclical industry, we prefer to normalize NAV based on long-term historical averages, which we use as a proxy for mid-cycle asset values.

### Price Target and Investment Risks

**DLNG:** Aside from general market and other economic risks, risks particular to our price target and rating for Dynagas LNG Partners include: inability to pay the distribution, failure to drop down the optional vessels from sponsor Dynagas Holdings Ltd., supply/demand balance, substantial newbuild commitments and spot market exposure.

## RISK RATINGS

Risk ratings take into account both fundamental criteria and price volatility.

**Speculative** – Fundamental Criteria: This is a risk rating assigned to early-stage companies with minimal to no revenues, lack of earnings, balance sheet concerns, and/or a short operating history. Accordingly, fundamental risk is expected to be significantly above the industry. Price Volatility: Because of the inherent fundamental criteria of the companies falling within this risk category, the price volatility is expected to be significant with the possibility that the investment could eventually be worthless. Speculative stocks may not be suitable for a significant class of individual investors.

**High** – Fundamental Criteria: This is a risk rating assigned to companies having below-average revenue and earnings visibility, negative cash flow, and low market cap or public float. Accordingly, fundamental risk is expected to be above the industry. Price Volatility: The price volatility of companies falling within this category is expected to be above the industry. High-risk stocks may not be suitable for a significant class of individual investors.

**Medium** – Fundamental Criteria: This is a risk rating assigned to companies that may have average revenue and earnings visibility, positive cash flow, and is fairly liquid. Accordingly, both price volatility and fundamental risk are expected to approximate the industry average.

**Low** – Fundamental Criteria: This is a risk rating assigned to companies that may have above-average revenue and earnings visibility, positive cash flow, and is fairly liquid. Accordingly, both price volatility and fundamental risk are expected to be below the industry.

## DISCLAIMERS

Some companies that Maxim Group LLC follows are emerging growth companies whose securities typically involve a higher degree of risk and more volatility than the securities of more established companies. The securities discussed in Maxim Group LLC research reports may not be suitable for some investors. Investors must make their own determination as to the appropriateness of an investment in any securities referred to herein, based on their specific investment objectives, financial status and risk tolerance.

This communication is neither an offer to sell nor a solicitation of an offer to buy any securities mentioned herein. This publication is confidential for the information of the addressee only and may not be reproduced in whole or in part, copies circulated, or disclosed to another party, without the prior written consent of Maxim Group, LLC ("Maxim").

Information and opinions presented in this report have been obtained or derived from sources believed by Maxim to be reliable, but Maxim makes no representation as to their accuracy or completeness. The aforementioned sentence does not apply to the disclosures required by FINRA Rule 2241. Maxim accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that such liability arises under specific statutes or regulations applicable to Maxim. This report is not to be relied upon in substitution for the exercise of independent judgment. Maxim may have issued, and may in the future issue, other reports that are inconsistent with, and reach different conclusions from, the information presented in this report. Those reports reflect the different assumptions, views and analytical methods of the analysts who prepared them and Maxim is under no obligation to ensure that such other reports are brought to the attention of any recipient of this report.

Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. Information, opinions and estimates contained in this report reflect a judgment at its original date of publication by Maxim and are subject to change without notice. The price, value of and income from any of the securities mentioned in this report can fall as well as rise. The value of securities is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities. Investors in securities such as ADRs, the values of which are influenced by currency volatility, effectively assume this risk. Securities recommended, offered or sold by Maxim: (1) are not insured by the Federal Deposit Insurance Company; (2) are not deposits or other obligations of any insured depository institution; and (3) are subject to investment risks, including the possible loss of principal invested. Indeed, in the case of some investments, the potential losses may exceed the amount of initial investment and, in such circumstances, you may be required to pay more money to support these losses.

## ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST



# Corporate Headquarters

The Chrysler Building
405 Lexington Ave., 2nd FL
New York, NY 10174
Tel: 212-895-3500

Capital Markets/Syndicate: 212-895-3695

Corporate Finance: 212-895-3811

Equity/Options Trading: 212-895-3790

Equity Research: 212-895-3736

Fixed Income Trading: 212-895-3875

Global Equity Trading: 212-895-3623

Institutional Sales: 212-895-3873

Institutional Sales Trading: 212-895-3873

Prime Brokerage: 212-895-3723

Wealth Management: 212-895-3624

## Woodbury, Long Island

20 Crossways Park Drive North
Suite 304
Woodbury, NY 11797
Tel: 516-393-8300

## Red Bank, New Jersey

246 Maple Avenue
Red Bank, NJ 07701
Tel: 732-784-1900

## West Palm Beach, Florida

105 South Narcissus Avenue
Suite 222
West Palm Beach, FL 33401
Tel: 561-508-4433