# EXHIBIT N

# MAXIM GROUP

## EQUITY RESEARCH
### ESTIMATE CHANGE

## LNG

### DLNG - NYSE
February 16, 2018

| Intraday Price 02/16/2018 | $11.07 |
|---|---|
| Rating: | Buy |
| 12-Month Target Price: | $15.00 |
| 52-Week Range: | $10.49 - $17.93 |
| Market Cap (M): | 393 |
| Shares O/S (M): | 35.5 |
| Float: | 97.7% |
| Avg. Daily Volume (000): | 218 |
| Debt (M): | $731.7 |
| Dividend: | $1.69 |
| Dividend Yield: | 15.27% |
| Risk Profile: | Medium |
| Fiscal Year End: | December |

| Revenue ('000) | | | |
|---|---|---|---|
| | 2017A | 2018E | 2019E |
| 1Q | 39,092 | 34,061 | 34,001 |
| 2Q | 31,975 | 34,167 | 34,379 |
| 3Q | 33,471 | 32,341 | 33,836 |
| 4Q | 34,452 | 29,430 | 36,136 |
| FY | 138,990 | 129,999 | 138,353 |
| Prior | 141,278 | 132,123 | 160,454 |

| EBITDA ('000) | | | |
|---|---|---|---|
| | 2017A | 2018E | 2019E |
| 1Q | 31,271 | 26,235 | 25,812 |
| 2Q | 22,921 | 21,857 | 25,943 |
| 3Q | 26,434 | 18,142 | 25,374 |
| 4Q | 26,919 | 21,576 | 27,713 |
| FY | 107,545 | 87,809 | 104,843 |
| Prior | 108,879 | 97,896 | 120,142 |

| Non-GAAP EPS | | | |
|---|---|---|---|
| | 2017A | 2018E | 2019E |
| 1Q | 0.37 | 0.13 | 0.11 |
| 2Q | 0.07 | 0.00 | 0.12 |
| 3Q | 0.15 | (0.07) | 0.10 |
| 4Q | 0.16 | 0.03 | 0.22 |
| FY | 0.75 | 0.09 | 0.54 |
| Prior | 0.79 | 0.43 | 1.22 |



James Jang
(212) 895-3562
jjang@maximgrp.com

# Dynagas LNG Partners    Buy

## Treading Icy Water; Lowering Estimates Through 2019 but Hefty Dividend is Safe - Maintain Buy, $15 Price Target

### Summary

- DLNG reported 4Q17 results after yesterday's close with results lower than our and consensus estimates. We had expected the tightness in the LNG sector during the quarter to buoy rates.

- Along with a challenging outlook, we are lowering our estimates through 2019 and now look for DLNG to report earnings per common unit of $0.09 (*$0.43 prior*) in 2018, and $0.54 (*$1.22 prior*) in 2019.

- Despite our reduced estimates, our analysis shows that the quarterly cash distribution of $0.4225 - which has been steady for 13 consecutive quarters and is currently yielding 15.3% on an annualized basis - is safe.

- DLNG also announced a three year charter extension with Statoil for the *Arctic Aurora*, which was set to be redelivered during 3Q18.

### Details

**We expect short-term earnings disruptions**. Although DLNG has announced the charter extension for the *Arctic Aurora*, the *Yenisei River*, and *Lena River* will be operating charter-free in 2018-2019. And with an expected 49 newbuild LNG carriers scheduled for delivery in 2018, coupled with seasonality during 2Q and 3Q, we are expecting DLNG to face a challenging earnings environment during 2018. Therefore, we are lowering our estimates and now expect revenue of $130.0 million (*$132.1 million prior*), EBITDA of $87.8 million (*$97.9 million prior*), and earnings per common unit of $0.09 (*$0.43 prior*) in 2018. To note, our 2018 earnings are impacted by an expected $10.5 million charge related to three special survey costs. Excluding these costs would bring our expected earnings per common unit to $0.39; however, as these are operational costs, we are including them in our forecast.

**Fleet expansion via drop downs on the table**. Per management's comments, we are expecting two additional LNG carriers to be dropped down into the MLP during 2018. As the current cost of equity is too high, we are expecting DLNG to issue preferred equity and seller's credit to the sponsor, Dynagas Ltd. as well as the debt assumption for these vessels. We expect the timing of the drop down to occur in 2H18, as these vessels will start their charters to the Yamal LNG project in 2019.

