# EXHIBIT Q

DOW JONES, A NEWS CORP COMPANY ▼

| DJIA 29276.82 0.60% ▲ | S&P 500 3352.09 0.73% ▲ | Nasdaq 9628.39 1.13% ▲ | U.S. 10 Yr 1/32 Yield 1.573% ▲ | Crude Oil 49.65 -1.33% ▼ | Euro 1.0912 0.01% ▲ |

# WSJ | MARKETS

Entwistle Cappucci ▼

English Edition ▼ | February 10, 2020 | Print Edition | Video

Home    World    U.S.    Politics    Economy    Business    Tech    **Markets**    Opinion    Life & Arts    Real Estate    WSJ. Magazine

Search 🔍



## Dynagas LNG Partners LP
### DLNG (U.S.: NYSE)

QUOTES & COMPANIES 🔍

VIEW ALL COMPANIES

AT CLOSE 4:10 PM EST 02/10/20

**$1.87** USD

-0.11 -5.56% ▼

Volume
**95,386**

65 Day Avg Vol
**80,352**

1 Day Range
**1.8615 - 1.98**

52 Week Range
**1.15 - 2.69**
(08/16/19 - 03/21/19)

1D    5D    1M    3M    YTD    1Y    **3Y**        $    %

03/04/17
● US:DLNG: $16.3700

$10

$0

2018        2019        2020

ADVANCED CHARTING

COMPARE ▼

Open 1.97    Prior Close 1.98 (02/07/20)

1 Day    DLNG -5.56% ▼    DJIA 0.60% ▲    Russell 2K 0.66% ▲    Transportation/Logistics -0.63% ▼

OVERVIEW    »    PROFILE    »    KEY PEOPLE

ALL SECTIONS ☰

## Tony Lauritzen, *42*

*Chief Executive Officer & Director, Dynagas LNG Partners LP*

Tony Lauritzen holds the position of Chief Executive Officer & Director at Dynagas LNG Partners LP and Chief Executive Officer & Director at Dynagas Gp LLC and Chief Executive Officer & Director at Dynagas Operating LP (both are subsidiaries of Dynagas LNG Partners LP). He is also General Manager at Dynagas Holding Ltd.

In the past Tony Lauritzen held the position of Project Manager at Bernhard Schulte Shipmanagement Ltd.

Mr. Lauritzen received a graduate degree from Cass Business School and a graduate degree from Heriot-Watt University.

### All Company Executives
Dynagas LNG Partners LP

George Prokopiou, *73*
Chairman

Tony Lauritzen, *42*
Chief Executive Officer & Director

Michael Gregos, *47*
Chief Financial Officer

Levon A. Dedegian, *67*
Independent Director

Alexios Rodopoulos, *70*
Independent Director

Evangelos Vlahoulis, *73*
Independent Director

## News  Dynagas LNG Partners LP

☐ Significant News Only 🚩

| 02/06/20 | Dynagas LNG Partners LP Declares Cash Distribution On Its Series B Preferred Units<br>Press Release |
| 02/03/20 | Dynagas LNG Partners LP Declares Cash Distribution On Its Series B Preferred Units<br>Press Release |