# EXHIBIT R

Symbol or Keyword(s)	Log in

**MARKETS**	**NEWS**	**ANALYSIS**	**STOCK PICKS**	**PORTFOLIOS**	**WATCHLISTS**	**TOP / FLOP**	**SCREENERS**

MarketScreener Homepage  >  News  >  Business Leaders  >  Business Leaders Biography

# Business Leaders

| Latest News | Companies | Markets | Forex | Cryptocurrencies | Commodities | Interest Rates | Business Leaders | Finance Pro. | Calendar | Sectors |

Home  |  All news  |  Most read news  |  **Business Leaders Biography**



## Tony Lauritzen

**Age :** 42
**Linked companies :** 🇺🇸 Dynagas LNG Partners LP

**Summary**

Tony Lauritzen holds the position of Chief Executive Officer & Director at Dynagas LNG Partners LP and Chief Executive Officer & Director at Dynagas Gp LLC and Chief Executive Officer & Director at Dynagas Operating LP (both are subsidiaries of Dynagas LNG Partners LP).

He is also General Manager at Dynagas Holding Ltd.

In the past Tony Lauritzen held the position of Project Manager at Bernhard Schulte Shipmanagement Ltd.

Mr. Lauritzen received a graduate degree from Cass Business School and a graduate degree from Heriot-Watt University.

**Current positions of Tony Lauritzen**

| Name | Title | Since |
|---|---|---|
| 🇺🇸 Dynagas LNG Partners LP (Oil & Gas Transportation Services) | Chief Executive Officer & Director | 2013 |
| Dynagas Operating LP | Chief Executive Officer & Director | - |
| Dynagas Gp LLC | Chief Executive Officer & Director | 2013 |
| Dynagas Holding Ltd. | General Manager | 2006 |

**Tony Lauritzen: Personal Network**

| Name | Linked companies |
|---|---|
| Michael Gregos | Dynagas LNG Partners LP Dynagas Operating LP Dynagas Gp LLC |
| George Prokopiou | Dynagas LNG Partners LP Dynagas Operating LP Dynagas Gp LLC |
| Levon A. Dedegian | Dynagas LNG Partners LP Dynagas Operating LP Dynagas Gp LLC |
| Alexios Rodopoulos | Dynagas LNG Partners LP Dynagas Operating LP Dynagas Gp LLC |
| Evangelos Vlahoulis | Dynagas LNG Partners LP Dynagas Gp LLC Dynagas Operating LP |

**Tony Lauritzen : Connections**

🇺🇸 Dynagas LNG Partners LP
Dynagas Operating LP
Dynagas Gp LLC
Dynacom Tankers Management Ltd. (Greece)
Finship S.A.

**Most Read News »**

02/07  **URS ROHNER** : Credit Suisse CEO Thiam toppled by espionage scandal	RE

[PAGES OMITTED]