**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE DYNAGAS LNG PARTNERS LP SECURITIES LITIGATION | No. 1:19-cv-04512 (AJN) |

## DECLARATION OF JEREMY T. ADLER

I, JEREMY T. ADLER, declare as follows:

I am a counsel with the firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants Dynagas LNG Partners LP ("Dynagas"), Dynagas GP, LLC, and Dynagas Holding Ltd. (collectively, the "Dynagas Entity Defendants"), in this action.  I am a member in good standing of the Bar of the State of New York, and I am duly admitted to practice before this court.  I submit this Declaration in order to place before the Court certain documents and information referred to in the Reply Memorandum of Law in Further Support of the Dynagas Entity Defendants and the Underwriter Defendants' Motion to Dismiss the Amended Class Action Complaint.

1.      Attached hereto as Exhibit 28 is a true and correct copy of Dynagas' Form 20-F for the fiscal year ended December 31, 2017 as filed with the SEC on March 9, 2018 ("Mar. 9, 2018 Form 20-F").

2.      Attached hereto as Exhibit 29 is a true and correct copy of Dynagas' Form F-1 as filed with the SEC on October 10, 2013 ("Oct. 10, 2013 Form F-1").

Executed on this 18th day of March, 2020, in New York, New York.

_____
Jeremy T. Adler

2