# EXHIBIT 28

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, DC 20549**
**FORM 20-F**

[_] REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934

OR

[X] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE

SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2017

OR

[_] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES

EXCHANGE ACT OF 1934

For the transition period from _____ to _____

OR

[_] SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934

Date of event requiring this shell company report:

Commission file number: **001-36185**

**DYNAGAS LNG PARTNERS LP**
(Exact name of Registrant as specified in its charter)

**Republic of the Marshall Islands**
(Jurisdiction of incorporation or organization)

**23, Rue Basse, 98000 Monaco**
(Address of principal executive offices)
**Michael Gregos**
23, Rue Basse, 98000 Monaco
Tel. +377 99996445
(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act:

| | |
|---|---|
| **Common units representing limited partnership interests** | **New York Stock Exchange** |
| **6.25% Senior Notes Due 2019** | **New York Stock Exchange** |
| **9.00% Series A Cumulative Redeemable Preferred Units** | **New York Stock Exchange** |
| Title of class | Name of exchange on which registered |

Securities registered or to be registered pursuant to Section 12(g) of the Act:  **None**
Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act: **None**

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report:

**35,490,000 Common Units**
**3,000,000 9.00% Series A Cumulative Redeemable Preferred Units**
**35,526 General Partner Units**

Indicate by check mark if the Registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

[_] Yes                                                                                     [X] No

If this report is an annual report or transition report, indicate by check mark if the Registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934.

[_] Yes                                                                                     [X] No

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days.

[X] Yes                                                                                     [_] No

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months

[X] Yes                                                                                     [_] No

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer  [_]                                              Accelerated filer  [X]
Non-accelerated filer  [_]                                              Smaller reporting company  [_]
(Do not check if a smaller reporting company)

Indicate by check mark which basis of accounting the Registrant has used to prepare the financial statements included in this filing:

[X]  U.S. GAAP

[_]  International Financial Reporting Standards as issued by the International Accounting Standards Board

[_]  Other

If "Other" has been checked in response to the previous question, indicate by check mark which
financial statement item the Registrant has elected to follow.

[_]  Item 17

[_]  Item 18

If this is an annual report, indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

[_] Yes                                                                                     [X] No

**PRESENTATION OF INFORMATION IN THIS ANNUAL REPORT**

This Annual Report on Form 20-F for the year ended December 31, 2017, or the Annual Report, should be read in conjunction with the consolidated financial statements and accompanying notes included in this Annual Report. Unless the context otherwise requires, references in this Annual Report to "Dynagas LNG Partners," the "Partnership," "we," "our" and "us" or similar terms refer to Dynagas LNG Partners LP and its wholly-owned subsidiaries, including Dynagas Operating LP.  Dynagas Operating LP owns, directly or indirectly, a 100% interest in the entities that own the LNG carriers in our fleet that we refer to as our "Fleet". References in this Annual Report to "our General Partner" refer to Dynagas GP LLC, the general partner of Dynagas LNG Partners LP.  References in this Annual Report to our "Sponsor" are to Dynagas Holding Ltd. and its subsidiaries other than us or our subsidiaries and references to our "Manager" refer to Dynagas Ltd., which is wholly owned by the chairman of our Board of Directors, Mr. Georgios Prokopiou. References in this Annual Report to the "Prokopiou Family" are to our Chairman, Mr. Georgios Prokopiou, and certain members of his family.

All references in this Annual Report to us for periods prior to our initial public offering, or IPO, on November 18, 2013 refer to our predecessor companies and their subsidiaries, which are former subsidiaries of our Sponsor that had interests in the *Clean Energy*, the *Ob River* and the *Amur River*, collectively our "Initial Fleet" or the "Sponsor Controlled Companies".

All references in this prospectus to "Shell", "Gazprom", "Statoil", "Yamal" and "PetroChina" refer to Royal Dutch Shell Plc, Gazprom Marketing and Trading Singapore Pte Ltd, Statoil ASA, Yamal Trade Pte. Ltd. and PetroChina International (Singapore) Pte. Ltd., respectively, and certain of their respective subsidiaries or affiliates, who are our current or prospective charterers.

Unless otherwise indicated, all references to "U.S. dollars," "dollars" and "$" in this prospectus are to the lawful currency of the United States. We use the term "LNG" to refer to liquefied natural gas, and we use the term "cbm" to refer to cubic meters in describing the carrying capacity of our vessels.

References herein to the "Omnibus Agreement" refer to the Omnibus Agreement, as amended and as currently in effect, with our Sponsor. The Omnibus Agreement provides us with the right to acquire from our Sponsor certain identified vessels. Our Sponsor owns, directly or indirectly, 100% of the equity interests of the entities that own these four identified LNG carriers, the *Clean Ocean*, the *Clean Planet*, the *Clean Horizon* and the *Clean Vision*, which we refer to throughout this Annual Report as the "Initial Optional Vessels." Our Sponsor also owns a minority ownership interest in five entities that currently own two 172,000 cubic meter ARC7 LNG carriers, the *Boris Vilkitsky* and the *Fedor Litke*, and three hulls, Hull 2427, Hull 2428 and Hull 2429, respectively, including the related charters or other agreements relating to the operation or ownership of such LNG carriers or hulls.  We refer to these vessels (either on the water or under construction) throughout this Annual Report as the "Additional Optional Vessels," and together with the Initial Optional Vessels, as the "Optional Vessels." Pursuant to the Omnibus Agreement, we have the right but not the obligation, subject to certain terms and conditions, to acquire our Sponsor's applicable ownership interest in the Optional Vessels, which is our Sponsor's full or minority ownership interest in these vessel-owning subsidiaries.

The "Yamal LNG Project" refers to the LNG production terminal on the Yamal Peninsula in Northern Russia.  The terminal consists of three LNG trains with a total capacity of 16.5 million metric tons of LNG per year, that will require ice-class designated vessels to transport LNG from this facility, and for which two of the vessels in our Fleet, and each of the Optional Vessels have been contracted. The Yamal LNG Project is a joint venture between NOVATEK (50.1%), TOTAL E&P Yamal (20%), China National Oil & Gas Exploration and Development Corporation (CNODC) (20%) and Yaym Limited (9.9%). Please see "Item 4. Information on the Partnership—B. Business Overview."

i

**FORWARD-LOOKING STATEMENTS**

This Annual Report contains certain forward-looking statements (as such term is defined in Section 21E of the Securities Exchange Act of 1934, as amended, or the Exchange Act) concerning future events and our operations, performance and financial condition, including, in particular, the likelihood of our success in developing and expanding our business. Statements that are predictive in nature, that depend upon or refer to future events or conditions, or that include words such as "expects," "anticipates," "intends," "plans," "believes," "estimates," "projects," "forecasts," "will," "may," "potential," "should," and similar expressions are forward-looking statements. These forward-looking statements reflect management's current views only as of the date of this Annual Report and are not intended to give any assurance as to future results. As a result, unitholders are cautioned not to rely on any forward-looking statements.

Forward-looking statements appear in a number of places in this Annual Report and include statements with respect to, among other things:

- LNG market trends, including charter rates, factors affecting supply and demand, and opportunities for the profitable operations of LNG carriers;

- our anticipated growth strategies;

- the effect of a worldwide economic slowdown;

- potential turmoil in the global financial markets;

- fluctuations in currencies and interest rates;

- general market conditions, including fluctuations in charter hire rates and vessel values;

- changes in our operating expenses, including drydocking and insurance costs and bunker prices;

- forecasts of our ability to make cash distributions on the units or any increases or decreases in our cash distributions;

- our future financial condition or results of operations and our future revenues and expenses;

- the repayment of debt and settling of interest rate swaps (if any);

- our ability to make additional borrowings and to access debt and equity markets;

- planned capital expenditures and availability of capital resources to fund capital expenditures;

- our ability to maintain long-term relationships with major LNG traders;

- our ability to leverage our Sponsor's relationships and reputation in the shipping industry;

- our ability to realize the expected benefits from our vessel acquisitions;

- our ability to purchase vessels from our Sponsor in the future, including the Optional Vessels;

- our continued ability to enter into long-term time charters;

- our ability to maximize the use of our vessels, including the re-deployment or disposition of vessels no longer under long-term time charters;

- future purchase prices of newbuildings and secondhand vessels and timely deliveries of such vessels;

ii

- our ability to compete successfully for future chartering opportunities and newbuilding opportunities (if any);

- acceptance of a vessel by its charterer;

- termination dates and extensions of charters;

- the expected cost of, and our ability to comply with, governmental regulations, maritime self-regulatory organization standards, as well as standard regulations imposed by our charterers applicable to our business;

- availability of skilled labor, vessel crews and management;

- our anticipated incremental general and administrative expenses as a publicly traded limited partnership and our fees and expenses payable under the fleet management agreements and the administrative services agreement with our Manager;

- the anticipated taxation of our Partnership and distributions to our unitholders;

- estimated future maintenance and replacement capital expenditures;

- our ability to retain key employees;

- customers' increasing emphasis on environmental and safety concerns;

- potential liability from any pending or future litigation;

- potential disruption of shipping routes due to accidents, political events, piracy or acts by terrorists;

- future sales of our common units in the public market;

- our business strategy and other plans and objectives for future operations; and

- other factors detailed in this Annual Report and from time to time in our periodic reports.

Forward-looking statements in this Annual Report are estimates reflecting the judgment of senior management and involve known and unknown risks and uncertainties.  These forward-looking statements are based upon a number of assumptions and estimates that are inherently subject to significant uncertainties and contingencies, many of which are beyond our control.  Actual results may differ materially from those expressed or implied by such forward-looking statements.  Accordingly, these forward-looking statements should be considered in light of various important factors, including those set forth in this Annual Report under the heading "Item 3. Key Information—D. Risk Factors."

