**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE DYNAGAS LNG PARTNERS LP
SECURITIES LITIGATION

No. 1:19-cv-04512 (AJN)

## <u>NOTICE OF ERRATA</u>

On December 5, 2019, the Dynagas Entity Defendants and the Underwriter Defendants[1]

filed the Declaration of Jeremy T. Adler to place before the Court documents referenced in the

Memorandum of Law in Support of their Motion to Dismiss the Amended Class Action

Complaint.  It has come to our attention that the process of converting certain of those

documents to searchable PDF-A files for purposes of electronic filing caused those documents to

have formatting errors.  Accordingly, please find attached corrected copies of Exhibits 14, 17,

23, 25, and 26.

---

[1] "Dynagas Entity Defendants" refers to defendants Dynagas LNG Partners LP ("Dynagas" or
the "Company"), Dynagas GP, LLC, and Dynagas Holding Ltd.  "Underwriter Defendants"
refers to defendants UBS Securities LLC, Stifel, Nicolaus & Company, Incorporated, Morgan
Stanley & Co. LLC, and B. Riley FBR, Inc.

Dated: March 18, 2020

/s/ Jeremy T. Adler
Michael G. Bongiorno
Jeremy T. Adler
WILMER CUTLER PICKERING HALE
    AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
michael.bongiorno@wilmerhale.com
jeremy.adler@wilmerhale.com

Peter J. Kolovos
WILMER CUTLER PICKERING HALE
    AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
peter.kolovos@wilmerhale.com

Mark J. Hyland
Bruce G. Paulsen
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Tel: (212) 574-1200
hyland@sewkis.com
paulsen@sewkis.com

*Attorneys for Defendants Dynagas LNG
Partners LP, Dynagas GP, LLC, and
Dynagas Holding Ltd.*

2

/s/ Scott D. Musoff
Scott D. Musoff
Michael D. Moritz
SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM LLP
One Manhattan West
New York, NY 10001
Tel: (212) 735-3000
Fax: (212) 735-2000
scott.musoff@skadden.com
michael.moritz@skadden.com

*Attorneys for Defendants UBS Securities LLC, Morgan Stanley & Co. LLC, Stifel, Nicolaus & Company, Incorporated, and B. Riley FBR, Inc.*

3