# EXHIBIT 17

**S&P Global**
Market Intelligence

# Dynagas LNG Partners LP NYSE:DLNG FQ3 2018 Earnings Call Transcripts

## Friday, November 16, 2018 3:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2018- | | | -FQ4 2018- | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.06 | 0.04 | ▼(33.33 %) | 0.07 | 0.36 | 0.53 |
| **Revenue (mm)** | 32.54 | 31.32 | ▼(3.75 %) | 31.14 | 127.35 | 140.82 |

Currency: USD
Consensus as of Nov-08-2018 10:02 PM GMT



| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ4 2017** | 0.21 | 0.16 | ▼1 (23.81 %) |
| **FQ1 2018** | 0.16 | 0.16 | ●2 0.00 % |
| **FQ2 2018** | 0.06 | 0.08 | ▲3 33.33 % |
| **FQ3 2018** | 0.06 | 0.04 | ▼4 (33.33 %) |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ...................................................................................... | **3** |
| **Presentation** | ...................................................................................... | **4** |
| **Question and Answer** | ...................................................................................... | **6** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

### EXECUTIVES

**Michael Gregos**
*Chief Financial Officer*

### ANALYSTS

**Fotis Giannakoulis**
*Morgan Stanley, Research Division*

**Randall Giveans**
*Jefferies LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Thank you for standing by ladies and gentlemen, and welcome to the Dynagas LNG Partners Conference Call on the Third Quarter 2018 financial results. We have with us Mr. Michael Gregos, Chief Financial Officer of the company. [Operator Instructions] I must advise that this conference is being recorded today. At this time, I would like to read the Safe Harbor statement. This conference call and slide presentation of the webcast contains certain forward-looking statements within the meaning of the Safe Harbor provision of the Private Securities Litigation Reform Act of 1995. Investors are cautioned that such forward-looking statements involve risk and uncertainties, which may affect Dynagas LNG Partners' business prospects and results of operations. Such risks are more fully disclosed in Dynagas LNG Partners' filings with the Securities and Exchange Commission. And now, I pass the floor to Mr. Gregos. Please go ahead, sir.

**Michael Gregos**
*Chief Financial Officer*

Good morning, everyone, and thank you for joining us in our Third Quarter Earnings Conference Call. We've issued a press release announcing our results for the said period. Certain non-GAAP measures will be discussed on this call. And we have provided the description of those measures as well as a discussion of why we believe this information to be useful in our press release.

Moving on to Slide 3. Under recent developments. In August, the Yenisei River upon completion of its mandatory 5-year special survey and dry docking was delivered earlier than anticipated to its charter contract with Yamal in order to serve the Yamal LNG project with a firm charter period being extended from 15 years to 15.5 years. In addition, the Arctic Aurora entered its extended time charter contract with Equinor and following this contract, all of the partnerships' vessels are contracted as we will describe later in the presentation. On October 23, we closed our Series B Preferred Units offering and received net proceeds of $53 million and on October 11, the partnership announced a quarterly cash distributions of $0.25 per common unit in respect of the third quarter 2018, which was paid on October 26.

Moving on to Slide 4. The result of the quarter met our expectations as fleet utilization was 99% and operating expenses on the dry dock of the Yenisei River were below budget. For the quarter, we generated $7.5 million in distributable cash flow and $23.5 million in EBITDA. We are pleased with the performance of our manager as vessel daily operating expenses came in at $11,600 per day per vessel for the quarter, versus $11,200 for the corresponding period of 2017 and the cost of the dry dock of the Yenisei River ended up at $2.4 million, which is $1 million below the budget with only 16 or higher days. For the quarter, our average gross time charter hire on a cash basis amounted to about $60,000 per day per vessel, whereas our cash breakeven excluding our distributions to preferred and common unitholders and our dry docking cost amounted to about $40,000 per day.

