# EXHIBIT 25

**S&P Global**
Market Intelligence

# Dynagas LNG Partners LP NYSE:DLNG FQ1 2018 Earnings Call Transcripts

## Thursday, May 17, 2018 2:00 PM GMT

### S&P Global Market Intelligence Estimates

|  | -FQ1 2018- | | | -FQ2 2018- | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.16 | 0.16 | ●0.00 | 0.07 | 0.55 | 0.67 |
| **Revenue (mm)** | 34.31 | 33.90 | ▼(1.20 %) | 32.18 | 132.39 | 139.74 |

Currency: USD
Consensus as of  Apr-24-2018 12:20 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

|  | - EPS NORMALIZED - | | |
|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE |
| **FQ2 2017** | 0.21 | 0.07 | ▼(66.67 %) |
| **FQ3 2017** | 0.21 | 0.15 | ▼(28.57 %) |
| **FQ4 2017** | 0.21 | 0.16 | ▼(23.81 %) |
| **FQ1 2018** | 0.16 | 0.16 | ●0.00 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | .......................................................................... | **3** |
| **Presentation** | .......................................................................... | **4** |
| **Question and Answer** | .......................................................................... | **10** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Michael Gregos**
*Chief Financial Officer*

**Tony Lauritzen**
*CEO & Director*

## ANALYSTS

**Fotis Giannakoulis**
*Morgan Stanley, Research Division*

**Randall Giveans**
*Jefferies LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Thank you for standing by, ladies and gentlemen, and welcome to the Dynagas LNG Partners Conference Call on the First Quarter 2018 Financial Results. We have with us Mr. Tony Lauritzen, Chief Executive Officer; and Mr. Michael Gregos, Chief Financial Officer of the company. [Operator Instructions] I must advise you that this conference is being recorded today.

At this time, I would like to read the safe harbor statement. This conference call and slide presentation of the webcast contains certain forward-looking statements within the meaning of the safe harbor provision of the Private Securities Litigation Reform Act of 1995. Investors are cautioned that such forward-looking statements involve risks and uncertainties, which may affect Dynagas LNG Partners' business prospects and results of operations. Such risks are more fully disclosed in Dynagas LNG Partners' filings with the Securities and Exchange Commission.

And now, I pass the floor to Mr. Lauritzen. Please go ahead, sir.

**Tony Lauritzen**
*CEO & Director*

Good morning, everyone, and thank you for joining us in our first quarter ended 31st March 2018 earnings conference call. I'm joined today by our CFO, Michael Gregos. We have issued a press release announcing our results for the said period. Certain non-GAAP measures will be discussed on this call. We have provided a description of those measures as well as a discussion of why we believe this information to be useful in our press release.

Turning to Slide 3. To the benefit of the partnership, with the purchase options on Clean Ocean and Clean Planet, 2 Ice Class 1A vessels owned by our sponsor was extended from March 31 through December 2018. On April 12, 2018, we announced the plan to reduce the quarterly distribution on the Partnership's common units to $0.25 from $0.4225. The reduction took effect on May 3, 2018, upon the payment of the common unit distribution with respect to the first quarter of 2018.

This decision by our Board of Directors to reduce the level of the Partnership's quarterly common unit distribution was necessary to align the Partnership's distribution level with its capacity to generate cash flow in the long term. Despite the material increase in the Partnership's estimated revenue contracted backlog over the last 2 years, we have experienced a decrease in operating cash flow and a weakened distribution coverage ratio, following our shift to longer term charters for the employment of our LNG carriers, which provide us with greater cash flow visibility, albeit at lower charter rates that provide attractive returns of capital. As the Partnership's shortened period time charter contract, at-peak charter rates have expired or are approaching expiration, we have capitalized on our managers' operational track record and the versatility of the Ice Class designated LNG carriers in our fleet to secure long-term employment contracts.

