| | | |
|---|---|---|
| **ENTWISTLE & CAPPUCCI LLP** <br> 230 PARK AVENUE, 3rd FLOOR <br> NEW YORK, NEW YORK 10169 <br> TELEPHONE: (212) 894-7200 <br> FACSIMILE: (212) 894-7272 | **WILMER CUTLER PICKERING HALE AND DORR LLP** <br> 7 WORLD TRADE CENTER <br> 250 GREENWICH STREET <br> NEW YORK, NY 10007 <br> TEL: (212) 230-8800 <br> FAX: (212) 230-8888 | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** <br> FOUR TIMES SQUARE <br> NEW YORK, NY 10036 <br> TEL: (212) 735-3000 <br> FAX: (212) 735-2000 |

May 12, 2021

**Via Electronic Court Filing**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> Re:   *In Re Dynagas LNG Partners LP Securities Litigation* **No. 19-cv-04512 (AJN) (S.D.N.Y.)**

Dear Judge Nathan:

As we advised the Court by letter dated April 8, 2021, the parties have reached an agreement in principle to settle all claims in this action on a class-wide basis, subject to the Court's approval under Fed. R. Civ. P. 23(e). We write to update the Court in that regard. The parties are working diligently to reduce their agreement to writing, having exchanged multiple drafts and discussed the matter telephonically multiple times over the past four weeks. The process has taken longer than expected because of the number of parties and the complexity of the issues involved. The parties now expect to enter a formal stipulation of settlement by May 21, 2021.

Respectfully Submitted,

/s/ *Andrew J. Entwistle*
Andrew J. Entwistle
*Attorney for Plaintiffs*

/s/ *Michael G. Bongiorno*
Michael G. Bongiorno (by consent)
*Attorney for the Dynagas Defendants*

/s/ *Scott D. Musoff*
Scott D. Musoff (by consent)
*Attorney for the Underwriter Defendants*

cc: All counsel of record via ECF