**ENTWISTLE & CAPPUCCI LLP**
230 PARK AVENUE, 3rd FLOOR
NEW YORK, NEW YORK 10169
TELEPHONE: (212) 894-7200
FACSIMILE: (212) 894-7272

**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 WORLD TRADE CENTER
250 GREENWICH STREET
NEW YORK, NY 10007
TEL: (212) 230-8800
FAX: (212) 230-8888

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
FOUR TIMES SQUARE
NEW YORK, NY 10036
TEL: (212) 735-3000
FAX: (212) 735-2000

May 12, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/13/2021

The parties are hereby ORDERED to file a status update by May 21, 2021 if they have not yet submitted a stipulation of settlement or the anticipated Rule 23(e)(1) motion by that date.
SO ORDERED.

5/13/2021

**Via Electronic Court Filing**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Re: *In Re Dynagas LNG Partners LP Securities Litigation* No. 19-cv-04512 (AJN) (S.D.N.Y.)**

Dear Judge Nathan:

As we advised the Court by letter dated April 8, 2021, the parties have reached an agreement in principle to settle all claims in this action on a class-wide basis, subject to the Court's approval under Fed. R. Civ. P. 23(e). We write to update the Court in that regard. The parties are working diligently to reduce their agreement to writing, having exchanged multiple drafts and discussed the matter telephonically multiple times over the past four weeks. The process has taken longer than expected because of the number of parties and the complexity of the issues involved. The parties now expect to enter a formal stipulation of settlement by May 21, 2021.

Respectfully Submitted,

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle
*Attorney for Plaintiffs*

*/s/ Michael G. Bongiorno*
Michael G. Bongiorno (by consent)
*Attorney for the Dynagas Defendants*

*/s/ Scott D. Musoff*
Scott D. Musoff (by consent)
*Attorney for the Underwriter Defendants*

cc: All counsel of record via ECF