# EXHIBIT C

**Dynagas LNG Partners LP Securities Litigation**
**Summary of Simplified Tiered Damages**

| Security | ----------- Estimated Damages ----------- | | |
| --- | --- | --- | --- |
| | Tiered Section 10(b) | Statutory Section 11 | Maximum |
| Common Units | $ 16,848,156 | | $ 16,848,156 |
| Commn Stock Unit Options | $ 292,858 | | $ 292,858 |
| Series A Fixed to Floating Rate Cumulative Redeemable Perpetual Preferred Units | $ 2,275,801 | | $ 2,275,801 |
| Series B Fixed to Floating Rate Cumulative Redeemable Perpetual Preferred Units | $ 5,945,233 | $ 13,381,696 | $ 13,381,696 |
| 6.25% Senior Unsecured Notes Matured October 2019 | $ 1,050,994 | | $ 1,050,994 |
| Total Maximum Simplified Tiered Damages | | | $ 33,849,506 |
| Settlement | | | $ 4,500,000 |
| Settlement as % of Simplified Tiered Damages | | | 13.3% |

Section 10(b) Claim Tiers include alleged disclosure date residual price declines occurring on 11/16/2018, 01/28/2019 and 03/22/2019

Section 11 Damages per statutory instruction:
  The suit authorized under subsection (a) may be to recover such damages as shall
  represent the difference between the amount paid for the security (not exceeding the price
  at which the security was offered to the public) and (1) the value thereof as of the time
  such suit was brought, or (2) the price at which such security shall have been disposed of in
  the market before suit, or (3) the price at which such security shall have been disposed of
  after suit but before judgment if such damages shall be less than the damages representing
  the difference between the amount paid for the security (not exceeding the price at which
  the security was offered to the public) and the value thereof as of the time such suit was
  brought.

Section 10(b) Damages shown for Preferred B for illustrative purposes only; S11 Statutory Damages will be higher than Tiered 10(b) Damages for most Class members
Damages from common units acquired through exercise of call option or assignment of put option are included in Tiered 10(b) common unit damages