**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE DYNAGAS LNG PARTNERS LP SECURITIES LITIGATION | No. 1:19-cv-04512 (AJN) |

**DECLARATION OF JEREMY T. ADLER REGARDING COMPLIANCE WITH THE CLASS ACTION FAIRNESS ACT OF 2005, 28 U.S.C. § 1715(b)**

I, Jeremy T. Adler, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.     I am Counsel at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, and I am counsel to Defendants Dynagas LNG Partners LP, Dynagas GP, LLC, Dynagas Holding Ltd., George J. Prokopiou, Tony Lauritzen, Michael Gregos, Evangelos Vlahoulis, Alexios Rodopoulos, and Levon A. Dedegian in the above-captioned action.

2.     Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendants mailed notice of the settlement agreement in the above-captioned action (the "Notice") to appropriate federal and state officials, including the United States Attorney General and the Attorneys General of all states.  The mailing occurred on May 28, 2021, "[n]ot later than 10 days after [the] proposed settlement" was filed with this Court.  *See id.*  The proposed settlement was filed with this Court on May 21, 2021.  (Docket No. 135)  The Notice contained the documents and information required by 28 U.S.C. § 1715(b)(1)-(8) to the extent known as of the date of mailing.

3.     A true and accurate copy of the Notice (without enclosures) is attached hereto as Exhibit A.

4.      I declare under penalty of perjury that the foregoing is true and correct, based upon my knowledge, information, and belief.

Dated:  September 15, 2021                    /s/ Jeremy T. Adler
                                              Jeremy T. Adler