# EXHIBIT A

WILMERHALE

**Michael G. Bongiorno**

+1 212 937 7220 (t)
+1 212 230 8888 (f)
michael.bongiorno@wilmerhale.com

May 28, 2021

**VIA OVERNIGHT DELIVERY**

The United States Attorney General and
All State and Territory Attorneys General
Identified on the Attached Service List

**Re:  Notice Under the Class Action Fairness Act Concerning Settlement of Litigation: *In re Dynagas Partners LP Sec. Litig.*, United States District Court for the Southern District of New York, Civil Action No. 1:19-cv-04512-AJN**

Dear Sir or Madam:

We represent Defendants Dynagas LNG Partners LP, Dynagas GP, LLC, Dynagas Holding Ltd., George J. Prokopiou, Tony Lauritzen, Michael Gregos, Evangelos Vlahoulis, Alexios Rodopoulos, and Levon A. Dedegian (the "Dynagas Defendants") in the above-referenced matter (the "Action").  We write on behalf of the Dynagas Defendants, as well as Defendants UBS Securities LLC, Morgan Stanley & Co. LLC, Stifel Nicolaus & Company, Incorporated, and B. Riley FBR, Inc. (the "Underwriter Defendants," together with the Dynagas Defendants, "Defendants") to notify you of the proposed settlement in the Action pursuant to the procedures specified in the Class Action Fairness Act of 2005, 28 U.S.C. § 1715(b).  The Underwriter Defendants are represented by Skadden, Arps, Slate, Meagher & Flom LLP.

Please find enclosed a CD containing the following documents in ".pdf" format as required by the Class Action Fairness Act:

1.   The original Class Action Complaint for Violations of the Federal Securities Laws, filed May 16, 2019;

2.   The Amended Class Action Complaint for Violations of the Federal Securities Laws, filed September 26, 2019;

3.   The Stipulation and Agreement of Settlement (including proposed forms of notice, preliminary order, and claim), filed May 21, 2021;

4.   Plaintiffs' Notice of Motion for Preliminary Approval of Settlement, Approval of Form of Class Notice, and Hearing Date for Final Approval of Settlement, filed May 21, 2021; and

5.   The Confidential Supplemental Agreement, as described in ¶ 37 of the Stipulation and Agreement of Settlement.

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Palo Alto   San Francisco   Washington

WILMERHALE

May 28, 2021
Page 2

Items 1-4 referenced above, as well as all other filings in the Action, may be accessed online via the Federal Public Access to Court Electronic Records ("PACER") system, available at http://www.pacer.gov/.

As of the date of mailing, the District Court has not yet set a date for a hearing on Plaintiffs' motion for preliminary approval of settlement or a date for a final approval hearing, and has not issued a final judgment or notice of dismissal concerning the proposed settlement or the Action. Additionally, as of the date of mailing, no written judicial opinions have been issued relating to the foregoing settlement materials or the materials described in 28 U.S.C. § 1715(b)(3)-(6).

At this time, Defendants do not know and cannot feasibly determine the names of the class members residing in each state, and therefore cannot feasibly estimate the proportionate share of the claims of such members to the entire settlement pursuant to 28 U.S.C. § 1715(b)(7)(A) and (B). The names and state residences of the class members in the Action will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement.

The foregoing information is provided based on information currently available to Defendants and their counsel, and the status of the proceedings at the time of the submission of this notification.

Should you have any questions regarding this notice, the Action, or any of the enclosed documents, please feel free to contact counsel for the Dynagas Defendants directly:

> Michael G. Bongiorno, Esq.
> Wilmer Cutler Pickering Hale and Dorr LLP
> 7 World Trade Center, 250 Greenwich Street
> New York, NY 10007
> E-mail: michael.bongiorno@wilmerhale.com
> Tel.: (212) 526-6145

Sincerely,

*/s/ Michael G. Bongiorno*

Michael G. Bongiorno

Enclosures

WILMERHALE

May 28, 2021
Page 3

cc:    Counsel for Plaintiffs (by email w/o enclosures)
       Counsel for Underwriter Defendants (by email w/o enclosures)

