UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE DYNAGAS LNG PARTNERS LP SECURITIES LITIGATION | No. 19-cv-04512 (AJN) |

NOTICE OF LEAD COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES AND AWARDS PURSUANT TO 15 U.S.C. §78u-4(a)(4)

PLEASE TAKE NOTICE, that Court-appointed Lead Counsel Entwistle & Cappucci LLP respectfully moves the Court before the Hon. Alison J. Nathan, United States District Judge, Southern District of New York, at the at the Thurgood Marshall United States Courthouse, 40 Center Street, New York, New York 10007, for an Order pursuant to Rules 23(h) and 54(d) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act, 15 U.S.C. §78u-4(a)(4): (A) awarding attorneys' fees in the amount of $1,125,000 (25% of the Settlement Amount); (B) reimbursing litigation expenses in the amount of $91,820.88; and (C) approving awards pursuant to 15 U.S.C. §78u-4(a)(4) to Lead Plaintiffs FNY Partners Fund LP, Mario Epelbaum, and Scott Dunlop, and additional named plaintiff, Irving Braun, in the amounts of $2,500 each ($10,000 in aggregate).

PLEASE TAKE FURTHER NOTICE, that in support of its motion, Lead Counsel will rely upon:

(A) The accompanying Memorandum of Law in Support of Lead Counsel's Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses and Awards Pursuant to 15 U.S.C. §78u-4(a)(4); and

(B) the accompanying Declaration of Andrew J. Entwistle in Support of (i) Plaintiffs' Final Approval Motion and (ii) Lead Counsel's Motion for an Award of Attorneys' Fees,

Reimbursement of Litigation Expenses and Awards Pursuant to 15 U.S.C. §78u-4(a)(4), together with the exhibits thereto.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Court's Order Granting Preliminary Approval of Settlement dated June 10, 2021 (ECF 142), the Final Approval Hearing is scheduled to be held before the Court on November 5, 2021, at 10:00 AM, in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

A proposed Order is attached hereto as Exhibit 1 and is being contemporaneously transmitted to chambers in editable format via email.

DATED:  October 1, 2021                            Respectfully Submitted,

                                                   /s/ Andrew J. Entwistle
                                                   Andrew J. Entwistle
                                                   **ENTWISTLE & CAPPUCCI LLP**
                                                   Frost Bank Tower
                                                   401 Congress Avenue, Suite 1170
                                                   Austin, Texas 78701
                                                   Telephone:  (512) 710-5960
                                                   Facsimile: (212) 894-7272
                                                   aentwistle@entwistle-law.com

                                                   -and-

                                                   Robert N. Cappucci
                                                   Brendan J. Brodeur
                                                   230 Park Avenue, 3rd Floor
                                                   New York, NY 10169
                                                   Telephone:  (212) 894-7200
                                                   Facsimile:  (212) 894-7272
                                                   rcappucci@entwistle-law.com
                                                   bbrodeur@entwistle-law.com

                                                   *Counsel for Plaintiffs FNY Partners Fund LP, Mario Epelbaum, Scott Dunlop and Irving Braun and Lead Counsel for the Class*