# EXHIBIT 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE DYNAGAS LNG PARTNERS LP SECURITIES LITIGATION | No. 19-cv-04512 (AJN) |
| --- | --- |

**DECLARATION OF PATTY NOGALSKI REGARDING (I) MAILING OF NOTICE AND PROOF OF CLAIM FORM; (II) PUBLICATION OF SUMMARY NOTICE; (III) CALL CENTER SERVICES; (IV) THE SETTLEMENT WEBSITE; AND (V) REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE**

I, Patty Nogalski, declare and state as follows:

1. I am a Project Manager employed by A.B. Data, Ltd. ("A.B. Data"). Pursuant to the Court's Order Granting Preliminary Approval of Settlement dated June 10, 2021 (ECF 142) (the "Preliminary Approval Order"). A.B. Data was authorized to act as the Claims Administrator for the Settlement in the above-captioned action (the "Action").[1]

2. The following statements are based on my personal knowledge and information provided by A.B. Data employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

3. I submit this Declaration in order to provide the Court and the Parties to the Settlement with information regarding, among other things, the mailing of the Court-approved Notice of Pendency of Class Action, Proposed Settlement, and Motion for Attorneys' Fees and Expenses (the "Notice") and the Proof of Claim Form (together, the "Notice Packet"), as well as the publication and transmission of the Summary Notice, and establishment of the website and toll-free number dedicated to this class action, in accordance with the Preliminary Approval Order.

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Stipulation and Agreement of Settlement, dated May 21, 2021 (ECF 135) (the "Stipulation").

## I. MAILING OF THE NOTICE AND PROOF OF CLAIM FORM

4. Pursuant to the Preliminary Approval Order, A.B. Data was responsible for disseminating the Notice Packet to potential Settlement Class members at the mailing addresses set forth in the records provided by Dynagas. By definition, Settlement Class members are all persons and entities who or which purchased or otherwise acquired Dynagas securities during the period from December 21, 2017 through March 21, 2019, inclusive (the "Settlement Class Period"), excluding Defendants, the Officers and directors of Dynagas at all relevant times, their Immediate Family Members and their legal representatives, heirs, successors or assigns, the corporate parents and/or affiliates and any entity in which any of the above have or had a controlling interest, provided, however, that any Investment Vehicle shall not be excluded from the Settlement Class, and any Person who submits a request for exclusion to the Claims Administrator by the opt-out deadline that satisfies the requirements set forth in the Notice and that is accepted by the Court.

5. As in most class actions of this nature, the large majority of potential Class Members are expected to be beneficial purchasers whose securities are held in "street name" – *i.e.*, the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers. A.B. Data maintains and updates a proprietary internal list of the largest and most common banks, brokers and other nominees. At the time of the Initial Mailing, A.B. Data's internal broker list contained 4,152 mailing records. On July 8, 2021, A.B. Data caused Notice Packets to be mailed to the 4,152 mailing records contained in its internal broker list (the "Initial Mailing").

6. In addition, on June 25, 2021, A.B. Data received from Dynagas (via Lead Counsel), the names and addresses of the four registered holders of Dynagas securities during the Settlement Class Period (as required by Paragraph 8 of the Preliminary Approval Order). A.B.

Data caused Notice Packets to be mailed via first class U.S. mail, postage pre-paid to those four shareholders as part of the Initial Mailing.

7. In total, A.B. Data mailed 4,156 copies of the Notice Packet as part of the Initial Mailing. A copy of the Notice Packet is attached hereto as Exhibit A.

8. The Notice directed those who purchased Dynagas securities during the Class Period for the beneficial interest of a person or organization other than themselves to, within seven calendar days of receipt of the Notice, either: (a) forward the Notice Packets to all such beneficial owners; (b) provide a list of the names and addresses of all such beneficial owners to A.B. Data; or (c) provide an electronic copy of the Notice Packet to the beneficial owner by electronic means by which the beneficial owner has agreed to receive communications regarding his, her or its investments in Dynagas securities.

9. From the Initial Mailing through September 29, 2021, A.B. Data received an additional 5,919 names and addresses of potential Class Members from individuals or brokerage firms, banks, institutions, and other nominees. A.B. Data has also received requests from brokers and other nominee holders for 10,708 Notice Packets to be forwarded by the nominees to their customers. All such requests have been, and will continue to be, complied with and addressed in a timely manner.

10. As of September 29, 2021, a total of 20,783 Notice Packets have been mailed to potential Class Members and nominees.

11. In addition, A.B. Data has re-mailed 133 Notice Packets to persons whose original mailings were returned by the U.S. Postal Service ("USPS") and for whom updated addresses were provided to A.B. Data by the USPS.

## II. PUBLICATION OF THE SUMMARY NOTICE

12. Pursuant to Paragraph 8 of the Preliminary Approval Order, A.B. Data caused the Summary Notice of Pendency of Class Action, Proposed Settlement, and Motion for Attorneys' Fees and Expenses (the "Summary Notice") to be published in the *Wall Street Journal* on July 15, 2021 and released via *PR Newswire* on July 16, 2021.[2] The Copies of proof of publication of the Summary Notice in the *Wall Street Journal* and over *PR Newswire* are attached hereto as Exhibit B.

## III. CALL CENTER SERVICES

13. A.B. Data reserved a toll-free phone number for the Settlement, (855) 907- 2140, and published that toll-free number in the Notice Packet and on the Settlement Website.

14. The toll-free number became operational on July 8, 2021. The toll-free number connects callers with an Interactive Voice Recording ("IVR"). The IVR provides potential Class Members and others who call the toll-free telephone number access to additional information that has been pre-recorded. The toll-free telephone line with pre-recorded information is available 24 hours a day, 7 days a week. Specifically, the pre-recorded message provides callers with a brief summary of the Settlement and allows callers to request that a copy of the Notice Packet be mailed to them or the caller may opt to speak live with a trained operator. Callers are able to speak to a live operator regarding the status of the Settlement and/or obtain answers to questions they may have, Monday through Friday from 9:00 a.m. to 6:00 p.m. Eastern Time (excluding official holidays). During other hours, callers may leave a message for an agent to call them back. A.B. Data has promptly responded to each telephone inquiry and will continue to address potential Class Members' inquiries.

---

[2] A.B. Data initiated the *PR Newswire* release on July 15, 2021, but it was not disseminated until the following morning.

## IV. THE SETTLEMENT WEBSITE

15. In accordance with Paragraph 8(c) of the Preliminary Approval Order, A.B. Data, in coordination with Lead Counsel, designed, implemented and currently maintains a website dedicated to the Action (www.DynagasSecuritiesLitigation.com) (the "Settlement Website"). The address for the Settlement Website is set forth in the Notice, Proof of Claim Form, and Summary Notice.

16. The Settlement Website became operational on July 8, 2021, and is accessible 24 hours a day, 7 days a week. Among other things, the Settlement website includes information regarding the Action and the proposed Settlement, including the exclusion, objection, and claim-filing deadlines and the date and time of the Court's Settlement Hearing. The Settlement Website also includes a link to a claim filing module through which Class Members can submit their claims. In addition, copies of the Notices, Proof of Claim Form, Stipulation, all papers submitted in support thereof, Preliminary Approval Order, and other documents related to the Action are posted on the Settlement Website and are available for downloading. A.B. Data will continue operating, maintaining and, as appropriate, updating the Settlement Website until the conclusion of this administration.

## V. REQUESTS FOR EXCLUSION AND OBJECTIONS

17. The Notice, Summary Notice, and Settlement Website inform Class Members that requests for exclusion from the Settlement Class must be received by October 15, 2021. The Notice directs Class Members who wish to request exclusion to mail their request to A.B. Data's P.O. Box for such exclusions. The Notice also sets forth the information that must be included in each request for exclusion. A.B. Data monitors all mail delivered to this P.O. Box.

18. As of September 29, 2021, A.B. Data has received one request for exclusion. A.B. Data has monitored and will continue to monitor all mail delivered to this address. A.B. Data will submit a supplemental declaration after the October 15, 2021 deadline reporting any further requests for exclusion received.

19. The Notice, Summary Notice, and Settlement Website also inform Class Members that they may object to the Settlement, the proposed Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses; the objection must be in writing and filed with the Court and delivered to representatives of Lead Counsel and Defendants' Counsel such that they are received on or before October 15, 2021.

20. Through September 29, 2021, A.B. Data has not been informed of any objections to the Settlement, the Plan of Allocation, or Lead Counsel's application for attorneys' fees, reimbursement of Litigation Expenses and awards to Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of September 2021 in Port Charlotte, FL.

Patty Nogalski

Patty Nogalski

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| IN RE DYNAGAS LNG PARTNERS LP SECURITIES LITIGATION | No. 19-cv-04512 (AJN) |
|---|---|

**NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

***A Federal Court authorized this Notice. This is not a solicitation from a lawyer.***

**PLEASE READ THIS NOTICE CAREFULLY. This Notice explains important rights you may have, including the possible receipt of cash or securities from a settlement in the above class action that, if approved by the Court, will resolve all claims. If you are a member of the Settlement Class, your legal rights will be affected whether or not you act.**

**WHAT THIS NOTICE CONTAINS**


Notice of Class Action, Notice of Settlement and Identity of Parties, and Summary of Recovery From Settlement — Page 2
General Information — Page 2
Your Legal Rights and Options in the Settlement — Page 3
Why Did I Get This Notice? — Page 4
What Is This Case About? — Page 4
How Do I Know If I Am Affected by the Settlement? Who Is Included in the Settlement Class? — Page 5
What Are Plaintiffs' Reasons for the Settlement? — Page 6
What Might Happen If There Were No Settlement? — Page 7
How Are Settlement Class Members Affected by the Action and the Settlement? — Page 7
What Will I Need To Do To Participate in the Settlement? — Page 8
How Much Will My Payment from the Settlement Be? — Page 8
What Payment Are the Attorneys for the Settlement Class Seeking? How Will the Lawyers Be Paid? — Page 9
What If I Do Not Want To Be A Member of the Settlement Class? How Do I Exclude Myself? — Page 10
When and Where Will the Court Decide Whether To Approve the Settlement? Do I Have To Come to the Hearing? How Do I Object? May I Speak at the Hearing If I Don't Like the Settlement? — Page 10
What If I Bought Dynagas Securities On Someone Else's Behalf? — Page 11
Can I See the Court File? Whom Should I Contact If I Have Questions? — Page 12
Appendix A: Proposed Plan of Allocation of the Net Settlement Fund — Page 13

## NOTICE OF CLASS ACTION, NOTICE OF SETTLEMENT AND IDENTITY OF PARTIES, AND SUMMARY OF RECOVERY FROM SETTLEMENT

**NOTICE OF PENDENCY OF CLASS ACTION:** Please be advised that your rights may be affected by the above-captioned securities class action (the "Action")[1] pending in the United States District Court for the Southern District of New York (the "Court") if, during the period from December 21, 2017, through March 21, 2019, inclusive (the "Class Period"), you purchased or otherwise acquired securities[2] of Dynagas LNG Partners LP ("Dynagas" or the 'Company"), purchased or otherwise acquired call options on Dynagas securities or sold or otherwise transferred put options on Dynagas securities.[3]

**NOTICE OF SETTLEMENT AND IDENTITY OF PARTIES:** Please also be advised that the four Court-appointed settlement class representatives FNY Partners Fund LP ("FNY"), Mario Epelbaum, Scott Dunlop and Irving Braun (collectively, "Plaintiffs"), on behalf of themselves and the Settlement Class (as defined in ¶ 19 below), have entered into a stipulation of settlement with the thirteen defendants named in the Action: Dynagas LNG Partners LP, Dynagas GP, LLC, Dynagas Holdings Ltd. ("Dynagas Holding"), George J. Prokopiou, Tony Lauritzen, Michael Gregos, Evangelos Vlahoulis, Alexios Rodopoulos, Levon A. Dedegian, UBS Securities LLC, ("UBS"), Stifel, Nicolaus & Company, Incorporated ("Stifel"), Morgan Stanley & Co. LLC ("Morgan Stanley"), and B. Riley FBR, Inc. ("B. Riley" and collectively, the "Defendants"). The Settlement, if approved, will resolve all claims in the Action.

**SETTLEMENT CLASS RECOVERY:** In exchange for mutual releases by the Parties, including release by the Settlement Class of all claims against the Defendants, the Settlement Class will receive a recovery consisting of cash. In total, the Settlement will provide $4.5 million in cash in recovery to the Settlement Class, less fees and expenses, as described below.

**If you have any questions about this Notice, the proposed Settlement, or your eligibility to participate in the proposed Settlement, please DO NOT contact the Court, Defendants or their counsel. All questions should be directed to Lead Counsel or the Claims Administrator (*see* ¶ 64 below).**

## GENERAL INFORMATION

1. **Description of the Action and the Settlement Class:** This Notice relates to a proposed Settlement of claims in a pending securities class action brought by investors alleging that Defendants violated the federal securities laws. Plaintiffs allege that Dynagas made material misrepresentations and omissions during the Class Period concerning the Company's financial ability to support its quarterly distribution to holders of its common units, as well as the charter rates contained in new charter contracts for two of its tanker ships, the *Ob River* and the *Arctic Aurora*. These statements included allegedly false and misleading statements in the offering documents for Dynagas' October 2018 offering of 2.2 million Series B Preferred Units (the "October 2018 Offering"). A more detailed description of the Action is set forth in ¶¶ 11-17 below. The proposed Settlement, if approved by the Court, will settle the claims of the Settlement Class, as defined in ¶ 19 below.

2. **Statement of the Settlement Class's Recovery:** Subject to Court approval, Plaintiffs, on behalf of themselves and the other members of the Settlement Class, have agreed to settle the Action in exchange for a payment of $4,500,000.00 in cash (the "Settlement Amount"). The Net Settlement Fund (*i.e.*, the Settlement Amount, plus any and all interest earned thereon (the "Settlement Fund") less (a) any Taxes, (b) any Notice and Administration Costs, (c) any Litigation Expenses awarded by the Court, and (d) any attorneys' fees awarded by the Court) will be distributed in accordance with a plan of allocation that is approved by the Court, which will determine how the Net Settlement Fund shall be allocated among members of the Settlement Class. The proposed plan of allocation (the "Plan of Allocation") is set forth on pages 13-17 (Appendix A) below.

3. **Estimate of Average Amount of Recovery Per Unit:** Based on Plaintiffs' damages expert's estimates of the number of Dynagas Units purchased during the Class Period that may have been affected by the alleged conduct at issue in the Action and assuming that all Settlement Class Members elect to participate in the Settlement, the estimated average recovery is $0.165 per common unit, $0.241 per Series A Preferred Unit, $0.551 per Series B Preferred Unit, and $2.821 per 6.25% Note (each before the deduction of any Court-approved fees, expenses, and costs as described herein). **Settlement Class Members should note, however, that the foregoing average recovery per unit is only an estimate.** Some Settlement Class Members may recover more or less than

[1] Any capitalized terms used in this Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated May 21, 2021 (the "Stipulation"), which is available at www.DynagasSecuritiesLitigation.com.

[2] Under the proposed Plan of Allocation described below, the Dynagas securities eligible to participate in the distribution from the Settlement Fund are the following four securities which are collectively referred to herein as "Dynagas Units": (1) Dynagas common units representing limited partnership interests (NYSE DLNG) (CINS: Y2188B108) ("common units"); (2) Dynagas Series A Fixed to Floating Rate Cumulative Redeemable Perpetual Preferred Units (NYSE DLNG PR A) (CINS: Y2188B116) ("Series A Preferred Units"); (3) Dynagas Series B Fixed to Floating Rate Cumulative Redeemable Perpetual Preferred Units (NYSE DLNG PR B) (CINS: Y2188B124) ("Series B Preferred Units"); and (4) Dynagas 6.25% senior unsecured notes matured October 2019 (CUSIP No. 26780TAA5) ("6.25% Notes").

[3] Under the Plan of Allocation described below, the options contracts eligible to participate in distribution from the Settlement Fund all reference Dynagas common units.

this estimated amount depending on, among other factors, when and at what prices they purchased/acquired or sold their Dynagas Units and the total number of shares for which valid Claim Forms are submitted. Distributions to Settlement Class Members will be made based on the Plan of Allocation set forth herein (*see* pages 13-17 below) or such other plan of allocation as may be ordered by the Court.

4. **Statement of Potential Outcome of Case and Potential Damages:** The Parties do not agree on the average amount of damages per share that would be recoverable if Plaintiffs were to prevail in the Action. Among other things, Defendants do not agree with the assertions that they violated the federal securities laws, or that their alleged conduct caused Settlement Class Members to incur any losses.

