# EXHIBIT 7

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE DYNAGAS LNG PARTNERS LP SECURITIES LITIGATION | No. 19-cv-04512 (AJN) |

**DECLARATION OF LEAD PLAINTIFF AND SETTLEMENT CLASS REPRESENTATIVE MARIO EPELBAUM IN SUPPORT APPROVAL OF SETTLEMENT AND AWARD OF COMPENSATION FOR HIS TIME SPENT IN PROSECUTION OF THE ACTION**

I, Mario Epelbaum, hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a Lead Plaintiff and Settlement Class Representative for the Settlement Class in the above-captioned Action, appointed by this Court by Order dated June 10, 2021 (ECF 142). I submit this Declaration in support of final approval of the proposed Settlement and in support of my request for an award to compensate me for time spent in connection with my efforts on behalf of the Settlement Class.  I have personal knowledge of the matters set forth in this Declaration, and, if called upon to do so, I could and would competently so testify.

2.      Based upon my participation in the Action and knowledge of the risks associated with continued prosecution of the Action, I support the proposed Settlement because I believe the proposed solution outweighs the risks of continued litigation.

3.      As a Lead Plaintiff and as a Settlement Class Representative, I communicated with Entwistle & Cappucci LLP ("Entwistle & Cappucci") over the course of the litigation of the Action, and I stayed abreast of the major developments as well as the negotiations leading to the Settlement.

4.       I brought the Dynagas Defendants' alleged misconduct, described in the above-captioned Action, to the attention of First New York and then to its outside lawyers at Entwistle & Cappucci, who I retained in my individual capacity after several interviews.  I asked my lawyers at Entwistle & Cappucci to investigate possible claims against Dynagas and its senior management, including potential class claims.  After extensive consultation with my lawyers, I asked them to initiate this lawsuit and file the initial complaint in this Action.  Thereafter, in connection with my serving as a Lead Plaintiff and Class Representative, I performed the following duties:  reviewed and commented on the amended complaint and reviewed summaries of the responsive pleadings; researched and stayed abreast of issues and media releases to evaluate the complaint issues and to understand related developments; identified and conferred with potential co-lead plaintiffs; conferred regularly and at length with counsel about the Action, the claims and defenses, the mediations, the Settlement and disposition of the case, and provided my input to counsel regarding these items as well as the plan of allocation.

5.       I spent approximately 50 hours in performing these duties.

6.       I am a Portfolio Manager of First New York in New York City.  On an hourly basis, I would conservatively estimate my hourly compensation at $750 per hour.  Accordingly, I value my time expended at $37,500.  Nevertheless, I request reimbursement in the amount of $2,500.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __27__ day of September 2021 in __New York__.

Mario Epelbaum