# EXHIBIT 8

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE DYNAGAS LNG PARTNERS LP SECURITIES LITIGATION | No. 19-cv-04512 (AJN) |

**DECLARATION OF SHAWN FISCHMAN, ON BEHALF OF LEAD PLAINTIFF AND SETTLEMENT CLASS REPRESENTATIVE FNY PARTNERS FUND LP, IN SUPPORT APPROVAL OF SETTLEMENT AND AWARD OF COMPENSATION FOR ITS TIME SPENT IN PROSECUTION OF THE ACTION**

I, Shawn Fischman, hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am the General Counsel and Chief Compliance Officer of FNY Investment Advisers, LLC, investment adviser to FNY Partners Fund LP ("FNY Partners Fund"), Lead Plaintiff and Settlement Class Representative for the Settlement Class in the above-captioned Action, pursuant to this Court's Order dated June 10, 2021 (ECF 142). I am authorized to make this Declaration on behalf of FNY Partners Fund. I submit this Declaration in support of final approval of the proposed Settlement and in support of FNY Partners Fund's request for an award to compensate it for time spent in connection with its efforts on behalf of the Settlement Class. I have personal knowledge of the matters set forth in this Declaration, and, if called upon to do so, I could and would competently so testify.

2.      Based upon its participation in the Action, knowledge of the risks associated with continued prosecution of the Action and advice of counsel, FNY Partners Fund supports the proposed Settlement because it believes the proposed solution outweighs the risks of continued litigation.

3.    As General Counsel for the adviser to a Lead Plaintiff and Settlement Class Representative, I communicated with Entwistle & Cappucci LLP ("Entwistle & Cappucci") over the course of the litigation of the Action, and I stayed abreast of the major developments as well as the negotiations leading to the Settlement.

4.    The alleged misconduct by the Dynagas Defendants was initially brought to my attention by Mario Epelbaum, an employee of FNY Partners Fund, who had sustained losses in his personal trading account as a result of such misconduct. Upon further investigation, I determined that FNY Partners Fund had also sustained similar losses. I then contacted outside counsel for FNY Partners Fund, Entwistle & Cappucci, and asked it to investigate possible claims against Dynagas and its senior management, including potential class claims. After Mr. Epelbaum retained Entwistle & Cappucci and filed the initial complaint, I asked that FNY Partners Fund be included with Mr. Epelbaum in his application to serve as a Lead Plaintiff. Following FNY Partner Fund's appointment as a Lead Plaintiff, I performed the following duties:  reviewed and commented on the amended complaint and reviewed summaries of the responsive pleadings; researched and stayed abreast of issues and media releases to evaluate the issues raised in the complaint and to understand related developments; identified and conferred with potential co-lead plaintiffs; conferred regularly and at length with counsel about the Action, the claims and defenses, the mediations, the Settlement and disposition of the case; identified witnesses and the location of relevant documents and information required to be disclosed pursuant to Fed. R. Civ. P. Rule 26(a)(1); and provided my input to counsel regarding these items as well as the plan of allocation.

5.    I spent approximately 25 hours in performing these duties.

6.    On an hourly basis, I would conservatively estimate my hourly compensation

2

from FNY Partners Fund and its affiliates at nine hundred dollars per hour. Accordingly, I value my time expended at $22,500. Additionally, I requested and received the assistance of other FNY Partners Fund personnel in locating relevant documents and information. Nevertheless, based on the time and effort expended by FNY Partners Fund in this matter, I request reimbursement for FNY Partners Fund in the amount of $2,500.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of September 2021 in New York, New York                .

Shawn Fischman

3