# EXHIBIT 9

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE DYNAGAS LNG PARTNERS LP SECURITIES LITIGATION | No. 19-cv-04512 (AJN) |

**DECLARATION OF LEAD PLAINTIFF AND SETTLEMENT CLASS REPRESENTATIVE SCOTT DUNLOP IN SUPPORT APPROVAL OF SETTLEMENT AND AWARD OF COMPENSATION FOR TIME SPENT IN PROSECUTION OF THE ACTION**

I, Scott Dunlop, hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a Lead Plaintiff and Settlement Class Representative for the Settlement Class in the above-captioned Action, pursuant to this Court's Order dated June 10, 2021 (ECF 142). I submit this Declaration in support of final approval of the proposed Settlement and in support of my request for an award to compensate me for time spent in connection with my efforts on behalf of the Settlement Class. I have personal knowledge of the matters set forth in this Declaration, and, if called upon to do so, I could and would competently so testify.

2.      Based upon my participation in the Action and knowledge of the risks associated with continued prosecution of the Action, I support the proposed Settlement because I believe the proposed solution outweighs the risks of continued litigation.

3.      As a Lead Plaintiff and Settlement Class Representative, I communicated with Entwistle & Cappucci LLP over the course of the litigation of the Action, and I stayed abreast of the major developments as well as the negotiations leading to the Settlement.

4.      Following my appointment as a Lead Plaintiff, I performed the following duties:

reviewed the amended complaint and summaries of the responsive pleadings; conferred regularly and at length with counsel about the Action, the claims and defenses, the mediations, the Settlement and disposition of the case, and provided my input to counsel regarding these items as well as the plan of allocation.

5.    I spent approximately ten hours in performing these duties.

6.    I am a management consultant.  On an hourly basis, I would conservatively estimate my hourly compensation at $500 per hour. Accordingly, I value my time expended at $5,000.  Nevertheless, I request reimbursement in the amount of $2,500.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of September 2021 in Basseterre, St. Kitts

_____
Scott Dunlop

2