# EXHIBIT 10

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE DYNAGAS LNG PARTNERS LP SECURITIES LITIGATION | No. 19-cv-04512 (AJN) |

**DECLARATION OF NAMED PLAINTIFF AND SETTLEMENT CLASS REPRESENTATIVE IRVING S. BRAUN IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT AND AWARD OF COMPENSATION FOR HIS TIME SPENT IN PROSECUTION OF THE ACTION**

I, Irving S. Braun, hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a named plaintiff and Settlement Class Representative for the Settlement Class in the above-captioned Action, pursuant to this Court's Order dated June 10, 2021 (ECF 142). I submit this Declaration in support of the Court's final approval of the proposed Settlement, and in support of my request for an award to compensate me for time spent in connection with my efforts on behalf of the Settlement Class. I have personal knowledge of the matters set forth in this Declaration, and, if called upon to do so, I could and would competently so testify.

2.      Based upon my participation in the Action, and knowledge of the risks associated with continued prosecution of the Action, I support the proposed Settlement because I believe the proposed solution outweighs the risks of continued litigation.

3.      I learned of the Action through media reports before the amended complaint was filed. In consultation with my personal attorney, Curtis V. Trinko, I determined that I might be of assistance to the proposed class because I purchased Dynagas Series B Preferred Units in

the October 2018 Offering.

4.     As a named Plaintiff and Settlement Class Representative, I communicated regularly with Mr. Trinko, as well as with lawyers at Entwistle & Cappucci LLP, which I also retained to represent me in this matter, over the course of the litigation of the Action, and I stayed abreast of the major developments, as well as the negotiations leading to the Settlement.

5.     Following my decision to serve as a named plaintiff, I performed the following duties: provided information about my investments to counsel, reviewed the amended complaint and other important papers filed in the Action; conferred regularly and at length with counsel about the Action, the claims and defenses, the mediations, the Settlement and disposition of the case, and provided my input to counsel regarding these items, as well as the plan of allocation.

6.     I spent approximately 62 hours in performing these duties.

7.     Prior to my retirement on December 31, 2020, I was accounts payable manager with ATC Healthcare Services for 13 years.  On an hourly basis, I would conservatively estimate my hourly compensation at $55 per hour. Accordingly, I value my time expended in this action at $3,410. Nevertheless, I request reimbursement in this Action at the amount of $2,500.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___ day of September 2021 in Queens County, New York.

Irving S. Braun

2