**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE DYNAGAS LNG PARTNERS LP SECURITIES LITIGATION | No. 19-cv-04512 (AJN) |

**SUPPLEMENTAL DECLARATION OF ANDREW J. ENTWISTLE IN SUPPORT OF (I) PLAINTIFFS' FINAL APPOVAL MOTION[1] AND (II) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES AND AWARDS PURSUANT TO 15 U.S.C. §78u-4(A)(4)**

I, Andrew J. Entwistle, hereby declare as follows:

1.      I am a partner of the law firm of Entwistle & Cappucci LLP ("Lead Counsel"), attorneys for Court-appointed lead plaintiffs and Settlement Class representatives FNY Partners Fund LP ("FNY"), Mario Epelbaum and Scott Dunlop (collectively, "Lead Plaintiffs"), and plaintiff and Settlement Class representative Irving Braun (together with Lead Plaintiffs, "Plaintiffs") in the above-captioned securities class action (the "Action"). I am admitted to practice before this Court and have personal knowledge of the various matters set forth herein based on my day-to-day participation in the prosecution and settlement of this Action.

2.      I submit this Declaration in further support of (i) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation and Final Certification of the Settlement Class (ECF 149) (the "Final Approval Motion) and (ii) Lead Counsel's Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses and Awards Pursuant To 15 U.S.C. §78u-4(a)(4) (ECF 151) (the "Fee and Expense Application"). Unless otherwise defined,

---

[1] Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation and Final Certification of the Settlement Class, ECF 149.

EC.00116865.1

capitalized terms in this declaration have the meanings in the Order Granting Preliminary Approval of Settlement dated June 10, 2021 (ECF 142, the "Preliminary Approval Order").

3.      The Preliminary Approval Order provides at ¶ 18 that, *inter alia*, any objections to the proposed Settlement, Plan of Allocation or request for attorneys' fees and expenses and compensatory awards must be served upon me and filed with the Court not later than 21 calendar days before the Final Approval Hearing scheduled for November 5, 2021. I have received no objections, and none have been filed with the Court. The Preliminary Approval Order provides at ¶ 14 that, *inter alia*, prospective class members may request exclusion from the Settlement Class by timely submitting a request for exclusion by mail as provided in the Notice. As set forth in **Exhibit A** hereto[2] at ¶ 11, there has been only one request for exclusion.

4.      The proposed Final Judgment and Order of Dismissal with Prejudice, attached hereto as **Exhibit B**, which was negotiated by the Parties and previously filed as part of the Stipulation as Exhibit B thereto (ECF 135), provides in ¶ 3 that the Settlement Class excludes, *inter alia*, any persons or entities who or which exclude themselves by submitting a timely and valid request for exclusion that is accepted by the Court. Attached for the Court's convenience as Exhibit 1 to Exhibit B hereto is a schedule setting forth the one request for exclusion, and which may be appended to the proposed Final Judgment and Order of Dismissal with Prejudice as Exhibit 1 thereto as contemplated in ¶ 5 of the proposed Final Judgment and Order of Dismissal, should the Court choose to do so.

5.      A proposed Order approving the Plan of Allocation for distribution of the proceeds of the Settlement is attached hereto as **Exhibit C**.

---

[2] Supplemental Declaration of Patty Nogalski Regarding: (i) Mailing of Notice and Proof of Claim Form; (ii) Call Center Services; (iii) the Settlement Website; and (iv) Requests for Exclusion and Objections Received to Date.

6.	A proposed Order Awarding Attorneys' Fees and Reimbursement of Litigation Expenses and Awards Pursuant to 15 U.S.C. §78u-4(a)(4) was filed with the Fee and Expense Application (ECF 151-1) and is attached hereto for the Court's convenience as **Exhibit D**.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of October 2021 in Austin, Texas.

/s/ Andrew J. Entwistle
Andrew J. Entwistle