# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE DYNAGAS LNG PARTNERS LP SECURITIES LITIGATION | No. 19-cv-04512 (AJN) |

**SUPPLEMENTAL DECLARATION OF PATTY NOGALSKI REGARDING:**
**(I) MAILING OF NOTICE AND PROOF OF CLAIM FORM;**
**(II) CALL CENTER SERVICES; (III) THE SETTLEMENT WEBSITE; AND**
**(IV) REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE**

I, Patty Nogalski, declare and state as follows:

1.    I am a Project Manager employed by A.B. Data Ltd. ("A.B. Data"). Pursuant to the Court's Order Granting Preliminary Approval of Settlement dated June 10, 2021 (ECF 142) (the "Preliminary Approval Order"), A.B. Data was authorized to act as the Claims Administrator for the Settlement in the above-captioned action (the "Action").[1]

2.    The following statements are based on my personal knowledge and information provided by A.B. Data employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

3.    I submit this Declaration as a supplement to my September 29, 2021 declaration, the Declaration of Patty Nogalski Regarding (I) Mailing of Notice and Proof of Claim Form; (II) Publication of Summary Notice; (III) Call Center Services; (IV) The Settlement Website; and (V) Requests for Exclusion and Objections Received to Date (ECF 153-5, the "Initial Mailing Declaration").

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Stipulation and Agreement of Settlement, dated May 21, 2021 (ECF 135, the "Stipulation").

## I.    MAILING OF THE NOTICE AND PROOF OF CLAIM FORM

4.    At the time of the Initial Mailing Declaration, A.B. Data had mailed a total of 20,783 Notice Packets to potential Settlement Class Members and nominees.

5.    Following the Initial Mailing Declaration through October 27, 2021, A.B. Data mailed 1,267 additional Notice Packets to potential Settlement Class Members.[2]

6.    As of October 27, 2021, a total of 22,050 Notice Packets have been mailed to potential Settlement Class Members and nominees.

7.    At the time of the Initial Mailing Declaration, A.B. Data had re-mailed 133 Notice Packets to persons whose original mailings were returned by the U.S. Postal Service ("USPS") and for whom updated addresses were provided to A.B. Data by the USPS. A.B. Data has re-mailed an additional 11 Notice Packets since the Initial Mailing Declaration.

## II.    CALL CENTER SERVICES

8.    A.B. Data continues to maintain the toll-free phone number for the Settlement, which became operational on July 8, 2021. A.B. Data has promptly responded to each telephone inquiry and will continue to address potential Class Members' inquiries.

## III.    THE SETTLEMENT WEBSITE

9.    A.B. Data continues to maintain the Settlement Website (www.Dynagas SecuritiesLitigation.com) which became operational on July 8, 2021, and is accessible 24 hours a day, 7 days a week. The Settlement Website still includes a link to a claim filing module through which Class Members can submit their claims. In addition, copies of the Notices, Proof of Claim Form, Stipulation, all papers submitted in support thereof, Preliminary Approval Order and other

---

[2] A.B. Data received a broker fulfillment file on October 19, 2021, requesting 1,266 Notice Packets be mailed to potential Settlement Class Members. A.B. Data sent the Notice Packets along with a cover letter indicating we received the request late from the broker.

documents related to the Action are posted on the Settlement Website and are available for downloading. A.B. Data will continue operating, maintaining and, as appropriate, updating the Settlement Website until the conclusion of this administration.

## IV.     REQUESTS FOR EXCLUSION AND OBJECTIONS

10.     The Notice, Summary Notice, and Settlement Website inform Settlement Class Members that requests for exclusion from the Settlement Class must be received by October 15, 2021. The Notice directs Settlement Class Members that wish to request exclusion to mail their request to A.B. Data.   The Notice also sets forth the information that must be included in each request for exclusion. A.B. Data monitors all mail delivered to this P.O. Box.

11.     As of the date of the Initial Mailing Declaration, A.B. Data received one request for exclusion, a true and correct copy of which is attached hereto as Exhibit 1. A.B. Data has received no additional requests for exclusion.

12.     The Notice, Summary Notice, and Settlement Website also inform Settlement Class Members that they may object to the Settlement, the proposed Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses; the objection must be in writing and filed with the Court and delivered to representatives of Lead Counsel and Defendants' Counsel such that they are received on or before October 15, 2021.

13.     Through October 27, 2021, A.B. Data has not been informed of any objections to the Settlement, the Plan of Allocation or Lead Counsel's application for attorneys' fees, reimbursement of Litigation Expenses and awards to Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of October 2021 in Port Charlotte, FL.

Patty Nogalski

# EXHIBIT 1

**Dynagas -** 54460
**115845143**

AUG 2 4 2021

In re Dynagas LNG Partners LP Securities Litigation                August 20, 2021
Exclusions
c/o A.B. Data' Ltd
PO Box 173132
Milwaukee, WI  53217

Dear Sir or Madam:

I want to be excluded from the securities litigation referenced above.

Marjorie May Smith

█████████████

Eugene OR 97401

Contact:    ████████████

690 units, DLNG-A, purchased 5/2/18 at $26.73 per unit, see attached

Sincerely,

*Marjorie M. Smith*

Marjorie May Smith

█████████████

Eugene OR 97401

Contact:    ████████████

Attachment



DUPLICATE STATEMENT



Schwab One® Account of





| | Account Number | Statement Period |
|---|---|---|
| | ■■■■■■ | May 1-31, 2018 |

## Realized Gain or (Loss) (continued)

| | Acquired/ | Sold/ | | Realized |
|---|---|---|---|---|
| ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | | | | |

Schwab has provided accurate realized gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. If all data for a given investment is not available, the investment will not be listed here.

Option Customers:  Realized gain/loss of underlying securities is adjusted to reflect the premiums of assigned or exercised options. Please consult IRS publication 550, Investment Income and Expenses, for additional information on Options.

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| ■■■■■■■■ | ■■■■■■■■ | ■■■■■■ | ■■■■■■■■■■■■■■■■■■■■■ | ■■■■■■ | ■■■■■■ | ■■■■■■ |
| 05/04/18 | 05/02/18 | Bought | DYNAGAS LNG PAR  9% PFD<br>PFD: DLNG+A | 690.0000 | 26.7271 | (18,446.65) |
| ■■■■■■■■ | ■■■■■■■■ | ■■■■■■ | ■■■■■■■■■■■■■■■■■■■■■ | ■■■■■■ | ■■■■■■ | ■■■■■■ |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 10 of 14

EUGENE OR 974

20 AUG 2021 PM 4 L

Dynagas Securities ~~Legislation~~
Litigation

Exclusions
% A.B. Data Ltd
PO Box 173132
Milwaukee WI          53217

53217-814932