# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE DYNAGAS LNG PARTNERS LP SECURITIES LITIGATION | No. 1:19-cv-04512 (AJN) |

**[PROPOSED] ORDER GRANTING AWARD OF ATTORNEYS' FEES,**
**REIMBURSMENT OF LITIGATION EXPENSES**
**AND AWARDS PURSUANT TO 15 U.S.C. §78u-4(a)(4)**

Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses and Awards Pursuant to 15 U.S.C. §78u-4(a)(4) is GRANTED as follows:

1.      The Court hereby awards Plaintiffs' Counsel $1,125,000 (25% of the Settlement Amount) in attorneys' fees. This award is to be allocated in the sole discretion of Court-appointed Lead Counsel, Entwistle & Cappucci LLP. The Court also awards Lead Counsel reimbursement of $91,820.88 of litigation expenses.

2.      The attorneys' fees and expenses approved by the Court herein shall be payable from the Settlement Fund to Lead Counsel seven (7) days after entry of this Order, notwithstanding the existence of any potential appeal or collateral attack on this Order or the Court's Judgment Approving Class Action Settlement.

3.      The Court hereby awards Plaintiffs FNY Partners Fund LP, Mario Epelbaum, Scott Dunlop and Irving Braun compensatory awards of $2,500 each for their time and effort expended in prosecuting this Action.

4.      The compensatory awards approved by the Court herein shall be payable from the Settlement Fund to the Plaintiffs seven (7) days after the Effective Date.

SO ORDERED this _____ day of _____, 2021.


_____
Hon. Alison J. Nathan
United States District Judge