UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/21

In re Dynagas LNG Partners LP Securities Litigation

19-cv-4512 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A hearing for final approval of the settlement is scheduled for Friday, November 5, 2021, at 10:00 a.m. The hearing will be held only by telephone conference. At that time, the parties and members of the public may access the conference by dialing (888) 363-4749 and entering access code 9196964#. All persons accessing the proceeding must mute their lines unless given permission to unmute. Any recording or rebroadcasting of any portion of the proceeding is strictly prohibited. Violations of this order can result in fines or other sanctions.

SO ORDERED.

Dated: November 4, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge