**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE DYNAGAS LNG PARTNERS LP SECURITIES LITIGATION | No. 19-cv-04512 (AJN) |

**LEAD PLAINTIFFS' MOTION**
**FOR APPROVAL OF DISTRIBUTION OF NET SETTLEMENT FUND**

PLEASE TAKE NOTICE, that Court-appointed Lead Plaintiffs FNY Partners Fund LP ("FNY"), Mario Epelbaum and Scott Dunlop (collectively, "Lead Plaintiffs") move this Court for entry of the accompanying [Proposed] Order Granting Lead Plaintiffs' Motion for Approval of Distribution of Net Settlement Fund, which will, *inter alia*: (i) approve A.B. Data's administrative determinations accepting and rejecting Claims as set forth in the Nogalski Declaration;[1] (ii) direct the distribution of the Net Settlement Fund to Authorized Claimants whose Claims have been accepted as valid and approved by the Court; (iii) direct that each distribution check state that the check must be negotiated within 90 days after the issue date; (iv) adopt the recommended plan for any funds remaining following the distribution; (v) release claims related to the claims administration process; (vi) approve A.B. Data's fees and expenses incurred and estimated to be incurred in connection with the administration of the Settlement; (vii) authorize the destruction of paper copies of Proofs of Claim and supporting documents one year after the Second Distribution, or if there is no Second Distribution, two years after the initial Distribution occurs, and authorize the destruction of electronic copies one year after all funds have been distributed from the Net Settlement Fund; and (viii) provide that the Court retains jurisdiction to consider any further

---

[1] Declaration of Patty L. Nogalski in Support of Motion for Approval of Distribution of Net Settlement Fund, submitted herewith.

applications concerning the administration of the Settlement, and such other and further relief as the Court deems appropriate.

WHEREFORE, Lead Plaintiffs respectfully request that the Court approve the distribution of the Net Settlement Fund and enter the proposed order submitted concurrently herewith.

DATED:  October 28, 2022                Respectfully Submitted,


/s/ Andrew J. Entwistle
Andrew J. Entwistle
**ENTWISTLE & CAPPUCCI LLP**
Austin, Texas 78701
500 W 2nd Street
Suite 1900
Austin, TX 78701
Telephone:  (512) 710-5960
Facsimile: (212) 894-7272
aentwistle@entwistle-law.com

-and-

Robert N. Cappucci
Brendan J. Brodeur
230 Park Avenue, 3rd Floor
New York, NY 10169
Telephone:  (212) 894-7200
Facsimile:  (212) 894-7272
rcappucci@entwistle-law.com
bbrodeur@entwistle-law.com

*Counsel for Lead Plaintiffs FNY Partners Fund LP, Mario Epelbaum and Scott Dunlop and Lead Counsel for the Class*

2