# EXHIBIT C

| Filer ClaimNumber | ClaimNumber | Name1 | Name2 | Name3 | AccountID | Duplicate ClaimNumber | Recognized Claim Amount | Claim Status | Deficient Flags |
|---|---|---|---|---|---|---|---|---|---|
| 115944006 | 75449747 | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | XXXXXXXXXXXX | | 0 | Full Rejection | MITIN, NOLOS, NOPUR, TRNI |
| 115944006 | 75449748 | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | XXXXXXXXXXXX | | 0 | Full Rejection | NOLOS, NOPUR |
| 115944006 | 75449749 | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | | XXXXXXXXXXXX | | 17,856.56 | Accepted | |
| 115944006 | 75449750 | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | | XXXXXXXXXXXX | | 0 | Full Rejection | NOLOS, OPTOOB |
| 115944006 | 75449751 | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | XXXXXXXXXXXX | | 0 | Full Rejection | NOLOS, NOPUR |
| 115944006 | 75449752 | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | XXXXXXXXXXXX | | 0 | Full Rejection | NOLOS, NOPUR |
| 115944006 | 75449753 | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | | XXXXXXXXXXXX | | 1,618.00 | Accepted | |