# EXHIBIT D

**EXHIBIT D**

Exhibit Summary - Total Claims: 1,191; Total Recognized Claim:  $10,331,925.55

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 75445349 | $26,100.00 | 75450653 | $735.00 | 75453034 | $19.00 | 75453098 | $2,296.00 |
| 75445350 | $5,655.00 | 75450656 | $4,393.79 | 75453035 | $0.25 | 75453104 | $1,200.00 |
| 75446024 | $28,271.52 | 75450657 | $3,213.00 | 75453040 | $160.00 | 75453107 | $690.47 |
| 75446028 | $13,940.45 | 75450660 | $1,740.00 | 75453041 | $287.28 | 75453109 | $38.00 |
| 75446029 | $1,890.90 | 75450661 | $6,960.00 | 75453042 | $3,480.00 | 75453110 | $5,172.87 |
| 75446031 | $3,742.40 | 75450663 | $900.00 | 75453043 | $3,600.00 | 75453112 | $297.18 |
| 75446032 | $4,143.07 | 75450667 | $1,775.32 | 75453044 | $6,400.62 | 75453113 | $928.14 |
| 75446034 | $5,925.90 | 75450669 | $7,830.00 | 75453047 | $417.67 | 75453116 | $2,000.00 |
| 75446035 | $68,555.25 | 75450680 | $522.00 | 75453049 | $154.05 | 75453120 | $35.25 |
| 75446036 | $6,821.25 | 75450682 | $77,828.40 | 75453050 | $522.00 | 75453125 | $13,385.00 |
| 75446037 | $12,472.50 | 75450688 | $3,213.00 | 75453051 | $3.22 | 75453126 | $26,500.00 |
| 75448940 | $42,989.83 | 75450691 | $280.00 | 75453052 | $1,817.94 | 75453127 | $10,600.00 |
| 75448943 | $7,878.05 | 75450693 | $1,392.00 | 75453054 | $39.06 | 75453135 | $42,558.50 |
| 75448997 | $1,148,052.00 | 75450695 | $352.90 | 75453056 | $525.00 | 75453136 | $5,300.00 |
| 75449377 | $50,920.35 | 75451069 | $4,896.00 | 75453060 | $696.00 | 75453138 | $13,250.00 |
| 75449383 | $6,335.34 | 75451627 | $5,314.32 | 75453061 | $100.80 | 75453139 | $2,650.00 |
| 75449384 | $2,173.23 | 75452994 | $2,406.00 | 75453062 | $1,629.81 | 75453140 | $7,950.00 |
| 75449390 | $7,483.50 | 75452995 | $56.62 | 75453064 | $810.00 | 75453142 | $5,300.00 |
| 75449524 | $13,057.43 | 75452996 | $166.50 | 75453067 | $33.06 | 75453144 | $5,300.00 |
| 75449607 | $916.99 | 75453000 | $543.75 | 75453068 | $2,166.00 | 75453145 | $10,600.00 |
| 75449749 | $17,856.56 | 75453002 | $168.00 | 75453069 | $4,736.39 | 75453147 | $10,600.00 |
| 75449753 | $1,618.00 | 75453008 | $2,650.00 | 75453071 | $1,626.70 | 75453149 | $2,650.00 |
| 75449785 | $696.00 | 75453010 | $1,558.00 | 75453074 | $3,580.95 | 75453153 | $10,600.00 |
| 75449788 | $3,576.19 | 75453014 | $174.00 | 75453077 | $5,300.00 | 75453155 | $32,478.39 |
| 75450615 | $870.00 | 75453015 | $292.50 | 75453079 | $2,500.00 | 75453157 | $10,600.00 |
| 75450620 | $1,740.00 | 75453016 | $170.48 | 75453080 | $2,428.38 | 75453158 | $10,600.00 |
| 75450621 | $644.74 | 75453017 | $510.72 | 75453081 | $153,760.98 | 75453163 | $5,300.00 |
| 75450631 | $299.34 | 75453018 | $49.89 | 75453083 | $63,600.00 | 75453166 | $10,600.00 |
| 75450637 | $870.00 | 75453020 | $21.00 | 75453085 | $900.39 | 75453172 | $41,782.88 |
| 75450640 | $2,624.95 | 75453025 | $94.26 | 75453087 | $54,836.04 | 75453173 | $8,112.20 |
| 75450641 | $74.84 | 75453026 | $506.53 | 75453092 | $34,958.57 | 75453174 | $4,930.00 |
| 75450642 | $450.00 | 75453028 | $134.00 | 75453094 | $405.00 | 75453183 | $3,480.00 |
| 75450647 | $870.00 | 75453031 | $174.00 | 75453096 | $1,001.19 | 75453185 | $858.00 |
| 75450651 | $416.44 | 75453033 | $316.00 | 75453097 | $348.00 | 75453186 | $6,533.25 |

