# EXHIBIT E

Exhibit Summary - Total Claims: 25; Total Recognized Claim:  $164,626.70

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 76185383 | $2,411.25 | 115845972 | $719.29 | 115846012 | $39,225.00 | 115846043 | $1,740.00 |
| 76297868 | $2,798.84 | 115845974 | $348.00 | 115846013 | $10,050.00 | 115846044 | $363.53 |
| 76297870 | $1,555.90 | 115845975 | $1,740.00 | 115846024 | $2,518.43 | 115846062 | $45,508.29 |
| 76592207 | $170.48 | 115845985 | $407.16 | 115846036 | $35,837.42 | 115846069 | $748.35 |
| 76592208 | $1,108.09 | 115845989 | $1,120.00 | 115846037 | $556.21 | 115846073 | $3,480.00 |
| 115845826 | $9,904.81 | 115845991 | $1,789.16 | 115846038 | $4.50 | 115846074 | $348.00 |
| 115845827 | $174.00 | | | | | | |

Exhibit E Page 1 of 1