# EXHIBIT F

Exhibit Summary - Total Claims: 750

| Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason |
|---------|------------------|---------|------------------|---------|------------------|---------|------------------|
| 75402532 | No Loss | 75449359 | No Loss | 75449751 | No Purchase | 75450634 | No Purchase |
| 75428777 | No Loss | 75449360 | No Loss | 75449752 | No Purchase | 75450635 | No Purchase |
| 75428778 | No Purchase | 75449361 | No Loss | 75449759 | No Loss | 75450636 | No Purchase |
| 75445568 | No Loss | 75449362 | No Loss | 75449760 | No Loss | 75450638 | No Loss |
| 75445689 | No Loss | 75449363 | No Loss | 75449761 | No Loss | 75450639 | No Loss |
| 75446022 | No Loss | 75449364 | No Loss | 75449762 | No Loss | 75450643 | No Purchase |
| 75446023 | No Purchase | 75449365 | No Loss | 75449763 | No Loss | 75450644 | No Purchase |
| 75446025 | No Purchase | 75449366 | No Loss | 75449764 | No Loss | 75450645 | No Loss |
| 75446026 | No Purchase | 75449367 | No Loss | 75449765 | No Loss | 75450646 | No Purchase |
| 75446027 | No Purchase | 75449368 | No Loss | 75449766 | No Loss | 75450648 | No Purchase |
| 75446030 | No Loss | 75449369 | No Loss | 75449767 | No Loss | 75450649 | No Purchase |
| 75446033 | No Purchase | 75449370 | No Loss | 75449779 | No Loss | 75450650 | No Purchase |
| 75447773 | No Purchase | 75449371 | No Loss | 75449780 | No Purchase | 75450652 | No Loss |
| 75448937 | No Loss | 75449372 | No Loss | 75449781 | No Loss | 75450654 | No Loss |
| 75448938 | No Loss | 75449373 | No Loss | 75449782 | No Purchase | 75450655 | No Purchase |
| 75448939 | No Loss | 75449374 | No Loss | 75449783 | No Loss | 75450658 | No Loss |
| 75448941 | No Loss | 75449375 | No Purchase | 75449784 | No Loss | 75450659 | No Loss |
| 75448942 | No Loss | 75449376 | No Purchase | 75449786 | No Purchase | 75450662 | No Purchase |
| 75448944 | No Loss | 75449378 | No Loss | 75449787 | No Loss | 75450664 | No Loss |
| 75448945 | No Loss | 75449379 | No Purchase | 75450616 | No Purchase | 75450665 | No Loss |
| 75448946 | No Loss | 75449380 | No Purchase | 75450617 | No Purchase | 75450666 | No Purchase |
| 75448947 | No Loss | 75449381 | No Purchase | 75450618 | No Loss | 75450668 | No Loss |
| 75448948 | No Loss | 75449382 | No Purchase | 75450619 | No Loss | 75450670 | No Purchase |
| 75448949 | No Loss | 75449385 | No Purchase | 75450622 | No Purchase | 75450671 | No Loss |
| 75448950 | No Loss | 75449386 | No Purchase | 75450623 | No Purchase | 75450672 | No Purchase |
| 75448951 | No Loss | 75449387 | No Purchase | 75450624 | No Purchase | 75450673 | No Purchase |
| 75448952 | No Loss | 75449388 | No Purchase | 75450625 | No Loss | 75450674 | No Purchase |
| 75448994 | No Purchase | 75449389 | No Purchase | 75450626 | No Purchase | 75450675 | No Purchase |
| 75448995 | No Purchase | 75449523 | No Loss | 75450627 | No Purchase | 75450676 | No Purchase |
| 75448996 | No Purchase | 75449525 | No Loss | 75450628 | No Loss | 75450677 | No Purchase |
| 75448998 | No Purchase | 75449608 | No Loss | 75450629 | No Loss | 75450678 | No Purchase |
