# EXHIBIT G



A.B. DATA, LTD.
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

ENTWISTLE & CAPPUCCI LLP
230 PARK AVENUE 3rd FLOOR
NEW YORK, NY, 10169

| | |
|---|---|
| **INVOICE** | INV000301735 |
| **PAGE** | 1/1 |
| **DATE** | 7/31/2021 |
| **CLIENT** | 238210 |

## INVOICE

**JOB      54460            Dynagas LNG Partners**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Claims 1 through 2000) | 1 | 50,000.00 | $50,000.00 |
| Printing of Notice Packets (32 pages) | 7,500 | 1.2500 | $9,375.00 |
| Media Notices - Dow Jones | 1 | 16,812.43 | $16,812.43 |
| Establishment of Case-Specific Website | 1.00 | 1,500.00 | $1,500.00 |
| Website Hosting (Per Month) | 1 | 175.00 | $175.00 |
| Postage | 1 | 5,802.850 | $5,802.85 |
| 800 Number Charges (Per Minute) | 139 | 0.12 | $16.68 |
| Post Office Box Rental/Renewal (Annual) | 1 | 1,260.00 | $1,260.00 |
| Bank, Broker, and Nominee Fulfillment Expenses | 1 | 1,933.49 | $1,933.49 |

**TOTAL            $86,875.45**

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



A.B. DATA, LTD.
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

ENTWISTLE & CAPPUCCI  LLP
230  PARK AVENUE 3rd FLOOR
NEW YORK, NY, 10169

| | |
|---|---|
| **INVOICE** | INV000301779 |
| **PAGE** | 1/1 |
| **DATE** | 8/31/2021 |
| **CLIENT** | 238210 |

## INVOICE

**JOB**     **54460**        **Dynagas LNG Partners**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Printing of Notice Packets (32pages) | 10,000 | 1.2500 | $12,500.00 |
| Media Notices - PR Newswire | 1 | 3,050.00 | $3,050.00 |
| Website Hosting (Per Month) | 1 | 175.00 | $175.00 |
| Postage | 1 | 2,706.840 | $2,706.84 |
| CSRs/Live Operators (Per Hour) | 6.50 | 48.00 | $312.00 |
| 800 Number Charges (Per Minute) | 145 | 0.12 | $17.40 |
| NCOA Address Updating (Minimum Charge) | 1 | 850.0000 | $850.00 |
| Document Imaging (Per Page) (Excluding Claims) | 5 | 0.15 | $0.75 |
| Bank, Broker, and Nominee Fulfillment Expenses | 1 | 2,441.43 | $2,441.43 |
| Electronic Storage (Per Page/Per Month) | 5 | 0.015 | $0.08 |

**TOTAL**     **$22,053.50**

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

A.B. DATA, LTD.
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



ENTWISTLE & CAPPUCCI  LLP
230  PARK AVENUE 3rd FLOOR
NEW YORK, NY, 10169

| | |
|---|---:|
| **INVOICE** | INV000301870 |
| **PAGE** | 1/1 |
| **DATE** | 9/30/2021 |
| **CLIENT** | 238210 |

## INVOICE

**JOB       54460            Dynagas LNG Partners**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---:|---:|---:|
| Printing of Notice Packets (32pages) | 5,000 | 1.4500 | $7,250.00 |
| Website Hosting (Per Month) | 1 | 175.00 | $175.00 |
| Postage | 1 | 270.740 | $270.74 |
| CSRs/Live Operators (Per Hour) | 10.00 | 48.00 | $480.00 |
| 800 Number Charges (Per Minute) | 302 | 0.12 | $36.24 |
| IVR and Line Maintenance (Monthly, for Two Years) | 2 | 190.00 | $380.00 |
| Document Imaging (Per Page) (Excluding Claims) | 1 | 0.15 | $0.15 |
| Bank, Broker, and Nominee Fulfillment Expenses | 1 | 11,727.01 | $11,727.01 |

| | |
|---|---:|
| **TOTAL** | **$20,319.14** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



