UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Dynagas LNG Partners LP Securities Litigation | 19-cv-4512 (AJN) ORDER |

ALISON J. NATHAN, Circuit Judge, sitting by designation:

On October 28, 2022, Lead Plaintiffs filed a Motion for Approval of Distribution of Net Settlement Fund.  Dkt. No. 163.  Any opposition to the motion shall be filed no later than **November 15, 2022**.

SO ORDERED.

Dated: November 1, 2022
       New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge,
sitting by designation