**Long-term earnings coming into focus**. The DLNG story has centered around long-term earnings visibility, via 100% long-term charter coverage. Following the Statoil charter extension, DLNG will have four LNG carriers with 100% charter coverage beyond our forecast period. However, two vessels will be operating charter-free between 2018-2019, before commencing on long-term charters for the Yamal LNG project. Therefore, we are expecting some near-term earnings weakness, as we project lower utilization and rates for these vessels. However, looking beyond 2019, DLNG will have 100% charter coverage for its fleet, which should lead to higher earnings visibility and a stable distributable cash flow.

**Bottom line**. Although we expect short-term weakness in the LNG sector, we continue to believe in the DLNG investment thesis. Management has stated that the goal is to maintain and ultimately raise the current distribution profile, which currently has an annualized yield of 15.3%; we hasten to add that the company has delivered a quarterly cash distribution of $0.4225 for 13 consecutive quarters, and our analysis shows it is safe. Furthermore, we are expecting DLNG to add two additional LNG carriers into the fleet in the near-term. These vessels are already contracted for 15-year charters, which should only help long-term earnings visibility. Therefore, with shares trading at about a ~26% discount to our 2018E NAV of $14.93, we maintain our Buy rating and $15 price target. Our $15 price target is based on a ~1.0x multiple to the midpoint of our two forward normalized 2018E NAV of $14.93 (*$14.90 prior*).

SEE PAGES 7 - 8 FOR IMPORTANT DISCLOSURES AND DISCLAIMERS

## 4Q17 EARNINGS REVIEW

After the market close on February 15, 2018, Dynagas LNG Partners announced 4Q17 results. Earnings per common unit came in at $0.16, lower than our estimate of $0.21 and consensus estimate of $0.19. Top-line revenues for the quarter came in at $34.5 million lower than our estimate of $36.7 million, and consensus estimate of $35.9 million. EBITDA was $26.9 million, lower than our estimates of $28.3 million, and the consensus estimate of $27.1 million. Vessel operating expense came in at $6.8 million, in-line with our expectations.

During 4Q17, DLNG achieved fleet utilization of 99%, higher than the 97% realized during 3Q17. The company's fleet achieved a time charter equivalent (TCE) rate of $61,172 per vessel/day versus our expectations of $66,804 per vessel/day. As expected, the company maintained the distribution of $0.4225 per common unit.

**Figure 1. DLNG 4Q17 Variance Table**

| Selected Income Statement Line Items | 4Q17E | | 4Q17A | Variance | Variance |
|---|---|---|---|---|---|
| ($mm), except per share and dividend data | Maxim | Consensus | | vs. Maxim | vs. Consensus |
| Net revenue | $36.7 | $35.9 | $34.5 | ($2.3) | ($1.5) |
| EBITDA | $28.3 | $27.1 | $26.9 | ($1.3) | ($0.2) |
| Net income | $8.7 | $7.1 | $5.6 | ($3.1) | ($1.4) |
| Earnings per common unit | $0.21 | $0.19 | $0.16 | ($0.04) | ($0.03) |
| Distribution | $0.42 | $0.42 | $0.42 | $0.00 | $0.00 |

*Sources: ThomsonEikon consensus, Dynagas LNG Partners, Maxim Group LLC*

During 4Q17, the company agreed to extend the ice-class LNG carrier, the *Arctic Aurora's* charter with Statoil to the end of 2021. This charter was expected to end during 3Q18, but has been extended to 2021, with two 1-year charter extensions. We estimate the TCE rate at approximately $55,708 per/day for the firm 3-year period. Following this charter extension announcement, the current contracted revenue stands at $1.5 billion.

The company has also announced plans to drop down two assets from the sponsor, Dynagas Ltd. into DLNG. The two drop down candidates are the 2015-built *Clean Horizon*, and the *Clean Vision*. Both of these vessels are 162,000 cbm Arc4 ice-class LNG carriers with tri-fuel diesel (TFDE) propulsion systems, which help to lower operating costs by utilizing LNG boil-off. Management has stated on the call that the current equity levels would not meet the threshold for the drop downs, and DLNG would look to issue preferred equity and seller's credit in addition to the assumption of debt on these vessels to facilitate a transaction. These vessels are stated to be delivered for the Yamal LNG project in 2019 for a period of 15 years.