We undertake no obligation to update any forward-looking statement to reflect events or circumstances after the date on which such statement is made or to reflect the occurrence of unanticipated events.  New factors emerge from time to time, and it is not possible for us to predict all of these factors.  Further, we cannot assess the effect of each such factor on our business or the extent to which any factor, or combination of factors, may cause actual results to be materially different from those contained in any forward-looking statement.

We make no prediction or statement about the performance of our units or our debt securities. The various disclosures included in this Annual Report and in our other filings made with the Securities and Exchange Commission, or the SEC, that attempt to advise interested parties of the risks and factors that may affect our business, prospects and results of operations should be carefully reviewed and considered.

iii

**TABLE OF CONTENTS**

PART I.                                                                                                1
ITEM 1.        IDENTITY OF DIRECTORS, SENIOR MANAGEMENT AND ADVISERS                                    1
ITEM 2.        OFFER STATISTICS AND EXPECTED TIMETABLE                                                  1
ITEM 3.        KEY INFORMATION                                                                          1
ITEM 4.        INFORMATION ON THE PARTNERSHIP                                                          39
ITEM 4A.       UNRESOLVED STAFF COMMENTS                                                               72
ITEM 5.        OPERATING AND FINANCIAL REVIEW AND PROSPECTS                                            72
ITEM 6.        DIRECTORS, SENIOR MANAGEMENT AND EMPLOYEES                                              89
ITEM 7.        MAJOR UNITHOLDERS AND RELATED PARTY TRANSACTIONS                                        92
ITEM 8.        FINANCIAL INFORMATION                                                                  100
ITEM 9.        THE OFFER AND LISTING.                                                                 103
ITEM 10.       ADDITIONAL INFORMATION                                                                 104
ITEM 11.       QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK                             113
ITEM 12.       DESCRIPTION OF SECURITIES OTHER THAN EQUITY SECURITIES                                 114
PART II                                                                                              114
ITEM 13.       DEFAULTS, DIVIDEND ARREARAGES AND DELINQUENCIES                                        114
ITEM 14.       MATERIAL MODIFICATIONS TO THE RIGHTS OF SECURITY HOLDERS AND USE OF PROCEEDS           114
ITEM 15.       CONTROLS AND PROCEDURES                                                                114
ITEM 16.       [RESERVED]                                                                             115
ITEM 16A.      AUDIT COMMITTEE FINANCIAL EXPERT                                                       115
ITEM 16B.      CODE OF ETHICS                                                                         116
ITEM 16C.      PRINCIPAL ACCOUNTANT FEES AND SERVICES                                                 116
ITEM 16D.      EXEMPTIONS FROM THE LISTING STANDARDS FOR AUDIT COMMITTEES                             116
ITEM 16E.      PURCHASES OF EQUITY SECURITIES BY THE ISSUER AND AFFILIATED PURCHASERS                 116
ITEM 16F.      CHANGE IN REGISTRANTS' CERTIFYING ACCOUNTANT                                           117
ITEM 16G.      CORPORATE GOVERNANCE                                                                   117
ITEM 16H.      MINE SAFETY DISCLOSURE                                                                 117
PART III                                                                                             117
ITEM 17.       FINANCIAL STATEMENTS                                                                   117
ITEM 18.       FINANCIAL STATEMENTS                                                                   118
ITEM 19.       EXHIBITS                                                                               118

# Pages Omitted

Protection and indemnity insurance, which covers our third-party legal liabilities in connection with our shipping activities, is provided by a mutual protection and indemnity association, or P&I club. This includes third-party liability and other expenses related to the injury or death of crew members, passengers and other third-party persons, loss or damage to cargo, liabilities arising from collisions with other vessels (one-quarter covered by protection and indemnity insurance and by three-quarters covered by hull and machinery insurance) or from contact with jetties or wharves and other damage to other third-party property, including pollution arising from oil or other substances, and other related costs, including wreck removal. Subject to the capping discussed below, our coverage, except for pollution, is unlimited. Our current protection and indemnity insurance coverage for pollution is $1 billion per vessel per incident. The thirteen P&I clubs that comprise the International Group of Protection and Indemnity Clubs insure approximately 90% of the world's commercial tonnage and have entered into a pooling agreement to reinsure each association's liabilities. Each P&I club has capped its exposure in this pooling agreement so that the maximum claim covered by the pool and its reinsurance would be approximately $5.45 billion per accident or occurrence. We are a member of the North of England P&I Club and The Standard P&I Club. As a member of these P&I clubs, we are subject to a call for additional premiums based on the clubs' claims record, as well as the claims record of all other members of the P&I clubs comprising the International Group. However, our P&I clubs have reinsured the risk of additional premium calls to limit our additional exposure. This reinsurance is subject to a cap, and there is the risk that the full amount of the additional call would not be covered by this reinsurance.

**C.      ORGANIZATIONAL STRUCTURE**

We were formed on May 29, 2013 as a Marshall Islands limited partnership. We own (i) a 100% limited partner interest in Dynagas Operating LP, which owns a 100% interest in our Fleet through intermediate holding companies and (ii) the non-economic general partner interest in Dynagas Operating LP through our 100% ownership of its general partner, Dynagas Operating GP LLC.

Please see Exhibit 8.1 to this Annual Report for a list of our current subsidiaries.

**D.       PROPERTY, PLANT AND EQUIPMENT**

For a description of our Fleet, please see "Item 4. Information on the Partnership—B. Business Overview—Our Fleet."

Other than the vessels in our Fleet, we do not own any real property.

**ITEM 4A.          UNRESOLVED STAFF COMMENTS**

Not applicable.

**ITEM 5.          OPERATING AND FINANCIAL REVIEW AND PROSPECTS**

The following management's discussion and analysis of our financial condition and results of operations should be read in conjunction with the "Selected Financial Data" and the accompanying audited consolidated financial statements and the related notes included in "Item 18. Financial Statements" of this Annual Report. Amounts relating to percentage variations in period—on—period comparisons shown in this section are derived from the actual numbers in our books and records. The following discussion contains forward-looking statements that reflect our future plans, estimates, beliefs and expected performance. The forward-looking statements are dependent upon events, risks and uncertainties that may be outside our control. Our actual results could differ materially from those discussed in these forward-looking statements. See "Item 3. Key Information—D. Risk Factors" and the section entitled "Forward-Looking Statements" at the beginning of this Annual Report. In light of these risks, uncertainties and assumptions, the forward-looking events discussed may not occur.

A.        RESULTS OF OPERATIONS

**Overview**

We are a growth-oriented limited partnership focused on owning and operating LNG carriers.  As of the date of this Annual Report, five of the six vessels in our Fleet vessels are employed on multi-year time charters, which we define as charters of two years or more, with international energy companies, providing us with the benefits of stable cash flows and high utilization rates.  We intend to leverage the reputation, expertise, and relationships of our Sponsor and our Manager, in maintaining cost-efficient operations and providing reliable seaborne transportation services to our charterers. In addition, we intend to make further vessel acquisitions from our Sponsor and from third-parties and in connection with such acquisitions or in the ordinary course of our business, we may, from time to time, enter into new financing arrangements, refinance our existing arrangements or arrangements that our Sponsor, or any of its affiliates, has in place for vessels that we may acquire from it. In addition, subject to favorable market conditions we may raise capital through public or private debt or equity offerings of our securities. There is no guarantee that we will grow the size of our Fleet or that we will continue to pay the per unit distributions in the amounts that we have paid in the past or at all or that we will be able  to make further vessel acquisitions from our Sponsor or third-parties.

**Principal Factors Affecting Our Results of Operations**

The principal factors which have affected our results and are expected to affect our future results of operations and financial position, include:

- Ownership days.  The number of vessels in our Fleet is a key factor in determining the level of our revenues. Aggregate expenses also increase as the size of our Fleet increases;

- Charter rates. Our revenue is dependent on the charter rates we are able to obtain on our vessels. Charter rates on our vessels are based primarily on demand for and supply of LNG carrier capacity at the time we enter into the charters for our vessels, which is influenced by LNG market trends, such as the demand and supply for natural gas and in particular LNG as well as the supply of LNG carriers available for profitable employment. The charter rates we obtain are also dependent on whether we employ our vessels under multi-year charters or charters with initial terms of less than two years. As of the date of this Annual Report, five of the six vessels in our Fleet are employed under multiyear time charters with staggered maturities, which will make us less susceptible to cyclical fluctuations in charter rates than vessels operated on charters of less than two years. As of the date of this Annual Report, one of our LNG carriers is trading under a short-term contract prior to its delivery to Gazprom in July 2018, when it will commence a time charter with a term of approximately eight years. However, we will be exposed to fluctuations in prevailing charter rates when we seek to re-charter our vessels upon the expiry of their respective current charters and when we seek to charter vessels that we may acquire in the future;

- Utilization of our Fleet. Historically, our Fleet has had a limited number of unscheduled off-hire days. However, an increase in annual off-hire days would reduce our utilization. The efficiency with which suitable employment is secured, the ability to minimize off-hire days and the amount of time spent positioning vessels also affects our results of operations. If the utilization of our Fleet is reduced, our financial results would be affected;

- Daily operating expenses. The level of our vessel operating expenses, including crewing costs, insurance and maintenance costs. Our ability to control our vessel operating expenses also affects our financial results. These expenses include commission expenses, crew wages and related costs, the cost of insurance, expenses for repairs and maintenance, the cost of spares and consumable stores, lubricating oil costs, tonnage taxes and other miscellaneous expenses. In addition, factors beyond our control, such as developments relating to market premiums for insurance and the value of the U.S. dollar compared to currencies in which certain of our expenses, primarily crew wages, are paid, can cause our vessel operating expenses to increase;