During the past 2 years, all of our vessels have completed their 5-year mandatory class special surveys and dry docks, while at the same time they are gradually transitioning into their previously entered into long-term contracts. In October, the Lena River completed its dry dock and subsequently entered its interim time charter with a U.S. energy producer pending a delivery to the Yamal contract next year. Following the completion of the Lena River special survey and dry dock in October, the partnership has no scheduled dry docks until 2022.

Moving onto Slide 5. For the quarter, our distributable cash flow available to common unitholders after payment to preferred unitholders amounted to $5.8 million and we paid $8.9 million in cash distributions to our common unitholders, resulting in a distribution coverage ratio of 0.66x. For the quarter, we had cash coverage ratio of 1x with cash coverage representing adjusted EBITDA less interest, loan principal and preferred equity dividends divided by actual distributions to common unitholders. As previously advised, our distribution coverage was expected to be below 1x with the current distribution being partly funded by cash on hand.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Moving on to Slide 6. There is a high level of visibility and predictability in our future cash flow generating capacity, given that all of our LNG carriers are employed on long-term contracts with an average contract duration of approximately 10 years. Our simplified debt structure is composed of $474 million term loan B, which is amortizing annually by $4.8 million, and which has a floating interest rate; and $250 million unsecured notes, which mature in October 30, 2019, and which we expect to refinance in advance of their maturity.

Our capital structure also consists of $130 million in preferred equity consisting of our 9% $75 million Series A preferred and our 8.75% $55 million series B preferred issued last month. At the end of the quarter, we have liquidity of $89.5 million and the net debt to last 12 months EBITDA of 6.6x. Our net debt to total capitalization amounts to 62% pro forma our $55 million preferred equity issuance, which is an improvement from the previous quarter. With respect to the refinancing of our $250 million unsecured notes, we are exploring a number of alternatives and are keeping all of our options open. As part of this exercise, we're currently performing a strategic review, which will also encompass our financial objectives with respect to improving our financial credit profile, our liquidity and growth prospects.

Moving on to Slide 7. Our fleet currently counts 6 high specification and versatile LNG carriers with an average age of about 8.3 years in an industry where expected useful economic lifetime is 35 years. Our long-term contracts with Gazprom, Equinor and Yamal LNG, a joint venture between TOTAL, CNPC, NOVATEK and the Silk Road Fund, showed well-established LNG export projects in icebound areas. Our clients have entered into long-term off-take agreements with LNG users and our vessels are vital to their efforts to monetize their production of natural gas. Our $1.4 billion in remaining contracted revenue and over 10 years of average remaining contract life provide the partnership with the benefits of stable cash flows and high utilization rates.

Our contract backlog amounts to $230 million per vessel, which is best-in-class on a per vessel basis versus our peers. Our fleet is fully contracted through 2020 and 92% contracted in 2021, assuming that Equinor does not exercise its option to extend the Arctic Aurora contract. Beyond 2021, 80% of our fleet is contracted until 2026 in which 1 charter expires. Thereafter, we have 2 charter expiries in 2028 and 2 in 2034.

Moving on to Slide 8, the drivers for our long-term charters were the unique characteristics of our high specification fleet, including their ice-class capabilities and our manager's track record. Our fleet is able to operate across the globe including in icebound areas and under the harshest weather conditions. This means that we are able to and have been successful in pursuing business opportunities in 2 different markets, namely the conventional shipping and the unique market for icebound trades.

Moving on to Slide 9. The partnership together with our sponsor has a market share of 80% for vessels with Arc-4 or equivalent ice class notations. We've used the ability to trading in icebound areas as an important advantage due to the current and ongoing construction of LNG production terminals within icebound areas and in particular, the Northern Sea Route where Yamal LNG has recently commenced production.
We also expect further projects to be developed in that region. The initial capital expenditure for an ice-class vessel is somewhat more expensive than conventional carriers, however, the operating cost between our ice class type carriers and conventional carriers are very similar. We also expect further projects to be developed in that region. We view the ability to perform niche operation as an important driver in securing attractive long-term charters going forward. We have inserted the industry slides in the presentation as an appendix since Tony Lauritzen unfortunately cannot be on this call. We have now reached the end of this presentation, and I will now open the floor to questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] We will now take our first question.