Our adjusted EBITDA for the period was reported at $26.6 million with corresponding adjusted income of $7.2 million. The Partnership reported a net income of $4.8 million and distributable cash flow was reported at $11.3 million. Quarterly cash distribution for the first quarter of 2018 of $0.25 per common unit was paid on 3rd May 2018. The partnership also paid on 14th May 2018, a cash distribution of $0.5625 for each of its Series A preferred units for the period from February 12, 2018 through 11 May 2018. Distributions on the Series A preferred units will be payable quarterly on the 12th day of February, May, August, November at an equivalent of $0.5625 per unit, provided the same is declared by the Partnership's Board of Directors. I will now turn the presentation over to Michael who'll provide you with further comments to the financial results.

**Michael Gregos**
*Chief Financial Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thank you, Tony. Moving on to Slide 4. The results for the quarter were within our expectations. We are pleased with our operating performance for the quarter with utilization of 100% and vessel-daily operating expenses of $11,741 per day. For the quarter, our average gross time charter hire on a cash bases amounted to $66,300 per day per vessel, whereas our cash breakeven, including our distributions to preferred and common unitholders amounted to about $59,000 per day.

Moving on to Slide 5. In this slide we see the progress of our distributable cash flow since we went public. This slide provides the rationale for the 41% quarterly distribution realignment to $0.25 per common unit or $1 on an annualized basis, which we announced on April 18. As you can see from Q1 2014 until Q3 2017, the orange line representing distributable cash flow was consistently higher, the blue line representing our quarterly distribution to common unitholders. And as a result, we had a distribution coverage consistently above 1.

Subsequently as Tony - as advised by Tony, our distribution coverage declined as previous legacy shorter-term contracts at peak charter rates were replaced with longer-term contracts, which were concluded at lower but still attractive rates as a consequence of both, their longer-term duration and market conditions at the time they were entered into. The distribution reduction was a necessary move in order to address the misalignment between cash generated by our fleet and the cash paid out to our common unitholders.

Moving on to Slide 6. The realigned cash contribution has minimized the impact of tapping into our existing cash balance in order to fund distribution and results in annual cash savings of $24.5 million. The aligned distribution provides for greater stability and sustainability. We do find it noteworthy that certain analysts commented that a higher distribution reduction was necessary. The board and management felt it would be unwarranted for the new distribution to be based on overly pessimistic scenarios, management does not believe in for the limited moving parts that can affect our financial performance. Ultimately, distribution policy reflects the board's and management's expectations, and is not based on scenarios, which are unlikely to materialize. The moving parts for 2018 and 2019 are how long and at what rate the Yenisei River and Lena River will be trading in the short-term market, pending the delivery into the 15-year contracts once their contracts expire in Q3 of this year.

The Yamal charges currently have wide delivery windows, which will be narrowed the closer we get to the delivery in accordance with their contracts. The aligned distribution also enhances our credit profile in view of the planned refinancing of our unsecured note, and also has improved our cash distribution yield of although not the levels we would like to see before we will consider to issue equity.

Moving on to Slide 7. For the quarter, our distributable cash flow available to common unitholders was $11.3 million and we paid $9 million in cash distributions to our common unitholders, resulting in a distribution coverage ratio of 1.08x.

For the quarter, we had a cash coverage of 1.42x, with cash coverage, representing adjusted EBITDA less interest, loan principal and preferred equity dividends divided by the actual distributions to common unitholders. This is the first time we are referring to the cash coverage ratio, which we believe is a useful metric in addition to distributable cash flow, since this is an indicator of actual operating cash flow generated.

Please note that basis the current fleet and loan profile, the cash coverage ratio will be higher than the distribution coverage ratio since annual replacement and maintenance reserve amount to $16 million, whereas annual principal payments amount to $5 million.

Some forward guidance for 2018. Our distribution coverage will be impacted by 3 dry-dockings we have to undergo in Q2, Q3 and Q4 of this year, and the short-term market exposure we will have with respect to the Yenisei River and Lena River. Specifically, the Arctic Aurora has commenced her dry dock, which is expected to be completed within this month, and is entering her new 3-year Statoil contract shortly after she completes her dry-docking.

The Yenisei River is expected to be redelivered from Gazprom end of July and will perform her 5-year special survey and dry dock immediately thereafter. Once her dry dock is completed in August, the vessel

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

will trade in the short-term market, pending her delivery to the Yamal 15-year time charter, which is expected between 1st January and 30th June 2019.