**S**ERVICE **L**IST

| U.S. ATTORNEY GENERAL |
|---|
| Hon. Merrick B. Garland<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC  20530-0001 |

| ATTORNEYS' GENERAL OFFICES | |
|---|---|
| **Alabama**<br>Hon. Steve Marshall<br>Office of the Attorney General<br>501 Washington Ave.<br>Montgomery, AL 36104 | **Alaska**<br>Hon. Treg R. Taylor<br>Office of the Attorney General<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501 |
| **Arizona**<br>Hon. Mark Brnovich<br>Office of the Attorney General<br>2005 N. Central Ave.<br>Phoenix, AZ 85004-2926 | **Arkansas**<br>Hon. Leslie Rutledge<br>Office of the Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR 72201 |
| **California**<br>CAFA Coordinator<br>Office of the Attorney General<br>Consumer Protection Section<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102 | **Colorado**<br>Hon. Phil Weiser<br>Office of the Attorney General<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| **Connecticut**<br>Hon. William Tong<br>Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106 | **Delaware**<br>Hon. Kathy Jennings<br>Delaware Department of Justice<br>Carvel State Office Building<br>820 N. French St.<br>Wilmington, DE 19801 |
| **District of Columbia**<br>Hon. Karl A. Racine<br>Office of the Attorney General<br>400 6th Street NW<br>Washington, DC 20001 | **Florida**<br>Hon. Ashley Moody<br>Office of the Attorney General<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050 |

| ATTORNEYS' GENERAL OFFICES | |
|---|---|
| **Georgia**<br>Hon. Christopher M. Carr<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334 | **Hawaii**<br>Hon. Clare E. Connors<br>Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 |
| **Idaho**<br>Hon. Lawrence G. Wasden<br>Office of the Attorney General<br>700 W. Jefferson Street, Suite 210<br>Boise, ID 83720-0010 | **Illinois**<br>Hon. Kwame Raoul<br>Office of the Attorney General<br>100 West Randolph Street<br>Chicago, IL 60601 |
| **Indiana**<br>Hon. Todd Rokita<br>Office of the Attorney General<br>Indiana Government Center South<br>302 West Washington St., 5th Floor<br>Indianapolis, IN 46204 | **Iowa**<br>Hon. Thomas J. Miller<br>Office of the Attorney General<br>Hoover State Office Building<br>1305 East Walnut Street<br>Des Moines, IA 50319 |
| **Kansas**<br>Hon. Derek Schmidt<br>Office of the Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612 | **Kentucky**<br>Hon. Daniel Cameron<br>Office of the Attorney General<br>700 Capitol Avenue, Suite 118<br>Frankfort, Kentucky 40601-3449 |
| **Louisiana**<br>Hon. Jeff Landry<br>Office of the Attorney General<br>1885 North Third Street<br>Baton Rouge, LA 70802 | **Maine**<br>Hon. Aaron Frey<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333 |
| **Maryland**<br>Hon. Brian E. Frosh<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202 | **Massachusetts**<br>Office of Massachusetts Attorney General Maura Healey<br>ATTN: CAFA Coordinator/General Counsel's Office<br>One Ashburton Place, 20th Floor<br>Boston, MA 02108 |
| **Michigan**<br>Hon. Dana Nessel<br>Office of the Attorney General<br>G. Mennen Williams Building, 7th Floor<br>525 West Ottawa Street<br>Lansing, MI 48909 | **Minnesota**<br>Hon. Keith Ellison<br>Office of the Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101-2131 |