5. **Attorneys' Fees and Expenses:** Plaintiffs' Counsel, which have been prosecuting the Action on a wholly contingent basis since May of 2019, have not received any payment of attorneys' fees for their representation of the Settlement Class and have advanced the funds to pay expenses necessarily incurred to prosecute this Action. Court-appointed Lead Counsel, Entwistle & Cappucci LLP ("Lead Counsel"), will apply to the Court for an award of attorneys' fees for all Plaintiffs' Counsel in an amount not to exceed twenty-five percent of the Settlement Amount. In addition, Lead Counsel will apply for reimbursement of Litigation Expenses paid or incurred in connection with the institution, prosecution and resolution of the claims against the Defendants, in an amount not to exceed $150,000, which may include an application for reimbursement of the reasonable costs and expenses incurred by Plaintiffs directly related to their representation of the Settlement Class and an award of up to $2,500 per Plaintiff ($10,000 in aggregate) to compensate them for their time in prosecuting the Action. Any fees and expenses awarded by the Court will be paid from the Settlement Fund. Settlement Class Members are not personally liable for any such fees or expenses. If the Court approves Lead Counsel's fee and expense application, the estimated average cost per eligible Dynagas Unit will be approximately $0.047 per Common Unit, $0.069 per Series A Preferred Unit, $0.157 per Series B Preferred Unit and $0.803 per 6.25% Note.

6. **Identification of Attorneys' Representatives:** Plaintiffs and the Settlement Class are represented by (i) Andrew J. Entwistle, Esq. of Entwistle & Cappucci LLP, Frost Bank Tower, 401 Congress Avenue, Suite 1170, Austin, Texas 78701, (512) 710-5960, aentwistle@entwistle-law.com; and (ii) Robert N. Cappucci, Esq. of Entwistle & Cappucci LLP, 230 Park Avenue, 3rd Floor, New York, New York 10169, (212) 894-7200, rcappucci@entwistle-law.com.

7. **Reasons for the Settlement:** Plaintiffs' principal reason for entering into the Settlement is the substantial immediate cash benefit for the Settlement Class without the risk or delays inherent in further litigation. Moreover, the substantial cash benefit provided under the proposed Settlement must be considered against the significant risk that a smaller recovery – or indeed no recovery at all – might be achieved after contested motions, a trial of the Action and likely appeals that would follow a trial, a process that could be expected to last several years. Defendants deny all allegations of wrongdoing or liability whatsoever and are entering into the Settlement solely to eliminate the burden and expense of further protracted litigation.

| YOUR LEGAL RIGHTS AND OPTIONS IN THE SETTLEMENT: | |
|---|---|
| **SUBMIT A PROOF OF CLAIM FORM POSTMARKED NO LATER THAN NOVEMBER 5, 2021. ONLY ONE PROOF OF CLAIM FORM NEEDS TO BE SUBMITTED.**[4] | This is the only way to be eligible to receive a payment from the proceeds of the Settlement. If you are a Settlement Class Member and you remain in the Settlement Class, you will be bound by the Settlement as approved by the Court and you will give up any Released Claims (defined in ¶ 29 below) that you have against the Defendants and the other Released Defense Parties (defined in ¶ 30 below), so it is in your interest to submit a Claim Form. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT CLASS BY SUBMITTING A WRITTEN REQUEST FOR EXCLUSION SO THAT IT IS *RECEIVED* NO LATER THAN OCTOBER 15, 2021.** | If you exclude yourself from the Settlement Class, you will not be eligible to receive any payment from the Settlement Fund. This is the only option that allows you ever to be part of any other lawsuit against any of the Defendants or the other Released Defense Parties concerning the Released Claims. |
| **OBJECT TO THE SETTLEMENT BY SUBMITTING A WRITTEN OBJECTION SO THAT IT IS *RECEIVED* NO LATER THAN OCTOBER 15, 2021.** | If you do not like the Settlement, the proposed Plan of Allocation, or the request for attorneys' fees and reimbursement of Litigation Expenses, you may write to the Court and explain why you do not like them. You cannot object to the Settlement, the Plan of Allocation, or the fee and expense request unless you are a Settlement Class Member and do not exclude yourself from the Settlement Class. |

[4] Electronically submitted information will be considered "postmarked" on the date it is received by the Claims Administrator.

| | |
|---|---|
| **GO TO A HEARING ON NOVEMBER 5, 2021, AT 10:00 AM, AND FILE A NOTICE OF INTENTION TO APPEAR SO THAT IT IS *RECEIVED* NO LATER THAN OCTOBER 15, 2021.** | Filing a written objection and notice of intention to appear by October 15, 2021, allows you to speak in Court, at the discretion of the Court, about the fairness of the Settlement, the Plan of Allocation, and/or the request for attorneys' fees and reimbursement of Litigation Expenses. If you submit a written objection, you may (but you do not have to) attend the hearing and, at the discretion of the Court, speak to the Court about your objection. |
| **DO NOTHING.** | If you are a member of the Settlement Class and you do not submit a valid Proof of Claim Form, you will not be eligible to receive any payment from the Settlement Fund. You will, however, remain a member of the Settlement Class, which means that you give up your right to sue about the claims that are resolved by the Settlement and you will be bound by any judgments or orders entered by the Court in the Action. |

## WHY DID I GET THIS NOTICE?

8. The Court directed that this Notice be mailed to you because you or someone in your family or an investment account for which you serve as a custodian may have purchased or otherwise acquired the securities of Dynagas during the Class Period (from December 21, 2017 through March 21, 2019, inclusive). The Court has directed this Notice be sent because, as a potential Settlement Class Member, you have a right to know about your options before the Court rules on the Settlement. Additionally, you have the right to understand how this class action lawsuit may generally affect your legal rights. If the Court approves the Settlement and the Plan of Allocation (or some other plan of allocation), the Claims Administrator selected by Plaintiffs, and approved by the Court, will make payments pursuant to the Settlement after any objections and appeals are resolved.

9. The purpose of this Notice is to inform you of the existence of this case, that it is a class action, how you might be affected, and how to exclude yourself from the Settlement Class if you wish to so do. It is also being sent to inform you of the terms of the Settlement and of a hearing to be held by the Court to consider the fairness, reasonableness, and adequacy of the Settlement (the "Settlement Hearing"). *See* ¶¶ 54-62 below for details about the Settlement Hearing, including the date and location of the hearing.

10. The issuance of this Notice is not an expression of any opinion by the Court concerning the merits of any claim in the Action, and the Court still has to decide whether to approve the Settlement. If the Court approves the Settlement and a plan of allocation, then payments to Authorized Claimants will be made after any appeals are resolved and after the completion of all claims processing. Please be patient, as this process can take some time to complete.

## WHAT IS THIS CASE ABOUT?

11. Dynagas is a Marshall Islands limited partnership, which owns and operates liquified natural gas tanker ships. In this securities class action, Plaintiffs allege, among other things, that Defendants made false and misleading statements and omissions of material facts between December 21, 2017 and March 21, 2019 concerning the Company's financial ability to support its quarterly distribution as well as the rates of its new long-term charter contracts on two of its tanker ships, the *Ob River* and the *Arctic Aurora*, which Plaintiffs contend each had the effect of artificially inflating the price of certain Dynagas securities. The allegations include claims that the registration statement and prospectus Dynagas issued in connection with an October 2018 offering of Series B Preferred Units (the October 2018 Offering) contained false statements and omitted material facts regarding the charter contract on the *Arctic Aurora*. The Settlement Class includes all persons and entities who purchased or otherwise acquired Dynagas securities during the Class Period as well as persons and entities who purchased or otherwise acquired call options on Dynagas securities or sold or otherwise transferred put options on Dynagas securities during the Class Period. Plaintiffs allege that three corrective disclosures, which allegedly revealed the truth concerning Dynagas's financial condition and the contract rates contained in the new charter contracts, caused the market price of Dynagas securities to drop, thereby economically harming Settlement Class Members.

12. This instant Action was commenced on May 16, 2019 with the filing of an initial class action complaint in the United States District Court for the Southern District of New York, styled *Mario Epelbaum, on behalf of himself and all others similarly situated v. Dynagas LNG Partners LP, Dynagas GP, LLC, Dynagas Holding Ltd., Tony Lauritzen, Michael Gregos, and George Prokopiou*, 1:19-cv-04512-AJN (S.D.N.Y), alleging claims arising under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder by the Securities and Exchange Commission (the "SEC") and Section 20(a) of the Exchange Act. On July 16, 2019, several motions seeking the appointment of lead plaintiff(s) were filed pursuant to Section 21D of the Exchange Act, in a provision added by the Private Securities Litigation Reform Act of 1995 ("PSLRA"). On August 12, 2019, the

Court entered an Order: (i) appointing Mario Epelbaum, FNY Partners Fund LP ("FNY"), and Scott Dunlop as Lead Plaintiff(s) and (ii) approving Entwistle & Cappucci LLP to serve as Lead Counsel.

13. On September 26, 2019, Plaintiffs filed the Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint"). The Complaint asserts claims under Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder by the SEC, Sections 20A and 20(a) of the Exchange Act and Sections 11, 12(a)(2), and 15 of the Securities Act of 1933 ("Securities Act") against Dynagas, Dynagas Holdings, Dynagas GP, George Prokopiou, Tony Lauritzen, Michael Gregos, Evangelos Vlahoulis, Alexios Rodopoulos, Levon A. Dedegian, UBS, Stifel, Morgan Stanley and B. Riley. The claims pursuant to Section 20A of the Exchange Act were brought only on behalf of Braun and such other Class Members whose transactions were contemporaneous with and directionally opposite to Dynagas's sale of Series B Preferred Units in the October 2018 Offering. The claims pursuant to the Securities Act were brought only on behalf of Braun and such other Class Members that purchased or otherwise acquired Dynagas Series B Preferred Units in or traceable to the October 2018 Offering. In response, Defendants[5] filed motions to dismiss the Complaint on December 5, 2019. That motion was extensively briefed by the Parties.

14. In October 2020, the Parties discussed conducting a mediation to see if they could achieve a settlement of the Action. The Parties selected as mediator the Honorable Jose L. Linares of McCarter & English, LLP, a former United States Chief Judge of the United States District Court for the District of New Jersey and scheduled a mediation session for mid-November 2020. The parties submitted confidential mediation briefs and, on November 13, 2020, Lead Counsel and Defendants' Counsel participated in a full-day mediation session before Judge Linares. A settlement was not reached at the mediation.

15. On November 25, 2020, the Court entered an Order: (i) granting the motion to dismiss as to Plaintiffs' Exchange Act claims regarding the alleged materially misleading statements or omissions relating to Dynagas' financial condition and charter contract renewals; and (ii) denying the motion to dismiss as to the alleged materially false and misleading statements and omissions related to Plaintiffs' Securities Act claims regarding the allegedly materially misleading statements or omissions contained in the October 2018 Offering materials. This order meant that the claims asserting fraudulent conduct could not proceed to trial, unless such claims were revived in a second amended complaint or the Court's decision dismissing the claims was overturned on an appeal, which could only happen after the non-fraud claims were resolved. The non-fraud claims, however, were permitted to proceed. Defendants filed their answer and affirmative defenses to the Complaint on February 1, 2021, denying that they engaged in any wrongdoing or committed any violation of the securities laws. On February 23, 2021, the Parties exchanged initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

16. In late February 2021, the Parties scheduled a second full-day mediation session before Judge Linares, which occurred on March 15, 2021. A settlement was not reached during that session, which concluded with a mediator's proposal to settle the Action for $4,500,000.00 in cash, to be paid by or on behalf of Defendants. The Parties all informed the Mediator of their decision to accept the proposal the following day.

17. That agreement in principle was memorialized in the Stipulation, dated May 21, 2021 (the "Stipulation")**,** which sets forth the terms and conditions of the Settlement. Consistent with the Parties' agreement in principle, the Settlement resolves all claims, including the Exchange Act claims that had been dismissed by the Court, and including claims based on facts not now known to Plaintiffs or Settlement Class Members. The Stipulation can be viewed at www.DynagasSecuritiesLitigation.com.

18. On June 10, 2021, the Court preliminarily approved the Settlement, authorized this Notice to be disseminated to potential Settlement Class Members, and scheduled the Settlement Hearing to consider whether to grant final approval to the Settlement.

**HOW DO I KNOW IF I AM AFFECTED BY THE SETTLEMENT?**
**WHO IS INCLUDED IN THE SETTLEMENT CLASS?**

19. If you are a member of the Settlement Class, you are subject to the terms of the Settlement, unless you timely and validly request to be excluded. The "Settlement Class" consists of:

> all persons and entities who purchased or otherwise acquired Dynagas securities, purchased or otherwise acquired call options on Dynagas securities, or sold or otherwise transferred put options on Dynagas securities during the period from December 21, 2017 through March 21, 2019, inclusive.

Excluded from the Settlement Class are Defendants, the Officers and directors of Dynagas at all relevant times, their Immediate Family Members and their legal representatives, heirs, successors or assigns, the corporate parents and/or affiliates and any entity in which any of the above have or had a controlling interest. Also excluded from the Settlement Class shall be any persons or entities who or which exclude themselves by submitting a request for exclusion from the Settlement Class in accordance with the requirements set forth in this Notice and whose request is accepted by the Court. *See* "What if I Do Not Want To Be A Member Of The Settlement Class? How Do I Exclude Myself," on page 10 below.

[5] The motion was filed only by the corporate entity defendants and did not include individual Defendants George Prokopiou, Tony Lauritzen, Michael Gregos, Evangelos Vlahoulis, Alexios Rodopoulos, and Levon A. Dedegian, who had not been served at the time it was filed (or, in the case of Defendant Dedegian, at all). These individual Defendants subsequently stipulated on December 7, 2020, to be bound by the Court's November 25, 2020, decision on dismissal.

If you owned Dynagas securities or call options on Dynagas securities that you did not purchase or otherwise acquire during the Class Period (from December 21, 2017 through March 21, 2019, inclusive) or put options that you did not sell or otherwise transfer during the Class Period, then you are not a Settlement Class Member by virtue of such ownership, and any losses you incurred on those Securities or options will not cause or increase any recovery in this Settlement.

If, during the Class Period, you purchased or otherwise acquired Dynagas securities other than Dynagas Units[6] or purchased or otherwise acquired call options on Dynagas securities other than Dynagas common units or sold or otherwise transferred put options on Dynagas securities other than Dynagas common units, you are a Settlement Class Member and will be bound by the Settlement, but you will not be eligible receive proceeds from the Settlement by virtue of such purchases/acquisitions and/or sales/transfers.

**RECEIPT OF THIS NOTICE DOES NOT MEAN THAT YOU ARE A SETTLEMENT CLASS MEMBER OR THAT YOU WILL BE ENTITLED TO RECEIVE PROCEEDS FROM THE SETTLEMENT.**

**IF YOU ARE A SETTLEMENT CLASS MEMBER AND YOU WISH TO BE ELIGIBLE TO PARTICIPATE IN THE DISTRIBUTION OF PROCEEDS FROM THE SETTLEMENT, YOU ARE REQUIRED TO SUBMIT THE CLAIM FORM THAT IS BEING DISTRIBUTED WITH THIS NOTICE AND THE REQUIRED SUPPORTING DOCUMENTATION AS SET FORTH THEREIN POSTMARKED NO LATER THAN NOVEMBER 5, 2021.**

## WHAT ARE PLAINTIFFS' REASONS FOR THE SETTLEMENT?

20. Plaintiffs and Lead Counsel believe that the claims asserted against the Defendants have merit. They recognize, however, the expense and length of continued proceedings necessary to pursue their claims against the Defendants through trial and appeals, as well as the very substantial risks they would face in establishing liability and damages. Such risks include the potential challenges associated with proving that there were material misstatements and omissions in the public statements and public SEC filings at issue. Indeed, Plaintiffs' Exchange Act claims have already been dismissed by the Court, in part because the Court found that the allegations did not give rise to a strong inference that Defendants acted with fraudulent intent. There is a substantial likelihood that these Exchange Act claims would not be revived on appeal or reconsideration by the Court, and, even if they were, Plaintiffs might be unable to prove the allegations and overcome Defendants' defenses at trial. Regarding the Securities Act claims (*i.e.*, the only claims in the Complaint that the Court did not dismiss), Defendants argue, among other things, that the language in the prospectus about the new charter for the *Arctic Aurora* vessel being in "direct continuation of the Current Charter" was neither false nor misleading because it referred to the absence of a gap in time between the charter contracts, not the rate of the new charter. Further, Defendants assert this statement could not and did not cause investors to believe that the new charter rate for the *Arctic Aurora* was at the same rate as the current charter, because Dynagas had previously disclosed information that permitted investors to calculate the new charter rate for the *Arctic Aurora* before the commencement of the October 2018 Offering. In addition, Defendants assert Plaintiffs' control person claims must fail because there was no primary violation and, separately, because Plaintiffs cannot prove culpable participation by any of the alleged control persons. Thus, there were very significant risks attendant to the continued prosecution of the claims against the Defendants.

21. There were also risks related to establishing loss causation and damages. Defendants have asserted a negative causation defense and a due diligence defense, and deny that a class should even be certified (for any purpose other than the Settlement). Had any of these arguments been accepted in whole or in part, they could have eliminated or limited Settlement Class Members' potential recovery. Further, in order to succeed, Plaintiffs would have had to prevail at several stages – obtaining class certification, on a motion for summary judgment, at trial, and with respect to the dismissed Exchange Act claims, a second motion to dismiss. Even if Plaintiffs prevailed at each of these stages, they would likely need to defend appeals. Thus, there were significant risks attendant to the continued prosecution of the Action, and there was no guarantee that further litigation would have resulted in a higher recovery, or any recovery at all. Finally, nine of the Defendants reside outside of the United States, increasing the risk that Plaintiffs would be unable to execute a judgment in their favor against these Defendants promptly, or at all.