**EXHIBIT D**

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 75453188 | $3,740.37 | 75453684 | $1,131.00 | 75453731 | $1,798.54 | 75453777 | $15.02 |
| 75453189 | $8,849.90 | 75453685 | $294.00 | 75453732 | $1,255.50 | 75453778 | $6,999.60 |
| 75453193 | $25,355.47 | 75453686 | $143.33 | 75453733 | $3,060.00 | 75453779 | $5,740.00 |
| 75453194 | $1,374.89 | 75453687 | $174.00 | 75453734 | $8,415.00 | 75453781 | $1,740.00 |
| 75453197 | $407.16 | 75453688 | $930.00 | 75453735 | $10,408.50 | 75453782 | $4,368.30 |
| 75453199 | $698.00 | 75453689 | $13,473.00 | 75453737 | $8,109.00 | 75453783 | $5,740.00 |
| 75453205 | $205.74 | 75453691 | $675.00 | 75453739 | $8,415.00 | 75453785 | $5,740.00 |
| 75453207 | $157.13 | 75453694 | $3,720.00 | 75453740 | $33,660.00 | 75453786 | $5,740.00 |
| 75453211 | $1,860.00 | 75453697 | $486.00 | 75453741 | $10,710.00 | 75453787 | $2,948.50 |
| 75453216 | $124.73 | 75453698 | $5.04 | 75453742 | $810.00 | 75453788 | $3,186.30 |
| 75453220 | $55.20 | 75453699 | $3,480.00 | 75453743 | $6,075.00 | 75453789 | $741.38 |
| 75453221 | $200.40 | 75453700 | $1,209.00 | 75453745 | $15,390.00 | 75453790 | $696.00 |
| 75453222 | $538.00 | 75453701 | $3,540.00 | 75453746 | $664.20 | 75453791 | $1,950.00 |
| 75453227 | $45.50 | 75453702 | $1,731.60 | 75453747 | $1,620.00 | 75453792 | $21,534.75 |
| 75453233 | $16,162.63 | 75453703 | $1,680.00 | 75453748 | $6,877.61 | 75453793 | $3,000.00 |
| 75453235 | $822.26 | 75453704 | $7,290.00 | 75453749 | $269.51 | 75453794 | $1,500.00 |
| 75453237 | $4,833.75 | 75453705 | $10,440.00 | 75453752 | $4,394.14 | 75453795 | $1,335.00 |
| 75453239 | $4,073.65 | 75453707 | $280,219.50 | 75453753 | $1,473.68 | 75453796 | $4,125.00 |
| 75453240 | $5,300.00 | 75453709 | $465.75 | 75453754 | $1,150.63 | 75453797 | $2,194.71 |
| 75453241 | $404.95 | 75453710 | $7,650.00 | 75453755 | $1,122.53 | 75453798 | $1,275.00 |
| 75453243 | $5,300.00 | 75453711 | $136,697.19 | 75453756 | $3,344.70 | 75453799 | $3,480.00 |
| 75453244 | $21,200.00 | 75453712 | $9,180.00 | 75453757 | $2,272.75 | 75453800 | $3,000.00 |
| 75453245 | $4,894.40 | 75453713 | $3,060.00 | 75453758 | $1,288.20 | 75453801 | $1,860.00 |
| 75453246 | $10,600.00 | 75453716 | $16,740.00 | 75453759 | $1,620.00 | 75453802 | $3,840.00 |
| 75453249 | $10,600.00 | 75453717 | $19,890.00 | 75453760 | $712.00 | 75453803 | $4,200.00 |
| 75453250 | $4,254.18 | 75453718 | $2,430.00 | 75453761 | $87.00 | 75453804 | $3,000.00 |
| 75453251 | $167,926.80 | 75453719 | $729.00 | 75453763 | $1,044.00 | 75453805 | $16,470.00 |
| 75453252 | $5,903.76 | 75453720 | $1,053.00 | 75453764 | $2,120.00 | 75453807 | $626.69 |
| 75453256 | $157,527.68 | 75453721 | $1,633.57 | 75453765 | $8,700.00 | 75453808 | $193.50 |
| 75453257 | $12,771.84 | 75453722 | $9,180.00 | 75453766 | $7,764.50 | 75453810 | $306.00 |
| 75453262 | $1,849.83 | 75453723 | $1,311.30 | 75453767 | $1,286.40 | 75453813 | $32.44 |
| 75453663 | $1,595.00 | 75453724 | $526.50 | 75453768 | $1,293.20 | 75453814 | $3,180.00 |
| 75453668 | $1,500.00 | 75453725 | $1,530.00 | 75453771 | $25,864.73 | 75453815 | $10,600.00 |
| 75453669 | $3,000.00 | 75453727 | $64,260.00 | 75453773 | $10,205.60 | 75453816 | $3,180.00 |
| 75453680 | $320.40 | 75453728 | $618.83 | 75453774 | $1,000.50 | 75453817 | $1,740.00 |
| 75453682 | $756.00 | 75453730 | $10,710.00 | 75453776 | $31.39 | 75453818 | $8,700.00 |