| 75449219 | No Purchase | 75449747 | No Purchase | 75450630 | No Purchase | 75450679 | No Loss |
| 75449357 | No Loss | 75449748 | No Purchase | 75450632 | No Purchase | 75450681 | No Purchase |
| 75449358 | No Loss | 75449750 | No Loss | 75450633 | No Purchase | 75450683 | No Loss |

| Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason |
|---|---|---|---|---|---|---|---|
| 75450684 | No Loss | 75452980 | No Loss | 75453059 | No Loss | 75453124 | No Purchase |
| 75450685 | No Loss | 75452981 | No Purchase | 75453063 | No Loss | 75453128 | No Purchase |
| 75450686 | No Purchase | 75452993 | No Loss | 75453065 | No Purchase | 75453129 | No Purchase |
| 75450687 | No Loss | 75452997 | No Loss | 75453066 | No Loss | 75453130 | No Purchase |
| 75450689 | No Purchase | 75452998 | No Loss | 75453070 | No Loss | 75453131 | No Purchase |
| 75450690 | No Loss | 75452999 | No Loss | 75453072 | No Loss | 75453132 | No Purchase |
| 75450692 | No Loss | 75453001 | No Loss | 75453073 | Duplicate | 75453133 | No Purchase |
| 75450694 | No Loss | 75453003 | No Loss | 75453075 | No Loss | 75453134 | No Purchase |
| 75450696 | No Purchase | 75453004 | No Loss | 75453076 | No Loss | 75453137 | No Purchase |
| 75450740 | No Loss | 75453005 | No Purchase | 75453078 | No Loss | 75453141 | No Purchase |
| 75450741 | No Loss | 75453006 | No Loss | 75453082 | No Purchase | 75453143 | No Purchase |
| 75451064 | No Purchase | 75453007 | No Loss | 75453084 | No Loss | 75453146 | No Purchase |
| 75451065 | No Purchase | 75453009 | No Loss | 75453086 | No Loss | 75453148 | No Loss |
| 75451066 | No Purchase | 75453011 | No Purchase | 75453088 | No Loss | 75453150 | No Purchase |
| 75451067 | No Purchase | 75453012 | No Loss | 75453089 | No Loss | 75453151 | No Purchase |
| 75451068 | No Purchase | 75453013 | No Loss | 75453090 | No Loss | 75453152 | No Purchase |
| 75451614 | No Loss | 75453019 | No Loss | 75453091 | No Loss | 75453154 | No Purchase |
| 75451615 | No Purchase | 75453021 | No Loss | 75453093 | No Loss | 75453156 | No Loss |
| 75451616 | No Purchase | 75453022 | No Purchase | 75453095 | No Loss | 75453159 | No Purchase |
| 75451617 | No Loss | 75453023 | No Loss | 75453099 | No Loss | 75453160 | No Purchase |
| 75451618 | No Loss | 75453024 | No Loss | 75453100 | No Loss | 75453161 | No Purchase |
| 75451619 | No Purchase | 75453027 | No Loss | 75453101 | No Loss | 75453162 | No Loss |
| 75451620 | No Purchase | 75453029 | No Loss | 75453102 | No Purchase | 75453164 | No Purchase |
| 75451621 | No Purchase | 75453030 | No Loss | 75453103 | No Purchase | 75453165 | No Loss |
| 75451622 | No Loss | 75453032 | No Purchase | 75453105 | No Purchase | 75453167 | No Purchase |
| 75451623 | No Loss | 75453036 | No Loss | 75453106 | No Loss | 75453168 | No Purchase |
| 75451624 | No Loss | 75453037 | No Loss | 75453108 | No Loss | 75453169 | No Purchase |
| 75451625 | No Purchase | 75453038 | No Loss | 75453111 | No Loss | 75453170 | No Loss |
| 75451626 | No Purchase | 75453039 | No Loss | 75453114 | No Loss | 75453171 | No Loss |
| 75451628 | No Loss | 75453045 | No Loss | 75453115 | No Loss | 75453175 | No Loss |