ENTWISTLE & CAPPUCCI LLP
230 PARK AVENUE 3rd FLOOR
NEW YORK, NY, 10169

| | |
|---|---|
| **INVOICE** | INV000301995 |
| **PAGE** | 1/1 |
| **DATE** | 10/31/2021 |
| **CLIENT** | 238210 |

## INVOICE

**JOB      54460          Dynagas LNG Partners**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Website Hosting (Per Month) | 1 | 175.00 | $175.00 |
| Printing of Postcards | 500 | 0.3713 | $185.65 |
| Printing of Notice Letters | 1,300 | 0.1627 | $211.51 |
| Postage | 1,322 | 1.466 | $1,938.05 |
| Postage - Foreign Mailing | 56 | 5.620 | $314.72 |
| CSRs/Live Operators (Per Hour) | 2.50 | 48.00 | $120.00 |
| Interactive Voice Response (IVR) (Per Minute) | 67 | 0.44 | $29.48 |
| 800 Number Charges (Per Minute) | 144 | 0.12 | $17.28 |
| IVR and Line Maintenance (Monthly, for Two Years) | 1 | 190.00 | $190.00 |
| Advanced Address Updates | 608 | 1.10 | $668.80 |
| Document Imaging (Per Page) (Excluding Claims) | 1 | 0.15 | $0.15 |
| Bank, Broker, and Nominee Fulfillment Expenses | 1 | 128.80 | $128.80 |
| Document Storage - Paper (Per Box/Per Month) | 2 | 2.50 | $5.00 |

**TOTAL          $3,984.44**

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

ENTWISTLE & CAPPUCCI  LLP
230  PARK AVENUE 3rd FLOOR
NEW YORK, NY, 10169

| | |
|---|---|
| **INVOICE** | INV000302114 |
| **PAGE** | 1/1 |
| **DATE** | 11/30/2021 |
| **CLIENT** | 238210 |

## INVOICE

**JOB      54460          Dynagas LNG Partners**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Website Hosting (Per Month) | 1 | 175.00 | $175.00 |
| Postage | 155 | 0.415 | $64.33 |
| CSRs/Live Operators (Per Hour) | 12.00 | 48.00 | $576.00 |
| Interactive Voice Response (IVR) (Per Minute) | 98 | 0.44 | $43.12 |
| 800 Number Charges (Per Minute) | 329 | 0.12 | $39.48 |
| IVR and Line Maintenance (Monthly, for Two Years) | 1 | 190.00 | $190.00 |
| Bank, Broker, and Nominee Fulfillment Expenses | 1 | 250.00 | $250.00 |
| Document Storage - Paper (Per Box/Per Month) | 4 | 2.50 | $10.00 |
| Electronic Storage (Per Page/Per Month) | 20 | 0.015 | $0.30 |

| | |
|---|---|
| **TOTAL** | **$1,348.23** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

**A.B. DATA, LTD.**
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



ENTWISTLE & CAPPUCCI  LLP
230  PARK AVENUE 3rd FLOOR
NEW YORK, NY, 10169

| | |
|---|---|
| **INVOICE** | INV000302194 |
| **PAGE** | 1/1 |
| **DATE** | 12/31/2021 |
| **CLIENT** | 238210 |

## INVOICE

**JOB        54460              Dynagas LNG Partners**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Website Hosting (Per Month) | 1 | 175.00 | $175.00 |
| Printing of Postcards | 500 | 0.3713 | $185.65 |
| Postage | 341 | 0.429 | $146.29 |
| CSRs/Live Operators (Per Hour) | 6.00 | 48.00 | $288.00 |
| Interactive Voice Response (IVR) (Per Minute) | 30 | 0.44 | $13.20 |
| 800 Number Charges (Per Minute) | 70 | 0.12 | $8.40 |
| IVR and Line Maintenance (Monthly, for Two Years) | 1 | 190.00 | $190.00 |
| Document Imaging (Per Page) (Excluding Claims) | 2 | 0.15 | $0.30 |
| Document Storage - Paper (Per Box/Per Month) | 7 | 2.50 | $17.50 |
| Electronic Storage (Per Page/Per Month) | 9 | 0.015 | $0.14 |

|  | | |
|---|---|---|
| | **TOTAL** | **$1,024.48** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