## FINANCIAL PERFORMANCE AND OUTLOOK

**Income statement.** For 2017, DLNG achieved top-line revenues of $139 million, a ~18.2% decrease versus 2016. Although the LNG segment began to pick up steam during 4Q17, DLNG was not immune to the oversupply of the sector during 2Q17 and 3Q17. Furthermore, we expect the current tightness in the sector to dissipate during 2018 and now look for DLNG to achieve top-line revenues of $130 million (*$132.1 million prior*), EBITDA of $87.8 million (*$97.9 million prior*), and earnings per common unit of $0.09 (*$0.43 prior*). To note, our 2018 earnings are impacted by an expected $10.5 million charge related to dry-dockings and special survey costs. Excluding these costs would bring our expected earnings per common unit to $0.39; however, as these are operational costs, we are including them in our forecasts. For 2018, we are expecting DLNG to achieve a fleet-wide net TCE rate of $61,465 per vessel/day (*$62,470 per vessel/day prior*) which is based on our assumptions of softer 2Q18-3Q18 spot rates due in part to seasonality, and also the 49 LNG carriers set for delivery.

For 2019, we look for LNG sector to tighten as additional LNG projects, most notably in the APAC region, the Middle East, and the U.S. come online. If there are no delays in the planned trains through 2019, we expect over 350 million tons of additional LNG supply to support the increased demand in Europe, and the Far East. Therefore, in 2019, we look for DLNG to generate top-line revenues of $138.4 million (*$160.5 million prior*), EBITDA of $104.8 million (*$120.1 million prior*), and earnings per common unit of $0.54 *($1.22 prior).*

In terms of vessel operating expenses, we look for the company's LNG carriers to average $12,300 per vessel/day for 2018 and we expect those numbers to increase with inflation going forward. We anticipate approximately 43 days off-hire in 2018

when the *Yenisei River*, *Arctic Aurora*, and *Lena River* will enter into their first 5-year special surveys.  For G&A expenses, we estimate roughly $1.6 million per annum or approximately $750 per vessel/day, while management fees are expected to be about $2,800 per vessel/day.  Given our revenue and expense forecasts, we forecast net income of $5.6 million in 2018, and $24.2 million in 2019.

The company's current contract backlog has a remaining life of approximately 10 years on $1.5 billion in revenues.  The company's charter profile strengthens in 2019 as all of the company's vessels will be on long-term time charters to high-quality counterparties.

**Figure 2. Contracted Charter Backlog**



| Vessel | Built | Capacity | 2018 | 2019 | 2020 | 2021 | |
|---|---|---|---|---|---|---|---|
| Clean Energy | 2007 | 149,700 | Gazprom | | | | To 2Q26 |
| Amur River | 2008 | 149,700 | Gazprom/Sakhalin Energy | | | | To 2Q28 |
| Ob River | 2007 | 149,700 | Gazprom/Sakhalin Energy | | | | To 1Q28 |
| Yenisei River | 2013 | 155,000 | Gazprom | | Yamal LNG | | To 2023/2034 |
| Arctic Aurora | 2013 | 155,000 | Statoil | | | | |
| Lena River | 2013 | 155,000 | Gazprom | | | Yamal LNG | To 2024/2035 |
| *Clean Horizon** | *2015* | *162,000* | | *Yamal LNG* | | | |
| *Clean Vision** | *2015* | *162,000* | | *Yamal LNG* | | | |

*\* optional drop down candidates - 2018*



No Charter Cover
Charter Cover
Delivery Window

*Sources: Dynagas LNG Partners, Maxim Group LLC*

**Balance sheet.**  As of the end of 2017, DLNG had approximately $711.7 million in debt on the balance sheet versus $70.5 million in cash and securities.  As such, DLNG maintains a total debt/book capitalization of 69.2%.  We look for the company to address the leverage once the LNG market strengthens which could coincide with additional drop down of vessels.

The company's outstanding obligations are comprised of a $480 million senior secured term loan (Term Loan B) and $250 million senior unsecured notes.  The Term Loan B carries a floating rate of LIBOR plus 450 bps and has a six year amortization profile with the final balloon payment due during 2Q23.  This facility has a 1% amortization profile which should enable DLNG preserve cash.  The $250 senior notes carry a fixed rate of 6.25% and are due on October 30, 2019.