- Our ability to complete the scheduled dry-dockings of our three vessels in 2018 on time;

- Our ability to exercise the options to purchase the Optional Vessels;

- The timely delivery of the vessels we may acquire in the future;

- Our ability to maintain solid working relationships with our existing charterers and our ability to increase the number of our charterers through the development of new working relationships;

- The performance of our charterer's obligations under their charter agreements;

- The effective and efficient technical management of the vessels under our management agreements;

- Our ability to obtain acceptable debt financing to fund our capital commitments;

- The ability of our Sponsor to fund its capital commitments and take delivery of the Optional Vessels under construction;

- The supply and demand relationship for LNG shipping services;

- Our ability to obtain and maintain regulatory approvals and to satisfy technical, health, safety and compliance standards that meet our charterer's requirements;

- Economic, regulatory, political and governmental conditions that affect shipping and the LNG industry, which includes changes in the number of new LNG importing countries and regions, as well as structural LNG market changes impacting LNG supply that may allow greater flexibility and competition of other energy sources with global LNG use;

- Our ability to successfully employ our vessels at economically attractive rates, as our charters expire or are otherwise terminated;

- Our access to capital required to acquire additional ships and/or to implement our business strategy;

- Our level of debt, the related interest expense, our debt amortizations levels and the timing of required principal installments;

- The level of our general and administrative expenses, including salaries and costs of consultants;

- Our charterer's right for early termination of the charters under certain circumstances;

- Performance of our counterparties and our charterer's ability to make charter payments to us; and

- The level of any distribution on all classes of our units.

The following table illustrates our ownership days, Available Days, Revenue Earning Days, Time Charter Equivalent (or TCE) rate, daily operating expenses and Fleet Utilization for the periods presented:

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| *(expressed in United states dollars except for operational data)* | **2017** | | **2016** | | **2015** | |
| *Ownership days* | 2,190.0 | | 2,196.0 | | 1,836.0 | |
| *Available Days* [1] | 2,140.3 | | 2,196.0 | | 1,836.0 | |
| *Revenue Earning Days* [2] | 2,089.1 | | 2,195.8 | | 1,813.5 | |
| *Time Charter Equivalent* [1] | $ | 63,249 | $ | 75,997 | $ | 77,559 |
| *Daily operating expenses* | $ | 12,359 | $ | 12,045 | $ | 12,660 |
| *Fleet Utilization* [1] | 98% | | 100% | | 99% | |

[1] For these definitions see Important Financial and Operational Terms and Concepts and "Item 3. Key information—A. Selected Financial Data"

[2] Revenue Earning Days are the total number of Available Days of our vessels net of unscheduled off-hire days, during a period.

See "Item 3. Key Information—D. Risk Factors" for a discussion of certain risks inherent in our business.

**Important Financial and Operational Terms and Concepts**

We use a variety of financial and operational terms and concepts when analyzing our performance. These include the following:

*Voyage Revenues.* Our time charter revenues are driven primarily by the number of vessels in our Fleet, the amount of daily charter hire that our LNG carriers earn under time charters and the number of Revenue Earning Days during which our vessels generate revenues. These factors are, in turn, affected by our decisions relating to vessel acquisitions, the amount of time that our LNG carriers spend dry-docked undergoing repairs, maintenance and upgrade work, the age, condition and specifications of our vessels and the levels of supply and demand in the LNG carrier charter market. Our revenues will also be affected if any of our charterers cancel a time charter or if we agree to renegotiate charter terms during the term of a charter resulting in aggregate revenue reduction. Our time charter arrangements have been contracted in varying rate environments and expire at different times. We recognize revenues from time charters over the term of the charter as the applicable vessel operates under the charter. Under time charters, revenue is not recognized during days a vessel is off-hire. Revenue is recognized from delivery of the vessel to the charterer, until the end of the time charter period. Under time charters, we are responsible for providing the crewing and other services related to the vessel's operations, the cost of which is included in the daily hire rate, except when off-hire.

*Off-hire (Including Commercial Waiting Time).* When a vessel is "off-hire"—or not available for service—the charterer generally is not required to pay the time charter hire rate and we are responsible for all costs. Prolonged off-hire may lead to vessel substitution or termination of a time charter. Our vessels may be out of service, that is, off-hire, for several reasons: scheduled dry-docking, special survey, vessel upgrade or maintenance or inspection, which we refer to as scheduled off-hire; days spent waiting or positioning for a charter, which we refer to as commercial waiting time; and unscheduled repairs, maintenance, operational efficiencies, equipment breakdown, accidents, crewing strikes, certain vessel detentions or similar problems, or our failure to maintain the vessel in compliance with its specifications and contractual standards or to provide the required crew, which we refer to as unscheduled off-hire. We have obtained loss of hire insurance to protect us against loss of income in the event one of our vessels cannot be employed due to damage that is covered under the terms of our hull and machinery insurance. Under our loss of hire policies, our insurer generally will pay us the hire rate agreed in respect of each vessel for each day in excess of 14 days and with a maximum period of 120 days.

*Voyage Expenses.* Voyage expenses primarily include port and canal charges, bunker (fuel) expenses and agency fees which are paid for by the charterer under our time charter arrangements or by us during periods of off-hire except for commissions, which are always paid for by us. We may incur voyage related expenses when positioning or repositioning vessels before or after the period of a time charter, during periods of commercial waiting time or while off-hire during a period of dry-docking. Voyage expenses can be higher when vessels trade on charters with initial terms of less than two years due to fuel consumption during idling, cool down requirements, commercial waiting time in between charters and positioning and repositioning costs. From time to time, in accordance with industry practice, we pay commissions ranging up to 1.25% of the total daily charter rate under the charters to unaffiliated ship brokers, depending on the number of brokers involved with arranging the charter. These commissions do not include the fees we pay to our Manager, which are described below under "—Management Fees."

*Available Days.* Available days are the total number of ownership days our vessels were in our possession during a period, less the total number of scheduled off-hire days during the period associated with major repairs, or dry-dockings.

*Average Number of Vessels.* Average number of vessels is the number of vessels that constituted our Fleet for the relevant period, as measured by the sum of the number of days each vessel was a part of our Fleet during the period divided by the number of ownership days in the period.

*Fleet utilization.* We calculate fleet utilization by dividing the number of our Revenue Earning Days by the number of our Available Days during that period. The shipping industry uses fleet utilization to measure a company's efficiency in finding employment for its vessels and minimizing the amount of days that its vessels are off-hire for reasons such as unscheduled repairs but excluding scheduled off-hires for vessel upgrades, dry-dockings or special or intermediate surveys.

*Vessel Operating Expenses.* Vessel operating expenses include crew wages and related costs, the cost of insurance, expenses for repairs and maintenance, the cost of spares and consumable stores, lubricant costs, statutory and classification expenses, forwarding and communications expenses and other miscellaneous expenses.

75

Vessel operating expenses are paid by the ship-owner under time charters and are recognized as expenses when incurred. We expect that insurance costs, dry-docking and maintenance costs will increase as our vessels age. Factors beyond our control, some of which may affect the shipping industry in general—for instance, developments relating to market premiums for insurance, industry and regulatory requirements and changes in the market price of lubricants due to increases in oil prices—may also cause vessel operating expenses to increase.

*Dry-docking.* We must periodically dry-dock each of our vessels for inspection, repairs and maintenance and any modifications required to comply with industry certification or governmental requirements. In accordance with industry certification requirements, we mandatorily dry-dock our vessels every 60 months until the vessel is 15 years old. If a vessel is less than 15 years old, an "in water survey in lieu of dry-dock" can take place in between the two special surveys, which statutorily must occur every five years. For vessels that are 15 years or older, dry-docking takes place every 30 months as required for the renewal of certifications required by classification societies, or, subject to special considerations, an "in water survey in lieu of dry-dock" can take place between the two special surveys. Special survey and dry-docking costs (consisting of direct costs, including shipyard costs, paints and class renewal expense, and peripheral costs, including spare parts, service engineer attendance) are expensed as incurred. The number of dry-dockings undertaken in a given period and the nature of the work performed determine the level of dry-docking expenditures. We expense costs related to routine repairs and maintenance performed during dry-docking or as otherwise incurred. The three steam turbine vessels in our Fleet completed their most recent scheduled special survey and dry-docking repairs in 2017. The next scheduled special survey and dry-docking repairs are for the three TDFE propulsion system vessels in our Fleet which are scheduled to occur in 2018.

*Depreciation.* We depreciate our LNG carriers on a straight-line basis over their remaining useful economic lives. Depreciation is based on the cost of the vessel less its estimated salvage value. We estimate the useful life of the LNG carriers in our Fleet to be 35 years from their initial delivery from the shipyard, consistent with LNG industry practice. Vessel residual value is estimated based on historical market trends and represents Management's best estimate of the current selling price assuming the vessels are already of age and condition expected at the end of its useful life. The assumptions made reflect our experience, market conditions and the current practice in the LNG industry; however they required more discretion since there is a lack of historical references in scrap prices of similar types of vessels.

*Interest and Finance Costs.* We incur interest expense on outstanding indebtedness under our existing debt agreements which we include in interest and finance costs. Interest expense depends on our overall level of borrowings and may significantly increase when we acquire or refinance ships. Interest expense may also change with prevailing interest rates, although interest rate swaps or other derivative instruments may reduce the effect of these changes. We also incur financing and legal costs in connection with establishing debt agreements, which are deferred and amortized to interest and finance costs using the effective interest method. We will incur additional interest expense in the future on our outstanding borrowings and under future borrowings. For a description of our existing credit facilities, please see "—B. Liquidity and Capital Resources—Our Borrowing Activities."