**Randall Giveans**
*Jefferies LLC, Research Division*

This is Randy Giveans with Jefferies. So I guess, a few quick questions. So regarding the Lena River, does the current contract go all the way through until when the multiyear contract with Yamal starts? And what kind of rate is that until then? Like, is there any off time between the end of the current contract and the start of the Yamal?

**Michael Gregos**
*Chief Financial Officer*

That's right. The contract that goes up till the moment that the Yamal charter is expected to commence in July of next year, given that we understand that Yamal needs the Lena River as soon as possible, so we don't expect any significant downtime between the 2 contracts.

**Randall Giveans**
*Jefferies LLC, Research Division*

Perfect. Okay. And then with that, what is the rate of the current one?

**Michael Gregos**
*Chief Financial Officer*

Well, I can't disclose the rate. I mean, the rate is lower than the rate that she was trading in under the Gazprom contract. All I can say is that this fixture was done at the very early stages before the LNG spot market took off.

**Randall Giveans**
*Jefferies LLC, Research Division*

Okay. That's fair. Now are you seeing any spot rate differential or how much is the spread for a steam versus a kind of DFDE vessel?

**Michael Gregos**
*Chief Financial Officer*

Well, because of all of our vessels are employed, we -- and are trading under long-term contracts, we don't have any spot exposure. So any of the information that we have is not first-hand information. But we have seen steam turbines earning $100,000 a day in the spot market, and very modern XDF, MEGI type vessels earning double that. That's what we see others doing but because we are fully contracted, we don't have this spot exposure.

**Randall Giveans**
*Jefferies LLC, Research Division*

Sure. Just trying to get a read today for the market. I guess, 2 more quick questions. Now with the capital that you have is an additional drop-down, maybe the Clean Ocean or another vessel likely in the next 3 to 6 months?

**Michael Gregos**
*Chief Financial Officer*

I think our immediate focus is the refinancing of our notes. That's our immediate focus. So I can't really comment on when exactly we're going to do a drop-down.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Randall Giveans**
*Jefferies LLC, Research Division*

Okay. And I guess lastly, is there any -- with the whole $250 million kind of still outstanding for refinancing that but obviously, all of your vessels, like you said, fully contracted for many years, is there any concerns, fears, questions about the current level of the distribution?

**Michael Gregos**
*Chief Financial Officer*

Well, listen, I mean, I can only give you a general answer here. I mean, we are reviewing how to maximize value going forward. Like I said, the refinancing of our notes is a high priority but we also are concerned that we're getting little to no credit for the current distribution and our current equity yield has kind of hindered our ability to grow. So we will be looking at how distribution can be used to improve equity value over time.

**Randall Giveans**
*Jefferies LLC, Research Division*

Okay. What about unit repurchases with that current yield of 14%?

**Michael Gregos**
*Chief Financial Officer*

Well, unit repurchases, when we have -- as I said, when we have a bond to refinance, they are not exactly on the top of our list right now. As I said, our top priority is to refinance the bond. Given our contract coverage, we are in a very fortunate position. We are in a very strong position. Our ships have fixed-rate contract, our operating expenses are predictable. So we know more or less what we are expected to generate in terms of cash on a steady-state basis over the next couple of years.

**Operator**

We will now take our next question.

**Fotis Giannakoulis**
*Morgan Stanley, Research Division*

This is Fotis Giannakoulis from Morgan Stanley. I would like to ask you about the impacts that you might have noticed in the market from the increase in Henry Hub price the last few weeks. I understand that you do not have vessels actively employed in the spot market but I assume your customers, they transport cargos worldwide. You should have seen any impact on the spot trade on the one hand and if you think that this can have any implications for producers around the world and giving a new momentum to projects in Russia, given your strong relationship there?