The Lena River dry dock will take place end of September upon expiry of her current Gazprom time charter. Similar to the Yenisei River, the Lena River will trade in the short-term market, pending her delivery to the Yamal 15-year time charter, which is expected between 1st July 2019 and 30th June 2020. The total dry dock cost in aggregate for the year is expected to be $10.5 million, with an aggregate of 65 off-hire days for all 3 ships. As a result, for 2018, on a steady state basis, we expect the distribution and cash coverage ratios to remain below 1, however, the Partnership has adequate liquidity to cover any short flow and fund the current distribution.

Moving on to Slide 8. In this slide, we highlight the basic economics of our dropdown candidates. We have previously stated that the 4 Arc-4 dropdowns, wholly-owned by the sponsor have debt financing attached to them, which can be transferred to the Partnership, with average annual debt service of approximately $19 million to $20 million per vessel, and the EBITDA generated from the Yamal long-term contracts is about $22 million. We have previously guided 2 dropdowns this year on the premise, that the dropdowns are accretive to both distributable cash flow and actual operating cash flow.

Currently, this is not the case on the back of our current equity distribution yield and the increase in short-term interest rates, which has increased debt service significantly for the Arc-4 dropdown fleet. With respect to these vessels, time is on our side, as all things being equal, it is better for the Partnership to wait along for the debt to amortize at the sponsor level, and for the vessels to deliver into their 15-year Yamal time charters.

As far as the 5 Arc-7 LNG carriers, which our sponsor owns 49%, 2 are delivered and are currently trading.

Moving on to Slide 9, we have a long-term profitable charter backlog which supports our capital structure. As of today, our net debt to capitalization stands at 64.5%, and we ended up the quarter at around 6.5x net debt to the last 12 months EBITDA. Our cash position for the quarter amounted to $61 million. Our next debt maturity is at $250 million senior unsecured note, which matures in October '19. We expect the refinancing of our unsecured note will take place with a similar unsecured note. The bond refinance will allow us to focus on growth and provide the catalysts, which can improve our cost of capital in order to be able to grow in a sustainable manner.

That wraps it up from my side. I pass over the presentation to Tony.

**Tony Lauritzen**
*CEO & Director*

Thank you, Michael. Let's move on to Slide 10 to summarize the Partnership's current profile. Our fleet currently counts 6 size specification and versatile LNG carriers, with an average age of about 7.8 years in an industry, where expected useful lifetime is 35 years. We have a diversified customer base with substantial energy companies, namely, Gazprom, Statoil, PetroChina and Yamal LNG, which latter is a joint venture between TOTAL, CNPC, NOVATEK and the Silk Road Fund.

Our contracted backlog is about $1.46 billion, and our average remaining charter period is about 10.2 years, which compares very well versus our peers. Our vessels have also served customers such as Shell, Qatargas, RasGas, Marubeni, Woodside, KOGAS, CPC, North West Shelf, and several other major oil and gas companies, We, therefore, have a large customer base that we are able to contract with.

Moving on to Slide 11. Our fleet of LNG carriers are largely fixed on long-term charters with strong and reputable energy companies. Drivers for our charters were the characteristics of the fleet including its Ice class notation and our organization's track record.

After employing the Clean Energy to PetroChina and extending the Arctic Aurora to Statoil, we only have limited availability going forward in 2018 and onwards. We are 85% contracted in 2018, 92% in 2019, and 100% in 2020, assuming that the Yenisei and Lena River will enter their long-term charters at the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

earliest date in their delivery windows. We are now pursuing opportunities for the availability that we have in 2018, given that, we believe the market is on an improving trend.

Let's move to Slide 12. Our sponsor, Dynagas Holding, owns a fleet of 9 LNG carriers, which are all on long-term contracts. 4 of those LNG carriers are Arc-4 type. Of those 4 carriers, the Clean Ocean is chartered to Cheniere until 2020, and will thereafter deliver to Yamal LNG for 15-year charter. The 3 sister vessels, Clean Planet, Clean Horizon and Clean Vision, are currently employed in the Cool Pool, a pool equally owned by Dynagas, GasLog and Golar, which is the world's largest provider of short-term tonnage.