| ATTORNEYS' GENERAL OFFICES | |
|---|---|
| **Mississippi**<br>Hon. Lynn Fitch<br>Office of the Attorney General<br>Walter Sillers Building<br>550 High Street, Suite 1200<br>Jackson, MS 39201 | **Missouri**<br>Hon. Eric Schmitt<br>Office of the Attorney General<br>Supreme Court Building<br>207 West High Street<br>Jefferson City, MO 65102 |
| **Montana**<br>Hon. Austin Knudsen<br>Office of the Attorney General<br>Justice Building, Third Floor<br>215 North Sanders<br>Helena, MT 59601 | **Nebraska**<br>Hon. Doug Peterson<br>Office of the Attorney General<br>2115 State Capitol<br>Lincoln, NE 68509 |
| **Nevada**<br>Hon. Aaron D. Ford<br>Office of the Attorney General<br>100 North Carson Street<br>Carson City, NV 89701-4717 | **New Hampshire**<br>Hon. John Formella<br>Office of the Attorney General<br>New Hampshire Department of Justice<br>33 Capitol Street<br>Concord, NH 03301 |
| **New Jersey**<br>Hon. Gurbir S. Grewal<br>Office of the Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street, Box 080<br>Trenton, NJ 08625-0080 | **New Mexico**<br>Hon. Hector Balderas<br>Office of the Attorney General<br>408 Galisteo Street<br>Villagra Building<br>Santa Fe, NM 87501 |
| **New York**<br>CAFA Coordinator<br>Office of the Attorney General<br>28 Liberty Street, 15th Floor<br>New York, NY 10005 | **North Carolina**<br>Hon. Josh Stein<br>Attorney General's Office<br>North Carolina Department of Justice<br>114 West Edenton Street<br>Raleigh, NC 27603 |
| **North Dakota**<br>Hon. Wayne Stenehjem<br>Office of the Attorney General<br>600 E. Boulevard Ave., Dept. 125<br>Bismarck, ND 58505 | **Ohio**<br>Hon. Dave Yost<br>Office of the Attorney General<br>State Office Tower<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 |
| **Oklahoma**<br>Hon. Mike Hunter<br>Office of the Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 | **Oregon**<br>Hon. Ellen F. Rosenblum<br>Office of the Attorney General<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096 |

| ATTORNEYS' GENERAL OFFICES | |
|---|---|
| **Pennsylvania**<br>Hon. Josh Shapiro<br>Office of the Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 | **Puerto Rico**<br>Hon. Ines Carrau Martinez<br>Departamento de Justicia, Oficina de la Secretaria<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 |
| **Rhode Island**<br>Hon. Peter F. Neronha<br>Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903 | **South Carolina**<br>Hon. Alan Wilson<br>Office of the Attorney General<br>P.O. Box 11549<br>Columbia, S.C. 29211 |
| **South Dakota**<br>Hon. Jason Ravnsborg<br>Office of the Attorney General<br>1302 East Highway 14, Suite 1<br>Pierre, SD 57501-8501 | **Tennessee**<br>Hon. Herbert H. Slatery III<br>Attorney General of the State of Tennessee<br>Office of the Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |
| **Texas**<br>Hon. Ken Paxton<br>Office of the Attorney General<br>300 W. 15th Street<br>Austin, TX 78701 | **Utah**<br>Hon. Sean D. Reyes<br>Office of the Attorney General<br>Utah State Capitol Complex<br>350 North State Street, Suite 230<br>Salt Lake City, UT 84114-2320 |
| **Vermont**<br>Hon. T.J. Donovan<br>Vermont Attorney General's Office<br>109 State Street<br>Montpelier, VT 05609 | **Virginia**<br>Hon. Mark R. Herring<br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219 |
| **Washington**<br>Hon. Bob Ferguson<br>Office of the Attorney General<br>1125 Washington Street SE<br>Olympia, WA 98504-0100 | **West Virginia**<br>Hon. Patrick Morrisey<br>Office of the Attorney General<br>State Capitol Complex, Bldg. 1, Room E-26<br>Charleston, WV 25305 |
| **Wisconsin**<br>Department of Justice<br>ATTN: Service of Process<br>P.O. Box 7857<br>Madison, WI 53707-7857 | **Wyoming**<br>Hon. Bridget Hill<br>Office of the Attorney General<br>Civil Division<br>Pioneer Building, 3rd Floor<br>2424 Pioneer Avenue<br>Cheyenne, WY 82002 |

| ATTORNEYS' GENERAL OFFICES | |
|---|---|
| **American Samoa**<br>Hon. Fainu'ulelei Alailima-Utu<br>Attorney General of American Samoa<br>Executive Office Building, 3rd Floor<br>Pago Pago, American Samoa 96799 | **Guam**<br>Hon. Leevin T. Camacho<br>Office of the Attorney General of Guam<br>Administration Division<br>590 S. Marine Corps Drive, Suite 901<br>Tamuning, Guam 96913 |
| **Northern Mariana Islands**<br>Hon. Edwards Manibusan<br>Office of the Attorney General<br>Commonwealth of the Northern Mariana Islands<br>P.O. Box 10007<br>Saipan, MP 96950 | **Virgin Islands**<br>Hon. Denise N. George<br>Office of the Attorney General<br>3438 Kronprindsens Gade<br>GERS Building, 2nd Floor<br>St. Thomas, Virgin Islands 00802 |