22. In light of these risks, including the uncertainty of any recovery for the Settlement Class, Plaintiffs and Lead Counsel believe that the proposed Settlement is fair, reasonable and adequate, and in the best interests of the Settlement Class. Plaintiffs and Lead Counsel believe that the Settlement provides a substantial benefit to the Settlement Class, namely $4.5 million in cash (less the various deductions described in this Notice), as compared to the risk that the claims in the Action against the Defendants might produce a smaller recovery, or no recovery at all, after summary judgment, trial, and appeals and international execution of judgment.

23. Defendants have denied, and continue to deny, the claims asserted against them in the Action and deny having engaged in any wrongdoing or violation of law of any kind whatsoever. Defendants also have denied, and continue to deny, that the Settlement Class has suffered any losses or damages. Defendants have agreed to the Settlement solely to eliminate the burden and expense of continued litigation. Accordingly, the Settlement may not be construed as an admission by the Defendants of any wrongdoing, liability, loss causation or measure of damages.

---

[6] The "Dynagas Units" are: (1) Dynagas common units; (2) Dynagas Series A Preferred Units; (3) Dynagas Series B Preferred Units; and (4) Dynagas 6.25% Notes which are defined in Footnote 2, above.

**WHAT MIGHT HAPPEN IF THERE WERE NO SETTLEMENT?**

24. If there were no Settlement and Plaintiffs failed to establish any essential legal or factual element of their claims against the Defendants, neither Plaintiffs nor the other Settlement Class Members would recover anything from these Defendants. Also, if Defendants were successful in establishing any of their defenses, either at summary judgment, at trial, or on appeal, the Settlement Class could recover substantially less from the Defendants than the amount provided in the Settlement, or nothing at all.

**HOW ARE SETTLEMENT CLASS MEMBERS AFFECTED BY THE ACTION AND THE SETTLEMENT?**

25. If you are a Settlement Class Member, you are represented by the Court-appointed Settlement Class Representatives (Plaintiffs) and Lead Counsel, unless you enter an appearance through counsel of your own choice at your own expense. You are not required to retain your own counsel, but if you choose to do so, such counsel must file a notice of appearance on your behalf and must serve copies of his or her appearance on the attorneys listed in the section entitled, "When And Where Will The Court Decide Whether To Approve The Settlement?," below.

26. If you are a Settlement Class Member and do not wish to remain a Settlement Class Member, you may exclude yourself from the Settlement Class by following the instructions in the section entitled, "What If I Do Not Want To Be A Member Of The Settlement Class? How Do I Exclude Myself?," below.

27. If you are a Settlement Class Member and you wish to object to the Settlement, the Plan of Allocation or Lead Counsel's application for attorneys' fees and reimbursement of Litigation Expenses, and if you do not exclude yourself from the Settlement Class, you may present your objections by following the instructions in the section entitled, "When And Where Will The Court Decide Whether To Approve The Settlement?," below.

28. If you are a Settlement Class Member and you do not exclude yourself from the Settlement Class, you will be bound by the Stipulation and any orders issued by the Court in the Action. If the Settlement is approved, the Court will enter a judgment (the "Judgment"). The Judgment will dismiss with prejudice the claims against Defendants and will provide that, upon the Effective Date of the Settlement, Plaintiffs and each of the other Settlement Class Members, on behalf of themselves and their respective heirs, executors, administrators, predecessors, successors and assigns in their capacities as such, shall be deemed to have, and by operation of law and of the Judgment shall have, fully, finally and forever compromised, settled, released, resolved, relinquished, waived and discharged each and every Released Claim (as defined in ¶ 29 below) against the Defendants and the other Released Defense Parties (as defined in ¶ 30 below), and shall forever be barred and enjoined from prosecuting any or all of the Released Claims against any of the Released Parties.

29. "Released Claims" means and includes any and all Claims, including Unknown Claims, that have been or could have been asserted by or on behalf of Lead Plaintiff or any member of the Settlement Class in the Action, in any capacity, which arise out of, are based upon, or relate in any way to the purchase or acquisition of Dynagas securities (i) during the Class Period or (ii) in, contemporaneous with, or traceable to the October 2018 Offering, including but not limited to any claims alleged in the Action, and any claims related to the allegations, transactions, facts, events, matters, occurrences, acts, disclosures, representations, statements, omissions, failures to act, or any other matter whatsoever involved, set forth, referred to, or otherwise related, directly or indirectly, to the allegations in the Action or the disclosures made in connection therewith (including the adequacy and completeness of such disclosures).

30. "Released Defense Parties" means Defendants and each and all of their Related Parties, including all of the current and former Officers, directors, employees, and insurers of each Defendant.

31. "Unknown Claims" means and includes any and all claims which any Plaintiff or any other Settlement Class Member does not know or suspect to exist in his, her or its favor at the time of the release of such claims, and any and all claims which any Defendant does not know or suspect to exist in his, her, or its favor at the time of the release of such claims. This includes claims which, if known by him, her or it, might have affected his, her or its decision(s) with respect to this Settlement and the releases set forth herein, including his, her, or its decision to object or not to object to this Settlement. Plaintiffs and Defendants acknowledge, and each of the other Settlement Class Members shall be deemed by operation of law to have acknowledged, that they may hereafter discover facts, legal theories, or authorities in addition to or different from those which they now know or believe to be true with respect to the acts or omissions of the Releasees, but it is their intention fully and finally and forever to settle and release any and all claims, matters, disputes and differences, known or unknown, suspected or unsuspected, which now exist, may exist or heretofore have existed with respect to acts or omissions relating to the subject matter of the Released Claims and the claims released pursuant to the Stipulation. The Parties stipulate and agree that, upon the Effective Date of the Settlement, Plaintiffs and Defendants shall expressly waive, and by operation of the Judgment each of the other Settlement Class Members shall be deemed to have waived, any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law or foreign law, which is similar, comparable, or equivalent to California Civil Code §1542, which provides:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

Plaintiffs and Defendants have acknowledged, and each of the other Settlement Class Members shall be deemed by operation of law to have acknowledged, that the foregoing waiver was separately bargained for and a key element of the Settlement.

32. Pursuant to the Judgment, without further action by anyone, upon the Effective Date, the Defendants, on behalf of themselves and their respective heirs, executors, administrators, predecessors, successors, and assigns in their capacities as such, shall be deemed to have, and by operation of law and of the Judgment shall have, fully, finally and forever compromised, settled, released, resolved, relinquished, waived and discharged, and shall forever be barred from instituting, commencing, or prosecuting any Claim or Unknown Claim against Plaintiffs, Settlement Class Members, or Plaintiffs' Counsel related to their Class-Period transactions in Dynagas securities, this Action, or the prosecution thereof. The release set forth in this Paragraph shall not apply to any Person who submits a request for exclusion from the Settlement Class that is accepted by the Court.

## WHAT WILL I NEED TO DO TO PARTICIPATE IN THE SETTLEMENT?

33. To be eligible for a payment from the proceeds of the Settlement, you must be a member of the Settlement Class and you must timely complete and return the Claim Form with adequate supporting documentation **postmarked no later than November 5, 2021**. A Claim Form is included with this Notice, or you may obtain one from the website maintained by the Claims Administrator for the Settlement, www.DynagasSecuritiesLitigation.com, or you may request that a Claim Form be mailed to you by calling the Claims Administrator toll-free at 877-235-9861. Please retain all records of your ownership of and transactions in Dynagas securities, as they may be needed to document your Claim. If you request exclusion from the Settlement Class or do not submit a timely and valid Claim Form, you will not be eligible to share in the Net Settlement Fund.

## HOW MUCH WILL MY PAYMENT FROM THE SETTLEMENT BE?

34. At this time, it is not possible to make any determination as to how much any individual Settlement Class Member may receive from the Settlement.

35. Pursuant to the Settlement, Defendants have agreed to pay or cause to be paid four million five hundred thousand dollars ($4,500,000.00) in cash. The Settlement Amount will be deposited into an escrow account. The Settlement Amount plus any interest earned thereon is referred to as the "Settlement Fund." If the Settlement is approved by the Court and the Effective Date occurs, the "Net Settlement Fund" (that is, the Settlement Fund less: (a) all federal, state, and/or local taxes on any income earned by the Settlement Fund and the reasonable costs incurred in connection with determining the amount of and paying taxes owed by the Settlement Fund (including reasonable expenses of tax attorneys and accountants); (b) the costs and expenses incurred in connection with providing notice to Settlement Class Members and administering the Settlement on behalf of Settlement Class Members; and (c) any attorneys' fees and Litigation Expenses awarded by the Court) will be distributed to Settlement Class Members who or which submit valid Claim Forms, in accordance with the proposed Plan of Allocation or such other plan of allocation as the Court may approve.

36. The Net Settlement Fund will not be distributed unless and until the Court has approved the Settlement and a plan of allocation, and the time for any petition for rehearing, appeal or review, whether by certiorari or otherwise, has expired.

37. Neither Defendants nor any other person or entity that paid any portion of the Settlement Amount on their behalf are entitled to get back any portion of the Settlement Fund once the Court's order or judgment approving the Settlement becomes Final. Defendants shall not have any liability, obligation or responsibility for the administration of the Settlement, the disbursement of the Net Settlement Fund or the Plan of Allocation.

38. Approval of the Settlement is independent from approval of a plan of allocation. Any determination with respect to a plan of allocation will not affect the Settlement, if approved.

39. Unless the Court otherwise orders, any Settlement Class Member who or which fails to submit a Claim Form postmarked on or before November 5, 2021, shall be fully and forever barred from receiving payments pursuant to the Settlement but will in all other respects remain a Settlement Class Member and be subject to the provisions of the Stipulation, including the terms of any Judgment entered and the releases given. This means that each Settlement Class Member releases the Released Claims (as defined in ¶ 29 above) against the Released Defense Parties (as defined in ¶ 30 above) and will be enjoined and prohibited from filing, prosecuting or pursuing any of the Released Claims against any of the Released Defense Parties, whether or not such Settlement Class Member submits a Claim Form.

40. Participants in and beneficiaries of a plan covered by ERISA ("ERISA Plan") should NOT include any information relating to their transactions in Dynagas securities held through the ERISA Plan in any Claim Form that they may submit in this Action. They should include ONLY those shares that they held outside of the ERISA Plan. Claims based on any ERISA Plan's purchases or sales of Dynagas securities during the Class Period may be made by the ERISA Plan's trustees. To the extent any of the Defendants or any of the other persons or entities excluded from the Settlement Class are participants in such an ERISA Plan, such persons or entities

shall not receive, either directly or indirectly, any portion of the recovery that may be obtained from the Settlement by the ERISA Plan.

41. The Court has reserved jurisdiction to allow, disallow or adjust on equitable grounds the Claim of any Settlement Class Member.

42. Each Claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to his, her or its Claim Form.

43. Only Settlement Class Members, *i.e.*, persons and entities who purchased or otherwise acquired Dynagas securities, purchased or acquired call options on Dynagas securities or sold or transferred call options on Dynagas securities during the Class Period, will be eligible to share in the distribution of the Net Settlement Fund. Persons and entities that are excluded from the Settlement Class by definition or that exclude themselves from the Settlement Class pursuant to request will not be eligible to receive a distribution from the Net Settlement Fund and should not submit Claim Forms.

44. The objective of the Plan of Allocation is to distribute the Settlement proceeds equitably among those Settlement Class Members according to their alleged economic losses as a proximate result of the alleged wrongdoing. The Plan of Allocation is not a formal damage analysis, and the calculations made in accordance with the Plan of Allocation are not intended to be estimates of, or indicative of, the amounts that Settlement Class Members might have been able to recover after a trial, if successful. Nor are the calculations in accordance with the Plan of Allocation intended to be estimates of the amounts that will be paid to Authorized Claimants under the Settlement. The computations under the Plan of Allocation are only a method to weigh the claims of Authorized Claimants against one another for the purpose of making *pro rata* allocations of the Net Settlement Fund.

45. Under the proposed Plan of Allocation, Recognized Loss Amounts related to transactions in Dynagas common units, Dynagas Series A Preferred Units or Dynagas 6.25% Notes are calculated as 0.75 multiplied by the difference in the amount of alleged artificial inflation in the prices at the time of purchase and at the time of sale. The Recognized Loss Amounts related to transactions in Dynagas Series B Preferred Units will be calculated as the greater of: (a) 0.75 multiplied by the difference in the amount of alleged artificial inflation in the prices at the time of purchase and at the time of sale; or (b) the statutory damages available pursuant to Section 11 of the Securities Act, assuming the truth of the allegations in the Complaint and the failure of all defenses. For call options on Dynagas common units, the recognized loss will be 0.75 multiplied by the change in market price of each call option held over at least one corrective disclosure date ("Corrective Disclosure Date") on that (those) Corrective Disclosure Date(s). For put options on Dynagas common units, the recognized loss will be negative 0.75 multiplied by the change in market price of each put option held in a short position over at least one Corrective Disclosure Date on that (those) Corrective Disclosure Date(s).

46. In order to be eligible for a recovery under the Plan of Allocation, Dynagas securities or call options on Dynagas securities purchased or acquired during the Class Period must have been held through one or more of the three dates on which Plaintiffs allege that the amount of artificial inflation in Dynagas securities decreased (the "Corrective Disclosure Dates"). Similarly, in order to be eligible for a recovery under the Plan of Allocation, put options on Dynagas securities sold or transferred during the Class Period must have been sold or transferred prior to a Corrective Disclosure Date and remained open through one or more subsequent Corrective Disclosure Date(s). Under the Plan of Allocation, the Corrective Disclosure Dates are: November 16, 2018, January 28, 2019, and March 23, 2019. The proposed Plan of Allocation is included in this Notice as Appendix A.

47. Under the proposed Plan of Allocation, the Recognized Loss Amount related to Dynagas securities and options other than Dynagas Units and put and call options on Dynagas Units is zero. Claims relating to any such securities and options are nevertheless released by the Settlement.

48. Derivative instruments other than put and call options on Dynagas securities (*e.g.*, forward contracts, swaps, etc.) ("Exotic Derivatives"), to the extent they may have existed, are not included in the Settlement. You are not a Settlement Class Member by virtue of any holdings or transactions in such instruments, you are not entitled to any recovery by virtue of any holdings or transactions in such instruments, and you are not bound by the Settlement by virtue of any holdings or transactions in such Exotic Derivatives. However, if you are otherwise a Settlement Class Member (*e.g.*, if you also purchased Dynagas Units or transacted in put options or call options on Dynagas securities during the Class Period), any claims you may have based on your holdings or transactions in Exotic Derivatives may be forever released by operation of the final judgment if you do not exclude yourself from the Settlement Class as described in ¶¶ 50-53, below.

## WHAT PAYMENT ARE THE ATTORNEYS FOR THE SETTLEMENT CLASS SEEKING? HOW WILL THE LAWYERS BE PAID?

49. Plaintiffs' Counsel have not received any payment for their services in pursuing claims against the Defendants on behalf of the Settlement Class, nor have Plaintiffs' Counsel been reimbursed for their out-of-pocket expenses. Before final approval of the Settlement, Lead Counsel will apply to the Court for an award of attorneys' fees for all Plaintiffs' Counsel in an amount not to exceed twenty-five percent of the Settlement Amount. At the same time, Lead Counsel also intend to apply for reimbursement of Litigation Expenses in an amount not to exceed $150,000 which may include an application for reimbursement for reasonable time and costs expended by Plaintiffs directly related to their representation of the Settlement Class not to exceed $10,000 in aggregate. The Court will determine the amount of any award of attorneys' fees or reimbursement of Litigation Expenses. Such sums as may be approved

by the Court will be paid from the Settlement Fund. Settlement Class Members are not personally liable for any such fees or expenses.

**WHAT IF I DO NOT WANT TO BE A MEMBER OF THE SETTLEMENT CLASS? HOW DO I EXCLUDE MYSELF?**

50. Each Settlement Class Member will be bound by the determinations, orders and judgments in this Action relating to the Settlement, whether favorable or unfavorable, unless such person or entity mails or delivers a written Request for Exclusion from the Settlement Class, addressed to *In re Dynagas LNG Partners LP Securities Litigation,* EXCLUSIONS, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217 or pursuant to the Court Order *In re Dynagas LNG Partners LP Securities Litigation,* EXCLUSIONS, c/o A.B. Data, Ltd., P.O. Box 173132, Milwaukee, WI 53217. The exclusion request must be ***received*** no later than October 15, 2021. You will not be able to exclude yourself from the Settlement Class after that date. Each Request for Exclusion must: (a) state the name, address, and telephone number of the person or entity requesting exclusion, and in the case of entities, the name and telephone number of the appropriate contact person; (b) state that such person or entity "requests exclusion from the Settlement Class in *In re Dynagas LNG Partners LP Securities Litigation*, Civil Action No. 19-cv-04512 (AJN);" (c) state the number of Dynagas Units and options on Dynagas Units that the person or entity requesting exclusion purchased/acquired and sold during the Class Period and the statutory "lookback" period (December 21, 2017 through June 19, 2019, inclusive for common units, Series A Preferred Units, 6.25% Notes and options, and **December 21, 2017 through September 26, 2019 for Series B Preferred Units**) as well as the dates and prices of each such purchase/acquisition and sale, and provide appropriate documentary proof of such purchases/acquisitions and sales; and (d) be signed by the person or entity requesting exclusion or an authorized representative under penalty of perjury. A Request for Exclusion shall not be valid and effective unless it provides all the information and documentation called for in this paragraph and is received within the time stated above, or is otherwise accepted by the Court.