**EXHIBIT D**

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---------|------------------|---------|------------------|---------|------------------|---------|------------------|
| 75453821 | $1,247.25 | 75453875 | $87,413.00 | 75453912 | $1,005.72 | 75453949 | $497.64 |
| 75453822 | $160.88 | 75453876 | $53,000.00 | 75453913 | $643.80 | 75453950 | $267.96 |
| 75453823 | $852.38 | 75453877 | $24,915.60 | 75453914 | $1,044.00 | 75453951 | $642.06 |
| 75453829 | $22,829.00 | 75453878 | $5,300.00 | 75453915 | $1,360.68 | 75453952 | $297.83 |
| 75453831 | $5,300.00 | 75453879 | $870.00 | 75453916 | $114.84 | 75453953 | $174.00 |
| 75453832 | $6,939.00 | 75453880 | $1,653.00 | 75453917 | $212.28 | 75453954 | $264.48 |
| 75453833 | $2,439.00 | 75453881 | $20,642.90 | 75453918 | $398.46 | 75453955 | $354.68 |
| 75453834 | $834.30 | 75453882 | $1,740.00 | 75453919 | $899.58 | 75453956 | $7,512.00 |
| 75453835 | $708.54 | 75453884 | $14,790.00 | 75453920 | $133.98 | 75453957 | $179.22 |
| 75453839 | $10,600.00 | 75453885 | $109.62 | 75453921 | $21.22 | 75453958 | $483.72 |
| 75453840 | $4,920.00 | 75453886 | $968.06 | 75453922 | $231.42 | 75453959 | $198.36 |
| 75453841 | $6,612.00 | 75453887 | $1,070.10 | 75453923 | $729.06 | 75453960 | $405.42 |
| 75453842 | $1,740.00 | 75453888 | $360.18 | 75453924 | $398.46 | 75453961 | $468.06 |
| 75453845 | $21,200.00 | 75453889 | $174.00 | 75453925 | $248.34 | 75453962 | $2,349.00 |
| 75453846 | $21,200.00 | 75453890 | $734.28 | 75453926 | $128.76 | 75453963 | $226.20 |
| 75453847 | $3,770.00 | 75453891 | $301.02 | 75453928 | $452.40 | 75453964 | $243.60 |
| 75453849 | $1,012.89 | 75453892 | $149.64 | 75453929 | $348.00 | 75453965 | $572.46 |
| 75453850 | $932.75 | 75453893 | $220.98 | 75453930 | $417.60 | 75453966 | $248.82 |
| 75453851 | $60.90 | 75453894 | $66.12 | 75453931 | $241.86 | 75453967 | $123.54 |
| 75453854 | $31.40 | 75453895 | $135.72 | 75453932 | $87.00 | 75453968 | $161.82 |
| 75453855 | $85.24 | 75453896 | $130.50 | 75453933 | $201.06 | 75453969 | $69.60 |
| 75453856 | $1,620.00 | 75453897 | $878.70 | 75453934 | $610.74 | 75453970 | $142.68 |
| 75453857 | $124.61 | 75453898 | $405.42 | 75453935 | $11.44 | 75453971 | $2,610.00 |
| 75453860 | $1,836.00 | 75453899 | $82.77 | 75453936 | $750.00 | 75453972 | $182.70 |
| 75453861 | $21,200.00 | 75453900 | $198.36 | 75453937 | $114.84 | 75453973 | $546.36 |
| 75453862 | $161.37 | 75453901 | $121.80 | 75453938 | $161.82 | 75453974 | $130.50 |
| 75453863 | $53,357.25 | 75453902 | $5,208.00 | 75453939 | $240.51 | 75453975 | $261.00 |
| 75453864 | $13,250.00 | 75453903 | $661.20 | 75453940 | $1,035.30 | 75453977 | $1,191.90 |
| 75453865 | $10,600.00 | 75453904 | $842.16 | 75453941 | $33.00 | 75453978 | $342.78 |
| 75453866 | $10,600.00 | 75453905 | $318.42 | 75453942 | $882.18 | 75453979 | $1,183.20 |
| 75453867 | $174.00 | 75453906 | $835.20 | 75453943 | $123.54 | 75453980 | $195.00 |
| 75453868 | $186.07 | 75453907 | $1,740.00 | 75453944 | $696.00 | 75453981 | $104.40 |
| 75453869 | $94.72 | 75453908 | $436.74 | 75453945 | $375.84 | 75453982 | $100.92 |
| 75453872 | $853.50 | 75453909 | $649.02 | 75453946 | $125.28 | 75453983 | $666.42 |
| 75453873 | $931.50 | 75453910 | $139.20 | 75453947 | $1,253.52 | 75453984 | $4,339.56 |
| 75453874 | $223.77 | 75453911 | $1,267.13 | 75453948 | $1,845.03 | 75453985 | $795.90 |