| 75451629 | No Purchase | 75453046 | No Loss | 75453117 | No Purchase | 75453176 | No Loss |
| 75451630 | No Loss | 75453048 | No Purchase | 75453118 | No Loss | 75453177 | No Purchase |
| 75451631 | No Loss | 75453053 | No Loss | 75453119 | No Loss | 75453178 | No Loss |
| 75451632 | No Loss | 75453055 | No Loss | 75453121 | No Loss | 75453179 | No Loss |
| 75451633 | No Loss | 75453057 | No Loss | 75453122 | No Loss | 75453180 | No Loss |
| 75452979 | No Loss | 75453058 | No Loss | 75453123 | No Loss | 75453181 | No Loss |

| Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason |
|---------|------------------|---------|------------------|---------|------------------|---------|------------------|
| 75453182 | No Loss | 75453238 | No Loss | 75453715 | No Loss | 75453859 | No Purchase |
| 75453184 | No Loss | 75453242 | No Loss | 75453726 | No Loss | 75453870 | No Loss |
| 75453187 | No Purchase | 75453247 | No Loss | 75453729 | No Loss | 75453871 | No Loss |
| 75453190 | No Purchase | 75453248 | No Loss | 75453736 | No Loss | 75453883 | Duplicate |
| 75453191 | No Loss | 75453253 | No Loss | 75453738 | No Loss | 75453927 | No Loss |
| 75453192 | No Purchase | 75453254 | No Loss | 75453744 | No Loss | 75453976 | No Loss |
| 75453195 | No Loss | 75453255 | No Loss | 75453750 | No Loss | 75453995 | No Purchase |
| 75453196 | No Loss | 75453258 | No Loss | 75453751 | No Loss | 75454009 | No Purchase |
| 75453198 | No Loss | 75453259 | No Loss | 75453762 | No Purchase | 75454016 | No Loss |
| 75453200 | No Loss | 75453260 | No Loss | 75453769 | No Loss | 75454017 | No Purchase |
| 75453201 | No Loss | 75453261 | No Loss | 75453770 | No Purchase | 75454021 | No Purchase |
| 75453202 | No Loss | 75453662 | No Purchase | 75453772 | No Loss | 75454022 | No Purchase |
| 75453203 | No Loss | 75453664 | No Purchase | 75453775 | No Purchase | 75454023 | No Purchase |
| 75453204 | No Loss | 75453665 | No Purchase | 75453780 | No Loss | 75454024 | No Purchase |
| 75453206 | No Loss | 75453666 | No Purchase | 75453784 | No Purchase | 75454027 | No Purchase |
| 75453208 | No Purchase | 75453667 | No Purchase | 75453806 | No Loss | 75454028 | No Loss |
| 75453209 | No Loss | 75453670 | No Purchase | 75453809 | No Purchase | 75454030 | No Loss |
| 75453210 | No Loss | 75453671 | No Purchase | 75453811 | No Purchase | 75454031 | No Loss |
| 75453212 | No Loss | 75453672 | No Purchase | 75453812 | No Purchase | 75454032 | No Loss |
| 75453213 | No Purchase | 75453673 | No Purchase | 75453819 | No Purchase | 75454033 | No Loss |
| 75453214 | No Loss | 75453674 | No Purchase | 75453820 | No Purchase | 75454034 | No Purchase |
| 75453215 | No Loss | 75453675 | No Purchase | 75453824 | No Purchase | 75454035 | No Purchase |
| 75453217 | No Loss | 75453676 | No Purchase | 75453825 | No Purchase | 75454036 | No Purchase |
| 75453218 | No Loss | 75453677 | No Loss | 75453826 | No Purchase | 75454039 | No Loss |
| 75453219 | No Loss | 75453678 | Duplicate | 75453827 | No Loss | 75454047 | No Loss |
| 75453223 | No Purchase | 75453679 | No Loss | 75453828 | No Purchase | 75454050 | No Purchase |