ENTWISTLE & CAPPUCCI  LLP
230  PARK AVENUE 3rd FLOOR
NEW YORK, NY, 10169

| | |
|---|---|
| **INVOICE** | INV000302284 |
| **PAGE** | 1/1 |
| **DATE** | 1/31/2022 |
| **CLIENT** | 238210 |

# INVOICE

| **JOB** | **54460** | **Dynagas LNG Partners** |
|---|---|---|

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Website Hosting (Per Month) | 1 | 175.00 | $175.00 |
| CSRs/Live Operators (Per Hour) | 2.50 | 48.00 | $120.00 |
| Interactive Voice Response (IVR) (Per Minute) | 21 | 0.44 | $9.24 |
| 800 Number Charges (Per Minute) | 88 | 0.12 | $10.56 |
| IVR and Line Maintenance (Monthly, for Two Years) | 1 | 190.00 | $190.00 |
| Document Storage - Paper (Per Box/Per Month) | 7 | 2.50 | $17.50 |
| Electronic Storage (Per Page/Per Month) | 9 | 0.015 | $0.14 |

| | |
|---|---|
| **TOTAL** | **$522.44** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



A.B. DATA, LTD.
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

ENTWISTLE & CAPPUCCI  LLP
230  PARK AVENUE 3rd FLOOR
NEW YORK, NY, 10169

| | |
|---|---|
| **INVOICE** | INV000302390 |
| **PAGE** | 1/1 |
| **DATE** | 2/28/2022 |
| **CLIENT** | 238210 |

## INVOICE

**JOB    54460        Dynagas LNG Partners**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Website Hosting (Per Month) | 1 | 175.00 | $175.00 |
| CSRs/Live Operators (Per Hour) | 1.75 | 48.00 | $84.00 |
| Interactive Voice Response (IVR) (Per Minute) | 16 | 0.44 | $7.04 |
| 800 Number Charges (Per Minute) | 24 | 0.12 | $2.88 |
| IVR and Line Maintenance (Monthly, for Two Years) | 1 | 190.00 | $190.00 |
| Document Imaging (Per Page) (Excluding Claims) | 1 | 0.15 | $0.15 |
| Document Storage - Paper (Per Box/Per Month) | 7 | 2.50 | $17.50 |
| Electronic Storage (Per Page/Per Month) | 10 | 0.015 | $0.15 |

| | |
|---|---|
| **TOTAL** | **$476.72** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

ENTWISTLE & CAPPUCCI  LLP
230  PARK AVENUE 3rd FLOOR
NEW YORK, NY, 10169

| | |
|---|---|
| **INVOICE** | INV000302571 |
| **PAGE** | 1/1 |
| **DATE** | 3/31/2022 |
| **CLIENT** | 238210 |

## INVOICE

**JOB       54460            Dynagas LNG Partners**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Website Hosting (Per Month) | 1 | 175.00 | $175.00 |
| CSRs/Live Operators (Per Hour) | 2.75 | 48.00 | $132.00 |
| Interactive Voice Response (IVR) (Per Minute) | 15 | 0.44 | $6.60 |
| 800 Number Charges (Per Minute) | 29 | 0.12 | $3.48 |
| IVR and Line Maintenance (Monthly, for Two Years) | 1 | 190.00 | $190.00 |
| Document Storage - Paper (Per Box/Per Month) | 7 | 2.50 | $17.50 |
| Electronic Storage (Per Page/Per Month) | 10 | 0.015 | $0.15 |

| | |
|---|---|
| **TOTAL** | **$524.73** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

ENTWISTLE & CAPPUCCI  LLP
230  PARK AVENUE 3rd FLOOR
NEW YORK, NY, 10169

| | |
|---|---|
| **INVOICE** | INV000302646 |
| **PAGE** | 1/1 |
| **DATE** | 4/30/2022 |
| **CLIENT** | 238210 |

### INVOICE

**JOB**      **54460**          **Dynagas LNG Partners**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Claims 2,000+) | 2 | 3.50 | $7.00 |
| Website Hosting (Per Month) | 1 | 175.00 | $175.00 |
| CSRs/Live Operators (Per Hour) | 1.25 | 48.00 | $60.00 |
| Interactive Voice Response (IVR) (Per Minute) | 13 | 0.44 | $5.72 |
| 800 Number Charges (Per Minute) | 16 | 0.12 | $1.92 |
| IVR and Line Maintenance (Monthly, for Two Years) | 1 | 190.00 | $190.00 |
| Document Storage - Paper (Per Box/Per Month) | 7 | 2.50 | $17.50 |
| Electronic Storage (Per Page/Per Month) | 10 | 0.015 | $0.15 |

|  | |
|---|---|
| **TOTAL** | **$457.29** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