**Cash flow and distribution policy.**  DLNG currently distributes $0.4225 quarterly to all unitholders, implying a current yield of approximately 12.6%.  The distribution is based on the partnership agreement, and we believe the company's long-term charters will enable the distribution to continue.

Based on our updated forecasts, this distribution is about 0.43x covered in 2018, and 0.69x covered in 2019 on an aggregated distributable cash flow basis.  Although the distribution cover is below 1.0x, DLNG currently has enough liquidity with cash on hand to cover the future distributions.  Management has stated the intended goal is to have a distributable cash flow coverage ratio above 1.0x, and with the two possible drop down candidates entering the fleet in 2018, coupled with 100% charter coverage in 2019, we expect DLNG to maintain the current distribution levels.

The company's refinancing of the outstanding loans has lowered the quarterly repayment profile and pushed out maturities beyond the current weak LNG carrier rate environment.  We note that we assume $3.2 million of annual drydocking reserves and $12.8 million of replacement capital reserves.

## VALUATION

Our primary benchmark in evaluating shipping companies is to use a price/charter-adjusted NAV. This metric takes into account the overall market value of a company's assets based on quoted prices from shipping brokers, adjusted for balance sheet items. In particular, we believe it's useful to also adjust for any charters that may be above or below the current market, based on a discounted cash flow relative to what we believe is the consensus market forecast. Given that shipping in general is a highly cyclical industry, we prefer to normalize NAV based on long-term historical averages, which we use as a proxy for mid-cycle asset values.

We modify our NAV valuation for MLP stocks in an attempt to quantify the arbitrage gained from an MLP's lower cost of capital. To do this, we assume the vessels the MLP has the option to purchase are acquired with newly issued equity capital at a premium to NAV. In our opinion, this value accrual calculation approximates the lower cost of capital advantage that an MLP shipping company typically has relative to a regular corporate structure.

**Price/Net Asset Value (P/NAV).** On a fully integrated fleet basis, and based on the ending 2017 balance sheet at that time, we calculate Dynagas Partners' NAV to be $13.58 per share (see Figure 3 below), which is based on 35.5 million units outstanding.

**Figure 3. Charter-adjusted Forward, Normalized NAV – 2017**

| Balance Sheet - 2017 | | | ($ millions) | | | |
|---|---|---|---|---|---|---|
| Vessel Type | # of vessels | Avg. Age | Historical Low | Current | Historical Mean | Historical Median | Historical High |
| Ice Class Vessels | 5 | 6.2 | 522.3 | 762.3 | 815.4 | 843.6 | 1,075.7 |
| Steam LNG Carrier | 1 | 10.0 | 91.0 | 132.1 | 141.9 | 146.9 | 187.1 |
| **Fleet Value** | **6** | **6.8** | **613.3** | **894.4** | **957.3** | **990.5** | **1,262.8** |
| Working capital | | | 47.5 | 47.5 | 47.5 | 47.5 | 47.5 |
| Long-term debt | | | (711.7) | (711.7) | (711.7) | (711.7) | (711.7) |
| Charter NPV | | | 14.6 | 14.6 | 14.6 | 14.6 | 14.6 |
| Distributions paid | | | 100.3 | 100.3 | 100.3 | 100.3 | 100.3 |
| Optional fleet value accrual | | | 137.1 | 137.1 | 137.1 | 137.1 | 137.1 |
| **Net Asset Value** | | | **201.1** | **482.3** | **545.2** | **578.4** | **850.7** |
| Diluted shares | | | 35.5 | 35.5 | 35.5 | 35.5 | 35.5 |
| **NAV/share** | | | **$5.66** | **$13.58** | **$15.35** | **$16.28** | **$24.12** |
| **Price/NAV** | | | **1.96x** | **0.82x** | **0.72x** | **0.68x** | **0.56x** |

*Sources: Dynagas LNG Partners, Maxim Group LLC estimates*

To calculate the value accrual relative to the additional newbuild LNG vessels that DLNG has the option to acquire from its sponsor, Dynagas Holdings Ltd., we assume a 50%/50% debt to equity funding mix, as well as additional equity capital issued at a 1.4x premium to NAV. We use this discount from the current premium of 1.45x in order to be conservative. Using these assumptions implies a $137.1 million value accrual to DLNG, or $3.86 per share. Near-term, as the company has announced intentions of dropping down the Clean Horizon, and Clean Vision into the MLP during 2018, this would equate to $68.6 million in value accrual or $1.93 per share.