*Vessel Lives and Impairment.* Vessels are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount of an asset may not be recoverable. If circumstances require a long-lived asset or asset group to be tested for possible impairment, we first compare the undiscounted cash flows expected to be generated by that asset or asset group to its carrying value. If the carrying value of the long lived asset is not recoverable on an undiscounted cash flow basis, impairment is recognized to the extent that the carrying value exceeds its fair value. Fair value is determined through various valuation techniques including discounted cash flow models, quoted market values and third-party independent appraisals as considered necessary. Since our inception, no impairment loss was recorded in any of our Fleet Vessels.

**Insurance**

*Hull and Machinery Insurance.* We have obtained hull and machinery insurance on all our vessels to insure against marine and war risks, which include the risks of damage to our vessels, salvage and towing costs, and also insures against actual or constructive total loss of any of our vessels. However, our insurance policies contain deductible amounts for which we will be responsible. We have also arranged additional total loss coverage for each vessel. This coverage, which is called disbursements increased value coverage, provides us additional coverage in the event of the total loss or the constructive total loss of a vessel. The agreed deductible on each vessel averages $250,000.

*Loss of Hire Insurance.* We have obtained loss of hire insurance to protect us against loss of income in the event one of our vessels cannot be employed due to damage that is covered under the terms of our hull and machinery insurance. Under our loss of hire policies, our insurer will pay us the hire rate agreed in respect of each vessel for each day, in excess of a certain number of deductible days, for the time that the vessel is out of service as a result of damage, for a maximum of 120 days. The number of deductible days for the vessels in our Fleet is 14 days per vessel.

*Protection and Indemnity Insurance.* Protection and indemnity insurance, which covers our third-party legal liabilities in connection with our shipping activities, is provided by a mutual protection and indemnity association, or P&I club. This includes third-party liability and other expenses related to the injury or death of crew members, passengers and other third-party persons, loss or damage to cargo, claims arising from collisions with other vessels or from contact with jetties or wharves and other damage to other third-party property, including pollution arising from oil or other substances, and other related costs, including wreck removal. Our current protection and indemnity insurance coverage is unlimited, except for pollution, which is limited to $1 billion per vessel per incident.

**Critical Accounting Policies and Estimates**

The discussion and analysis of our financial condition and results of operations is based upon our consolidated financial statements, which have been prepared in accordance with U.S. GAAP. We are an "emerging growth company," as defined in the JOBS Act. We have elected to take advantage of the reduced reporting obligations, including the extended transition period for complying with new or revised accounting standards under Section 102 of the JOBS Act, and as such, the information that we provide to our unitholders may be different from information provided by other public companies and our financial statements may not be comparable to companies that comply with public company effective dates. The preparation of those financial statements requires us to make estimates and judgments that affect the reported amounts of assets and liabilities, revenues and expenses and related disclosure at the date of our financial statements. Actual results may differ from these estimates under different assumptions and conditions.

Critical accounting policies are those that reflect significant judgments of uncertainties and potentially result in materially different results under different assumptions and conditions. For a description of all our significant accounting policies, see Note 2 to our consolidated financial statements included under "Item 18. Financial Statements" of this Annual Report.

**Voyage Revenues**

We recognize revenues from time charters over the term of the charter as the applicable vessel operates under the charter. Under time charters, revenue is not recognized during days a vessel is off-hire. Revenue is recognized from delivery of the vessel to the charterer, until the end of the time charter period. Under time charters, we are responsible for providing the crewing and other services related to vessel's operations, the cost of which is included in the daily hire rate, except when off-hire. Revenues are affected by charter rates and the number of days a vessel operates.

Our time charter revenues are driven primarily by the number of vessels in our Fleet, the amount of daily charter hire that our vessels earn under time charters and the number of Revenue Earning Days during which our vessels generate revenues. These factors are, in turn, affected by our decisions relating to vessel acquisitions, the amount of time that we spend positioning our vessels, the amount of time that our vessels spend in dry-dock undergoing repairs, maintenance and upgrade work, the age, condition and specifications of our vessels and the levels of supply and demand in the LNG carrier charter market.

Our strategic goal is to employ the LNG carriers in our Fleet primarily on multi-year time charter contracts, which for accounting purposes are considered as operating leases and are thus recognized on a straight line basis over the term of such charter agreements, as service is performed. Revenues under our time charters are recognized when services are performed, revenue is earned and the collection of the revenue is reasonably assured.

Advance payments under time charter contracts are classified as liabilities until such time as the revenue recognition criteria are met. Our revenues will be affected by the acquisition of any additional vessels in the future subject to time charters. Our revenues will also be affected if any of our charterers terminate early or cancel a time charter that has not yet commenced or if we agree to renegotiate charter terms during the term of a charter resulting in aggregate revenue reduction or increase. Our time charter arrangements have been contracted in varying rate environments and expire at different times. Rates payable in the market for LNG carriers have been uncertain and volatile as has the supply and demand for LNG carriers.

77

**Intangible assets/liabilities related to time charter acquired**

Where we identify any assets or liabilities associated with the acquisition of a vessel, we record all such identified assets or liabilities at fair value, determined by reference to market data. The amount to be recorded as an asset or liability at the date of vessel acquisition is determined by comparing the existing charter rate in the acquired time charter agreement with the market rates for equivalent time charter agreements prevailing at the time the vessel is acquired. When the present value of the time charter assumed is greater than the current fair value of such charter, the difference is recorded as an asset; otherwise, the difference is recorded as liability. Such assets and liabilities, respectively, are amortized as an adjustment to revenues, over the remaining term of the assumed time charter and are classified as non-current asset/ liability in the accompanying consolidated balance sheets. Impairment testing is performed when events or changes in circumstances indicate that the carrying amount of the intangible asset may not be recoverable.

**Vessels Lives and Impairment**

The carrying value of a vessel represents its historical acquisition or construction cost, including capitalized interest, supervision, technical and delivery cost, net of accumulated depreciation and impairment loss, if any. Expenditures for subsequent conversions and major improvements are capitalized provided that such costs increase the earnings capacity or improve the efficiency or safety of the vessels.

We depreciate the original cost, less an estimated residual value, of our LNG carriers on a straight-line basis over each vessel's estimated useful life. The carrying values of our vessels may not represent their market value at any point in time because the market prices tend to fluctuate with changes in hire rates and the cost of newbuilds. Both hire rates and newbuild costs tend to be cyclical in nature.

We review vessels for impairment whenever events or changes in circumstances indicate the carrying value of an asset may not be recoverable, which occurs when the asset's carrying value is greater than the future undiscounted cash flows the asset is expected to generate over its remaining useful life. We determine undiscounted projected net operating cash flows for each vessel and compare it to the vessel's carrying value. In developing estimates of future cash flows, we must make assumptions about future charter rates, vessel operating expenses, fleet utilization, and the estimated remaining useful life of the vessels. These assumptions are based on historical trends as well as future expectations. The projected net operating cash flows are determined by considering the charter revenues from existing time charters for the fixed fleet days and an estimated charter rate for the unfixed days. If the estimated future undiscounted cash flows of an asset exceed the asset's carrying value, no impairment is recognized even though the fair value of the asset may be lower than its carrying value. If the estimated future undiscounted cash flows of an asset is less than the asset's carrying value and the fair value of the asset is less than its carrying value, the asset is written down to its fair value. Historically, there was no impairment loss recorded in any of the six vessels in our Fleet.

We determine the fair value of our vessels based on our estimates and assumptions and by making use of available market data and taking into consideration third-party valuations. We employ our LNG carriers on fixed-rate charters with major companies. These charters typically have original terms of two or more years in length. Consequently, while the market value of a vessel may decline below its carrying value, the carrying value of a vessel may still be recoverable based on the future undiscounted cash flows the vessel is expected to obtain from servicing its existing and future charters.

Depreciation on our LNG carriers is calculated using an estimated useful life of 35 years, commencing at the date the vessel was originally delivered from the shipyard. However, the actual life of a vessel may be different than the estimated useful life, with a shorter actual useful life resulting in an increase in the depreciation and potentially resulting in an impairment loss. The estimated useful life of our LNG carriers takes into account design life, commercial considerations and regulatory restrictions. Our estimates of future cash flows involve assumptions about future hire rates, vessel utilization, operating expenses, dry-docking expenditures, vessel residual values and the remaining estimated life of our vessels. Our estimated hire rates are based on rates under existing vessel charters and an estimated charter rate for the unfixed periods. Our estimates of vessel utilization, including estimated off-hire time are based on historical experience of trading our vessels and our projections of future chartering prospects. Our estimates of operating expenses and dry-docking expenditures are based on our historical operating and dry-docking costs and our expectations of future inflation and operating requirements. Vessel residual values are based on our estimation over our vessels sale price at the end of their useful life, being a product of a vessel's lightweight tonnage and an estimated scrap rate and the estimated resale price of certain equipment and material. The remaining estimated lives of our vessels used in our estimates of future cash flows are consistent with those used in the calculation of depreciation.