**Michael Gregos**
*Chief Financial Officer*

Yes. No, Fotis, as you know, we don't really have that much spot exposure. So the information that we have on the impact of the -- we haven't seen -- we don't have any first-hand information on what the short-term impact has been on the shipping side on the -- by the increase of Henry Hub. Having said that, obviously, an increase in the Henry Hub is very supportive for future LNG projects, and it's definitely -- it underpins the positive fundamentals of this industry.

**Fotis Giannakoulis**
*Morgan Stanley, Research Division*

And do you think that projects outside of the U.S., they might try to take advantage of this increase? Do you see more momentum on projects like the Arctic projects, the expansion in Russia? And also Qatar has announced that they're going to bring online a large expansion in the next few years. Are there any discussions right now for potentially securing tonnage with long-term contracts, something that you would be able to participate?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Michael Gregos**
*Chief Financial Officer*

Definitely, on the Arctic LNG 2, that's a project, which will happen. There are huge ambitions for the exports of LNG coming out of Russia, and given how the Yamal project materialized in very, very difficult circumstances, we can feel very, very confident that these projects will materialize irrespective of where Henry Hub prices are. I mean these are projects, which will happen. And obviously, given the relationship, we would very much hope to be a part of this process to provide shipping for this project. Now as far as Qatar is concerned, obviously, Qatar is the largest producer in the world, and there are ambitions in the Russians also to increase LNG productions dramatically. But we haven't seen anything from our side and any shipping requirements from the Qatari side.

**Fotis Giannakoulis**
*Morgan Stanley, Research Division*

And I understand that your sponsor is involved in the FSRU market with newbuilding FSRUs. The last couple of years, that has been a market with very little activity, if any. Has this changed? Do you see projects reaching FID and contracts being awarded? How is the situation there? What is the supply/demand market in the FSRU market?

**Michael Gregos**
*Chief Financial Officer*

Yes. It's true. We have FSRUs for deliveries in 2021. I mean, there are projects out there, which we're looking at. There is activity. Obviously, these projects, they take a long time to materialize and we have seen that there may be as a compression in the economics of these projects and also on the period side, but it's also very specific on the project-by-project basis.

**Fotis Giannakoulis**
*Morgan Stanley, Research Division*

And one last question, given your group's involvement across different sectors and also your focus on LNG, yesterday, one of your peers was questioning the available returns on long-term LNG shipping contracts. They think that they are not very attractive buying an LNG carrier and putting it into a multiyear contract. Is this your view? Do you see that there is some return compression or some increase in the cost of capital that makes long-term charters not particularly attractive? Is there any sort of potentially, given the strengthening of the spot market trying to have a more exposure in the spot market if it's possible?

**Michael Gregos**
*Chief Financial Officer*

It's true. I mean, on the conventional shipping side, that means the deals that we have seen, the economics are not something that we would do. But -- so it is true that there are very slim margins in the -- let's say, in the conventional LNG business and this is why we're very active in this niche ice class trade where the economics are obviously, much better. The spot market is very interesting. I mean, obviously, everyone knows that the spot market is extremely strong. The -- obviously, we're not actively involved in this market but -- and I cannot tell you we will actively get involved in this market but all I can say it is we believe that at least in 2019, the spot market will continue and maybe in 2020, you will see a reversion to more normalized rates.

**Operator**

[Operator Instructions] There are currently no questions in the queue, sir.

**Michael Gregos**
*Chief Financial Officer*

Okay. Thank you for -- so that wraps it up for the third quarter call. Thank you very much, and we'll see you next quarter.

**Operator**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

That does conclude our conference for today. Thank you for participating. You may all disconnect.

**DYNAGAS LNG PARTNERS LP FQ3 2018 EARNINGS CALL | NOV 16, 2018**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.