From first half of 2019, these 3 vessels will deliver to Yamal LNG for a minimum 15 years employment each. Their original delivery window was full calendar 2019, and Yamal has narrowed down the window to the earliest possible date.

The remaining 5 energy carriers are Arc-7 type, and are 49% owned by our sponsor, and 25.5% each by Sinotrans and China LNG Shipping, 2 state-owned Chinese entities. 2 of these vessels have been delivered from the yard and into their contract, and the other 3 vessels are under construction in Korea. All of the vessels are charted to Yamal LNG for between 26- and 28-year contracts each. All vessels on the water and in the order book are fully financed and funded. The 9 vessels have contracts in place amounting to a multibillion-dollar contract backlog. These optional vessels are dropdown candidates to the Partnership.

Let's move to Slide 13. We have a unique fleet. 5 out of the 6 vessels in our fleet have Ice Class 1A notation. The fleet can handle conventional LNG shipping as well as operate icebound and subzero areas. This means that we are able to, and have been successful in, pursuing business opportunities in 2 different markets, namely conventional shipping and the unique market for icebound trade. The initial capital expenditure for an Ice Class vessel is somewhat more expensive than conventional carriers, however, the operating costs between our Ice Class type carriers and conventional carriers are very similar.

The company, together with our sponsor, has the market share of 75% for vessels with Arc-4 or equivalent Ice Class notation. There are only 3 other LNG carriers in the world with the equivalent notation, which to our knowledge are charted out on long-term. We view the ability to trading us in icebound areas as an important advantage due to the current and ongoing construction of LNG production terminals within icebound areas and, in particular, the Northern Sea Route.

Yamal LNG has recently commenced production. We also expect further projects to be developed in that region. We view the ability to perform niche operations as an important driver in securing attractive long-term charters going forward.

Further to that, our fleet is optimized for terminal compatibility, which is of significant importance in a market that is changing from a fixed route trade to worldwide trade, and the fleet consists of groups of sister vessels that provides for overall relative better economics and efficiencies.

Moving on to Slide 15. In summary, we are experiencing substantial growth of LNG production from new projects, primarily in U.S., Russia, and Australia. The world LNG carrier fleet appears too small to carry those additional volumes in the long term, and there are too many small and old-technology vessels. There appears to be sufficient demand for the new LNG from existing and new importers, with floating regasification projects, accelerating demand.

The LNG shipping market is maturing with increased fixture activity, increasing LNG production and a growing LNG carrier fleet. The current LNG world fleet and the order book, including FSRUs and FSUs, totals about 598 vessels. The order book counting 101 vessels is about 20% of the world fleet. Although 50% of the world fleet is steam-driven, as much as 30% of the world fleet is below 140,000 cubic meters and aged. We expect that most of these undersized and aged vessels of[Audio Gap] the market and be replaced with larger and younger tonnage in the long term. 71% of the order book has been committed for employment, however, we have seen some speculative ordering activity lately that has added to the order book.

According to the order book, most new builds will be delivered during 2018 and 2019 which is also a period we expect increase in additional LNG production. There are only very few yards in the world that

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

have the experience and capability to build such vessels and if one were to order today, our guess is that yards will be able to offer tonnage for delivering second or third quarter of 2020 at the earliest.

Moving on to slide 16. We are now in a period with strong growth in LNG production. LNG production grew by 22% during the last 5 years, and is estimated to grow by 20% within the next 3 years and 42% within 2022. We expect to see imminent production increases from Australia, U.S., and Russia. It is likely that the Far East will remain the largest buyers going forward, in particular, with growing imports to China, driven by coal-to-gas switch. We also believe that we will continue to see the emergence of new niche markets in areas such as South Asia, Africa, Middle East, South America, where we believe large volumes will be imported by FSRUs. We believe that there are sufficient buyers for this new LNG to be absorbed. The majority of new LNG export volumes have sale agreements or offtake agreements in place, and we believe that existing import markets will continue to increasingly rely on LNG as a price-competitive and clean energy resource.