51. If you do not want to be part of the Settlement Class, you must follow these instructions for exclusion even if you have pending, or later file, another lawsuit, arbitration or other proceeding relating to any Released Claim against any of the Released Defense Parties.

52. If you ask to be excluded from the Settlement Class, you will not be eligible to receive any payment out of the Net Settlement Fund.

53. Dynagas has the right to terminate the Settlement if valid requests for exclusion are received in an amount that exceeds an amount agreed to by Defendants and Plaintiffs.

**WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT? DO I HAVE TO COME TO THE HEARING? HOW DO I OBJECT? MAY I SPEAK AT THE HEARING IF I DON'T LIKE THE SETTLEMENT?**

54. **Settlement Class Members do not need to attend the Settlement Hearing. The Court will consider any submission made in accordance with the provisions below even if a Settlement Class Member does not attend the hearing. Settlement Class Members can participate in the Settlement without attending the Settlement Hearing. Please Note: The date and time of the Settlement Hearing may change without further written notice to the Settlement Class. You should monitor the Court's docket and the website maintained by the Claims Administrator, www.DynagasSecuritiesLitigation.com, before making plans to attend the Settlement Hearing. You may also confirm the date and time of the Settlement Hearing by contacting Lead Counsel.**

55. The Settlement Hearing will be held on November 5, 2021, before the Honorable Alison J. Nathan at the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse, 40 Centre Street, Courtroom 906, New York, New York 10007. The Court will consider whether to approve the Settlement, the Plan of Allocation, Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, and/or any other matter related to the Settlement at or after the Settlement Hearing without further notice to the members of the Settlement Class.

56. Any Settlement Class Member who or which does not request exclusion may object to the Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses. Objections must be in writing. You must file any written objection, together with copies of all other papers and briefs supporting the objection, with the Clerk's Office at the United States District Court for the Southern District of New York at the address set forth below on or before **October 15, 2021**. You must also mail the papers to Lead Counsel and Defendants' Counsel at the addresses set forth below so that the papers are ***received*** on or before **October 15, 2021**.

| **Clerk's Office** | **Lead Counsel** | **Defendants' Counsel** |
|---|---|---|
| Office of the Clerk<br>United States District Court for the Southern District of New York<br>Daniel Patrick Moynihan<br>U.S Courthouse<br>500 Pearl Street<br>New York, NY 10007 | **Entwistle & Cappucci LLP**<br>Andrew J. Entwistle<br>Frost Bank Tower<br>401 Congress Avenue<br>Suite 1170<br>Austin, TX 78701<br><br>and<br><br>Robert N. Cappucci<br>230 Park Avenue, 3rd Floor<br>New York, NY 10169 | **Wilmer Cutler Pickering Hale and Dorr LLP**<br>Michael G. Bongiorno<br>Jeremy T. Adler<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br><br>and<br><br>**Skadden, Arps, Slate, Meagher & Flom, LLP**<br>Scott D. Musoff<br>Maria da Silva<br>Haichuan Luo<br>One Manhattan West<br>New York, NY 10001 |

57. Any objection: (a) must state the name, address and telephone number of the person or entity objecting and must be signed by the objector; (b) must contain a statement of the Settlement Class Member's objection or objections, and the specific reasons for each objection, including any legal and evidentiary support the Settlement Class Member wishes to bring to the Court's attention; and (c) must include documents sufficient to prove membership in the Settlement Class, including the number of Dynagas securities and options on Dynagas securities the person or entity objecting purchased/acquired and sold during the Class Period and lookback period (December 21, 2017 through June 19, 2019, inclusive) as well as the dates and prices of each such purchase/acquisition and sale/transfer. You may not object to the Settlement, the Plan of Allocation or Lead Counsel's motion for attorneys' fees and reimbursement of Litigation Expenses if you exclude yourself from the Settlement Class or if you are not a Settlement Class Member.

58. You may file a written objection without having to appear at the Settlement Hearing. You may not, however, appear at the Settlement Hearing to present your objection unless you first filed and served a written objection in accordance with the procedures described above, unless the Court orders otherwise.

59. If you wish to be heard orally at the Settlement Hearing, you must also file a notice of appearance with the Clerk's Office and serve it on Lead Counsel and Defendants' Counsel at the addresses set forth in ¶ 56 above so that the notice is ***received*** on or before October 15, 2021. Persons who intend to object and desire to present evidence at the Settlement Hearing must include in their written objection or notice of appearance the identity of any witnesses they may call to testify and exhibits they intend to introduce into evidence at the hearing. Such persons may be heard orally at the discretion of the Court.

60. You are not required to hire an attorney to represent you in making written objections or in appearing at the Settlement Hearing. However, if you decide to hire an attorney, it will be at your own expense, and that attorney must file a notice of appearance with the Court and serve it on Lead Counsel and Defendants' Counsel at the addresses set forth in ¶ 56 above so that the notice is ***received*** on or before **October 15, 2021**.

61. The Settlement Hearing may be adjourned by the Court without further written notice to the Settlement Class. If you intend to attend the Settlement Hearing, you should confirm the date and time with Lead Counsel or review the Court's docket.

62. **Unless the Court orders otherwise, any Settlement Class Member who does not object in the manner described above will be deemed to have waived any objection and shall be forever foreclosed from making any objection to the Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses. Settlement Class Members do not need to appear at the Settlement Hearing or take any other action to indicate their approval.**

## WHAT IF I BOUGHT DYNAGAS SECURITIES ON SOMEONE ELSE'S BEHALF?

63. If you purchased or otherwise acquired Dynagas securities or call options on Dynagas securities from December 21, 2017 through March 21, 2019, inclusive (the Class Period), or sold or transferred put options on Dynagas securities during the Class Period for the beneficial interest of persons or organizations other than yourself, you must either: (a) within seven (7) calendar days of receipt of this Notice, request from the Claims Administrator sufficient copies of the Notice and Claim Form (the "Notice Packet") to forward to all such beneficial owners and within seven (7) calendar days of receipt of those Notice Packets forward them to all such beneficial owners; (b) within seven (7) calendar days of receipt of this Notice, provide a list of the names and addresses of all such beneficial owners to *In re Dynagas LNG Partners LP Securities Litigation,* c/o A.B. Data, Ltd., P.O. Box 173132, Milwaukee, WI 53217; or (c) within seven (7) calendar days of receipt of this Notice, provide an electronic copy of the Notice Packet to the beneficial owner by

electronic means by which the beneficial owner has agreed to receive communications regarding his, her or its investments in Dynagas securities.[7] If you choose option (b), the Claims Administrator will send a copy of the Notice Packet to the beneficial owners. Upon full compliance with these directions, such nominees may seek reimbursement of their reasonable expenses actually incurred by providing the Claims Administrator with proper documentation supporting the expenses for which reimbursement is sought. Copies of this Notice may also be obtained from the website maintained by the Claims Administrator, www.DynagasSecuritiesLitigation.com, by calling the Claims Administrator toll-free at 877-235-9861, or by emailing the Claims Administrator at info@DynagasSecuritiesLitigation.com

**CAN I SEE THE COURT FILE? WHOM SHOULD I CONTACT IF I HAVE QUESTIONS?**

64. This Notice contains only a summary of the terms of the proposed Settlement. For more detailed information about the matters involved in this Action, you are referred to the papers on file in the Action, including the Stipulation, which may be inspected during regular office hours at the Office of the Clerk, United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S Courthouse, 500 Pearl Street, New York, New York 10007. Additionally, copies of the Complaint, the briefing and order on Defendants' Motion to Dismiss, the Stipulation, and any related orders entered by the Court will be posted on the website maintained by the Claims Administrator, www.DynagasSecuritiesLitigation.com.

**Requests for the Notice or to be added to the mailing list for future notices in the Action should be made to:**

*In re Dynagas LNG Partners LP Securities Litigation*
c/o A.B. Data, Ltd.
P.O. Box 173132, Milwaukee, WI 53217
info@DynagasSecuritiesLitigation.com

**Inquiries, other than requests for the Notice, should be made to Lead Counsel:**

Andrew J. Entwistle, Esq.
ENTWISTLE & CAPPUCCI LLP
Frost Bank Tower
401 Congress Avenue, Suite 1170
Austin, Texas 78701
(512) 710-5960
aentwistle@entwistle-law.com

**DO NOT CALL OR WRITE THE COURT, THE OFFICE OF THE CLERK OF THE COURT, DEFENDANTS, OR THEIR COUNSEL REGARDING THIS NOTICE.**

Dated: July 8, 2021

By Order of the Court
United States District Court
Southern District of New York

[7] If the seventh calendar day after receipt of the Notice falls on a Saturday, Sunday, or legal holiday, the time allowed for you to comply with this provision shall be extended until the end of the next business day.

**Appendix A**
**Plan of Allocation**

1. For Dynagas Units[8] purchased or otherwise acquired between December 21, 2017 and March 21, 2019:

A. For each Dynagas Unit held at the end of trading on June 19, 2019, the Exchange Act Recognized Loss shall be the lesser of:

(1) the applicable purchase date artificial inflation per unit figure, as found in Table A; or
(2) the difference between the purchase price per unit and the applicable average closing price between March 22, 2019 and June 19, 2019, as found in Table B.[9]

B. For each Dynagas Unit sold between March 22, 2019 and June 19, 2019, the Exchange Act Recognized Loss shall be the lesser of:

(1) the applicable purchase date artificial inflation per unit figure, as found in Table A; or
(2) the difference between the purchase price per unit and the sales price per unit; or
(3) the difference between the purchase price per unit and the applicable average closing price between March 22, 2019 and the date of sale, as found in Table B.[10]

C. For each Dynagas Unit sold between December 21, 2017 and March 21, 2019, the Exchange Act Recognized Loss shall be the lesser of:

(1) the applicable purchase date artificial inflation per unit figure less the applicable sales date artificial inflation per unit figure, as found in Table A; or
(2) the difference between the purchase price per unit and the sales price per unit.

2. For call options on Dynagas Units ("call options") purchased or otherwise acquired to initiate or increase a long position during the Class Period:

A. For each call option[11] held at the end of trading on June 19, 2019, the Exchange Act Recognized Loss shall be the lesser of:

(1) the applicable purchase date per-option artificial inflation figure;[12] or
(2) the difference between the purchase price and the applicable average closing price between March 22, 2019 and June 19, 2019.

B. For each call option sold[13] between March 22, 2019 and June 19, 2019, the Exchange Act Recognized Loss shall be the lesser of:

(1) the applicable purchase date per-option artificial inflation figure; or
(2) the difference between the purchase price per option and the sales price per option; or
(3) the difference between the purchase price and the applicable average closing price between March 22, 2019 and the date of sale.

---

[8] The following four securities are collectively referred to herein as "Dynagas Units": (1) Dynagas common units representing limited partnership interests (NYSE DLNG) (CINS: Y2188B108) ("common units"); (2) Dynagas Series A Fixed to Floating Rate Cumulative Redeemable Perpetual Preferred Units (NYSE DLNG PR A) (CINS: Y2188B116) ("Series A Preferred Units"); (3) Dynagas Series B Fixed to Floating Rate Cumulative Redeemable Perpetual Preferred Units (NYSE DLNG PR B) (CINS: Y2188B124) ("Series B Preferred Units"); and (4) Dynagas 6.25% Senior Unsecured Notes that matured October 2019 (CUSIP No. 26780TAA5) ("Dynagas 6.25% Notes").

[9] Pursuant to Section 21(D)(e)(1) of the Private Securities Litigation Reform Act of 1995, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated."

[10] Pursuant to Section 21(D)(e)(2) of the Private Securities Litigation Reform Act of 1995, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, if the plaintiff sells or repurchases the subject security prior to the expiration of the 90-day period described in paragraph (1), the plaintiff's damages shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the security and the mean trading price of the security during the period beginning immediately after dissemination of information correcting the misstatement or omission and ending on the date on which the plaintiff sells or repurchases the security."

[11] Per option figures for both call options and put options will be adjusted to reflect the number of Dynagas Units underlying each option.

[12] In accordance with the process used to estimate artificial price inflation for the Dynagas Units, artificial inflation per call option will be calculated by accumulating market price declines, if any, that occurred on each Corrective Disclosure Date.

[13] The sales price for call options that were exercised or expired without exercise is deemed to be zero.

C. For call each option sold between December 21, 2017 and March 21, 2019, the Exchange Act Recognized Loss shall be the lesser of:

(1) the applicable purchase date per-option artificial inflation figure less the applicable sales date per-option artificial inflation figure; or
(2) the difference between the purchase price and the sales price.

3. For put options on Dynagas Units ("put options") written or otherwise sold to initiate or increase a short position during the Class Period:

A. For each put option open at the end of trading on June 19, 2019, the Exchange Act Recognized Loss shall be the lesser of:

(1) the applicable sale date per-option artificial deflation figure;[14] or
(2) the difference between the applicable average closing price between March 22, 2019 and June 19, 2019 and the sale price.

B. For each put option repurchased[15] between March 22, 2019 and June 19, 2019, the Exchange Act Recognized Loss shall be the lesser of:

(1) the applicable per-option sale date artificial deflation figure; or
(2) the difference between the repurchase price and the sales price; or
(3) the difference between the applicable average closing price between March 22, 2019 and the date of repurchase and the sale price.

C. For each put option repurchased between December 21, 2017 and March 21, 2019, the Exchange Act Recognized Loss shall be the lesser of:

(1) the applicable sale date per-option artificial deflation figure less the applicable purchase date per-option artificial deflation figure; or
(2) the difference between the repurchase price and the sale price.

4. For each Series B Preferred Unit purchased or otherwise acquired between October 16, 2018 and March 21, 2019, the Securities Act Recognized Loss shall be the difference between the purchase price per share (not to exceed $25.00) and:

A. If sold prior to the end of trading on September 26, 2019, the sales price.

B. If still held at the end of trading on September 26, 2019, $19.70.[16]

5. For securities other than Series B Preferred Units,[17] a Claimant's Recognized Loss shall be 75% of the aggregate Exchange Act Recognized Loss as described in Paragraphs 1-3 above. For Series B Preferred Units, a Claimant Recognized Loss shall be the greater of (a) 75% of the aggregate Exchange Act Recognized Loss as described in Paragraphs 1-3 above; or (b) 100% of the aggregate Securities Act Recognized Loss as described in Paragraph 4 above. A Claimant's Total Recognized Loss shall be the total of his, her or its Recognized Loss on each Dynagas security.

## ADDITIONAL PROVISIONS

**I. FIFO Matching:** All purchases/acquisitions and sales of Dynagas securities in the Class Period shall be matched on a First-In-First-Out ("FIFO") basis. Sales of Dynagas securities between December 21, 2017 through March 21, 2019 and holdings as of the close of trading on March 21, 2019 will be matched first against any holdings of Dynagas securities at the beginning of the Class Period, and then against purchases/acquisitions in chronological order, beginning with the earliest purchase/acquisition made during the Class Period.

---

[14] In accordance with the process used to estimate artificial price inflation for the Dynagas Units, artificial deflation per put option will be calculated by accumulating the put option price increases, if any, that occurred on each Corrective Disclosure Date.

[15] The repurchase price for put options that were assigned or expired without assignment is deemed to be zero.

[16] $19.70 was the closing price of the Series B Preferred Units on September 26, 2019, the date on which the Complaint asserting claims under the Securities Act was filed. As such, this Plan uses September 26, 2019, as the "…time such suit was brought" for purposes of establishing Plaintiffs' statutory measure of damages under the Securities Act.

[17] *i.e.*, common units, Series A Preferred Units, 6.25% Notes, call options, and put options.

**II. Purchase/Sale Dates:** A purchase/acquisition or sale of Dynagas securities shall be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date.

**III. Gifts:** The receipt or grant by gift, devise or inheritance of Dynagas securities during the Class Period shall not be deemed to be a purchase, acquisition or sale of Dynagas securities for the calculation of an Authorized Claimant's Recognized Losses, nor shall the receipt or grant be deemed an assignment of any claim relating to the purchase/sale unless (i) the donor or decedent purchased the security during the Class Period; (ii) the instrument of gift or assignment specifically provides that it is intended to transfer such rights to claims relating to the purchase or sale of Dynagas securities; and (iii) no Claim was submitted by or on behalf of the donor, on behalf of the decedent, or by anyone else with respect to those shares of Dynagas securities.