**EXHIBIT D**

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 75453986 | $114.00 | 75454040 | $1,454.52 | 75454084 | $2,865.35 | 75454132 | $5,300.00 |
| 75453987 | $26.10 | 75454041 | $22,960.00 | 75454085 | $38.43 | 75454133 | $20,751.30 |
| 75453988 | $232.18 | 75454042 | $5,300.00 | 75454086 | $2,088.00 | 75454134 | $232.50 |
| 75453989 | $335.76 | 75454043 | $10,600.00 | 75454087 | $5,740.00 | 75454135 | $12.15 |
| 75453990 | $924.13 | 75454044 | $15,900.00 | 75454088 | $2,650.00 | 75454137 | $214.89 |
| 75453991 | $137.02 | 75454045 | $6,140.00 | 75454089 | $152.52 | 75454138 | $2,610.00 |
| 75453992 | $85.26 | 75454046 | $4,785.80 | 75454090 | $329.22 | 75454139 | $870.00 |
| 75453993 | $119.83 | 75454048 | $10,005.00 | 75454091 | $139.50 | 75454140 | $2,520.00 |
| 75453994 | $20.72 | 75454049 | $77,678.37 | 75454092 | $27,767.15 | 75454141 | $53,000.00 |
| 75453996 | $338.34 | 75454051 | $5,300.00 | 75454094 | $1,632.15 | 75454143 | $6,888.00 |
| 75453997 | $47.33 | 75454054 | $220.50 | 75454095 | $10,600.00 | 75454144 | $13,262.75 |
| 75453998 | $53,000.00 | 75454055 | $1,530.00 | 75454096 | $8,610.00 | 75454145 | $10,600.00 |
| 75453999 | $12,732.94 | 75454056 | $22,960.00 | 75454097 | $5,300.00 | 75454146 | $1,392.00 |
| 75454000 | $1,341.00 | 75454057 | $22,156.80 | 75454098 | $7,950.00 | 75454148 | $490.20 |
| 75454001 | $10,600.00 | 75454060 | $15,900.00 | 75454099 | $2,870.00 | 75454149 | $36.45 |
| 75454002 | $16,634.00 | 75454061 | $15,900.00 | 75454101 | $16,568.40 | 75454150 | $11.63 |
| 75454003 | $10,600.00 | 75454062 | $1,950.00 | 75454102 | $10,600.00 | 75454151 | $2,880.00 |
| 75454004 | $19,100.00 | 75454063 | $9,750.00 | 75454105 | $2,996.46 | 75454152 | $1,740.00 |
| 75454005 | $21,200.00 | 75454065 | $5,280.38 | 75454107 | $1.74 | 75454153 | $2,942.52 |
| 75454006 | $5,300.00 | 75454066 | $7,800.00 | 75454110 | $5,300.00 | 75454154 | $22,489.28 |
| 75454007 | $5,300.00 | 75454067 | $10,600.00 | 75454111 | $1,044.00 | 75454155 | $966.00 |
| 75454008 | $13,224.90 | 75454068 | $6,832.50 | 75454112 | $5,300.00 | 75454156 | $900.00 |
| 75454010 | $1,148.00 | 75454069 | $3,750.40 | 75454113 | $4,240.00 | 75454158 | $10,710.08 |
| 75454011 | $2,650.00 | 75454070 | $11,480.00 | 75454117 | $17.40 | 75454159 | $1,740.00 |
| 75454012 | $1,192.50 | 75454071 | $10,600.00 | 75454118 | $45.63 | 75454162 | $1,060.00 |
| 75454013 | $1,164.90 | 75454072 | $11,480.00 | 75454119 | $1,740.00 | 75454163 | $186.30 |
| 75454014 | $5,362.35 | 75454073 | $3,180.00 | 75454121 | $1,740.00 | 75454164 | $2,120.00 |
| 75454015 | $2,623.62 | 75454074 | $4,240.00 | 75454122 | $360.00 | 75454166 | $948.00 |
| 75454018 | $1,740.00 | 75454075 | $21,500.10 | 75454123 | $5,300.00 | 75454167 | $495.00 |
| 75454019 | $3,180.00 | 75454076 | $10,600.00 | 75454124 | $21,200.00 | 75454169 | $28,700.00 |
| 75454020 | $5,220.00 | 75454077 | $1,060.00 | 75454125 | $5,300.00 | 75454172 | $655.95 |
| 75454025 | $870.00 | 75454078 | $13,875.60 | 75454126 | $21,200.00 | 75454173 | $5,740.00 |
| 75454026 | $19,547.60 | 75454079 | $12,207.90 | 75454127 | $5,080.00 | 75454174 | $1,060.00 |
| 75454029 | $36,680.70 | 75454080 | $3,988.40 | 75454128 | $5,300.00 | 75454175 | $5,300.00 |
| 75454037 | $348.00 | 75454081 | $15,819.80 | 75454129 | $53,000.00 | 75454176 | $5,300.00 |
| 75454038 | $257.92 | 75454082 | $5,300.00 | 75454130 | $31,800.00 | 75454180 | $572.67 |