| 75453224 | Withdrawn | 75453681 | No Purchase | 75453830 | No Loss | 75454052 | No Loss |
| 75453225 | No Loss | 75453683 | No Loss | 75453836 | No Loss | 75454053 | No Purchase |
| 75453226 | No Purchase | 75453690 | No Loss | 75453837 | No Purchase | 75454058 | No Purchase |
| 75453228 | No Loss | 75453692 | No Loss | 75453838 | No Purchase | 75454059 | No Loss |
| 75453229 | No Purchase | 75453693 | No Loss | 75453843 | No Purchase | 75454064 | No Loss |
| 75453230 | No Purchase | 75453695 | No Loss | 75453844 | No Loss | 75454083 | No Loss |
| 75453231 | No Loss | 75453696 | No Loss | 75453848 | No Loss | 75454093 | No Loss |
| 75453232 | No Loss | 75453706 | No Loss | 75453852 | No Purchase | 75454100 | No Loss |
| 75453234 | No Loss | 75453708 | No Loss | 75453853 | No Purchase | 75454103 | No Loss |
| 75453236 | No Loss | 75453714 | No Loss | 75453858 | No Purchase | 75454104 | No Loss |

**EXHIBIT F**

| Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason |
|---|---|---|---|---|---|---|---|
| 75454106 | No Loss | 76185380 | No Purchase | 115845330 | No Loss | 115845433 | Duplicate |
| 75454108 | No Loss | 76185381 | No Loss | 115845331 | No Loss | 115845435 | No Purchase |
| 75454109 | No Loss | 76185382 | No Loss | 115845333 | No Purchase | 115845438 | No Loss |
| 75454114 | No Purchase | 76185384 | No Loss | 115845335 | No Purchase | 115845443 | No Purchase |
| 75454115 | No Purchase | 76185385 | No Loss | 115845338 | No Loss | 115845448 | No Loss |
| 75454116 | No Loss | 76297867 | No Purchase | 115845343 | No Purchase | 115845449 | No Purchase |
| 75454120 | No Loss | 76297869 | No Loss | 115845344 | No Loss | 115845451 | Duplicate |
| 75454131 | No Purchase | 76297871 | No Loss | 115845346 | No Loss | 115845458 | No Purchase |
| 75454136 | No Purchase | 76384324 | No Purchase | 115845348 | No Loss | 115845459 | No Loss |
| 75454142 | No Loss | 76384325 | No Loss | 115845349 | No Loss | 115845463 | No Purchase |
| 75454147 | No Purchase | 76384326 | No Loss | 115845350 | No Loss | 115845465 | No Purchase |
| 75454157 | No Loss | 76384327 | No Loss | 115845352 | Missing Documentation | 115845466 | No Purchase |
| 75454160 | No Purchase | 76607086 | No Loss | 115845355 | No Purchase | 115845467 | No Purchase |
| 75454161 | No Loss | 115845243 | No Purchase | 115845357 | Missing Documentation | 115845472 | No Loss |
| 75454165 | No Loss | 115845244 | No Purchase | 115845358 | No Purchase | 115845473 | No Loss |
| 75454168 | No Loss | 115845247 | No Purchase | 115845359 | No Loss | 115845482 | No Loss |
| 75454170 | No Purchase | 115845250 | No Loss | 115845368 | No Purchase | 115845483 | No Loss |
| 75454171 | No Purchase | 115845251 | No Loss | 115845382 | No Loss | 115845489 | No Purchase |
| 75454177 | No Loss | 115845259 | No Loss | 115845396 | No Purchase | 115845496 | No Purchase |
| 75454178 | No Loss | 115845265 | No Purchase | 115845398 | No Purchase | 115845497 | No Purchase |
| 75454179 | No Loss | 115845266 | No Loss | 115845401 | No Purchase | 115845498 | No Loss |