A.B. DATA, LTD.
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

| | | |
|---|---|---|
| **INVOICE** | INV000302780 |
| **PAGE** | 1/1 |
| **DATE** | 5/31/2022 |
| **CLIENT** | 238210 |

ENTWISTLE & CAPPUCCI  LLP
230  PARK AVENUE 3rd FLOOR
NEW YORK, NY, 10169

# INVOICE

**JOB        54460            Dynagas LNG Partners**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Website Hosting (Per Month) | 1 | 175.00 | $175.00 |
| CSRs/Live Operators (Per Hour) | 0.25 | 48.00 | $12.00 |
| Interactive Voice Response (IVR) (Per Minute) | 10 | 0.44 | $4.40 |
| 800 Number Charges (Per Minute) | 14 | 0.12 | $1.68 |
| IVR and Line Maintenance (Monthly, for Two Years) | 1 | 190.00 | $190.00 |
| Document Storage - Paper (Per Box/Per Month) | 7 | 2.50 | $17.50 |
| Electronic Storage (Per Page/Per Month) | 10 | 0.015 | $0.15 |

| | |
|---|---|
| **TOTAL** | **$400.73** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



A.B. DATA, LTD.
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

ENTWISTLE & CAPPUCCI  LLP
230  PARK AVENUE 3rd FLOOR
NEW YORK, NY, 10169

| | |
|---|---|
| **INVOICE** | INV000302892 |
| **PAGE** | 1/1 |
| **DATE** | 6/29/2022 |
| **CLIENT** | 238210 |

# INVOICE

**JOB     54460          Dynagas LNG Partners**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Claims 2,000+) | 7 | 3.50 | $24.50 |
| Website Hosting (Per Month) | 1 | 175.00 | $175.00 |
| Postage | 1 | 336.000 | $336.00 |
| CSRs/Live Operators (Per Hour) | 24.50 | 48.00 | $1,176.00 |
| Interactive Voice Response (IVR) (Per Minute) | 65 | 0.44 | $28.60 |
| 800 Number Charges (Per Minute) | 148 | 0.12 | $17.76 |
| IVR and Line Maintenance (Monthly, for Two Years) | 1 | 190.00 | $190.00 |
| Document Imaging (Per Page) (Excluding Claims) | 17 | 0.15 | $2.55 |
| Document Storage - Paper (Per Box/Per Month) | 7 | 2.50 | $17.50 |
| Electronic Storage (Per Page/Per Month) | 27 | 0.015 | $0.41 |

**TOTAL          $1,968.32**

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



ENTWISTLE & CAPPUCCI  LLP
230  PARK AVENUE 3rd FLOOR
NEW YORK, NY, 10169

| | |
|---|---|
| **INVOICE** | INV000303044 |
| **PAGE** | 1/1 |
| **DATE** | 7/31/2022 |
| **CLIENT** | 238210 |

## INVOICE

**JOB**     **54460**        **Dynagas LNG Partners**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Printing and Mailing of Deficiency/Rejection Letters | 452 | 1.750 | $791.00 |
| Website Hosting (Per Month) | 1 | 175.00 | $175.00 |
| Postage | 1 | 1.500 | $1.50 |
| CSRs/Live Operators (Per Hour) | 18.00 | 48.00 | $864.00 |
| Interactive Voice Response (IVR) (Per Minute) | 20 | 0.44 | $8.80 |
| 800 Number Charges (Per Minute) | 224 | 0.12 | $26.88 |
| IVR and Line Maintenance (Monthly, for Two Years) | 1 | 190.00 | $190.00 |
| Document Imaging (Per Page) (Excluding Claims) | 79 | 0.15 | $11.85 |
| Document Storage - Paper (Per Box/Per Month) | 7 | 2.50 | $17.50 |
| Electronic Storage (Per Page/Per Month) | 106 | 0.015 | $1.59 |