See Figure 4 below for details.

**Figure 4. Optional and Newbuild Vessels Valuation Accrual**

| Name | CBM | Year Built | Purchase Price | Ownership | Financing | Debt | Equity | Effective Cost | Value Accrual |
|---|---|---|---|---|---|---|---|---|---|
| Clean Ocean | 162,000 | 2014 | 240.0 | 100% | 50% | 120.0 | 120.0 | 85.7 | 34.3 |
| Clean Planet | 162,000 | 2014 | 240.0 | 100% | 50% | 120.0 | 120.0 | 85.7 | 34.3 |
| Clean Horizon | 162,000 | 2015 | 240.0 | 100% | 50% | 120.0 | 120.0 | 85.7 | 34.3 |
| Clean Vision | 162,000 | 2015 | 240.0 | 100% | 50% | 120.0 | 120.0 | 85.7 | 34.3 |
| **Total value accrual** | | | | | | | | | **$137.1** |
| **Per share basis** | | | | | | | | | **$3.86** |

| Name | CBM | Year Built | Purchase Price | Ownership | Financing | Debt | Equity | Effective Cost | Value Accrual |
|---|---|---|---|---|---|---|---|---|---|
| Hull 2421 | 172,000 | 2017 | 320.0 | 49% | 50% | 160.0 | 160.0 | 114.3 | 22.4 |
| Hull 2422 | 172,000 | 2017 | 320.0 | 49% | 50% | 160.0 | 160.0 | 114.3 | 22.4 |
| Hull 2427 | 172,000 | 2019 | 320.0 | 49% | 50% | 160.0 | 160.0 | 114.3 | 22.4 |
| Hull 2428 | 172,000 | 2019 | 320.0 | 49% | 50% | 160.0 | 160.0 | 114.3 | 22.4 |
| Hull 2429 | 172,000 | 2019 | 320.0 | 49% | 50% | 160.0 | 160.0 | 114.3 | 22.4 |
| **Total value accrual** | | | | | | | | | **$112.0** |
| **Per share basis** | | | | | | | | | **$0.77** |

*Source: Maxim Group LLC estimates*

Furthermore, Dynagas Holdings Ltd, the sponsor, has a 49% ownerships stake in five newbuild ARC7 LNG carriers on order. All of these vessels are contracted for the Yamal LNG project and with deliveries from 2017-2019. Although the status of these vessels is uncertain, if they are dropped down into DLNG, using the same valuation as the optional fleet with a 50%/50% debt to equity mix, as well as additional capital issued at a 1.4x premium to NAV implies a $112 million value accrual to DLNG, or $0.77 per share. See Figure 4 above.

We forecast out the balance sheet to the end of 2018 and assume asset values revert to long-term averages (we use both a reversion to the mean and median). Including the $137.1 million value accrual from the optional newbuild vessels, along with roughly $160.4 million of distributions expected to be paid through 2018, implies a forward normalized NAV of approximately $14.93 per share (*$14.90 prior*). We had previously applied a premium multiple to DLNG's NAV due to the specialized nature of its ice-class LNG carriers and trade. However, as the Arctic LNG segment currently stands at a lull, we are removing our premium and updating forward asset value projections based on our updated LNG supply/demand model. Therefore, we maintain our Buy rating and $15 price target for DLNG. Our $15 price target is based on about a 1.0x multiple to the midpoint or our two forward, normalized 2018E NAV of $14.93.