Certain assumptions relating to our estimates of future cash flows are more predictable by their nature in our experience, including estimated revenue under existing charter terms, on-going operating costs and remaining vessel life. Certain assumptions relating to our estimates of future cash flows require more discretion and are inherently less predictable, such as future hire rates beyond the firm period of existing charters and vessel residual values, due to factors such as the volatility in vessel hire rates and the lack of historical references in scrap prices of similar type of vessels. We believe that the assumptions used to estimate future cash flows of our vessels are reasonable at the time they are made. We can make no assurances, however, as to whether our estimates of future cash flows, particularly future vessel hire rates or vessel values, will be accurate. If we conclude that a vessel is impaired, we recognize a loss in an amount equal to the excess of the carrying value of the asset over its fair value at the date of impairment. The fair value at the date of the impairment becomes the new cost basis and will result in a lower depreciation expense than for periods before the recorded vessel impairment loss.

The table set forth below indicates the carrying value of each of our vessels as of December 31, 2017 and 2016.

| Vessel | Capacity (cbm) | Year Built/ Purchased | Carrying Value (in millions of US dollars) | |
|---|---|---|---|---|
| | | | December 31, 2017 | December 31, 2016 |
| *Clean Energy* | 149,700 | 2007 | $ 129.6 | $ 134.1 |
| *Ob River* | 149,700 | 2007 | 129.7 | 134.1 |
| *Amur River* | 149,700 | 2008 | 139.5 | 144.2 |
| *Arctic Aurora* | 155,000 | 2014 | 191.0 | 196.5 |
| *Yenisei River* | 155,000 | 2014 | 179.0 | 184.2 |
| *Lena River* | 155,000 | 2015 | 208.5 | 214.6 |
| **TOTAL** | **914,100** | | **$ 977.3** | **$ 1,007.7** |

As of December 31, 2017, we tested two of the vessels in our Fleet for potential impairment.  In assessing the recoverability of our vessels' carrying amounts, the undiscounted projected net operating cash flows of the vessels significantly exceeded their carrying amounts resulting in no impairment loss being recognized. As of December 31, 2016, we did not identify any events and circumstances indicating potential impairment to the carrying value of our long-lived assets. As such, we were not required and did not perform an impairment test. We refer you to the risk factor entitled "Vessel values may fluctuate substantially and, if these values are lower at a time when we are attempting to dispose of vessels, we may incur a loss" and the discussion herein under the heading "Item 3. Key Information—D. Risk Factors —Risks relating to our Partnership."

Our estimates of basic market value assume that our vessels are all in good and seaworthy condition without need for repair and if inspected would be certified in class without notations of any kind. Our estimates are based on information available from various industry sources, including:

- reports by industry analysts and data providers that focus on our industry and related dynamics affecting vessel values;

- news and industry reports of similar vessel sales;

- news and industry reports of sales of vessels that are not similar to our vessels where we have made certain adjustments in an attempt to derive information that can be used as part of our estimates;

- approximate market values for our vessels or similar vessels that we have received from shipbrokers, whether solicited or unsolicited, or that shipbrokers have generally disseminated;

- vessel sale prices and values of which we are aware through both formal and informal communications with ship-owners, shipbrokers, industry analysts and various other shipping industry participants and observers.

As we obtain information from various industry and other sources, our estimates of basic market value are inherently uncertain. In addition, vessel values are highly volatile; as such, our estimates may not be indicative of the current or future basic market value of our vessels or prices that we could achieve if we were to sell them.

### Depreciation

We depreciate our vessels on a straight-line basis over their estimated useful lives, after considering their estimated residual values. Management estimates residual value of our vessels to be equal to the product of its lightweight tonnage ("LWT") and an estimated scrap rate per LWT per LNG carrier, which represents our estimate of the market value of the ship at the end of its useful life. Useful economic live of each vessel in our Fleet is estimated to be 35 years from their initial delivery from the shipyard.  A decrease in the useful life of a vessel or in its residual value would have the effect of increasing the annual depreciation charge. When regulations place limitations over the ability of a vessel to trade on a worldwide basis, its remaining useful life is adjusted at the date such regulations become effective.

### Recent Accounting Pronouncements

For a discussion on Recent Accounting Pronouncements, see Note 2 to our consolidated financial statements included in this Annual Report.

### Results of Operations

**Year ended December 31, 2017 compared to the year ended December 31, 2016**

*Voyage Revenues.*  Voyage revenues decreased by $30.9 million, or 18.2%, to $139.0 million in the year ended December 31, 2017, compared to $169.9 million for the year ended December 31, 2016.

This decrease was primarily due to:

(i)   the lower charter rate earned and the lower utilization achieved for the *Clean Energy* while trading in the spot market after its delivery from Shell and the conclusion of its scheduled dry-dock and special-survey repairs in the second quarter of 2017 in comparison to the corresponding period of 2016 during which the vessel was fully utilized with Shell at significantly higher rate,

(ii)   the charter hire reductions on the *Yenisei River* and the *Lena River* charters with Gazprom, with effect from November 2016, in exchange for entering into a time charter contract with Gazprom for the employment of the *Clean Energy* for a firm period of seven years and nine months, and

(iii)   the anticipated off hire periods for the *Clean Energy,* the *Ob River* and the *Amur River* relating to the scheduled dry-dock of these vessels in 2017, during which periods we earned no revenues (as opposed to no off-hire days in 2016).

*Voyage Expenses—including related party.*  In the year ended December 31, 2017, voyage expenses increased to $3.6 million, compared to $3.0 million for the year ended December 31, 2016, representing an increase of $0.6 million or 22.2%.

This increase in voyage expenses was associated with bunkers consumed during:

(i)   the scheduled dry-dock periods for the three steam turbine vessels in our Fleet that were completed in 2017, as discussed above,

(ii)   idle and repositioning periods for the *Clean Energy* during 2017 during which periods the cost of bunkers is borne by us, and

(iii)   the short off hire periods of the *Yenisei River* in the first quarter of 2017 and the *Ob River* in the second quarter of 2017.

*Vessels' Operating Expenses.*  Vessel operating expenses increased by 2.3%, or $0.6 million, to $27.1 million during the year ended December 31, 2017, from $26.5 million during the year ended December 31, 2016. Our daily operating expenses, increased from $12,045 for the year ended December 31, 2016 to $12,359 for the year ended December 31, 2017. This increase is primarily associated with anticipated and unanticipated repair and maintenance costs incurred on our TFDE vessels and other minor non-frequent operating expenditures incurred with respect to our three steam turbine vessels which were dry-docked in 2017.

*Dry-docking and special survey costs.* Dry-docking and special survey costs amounted to $6.2 million for the year ended December 31, 2017 and are associated with the relevant repairs that the three steam turbine vessels in our Fleet, the *Ob River*, the *Clean Energy* and the *Amur River*, underwent in the second and third quarters of 2017. None of our vessels were dry-docked in 2016.

*General and administrative expenses—including related party.* General and administrative expenses decreased by 10.6%, or $0.2 million, to $1.7 million during the year ended December 31, 2017, from $1.9 million during the year ended December 31, 2016. General and administrative expenses are comprised mainly of legal, consultancy, audit, executive services, administrative services and Board of Directors fees as well as other miscellaneous expenditures, essential to conduct our business.

*Management Fees.* We incurred an aggregate of $6.2 million, or $2,814 per LNG carrier per day in management fees for the year ended December 31, 2017, compared to an aggregate of $6.0 million, or $2,732 per LNG carrier per day in management fees for the year ended December 31, 2016. The 2.7%, or $0.2 million, increase in management fees is attributable to the annual 3% increase in daily management fees pursuant to our Management Agreements.

*Depreciation.* Depreciation expense decreased by 0.3%, or $0.1 million, to $30.3 million in the year ended December 31, 2017, compared to $30.4 million in the corresponding period in 2016 and this is due to a differential in the number of calendar days between the compared periods.

*Interest and Finance Costs.* Interest and finance costs increased by 32.3%, to $46.3 million, during the year ended December 31, 2017, from $35.0 million during the year ended December 31, 2016.

This increase is predominantly due to:

(i)     the increase in weighted average interest in the year ended December 31, 2017, as compared to the corresponding period of 2016 (weighted average interest rate of 5.4% in 2017 compared to 4.4% in 2016), which was mainly attributable to increased debt service costs associated with the Term Loan B facility that we entered into on May 18, 2017,

(ii)    the $2.6 million deferred loan fees write-off associated with the prior indebtedness refinanced with the proceeds of the Term Loan B and the increase by $0.8 million in period deferred finance fees amortization due to our entering into the Term Loan B, and

(iii)   other finance costs incurred in connection with the repaid bank loans following the refinancing of our bank debt in May 2017 as a part of the Term Loan B transaction.

**Year ended December 31, 2016 compared to the year ended December 31, 2015**

*Voyage Revenues.* Voyage revenues increased by $24.6 million, or 17.0%, to $169.9 million in the year ended December 31, 2016, compared to $145.2 million for the year ended December 31, 2015. This growth in revenues is almost exclusively associated with the contribution to operations for a full year of the *Lena River*, the third Initial Optional Vessel we acquired from our Sponsor in late 2015. As a result of this fleet expansion, our Revenue Earning Days increased from 1,813.5 to 2,195.8, respectively, in the compared periods.

*Voyage Expenses—including related party.* Voyage expenses are historically primarily comprised of charter hire commissions charged by both affiliated and unaffiliated parties. As such, an increase in operating revenues is closely correlated with an increase in voyage expenses, as commissions are incurred as revenues are earned; however, not all our vessels bear voyage commissions. In the year ended December 31, 2016, voyage expenses increased by $0.2 million, or 5.6%, to $3.0 million, compared to $2.8 million for the year ended December 31, 2015, which was attributable to the increase in voyage revenues, as discussed above.