Moving on to Slide 17. In the first quarter of 2018, LNG production was up 11% compared to first quarter of 2017. As expected, in particular, Australia and the U.S. have been the largest incremental producers so far. The trend is expected to continue with existing projects, such as Gorgon, PFLNG, Wheatstone, Sabine Pass, and Yamal LNG, ramping up capacity, and new projects such as Cove Point, Yamal LNG Train 2, Cameron, Elba, Wheatstone Train 2, Ichthys and Prelude being added.

In March 2017, the industry saw the first cargo being produced by a floating LNG terminal, namely the PFLNG Satsu, and in May 2018 we saw Golar's FLNG Hili producing first cargo, giving confidence to the FLNG technology.

Let's move to Slide 18. The Far East is still the largest consumer of LNG and demand is growing. The Far East demand is fueled by recovery in Japan and Korea, and China's push to replace coal with gas for power generation. The largest incremental importers of LNG in Q1 2018 came from the Far East, led by China, Japan, and South Korea. While Japan and Korea have long been relying on LNG as an energy resource, China completed its first LNG import terminal in 2008, and today, have 13 completed terminals and 10 under construction.

Growth in Chinese LNG imports have averaged 17% per annum in the 5 last years, and China is now the second largest importer of LNG behind Japan, and we expect the need for LNG into China to continue to grow going forward.

Let's move to Slide 19. With the U.S. projected to become one of the world's largest exporters of LNG, it is important to monitor where those volumes are being shipped so far. And based on shipping volumes in 2017, 9% of the volumes went to South America, 24% to Central America, including Caribs, 16% to Europe, including Turkey, 37% to the Far East, 11% to the Middle East and 3% to India and Pakistan. Analysis indicates that Sabine Pass requires about 1.76 vessels for every 1 million tonne produced in 2017.

At full production, we expect Sabine Pass to produce 27 million tonnes per annum over 6 Trains. This means that one would require about 47 vessels fully utilized per annum to serve this terminal alone.

If we conservatively estimate that the U.S. export will produce about 69 million tonnes of LNG per annum within 2021, U.S. volumes may require about 121 vessels alone. That is about 24% of the current world fleet.

Let's move to Slide 20. When we analyze LNG export volumes from the United States during first Q 2018, we have seen a major shift from 2017. Driven by winter demand, 63% of all U.S. volumes went to the Far East, with Korea and China being the largest buyers. Analysis of shipping for first quarter 2018 suggests that 2 vessels are required [Audio Gap] produced for every 1 million tonne produced from Sabine Pass on an annualized basis.

Let's move to slide 21. In the year 2000, 2% of all LNG was sold spots. In 2015, after years of substantial international investments in LNG infrastructure, this number had increased to 37%. We see a steady increase in the spot and short-term fixtures. In 2016 and 2017, spot fixtures accounted for 89% and 91%,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

respectively. Going forward, it is assumed that the spot shipping market will be substantial and therefore, we believe that niche operators, in general, will be better suited to conclude long term deals.

Moving to Slide 22. So in summary, when we compare LNG supply to LNG shipping capacity available from now and forward, we remain confident that the market outlook for shipping looks favorable. FNLG production set at about 40% within 2022 is estimated to outpace increase in LNG shipping capacity of -- set at 20% within the same period. A large portion of new LNG will be delivered already within 2019, meaning, we should expect the period ramping up to that point and subsequent years to result in an improved and increasingly healthy shipping market. We are a pure-play LNG shipping company that offers long-term visible cash flows, generated by fixed rate contracts, in which charterers has to pay whether they use the vessels or not. Additionally, the Partnership's fleet is largely Ice classed and winterized, enabling the flexibility to pursue the best of 2 different markets, which is proven to be a strong advantage so far in securing long-term charters.
We have now reached the end of the presentation, and I now open the floor for questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And your first question comes from the line of Randy Giveans at Jefferies.

**Randall Giveans**
*Jefferies LLC, Research Division*

So now that the distribution is more aligned with distributable cash flow, do you feel like this current level is pretty easily sustainable in the coming quarters and years? And then more importantly, do you expect to be able to increase the distribution back to that minimum quarterly distribution of $0.365 after the Yenisei and Lena River charters with Yamal commence next year?