**IV. Short Sales:** The date of covering a "short sale" is deemed to be the date of purchase or acquisition of Dynagas Securities. The date of a "short sale" is deemed to be the date of sale of Dynagas Securities. Under the Plan of Allocation, however, the Recognized Loss on all "short sales" of Dynagas Units and call options is zero.

**V. Dynagas Securities Purchased/Sold Through the Exercise of Options:** Option contracts on Dynagas Units are eligible to participate in the Settlement. With respect to Dynagas Units purchased or sold through the exercise or assignment of an option, the purchase/sale date of the Dynagas Unit is the exercise or assignment date of the option and the purchase/sale price of the Dynagas Unit is the exercise price of the option.

**VI. Calculation of Market Loss/Gain:** For each Claimant, the Claims Administrator shall determine the difference between (i) the Total Purchase Amount[18] and (ii) the sum of the Total Sales Proceeds[19] and Total Holding Value.[20] This difference will be deemed a Claimant's Market Loss with respect to his, her, or its overall purchases/acquisitions of Dynagas Securities and options on Dynagas Securities during the Class Period.

**VII. Calculation and Cap of Claimant Total Recognized Loss:** For each Claimant, the Claimants' Total Recognized Loss will be the lesser of (i) the aggregate Recognized Loss associated with all Class Period purchases or acquisitions of Dynagas Securities or (ii) the Claimant's Market Loss. A Claimant with a negative Market Loss (*i.e.*, a gain) with respect to all of his, her or its transactions in Dynagas Securities and options on Dynagas Securities between December 21, 2017 and March 21, 2019 will have a Total Recognized Loss of $0, and will not be eligible for any distribution.

**VIII. Determination of Distribution Amount:** The total net funds available for distribution in this Action as a result of the Settlement Amount and all interest earned thereon, less taxes, notice and administration costs, attorneys' fees and litigation expenses awarded (the Net Settlement Fund) will be allocated *pro rata* based on each Authorized Claimant's proportional share of the Net Settlement Fund as determined by his, her or its Total Recognized Loss as compared to the aggregate Total Recognized Losses of all Authorized Claimants. This proportional share is the Authorized Claimant's "Distribution Amount." The Distribution Amount for Authorized Claimants with a Total Recognized Loss of $0.00 will be $0.00. Such Claimants will in any event be bound by the Settlement.

**IX. *De Minimis* Limitation**: If an Authorized Claimant's Distribution Amount calculates to less than $10.00, no distribution will be made to that Authorized Claimant. Those funds will be included in the distribution to other Authorized Claimants.

**X. Redistribution of Unclaimed Funds:** If any funds remain after the final distribution of recoveries in the Action *(i.e.*, if the Net Settlement Fund less distributions is positive) because of uncashed distributions or other reasons, then, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants cash their distribution checks, any balance remaining nine months after the final distribution of such funds shall be redistributed to Authorized Claimants who have cashed their initial distribution and who would receive at least $10.00 from such redistribution, after payment of any unpaid costs or fees incurred in administering the funds, including for such redistribution. Additional redistributions to Authorized Claimants who have cashed their prior distribution checks and who would receive at least $10.00 on such additional redistributions, subject to the conditions previously noted, may occur thereafter if Lead Counsel, in consultation with the Claims Administrator, determine that additional redistribution, after the deduction of any additional fees and expenses that would be incurred with respect to such redistributions, is cost-effective. At such time as it is determined that the redistribution of funds remaining is not cost-effective, the remaining balance (the Net Settlement

---

[18] The "Total Purchase Amount" is the total amount the Claimant paid (excluding commissions and other charges) for Dynagas securities purchased or acquired between December 21, 2017, through March 21, 2019.

[19] The Claims Administrator shall match any sales of Dynagas securities between December 21, 2017, through March 21, 2019, first against the Claimant's opening position in Dynagas securities (the proceeds of those sales will not be considered for purposes of calculating market gains or losses). The total amount received (excluding commissions and other charges) for sales of Dynagas securities between December 21, 2017, through March 21, 2019, shall be the "Total Sales Proceeds."

[20] When calculating Total Holding Value, the Claims Administrator shall ascribe a holding value based on each security's March 22, 2019, closing price: $2.38 per share of Dynagas Common Unit held as of the close of trading on March 21, 2019, $19.43 per Series A Preferred Unit held as of the close of trading on March 21, 2019, $19.26 per Series B Preferred Unit held as of the close of trading on March 21, 2019, and $960.00 per 6.25% Note held as of the close of trading on March 21, 2019. For call options still held or put options still short as of the close of trading on March 21, 2019, the Claims Administrator shall apply the same methodology based on the closing price of each option on March 22, 2019, or the next nearest trading date.

Fund less distributions) shall be contributed to non-sectarian, not-for-profit 501(c)(3) organizations recommended by Lead Counsel and approved by the Court.

**XI. Release:** Payment pursuant to the Plan of Allocation, or such other plan as may be approved by the Court, shall be conclusive against all Authorized Claimants. No Person shall have any claim against Plaintiffs, Lead Counsel, the Claims Administrator or any other agent designated by Lead Counsel, or the Released Defense Parties and/or their respective counsel, arising from distributions made substantially in accordance with the Stipulation, the plan of allocation approved by the Court, or any order of the Court. Plaintiffs and Defendants, and their respective counsel, and Plaintiffs' damages expert and all other Releasees shall have no liability whatsoever for the investment or distribution of the Settlement Fund or the Net Settlement Fund, the plan of allocation approved by the Court, or the determination, administration, calculation, or payment of any claim or nonperformance of the Claims Administrator, the payment or withholding of taxes (including interest and penalties) owed by the Settlement Fund, or any losses incurred in connection therewith.

**XII. Approval and Modification:** The Plan of Allocation set forth herein is the plan that is being proposed by Plaintiffs and Lead Counsel to the Court for approval. The Court may approve this plan as proposed or it may modify the Plan of Allocation without further notice to the Class. Any Orders regarding a modification of the Plan of Allocation will be posted on the Settlement website, www.DynagasSecuritiesLitigation.com.

**TABLE A**

**Estimated Artificial Inflation from December 21, 2017 through and including March 21, 2019**

| Transaction Date | | | Artificial Inflation Per Common Unit | Artificial Inflation Per Series A Preferred Unit | Artificial Inflation Per Series B Preferred Unit | Artificial Inflation Per $1,000 6.25% Note |
|---|---|---|---|---|---|---|
| December 21, 2017 | - | November 15, 2018 | $ 2.32 | $ 4.00 | $ 2.98 | $ 33.26 |
| November 16, 2018 | - | January 25, 2019 | $ 1.24 | $ 3.61 | $ 2.30 | $ 22.73 |
| January 26, 2019 | - | March 21, 2019 | $ 0.28 | $ 1.12 | $ 0.39 | $ 4.29 |

**TABLE B**

**Average Closing Price between 03/22/2019 and Date of Sale per Dynagas Unit**

| Date of Sale | Common Unit | Series A Preferred Unit | Series B Preferred Unit | 6.25% Note |
|---|---|---|---|---|
| 03/22/2019 | $2.38 | $19.43 | $19.26 | $960.00 |
| 03/25/2019 | $2.35 | $19.52 | $19.09 | $956.25 |
| 03/26/2019 | $2.34 | $19.53 | $19.04 | $955.67 |
| 03/27/2019 | $2.33 | $19.50 | $19.01 | $952.58 |
| 03/28/2019 | $2.30 | $19.49 | $19.01 | $951.66 |
| 03/29/2019 | $2.29 | $19.50 | $18.97 | $953.03 |
| 04/01/2019 | $2.28 | $19.50 | $18.95 | $953.14 |
| 04/02/2019 | $2.28 | $19.51 | $18.93 | $954.01 |
| 04/03/2019 | $2.29 | $19.57 | $18.94 | $954.12 |
| 04/04/2019 | $2.30 | $19.61 | $18.97 | $956.56 |
| 04/05/2019 | $2.31 | $19.67 | $19.00 | $958.33 |
| 04/08/2019 | $2.31 | $19.72 | $19.03 | $958.99 |
| 04/09/2019 | $2.32 | $19.76 | $19.05 | $961.19 |
| 04/10/2019 | $2.33 | $19.80 | $19.07 | $963.07 |
| 04/11/2019 | $2.33 | $19.83 | $19.10 | $963.65 |
| 04/12/2019 | $2.34 | $19.83 | $19.11 | $964.42 |

| | | | | |
|---|---|---|---|---|
| 04/15/2019 | $2.34 | $19.86 | $19.14 | $964.16 |
| 04/16/2019 | $2.33 | $19.88 | $19.17 | $964.75 |
| 04/17/2019 | $2.33 | $19.89 | $19.18 | $965.27 |
| 04/18/2019 | $2.32 | $19.89 | $19.19 | $965.66 |
| 04/22/2019 | $2.32 | $19.91 | $19.21 | $965.27 |
| 04/23/2019 | $2.32 | $19.92 | $19.22 | $965.84 |
| 04/24/2019 | $2.32 | $19.94 | $19.23 | $966.56 |
| 04/25/2019 | $2.31 | $19.95 | $19.23 | $966.81 |
| 04/26/2019 | $2.31 | $19.98 | $19.24 | $967.13 |
| 04/29/2019 | $2.31 | $20.01 | $19.25 | $965.24 |
| 04/30/2019 | $2.31 | $20.05 | $19.28 | $965.63 |
| 05/01/2019 | $2.32 | $20.08 | $19.31 | $965.76 |
| 05/02/2019 | $2.31 | $20.11 | $19.32 | $965.35 |
| 05/03/2019 | $2.32 | $20.11 | $19.33 | $965.67 |
| 05/06/2019 | $2.32 | $20.11 | $19.35 | $965.81 |
| 05/07/2019 | $2.31 | $20.10 | $19.36 | $965.94 |
| 05/08/2019 | $2.31 | $20.09 | $19.37 | $965.48 |
| 05/09/2019 | $2.31 | $20.08 | $19.38 | $964.99 |
| 05/10/2019 | $2.31 | $20.07 | $19.39 | $964.44 |
| 05/13/2019 | $2.31 | $20.05 | $19.39 | $964.51 |
| 05/14/2019 | $2.31 | $20.04 | $19.38 | $964.53 |
| 05/15/2019 | $2.30 | $20.03 | $19.37 | $964.12 |
| 05/16/2019 | $2.30 | $20.02 | $19.37 | $964.21 |
| 05/17/2019 | $2.30 | $20.01 | $19.36 | $964.29 |
| 05/20/2019 | $2.29 | $19.94 | $19.30 | $963.87 |
| 05/21/2019 | $2.28 | $19.89 | $19.25 | $963.77 |
| 05/22/2019 | $2.28 | $19.83 | $19.20 | $963.31 |
| 05/23/2019 | $2.27 | $19.75 | $19.13 | $963.01 |
| 05/24/2019 | $2.25 | $19.68 | $19.06 | $962.87 |
| 05/28/2019 | $2.24 | $19.62 | $19.01 | $962.32 |
| 05/29/2019 | $2.23 | $19.58 | $18.97 | $961.74 |
| 05/30/2019 | $2.22 | $19.56 | $18.95 | $961.26 |
| 05/31/2019 | $2.21 | $19.53 | $18.93 | $960.62 |
| 06/03/2019 | $2.20 | $19.51 | $18.92 | $960.26 |
| 06/04/2019 | $2.20 | $19.49 | $18.91 | $959.77 |
| 06/05/2019 | $2.19 | $19.45 | $18.87 | $959.48 |
| 06/06/2019 | $2.18 | $19.40 | $18.82 | $959.49 |
| 06/07/2019 | $2.17 | $19.34 | $18.77 | $959.22 |
| 06/10/2019 | $2.16 | $19.29 | $18.72 | $959.05 |
| 06/11/2019 | $2.15 | $19.25 | $18.68 | $958.98 |
| 06/12/2019 | $2.15 | $19.22 | $18.65 | $958.82 |
| 06/13/2019 | $2.14 | $19.18 | $18.61 | $958.80 |
| 06/14/2019 | $2.13 | $19.14 | $18.57 | $958.99 |
| 06/17/2019 | $2.12 | $19.11 | $18.53 | $959.15 |
| 06/18/2019 | $2.11 | $19.07 | $18.50 | $959.37 |
| 06/19/2019 | $2.10 | $19.04 | $18.46 | $959.60 |

***In re Dynagas LNG Partners LP Securities Litigation***
**c/o A.B. Data, Ltd.**
**P.O. Box 173132**
**Milwaukee, WI 53217**

**Toll-Free Number: 877-235-9861**
**Email: info@DynagasSecuritiesLitigation.com**
**Website: www.DynagasSecuritiesLitigation.com**

## PROOF OF CLAIM AND RELEASE FORM

To be eligible to receive a share of the Net Settlement Fund in connection with the Settlement of this Action, you must complete and sign this Proof of Claim and Release Form ("Claim Form") and mail it by First-Class Mail to the above address, **postmarked no later than November 5, 2021**.

Failure to submit your Claim Form by the date specified will subject your claim to rejection and may preclude you from being eligible to receive any money in connection with the Settlement.

**Do not mail or deliver your Claim Form to the Court, the parties to the Action, or their counsel.**

**SUBMIT YOUR CLAIM FORM ONLY TO THE CLAIMS ADMINISTRATOR AT THE ADDRESS SET FORTH ABOVE.**

**TABLE OF CONTENTS** — **PAGE #**


| | |
|---|---|
| **PART I – GENERAL INSTRUCTIONS** | **2** |
| **PART II – CLAIMANT INFORMATION** | **4** |
| **PART III – SCHEDULE OF TRANSACTIONS IN DYNAGAS LNG PARTNERS LP SECURITIES** | **5** |
| **PART IV – SCHEDULE OF TRANSACTIONS IN OPTIONS CONTRACTS ON DYNAGAS LNG PARTNERS LP SECURITIES** | **9** |
| **PART V – RELEASE OF CLAIMS AND SIGNATURE** | **13** |

## PART I – GENERAL INSTRUCTIONS

1. It is important that you completely read and understand the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice") that accompanies this Claim Form, including the proposed Plan of Allocation set forth in the Notice. The Notice describes the proposed Settlement, how Settlement Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved by the Court. The Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Claim Form. By signing and submitting this Claim Form, you will be certifying that you have read and that you understand the Notice, including the terms of the releases described therein and provided for herein.

2. This Claim Form is directed to all members of the "Settlement Class," which consists of all persons and entities who purchased or otherwise acquired the securities of Dynagas LNG Partners LP ("Dynagas") during the period from December 21, 2017, through March 21, 2019, inclusive (the "Class Period"), all persons who purchased call options on Dynagas securities during the Class Period, and all Persons who sold put options on Dynagas securities during the Class Period, excluding certain individuals and entities related to the Defendants. By submitting this Claim Form, you will be making a request to share in the proceeds of the Settlement described in the Notice. IF YOU ARE NOT A SETTLEMENT CLASS MEMBER (see the definition of the Settlement Class on page 5 (Paragraph 19) of the Notice, which sets forth who is included in and who is excluded from the Settlement Class), OR IF YOU, OR SOMEONE ACTING ON YOUR BEHALF, SUBMITTED A REQUEST FOR EXCLUSION FROM THE SETTLEMENT CLASS, DO NOT SUBMIT A CLAIM FORM. **YOU MAY NOT, DIRECTLY OR INDIRECTLY, PARTICIPATE IN THE SETTLEMENT IF YOU ARE NOT A SETTLEMENT CLASS MEMBER**. THUS, IF YOU ARE EXCLUDED FROM THE SETTLEMENT CLASS, ANY CLAIM FORM THAT YOU SUBMIT, OR THAT MAY BE SUBMITTED ON YOUR BEHALF, WILL NOT BE ACCEPTED.

3. **Submission of this Claim Form does not guarantee that you will share in the proceeds of the Settlement. The distribution of the Net Settlement Fund will be governed by the Plan of Allocation set forth in the Notice, if it is approved by the Court, or by such other plan of allocation as the Court approves.**

4. Use the Schedule of Transactions in Parts III and IV of this Claim Form to supply all required details of your transaction(s) (including free transfers and deliveries) in and holdings of Dynagas securities and options during the Class Period. On this schedule, please provide all of the requested information with respect to your holdings, purchases, acquisitions, and sales of Dynagas securities, whether such transactions resulted in a profit or a loss. **Failure to report all transaction and holding information during the requested time periods may result in the rejection of your claim.**

5. You are required to submit genuine and sufficient documentation for all of your transactions in and holdings of Dynagas securities and options set forth in the Schedule of Transactions in Parts III and IV of this Claim Form. Documentation may consist of copies of brokerage confirmation slips or monthly brokerage account statements, or an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement. The Parties, including Dynagas, and the Claims Administrator do not independently have information about your investments in Dynagas securities and options. IF SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN COPIES OR EQUIVALENT DOCUMENTS FROM YOUR BROKER. FAILURE TO SUPPLY THIS DOCUMENTATION MAY RESULT IN THE REJECTION OF YOUR CLAIM. DO NOT SEND ORIGINAL DOCUMENTS. **Please keep a copy of all documents that you send to the Claims Administrator. Also, please do not highlight any portion of the Claim Form or any supporting documents**.