**EXHIBIT D**

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 75454183 | $522.00 | 115845246 | $300.00 | 115845293 | $420.00 | 115845347 | $87.00 |
| 75454184 | $36.56 | 115845248 | $36.33 | 115845294 | $1,325.00 | 115845351 | $1,620.00 |
| 75454187 | $5,300.00 | 115845249 | $1,335.00 | 115845295 | $3,954.46 | 115845353 | $600.00 |
| 75454188 | $7,950.00 | 115845252 | $1,683.00 | 115845297 | $3,976.00 | 115845354 | $11,745.00 |
| 75454189 | $627.00 | 115845253 | $5,275.00 | 115845298 | $324.00 | 115845356 | $5,449.35 |
| 75454190 | $627.00 | 115845254 | $300.00 | 115845299 | $870.00 | 115845360 | $4,491.00 |
| 75454192 | $627.75 | 115845255 | $292.60 | 115845300 | $3,078.00 | 115845361 | $391.50 |
| 75454193 | $17,400.00 | 115845256 | $448.50 | 115845303 | $186.00 | 115845362 | $5,300.00 |
| 75454194 | $11,040.64 | 115845257 | $251.64 | 115845306 | $724.98 | 115845363 | $1,566.00 |
| 75454195 | $48,140.00 | 115845258 | $1,134.00 | 115845307 | $1,275.00 | 115845364 | $2,916.00 |
| 75454196 | $700.00 | 115845260 | $3,060.00 | 115845308 | $522.00 | 115845365 | $3,480.00 |
| 75454197 | $10,972.20 | 115845261 | $1,740.00 | 115845309 | $33.81 | 115845366 | $3,717.90 |
| 75454198 | $4,815.00 | 115845262 | $920.33 | 115845310 | $306.00 | 115845367 | $1,127.04 |
| 75454199 | $2,310.00 | 115845263 | $3,255.00 | 115845311 | $1,952.00 | 115845369 | $1,740.00 |
| 75454200 | $2,250.00 | 115845264 | $639.84 | 115845312 | $1,392.00 | 115845370 | $52.04 |
| 75454201 | $7,476.00 | 115845268 | $186.00 | 115845313 | $1,786.50 | 115845371 | $8,091.00 |
| 75454202 | $10,600.00 | 115845269 | $3,480.00 | 115845314 | $439.50 | 115845372 | $1,265.29 |
| 75454205 | $17,072.00 | 115845270 | $4,350.00 | 115845316 | $174.00 | 115845373 | $5,814.00 |
| 75454206 | $21,307.55 | 115845272 | $522.00 | 115845317 | $5,300.00 | 115845374 | $14,097.00 |
| 75454208 | $49,134.93 | 115845273 | $2,093.00 | 115845322 | $1,089.00 | 115845375 | $4,980.00 |
| 75454209 | $22,493.58 | 115845274 | $1,530.00 | 115845323 | $2,850.16 | 115845376 | $679.50 |
| 75454214 | $5,510.00 | 115845277 | $153.00 | 115845324 | $1,871.10 | 115845377 | $156.60 |
| 75454216 | $28,700.00 | 115845278 | $978.00 | 115845325 | $2,472.00 | 115845378 | $73.50 |
| 75454217 | $5,740.00 | 115845279 | $676.88 | 115845326 | $1,566.00 | 115845379 | $2,964.00 |
| 75454218 | $84.30 | 115845280 | $2,749.90 | 115845327 | $913.50 | 115845380 | $5,000.00 |
| 75454219 | $226.20 | 115845281 | $3,358.89 | 115845328 | $4,614.84 | 115845381 | $1,740.00 |
| 75454220 | $1,740.00 | 115845282 | $978.00 | 115845329 | $1,452.60 | 115845383 | $146.88 |
| 75454221 | $106,000.00 | 115845283 | $979.00 | 115845332 | $243.00 | 115845384 | $1,740.00 |
| 75454222 | $1,680.00 | 115845284 | $1,300.00 | 115845334 | $726.00 | 115845385 | $1,001.28 |
| 75454223 | $4,024.00 | 115845285 | $978.00 | 115845336 | $1,980.00 | 115845386 | $3,828.00 |
| 75454224 | $40,975.10 | 115845286 | $2,325.00 | 115845337 | $2,937.12 | 115845387 | $113.10 |
| 75454225 | $4,050.00 | 115845287 | $2,015.28 | 115845339 | $12,150.00 | 115845388 | $3,060.00 |
| 75454226 | $9,903.30 | 115845288 | $1,104.00 | 115845340 | $4,580.29 | 115845389 | $21,200.00 |
| 75454227 | $5,300.00 | 115845290 | $3,514.17 | 115845341 | $1,060.00 | 115845390 | $348.00 |
| 75454228 | $1,740.00 | 115845291 | $4,920.00 | 115845342 | $36.98 | 115845391 | $6,384.00 |
| 115845245 | $2,491.96 | 115845292 | $273.77 | 115845345 | $139.20 | 115845392 | $4,652.40 |