| 75454181 | No Purchase | 115845267 | No Loss | 115845402 | No Purchase | 115845504 | No Loss |
| 75454182 | No Loss | 115845271 | No Loss | 115845406 | No Purchase | 115845513 | No Loss |
| 75454185 | No Loss | 115845275 | No Purchase | 115845407 | No Purchase | 115845515 | No Purchase |
| 75454186 | No Loss | 115845276 | No Purchase | 115845412 | No Loss | 115845522 | No Loss |
| 75454191 | No Purchase | 115845289 | No Loss | 115845413 | No Purchase | 115845523 | No Purchase |
| 75454203 | No Purchase | 115845296 | No Loss | 115845414 | No Purchase | 115845529 | No Purchase |
| 75454204 | No Purchase | 115845301 | No Purchase | 115845416 | No Loss | 115845537 | No Loss |
| 75454207 | No Loss | 115845302 | No Purchase | 115845417 | No Loss | 115845547 | No Loss |
| 75454210 | No Purchase | 115845304 | No Purchase | 115845423 | No Purchase | 115845550 | No Purchase |
| 75454211 | No Purchase | 115845305 | No Loss | 115845424 | No Loss | 115845555 | No Loss |
| 75454212 | No Purchase | 115845315 | No Loss | 115845427 | No Purchase | 115845559 | No Purchase |
| 75454213 | No Purchase | 115845318 | No Loss | 115845428 | No Purchase | 115845560 | No Purchase |
| 75454215 | No Loss | 115845319 | No Loss | 115845429 | No Purchase | 115845562 | No Loss |
| 75454229 | No Purchase | 115845320 | No Loss | 115845430 | No Loss | 115845565 | No Loss |
| 75481042 | No Purchase | 115845321 | Duplicate | 115845431 | No Loss | 115845566 | No Purchase |

| Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason |
|---|---|---|---|---|---|---|---|
| 115845570 | No Loss | 115845690 | No Loss | 115845793 | No Loss | 115845928 | No Loss |
| 115845572 | No Purchase | 115845693 | No Purchase | 115845794 | No Purchase | 115845934 | No Purchase |
| 115845577 | No Purchase | 115845697 | No Loss | 115845800 | No Loss | 115845956 | Eclaim Placeholder |
| 115845578 | No Purchase | 115845700 | No Purchase | 115845801 | No Loss | 115845957 | No Purchase |
| 115845585 | Missing Documentation | 115845701 | No Purchase | 115845815 | No Purchase | 115845963 | No Loss |
| 115845586 | Duplicate | 115845710 | No Loss | 115845816 | No Purchase | 115845968 | No Loss |
| 115845588 | No Purchase | 115845712 | No Purchase | 115845817 | No Loss | 115845969 | No Loss |
| 115845589 | No Loss | 115845713 | No Purchase | 115845823 | No Loss | 115845971 | No Purchase |
| 115845595 | No Purchase | 115845714 | No Purchase | 115845828 | No Loss | 115845973 | No Loss |
| 115845596 | No Purchase | 115845722 | Duplicate | 115845829 | No Loss | 115845976 | No Purchase |
| 115845600 | No Loss | 115845724 | No Loss | 115845832 | No Purchase | 115845980 | No Purchase |
| 115845601 | No Loss | 115845728 | No Loss | 115845835 | Duplicate | 115845981 | No Loss |
| 115845603 | No Purchase | 115845729 | No Loss | 115845839 | No Purchase | 115845984 | Missing Documentation |
| 115845613 | No Purchase | 115845730 | No Purchase | 115845840 | No Loss | 115845986 | No Loss |
| 115845620 | No Purchase | 115845731 | No Purchase | 115845841 | No Loss | 115845990 | No Purchase |
| 115845623 | No Purchase | 115845736 | No Loss | 115845845 | No Purchase | 115845994 | No Loss |