 

**TOTAL**     **$2,088.12**

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



**A.B. DATA, LTD.**

Class Action Administration

600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

ENTWISTLE & CAPPUCCI  LLP
230  PARK AVENUE 3rd FLOOR
NEW YORK, NY, 10169

| | |
|---|---|
| **INVOICE** | INV000303201 |
| **PAGE** | 1/1 |
| **DATE** | 8/31/2022 |
| **CLIENT** | 238210 |

# INVOICE

**JOB      54460          Dynagas LNG Partners**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Website Hosting (Per Month) | 1 | 175.00 | $175.00 |
| Postage | 1 | 0.570 | $0.57 |
| CSRs/Live Operators (Per Hour) | 2.50 | 48.00 | $120.00 |
| Interactive Voice Response (IVR) (Per Minute) | 14 | 0.44 | $6.16 |
| 800 Number Charges (Per Minute) | 38 | 0.12 | $4.56 |
| IVR and Line Maintenance (Monthly, for Two Years) | 1 | 190.00 | $190.00 |
| Document Storage - Paper (Per Box/Per Month) | 7 | 2.50 | $17.50 |
| Electronic Storage (Per Page/Per Month) | 106 | 0.015 | $1.59 |

| | |
|---|---|
| **TOTAL** | **$515.38** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



| | | |
|---|---|---|
| **INVOICE** | | INV000303334 |
| **PAGE** | | 1/1 |
| **DATE** | | 9/30/2022 |
| **CLIENT** | | 238210 |

ENTWISTLE & CAPPUCCI  LLP
230  PARK AVENUE 3rd FLOOR
NEW YORK, NY, 10169

## INVOICE

**JOB        54460                Dynagas LNG Partners**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Claims 2,000+) | 5 | 3.50 | $17.50 |
| Website Hosting (Per Month) | 1 | 175.00 | $175.00 |
| CSRs/Live Operators (Per Hour) | 0.50 | 48.00 | $24.00 |
| Interactive Voice Response (IVR) (Per Minute) | 7 | 0.44 | $3.08 |
| 800 Number Charges (Per Minute) | 8 | 0.12 | $0.96 |
| IVR and Line Maintenance (Monthly, for Two Years) | 1 | 190.00 | $190.00 |
| Document Storage - Paper (Per Box/Per Month) | 7 | 2.50 | $17.50 |
| Electronic Storage (Per Page/Per Month) | 106 | 0.015 | $1.59 |

|  |  |
|---|---|
| **TOTAL** | **$429.63** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



**A.B. Data, Ltd.**
Class Action Administration Company
600 A.B. Data Drive
Milwaukee, WI 53217

DATA

Date:     October 25, 2022
Project:  Dynagas Securities Litigation

| Distribution Estimate | Quantity | Rate ($) | Estimated Cost ($) |
|---|---|---|---|
| **Distribution Fees** | | | |
| Printing and Mailing of Checks | 1,185 | 0.95 | 1,125.75 |
| Check-Processing Fee (per check) | 1,185 | 0.15 | 177.75 |
| Postage-Checks | 600 | 0.41 | 246.00 |
| | | | |
| **Website and Telephone Support/Charges** | | | |
| Website Maintenance/Hosting *(monthly)* | 12 | 175 | 2,100.00 |
| Interactive Voice Response (IVR) *(per minute)* | 100 | 0.44 | 44.00 |
| CSRs/Live Operators *(per hour)* | 10 | 48 | 480.00 |
| 800 Number Charges *(per minute)* | 100 | 0.12 | 12.00 |
| IVR and Line Maintenance *(monthly)* | 12 | 190 | 2,280.00 |
| | | | |
| | | | |
| **Miscellaneous Expenses** | | | |
| Advanced Address Updates | 100 | 1.10 | 110.00 |
| Document Storage ($2.50 Per Month) | 7 | 30.00 | 210.00 |
| Electronic Storage (Per Page/Per Month) | 106 | 0.18 | 19.08 |
| PO Box Rental | 1 | 1,340.00 | 1,340.00 |
| | | | |
| Total Estimated Cost | | $ | 8,144.58 |