**Figure 5. Charter-adjusted Forward, Normalized NAV – 2018E**

| Balance Sheet - 2018E | | | Historical Low | Historical Mean | Historical Median | Historical High | | Target Normalized |
|---|---|---|---|---|---|---|---|---|
| Vessel Type | # of vessels | Avg. Age | | | | | | |
| Ice Class Vessels | 5 | 7.2 | 504.0 | 787.8 | 817.5 | 1,037.7 | | 777.9 |
| Steam LNG Carrier | 1 | 11.0 | 87.5 | 136.6 | 141.7 | 179.8 | | 138.3 |
| **Fleet Value** | **6** | **7.8** | **591.5** | **924.4** | **959.1** | **1,217.5** | | **916.2** |
| Working capital | | | 17.6 | 17.6 | 17.6 | 17.6 | | 17.6 |
| Long-term debt | | | (709.6) | (709.6) | (709.6) | (709.6) | | (709.6) |
| Charter NPV | | | 8.6 | 8.6 | 8.6 | 8.6 | | 8.6 |
| Distributions paid | | | 160.4 | 160.4 | 160.4 | 160.4 | | 160.4 |
| Optional fleet value accrual | | | 137.1 | 137.1 | 137.1 | 137.1 | | 137.1 |
| **Net Asset Value** | | | **205.6** | **538.6** | **573.3** | **831.7** | | **530.4** |
| Diluted shares | | | 35.5 | 35.5 | 35.5 | 35.5 | | 35.5 |
| **NAV/share** | | | **$5.79** | **$15.16** | **$16.14** | **$24.12** | | **$14.93** |
| **Price/NAV** | | | **1.91x** | **0.73x** | **0.69x** | **0.56x** | | **0.74x** |

*Sources: Dynagas LNG Partners, Maxim Group LLC estimates*

**Figure 6. Dynagas LNG Partners' Income Statement**

Dynagas LNG Partners (DLNG)

| Income Statement ($ in thousands, except per share data) | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Period Ends** | **2016** | **1Q17** | **2Q17** | **3Q17** | **4Q17** | **2017** | **1Q18E** | **2Q18E** | **3Q18E** | **4Q18E** | **2018E** | **1Q19E** | **2Q19E** | **3Q19E** | **4Q19E** | **2019E** |
| **Voyage revenues** | **$169,851** | **$39,092** | **$31,975** | **$33,471** | **$34,452** | **$138,990** | **$34,061** | **$34,167** | **$32,341** | **$29,430** | **$129,999** | **$34,001** | **$34,379** | **$33,836** | **$36,136** | **$138,353** |
| | | | | | | | | | | | | | | | | |
| Voyage expenses | 2,961 | 872 | 1,345 | 717 | 685 | 3,619 | 719 | 745 | 753 | 753 | 2,970 | 380 | 380 | 380 | 380 | 1,520 |
| Vessel operating expenses | 26,532 | 6,670 | 7,491 | 6,176 | 6,730 | 27,067 | 6,775 | 6,850 | 6,925 | 6,925 | 27,476 | 6,910 | 6,987 | 7,064 | 7,064 | 28,025 |
| General and administrative expenses | 1,885 | 442 | 398 | 394 | 452 | 1,686 | 465 | 471 | 454 | 433 | 1,823 | 475 | 480 | 485 | 485 | 1,925 |
| Dry-docking and special survey costs | - | 220 | 4,911 | 1,096 | (34) | 6,193 | - | 4,300 | 6,200 | - | 10,500 | - | - | - | - | - |
| Management fees related party | 5,999 | 1,519 | 1,537 | 1,553 | 1,553 | 6,162 | 1,587 | 1,608 | 1,552 | 1,479 | 6,227 | 1,635 | 1,657 | 1,675 | 1,675 | 6,641 |
| Depreciation | 30,395 | 7,476 | 7,559 | 7,642 | 7,642 | 30,319 | 7,476 | 7,559 | 7,642 | 7,642 | 30,321 | 7,469 | 7,552 | 7,635 | 7,635 | 30,292 |
| **Total operating expenses** | 67,772 | 17,199 | 23,241 | 17,578 | 17,028 | 75,046 | 17,023 | 21,533 | 23,527 | 17,232 | 79,316 | 17,419 | 17,606 | 17,789 | 17,789 | 70,604 |
| **Operating income (loss)** | **102,079** | **21,893** | **8,734** | **15,893** | **17,424** | **63,944** | **17,038** | **12,633** | **8,813** | **12,197** | **50,682** | **16,582** | **16,773** | **16,047** | **18,347** | **67,748** |
| Interest and finance costs | (34,991) | (8,890) | (13,725) | (11,745) | (11,718) | (46,078) | (11,154) | (11,178) | (11,201) | (11,230) | (44,763) | (11,253) | (11,276) | (11,304) | (9,384) | (43,217) |
| Other, net | (234) | (91) | (190) | (165) | (81) | (527) | (66) | (121) | (100) | (50) | (337) | (25) | (167) | (94) | (55) | (341) |
| **Net income** | **66,854** | **12,912** | **(5,181)** | **3,983** | **5,625** | **17,339** | **5,818** | **1,334** | **(2,488)** | **917** | **5,582** | **5,304** | **5,330** | **4,649** | **8,908** | **24,191** |
| | | | | | | | | | | | | | | | | |
| Earnings per common unit | $1.88 | $0.37 | $0.07 | $0.15 | $0.16 | $0.75 | $0.13 | $0.00 | ($0.07) | $0.03 | $0.09 | $0.11 | $0.12 | $0.10 | $0.22 | $0.54 |
| Earnings per subordinated unit | $1.88 | | | | | | | | | | | | | | | |
| Earnings per general partner unit | $1.88 | $0.37 | $0.07 | $0.15 | $0.16 | $0.75 | $0.13 | $0.00 | ($0.07) | $0.03 | $0.09 | $0.11 | $0.12 | $0.10 | $0.22 | $0.54 |
| | | | | | | | | | | | | | | | | |
| Distribution | $1.69 | $0.42 | $0.42 | $0.42 | $0.42 | $1.69 | $0.42 | $0.42 | $0.42 | $0.42 | $1.69 | $0.42 | $0.42 | $0.42 | $0.42 | $1.69 |
| | | | | | | | | | | | | | | | | |
| Common units | 20,505 | 31,661 | 35,490 | 35,490 | 35,490 | 34,533 | 35,490 | 35,490 | 35,490 | 35,490 | 35,490 | 35,490 | 35,490 | 35,490 | 35,490 | 35,490 |
| Subordinated units | 14,985 | | | | | | | | | | | | | | | |
| General partner units | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 |
| **EBITDA** | **$132,474** | **$31,271** | **$22,921** | **$26,434** | **$26,919** | **$107,545** | **$26,235** | **$21,857** | **$18,142** | **$21,576** | **$87,809** | **$25,812** | **$25,943** | **$25,374** | **$27,713** | **$104,843** |