*Vessels' Operating Expenses.* Vessel operating expenses increased by $3.2 million, or 13.8%, to $26.5 million during the year ended December 31, 2016, from $23.2 million during the year ended December 31, 2015. This increase was exclusively associated with the operation of a larger fleet in 2016 following the *Lena River* acquisition late in 2015. Our daily operating expenses, however, decreased from $12,660 for the year ended December 31, 2015 to $12,045 for the year ended December 31, 2016, which was attributable to cost efficiencies in crew wages and crew-related expenses.

*General and administrative expenses—including related party.* General and administrative expenses increased by $0.1 million, or 4.4%, to $1.9 million during the year ended December 31, 2016, from $1.8 million during the year ended December 31, 2015. General and administrative expenses are comprised mainly of legal, consultancy, audit, executive services, administrative services and Board of Directors fees as well as other miscellaneous expenditures, essential to conduct our business.

*Management Fees.* We incurred an aggregate of $6.0 million, or $2,732 per LNG carrier per day in management fees for the year ended December 31, 2016, compared to an aggregate of $4.9 million, or $2,652 per LNG carrier per day in management fees for the year ended December 31, 2015. The 23.2%, or $1.1 million, increase in management fees is predominantly attributable to the increase in Fleet calendar days as a result of the increase in the average number of vessels that comprised our Fleet during 2016, compared to 2015, and to the annual 3% increase in daily management fees pursuant to our Management Agreements.

*Depreciation.* Depreciation expense increased by $6.0 million, or 24.6%, to $30.4 million in the year ended December 31, 2016, compared to $24.4 million in the corresponding period in 2015. This increase is primarily attributable to the ownership and operation of the *Lena River*, which we acquired in late 2015, for a full year, which increased our Fleet ownership days from 1,836 in 2015 to 2,196 in 2016.

*Interest and Finance Costs.* Interest and finance costs increased to $35.0 million, or 25.1%, during the year ended December 31, 2016, from $28.0 million during the year ended December 31, 2015. This increase is predominantly due to the increase in weighted average outstanding indebtedness in the year ended December 31, 2016, as compared to the corresponding period of 2015 (from $571.4 million in 2015 to $741.6 in 2016), which was mainly the result of the financing arrangement we entered into in connection with the *Lena River* acquisition and to a lesser extent to the increase in the margin levels on our $340 Million Revolving Credit Facility.

## B.    LIQUIDITY AND CAPITAL RESOURCES

### Liquidity and Cash Needs

We operate in a capital-intensive industry and we expect to finance the purchase of additional vessels and other capital expenditures through a combination of borrowings from debt transactions, cash generated from operations and equity financings. Our liquidity requirements relate to servicing the principal and interest on our debt, paying distributions, when, as and if declared by our Board of Directors, funding capital expenditures and working capital and maintaining cash reserves for the purpose of satisfying a certain liquidity covenant contained in our 2019 Notes. Our funding and treasury activities are intended to maximize investment returns while maintaining appropriate liquidity.

For the year ended December 31, 2017, our principal sources of funds were our operating cash flows and borrowings under certain of our debt facilities. In accordance with our Partnership Agreement, we are further required to distribute all of our available cash to unitholders each quarter. We frequently monitor our capital needs by projecting our fixed income, expenses and debt obligations, and seek to maintain adequate cash reserves to compensate for any budget overruns. Our short-term liquidity requirements are primarily the servicing of our debt and, funding working capital, including vessel operating expenses and payments under our management agreements. Our long-term liquidity requirements relate to funding capital expenditures, including the acquisition of additional vessels and the repayment of our long-term debt.

In accordance with our business strategy, other liquidity needs may relate to funding potential investments (including investments in the Optional Vessels or other third-party acquisitions) and maintaining cash reserves against fluctuations in operating cash flows. Because we distribute all of our available cash, we expect that we will rely upon external financing sources, including bank borrowings and the issuance of debt and equity securities, to fund acquisitions and other expansion capital expenditures. Cash and cash equivalents are held in U.S. dollars. We have not made use of derivative instruments in any of the periods presented in the financial statements accompanying this Annual Report.

We may exercise our options granted to us under the Omnibus Agreement to purchase the Optional Vessels during specified periods. To the extent we exercise any of these options, we will incur additional payment obligations. As of the date of this Annual Report, we have not secured any other financing in connection with the potential acquisition of the Optional Vessels since it is uncertain if and when such purchase options will be exercised.

### *Cash*

As of December 31, 2017, we reported cash of $67.5 million (including free cash liquidity requirements imposed by our 2019 Notes) which represented a decreased of $15.1 million, or 18.3%, compared to $82.6 million, including minimum cash liquidity requirements imposed by our lenders, as of December 31, 2016.

*Working capital position*

Working capital is equal to current assets minus current liabilities, including the current portion of long-term debt. As of December 31, 2017, we had a working capital surplus of $47.5 million as compared to $7.1 million as of December 31, 2016 which is the result on the strengthening of the Partnership's balance sheet following the Term Loan B refinancing. Following the Term Loan B refinancing transaction, our recurring short debt service requirements decreased by $27.7 million and we were released of the requirement to maintain $25.0 million of restricted cash imposed under our refinanced commercial bank loans.

Taking into account the overall LNG market conditions, we believe that our current sources of funds and those that we anticipate to internally generate for a period of at least the next twelve months, will be sufficient to fund the operations of our Fleet, and to meet our normal working capital requirements, service our principal and interest debt, and make at least the required distribution on our Series A Preferred Units in accordance with our Partnership Agreement.

*Equity Offerings (following the IPO) impacting our cash flows*

On June 18, 2014, we completed our underwritten public offering of 4,800,000 common units at $22.79 common per unit, and on the same date, the underwriters in the offering exercised their option to purchase an additional 720,000 common units at the same public offering price. The net proceeds of the offering were $120.5 million which were used to finance a portion of the purchase price of the *Arctic Aurora,* the first Initial Optional Vessel that we acquired from our Sponsor.

On July 20, 2015, we completed our underwritten public offering of the Series A Preferred Units at $25.00 per unit. The net proceeds of this offering were $72.3 million and were used to partially finance the *Lena River* acquisition, the third dropdown vessel from our Sponsor. The Series A Preferred Units are listed on the New York Stock Exchange under the symbol "DLNG PR A".

*Our Borrowing Activities*

As of December 31, 2017, we had $727.6 million of indebtedness outstanding under our debt agreements (discussed below) and had access to $30.0 million of available borrowing capacity under our $30 million Sponsor facility. As of December 31, 2017, we were in compliance with all the financial and liquidity covenants contained in our debt agreements.

**$30 Million Revolving Credit Facility**

On November 18, 2013, concurrently with the consummation of our IPO, we entered into an interest free $30.0 million revolving credit facility with our Sponsor, with an original term of five years from the closing date, to be used for general partnership purposes. No amounts have been drawn under the facility since 2013 (amounts drawn in 2013 were fully repaid in early 2014).

**$340 Million Senior Secured Revolving Credit Facility**

On June 19, 2014, we entered into our $340 Million Credit Facility in order to repay in full on June 23, 2014 amounts then outstanding under our senior secured revolving credit facility, which we entered into on November 14, 2013 in connection with the closing of the IPO, to fund a portion of the purchase price for the *Arctic Aurora* and the related charter. The facility was secured by a first priority or preferred cross-collateralized mortgage on each of the *Amur River,* the *Ob River*, the *Clean Energy* and the *Arctic Aurora*, a specific assignment of the existing charters and a first assignment of earnings and insurances in relation to those vessels. Our wholly-owned subsidiaries that directly own the collateral vessels served as the borrowers under the facility and we and Dynagas Equity Holding Ltd. and Dynagas Operating LP, our wholly-owned subsidiaries, served as guarantors. The facility bore interest at LIBOR plus a margin and was previously repayable in consecutive equal quarterly payments of $5.0 million.

On May 18, 2017, the $280.0 million then outstanding under the $340 Million Credit Facility was fully repaid from the net proceeds of the Term Loan B (discussed more fully below). Upon repayment, the minimum liquidity restrictions imposed on us by the facility elapsed and our $25.0 million of restricted cash was therefore released at the closing date of the Term Loan B transaction.

83

**$200 Million Term Loan Facility**

On December 17, 2015, two of our wholly-owned vessel owning subsidiaries, Navajo Marine Limited and Solana Holding Ltd., entered, on a joint and several basis as borrowers, into the $200 Million Term Loan Facility with a group of lenders and ABN Amro NV, as agent. A substantial part of the proceeds from this facility were used to partially finance the *Lena River* acquisition, while the unused portion of the proceeds, was used or was intended to be used for investing and other working capital purposes. The facility had a five year maturity profile, bore interest at LIBOR plus a margin and was repayable in 20 consecutive equal quarterly installments of approximately $1.56 million and a balloon payment at maturity in December 2020. The $200 Million Term Loan Facility was guaranteed by us and was secured by, among other things, a first priority cross-collateralized mortgage on each of the *Yenisei River* and the *Lena River*, a first priority specific assignment of the existing time charters of the vessels, a first priority assignment of all insurances and earnings of the vessels and an assignment of any subsequent time charter of a duration of more than twelve months.

On May 18, 2017, the $184.4 million then outstanding under the $200 Million Term Loan Facility was fully repaid from the net proceeds of the Term Loan B. Upon repayment, we were released from all cash-related restrictions that required the borrowers under the facility to maintain certain minimum liquidity levels on a per vessel basis and to maintain and transfer funds to designated accounts for each vessel.