**Michael Gregos**
*Chief Financial Officer*

Yes, definitely, what we wanted to achieve was this alignment, and for the foreseeable future, this distribution, as I mentioned before, is sustainable based on the expectation that we have on the market. There are some moving parts, as I mentioned, which are the Lena River and the Yenisei River, and how long they're going to be in the spot market and what they'll make. But under a reasonable scenarios, yes, definitely this distribution is sustainable. Now I think it's a bit too early to discuss distribution increases at this particular stage. Our focus is more on sustaining the current distribution and refinancing our unsecured note.

**Randall Giveans**
*Jefferies LLC, Research Division*

Okay, that's fair. And then you mentioned the delivery windows for the Yenisei and Lena River, what determines when those vessels actually get delivered that kind of a decision you make? Or is that's Yamal's decision? How does that work?

**Tony Lauritzen**
*CEO & Director*

Well, it's a decision that the charterer make, and it's pretty normal to have a narrowing down window, given new project. So basically, the way that it works is that some time in advance, we receive a notice which is narrowing down the window. So it's difficult to say exactly what Yamal will do going forward, but what we have seen so far with the Yenisei River is that they have narrowed down the window to the earliest possible dates so far. So whereas the original window was the full calendar 2019 for the Yenisei, it is now first half of 2019.

**Randall Giveans**
*Jefferies LLC, Research Division*

Okay, excellent. Then just last one for me. When do you expect to refinance that $250 million senior unsecured note? Would that be a 2018 event? Or waiting till the first half of 2019? Or it's due not until October of '19?

**Michael Gregos**
*Chief Financial Officer*

We believe it's going to be a 2018 event.

**Operator**

Your next question comes from the line of Fotis Giannakoulis at Morgan Stanley.

**Fotis Giannakoulis**
*Morgan Stanley, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I want to follow up about the concern that some of the analysts have raised about the distributable cash flow during this period until the Yamal charters begin. Is there a way that you can give us that this distribution of $0.25 per quarter can be at risk below a certain level? What is the breakeven point that might put -- for these 2 vessels, that might put your current distribution at any risk, if any?

**Michael Gregos**
*Chief Financial Officer*

Well, that's a good question, Fotis. When we make a decision on the distribution, you don't base it on overly optimistic or overly pessimistic scenarios. We all know where the market is, we all know what expectations are for the market. So all I can say is that it's based on expectations which are reasonable. We're not counting on extreme events in either case.

**Fotis Giannakoulis**
*Morgan Stanley, Research Division*

Is there a way that you can tell us what could be an extreme event that would force you to reduce this distribution, based on the development of the spot charter rate environment for FDE vessels?

**Michael Gregos**
*Chief Financial Officer*

No, there wasn't -- I can't tell you. There's no specific number I can tell you, because it's not just what will spot rates be. It's various other parameters also. But I think what you're trying to say is, give me a number. So it's not so simple. All I can say is that if we experience, let's say, extreme scenarios, which were not -- we don't believe are going to happen, then that's something to be discussed. So that's more of a longer-term discussion, it's not a near-term discussion.

**Fotis Giannakoulis**
*Morgan Stanley, Research Division*

Okay, I understood. And in your model, in your base case -- the second concern that some of the bears are raising is the refinancing of the secured note. How do you envision this refinancing? What kind of terms do you think will be available in the market? Is it going to be a similar bond that you plan to issue? Or there are other sort of some form of capital?

**Michael Gregos**
*Chief Financial Officer*

It's going to be a similar bond to the one that we already have. So another unsecured bond is most likely going to be used to refinance the unsecured note within this year.

**Fotis Giannakoulis**
*Morgan Stanley, Research Division*

Okay, perfect. And can you -- moving a little bit on the dropdown, the potential dropdowns, you have a very long pipeline of vessels with long-term charters. The question is how you think that you can finance this dropdowns given underperformance of the stock? Are there any thoughts about alternatives that we can facilitate such dropdowns? And what would be the potential timing of such an event?