6. All joint beneficial owners must each sign this Claim Form and their names must appear as "Claimants" in Part II of this Claim Form. If you owned Dynagas securities or options during the Class Period and held them in your name, you are the beneficial owner as well as the record owner and you must sign this Claim Form to participate in the Settlement. If, however, you owned Dynagas securities during the Class Period and the securities were registered in the name of a third party, such as a nominee or brokerage firm, you are the beneficial owner of these shares, but the third party is the record owner. The beneficial owner, not the record owner, must sign this Claim Form to be eligible to participate in the Settlement.

7. **One Claim should be submitted for each separate legal entity**. Separate Claim Forms should be submitted for each separate legal entity (*e.g.*, a claim from joint owners should not include separate transactions of just one of the joint owners, and an individual should not combine his or her IRA transactions with transactions made solely in the individual's name). Conversely, a single Claim Form should be submitted on behalf of one legal entity including all transactions made by that entity on one Claim Form, no matter how many separate accounts that entity has (*e.g.*, a corporation with multiple brokerage accounts should include all transactions made in all accounts on one Claim Form).

8. Agents, executors, administrators, guardians, and trustees must complete and sign the Claim Form on behalf of persons represented by them, and they must:

(a) expressly state the capacity in which they are acting;

(b) identify the name, account number, last four digits of the Social Security Number (or Taxpayer Identification Number), address, and telephone number of the beneficial owner of (or other person or entity on whose behalf they are acting with respect to) the Dynagas securities; and

(c) furnish herewith evidence of their authority to bind to the Claim Form the person or entity on whose behalf they are acting. (Authority to complete and sign a Claim Form cannot be established by stockbrokers demonstrating only that they have discretionary authority to trade securities in another person's accounts.)

9. By submitting a signed Claim Form, you will be swearing that you:

(a) own(ed) the Dynagas securities or option contracts you have listed in the Claim Form; or

(b) are expressly authorized to act on behalf of the owner thereof.

10. By submitting a signed Claim Form, you will be swearing to the truth of the statements contained therein and the genuineness of the documents attached thereto, subject to penalties of perjury under the laws of the United States of America. The making of false statements, or the submission of forged or fraudulent documentation, will result in the rejection of your claim and may subject you to civil liability or criminal prosecution.

11. If the Court approves the Settlement, payments to eligible Authorized Claimants pursuant to the proposed Plan of Allocation (or such other plan of allocation as the Court approves) will be made after any appeals are resolved, and after the completion of all claims processing. The claims process will take substantial time to complete fully and fairly. Please be patient.

12. **PLEASE NOTE:** As set forth in the proposed Plan of Allocation, each Authorized Claimant shall receive his, her, or its *pro rata* share of the Net Settlement Fund. If the prorated payment to any Authorized Claimant calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to that Authorized Claimant.

13. If you have questions concerning the Claim Form, or need additional copies of the Claim Form or the Notice, you may contact the Claims Administrator, A.B. Data, Ltd., at the address on the first page of this Claim Form, by email at info@DynagasSecuritiesLitigation.com, or by toll-free phone at 877-235-9861, or you can visit the Settlement website, www.DynagasSecuritiesLitigation.com, where copies of the Claim Form and Notice are available for downloading.

14. NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. To obtain the ***mandatory*** electronic filing requirements and file layout, you may visit the Settlement website at www.DynagasSecuritiesLitigation.com or you may email the Claims Administrator's electronic filing department at info@DynagasSecuritiesLitigation.com. **Any file not in accordance with the required electronic filing format will be subject to rejection.** Only one claim should be submitted for each separate legal entity (*see* Paragraph 7 above) and the ***complete*** name of the beneficial owner of the securities must be entered where called for (*see* Paragraph 6 above). No electronic files will be considered to have been properly submitted unless the Claims Administrator issues an email to that effect. **Do not assume that your file has been received until you receive this email. If you do not receive such an email within 10 days of your submission, you should contact the Claims Administrator's electronic filing department at info@DynagasSecuritiesLitigation.com to inquire about your file and confirm it was received.**

**IMPORTANT: PLEASE NOTE**

**YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD. THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM BY MAIL, OR BY ELECTRONIC MEANS BY WHICH YOU MAY HAVE AGREED TO RECEIVE COMMUNICATIONS ABOUT YOUR INVESTMENTS IN DYNAGAS SECURITIES, WITHIN 60 DAYS. IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT WITHIN 60 DAYS, CALL THE CLAIMS ADMINISTRATOR TOLL-FREE AT 877-235-9861.**

## PART II – CLAIMANT INFORMATION

**Please complete this PART II in its entirety. The Claims Administrator will use this information for all communications regarding this Claim Form. If this information changes, you MUST notify the Claims Administrator in writing at the address above.**

Beneficial Owner's First Name | Beneficial Owner's Last Name

Co-Beneficial Owner's First Name | Co-Beneficial Owner's Last Name

Entity Name (if Beneficial Owner is not an individual)

Representative or Custodian Name (if different from Beneficial Owner(s) listed above)

Address1 (street name and number)

Address2 (apartment, unit, or box number)

City | State | Zip Code

Country

Last four digits of Social Security Number or Taxpayer Identification Number

Telephone Number (home) | Telephone Number (work) | Telephone Number (mobile)

Email address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

Account Number (where securities were traded)[1]

Claimant Account Type (check appropriate box):

☐ Individual (includes joint owner accounts) ☐ Pension Plan ☐ Trust
☐ Corporation ☐ Estate
☐ IRA/401K ☐ Other ____________________________ (please specify)

[1] If the account number is unknown, you may leave blank. If filing for more than one account for the same legal entity you may write "multiple." Please see Paragraph 7 of the General Instructions above for more information on when to file separate Claim Forms for multiple accounts.

**PART III – SCHEDULE OF TRANSACTIONS IN DYNAGAS LNG PARTNERS LP SECURITIES**

Please be sure to include proper documentation with your Claim Form as described in detail in Part I – General Instructions, Paragraph 5, above.

**DYNAGAS COMMON UNITS REPRESENTING LIMITED PARTNERSHIP INTERESTS ("COMMON UNITS" OR "COMMON STOCK") (CINS: Y2188B108) (Ticker Symbol: DLNG)**

| **1. HOLDINGS AS OF DECEMBER 21, 2017** – State the total number of Dynagas Common Units (shares) held as of the opening of trading on December 21, 2017. (Must be documented.) If none, write "zero" or "0." ____________________ | Confirm Proof of Position Enclosed ☐ |
|---|---|

| **2. PURCHASES/ACQUISITIONS FROM DECEMBER 21, 2017, THROUGH JUNE 19, 2019** – Separately list each and every purchase or acquisition (including free receipts) of Dynagas Common Units from after the opening of trading on December 21, 2017 through June 19, 2019 and including the close of trading on June 19, 2019. (Must be documented.) | | | | |
|---|---|---|---|---|
| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of Units (Shares) Purchased/Acquired | Purchase/ Acquisition Price Per Unit (Share) | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) | Confirm Proof of Purchase/ Acquisition Enclosed |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |

| **3. SALES FROM DECEMBER 21, 2017, THROUGH JUNE 19, 2019** – Separately list each and every sale or disposition (including free deliveries) of Dynagas Common Units from after the opening of trading on December 21, 2017, through June 19, 2019 and including the close of trading on June 19, 2019. (Must be documented.) | | | | **IF NONE, CHECK HERE** ☐ |
|---|---|---|---|---|
| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Units (Shares) Sold | Sale Price Per Unit (Share) | Total Sale Price (not deducting taxes, commissions, and fees) | Confirm Proof of Sale Enclosed |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |

| **4. HOLDINGS AS OF JUNE 19, 2019 –** State the total number of Dynagas Common Units (shares) held as of the close of trading on June 19, 2019. (Must be documented.) If none, write "zero" or "0." ________________ | Confirm Proof of Position Enclosed ☐ |
|---|---|

**DYNAGAS SERIES A FIXED TO FLOATING RATE CUMULATIVE REDEEMABLE PERPETUAL PREFERRED UNITS ("PREFERRED A UNITS") (CINS: Y2188B116) (Ticker Symbol: DLNG PR A)**

| **1. HOLDINGS AS OF DECEMBER 21, 2017** – State the total number of Dynagas Preferred A Units held as of the opening of trading on December 21, 2017. (Must be documented.) If none, write "zero" or "0." ____________________ | Confirm Proof of Position Enclosed ☐ |
|---|---|

| **2. PURCHASES/ACQUISITIONS FROM DECEMBER 21, 2017 THROUGH JUNE 19, 2019** – Separately list each and every purchase or acquisition (including free receipts) of Dynagas Preferred A Units from after the opening of trading on December 21, 2017 through June 19, 2019 and including the close of trading on June 19, 2019. (Must be documented.) | | | | |
|---|---|---|---|---|
| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of Units (Shares) Purchased/Acquired | Purchase/ Acquisition Price Per Unit (Share) | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) | Confirm Proof of Purchase/ Acquisition Enclosed |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |

| **3. SALES FROM DECEMBER 21, 2017, THROUGH JUNE 19, 2019** – Separately list each and every sale or disposition (including free deliveries) of Dynagas Preferred A Units from after the opening of trading on December 21, 2017, through June 19, 2019 and including the close of trading on June 19, 2019. (Must be documented.) | | | | **IF NONE, CHECK HERE** ☐ |
|---|---|---|---|---|
| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Units (Shares) Sold | Sale Price Per Unit (Share) | Total Sale Price (not deducting taxes, commissions, and fees) | Confirm Proof of Sale Enclosed |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |

| **4. HOLDINGS AS OF JUNE 19, 2019 –** State the total number of Dynagas Preferred A Units held as of the close of trading on June 19, 2019. (Must be documented.) If none, write "zero" or "0." ________________ | Confirm Proof of Position Enclosed ☐ |
|---|---|

**DYNAGAS SERIES B FIXED TO FLOATING RATE CUMULATIVE REDEEMABLE PERPETUAL PREFERRED UNITS ("PREFERRED B UNITS") (CINS: Y2188B124) (Ticker Symbol: DLNG PR B)**

| **1. HOLDINGS AS OF DECEMBER 21, 2017** – State the total number of Dynagas Preferred B Units held as of the opening of trading on December 21, 2017. If none, write "zero" or "0." ____________________ | Proof of Position Enclosed? (Y/N) ☐ |
|---|---|

| **2. PURCHASES/ACQUISITIONS FROM DECEMBER 21, 2017, THROUGH SEPTEMBER 26, 2019** – Separately list each and every purchase or acquisition (including free receipts) of Dynagas Preferred B Units from after the opening of trading on December 21, 2017 through September 26, 2019 and including the close of trading on September 26, 2019. (Must be documented.) | | | | |
|---|---|---|---|---|
| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of Units (Shares) Purchased/Acquired | Purchase/ Acquisition Price Per Unit (Share) | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) | Confirm Proof of Purchase/ Acquisition Enclosed |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |

| **3. SALES FROM DECEMBER 21, 2017, THROUGH SEPTEMBER 26, 2019** – Separately list each and every sale or disposition (including free deliveries) of Dynagas Preferred B Units from after the opening of trading on December 21, 2017, through September 26, 2019, and including the close of trading on September 26, 2019. (Must be documented.) | | | | **IF NONE, CHECK HERE** ☐ |
|---|---|---|---|---|
| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Units (Shares) Sold | Sale Price Per Unit (Share) | Total Sale Price (not deducting taxes, commissions, and fees) | Confirm Proof of Sale Enclosed |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |

| **4. HOLDINGS AS OF SEPTEMBER 26, 2019 –** State the total number of Dynagas Preferred B Units held as of the close of trading on September 26, 2019. (Must be documented.) If none, write "zero" or "0." ________________ | Confirm Proof of Position Enclosed ☐ |
|---|---|

**DYNAGAS 6.25% SENIOR UNSECURED NOTES MATURED OCTOBER 2019 (CUSIP No. 26780TAA5) ("6.25% NOTES")**

| **1. HOLDINGS AS OF DECEMBER 21, 2017** – State the total number of Dynagas 6.25% Notes held as of the opening of trading on December 21, 2017. (Must be documented.) If none, write "zero" or "0." ____________________ | Confirm Proof of Position Enclosed ☐ |
|---|---|

| **2. PURCHASES/ACQUISITIONS FROM DECEMBER 21, 2017, THROUGH JUNE 19, 2019** – Separately list each and every purchase or acquisition (including free receipts) of Dynagas 6.25% Notes from after the opening of trading on December 21, 2017 through June 19, 2019 and including the close of trading on June 19, 2019. (Must be documented.) | | | | |
|---|---|---|---|---|
| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of Notes Purchased/Acquired | Purchase/ Acquisition Price Per Note | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) | Confirm Proof of Purchase/ Acquisition Enclosed |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |

| **3. SALES FROM DECEMBER 21, 2017, THROUGH JUNE 19, 2019** – Separately list each and every sale or disposition (including free deliveries) of Dynagas 6.25% Notes from after the opening of trading on December 21, 2017, through June 19, 2019 and including the close of trading on June 19, 2019. (Must be documented.) | | | | **IF NONE, CHECK HERE** ☐ |
|---|---|---|---|---|
| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Notes Sold | Sale Price Per Note | Total Sale Price (not deducting taxes, commissions, and fees) | Confirm Proof of Sale Enclosed |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |

| **4. HOLDINGS AS OF JUNE 19, 2019 –** State the total number of shares of Dynagas 6.25% Notes held as of the close of trading on June 19, 2019. (Must be documented.) If none, write "zero" or "0." ________________ | Confirm Proof of Position Enclosed ☐ |
|---|---|

**PART IV -- SCHEDULE OF TRANSACTIONS IN OPTIONS CONTRACTS ON DYNAGAS LNG PARTNERS LP SECURITIES**

**CALL OPTIONS**

**A. BEGINNING HOLDINGS:** At the close of trading on **December 21, 2017**, I had the following call option contract positions (if your position was short, include the position in parentheses):

| Number of Contracts | Underlying Security (enter "CU" for Common Units) | Expiration Month and Year & Strike Price of Options (*e.g.*, 12/22 $15.00) | Indicate "Y" or "N" Was this an Open Sale Contract? |
|---|---|---|---|
| | | / ___.__ | |
| | | / ___.__ | |
| | | / ___.__ | |
| | | / ___.__ | |

**B. PURCHASES OF CALL OPTIONS:** I purchased call option contracts between **December 21, 2017** and the close of trading on **June 19, 2019**, inclusive (must be documented):

| Date of Purchase/Acquisition (List Chronologically) (Month/Day/Year) | Number of Contracts | Underlying Security (enter "CU" for Common Units) | Expiration Month and Year & Strike Price of Options (*e.g.*, 12/22 $15.00) | Sale Price Per Contract | Amount Expended (excluding taxes, commissions, and fees) |
|---|---|---|---|---|---|
| / / | | | / ___.__ | $ | . |
| / / | | | / ___.__ | $ | . |
| / / | | | / ___.__ | $ | . |
| / / | | | / ___.__ | $ | . |
| / / | | | / ___.__ | $ | . |
| / / | | | / ___.__ | $ | . |
| / / | | | / ___.__ | $ | . |
| / / | | | / ___.__ | $ | . |

IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS YOU **MUST** PHOTOCOPY THIS PAGE AND CHECK THIS BOX ☐. IF YOU DO NOT CHECK THIS BOX, THESE ADDITIONAL PAGES WILL **NOT** BE REVIEWED.

**CALL OPTIONS CONT'D**

**C. SALE TRANSACTIONS**: I made the following sales of the call option contracts listed on page 9 from **December 21, 2017, through June 19, 2019**, inclusive (Must be documented. Include Exercises, Assignments, and Expirations):

| Date of Sale/Assignment/ Exercise (List Chronologically) (Month/Day/Year) | Number of Contracts | Under-lying Security (Enter "CU" for Common Units) | Expiration Month and Year & Strike Price of Options (*e.g.*, 12/22 $15.00) | Sale Price Per Contract | Aggregate Amount Received (Excluding Taxes, Commissions, and Fees) | Enter "S" if Sold, "EXE" if Exercised, "A" if Assigned, or "EXP" if Expired |
|---|---|---|---|---|---|---|
| / / | | | / ___.__ | $ | $ | |
| / / | | | / ___.__ | $ | $ | |
| / / | | | / ___.__ | $ | $ | |
| / / | | | / ___.__ | $ | $ | |
| / / | | | / ___.__ | $ | $ | |
| / / | | | / ___.__ | $ | $ | |
| / / | | | / ___.__ | $ | $ | |
| / / | | | / ___.__ | $ | $ | |

IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS YOU **MUST** PHOTOCOPY THIS PAGE AND CHECK THIS BOX ☐. IF YOU DO NOT CHECK THIS BOX, THESE ADDITIONAL PAGES WILL **NOT** BE REVIEWED.