Exhibit D: Page 5 of 9

**EXHIBIT D**

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 115845393 | $4,650.00 | 115845454 | $86.40 | 115845505 | $5,394.38 | 115845548 | $991.00 |
| 115845394 | $21,750.00 | 115845455 | $522.00 | 115845506 | $2,189.90 | 115845549 | $26.10 |
| 115845395 | $75.00 | 115845456 | $171.93 | 115845507 | $1,505.62 | 115845551 | $9,641.58 |
| 115845397 | $64.50 | 115845457 | $840.00 | 115845508 | $3,569.20 | 115845552 | $10,800.00 |
| 115845399 | $1,740.00 | 115845460 | $486.11 | 115845509 | $459.00 | 115845553 | $2,016.00 |
| 115845400 | $720.00 | 115845461 | $2,188.04 | 115845510 | $3,060.00 | 115845554 | $2,901.00 |
| 115845403 | $58.50 | 115845462 | $94.00 | 115845511 | $3,060.00 | 115845556 | $9,660.00 |
| 115845404 | $87.26 | 115845464 | $459.74 | 115845512 | $3,060.00 | 115845557 | $192.00 |
| 115845405 | $765.60 | 115845468 | $375.00 | 115845514 | $150,785.31 | 115845558 | $2,527.05 |
| 115845408 | $348.00 | 115845469 | $7,630.00 | 115845516 | $1,663.00 | 115845561 | $2,650.00 |
| 115845409 | $435.00 | 115845470 | $3,480.00 | 115845517 | $93.00 | 115845563 | $522.00 |
| 115845410 | $218.64 | 115845471 | $1,801.96 | 115845518 | $5,160.00 | 115845564 | $139.20 |
| 115845411 | $4,650.00 | 115845474 | $522.00 | 115845519 | $2,709.00 | 115845567 | $191.78 |
| 115845415 | $105.71 | 115845475 | $255.15 | 115845520 | $870.00 | 115845568 | $522.00 |
| 115845418 | $1,502.50 | 115845476 | $279.00 | 115845521 | $128.04 | 115845569 | $234.00 |
| 115845419 | $205.50 | 115845477 | $2,610.00 | 115845524 | $522.00 | 115845571 | $104.28 |
| 115845420 | $499.71 | 115845478 | $10,740.00 | 115845525 | $3,458.77 | 115845573 | $720.00 |
| 115845421 | $9,353.55 | 115845479 | $1,470.00 | 115845526 | $819.00 | 115845574 | $1,560.00 |
| 115845422 | $2,130.00 | 115845480 | $4,950.00 | 115845527 | $3,000.00 | 115845575 | $1,740.00 |
| 115845425 | $261.00 | 115845481 | $896.70 | 115845528 | $1,356.75 | 115845576 | $360.36 |
| 115845426 | $43.41 | 115845484 | $3,488.50 | 115845530 | $2,936.25 | 115845579 | $3,600.00 |
| 115845432 | $1,888.88 | 115845485 | $407.32 | 115845531 | $1,740.00 | 115845580 | $1,740.00 |
| 115845434 | $153.00 | 115845486 | $174.00 | 115845532 | $174.00 | 115845581 | $324.00 |
| 115845436 | $2,970.00 | 115845487 | $522.00 | 115845533 | $600.00 | 115845582 | $87.00 |
| 115845437 | $174.00 | 115845488 | $622.65 | 115845534 | $107.44 | 115845583 | $162.00 |
| 115845439 | $1,302.00 | 115845490 | $392.55 | 115845535 | $87.00 | 115845584 | $297.90 |
| 115845440 | $765.00 | 115845491 | $420.00 | 115845536 | $114.90 | 115845587 | $600.00 |
| 115845441 | $87.00 | 115845492 | $25.05 | 115845538 | $8,700.00 | 115845590 | $6,329.85 |
| 115845442 | $243.00 | 115845493 | $4,410.00 | 115845539 | $63.00 | 115845591 | $1,552.39 |
| 115845444 | $1,740.00 | 115845494 | $83.52 | 115845540 | $744.46 | 115845592 | $6,960.00 |
| 115845445 | $1,044.00 | 115845495 | $3,674.10 | 115845541 | $708.00 | 115845593 | $1,740.00 |
| 115845446 | $314.62 | 115845499 | $870.00 | 115845542 | $4,896.00 | 115845594 | $708.68 |
| 115845447 | $2,835.00 | 115845500 | $1,015.66 | 115845543 | $15,841.95 | 115845597 | $259.26 |
| 115845450 | $5,101.02 | 115845501 | $465.00 | 115845544 | $28,398.67 | 115845598 | $87.00 |
| 115845452 | $1,885.22 | 115845502 | $611.58 | 115845545 | $2,832.00 | 115845599 | $497.25 |
| 115845453 | $984.00 | 115845503 | $1,740.00 | 115845546 | $875.22 | 115845602 | $210.00 |