| 115845627 | No Purchase | 115845737 | No Loss | 115845848 | No Purchase | 115845996 | No Purchase |
| 115845629 | No Loss | 115845742 | No Loss | 115845854 | No Loss | 115845998 | Duplicate |
| 115845630 | No Loss | 115845747 | No Loss | 115845855 | No Purchase | 115845999 | Duplicate |
| 115845633 | No Loss | 115845749 | No Loss | 115845864 | No Loss | 115846001 | No Loss |
| 115845638 | No Purchase | 115845755 | No Loss | 115845869 | No Loss | 115846002 | No Purchase |
| 115845640 | Missing Documentation | 115845756 | No Loss | 115845870 | No Purchase | 115846003 | No Loss |
| 115845641 | No Loss | 115845757 | No Loss | 115845871 | No Loss | 115846004 | No Purchase |
| 115845642 | No Purchase | 115845761 | No Purchase | 115845875 | No Loss | 115846005 | No Purchase |
| 115845646 | No Purchase | 115845762 | No Purchase | 115845881 | No Loss | 115846007 | No Loss |
| 115845650 | No Purchase | 115845767 | Missing Documentation | 115845882 | No Purchase | 115846008 | No Loss |
| 115845651 | Missing Documentation | 115845769 | No Loss | 115845885 | No Purchase | 115846010 | No Purchase |
| 115845653 | No Purchase | 115845771 | No Loss | 115845888 | No Loss | 115846011 | No Purchase |
| 115845654 | No Purchase | 115845778 | No Loss | 115845889 | No Purchase | 115846015 | No Loss |
| 115845662 | No Purchase | 115845783 | No Purchase | 115845894 | No Loss | 115846017 | No Loss |
| 115845665 | No Purchase | 115845784 | No Purchase | 115845896 | No Purchase | 115846019 | No Loss |
| 115845670 | No Purchase | 115845785 | No Purchase | 115845905 | No Purchase | 115846020 | No Loss |
| 115845674 | No Purchase | 115845786 | No Purchase | 115845916 | No Loss | 115846021 | No Purchase |
| 115845678 | Duplicate | 115845787 | No Purchase | 115845924 | No Loss | 115846023 | No Purchase |
| 115845687 | No Loss | 115845790 | No Purchase | 115845926 | No Loss | 115846025 | No Purchase |
| 115845689 | No Loss | 115845792 | No Loss | 115845927 | No Loss | 115846027 | Duplicate |

| Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason |
|---------|------------------|---------|------------------|---------|------------------|---------|------------------|
| 115846029 | No Loss | 115846053 | No Loss | 115944000 | No Loss | 115944066 | Duplicate |
| 115846033 | No Loss | 115846057 | No Loss | 115944001 | No Loss | 115944067 | No Purchase |
| 115846034 | No Loss | 115846064 | No Loss | 115944019 | No Loss | 115944068 | No Purchase |
| 115846035 | Missing Documentation | 115846065 | No Loss | 115944027 | No Loss | 115944069 | No Loss |
| 115846040 | No Purchase | 115846070 | No Purchase | 115944033 | Duplicate | 115944076 | No Purchase |
| 115846041 | Missing Documentation | 115846071 | No Purchase | 115944054 | Eclaim Placeholder | 115944086 | No Loss |
| 115846046 | No Loss | 115846072 | No Loss | 115944057 | No Purchase | 115944087 | No Loss |
| 115846048 | No Purchase | 115846075 | No Loss | 115944058 | No Loss | 127221738 | No Purchase |
| 115846050 | No Purchase | 115943994 | No Purchase | 115944060 | No Loss | 127221739 | No Loss |
| 115846051 | No Purchase | 115943998 | No Purchase | | | | |