*Source: Company reports, Maxim Group LLC estimates*

## DISCLOSURES

**Dynagas LNG Partners Rating History as of 02/15/2018**



| Maxim Group LLC Ratings Distribution | | As of: 02/15/18 | |
|---|---|---|---|
| | | **% of Coverage Universe with Rating** | **% of Rating for which Firm Provided Banking Services in the Last 12 months** |
| **Buy** | Fundamental metrics and/or identifiable catalysts exist such that we expect the stock to outperform its relevant index over the next 12 months. | **81%** | **36%** |
| **Hold** | Fundamental metrics are currently at, or approaching, industry averages. Therefore, we expect this stock to neither outperform nor underperform its relevant index over the next 12 months. | **17%** | **23%** |
| **Sell** | Fundamental metrics and/or identifiable catalysts exist such that we expect the stock to underperform its relevant index over the next 12 months. | **2%** | **25%** |
| | *See valuation section for company specific relevant indices* | | |

I, James Jang, attest that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. Furthermore, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report.

The research analyst(s) primarily responsible for the preparation of this research report have received compensation based upon various factors, including the firm's total revenues, a portion of which is generated by investment banking activities.

**Maxim Group makes a market in Dynagas LNG Partners**

**Maxim Group expects to receive or intends to seek compensation for investment banking services from Dynagas LNG Partners in the next 3 months.**

**DLNG:** We use the Russell 3000 as the relevant index for Dynagas LNG Partners LP (DLNG).

### Valuation Methods
**DLNG:** Our primary benchmark in evaluating shipping companies is to use a price/charter-adjusted NAV. This metric takes into account the overall market value of a company's assets based on quoted prices from shipping brokers, adjusted for balance sheet items. Given that shipping in general is a highly cyclical industry, we prefer to normalize NAV based on long-term historical averages, which we use as a proxy for mid-cycle asset values.

### Price Target and Investment Risks

**DLNG:** Aside from general market and other economic risks, risks particular to our price target and rating for Dynagas LNG Partners include: inability to pay the distribution, failure to drop down the optional vessels from sponsor Dynagas Holdings Ltd., supply/demand balance, substantial newbuild commitments and spot market exposure.

## RISK RATINGS

Risk ratings take into account both fundamental criteria and price volatility.