**Senior Unsecured Notes due 2019**

On September 15, 2014, we issued $250.0 million aggregate principal amount of our 6.25% Senior Unsecured Notes due 2019, or our 2019 Notes. The Notes mature on October 30, 2019 and bear interest at the rate of 6.25% per year, payable quarterly in arrears on the 30th day of January, April, July and October of each year, commencing on October 30, 2014. The 2019 Notes are senior unsecured obligations that rank senior to any of our future subordinated debt and rank equally in right of payment with all of our existing and future unsecured and unsubordinated debt. The 2019 Notes effectively rank junior to our existing and future secured debt, to the extent of the value of the assets securing such debt as well as to existing and future debt and other liabilities of our subsidiaries. The 2019 Notes were issued in minimum denominations of $1,000 and integral multiples of $1,000 in excess thereof. The 2019 Notes are listed on the NYSE under the symbol "DLNG 19." The net proceeds of the 2019 Notes were used to finance the majority of the purchase price of the *Yenisei River*.

If a Change of Control (as defined in the Indenture for the 2019 Notes) occurs, holders of the 2019 Notes have the right, at their option, to require us to purchase any or all of such holders' 2019 Notes at a purchase price of 101% of the principal amount of the 2019 Notes to be purchased, plus accrued and unpaid interest.

The indenture governing the 2019 Notes requires us to maintain a certain level of minimum net worth, meaning our total assets, less intangible assets les our total borrowings. In addition, we are required to, at any time during the term of the 2019 Notes to maintain aggregate free liquidity of at least $20.0 million.

If an event of default or an event or circumstance which, with the giving of any notice or the lapse of time, would constitute an event of default under the 2019 Notes has occurred and is continuing, or we are not in compliance with certain financial covenants under the indenture, then none of the Partnership or any subsidiary will be permitted to declare or pay any dividends or return any capital to its equity holders (other than the Partnership or a wholly-owned subsidiary of the Partnership) or authorize or make any other distribution, payment or delivery of property or cash to its equity holders (other than the Partnership or a wholly-owned subsidiary of the Partnership), or redeem, retire, purchase or otherwise acquire, directly or indirectly, for value, any interest of any class or series of its equity interests (or acquire any rights, options or warrants relating thereto but not including convertible debt) now or hereafter outstanding and held by persons other than the Partnership or any wholly-owned subsidiary, or repay any subordinated loans to equity holders (other than the Partnership or a wholly-owned subsidiary of the Partnership) or set aside any funds for any of the foregoing purposes.

84

**Term Loan B**

On May 18, 2017, pursuant to the terms of a credit agreement, Arctic LNG Carriers Ltd. and Dynagas Finance LLC, our wholly-owned subsidiaries, as co-borrowers, entered into the $480.0 Million Term Loan B.  The net proceeds of the Term Loan B were used to refinance and repay in full the indebtedness outstanding under the Partnership's existing $340 Million Credit Facility and the $200 Million Term Loan Facility, in an aggregate amount of $464.4 million and to pay $12.6 million of fees and expenses related to the transaction. The Term Loan B bears interest at LIBOR plus a margin and provides for 0.25% quarterly amortization on the principal and a bullet payment at maturity, in May 2023. The Term Loan B is secured by, among other, first priority mortgages on the six vessels in our Fleet, a first priority specific assignment of the existing time charters, a first priority assignment of all insurances and earnings of the vessels and pledges on certain deposit accounts of Arctic LNG and its vessel owning subsidiaries and is guaranteed by the Partnership, certain of the Partnership's subsidiaries and the vessel-owning subsidiaries of Arctic LNG. Following the Term Loan B refinancing transaction our minimum liquidity requirements elapsed and, as of the date of this Annual Report, all of our cash remains unrestricted in nature.

The Term Loan B contains negative covenants customary for facilities of this type, including, among others, limitations on indebtedness, asset sales, restricted payments (with the ability to distribute available cash subject to no event of default and compliance with certain financial covenants) and transactions with affiliates (other than amendments or supplements to or entry into vessel management contracts, administrative services agreements or executive services agreements or other agreements currently our Sponsor or that may be entered into with our Sponsor in the ordinary course of business that are approved in good faith by the Conflicts Committee).

The credit agreement governing the Term Loan B requires maintenance of:

- a maximum loan to value ratio of the aggregate principal amount of the Term Loan B to the fair market value of the collateral vessels, based on the average of the "charter-free" appraised values from two specified appraisers as of a certain date;

- a minimum interest coverage ratio on a consolidated basis, which if not met restricts us from, among other things, paying any dividend or other distribution; and

- a specified minimum debt service coverage ratio, meaning the ratio of operating cash flow available for debt servicing for the preceding 12-month period to all scheduled payments of principal, interest and fees due by the borrowers during such period, tested on the last day of each fiscal quarter.

The Term Loan B Agreement also provides for customary events of default, prepayment and cure provisions.

### *Estimated Maintenance and Replacement Capital Expenditures*

Our Partnership Agreement requires our Board of Directors to deduct from operating surplus each quarter estimated maintenance and replacement capital expenditures, as opposed to actual maintenance and replacement capital expenditures in order to reduce disparities in operating surplus caused by fluctuating maintenance and replacement capital expenditures, such as dry-docking and vessel replacement. Because of the substantial capital expenditures we are required to make to maintain our Fleet, currently, our annual estimated maintenance and replacement capital expenditures for purposes of estimating maintenance and replacement capital expenditures will be $16.9 million per year, which is composed of $4.2 million for dry-docking and $12.7 million, including financing costs, for replacing our vessels at the end of their useful lives. The $12.7 million for future vessel replacement is based on assumptions and estimates regarding the remaining useful lives of our vessels, a long term net investment rate equivalent to our current expected long-term borrowing costs, vessel replacement values based on current market conditions and residual value of the vessels at the end of their useful lives based on current steel prices. The actual cost of replacing the vessels in our Fleet will depend on a number of factors, including prevailing market conditions, hire rates and the availability and cost of financing at the time of replacement. Our Board of Directors, with the approval of the Conflicts Committee, may determine that one or more of our assumptions should be revised, which could cause our Board of Directors to increase or decrease the amount of estimated maintenance and replacement capital expenditures. We may elect to finance some or all of our maintenance and replacement capital expenditures through the issuance of additional common units which could be dilutive to existing unitholders.

**Cash Flows**

The following table summarizes our net cash flows from operating, investing and financing activities and our cash and cash equivalents for the years ended December 31, 2017 and 2016:

| | Year Ended December 31, | | | |
|---|---|---|---|---|
| *(Amounts in thousands of Dollars)* | 2017 | | 2016 | |
| Net cash provided by operating activities | $ | 59,339 | $ | 103,618 |
| Net cash used in investing activities | | — | | (37,472) |
| Net cash used in financing activities | | (49,470) | | (32,844) |
| Cash and cash equivalents at beginning of year | | 57,595 | | 24,293 |
| Cash and cash equivalents at end of year | $ | 67,464 | $ | 57,595 |

**Net Cash Provided by Operating Activities**

Net cash provided by operating activities decreased by $44.3 million, or 42.7%, to $59.3 million for the year ended December 31, 2017, compared to $103.6 million for the year ended December 31, 2016. This decrease in cash from operating activities was exclusively attributable to the decrease in period net income primarily due to the factors below:

(i) the decrease in period voyage revenues discussed in "Item 5. Operating and Financial Review and Prospects—A. Results of Operations", above.

(ii) the increase in debt service and other finance costs resultant to our entering to the Term Loan B transaction,  and

(iii) the $6.2 million costs incurred in relation with the three steam turbine vessels in our Fleet that were dry-docked in 2017. The decrease was partially offset by positive cash movement in working capital accounts between the compared periods.

Net cash flows provided by operating activities increased by $6.7 million, or 6.9%, to $103.6 million for the year ended December 31, 2016, compared to $96.9 million for the year ended December 31, 2015. The increase is primarily attributable to the net operating cash flows that the *Lena River* contributed during the year ended December 31, 2016 and counterbalanced by working capital variations between the compared periods.

**Net Cash Used in Investing Activities**

No cash was used in investing activities in the year ended December 31, 2017.

Net cash used in investing activities of $37.5 million as of December 31, 2016 relates to i) $35.0 million of residual unsettled amounts related to the *Lena River* acquisition and ii) $2.5 million associated with other capital expenditures related to our Fleet within the normal course of business.

**Net Cash Used in Financing Activities**

Net cash used in financing activities of $49.5 million for the year ended December 31, 2017 consisted of (i) distributions paid to our limited partners and preferred unitholders during the period of $66.9 million (see "Distributions" below), (ii) payment of $10.5 million of regular principal installments under our refinanced secured bank facilities and the Term Loan B, and (iii) payment of $0.1 million in securities registration and other filing costs, which were offset by (a) the $480.0 million gross proceeds from our new Term Loan B facility entered into in May 2017 that were to a great extent used to refinance and repay in full our existing bank loans in an aggregate amount of $464.4 million and pay transaction costs and expenses of $12.6 million, and (b) the $25.0 million of restricted cash released as a consequence of the full repayment of the abovementioned loans.

Net cash used in financing activities of $32.8 million for the year ended December 31, 2016 consisted of the $66.7 million residual amounts drawn down under our $200 Million Term Loan Facility that were partially used to repay the short-term $35.0 million credit financing provided by our Sponsor in connection with the *Lena River* acquisition, counterbalanced by (i) distributions paid to all classes of unitholders amounting to $66.9 million, (ii) regular quarterly installments on our $340 Million Credit Facility and $200 Million Term Loan Facility of an aggregate amount of $32.5 million, and (iii) payment of deferred finance costs in connection with the closing of the $200 Million Term Loan Facility and the issuance of the Series A Preferred Units in an aggregate amount of  $0.1 million.

**Distributions**

*Distributions on Common Units*

On January 19, 2017, we paid a cash distribution for the fourth quarter of 2016 of $0.4225 per unit to all common and subordinated unitholders of record as of January 11, 2017.