**Michael Gregos**
*Chief Financial Officer*

Fortis, that's another good question. As I said, we're going to focus on refinancing our unsecured notes. As you said, there are quite a few analysts who raised this as an issue. And once that is done, we'll be able to focus on growing the company and dropping down and hopefully the refinancing will reduce our cost of capital, so we will be able to consider dropping down vessels. So it's is not -- dropping down is not [Audio Gap] priority. It's the refinancing of the notes.

**Fotis Giannakoulis**
*Morgan Stanley, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay, perfect. And Tony, I want to move a little bit on the market developments. Oil has increased significantly since last time we spoke. I'm wondering whether you're seeing more activity on -- from the customer side, from the buyer side to sign volumes -- to sign SPAs, long-term SPAs. And if you see any momentum on signing SPAs on oil -- on Henry Hub linked volume, on U.S. gas linked volume?

**Tony Lauritzen**
*CEO & Director*

Thank you Fotis, maybe I can answer that question indirectly, because we don't sell the gas, right? So when it comes to the actual underlying SPAs, we're not the first call for that. But what we do see is that -- I mean, back to the presentation, we said that in 2017, we saw about 30% of all U.S. volumes going to the Far East. In Q1 and the earlier part of Q1 for covering the winter market, we saw actually more than 60% of the U.S. volumes going to the Far East. So it's a tremendous shift. So we believe that now, with the oil price where it is now, it creates a very good opportunity for sales into the Far East, at good prices. And we are really seeing a flurry of shorter-term charters, so 6 to 12 months, starting from relatively prompt up to the back end of this year to cover this -- the winter period and quite some time into 2019. So right now, starting from, let's say, 10 days ago, 2 weeks ago-or-so, there was a lot of activity in the market.

**Fotis Giannakoulis**
*Morgan Stanley, Research Division*

I want to ask you about the way that the shipping market is developing, given the fact that we have seen significant growth of LNG -- on the global LNG market, but this growth primarily is coming in the last few months. It grows in the spot volume, which I assume that it also has an impact on the availability of long-term contracts for ships. If volume is sold spot, I would assume that also ships are being chartered in the spot market. Is there any shift in this market that you will have eventually in the next few years to charter your vessels only under short-term contracts? And I'm not talking about this specialized project, like the Yamal project that it require vessels -- Ice class vessels. I'm talking about the majority of the projects. And then how would that affect the required rate of return when you do projects? And if you can give me an idea, what would be the rate that you would need to get in order to make an acquisition?

**Tony Lauritzen**
*CEO & Director*

So well, to start with your first question, yes, there is a transition from longer-term charters to shorter-term charters that are going, let's say, in the same path as the development of the LNG spot market. So today, I think that the LNG spot market -- the amounts of spot sales versus long-term sales are much larger than the spot shipping market. I mean, what we see is that a lot of big portfolio players, they're very active in the commodity, in the spot market of the commodity, but they use their shipping portfolio to trade around this. But that being said, yes, there is dependency towards shorter-term charters, just in general. If we put this into big picture, then of course, if we go back 2 decades, you would have all this 20- 30-year deals, and these are not so common anymore. Now you see deals for new bills being between 5 and 10 years and sometimes, occasionally, beyond that. So that is why we believe that it is important to offer something that is beyond just the conventional shipping, which is what we do. We offer this to trade in icebound and harsh environments. And we believe that it is prudent going forward to offer something that your peers cannot offer. And to be honest, we haven't taken a view on what would be the required return for acquiring vessels that would be on the short-term market. I mean, for example, we wouldn't do that. The MLP, the Partnership wouldn't engage at this time in vessels that would not have long-term cash-producing contracts on them. We would rather look to find assets that are more, in general, in the infrastructure asset environment. And it doesn't necessarily have to be a pure LNG carrier, and try to find opportunities down that path.

**Operator**

There are no further questions at this time. Please continue.

**Tony Lauritzen**
*CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Well, we would like to thank you for your time for today, and we look forward to speaking to you on our next call. Thank you very much.

**Operator**

That does conclude the conference for today. Thank you for participating. You may all disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.