**D. ENDING HOLDINGS:** At the close of trading on **June 19, 2019**, I had the following call option contract positions (if your position was short, include the position in parentheses):

| Number of Contracts | Underlying Security (Enter "CU" for Common Units) | Expiration Month and Year & Strike Price of Options (*e.g.*, 12/22 $15.00) | Indicate "Y" or "N" Was this an Open Sale Contract? |
|---|---|---|---|
| | | / ___.__ | |
| | | / ___.__ | |
| | | / ___.__ | |
| | | / ___.__ | |

**PUT OPTIONS**

**A. BEGINNING HOLDINGS:** At the close of trading on **December 21, 2017**, I had the following put option contract positions (if your position was short, include the position in parentheses):

| Number of Contracts | Underlying Security (enter "CU" for Common Units) | Expiration Month and Year & Strike Price of Options (*e.g.*, 12/22 $15.00) | Indicate "Y" or "N" Was this an Open Sale Contract? |
|---|---|---|---|
| | | / ___.__ | |
| | | / ___.__ | |
| | | / ___.__ | |
| | | / ___.__ | |

**B. SALES/TRANSFERS OF PUT OPTIONS:** I made the following sales of put option contracts between **December 21, 2017** and the close of trading on **June 19, 2019**, inclusive (must be documented):

| Date of Sale/Assignment/ Exercise/Expiration (List Chronologically) (Month/Day/Year) | Number of Contracts | Underlying Security (Enter "CU" for Common Units) | Expiration Month and Year & Strike Price of Contracts (*e.g.*, 12/22 $15.00) | Price Received Per Contract | Aggregate Amount Received (Excluding Taxes, Commissions, and Fees) | Enter "S" if Sold, "EXE" if Exercised, "A" if Assigned, or "EXP" if Expired |
|---|---|---|---|---|---|---|
| / / | | | / ___.__ | $ | $ | |
| / / | | | / ___.__ | $ | $ | |
| / / | | | / ___.__ | $ | $ | |
| / / | | | / ___.__ | $ | $ | |
| / / | | | / ___.__ | $ | $ | |
| / / | | | / ___.__ | $ | $ | |
| / / | | | / ___.__ | $ | $ | |
| / / | | | / ___.__ | $ | $ | |

IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS YOU **MUST** PHOTOCOPY THIS PAGE AND CHECK THIS BOX ☐. IF YOU DO NOT CHECK THIS BOX, THESE ADDITIONAL PAGES WILL **NOT** BE REVIEWED.

**PUT OPTIONS CONT'D**

**C. PURCHASES / REPURCHASES OF PUT OPTIONS**: I made the following purchases and/or repurchases of the put option contracts listed on page 11 from **December 21, 2017, through June 19, 2019**, inclusive (Must be documented):

| Date of Purchase/Acquisition (List Chronologically) (Month/Day/Year) | Number of Contracts | Underlying Security (enter "CU" for Common Units) | Expiration Month and Year & Strike Price of Options (*e.g.*, 12/22 $15.00) | Sale Price Per Contract | Aggregate Amount Expended (excluding taxes, commissions, and fees) |
|---|---|---|---|---|---|
| / / | | | / ___.__ | $ | $ |
| / / | | | / ___.__ | $ | $ |
| / / | | | / ___.__ | $ | $ |
| / / | | | / ___.__ | $ | $ |
| / / | | | / ___.__ | $ | $ |
| / / | | | / ___.__ | $ | $ |
| / / | | | / ___.__ | $ | $ |
| / / | | | / ___.__ | $ | $ |

**D. ENDING HOLDINGS:** At the close of trading on **June 19, 2019**, I had the following put option contract positions (if your position was short, include the position in parentheses):

| Number of Contracts | Underlying Security (Enter "CU" for Common Units) | Expiration Month and Year & Strike Price of Options (*e.g.*, 12/22 $15.00) | Indicate "Y" or "N" Was this an Open Sale Contract? |
|---|---|---|---|
| | | / ___.__ | |
| | | / ___.__ | |
| | | / ___.__ | |
| | | / ___.__ | |

IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS YOU **MUST** PHOTOCOPY THIS PAGE AND CHECK THIS BOX ☐. IF YOU DO NOT CHECK THIS BOX, THESE ADDITIONAL PAGES WILL **NOT** BE REVIEWED.

**NOTE: DERIVATIVE INSTRUMENTS OTHER THAN CALL OPTIONS AND PUT OPTIONS (*E.G.*, FORWARD CONTRACTS OR SWAPS) ARE NOT INCLUDED IN THE CLASS DEFINITION AND ARE NOT ELIGIBLE TO RECEIVE DISTRIBUTIONS FROM THE NET SETTLEMENT FUND. YOU DO NOT NEED TO REPORT YOUR HOLDINGS OR TRANSACTIONS IN SUCH INSTRUMENTS (IF ANY) TO THE CLAIMS ADMINISTRATOR.**

## PART V - RELEASE OF CLAIMS AND SIGNATURE

**YOU MUST ALSO READ THE RELEASE AND CERTIFICATION BELOW AND SIGN ON PAGE 14 OF THIS CLAIM FORM.**

I (we) hereby acknowledge that, pursuant to the terms set forth in the Stipulation, without further action by anyone, upon the Effective Date of the Settlement, I (we), on behalf of myself (ourselves) and my (our) heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each and every Released Plaintiffs' Claim (including, without limitation, any Unknown Claims) against the Defendants and the other Defendants' Releasees, and shall forever be barred and enjoined from prosecuting any or all of the Released Plaintiffs' Claims against any of the Defendants' Releasees.

**CERTIFICATION**

By signing and submitting this Claim Form, the claimant(s) or the person(s) who represent(s) the claimant(s) agree(s) to the release above and certifies (certify) as follows:

1. that I (we) have read and understand the contents of the Notice and this Claim Form, including the releases provided for in the Stipulation and the terms of the Plan of Allocation;

2. that the claimant(s) is (are) a Settlement Class Member(s), as defined in the Notice, and is (are) not excluded by definition from the Settlement Class as set forth in the Notice;

3. that the claimant(s) has (have) **not** submitted a request for exclusion from the Settlement Class;

4. that I (we) own(ed) the Dynagas securities identified in the Claim Form and have not assigned the claim against the Defendants or any of the other Defendants' Releasees to another, or that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

5. that the claimant(s) has (have) not submitted any other claim covering the same purchases of Dynagas securities and knows (know) of no other person having done so on the claimant's (claimants') behalf;

6. that the claimant(s) submit(s) to the jurisdiction of the Court with respect to claimant's (claimants') claim and for purposes of enforcing the releases set forth herein;

7. that I (we) agree to furnish such additional information with respect to this Claim Form as Lead Counsel, the Claims Administrator, or the Court may require;

8. that the claimant(s) waive(s) the right to trial by jury, to the extent it exists, agree(s) to the determination by the Court of the validity or amount of this Claim and waives any right of appeal or review with respect to such determination;

9. that I (we) acknowledge that the claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

10. that the claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (a) the claimant(s) is (are) exempt from backup withholding or (b) the claimant(s) has (have) not been notified by the IRS that he, she, it, or they is (are) subject to backup withholding as a result of a failure to report all interest or dividends or (c) the IRS has notified the claimant(s) that he, she, it, or they is (are) no longer subject to backup withholding. **If the IRS has notified the claimant(s) that he, she, it, or they is (are) subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**

UNDER THE PENALTIES OF PERJURY, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

Signature of claimant Date

Print claimant name here

Signature of joint claimant, if any Date

Print joint claimant name here

***If the claimant is other than an individual, or is not the person completing this form, the following also must be provided:***

Signature of person signing on behalf of claimant Date

Print name of person signing on behalf of claimant here

Capacity of person signing on behalf of claimant, if other than an individual, *e.g.*, executor, president, trustee, custodian, etc. (Must provide evidence of authority to act on behalf of claimant – see Paragraph 8 on page 2.)

**REMINDER CHECKLIST:**

1. Sign the above release and certification. If this Claim Form is being made on behalf of joint claimants, then both must sign.
2. Attach only **copies** of acceptable supporting documentation, as these documents will not be returned to you.
3. Do not highlight any portion of the Claim Form or any supporting documents.
4. Keep copies of the completed Claim Form and documentation for your own records.
5. The Claims Administrator will acknowledge receipt of your Claim Form by mail, within 60 days. Your claim is not deemed filed until you receive an acknowledgement postcard. **If you do not receive an acknowledgement postcard within 60 days, please call the Claims Administrator toll-free at 877-235-9861.**
6. If your address changes in the future, or if this Claim Form was sent to an old or incorrect address, you must send the Claims Administrator written notification of your new address. If you change your name, inform the Claims Administrator.
7. If you have any questions or concerns regarding your claim, please contact the Claims Administrator at the address below, by email at info@DynagasSecuritiesLitigation.com, or by toll-free phone at 877-235-9861, or you may visit the website maintained by the Claims Administrator: www.DynagasSecuritiesLitigation.com. DO NOT call Defendants or their counsel with questions regarding your claim.

THIS CLAIM FORM MUST BE MAILED TO THE CLAIMS ADMINISTRATOR BY FIRST-CLASS MAIL, **POSTMARKED NO LATER THAN NOVEMBER 5, 2021**, ADDRESSED AS FOLLOWS:

*In re Dynagas LNG Partners LP Securities Litigation*
c/o A.B. Data, Ltd.
P.O. Box 173132
Milwaukee, WI 53217

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if a postmark date on or before November 5, 2021, is indicated on the envelope and it is mailed First-Class and addressed in accordance with the above instructions. In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to fully process all of the Claim Forms. Please be patient and notify the Claims Administrator of any change of address.

# EXHIBIT B

P2JW196000-2-B00500-1--------XA







# Sales Can Be a Hard Sell to Young Job Seekers

By Patrick Thomas

Salespeople make good money and get to help customers solve problems. So why doesn't anybody want to do the job?

Demand for sales roles has shot up as companies emerging from the pandemic switch to growth mode, but recruiters say they struggle to convince people to make sales a career.

ZipRecruiter, an online job platform, shows the number of sales roles advertised has risen steadily this year, up 65% to more than 700,000 open positions around the U.S., after big layoffs decimated the field at the outset of the pandemic a year ago.




*Through June 14; Excludes real estate, cars and retail sales
Source: ZipRecruiter

The struggle to find sales hires predates the pandemic and may have more to do with the types of roles people are comfortable taking these days than it does with a shortage of workers. Images of glad-handing car salesmen or "Mad Men"-style account representatives are hard to shake, recruiters say, adding that early-career hires aren't always attracted to positions where success is measured in new business brought in.

Sales roles also may not be top of mind for new grads because few colleges offer sales-specific degree programs, they add.

"People don't go to school and think, 'I'm going to be in sales,'" said Howard Brown, CEO and founder of ringDNA, a software provider for sales workers. "It's the lifeblood of every organization, but talent is limited."

Keith Wolf, managing director of Houston-based recruiting firm Murray Resources, said the number of sales jobs advertised by his clients between January and May is double what it was for the prior five months.

Mr. Wolf said many young workers assume that sales work means convincing customers to buy with high-pressure sales tactics, and are turned off. Sales has dramatically changed in recent years, he says, shifting from cold calls to potential customers to consulting with companies that often seek out products.

Changes in sales accelerated during the pandemic, and businesses are trying to entice more people into the job by demonstrating that they don't have to operate in a pressure-cooker environment (or work the phones) the way sales workers once did.

"It's really transformed over the years from someone pounding the phones—used car salesman comes to mind," Mr. Wolf says. "It's much more problem-solving and working with clients now. Most college-educated sales roles have become much more consultative."

Many take a detour into sales after their original career plans changed.

Fredric Brasher, a 26-year-old former engineer in Houston, works at Daikin Applied Americas, which manufactures heating, ventilation and air-conditioning products that he helped design.

Seeking a new challenge to shake up his work life, he started paying more attention to the sales team's interactions with the engineers. After hearing about their sizable commissions, he decided to give sales a try.

"You can make quite a bit of money as an engineer but, in my experience, it takes longer to get to that level," Mr. Brasher says, adding that his pay has jumped more than 60% since switching to Daikin's sales side last August. Sales representatives who sell technical and scientific products and services to businesses earned a median annual wage of $108,830 in 2020, according to the U.S. Labor Department.

Chris Kaufield, chief revenue officer at Bellevue, Wash.-based software company Alitheon, Inc., plans to triple his sales staff this year. Clients like to do their own research about the products they buy, which means sales representatives have to flex their soft skills rather than read a script, Mr. Kaufield says.

"The new template for a salesperson is not about cold-calling. It's not mechanical," he says. "You have to be empathetic and deeply curious" about clients' businesses.

Adam Flomenbaum, a Seattle-based senior client partner at **Twitter** who sells the social-media company's advertising services to businesses, says he wouldn't have pursued a career in sales if it meant cold-calling 60 to 70 people a day while trying to hit unrealistic deal targets. His role is more about walking customers through what Twitter's advertising products can and can't do for them, he says. "You are trying to be a partner," he says.

PHOTO ILLUSTRATION BY EMIL LENDOF/THE WALL STREET JOURNAL; PHOTOS: ISTOCK

The pandemic changed sales in several permanent ways, according to a new report from **McKinsey** & Co. Sales that used to be sealed with a handshake quickly moved online and now 20% of clients surveyed by McKinsey say they hope to return to in-person sales.

Mark Cope, the senior vice president of sales and customer experience at Central-Reach, a company with offices in New Jersey and Florida that sells electronic health-record and other management software, says his firm will expand its sales team by more than 30% this year. It recently opened up positions to remote employees. Recruitment is focused on junior sales people with potential instead of trying to court more experienced sellers, he adds.

"We look for curiosity and certain traits rather than experience," Mr. Cope says.

# Apparel Brand Fabletics Taps Banks to Help IPO

By Cara Lombardo And Corrie Driebusch

Fabletics, the workout-apparel brand backed by actress Kate Hudson, has tapped banks to help it prepare for an initial public offering it hopes would value it at more than $5 billion, people familiar with the matter said.

Fabletics, owned by **Tech-Style Fashion Group**, recently selected Morgan Stanley, Goldman Sachs Group Inc., **Barclays** Plc and Bank of America Corp. for its IPO and is aiming to raise around $500 million in an offering, they said.

Fabletics was founded in 2013 by Adam Goldenberg and Don Ressler, who partnered with Ms. Hudson and feature her prominently in its advertisements. It aims to fill a gap in the market between high-end brands such as Lululemon and the cheapest brands.



EVAN AGOSTINI/ASSOCIATED PRESS

**Actress Kate Hudson is backing the workout-clothing brand.**

Members pay a monthly fee that goes toward purchases of clothing, or can skip a month. Its products include color-coordinated workout tops and bottoms, sports bras and other accessories. The brand also gives members access to a workout app.

The IPO market has been on a tear and investors have been especially receptive to consumer-facing companies, including healthcare-apparel startup Figs Inc. The scrubs-maker began trading in May and has a roughly $6 billion valuation, and its stock remains above its IPO price even after shares have tumbled. Trendy oatmilk company Oatly Group AB made its debut at a valuation of roughly $10 billion.

Though its shares have fallen recently, its stock still sits more than 15% above its IPO price. Plus-size retailer Torrid Holdings Inc. made its stock-market debut this month, with shares rising in their first day of trading. They remain above their IPO price.

Other consumer brands also exploring IPOs this year include trendy shoemaker Allbirds Inc. and eyeglass manufacturer Warby Parker Inc., people familiar with the matter said.

# Celebrities Play Starring Role In Funding Drug Maker Genexa

By Corrie Driebusch

Over-the-counter medicine company **Genexa** Inc. raised $60 million of funding from venture-capital firms and celebrities including Gwyneth Paltrow and Don Cheadle. The round values the company at roughly $200 million.

The company is the latest to capitalize on the so-called clean-health and wellness trend, in this case reducing synthetic ingredients in pain and fever, cold and flu, and allergy medicines.

Genexa's medicines contain the same active ingredients as other over-the-counter options, and they are manufactured in accordance with Food and Drug Administration guidelines. The key difference, the company says, is that it has replaced the typical fillers with a patented preservative system that is free of artificial dyes and common allergens.

It is entering a space dominated by behemoths—including **Johnson & Johnson** and **GlaxoSmithKline** PLC—and winning market share is an uphill battle, a concept that isn't lost on the two co-founders, David Johnson and Max Spielberg. Neither has a medical background, but they brought on Brian Perkins, a former Johnson & Johnson executive, as chairman.

"The industry that we're disrupting is a massive industry," Mr. Johnson said. "For us to really effect change, capital is required."

**The clean-living trend has gained steam in recent years.**

Jared Stein, co-founder and partner at Monogram Capital Partners, which led the funding round, reached out to Genexa late last year. Unilever Ventures, Verlinvest, North Castle Partners and Point King Capital joined in, along with more than a dozen celebrities including Ms. Paltrow, Mr. Cheadle, Chris Pratt, Donald Glover and Regina Hall.

Mr. Stein told The Wall Street Journal that the company chose to raise more money than planned to spend on consumer education about the brand.