**EXHIBIT D**

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 115845604 | $51,582.98 | 115845656 | $348.00 | 115845704 | $280.00 | 115845759 | $153.62 |
| 115845605 | $1,614.00 | 115845657 | $806.25 | 115845705 | $4,795.08 | 115845760 | $721.25 |
| 115845606 | $906.00 | 115845658 | $1,213.75 | 115845706 | $174.00 | 115845763 | $1,530.00 |
| 115845607 | $47.00 | 115845659 | $363.59 | 115845707 | $464.94 | 115845764 | $870.00 |
| 115845608 | $3,480.00 | 115845660 | $600.00 | 115845708 | $42.00 | 115845765 | $1,521.00 |
| 115845609 | $45,142.20 | 115845661 | $600.00 | 115845709 | $4,469.58 | 115845766 | $25,705.00 |
| 115845610 | $525.00 | 115845663 | $1,512.06 | 115845711 | $3,202.06 | 115845768 | $601.96 |
| 115845611 | $1,155.00 | 115845664 | $2,720.00 | 115845715 | $491.25 | 115845770 | $1,294.86 |
| 115845612 | $1,044.78 | 115845666 | $1,060.85 | 115845716 | $870.00 | 115845772 | $17,206.44 |
| 115845614 | $292.50 | 115845667 | $5,496.31 | 115845717 | $572.56 | 115845773 | $306.00 |
| 115845615 | $435.00 | 115845668 | $8,892.75 | 115845718 | $204.71 | 115845774 | $741.78 |
| 115845616 | $2,500.00 | 115845669 | $29.07 | 115845719 | $1,530.00 | 115845775 | $3,970.00 |
| 115845617 | $11,371.50 | 115845671 | $382.85 | 115845720 | $270.75 | 115845776 | $311.46 |
| 115845618 | $174.00 | 115845672 | $1,588.80 | 115845721 | $348.00 | 115845777 | $10,680.00 |
| 115845619 | $2,074.00 | 115845673 | $4,155.00 | 115845723 | $142.29 | 115845779 | $1,552.97 |
| 115845621 | $696.00 | 115845675 | $9,561.00 | 115845725 | $1,896.60 | 115845780 | $10,350.00 |
| 115845622 | $2,101.50 | 115845676 | $9,564.00 | 115845726 | $7,890.00 | 115845781 | $2,295.00 |
| 115845624 | $29,636.20 | 115845677 | $92.68 | 115845727 | $3,953.28 | 115845782 | $1,740.00 |
| 115845625 | $113.10 | 115845679 | $770.00 | 115845732 | $1,050.00 | 115845788 | $855.00 |
| 115845626 | $697.50 | 115845680 | $522.00 | 115845733 | $450.00 | 115845789 | $1,260.00 |
| 115845628 | $585.00 | 115845681 | $942.37 | 115845734 | $450.00 | 115845791 | $2,113.15 |
| 115845631 | $381.25 | 115845682 | $9,768.75 | 115845735 | $450.00 | 115845795 | $1,626.00 |
| 115845632 | $142.68 | 115845683 | $522.00 | 115845738 | $3,532.88 | 115845796 | $31,800.51 |
| 115845634 | $1,044.00 | 115845684 | $49.20 | 115845739 | $1,060.00 | 115845797 | $7,259.70 |
| 115845635 | $834.60 | 115845685 | $2,207.50 | 115845740 | $1,060.00 | 115845798 | $522.00 |
| 115845636 | $1,467.27 | 115845686 | $655.50 | 115845741 | $7,968.54 | 115845799 | $2,505.00 |
| 115845637 | $25.50 | 115845688 | $11,480.00 | 115845743 | $843.30 | 115845802 | $1,336.50 |
| 115845639 | $855.00 | 115845691 | $118.49 | 115845744 | $4,910.00 | 115845803 | $25,709.00 |
| 115845643 | $519.00 | 115845692 | $4,050.00 | 115845745 | $5,340.00 | 115845804 | $2,436.00 |
| 115845644 | $2,577.15 | 115845694 | $1,912.00 | 115845746 | $1,260.00 | 115845805 | $2,790.00 |
| 115845645 | $535.00 | 115845695 | $8,526.00 | 115845748 | $17.58 | 115845806 | $4,650.00 |
| 115845647 | $186.00 | 115845696 | $32.22 | 115845750 | $6,960.00 | 115845807 | $4,650.00 |
| 115845648 | $1,936.00 | 115845698 | $951.75 | 115845751 | $5,580.00 | 115845808 | $930.00 |
| 115845649 | $6,960.00 | 115845699 | $3,611.50 | 115845753 | $8,861.60 | 115845809 | $4,650.00 |
| 115845652 | $5,741.87 | 115845702 | $9,300.00 | 115845754 | $810.00 | 115845810 | $2,790.00 |
| 115845655 | $2,545.99 | 115845703 | $17.40 | 115845758 | $1,347.00 | 115845811 | $372.00 |