**Speculative** – <u>Fundamental Criteria:</u> This is a risk rating assigned to early-stage companies with minimal to no revenues, lack of earnings, balance sheet concerns, and/or a short operating history. Accordingly, fundamental risk is expected to be significantly above the industry. <u>Price Volatility:</u> Because of the inherent fundamental criteria of the companies falling within this risk category, the price volatility is expected to be significant with the possibility that the investment could eventually be worthless. Speculative stocks may not be suitable for a significant class of individual investors.

**High** – <u>Fundamental Criteria:</u> This is a risk rating assigned to companies having below-average revenue and earnings visibility, negative cash flow, and low market cap or public float. Accordingly, fundamental risk is expected to be above the industry. <u>Price Volatility:</u> The price volatility of companies falling within this category is expected to be above the industry. High-risk stocks may not be suitable for a significant class of individual investors.

**Medium** – <u>Fundamental Criteria:</u> This is a risk rating assigned to companies that may have average revenue and earnings visibility, positive cash flow, and is fairly liquid. Accordingly, both price volatility and fundamental risk are expected to approximate the industry average.

**Low** – <u>Fundamental Criteria:</u> This is a risk rating assigned to companies that may have above-average revenue and earnings visibility, positive cash flow, and is fairly liquid. Accordingly, both price volatility and fundamental risk are expected to be below the industry.

## DISCLAIMERS

Some companies that Maxim Group LLC follows are emerging growth companies whose securities typically involve a higher degree of risk and more volatility than the securities of more established companies. The securities discussed in Maxim Group LLC research reports may not be suitable for some investors. Investors must make their own determination as to the appropriateness of an investment in any securities referred to herein, based on their specific investment objectives, financial status and risk tolerance.

This communication is neither an offer to sell nor a solicitation of an offer to buy any securities mentioned herein. This publication is confidential for the information of the addressee only and may not be reproduced in whole or in part, copies circulated, or disclosed to another party, without the prior written consent of Maxim Group, LLC ("Maxim").

Information and opinions presented in this report have been obtained or derived from sources believed by Maxim to be reliable, but Maxim makes no representation as to their accuracy or completeness. The aforementioned sentence does not apply to the disclosures required by FINRA Rule 2241. Maxim accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that such liability arises under specific statutes or regulations applicable to Maxim. This report is not to be relied upon in substitution for the exercise of independent judgment. Maxim may have issued, and may in the future issue, other reports that are inconsistent with, and reach different conclusions from, the information presented in this report. Those reports reflect the different assumptions, views and analytical methods of the analysts who prepared them and Maxim is under no obligation to ensure that such other reports are brought to the attention of any recipient of this report.

Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. Information, opinions and estimates contained in this report reflect a judgment at its original date of publication by Maxim and are subject to change without notice. The price, value of and income from any of the securities mentioned in this report can fall as well as rise. The value of securities is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities. Investors in securities such as ADRs, the values of which are influenced by currency volatility, effectively assume this risk. Securities recommended, offered or sold by Maxim: (1) are not insured by the Federal Deposit Insurance Company; (2) are not deposits or other obligations of any insured depository institution; and (3) are subject to investment risks, including the possible loss of principal invested. Indeed, in the case of some investments, the potential losses may exceed the amount of initial investment and, in such circumstances, you may be required to pay more money to support these losses.

ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST



## Corporate Headquarters

The Chrysler Building
405 Lexington Ave., 2nd FL
New York, NY 10174
Tel: 212-895-3500

Capital Markets/Syndicate: 212-895-3695

Corporate Finance: 212-895-3811

Equity/Options Trading: 212-895-3790

Equity Research: 212-895-3736

Fixed Income Trading: 212-895-3875

Global Equity Trading: 212-895-3623

Institutional Sales: 212-895-3873

Institutional Sales Trading: 212-895-3873

Prime Brokerage: 212-895-3723

Wealth Management: 212-895-3624

## Woodbury, Long Island

20 Crossways Park Drive North
Suite 304
Woodbury, NY 11797
Tel: 516-393-8300

## Red Bank, New Jersey

246 Maple Avenue
Red Bank, NJ 07701
Tel: 732-784-1900

## West Palm Beach, Florida

105 South Narcissus Avenue
Suite 222
West Palm Beach, FL 33401
Tel: 561-508-4433