On January 23, 2017, upon our payment to unitholders of the quarterly distribution in respect of the fourth quarter of 2016, the conditions set forth in the Partnership Agreement for the conversion of the subordinated units into common units were satisfied and the subordination period expired. At the expiration of the subordination period, the 14,985,000 subordinated units owned by the Sponsor converted into common units on a one-for-one basis. Upon the conversion of the subordinated units and as of the date of this Annual Report, there are 35,490,000 common units outstanding and no subordinated units outstanding. Since all issued subordinated units were converted into common units, future distributions will be shared equally among the limited partner units owned by other common unitholders. No cash consideration was paid in connection with such conversion.

On April 28, 2017, we paid a cash distribution for the first quarter of 2017 of $0.4225 per unit to all common unitholders of record as of April 21, 2017.

On July 18, 2017, we paid a cash distribution for the second quarter of 2017 of $0.4225 per unit to all common unitholders of record as of July 11, 2017.

On October 19, 2017, we paid a cash distribution for the third quarter of 2017 of $0.4225 per unit to all common unitholders of record as of October 12, 2017.

On January 18, 2018, we paid a cash distribution for the fourth quarter of 2017 of $0.4225 per unit to all common unitholders of record as of January 11, 2018.

See "Item 8. Financial Information—A. Consolidated Statements and Other Financial Information—Our Cash Distribution Policy."

*Distributions on Series A Preferred Units*

On February 13, 2017, we paid a cash distribution for the period from November 12, 2016 to February 11, 2017 of $0.5625 per unit to all Series A Preferred unitholders of record as of February 5, 2017.

On May 12, 2017, we paid a cash distribution for the period from February 12, 2017 to May 11, 2017 of $0.5625 per unit to all Series A Preferred unitholders of record as of May 5, 2017.

On August 14, 2017, we paid a cash distribution for the period from May 12, 2017 to August 11, 2017 of $0.5625 per unit to all Series A Preferred unitholders of record as of August 5, 2017.

On November 13, 2017, we paid a cash distribution for the period from August 12, 2017 to November 11, 2017 of $0.5625 per unit to all Series A Preferred unitholders of record as of November 5, 2017.

On February 12, 2018, we paid a cash distribution for the period from November 12, 2017 to February 11, 2018 of $0.5625 per unit to all Series A Preferred unitholders of record as of February 5, 2018.

*General Partner Distributions*

During the year ended December 31, 2017, we paid our General Partner and holder of the incentive distribution rights in the Partnership, an aggregate amount of $129,000.

The declaration and payment of distributions, if any, is always subject to the discretion of our Board of Directors.

C.        RESEARCH AND DEVELOPMENT, PATENTS AND LICENSES

None.

D.        TREND INFORMATION

Historically spot and short-term charter hire rates for LNG carriers have been uncertain and volatile, as has the supply and demand for LNG carriers. An excess of LNG carriers first became evident in 2004 before reaching a peak in the second quarter of 2010, when spot and short-term charter hire rates together with utilization reached historic lows.  Due to a lack of newbuilding orders placed between 2008 and 2010, this trend then reversed from the third quarter of 2010, such that the demand for LNG shipping was not being met by available supply in 2011 and the first half of 2012. Spot and short-medium term charter hire rates together with fleet utilization reached historic highs as a result. What turned the tide for LNG shipping demand from the second quarter of 2011 was the unprecedented rise in Japanese LNG demand following the Fukushima nuclear leak.

Charter rates for LNG vessels started declining from 2013 as the supply increased more than the increase in demand. Global liquefaction capacity grew marginally with only Angola LNG plant becoming operational in 2013. The trend continued in 2014 to 2017 as additional tonnage negated the effect of new liquefaction plants coming online. The impact of excess vessel supply caused by the delivery of 28, 27, 28 and 24 vessels in 2014, 2015, 2016 and 2017 respectively showed on spot rates, which fell sharply. Low crude oil prices intensified the challenges in the LNG shipping market as it delayed the completion of liquefaction projects. Moreover, demand from traditional Asian buyers such as Japan and South Korea remained flat due to a weaker macroeconomic environment and greater preference for coal in power production, and in the case of Japan a switch back to nuclear power. Towards the end of 2017, a surge in the Chinese LNG imports, owing to a switch from coal to gas for heating purposes, helped the LNG freight rates recover sharply.

Accordingly, short-term rates (one to three years) for a Dual Fuel Diesel Electric (DFDE) LNG vessels plunged from $70,000 per day in 2014 to $31,000 per day in 2016 and $ 37,000 per day in 2017. Long-term rates (in excess of eight years) for DFDE vessels in 2017 were $70,000 per day unchanged from 2016 but lower than the $ 82,000 per day in 2014.

E.        OFF-BALANCE SHEET ARRANGEMENTS

We do not have any off-balance sheet arrangements.

F.        CONTRACTUAL OBLIGATIONS

The following table sets forth our contractual obligations and their maturity dates as of December 31, 2017:

| Obligations | Total | | Less than 1 year | | 1-3 years | | 3-5 years | | More than 5 years |
|---|---|---|---|---|---|---|---|---|---|
| Long-Term Debt | $ | 727,600 | $ | 4,800 | $ | 259,600 | $ | 9,600 | $ | 453,600 |
| Interest on long term debt [1] | | 182,621 | | 44,902 | | 70,767 | | 56,486 | | 10,466 |
| Management Fees & commissions payable to the Manager [2] | | 38,503 | | 7,797 | | 16,552 | | 3,046 | | 11,108 |
| Executive Services fee [3] | | 568 | | 568 | | — | | — | | — |
| Administrative Services fee [4] | | 40 | | 40 | | — | | — | | — |
| Total | $ | 949,332 | $ | 58,107 | $ | 346,919 | $ | 69,132 | $ | 475,174 |

(1)    Our variable rate long-term debt outstanding as of December 31, 2017 bears variable interest at a margin over LIBOR. The calculation of interest payments has been made assuming interest rates based on the one-month period LIBOR, the LIBOR specific to our Term Loan B facility as of December 31, 2017 and our applicable margin rate.

(2)     Under the terms of the Management Agreements, we currently pay a management fee of $2,898 per day which is subject to an annual increase of 3% and further annual increases to reflect material unforeseen costs increases of providing the management services, by an amount to be agreed between us and our Manager, which amount will be reviewed and approved by our Conflicts Committee. The Management Agreements also provide for commissions of 1.25% of charter-hire revenues arranged by the Manager. The agreements will terminate automatically after a change of control of the applicable shipping subsidiary and/or of the owner's ultimate parent, in which case an amount equal to fees of at the least 36 months and not more than 60 months, will become payable to the Manager.

(3)     On March 21, 2014, we entered into the Executive Services Agreement with our Manager, with retroactive effect to the date of the closing of our IPO, pursuant to which our Manager provides us with the services of our executive officers, who report directly to our Board of Directors. Under the Executive Services Agreement, our Manager is entitled to an executive services fee of €538,000 per annum, for the initial five year term, payable in equal monthly installments. The agreement has an initial term of five years and will automatically be renewed for successive five year terms unless terminated earlier. The calculation of the contractual services fee set forth in the table above assumes an exchange rate of €1.000 to $1.1999 the EURO/USD exchange rate as of December 31, 2017 and does not include any incentive compensation which our Board of Directors may agree to pay.

(4)     On December 30, 2014 and effective as of the IPO closing date, we entered into the Administrative Services Agreement with our Manager, pursuant to which the Partnership is provided with certain financial, accounting, reporting, secretarial and information technology services, for a monthly fee of $10,000, plus expenses, payable in quarterly installments. The Agreement can be terminated upon 120 days' notice granted either by the Partnership's Board or by the Manager as per the provisions of the agreement.

**Capital Commitments**

*Possible Acquisitions of Other Vessels*

Although we do not currently have in place any agreements relating to acquisitions of other vessels (other than our right to purchase the Optional Vessels subject to the provisions governing the Omnibus Agreement), we continuously evaluate potential transactions, which may include pursuit of other business combinations, the acquisition of vessels or related businesses, the expansion of our operations, repayment, repurchase or refinance of existing debt, unit repurchases, short term investments or other transactions that we believe will be accretive to earnings, enhance unitholder value or are in our best interests.

Pursuant to the Omnibus Agreement that we have entered into with our Sponsor and our General Partner, in addition to the Optional Vessels, we also have the right, but not the obligation, to purchase from our Sponsor any LNG carriers acquired or placed under contracts with an initial term of four or more years, for so long as the Omnibus Agreement is in full force and effect. Subject to the terms of our loan agreements, we could elect to fund any future acquisitions with equity or debt or cash on hand or a combination of these forms of consideration. Any debt incurred for this purpose could make us more leveraged and subject us to additional operational or financial covenants.

**G.      SAFE HARBOR**

See the section entitled "Forward Looking Statements" at the beginning of this Annual Report.

**ITEM 6.          DIRECTORS, SENIOR MANAGEMENT AND EMPLOYEES**

**A.     DIRECTORS AND SENIOR MANAGEMENT**

The following provides information about each of our directors and senior management.

| Name | Age | Position |
|---|---|---|
| Georgios Prokopiou | 71 | Chairman of the Board of Directors and Appointed Director |
| Tony Lauritzen | 41 | Chief Executive Officer and Appointed Director |
| Michael Gregos | 46 | Chief Financial Officer |
| Levon Dedegian | 66 | Class III Director |
| Alexios Rodopoulos | 70 | Class II Director |
| Evangelos Vlahoulis | 71 | Class I Director |

89

**Pages Omitted**