Genexa products are sold at stores including **Walmart** Inc., **Target** Corp. and Whole Foods, but Messrs. Johnson and Spielberg said they hope the money—and the new celebrity backers who have big social-media followings—will help increase brand awareness.

The clean-living trend has gained steam in recent years, particularly among celebrities and their followings. Co., the consumer-goods company co-founded by actress Jessica Alba that is known for its eco-friendly baby and cleaning products, went public this year. Its stock trades below its IPO price.

**Oatly Group** AB is another recent IPO with celebrity backers. The Swedish oat-milk maker raised money from Oprah Winfrey in a **Blackstone Group** Inc.-backed funding round less than a year ahead of its May IPO. Oatly's stock trades more than 20% above its IPO price.

ADVERTISEMENT

## The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

CLASS ACTION

NOTICE OF SALE



NOTICE OF PUBLIC SALE • Property to be Sold

Public Sale No. 1: Tuesday, July 20, 2021 10:00 a.m. EST. The Asset Type for Lot 1: ABS CDO. The Asset Type for Lots 2-4: CMBS. The Asset Type for Lot 5: Subprime.

| Lot # | CUSIP | Issue | Original Face |
|---|---|---|---|
| 1 | 52902WAG4 | LEXN 2006-2A E | 3,000,000 |
| 2 | 86359DZP5 | LBSBC 2006-1A B | 2,000,000 |
| 3 | 52520VAH6 | LBSBC 2006-2A B | 1,504,000 |
| 4 | 92976BEJ7 | WBCMT 2006-C23 H | 5,000,000 |
| 5 | 004375FE6 | ACCR 2006-1 M8 | 1,500,000 |

Public Sale No. 2: Tuesday, July 20, 2021 1:00 p.m. EST. The Asset Type for Lots 1-5: Zero Factor - CMBS. The Asset Type for Lots 6-101: Zero Factor - RMBS.

| Lot # | CUSIP | Issue | Original Face |
|---|---|---|---|
| 1 | 05950XAW6 | BACM 2006-5 H | 3,000,000 |
| 2 | 22545BAM3 | CSMC 2006-C2 G | 3,000,000 |
| 3 | 22545DAM9 | CSMC 2006-C3 F | 2,500,000 |
| 4 | 22545MAQ0 | CSMC 2006-C4 J | 2,500,000 |
| 5 | 46625YR21 | JPMCC 2006-LDP6 G | 2,477,000 |
| 6 | 00075QAP7 | ABFC 2006-OPT1 B | 1,000,000 |
| 7 | 00075QAN2 | ABFC 2006-OPT1 M9 | 1,000,000 |
| 8 | 00075XAR8 | ABFC 2006-OPT2 B | 2,250,000 |
| 9 | 04541GTT9 | ABSHE 2005-HE6 M9 | 2,500,000 |
| 10 | 04541GWN8 | ABSHE 2006-HE2 M7 | 5,071,000 |
| 11 | 04544PAQ2 | ABSHE 2006-HE5 M10 | 2,250,000 |
| 12 | 04544PAM1 | ABSHE 2006-HE5 M7 | 2,000,000 |
| 13 | 00441XAQ7 | ACE 2006-NC2 M10 | 1,000,000 |
| 14 | 00441YAM4 | ACE 2006-OP2 M7 | 1,000,000 |
| 15 | 00703QAR3 | ARMT 2006-3 4M7 | 1,969,000 |
| 16 | 00703QAS1 | ARMT 2006-3 4M8 | 3,000,000 |
| 17 | 05952GAL5 | BAFC 2007-D M6 | 3,034,000 |
| 18 | 07387UBC4 | BSABS 2006-PC1 M6 | 1,000,000 |
| 19 | 07387UBD2 | BSABS 2006-PC1 M7 | 500,000 |
| 20 | 07387UBE0 | BSABS 2006-PC1 M8 | 1,587,000 |
| 21 | 07387JAS5 | BSCMS 2006-PW12 F | 2,000,000 |
| 22 | 144538AN5 | CARR 2006-FRE1 M9 | 960,000 |
| 23 | 14453FAN9 | CARR 2006-NC2 M9 | 1,300,000 |
| 24 | 144531FV7 | CARR 2006-OPT1 M8 | 3,000,000 |
| 25 | 144531FW5 | CARR 2006-OPT1 M9 | 1,000,000 |
| 26 | 14453EAM4 | CARR 2006-RFC1 M8 | 1,700,000 |
| 27 | 14453EAN2 | CARR 2006-RFC1 M9 | 1,250,000 |
| 28 | 02148LAE2 | CWALT 2007-HY2 B2 | 3,000,000 |
| 29 | 35729PPL8 | FHLT 2006-1 M9 | 2,500,000 |
| 30 | 36297NAH8 | GSAMP 2006-S3 M5 | 2,000,000 |
| 31 | 3622MGAP3 | GSAMP 2007-NC1 M9 | 2,000,000 |
| 32 | 40431KAK6 | HALO 2007-WF1 M4 | 3,000,000 |
| 33 | 40430HEG9 | HASC 2006-OPT2 M7 | 3,685,000 |
| 34 | 40430KAP6 | HASC 2006-OPT4 M7 | 3,435,000 |
| 35 | 40430FAP7 | HASC 2007-HE1 M9 | 4,000,000 |
| 36 | 437084PG5 | HEAT 2005-7 B1 | 2,750,000 |
| 37 | 437097AP3 | HEAT 2006-6 M8 | 1,750,000 |
| 38 | 225470RH8 | HEMT 2005-5 M7 | 1,000,000 |
| 39 | 225470RJ4 | HEMT 2005-5 M8 | 3,400,000 |
| 40 | 2254W0LR4 | HEMT 2005-HF1 M9 | 5,000,000 |
| 41 | 225470XW8 | HEMT 2006-1 M8 | 1,750,000 |
| 42 | 225470Y23 | HEMT 2006-2 1M9 | 2,050,000 |
| 43 | 45668JAT3 | INDX 2006-AR33 2B2 | 3,063,000 |
| 44 | 54251RAM5 | LBMLT 2006-6 M7 | 3,000,000 |
| 45 | 57643LQH2 | MABS 2006-AM1 M8 | 1,750,000 |
| 46 | 57643LQJ8 | MABS 2006-AM1 M9 | 1,250,000 |
| 47 | 590216AN7 | MLMI 2006-RM2 B1 | 3,000,000 |
| 48 | 61748BAN4 | MSAC 2006-HE4 B3 | 2,101,000 |
| 49 | 61748LAN2 | MSAC 2006-NC4 B2 | 3,000,000 |
| 50 | 61749KAN3 | MSAC 2006-WMC2 B1 | 3,000,000 |
| 51 | 65535VTZ1 | NAA 2006-S1 B2 | 3,680,000 |
| 52 | 65535YAM4 | NAA 2006-S2 B2 | 3,219,000 |
| 53 | 64360YAL9 | NCHET 2006-2 M8 | 1,500,000 |
| 54 | 64352VQJ3 | NCHET 2006-S1 M6 | 4,220,000 |
| 55 | 66988WAM8 | NHEL 2006-3 M7 | 1,150,000 |
| 56 | 66988YAM4 | NHEL 2006-5 M7 | 1,000,000 |
| 57 | 66988YAP7 | NHEL 2006-5 M9 | 3,000,000 |
| 58 | 65537MAM8 | NHELI 2007-2 M7 | 1,350,000 |
| 59 | 71103XAP9 | PFRMS 2006-1 M10 | 2,038,000 |
| 60 | 75115VAE5 | RALI 2006-QA9 M3 | 1,300,000 |
| 61 | 75115VAF2 | RALI 2006-QA9 M4 | 1,300,000 |
| 62 | 75115VAG0 | RALI 2006-QA9 M5 | 1,300,000 |
| 63 | 76112BY20 | RAMP 2006-NC1 M8 | 4,775,000 |
| 64 | 75156TAK6 | RAMP 2006-NC2 M7 | 4,000,000 |
| 65 | 75156TAL4 | RAMP 2006-NC2 M8 | 1,000,000 |
| 66 | 76112B4X5 | RAMP 2006-NC3 M9 | 4,200,000 |
| 67 | 754065AN0 | RASC 2006-EMX6 M9 | 3,000,000 |
| 68 | 75406BAM9 | RASC 2006-KS2 M8 | 2,500,000 |
| 69 | 813765AK0 | SABR 2006-FR3 B4 | 1,000,000 |
| 70 | 81377AAM4 | SABR 2006-HE2 B2 | 3,000,000 |
| 71 | 81376EAH8 | SABR 2006-NC2 B2 | 1,443,000 |
| 72 | 81375WKH8 | SABR 2006-WM1 B1 | 2,000,000 |
| 73 | 785778KB6 | SACO 2005-WM2 M4 | 5,757,000 |
| 74 | 785778QE4 | SACO 2006-1 M4 | 1,344,000 |
| 75 | 863579D21 | SARM 2005-21 B3I | 5,720,000 |
| 76 | 86362VAN2 | SASC 2006-BC6 M8 | 2,000,000 |
| 77 | 86360PAP2 | SASC 2006-NC1 M7 | 3,000,000 |
| 78 | 86360LAL0 | SASC 2006-WF2 M7 | 1,000,000 |
| 79 | 86360LAM8 | SASC 2006-WF2 M8 | 2,342,000 |
| 80 | 86361EAP6 | SASC 2006-WF3 M9 | 1,000,000 |
| 81 | 83611MHT8 | SVHE 2005-B M8 | 5,000,000 |
| 82 | 83611MME5 | SVHE 2006-OPT1 M6 | 2,000,000 |
| 83 | 83611MMF2 | SVHE 2006-OPT1 M7 | 1,000,000 |
| 84 | 83611MMU9 | SVHE 2006-OPT2 M8 | 1,000,000 |
| 85 | 83611YAL6 | SVHE 2006-OPT4 M6 | 2,500,000 |
| 86 | 83612CAM1 | SVHE 2006-OPT5 M7 | 3,000,000 |
| 87 | 83612KAN1 | SVHE 2007-OPT3 M8 | 1,500,000 |
| 88 | 93362YAQ5 | WAMU 2006-AR5 B8 | 800,000 |
| 89 | 93362YAR3 | WAMU 2006-AR5 B9 | 800,000 |
| 90 | 93363CAS8 | WAMU 2006-AR7 B7 | 1,912,000 |
| 91 | 93363CAT6 | WAMU 2006-AR7 B8 | 1,275,000 |
| 92 | 93363CAU3 | WAMU 2006-AR7 B9 | 956,000 |
| 93 | 9497EUAQ0 | WFHET 2006-1 M8 | 1,500,000 |
| 94 | 93934JAM6 | WMABS 2006-HE2 M8 | 1,300,000 |
| 95 | 93934JAN4 | WMABS 2006-HE2 M9 | 733,000 |
| 96 | 93935EAN4 | WMALT 2006-8 B1 | 1,000,000 |
| 97 | 93935EAP9 | WMALT 2006-8 B2 | 1,000,000 |
| 98 | 93935EAQ7 | WMALT 2006-8 B3 | 1,000,000 |
| 99 | 939345AS3 | WMALT 2006-AR4 B7 | 1,700,000 |
| 100 | 92978EAK0 | WMLT 2006-AMN1 B1 | 1,000,000 |
| 101 | 92978EAL8 | WMLT 2006-AMN1 B2 | 750,000 |

Dock Street Capital Management LLC, on behalf of The Bank of New York Mellon Trust Company, National Association, in its capacity as trustee (the "Trustee"), will be conducting sales of certain collateral pledged to the Trustee. The Collateral (as defined herein) will be offered and sold by the Trustee without recourse, representations or covenants, express or implied, being made by the Trustee with respect to the Collateral (except as to title to the Collateral) or with respect to any other information then in the Trustee's possession, including without limitation any offering circular or other financial information. **Location of Sale.** The sales will be held at 575-B Riverside Avenue, Westport, CT 06880. **Additional Information.** Please be advised that the sale of the securities listed above may be made only to the best bidder who is also a qualified bidder and will be subject to a reserve level. For additional information, including with respect to qualified bidder status, and to obtain copies of an Investor Representation and Confidentiality Agreement, contact David Crowle or Jeffrey Holtman by email at dcrowle@dockstreetcap.com or jholtman@dockstreetcap.com, respectively, by phone at (212) 457-8258, by facsimile at (212) 457-8269 or by mail addressed to 575-B Riverside Avenue, Westport, CT 06880. **Disclaimer.** The Trustee is authorized at such sales, if the Trustee deems it advisable or is required by applicable law to do so: (i) to restrict the prospective bidders on or purchasers of the above identified security (the "Collateral") to be sold to those who will represent and agree that they are purchasing for their own account for investment and not with a view to the distribution or resale of any of such assets, (ii) to verify that each certificate for the security to be sold bears a legend substantially to the effect that such security has not been registered under the Securities Act of 1933, as amended, and may not be disposed of in violation of the provisions of said Act, (iii) to disclaim and to refuse to give any warranty (other than as to title), and (iv) to impose such other limitations or conditions in connection with any such sale as the Trustee deems necessary or advisable.

# Entwistle & Cappucci LLP Announce Proposed Settlements in the Dynagas LNG Partners LP Securities Litigation

NEWS PROVIDED BY
**Entwistle & Cappucci LLP →**
Jul 16, 2021, 10:26 ET

NEW YORK, July 16, 2021 /PRNewswire/ --

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| IN RE DYNAGAS LNG PARTNERS LP SECURITIES LITIGATION | No. 19-cv-04512 (AJN) |
|---|---|

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**TO: All persons and entities who purchased or otherwise acquired the securities of Dynagas LNG Partners LP ("Dynagas"), purchased or otherwise acquired call options on Dynagas securities, or sold or otherwise transferred put options on Dynagas securities during the period from December 21, 2017 through March 21, 2019, inclusive (the "Settlement Class").**

**PLEASE READ THIS NOTICE CAREFULLY. YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of New York, that the above-captioned litigation (the "Action") has been provisionally certified as a class action for settlement purposes only on behalf of the Settlement Class, except for certain persons and entities who are excluded from the Settlement Class by definition as set forth in the full printed Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice").

YOU ARE ALSO NOTIFIED that Plaintiffs in the Action have reached a proposed settlement of the Action for $4,500,000 in cash (the "Settlement") to be paid on Defendants' behalf, that, if approved, will resolve all claims in the Action.

A hearing will be held on November 5, 2021, at 10:00 a.m., before the Honorable Alison J. Nathan at the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse, 40 Centre Street, Courtroom 906, New York, New York 10007, to determine whether: (i) the proposed Settlement should be approved as fair, reasonable and adequate; (ii) the Action should be dismissed with prejudice against Defendants and the Releases specified and described in the Stipulation and Agreement of Settlement dated May 21, 2021 (and in the Notice) should be granted; (iii) the proposed Plan of Allocation should be approved as fair and reasonable; and (iv) Lead Counsel's application for an award of attorneys' fees and reimbursement of litigation expenses should be approved.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund**. If you have not yet received the Notice and claim form ("Claim Form"), you may obtain copies of these documents by contacting the Claims Administrator at *In re Dynagas LNG Partners LP Securities Litigation*, c/o A.B. Data, Ltd., P.O. Box 173132, Milwaukee, WI 53217, Telephone: (877) 235-9861, Email: info@DynagasSecuritiesLitigation.com. Copies of the Notice and Claim Form can also be downloaded from the website maintained by the Claims Administrator, www.DynagasSecuritiesLitigation.com.

If you are a member of the Settlement Class, in order to be eligible to receive a payment under the proposed Settlement, you must either: (1) submit a Claim Form by First-Class Mail, addressed in accordance with the instructions thereon and ***postmarked*** **no later than**

**November 5, 2021; or (2) if specifically permitted by the Claims Administrator, submit all required information electronically in accordance with the Claims Administrator's instructions no later than November 5, 2021**. If you are a member of the Settlement Class and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is ***received*** **no later than October 15, 2021**, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation or Lead Counsel's motion for attorneys' fees and reimbursement of litigation expenses must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are ***received*** **no later than October 15, 2021**, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Clerk's office, the Defendants or their counsel regarding this notice. All questions about this notice, the proposed Settlement or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.**

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel: Andrew J. Entwistle, Esq. and Robert N. Cappucci, Esq., ENTWISTLE & CAPPUCCI LLP, 230 Park Avenue, 3rd Floor, New York, NY 10169, Telephone: (212) 894-7200, Facsimile: (212) 894-7272, Email: aentwistle@entwistle-law.com and rcappucci@entwistle-law.com. Requests for the Notice and Claim Form should be made to: *In re Dynagas LNG Partners LP Securities Litigation*, c/o A.B. Data, Ltd., P.O. Box 173132, Milwaukee, WI 53217, Telephone: (877) 235-9861, Email: info@DynagasSecuritiesLitigation.com. Additional information may be made available at the website maintained by the Claims Administrator: www.DynagasSecuritiesLitigation.com.

By Order of the Court

Source: Entwistle & Cappucci LLP

SOURCE Entwistle & Cappucci LLP