**EXHIBIT D**

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 115845812 | $826.20 | 115845867 | $3,517.50 | 115845915 | $2,495.00 | 115845959 | $21.00 |
| 115845813 | $87.42 | 115845868 | $265.88 | 115845917 | $142.20 | 115845960 | $4,590.00 |
| 115845814 | $935.19 | 115845872 | $1,266.00 | 115845918 | $321.30 | 115845961 | $1,377.60 |
| 115845818 | $392.09 | 115845873 | $522.00 | 115845919 | $85.80 | 115845962 | $670.50 |
| 115845819 | $289.81 | 115845874 | $3,480.00 | 115845920 | $159.90 | 115845964 | $1,121.25 |
| 115845820 | $486.00 | 115845876 | $10,600.00 | 115845921 | $1,046.64 | 115845965 | $816.57 |
| 115845821 | $81.00 | 115845877 | $1,620.00 | 115845922 | $2,068.77 | 115845966 | $1,215.77 |
| 115845822 | $285.00 | 115845878 | $24,709.75 | 115845923 | $1,620.75 | 115845967 | $131.06 |
| 115845824 | $243.60 | 115845879 | $18,490.00 | 115845925 | $348.00 | 115845970 | $154.50 |
| 115845825 | $643.80 | 115845880 | $2,616.56 | 115845929 | $864.14 | 115845977 | $112.95 |
| 115845830 | $348.00 | 115845883 | $2,430.00 | 115845930 | $696.00 | 115845978 | $39,570.22 |
| 115845831 | $279.00 | 115845884 | $8,100.00 | 115845931 | $1,185.00 | 115845979 | $8,700.00 |
| 115845833 | $7,012.80 | 115845886 | $2,295.00 | 115845932 | $6,322.50 | 115845982 | $2,650.00 |
| 115845834 | $227.65 | 115845887 | $311.40 | 115845933 | $306.00 | 115845983 | $87.00 |
| 115845836 | $173.26 | 115845890 | $1,060.00 | 115845935 | $408,774.67 | 115845987 | $77.00 |
| 115845837 | $7,384.05 | 115845891 | $19,293.45 | 115845936 | $15.66 | 115845988 | $1,010.00 |
| 115845838 | $360.00 | 115845892 | $10,350.00 | 115845937 | $3,777.00 | 115845992 | $870.00 |
| 115845842 | $150.00 | 115845893 | $17,875.29 | 115845938 | $237.00 | 115845993 | $308.25 |
| 115845843 | $696.00 | 115845895 | $567.00 | 115845939 | $120.00 | 115845995 | $1,410.64 |
| 115845844 | $360.00 | 115845897 | $11,089.69 | 115845940 | $601.50 | 115845997 | $930.00 |
| 115845846 | $3,600.00 | 115845898 | $4,002.00 | 115845941 | $2,781.54 | 115846000 | $226.80 |
| 115845847 | $8,464.80 | 115845899 | $1,383.30 | 115845942 | $564.00 | 115846006 | $1,224.00 |
| 115845849 | $1,242.50 | 115845900 | $650.00 | 115845943 | $1,044.00 | 115846009 | $1,395.00 |
| 115845850 | $354.60 | 115845901 | $340.00 | 115845944 | $4,546.62 | 115846014 | $539.52 |
| 115845851 | $429.00 | 115845902 | $4,192.50 | 115845945 | $17,342.37 | 115846016 | $84.00 |
| 115845852 | $1,470.00 | 115845903 | $5,580.00 | 115845946 | $148,460.28 | 115846018 | $1,881.72 |
| 115845853 | $422.70 | 115845904 | $19,170.00 | 115845947 | $702,543.69 | 115846022 | $33,675.75 |
| 115845856 | $1,552.50 | 115845906 | $279.00 | 115845948 | $50,408.88 | 115846026 | $21,014.17 |
| 115845857 | $584.95 | 115845907 | $372.00 | 115845949 | $43,771.32 | 115846028 | $44,004.65 |
| 115845858 | $250.53 | 115845908 | $592.50 | 115845950 | $126,849.93 | 115846030 | $25,076.70 |
| 115845859 | $1,454.73 | 115845909 | $75.00 | 115845951 | $1,097,819.55 | 115846031 | $309.00 |
| 115845861 | $1,566.00 | 115845910 | $280.57 | 115845952 | $1,545.00 | 115846032 | $3,600.00 |
| 115845862 | $3,480.00 | 115845911 | $1,860.00 | 115845953 | $210.00 | 115846039 | $5,562.72 |
| 115845863 | $931.50 | 115845912 | $420.00 | 115845954 | $174.00 | 115846042 | $1,980.00 |
| 115845865 | $3,480.00 | 115845913 | $2,181.70 | 115845955 | $95.00 | 115846045 | $56.25 |
| 115845866 | $3,524.70 | 115845914 | $1,416.00 | 115845958 | $840.00 | 115846047 | $117.23 |

**EXHIBIT D**

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 115846049 | $600.00 | 115846068 | $2,160.00 | 115944035 | $1,740.00 | 115944071 | $495.90 |
| 115846052 | $486.00 | 115943995 | $870.00 | 115944036 | $1,218.00 | 115944072 | $3,657.00 |
| 115846054 | $810.00 | 115943997 | $5,268.11 | 115944037 | $1,218.00 | 115944073 | $1,485.00 |
| 115846055 | $810.00 | 115944004 | $3,424.75 | 115944038 | $9,922.20 | 115944074 | $1,280.48 |
| 115846056 | $348.00 | 115944015 | $810.00 | 115944055 | $3,421.95 | 115944075 | $3,231.76 |
| 115846058 | $3,594.84 | 115944022 | $1,860.00 | 115944056 | $5,826.51 | 115944077 | $1,305.00 |
| 115846059 | $153.00 | 115944023 | $465.00 | 115944059 | $1,022.22 | 115944078 | $465.00 |
| 115846060 | $5,220.00 | 115944024 | $1,242.36 | 115944061 | $930.00 | 115944079 | $1,193.69 |
| 115846061 | $4,930.13 | 115944025 | $469.80 | 115944062 | $7,440.00 | 115944080 | $1,999.90 |
| 115846063 | $40,793.20 | 115944026 | $232.50 | 115944063 | $774.14 | 115944082 | $2,222.51 |
| 115846066 | $172.50 | 115944028 | $186.00 | 115944064 | $651.00 | 127221736 | $74.88 |
| 115846067 | $5,685.00 | 115944034 | $1,566.00 | 115944065 | $648.00 | | |